E-FILED
Tuesday, 14 September, 2004  02:53:25 PM
 U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY,**<br>Plaintiff<br><br>vs<br><br>**ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,**<br>Defendants | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM**<br><br>**CASE NO. 02-3171** |

**TO:  THE WARDEN of** WESTERN ILLINOIS CORRECTIONAL CENTER at Mt. Sterling, IL.

      **WE COMMAND** that you produce the body of **AARON MCCROY**, Register No. **N51882,** who is in your custody at Western Illinois Correctional Center before the United States District Court on **Wednesday, September 22, 2004, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED:  September 14, 2004

      JOHN M. WATERS, CLERK
      UNITED STATES DISTRICT COURT

      BY:   s/C. Cathcart
            Deputy Clerk