IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON MCCROY,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

NO. 02-CV-03171

The Honorable
HAROLD A. BAKER
U.S. District Judge

### NOTICE OF INTENT TO FILE A
### MOTION FOR SUBSTITUTION OF COUNSEL

I, Aaron McCroy, being first duly sworn on oath depose and state that I hereby give notice that I intend in good faith to file a MOTION FOR SUBSTITUTION OF COUNSEL OTHER THAN THOMAS F. LONDRIGAN, in the above enumerated cause. In support thereof, he states as follows;

1) Plaintiff believes that Attorney Londrigan has and is acting against his interest in his representation of the Instant Federal Civil Complaint. Also, Plaintiff has informed Attorney Londrigan of his wish to no longer be represented by him by letter dated September 10, 2004.

2) Plaintiff due to the lack of a permanent Law Library Employee at Western Illinois C.C. has had severe restrictions placed his access to the Library. However, he was given surprise access to the Library on September 14, 2004. Therefore, because he is unable to properly compile and copy the documents needed to support his motion for substitution of counsel until sometime in the near future. Plaintiff files this Notice of his intent to file said motion as soon as possible.

Respectfully submitted.

SUBSCRIBED AND SWORN TO BEFORE ME
this 14th day of September, 2004

/s/ Lana Wildman
Notary Public

"OFFICIAL SEAL"
Lana Wildman
Notary Public, State of Illinois
My Commission Exp. 04/27/2008

Aaron McCroy, Reg. #N51882
R.R. #4, Box 196
WICC
Mt. Sterling, IL. 62353

<u>MCCROY V. I.D.O.C., et. al.,</u>
<u>USDC-CD IL. NO-02-03171</u>

I, Aaron McCroy, hereby certifies that he has served a copy of the foregoing NOTICE OF INTENT TO FILE A MOTION FOR SUBSTITUTION OF COUNSEL upon;

Londrigan, Potter and Randle, P.C.
c/o Thomas F. Londrigan, Sr.,
1224 South Seventh Street
Springfield, IL. 62705

Lisa Madigan; Illinois Attorney General
c/o Kelly R. Choate
500 South Second Street
Springfield, IL. 62702

Heyl, Royster, Voelker and Allen
c/o Patrick J. Londrigan and Theresa Powell
National City Center
1 N. Old State Capital Plaza
Springfield, IL. 62705-1687

Hughes, Hill and Tenney, L.L.C.
c/o Carl J. Tenney
236 N. Water Street, Suite 400
P.O. Box 560
Decatur, Illinois 62525-0560

by depositing such copies in the United States mail at Western Illinois Correctional Center, Mt. Sterling, IL. in an envelope bearing sufficient postage duly address and deposited in the mail on September 14, 2004.

SUBSCRIBED AND SWORN TO BEFORE ME
this /4th day of September, 2004

Notary Public

"OFFICIAL SEAL"
Lana Wildman
Notary Public, State of Illinois
My Commission Exp. 04/27/2008

Aaron McCroy, Reg.#N51882
R.R. #4, Box 196
WICC
Mt. Sterling, Illinois
62353