# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AARON MCCROY,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 02-3171** |
| **ILLINOIS DEPARTMENT OF** | ) | |
| **CORRECTIONS, et al.,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of WESTERN ILLINOIS CORRECTIONAL CENTER** at Mt. Sterling, IL.

     **WE COMMAND** that you produce the body of **AARON MCCROY,** Register No. **N-51882,** who is in your custody at Western Illinois Correctional Center before the United States District Court on **Friday, October 15, 2004, at 2:00 p.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

     DATED:  October 13, 2004

                                         JOHN M. WATERS, CLERK
                                         UNITED STATES DISTRICT COURT

                                         BY:     s/ C. Cathcart
                                                Deputy Clerk