**E-FILED**
Thursday, 21 October, 2004  04:25:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

       Plaintiff,

       v.                                      02-CV-3171

ILLINOIS DEP'T OF
CORRECTIONS, et al.,

       Defendants.

### Order Directing Release of Medical Records of Aaron McCroy

At the status hearing on October 15, 2004, the court ordered the release of the plaintiff's medical records to all the attorneys of record.  This is the written order to that effect.

IT IS THEREFORE ORDERED that the plaintiff's medical records shall be released to the attorneys of record in this litigation upon request of said attorney(s) to any covered entity, as defined by 45 C.F.R. 160.103.  Those attorneys are Thomas F. Londrigan, Alexandra De Saint Phalle, Julie Morgan, Kelly Choate, Patrick Londrigan, Theresa Powell, and Carl Tenney.  This order applies to all of the plaintiff's protected health information produced by a covered entity as defined under the Health Insurance Portability and Accountability Act and attendant federal regulations.  The parties and their attorneys shall not use or disclose the protected health information for any purpose other than the litigation in this case.  Upon the termination of this litigation, the parties and their attorneys shall either return said protected health information to the covered entity or destroy the protected health information.

Entered this   21st   Day of     October         , 2004.


                    **s\Harold A. Baker**

                    HAROLD A. BAKER
               UNITED STATES DISTRICT JUDGE