# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY,<br>　　　Plaintiff<br><br>vs<br><br>ILLINOIS DEPARTMENT OF<br>CORRECTIONS, et al.<br>　　　Defendants | WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM<br><br><br>CASE NO. 02-3171 |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, Illinois.

**WE COMMAND** that you produce the body of **AARON MCCROY,** Register No. **N-51882,** who is in your custody at Western Illinois Correctional Center before the United States District Court on **Friday, October 29, 2004, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: October 25, 2004

　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT


　　　　　　　　　　　　　　　BY:　　s/ C. Cathcart
　　　　　　　　　　　　　　　　　　Deputy Clerk