E-FILED
Friday, 29 October, 2004 10:21:22 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY,**  )  <br> Plaintiff  ) <br>   ) <br> vs  ) <br>   ) <br> **IL. DEPT. OF CORRECTIONS, ET AL.,**  ) <br> Defendant  ) | **WRIT OF HABEAS CORPUS** <br> **AD TESTIFICANDUM** <br><br> **CASE NO. 02-3171** |

**TO: THE WARDEN of** WESTERN IL CORR CENTER at MT. STERLING, IL.

**WE COMMAND** that you produce the body of **AARON MCCROY**, Register No. **N 51882**, who is in your custody at WESTERN IL CORR CENTER before the United States District Court on **THURSDAY, NOV. 4, 2004 AT 1:30 PM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: OCTOBER 29, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/K. Wynn
　　　Deputy Clerk