**E-FILED**
Friday, 05 November, 2004  08:52:56 AM
U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AARON MCCROY** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 02-3171** |
| **IL. DEPT OF CORRECTIONS, ET AL** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** WESTERN IL. CORR CENTER at MT. STERLING, IL.

       **WE COMMAND** that you produce the body of **AARON MCCROY**, Register No. **N 51882**, who is in your custody at WESTERN IL CORR CENTER before the United States District Court on **FRIDAY, NOV. 12, 2004 AT 11:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

       **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

       DATED:  NOV. 5, 2004

                    JOHN M. WATERS, CLERK
                    UNITED STATES DISTRICT COURT

                    BY: s/K. Wynn
                        Deputy Clerk