05415-N 3293
PJL/adr

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No    02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| WEXFORD HEALTH SOURCES, DONALD SNYDER, ) | |
| JR., NANCY TUCKER, DENNIS HOCKADAY, ) | |
| DAVID SCHEPPEL, TARA BARR, GREG VOREIS, ) | |
| CLEVELAND RAYFORD, DEBRA FUQUA, STANLEY ) | |
| SIMS, DAVID ANDERSON, JENNIFER BLEASSING, ) | |
| RONDA MILLS, AND NURSE SHAW, In their official ) | |
| and individual capacities, ) | |
| ) | |
| Defendants ) | |

**MOTION FOR VOLUNTARY WITHDRAWAL**

NOW COMES Patrick J. Londrigan, an attorney with HEYL, ROYSTER, VOELKER & ALLEN, who in conjunction with Attorney Theresa M. Powell has been of record for the Defendants WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW in this cause.  Attorney Patrick J. Londrigan now withdraws from representation from the Defendants in this matter, and continued defense will be undertaken by Attorney Theresa M. Powell with the law firm of HEYL, ROYSTER, VOELKER & ALLEN.

Respectfully submitted,
s/Patrick J. Londrigan
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center,
P.O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:plondrigan@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N 3293
PJL/adr

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2004, I electronically filed **MOTION FOR VOLUNTARY WITHDRAWAL** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Ms. Kelly R. Choate
kchoate@atg.state.il.us

Ms. Julie L. Morgan
jlmorgan@atg.state.il.us

Mr. Thomas F. Londrigan
tom@lprpc.com

Mr. Carl J. Tenney
ctenney@hhtlaw.com

Ms. Alexandra de Saint Phalle
alex@lprpc.com

and hereby certify that on November 17, 2004, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

None.

Respectfully submitted,
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center,
P.O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822