05415-N 3293
PJL/adr

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No  02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| WEXFORD HEALTH SOURCES, DONALD SNYDER, ) | |
| JR., NANCY TUCKER, DENNIS HOCKADAY, ) | |
| DAVID SCHEPPEL, TARA BARR, GREG VOREIS, ) | |
| CLEVELAND RAYFORD, DEBRA FUQUA, STANLEY ) | |
| SIMS, DAVID ANDERSON, JENNIFER BLEASSING, ) | |
| RONDA MILLS, AND NURSE SHAW, In their official ) | |
| and individual capacities, ) | |
| ) | |
| Defendants ) | |

**ORDER**

UPON THE Motion of Attorney Patrick J. Londrigan to withdraw as one of the attorneys for the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, and as Attorney Londrigan was one of the attorneys within the same law firm defending the Defendants so that representation of the Defendants continues, said motion is allowed and Attorney Patrick J. Londrigan may be removed from the case list and proof of service as of this date.

Entered this _____ day of _____ 2004

_____
Judge