UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
201 S. VINE STREET
URBANA, ILLINOIS 61802

HAROLD A. BAKER
SENIOR JUDGE

PHONE: 217-373-5835
FAX: 217-373-5834

December 14, 2004

Michael A. Kass, M. D.
Chairman, Opthamology and Visual Sciences
School of Medicine
Washington University in St. Louis
Campus Box 8096
660 South Euclid Avenue
St. Louis, MO 63110

Re: Aaron McCroy    02-CV-3171

Dear Dr. Kass:

Thank you for your letter of December 8 reporting on your examination of Aaron McCroy. The letter is most helpful to the court in deciding how to proceed in Mr. McCroy's case. I assume you have arranged for compensation for your time with the lawyers but if not, do not hesitate to call on me for assistance.

Very truly yours,

Harold A. Baker
United States District Judge

copy: all counsel of record
enclosing a copy of Dr. Kass' letter to the court.

# Washington University in St. Louis

## SCHOOL OF MEDICINE

Department of Ophthalmology  
and Visual Sciences

**Michael A. Kass, M.D.**  
Professor and Chairman

December 8, 2004

Judge Harold A. Baker  
U.S. District Court  
201 S. Vine Street  
Urbana, IL   61802

Re:   **Aaron McCroy**                              02-CV-3171

Dear Judge Baker:

I had the opportunity to examine Mr. McCroy today. He is a 44-year-old prisoner who states that he developed keratoconus in 1993. Keratoconus is a degenerative condition of the cornea in which the cornea begins to change shape, causing irregular astigmatism, and is often accompanied by scarring and decreased vision. Mr. McCroy stated that he was fitted for contact lenses in both eyes to improve vision.

In 2002, apparently the keratoconus progressed to the point where he could no longer wear a contact lens in the left eye, and he underwent a corneal transplant at St. John's Hospital in Springfield, Illinois. Mr. McCroy alleges that he was treated with neomycin, polymyxin, and Lotemax® drops after the corneal transplant. He further alleges that he used these drops five times a day for 47 days. He alleges that he did not receive the appropriate number of postoperative visits, and this caused him to develop glaucoma and a cataract in the left eye.

Approximately 18 months after the corneal transplant, Mr. McCroy experienced trauma to his left eye, which caused the transplant to be knocked loose. He underwent two attempts at surgical repair for the left eye, and the left eye was eviscerated; that is, all of the contents of the eye were removed, leaving only the shell of the sclera. Mr. McCroy currently has a contact lens for the right eye, but it is four years old, and he states it does not fit him well, is not comfortable, and he does not see well using the lens. He has never received a prosthesis for the left eye and simply has a plastic shell over the conjunctiva.

Mr. McCroy's past medical history is significant for hypertension for the past seven years, depression, hepatitis C, and migraines. He currently receives darvocet on an "as needed" basis for migraine, nifedapine XR (60 mg/day), inderal (20 mg 3 times/day), hydrochlorthiazide (25 mg/day), and klonepin (1 mg at bedtime).

On examination today, Mr. McCroy could see 20/400 in the right eye without correction. I attempted to refract his right eye, and the best refraction I could obtain was -4.00 +6.00 @ 130°, which gave vision of 20/100 when the patient was squinting. On keratometry, Mr. McCroy had more than 9 diopters of

The enclosed materials are private and confidential. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or taking of any action in reliance on the contents of this information is strictly prohibited. IF YOU HAVE RECEIVED THESE MATERIALS IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER VIA TELEPHONE TO ARRANGE FOR RETURN OF THE FORWARDED DOCUMENTS TO US.

Washington University Eye Center, Campus Box 8096, 660 South Euclid Avenue, St. Louis, Missouri 63110  
TEL:  314-362-3937      Toll-free:  800-543-2733      FAX:  314-747-2851

astigmatism in the right cornea. The left eye has no vision since the contents of the eye have been removed. The right pupil was reactive to light. The right eye was able to move fully. External examination revealed a normal-appearing right eye; the left eye has a plastic shell in place with no prosthesis. Slit lamp examination of the right eye revealed that Mr. McCroy definitely has keratoconus with an iron line and some scarring that is present in the central cornea. The cornea is clearly thinned. He has a trace of cataract present in the right eye. His intraocular pressure in the right eye was 8-9 mmHg, which is normal. Examination of the fundus revealed a normal-appearing optic nerve, vessels, and macula.

Mr. McCroy has keratoconus in the right eye. He also has mild cataract in the right eye. The left eye was eviscerated following trauma after penetrating keratoplasty. He also has hypertension, diabetes, hepatitis C, and migraines. At this point, I think Mr. McCroy needs to have a contact lens fitted for the right eye to improve his vision. Fitting contact lenses for keratoconus is not an easy thing to do, and he should see a practitioner (either an optometrist or ophthalmologist who has expertise in this area) near the prison. He probably will need a minimum of three or four visits in order to fit this contact lens properly. It is impossible for me to predict what kind of vision he will have with this lens. At some point, Mr. McCroy should also have a prosthesis fit for the left eye, although this would be for cosmetic appearance rather than for any visual rehabilitation. I have no idea how long Mr. McCroy is scheduled to be incarcerated. I think it would be dangerous to consider a corneal transplant to the right eye since he lost the left eye following transplant and trauma. Clearly, he is at significant risk to trauma in the right eye should he have surgery while in prison, and this seems to me to be an unacceptable risk. If he is scheduled for release in the next few years, Mr. McCroy might be best served to have a contact lens fit now. If that does not give him better vision, he should considering having a corneal transplant in the right eye when he can control his situation out of prison. In the meantime, Mr. McCroy should wear safety glasses to protect his one remaining eye.

Mr. McCroy asked me about the appropriateness of his care after the penetrating keratoplasty in his left eye. I told him I could not comment on this since I do not have any of the records, and it would be inappropriate for me to do so without reviewing all of the records concerning this matter. In addition, since he had trauma to the eye at a later time, which caused him to lose the eye and all vision, the appropriateness of his care following the corneal transplant becomes somewhat of a moot point.

I hope this information is useful to you.

Sincerely yours,

*Michael Kass*

Michael A. Kass, M.D.

MAK/kv

The enclosed materials are private and confidential. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or taking of any action in reliance on the contents of this information is strictly prohibited. IF YOU HAVE RECEIVED THESE MATERIALS IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER VIA TELEPHONE TO ARRANGE FOR RETURN OF THE FORWARDED DOCUMENTS TO US.