# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AARON MCCROY,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 02-3171** |
| **IL. DEPT. OF CORRECTIONS,** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** AARON MCCROY at WESTERN IL CORR CENTER, MT. STERLING, IL.

     **WE COMMAND** that you produce the body of AARON MCCROY , Register No. **N51882**, who is in your custody at WESTERN IL. CORR CENTER before the United States District Court on **WEDNESDAY, DEC. 29, 2004 AT 9:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

     DATED:  DEC. 20, 2004

                                JOHN M. WATERS, CLERK
                                UNITED STATES DISTRICT COURT

                                BY:      s/K. Wynn_____
                                    Deputy Clerk