# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AARON MCCROY** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 02-3171** |
| **IL. DEPT. OF CORRECTIONS,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** WESTERN IL CORR CENTER at MT. STERLING, IL.

      **WE COMMAND** that you produce the body of **AARON MCCROY**, Register No. **N 51882**, who is in your custody at WESTERN IL CORR CENTER before the United States District Court on **THURSDAY, DEC. 30, 2004 AT 9:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED:  DEC. 21, 2004

                                              JOHN M. WATERS, CLERK
                                              UNITED STATES DISTRICT COURT

                                                BY:  s/K. Wynn
                                                      Deputy Clerk