IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

### RESPONSE TO COURT'S ORDER TO SHOW CAUSE

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois and in response to the Court's Order of November 29, 2004 [doc 149], submit the following:

1. In its order of November 29, 2004 appointing Dr. Kass as an expert in this case, the Court allowed the Defendants to show good cause why they should not pay for the services of Dr. Kass.

2. Mr. McCroy has been receiving abundant care for his eyes paid for by Defendants Illinois Department of Corrections and Wexford Health Services. This care includes a corneal transplant and multiple visits to eye specialists throughout Central Illinois, as evidenced by the medical records already provided to the Court.

3. Defendant, Illinois Department of Corrections, has already incurred extra expense to depose Plaintiff's previous requested "expert," Dr. Zeh, as well as the expense to staff and transport Plaintiff to St. Louis for consultation with Dr. Kass.

4.  The appointment of Dr. Kass was likewise at the request of Plaintiff's counsel, Thomas Londrigan, though there has been no showing by Dr. Zeh or any other physician that Plaintiff's medical care has been substandard or that any of the Defendants have been deliberately indifferent to Plaintiff's serious medical needs. Dr. Kass, likewise, did not give any opinion as to the merits of this case and did not give any medical opinion contrary to that propounded by the physicians already treating Plaintiff for his eye disorder.

5.  Moreover, should Plaintiff prevail at trial, the cost of the lengthy examination and testing by Dr. Kass would be recoverable.

6.  Neither the Defendant, Illinois Department of Corrections nor the State of Illinois should be forced to incur expense over and above that which it has already incurred for Mr. McCroy's previous care and will incur for his ongoing treatment.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court not order Defendants to incur further costs of Plaintiff's litigation.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

Attorney for Defendants,

Kelly R. Choate, #6269533
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9026

By: s/ Kelly R. Choate
KELLY R. CHOATE
Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2005, I electronically filed a Response to Court's Order to Show Cause with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on January 7, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us