05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| WEXFORD HEALTH SOURCES, DONALD SNYDER, ) | |
| JR., NANCY TUCKER, DENNIS HOCKADAY, ) | |
| DAVID SCHEPPEL, TARA BARR, GREG VOREIS, ) | |
| CLEVELAND RAYFORD, DEBRA FUQUA, STANLEY ) | |
| SIMS, DAVID ANDERSON, JENNIFER BLEASSING, ) | |
| RONDA MILLS, AND NURSE SHAW, In their official ) | |
| and individual capacities, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO FEES FOR DR. KASS**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their response to Fee for Dr. Kass, state as follows:

The undersigned Defendants adopt the Motion regarding Dr. Kass' filed by the Department of Corrections as and for their response as to why Dr. Kass' fees should not be assessed either in whole or in part to them.

WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2005, I electronically filed **Defendants' Response to Fees for Dr. Kass** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Kelly R. Choate
    kchoate@atg.state.il.us

    Thomas F. Londrigan
    tom@lprpc.com

    Julie L. Morgan
    jlmorgan@atg.state.il.us

    Carl J. Tenney
    ctenney@hhtlaw.com

    Alexandra de Saint Phalle
    alex@lprpc.com

and I hereby certify that on January 10, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Aaron McCoy, #N51882
    Western Illinois Correctional Center
    Route 4, Box 196
    Mt. Sterling, IL 62353

    Respectfully submitted,
    s/Theresa M. Powell
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:    (217) 523-3902
    E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822