UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

    Plaintiff,

v.                                                                                          02-CV-3171

ILLINOIS DEP'T OF CORRECTIONS,
DEBRA FUQUA, TARA BARR,
NANCY TUCKER, DONALD SNYDER,
DAVID SCHEPPEL, GREG VOREIS,
DENNIS HOCKADAY,
CONNIE JO SHAW, RONDA MILLS,
JENNIFER BLEASSING, STANLEY SIMS,
CLEVELAND RAYFORD,
WEXFORD HEALTH SOURCES, INC., and
DAVID ANDERSON,

    Defendants.

## Case Management Order #3

    1) A hearing on the plaintiff's preliminary injunction motion (d/e 70) is scheduled for <u>Tuesday, February 1, 2005</u> at <u>9:00 a.m.</u> at the U.S. Courthouse, 201 S. Vine St., Urbana, IL.  The issues to be determined at the hearing are: 1) the plaintiff's appropriate place of incarceration in the IDOC to ensure the care for his remaining eye as advised in Dr. Kass's letter, which includes the fitting of a contact lens, the provision of safety glasses, the plaintiff's timely transportation to appointments with an ophthalmologist with expertise with Kerataconus, and the provision of care directed by said ophthalmologist, including the timely transportation to all follow-up appointments.  Counsel for defendants shall present witnesses to justify keeping the plaintiff at his current place of incarceration.  Counsel for the plaintiff shall present evidence to show his current place of incarceration is ill-suited, and a different IDOC prison is better able and suited, along with satisfying the other requirements for a preliminary injunction.

    2)  Counsel for the plaintiff and the Assistant Attorney General shall appear in person before the court sitting in Urbana for the preliminary injunction hearing.  Teresa Powell, Esq. may appear by interactive video from the Concordia facility of the IDOC.  The plaintiff shall appear by interactive video from the Menard correctional facility where the court is informed he has been transferred for disciplinary reasons.  Witnesses may appear personally or by video conference.

1

3) By <u>January 27, 2005 at 4:30 p.m.</u>, the parties shall submit by facsimile transmission to the court in Urbana a list of witnesses who shall appear by video. The clerk is directed to issue the appropriate writs to secure the plaintiff's appearance at the preliminary injunction hearing and to secure the video appearance of the witnesses listed by the parties.

Entered this <u>24th</u> day of <u>January</u>, 2005.

s\Harold A. Baker

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE