# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME: AARON MCCROY v IDOC, ET AL | CASE NO. 02-3171 | Beginning Date of Trial: 2/1/05 | Type of Trial: CIVIL Length of Trial: ONE days |
|---|---|---|---|

**TO: THE WARDEN OF MENARD CORR CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Aaron McCroy | N 51882 | MENARD | 2/1/05 | 9:00 - 5:00 |
| Theresa Powell/Dft's Counsel | N/A | CONCORDIA | 2/1/05 | 9:00 - 5:00 |
| Dr. Cleveland Rayford/Dft | N/A | CONCORDIA | 2/1/05 | 9:00 - 5:00 |
| Judge Baker | N/A | URBANA | 2/1/05 | 9:00 - 5:00 |

Dated: January 26, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/K. Wynn_____
    DEPUTY CLERK

cc: Thomas Londrigan
    Theresa Powell
    Kelly Choate
    Carl Tenney