# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>AARON MCCROY v IDOC, ET AL | CASE NO.<br><br>02-3171 | Beginning Date of Trial:<br><br>2/1/05 | Type of Trial:<br>CIVIL<br>Length of Trial:<br> days ONE |
|---|---|---|---|

**TO: THE WARDEN OF CONCORDIA**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Aaron McCroy | N 51882 | MENARD | 2/1/05 | 9:00 - 5:00 |
| Carl Tennye/Dft's Counsel | N/A | CONCORDIA | 2/1/05 | 9:00 - 5:00 |
| Dr. David Anderson/Dft | N/A | CONCORDIA | 2/1/05 | 9:00 - 5:00 |
| Judge Baker | N/A | URBANA | 2/1/05 | 9:00 - 5:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: January 27, 2005                                    JOHN M. WATERS, CLERK
                                                           UNITED STATES DISTRICT COURT

                                                           BY:   S/K. Wynn
                                                                 DEPUTY CLERK

cc: Thomas Londrigan
    Theresa Powell
    Kelly Choate
    Carl Tenney