E-FILED
Thursday, 27 January, 2005  03:59:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.  02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEFENDANTS' WITNESS LIST

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their witness list for the injunctive relief hearing set for February 1, 2005.  Defendants' witness list is as follows:

1. Pam Grubman, Health Care Unit Administrator

2. Dan Ohlau, Clinical Services Supervisor

Pam Grubman and Dan Ohlau will appear via video from Menard Correctional Center.

3. Deposition of Dr. Zeh (Dr. Zeh has moved out of state).

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA,
      Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois
      Attorney for Defendants,

Kelly R. Choate, #6269533
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706    By:  s/ Kelly R. Choate
(217) 782-9026    KELLY R. CHOATE
    Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2005, I electronically filed a Notice of Defendants' Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on January 27, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us