# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT URBANA
### AMENDED VIDEO WRIT

| CASE NAME: AARON MCCROY v IDOC, ET AL | CASE NO. 02-3171 | Beginning Date of Trial: 2/1/05 | Type of Trial: CIVIL Length of Trial: days ONE |
|---|---|---|---|

**TO: THE WARDEN OF CONCORDIA**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.
PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Aaron McCroy | N 51882 | MENARD | 2/1/05 | 9:00 - 5:00 |
| Carl Tennye/Dft's Counsel | N/A | CONCORDIA | 2/1/05 | 9:00 - 5:00 |
| Dr. David Anderson/Dft | N/A | CONCORDIA | 2/1/05 | 9:00 - 5:00 |
| Judge Baker | N/A | URBANA | 2/1/05 | 9:00 - 5:00 |
| PamGrubman/Witness | N/A | MENARD | 2/1/05 | 9:00 - 5:00 |
| Dan Ohlau | N/A | MENARD | 2/1/05 | 9:00 - 5:00 |
|  |  |  |  |  |

Dated: January 28, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   S/K. Wynn
      DEPUTY CLERK

cc: Thomas Londrigan
    Theresa Powell
    Kelly Choate
    Carl Tenney

Format and wording approved by IDOC Legal Counsel 2/11/98