IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF PLAINTIFF'S WITNESS LIST**

NOW COMES the Plaintiff, AARON MCCROY, by and through his attorney, Thomas F. Londrigan, Londrigan, Potter & Randle, PC, and hereby submit his witness list for the injunctive relief hearing set for February 1, 2005.  Plaintiff's witness list is as follows:

1. Aaron McCroy, inmate at Menard Correctional Center

2. Deposition of Dr. Zeh (Dr. Zeh has moved out of state)

Respectfully submitted,

AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan

Thomas F. Londrigan, #1686542
Londrigan, Potter & Randle, P.C.
1227 South Seventh St.
P.O. Box 399
Springfield, IL  62705
(217)544-9823
Of Counsel.
Tom@lprpc.com

## Certificate of Service

The hereby certify that a on January 28, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, #1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com