# United States District Court

DISTRICT OF _Illinois_ — _Central_

Aaron McCroy v. Il. Dept of Corrections

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: O2-3171

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A. Baker | Thomas Londrigan | Kelly Choate, Theresa Powell, Carl Tenney |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Feb 1, 2005 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/1/05 | ✓ | ✓ | Western Il Corr - Memo - 6/8/04 |
| 1. | | | | | Joint Exhibit Dr Zeh's Deposition |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages