IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF COMPLIANCE TO COURT'S ORDER OF FEBRUARY 1, 2005

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their response to this Court's Order of February 1, 2005, submit the following:

Plaintiff's Medical Record from Menard Correctional Center (Bate Stamped 10355 through 10451).

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,
DONALD N. SNYDER, JR., NANCY TUCKER,
DENNIS HOCKADAY, DAVID SCHNEPEL,
TARA BARR, GREGORY KENT VOREIS, and
DEBRAH K. FUQUA,
   Defendants,

LISA MADIGAN, Attorney General,
State of Illinois
   Attorney for Defendants,

Kelly R. Choate, #6269533
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026

By:  s/ Kelly R. Choate
KELLY R. CHOATE
Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2005, I electronically filed a Notice of Compliance to Court's Order of February 1, 2005 with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on February 8, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us