Inmate's Name ___

Name: MCCROY, AARON
Number: N-51882
Age: 32   DOB: 09/09/60
Race: BLK   Sex: M

| Problem Number | Date Entered | | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1. | 7/8/93 | LIKA | | |
| 2. | 7/8/93 | hx drug abuse | | |
| 3. | 7/8/93 | hx GC. 1986 | | |
| 4. | 7/8/93 | hx ORIF ® leg 1990 | | |
| 5 | 1993 | Keratoconus OU. 1993. HAS MEDICAL NEED FOR CONTACT LENSES | | |
| 6 | 1-7-97 | Low Back  N.S.D. | | |
| | 3/99 | Hep. C antibody eval | | |
| | 6/23/99 | HTN Clinic | | |
| | 10-9-01 | "Hill C.C." Reviewed and Problem List Current pc | | |
| | 6-18-04 | Special Needs Clinic Ax Keratoconus | | |
| | 10-18-04 | Post Eviceration O.S. | | |
| | 1-12-05 | Menard c.c. Problem List Updated: HTN · Hep C+ · Traumatic ® Eye Injury ® Eye Poor Vision.  E. McClaren | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OC 7141-A (4-83)

II 424 0041

# DATA BASE

| Allergies | Chronic Conditions |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| | _____ |

| INMATE/ YOUTH NAME | McCray, Aaron | IDOC NUMBER | N51882 |
|---|---|---|---|

| IMMUNIZATION AND EXAMS | | | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diphtheria/Tetanus | | | | | | | | | |
| MMR | | | | | | | | | |
| Polio | | | | | | | | | |
| Hepatitis B | | | | | | | | | |
| Influenza | | | | | | | | | |
| Pneumococcal Vaccine | | | | | | | | | |
| PPD Date | Ø | 12/9/04 0 mm | | | | | | | |
| PPD Reading mm | 9-22-03 | 12/9/04 | | | | | | | |
| Chest X-Ray | | | | | | | | | |
| RPR | | | | | | | | | |
| EKG | 9-24-03 | 9-23-04 | | | | | | | |
| Sickle Cell | | | | | | | | | |
| Pap Smear | | | | | | | | | |
| Mammogram | | | | | | | | | |
| Food Handler | 9-30-02 | | | | | | | | |
| MDPP | 9-30-02 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: |
|---|
| McCroy          Aaron          ID#: N51882 |
| Last Name        First Name    MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/09/04 10³⁰pm | Nurse Note | P ① Cont inf care as ordered - |
| | S- Ø voiced complaints ——— | |
| | O - 96⁵ 78-20  126/48 ——— | |
| | Ⓛ sclera remains same — | |
| | no edema left eyelid. No drng cleansed from lower eyelid prior to med. administration ——— | |
| | A- Post op Ⓛ eye surgery ——— | L Edwards RN — |
| 10/10/04 8³⁰am | — Nurse Note — Up in room, eye shield in place, no swelling noted, denies any needs. ——— | P: Cont. present management. — |
| | A: post-op Ⓛ eye surgery — | K Asher LPN |
| 10/10/04 10pm | Nurse Note | P ① continue inf care et eye meds as ordered — |
| | S- Ø voiced complaints ——— | |
| | O - 97⁴-60-20 ¹¹⁴/80- Ø Δ Ⓛ eye — | |
| | A- Post op Ⓛ eye surgery ——— | L Edwards RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy                Aaron                ID#: N51882
Last Name             First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/11/04 | Nurse Note | |
| 3³⁰ A | Rec'd liquids for breakfast et | |
| | told offender he may have | |
| | liquids until 7³⁰ Am then is to | |
| | be NPO for eye surgery today – | |
| | Offender demonstrates understanding | |
| | on instructions. | J Edwards R̶n̶ – |
| 10/11/04 | Nurse note | p̄ ① Pt teaching: |
| 6Am | X̶t Bixley here – Eye oint | a) Pre-op to remain |
| | instilled as ordered – again | NPO p̄ 7³⁰ Am – |
| | reminded offender of pre-op | |
| | prep. | J Edwards R̶n̶ |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

010358

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Western Illinois Correctional Center

Offender Information:

McCroy          Aaron          ID#: N51882
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/11/04 9:30 AM | S→↑ NURSE NOTE in room — Awaiting med furlough — consent paper read to Inmate & signed. No c/o voiced c this time. A Post-op + Pre-op ? eyes | P) Cont. to monitor — RN [illegible] |
| 8/1/04 12:15 PM | NURSE NOTE h/c ? on med visit c this time — RN [illegible] | RN [illegible] |
| 9/10/04 10:54 | NURSE note Return from Springfield one day Surgery — Had Evisceration of ⊕ eye. c/s BP 130/70 P84 R 16 T 98.5. Walked in c c/o. Alert & cooperative. Explanation of orders given to I/M. [signature] noted (tox) | P) 1) Keep ⊕ eye patch on — clean & dry til after 10/15/04 visit to eye surgeon. Do not get it wet! 2) Head of bed to be elevated 30° 3) Diet as tolerated [signature] cont. next pg |

DOC 0085 (Eff. 8/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCoy    Aara    N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/11/04 10:55p | Nurse note continued c/o hunger. Diet received food - not well. | 4) Keflex 250mg PO QID x 5 days 5) Vicodin i or ii q 3-4hrs PRN x 2days - if nffective try Tylenol #3 i or ii q 4 x 2days or Darvocet-N 100 i or ii q 4-6° PRN x 2days. T.O. Dr Larson/ noted 6) cont. other meds as ordered DC Tobramycin opth. drops |
| 10/11/04 11:15p | Nurse note Requesting pain med — | 7) Vicodin ii tabs PO given |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy          Aaron                    ID#: N57882

Last Name          First Name          M

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/12/04 | Nurse note | |
| 8PM | Requests pain med. Given. UB & about in room — | Lfox/w |
| 9/13/04 | Nurse note | |
| 4³⁰/A | C/o pain ① eye — med given | Lfoch |
| /04 | Nurse note: | P)-Pain meds offered |
| Am | S/o VS 120/82-78-20-97' Sitting ↑ on side of bed. ① eye shield on. Yes pressure to ① eye when ↑ to bathroom. Last BM: 10/10/04 Dulcolax po given as ordered. Abd se distended Requests ↑ stool softner. | routinely. - Enc to avoid straining or lifting. - ↓ or ↑ in stool softner. - Continue to monitor |
| | P) ① eye evisceration — | Bwarden |

010361

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Western Illinois Correctional Center

Offender Information:

McCroy                Aaron                N51882
Last Name             First Name      MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/12/04 3:45 A | Nurse note. Up for breakfast. Good appetite. States (L) eye is beginning to hurt. | P) Vicodin ii tabs given). (Axel) |
| 10/12/04 8:00 A | Nurse Note. C/o pain. Vicodin @ this time — Lt about in room. Dressing, shield in place to (L) eye. — | BBowers LPN |
| 10/12/04 10:10 Am | Nurse Note: Nurse from St. John Called and informed this offender needs to be off disalcid because it acts as blood thinner. Call from Nurse Hammans RN — | MRobmann |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCray   Aaron   ID# N57882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-13-04 | N.P. note | |
| 8⁴⁰ Am | Call was received from same nurse as above - Taken by nurse Thompson RN stating they consulted c̄ another Doctor who stated Dilantin OK. | Dilantin was reinstated yesterday. |
| 0-13-04 10 AM | nurse practitioner note (S) c/o Constipation - Last B.M. 3 days ago and he had to manually remove that. (O) NAD Shield in place to OS. HOB ↑ 30 degrees. Abdomen soft - c̄ firm felt © quad B.S. hyperactive Rectal c̄ resistance and firm hard stool (A) Post Examination OS 10-1-04 (S) continue c̄ pain meds and ↓ mobility | ① done Dulcolax suppository now ② metamucil ī packet TID X2 Watch Take c̄ fluid ③ if no result today c̄ suppository give fleet enema K Miller CN? noted Bower |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCrey          Aaron              ID#: N51882
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/13/04 4²⁰pm | Nurse Note<br>Dr. Larson notified for pain med<br>Orders - new orders rec'd per Edwards RN) | — Edwards RN |
| 10·13-04 7pm ⁵⁰ | Nurse Note<br>C/o ↑ pain Ⓡ eye Vicoden ↑ give<br>inst to inform nurse if pain not<br>relieved. | K Kalma RN |
| 10·13-04 10pm | Nurse Note<br>C/o cont pain 2nd Vicoden given<br>as ordered — | K Kalma |
| 10/14/04 8³⁰ᴬ | — Nurse Note —<br>Sd: ↑ in room, Ⓡ eye<br>shield remains on, cont.<br>to C/o constipation, states<br>only sm. B.M. yesterday -<br>A: constipation / Ⓡ eye evisceration. — | P: Cont. present<br>management. — |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCray    Aaron    ID#: N51882
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-14-04 12:10 p | N. P. Note (S) pt. seen on Infirmary rounds this a.m. around 8:30 am. (O) Continue to c/o constipation. Eye shield in place on left. Abdomen soft, B.S.+, (A) constipation 2° edris med | fleet Enema Today Above not available at this x. OK to give fleets phosph soda 20 cc float this x R mill Grp Nu... Not at 10/14/09 |
| 10-14-04 10 p | — Nurse Note — 20 cc Fleets phospho soda po given as ordered, I/M followed by 2-83 glasses of H₂O. | [signature] |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

## Western Illinois Correctional Center

Offender Information:

Last Name: _McCroy_    First Name: _Aaron_    MI: ___    ID#: _N 51882_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/14/04 5³⁰pm | Nurse Note<br>S "Need pain med"<br>0 - C/o Ⓛ eye pain<br>Vicodin 5/500mg tabs ƩƩ p.o. given<br>A - Ⓛ eye surgery | P ① Cont inf. care as ordered ——<br><br><br>⌐Edwards RN — |
| 10/14/04 4⁴⁵pm | Nurse Note<br>Per nurse note/Nurse Practitioner<br>May give Motrin if needed<br>for pain — Do not renew Vicodin— | V.O. ⌐Edwards RN<br>per N. Practitioner<br>May give motrin<br>per nurse protocol<br>for pain<br>⌐Edwards RN — |
| 10/14/04 9³⁰pm | Nurse Note<br>S -" Still having pain"<br>0- States still having pain. states<br>" meds given at supper only lasts<br>few hours". Asked about bowels —<br>(Cont'd) | P ① Motrin 200mg<br>tabs ƩƩ po qid prn<br>per nurse protocol<br>for muscular<br>discomfort —<br>⌐Edwards RN - |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: *McCroy*  First Name: *Aaron*  MI: ___  ID#: *N51882*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/14/04 9:30 pm | Nurse Note <br> States " I had to digitally remove impaction." <br> 97³ - 64·20  112/80 <br> Lt eye drsg in place | Pt Teaching: <br> ① Do Not Strain to have BM — <br> — J Edwards RN — |
| 10·15·04 6:15 am | Nurse Note <br> Out on med furlough — | K Kalur |
| 10/15/04 11:15 a | — Nurse Note — <br> Returned from med. fur-lough | ____ |
| 10/15/04 11:00 | MD Note <br> ♂ Returned from Med furlough <br> C/o pain <br> NAD, A&O×3? <br> Left eye draining In place <br> Post-evisceration OS. <br> d/o Keratoplasty. | ℗ <br> ℗ Tylenol #3, ī, īī Tabs Po, q4-6 hr pain prn ×3 dys <br> ⊖ Tobradex <br> ⊖ Schedule F/u ē Dr Scariche in 1 wk <br> A ____ DO ____ Eng |
| | *No ____ 10/15/04 ____ KAS* | DOC 0285 (Eff. 6/2002) (Replaces DC 7147) |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Cray    First Name: Aaron    MI: ____    ID#: A151882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/15/04 12 PM | — Nurse Note. Eye shield in place, Lying quietly in bed. — | _____ RN |
| 10/15/04 8:15 pm | Nurse Note S- "I need some pain meds" O- Eye shield in place — 97⁷ 84-16 114/80 A- ⓛ eye surgery | P ① T3 tabs Ⅱ po for c/o pain — _____ J Edwards RN |
| 10/16/04 4:20 A | Nurse Note S- "Need something for pain" O- T3 tabs Ⅱ po for c/o eye pain — A- ⓛ eye surgery | _____ J Edwards RN |
| 10/16/04 9A | Nurse Note Ⓢ I need my pain pills Ⓞ In bed VSS Dint as ordered Ⓐ ⓛ eye surgery | Ⓟ pain meds as ordered. Contin'd care — B Bower RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Western Illinois Correctional Center

Offender Information:

| McCroy | Aaron | | ID#: N 51880 |
|--------|-------|---|--------------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10-17-04 2pm | Nurse Note ⑤ "I'm ok" ⓞ Oint to eye x2 today. Upper lid remains edematous. Eye shield in place. No pain meds since 8A. Resting peacefully at this time — ✓ Ⓐ Post ⓛ eye surgery | Ⓟ cont inf- care — — — — — — — — — — — — — — B Bowers |
| 10/18/04 8am | Nurse Note: S/O) awake for meds + v/s asking for pain med + given. eye ointment applied eye shield in place. Still complaints of constipation. explains c̄ pain med + ↓ activities I'm will be constipated. cont. to take metamucil to get regulated — | Ⓟ Tylenol #3 # prn pain. cont. to monitor in inf — — — — — — — — — — — H. Lebman RN |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

010369

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Cray    First Name: Aaron    MI: ___    ID#: 715882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10·18·04 10 7pm | Nurse Note C/o ↑ pain Ⓛ eye. Tylenol #3 ii tabs given per prn order ———— | Kkala ✓ |
| 10/19/04 340 11³⁰pm | Resting in bed c̄ eye shielding place — NG S̄ to bed ⊕ this time | P. Cont. to monitor ——— √ Ballen |
| | A. Post D.J Surgery | |
| 10-20·04 8¹⁰A 5/o A | Nurse note C/o unable to sleep c̄o pain however was asleep when I brought meds to him Post surgery | P Cont orders as above |

*Medical Furlough*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

**Transferring Facility:** _WIL_ Center

**Offender Information:** McCray (Last Name) Aaron (First Name)   M   **ID#:** N51882

**Date:** _10/22/04_   **Time:** ___  ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

**Allergies:** _NKA_   **Food Handler Approved:** _Ye_

**Current / Acute Conditions / Problems:** _10/04 Evacuation 13-_

**Chronic Conditions / Problems:** _HIV - glucose._

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _Metronizal + plet tid till 10/28/04 - Klonopin tid p.m._

Chronic Long-term: _Prednisone tabs + qd - HCTZ 25mg day · Primaxin XL labxday - Inderal 20mg tid_

Chronic Psychotropic: ___

**Current Treatments:** _patch to er hr, 10am to infirmary_

**Therapeutic Diets:** _12_

**Follow-Up Care:** _Opth - F/U_

**Chronic Clinics:** _HIV - special infection clinic_

**Specialty Referrals:** _Opth_

**Significant Medical History:** _HCV · 10/04 Immunization 13- hx GC Ily · hx ORIF (R) leg 1990 hx glaucoma_

**Physical Disabilities / Limitations:** _① vision 13- · ① wt lifting ↑ 5lbs · ① contact Sports_

**Assistive Devices / Prosthetics:** _☒_   ☐ Glasses  ☒ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: _/01_   ☒ Hx Psych Med  ☐ Hx MPC / STC   **Substance Abuse:** ☒ Alcohol ☒ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ___   ☐ Packet Complete

Print Name and Title   Signature   Date _10/28/04_

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___   Date: ___   Time: ___  ☐ a.m. ☐ p.m.

Subjective:

Current Complaint: ___   Assessment: ___

Current Medications/Treatment: ___

Objective:

Physical Appearance/Behavior: ___

Plan: Disposition:
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Abnormalities: Acute/Chronic: ___

P: ___   R: ___   B/P: _/_

Printed Name and Title   Signature   Date

**For transition center transfers only:**

and that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature   Date   Time ☐ a.m. ☐ p.m.

Offender's Medical Record; Transferring Facility
Receiving Facility

DOC 0090 (Eff. 9/2002)
(Replaces DC 872)

110371

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc___    First Name: Aaron    MI: ___    ID#: N5 1882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/23/04 (S+0) | Nurse Note — In bed. Eye shield in place. VSS. Voices O c/o pain/disc. (A) Post eye surgery | (P) Cont inf care — B Bowe Rn |
| 10/24/04 8AM | Nurse Note: S/O) awake for meds / VS. denies any c/o pain or discomfort. A) Post eye surgery — MD | P) cont inf care — Hebmann |
| 10/25/04 8:00 | O.S. unincerated. O.D. awaiting a more satisfactory contact lens. For now, he feels more secure housed in infirmary. J Brown MD | May have artificial tears + lens-cleansing solution at bedside. Rec'd + Noted S Scott LPN 10-25-04 8:15 |
| 10/25/04 8:30 | (S+0) Resting. eye shield in place. VS on flow sheet. (A) Post eye surgery | (P) cont Inf Care S Scott LPN |

DOC 0065 (Eff. 8/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCray                  Aaron          ID#: N5,882
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/20/04 | — MD — | |
| 9A | S — Eye status: He is despondent | Meds unchanged |
| | over loss of O.S. | |
| | O — Vision O.D. unaffected, + | |
| | will be enhanced ē contact lens. | |
| | A — Blind O.S.; depressed. | |
| | Brown MD noted Brown RN | |
| 10/21/04 | Nurse Note. | 7) Continue |
| 9 AM | S) Resting in bed | present care |
| | a) A + O x3 voiced no c/o. | plan /s Moore RN |
| | eye patch intact. | |
| | A) Post (lt) eye surgery | |
| 10/22/04 | Nurse Note | G. Brown RN |
| 1 Am | KSSR completed for med furlough — | |
| 10/24/04 | Nurse Note | 1) Cont inf - seg status |
| 9 AM | O) On for meds/v/s or complaints | |
| | A) Post (lt) eye surgery | Hebmann |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCray          Aaron          ID#: 05/882
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/04 8AM | Nurse Note: (S/O) in bed resting, denies to pain or discomfort, meds given, took č difficulty. V/S completed see flow sheet A) Post eye surgery | O Contin care HWebman RN |
| 10/26/04 8Pm | Nurse note S- Ø voiced complaints O- Eye patch remains over (L) eye 97³-64-20 146/88 ~ (Denies any eye pain) A- post (L) eye surgery nurse note. | P (1) cont inf care as ordered — J Edwards RN |
| 10/27/04 8¹⁰A S/P | no complaints - Eye Patch on - Ø c/o pain - reprised Ø/bil A Post op. | Perrla as order — e Shaw RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _McCray_    First Name: _Aaron_    MI: _____    ID#: _N51882_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/27/04 8²⁰ A | As noted, no new problems | 20 12-Pm |
| | N Brown RN C Shaw LPN @ | |
| | | |
| 10-28-04 7:00 AM. | nurse note: left per security for med furlough | CT company |
| 10/29 8:00 Am | Special lenses being prepared for O.D. We are requesting safety goggles. | Safety goggles Weekly Vitals. N Brown RN noted D Clienze 6.29.04 8:00 A |
| 10.29.04 10:00 A | Nurse note Returned - Issued 1 Dr. Clear protective glasses ——— D Quennen qu | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0086 (Eff. 9/2002)
(Replaces DC 7147)

010375

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy    Aaron                    ID#: N5188

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/28/04 8 AM | Nurse Note Gone on med furlough | SMODE LPN |
| 10.29.04 8³⁰ am | nurse note N/c voices - up to door for meds - eye uncovered @ this x | XDreanea Lpn |
| 10/30/04 730 am | Nurse Note S/o) ↑ for meds / V/S. ∅ c/o @ this time. H) Post @ eye surgery | c) cont'ing VSbmana |
| 11/1 9⁰⁰ am | — no — Awaiting contact lens. Has protective goggle | Move to chronic care status [signature] noted XDreanea 11-04 9⁰⁰ am |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

110376

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Cray    First Name: Aaron    MI: ___    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-2-04<br>7³⁰ | nurse note:<br>(S) ↑ his headaches, eye pain<br>(O) VS ç unc. eye patch over (R)<br>eye. Lip + abrasions per adj.<br>(A) Post eye surgery | (P) Meds / eye gtts<br>as ordered.<br><br>C Thompson |
| 11/2/04<br>10 am | Will be getting a final<br>procedure for O.S., and the lens<br>for O.P. I will expedite his<br>appointments.    M Crowmpus | niur 10²⁵ am.<br>C Thompson ln |
| 11-3-04<br>7¹⁵<br>A | Nurse Note<br>(S) "I'm doing ok"<br>(O) VS on flow sheet<br>resting in bed. eye.<br>patch in place. ð c/o<br>Voiced<br>(A) Post (L) eye Surgery | (P) Meds as Ordered<br><br>S Scott LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCoy                    Arin                    ID#: NbC 1822
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/04 8³⁰ Am | — Nurse Note — S+O: Up in room, denies any needs, eye patch in place. — | P: Continue to monitor. — K Ashcraft |
| 11/7/04 8³⁰ Am | — Nurse Note — S+O: Up in room, denies needs, eye patch in. A: post op ① eye surgery. — | K Ashcraft |
| 11/8/04 8ᴬ | Nurse Note (S+O) Up in hall. Using phone. eye patch in place. No c/o (A) Post op ① eye surgery — | (P) Con't as Ordered S Scott Lpn |
| 8/04 7³⁰ P | Nurse Note (S+O) Resting in bed. Took AM meds & c/o Noted. | (P) con't as Ordered S Scott Lpn |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

010378

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McCoy    First Name: Aaron    ID#: N5 1832

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/4/04 8:30 am | Nurse Note (S) + (O) I'm doing O.k. VS q Wed. Eye patch in place to O.S. No specific c/o voiced (A) Post OS surgery | (P) Cont to monitor — A. Uledinger |
| 11/4/04 6:30 pm | — MD — Appointments for each eye are on the books. He is stable. O.S.: blind (trauma) O.D.: keratoconus J. Brown MD recirculated 11/4/04 9:40 am A. Uledinger | |
| 11-5-04 8A (540) | Nurse Note doing alright up in chair. ø c/o eye patch in place (A) Post op eye surgery | (P) Con't to monitor A. Scott LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

<u>**Western Illinois Correctional Center**</u>

Offender Information:

Last Name: Mc Croy    First Name: Aaron    ID#: 051332

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/10/04 7:50 am | Nurse note ⓢ I'm Ok. ⓞ U/s per Flow - Eye patch in place to OS + s u/o ⓐ Post-op | ⓟ Cont. to monitor — — (illegible) |
| 11/10/04 11 am | Nurse note ①ⓢ I want to see Dr. Stiles. I'm depressed + the u/o just got all over me for nothing. I lost my eye + I'm trying to adjust U/s per flow sheet. ⓐ S/O Depression related to history of (illegible) | ⓟ Dr. Stiles notified. TO see today — (illegible) |
| 11-12-04 6:00 pm | Psych Notes S/O "Bunce told dr. I take other inmates pills or meds. She was trying to get me in trouble." A: Depressed | P: Seroquel anxiety JBS-?? |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

110380

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

<u>**Western Illinois Correctional Center**</u>

Offender Information:

McCoy _____ Aaron _____ ID#: N51282
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11-11-04 | nurse note . | P- Contas ordered |
| 8A | up to shower - no c/o | — Pshower |
| S/O | pain | |
| A | Post eye surgery | |
| | | |
| | | |
| | | |
| | | |
| 11/13/04 | Nurse note. | P) cont as ordered |
| 8AM | s/o) awake for meds. Denies c/o | |
| | pain o discomfort. | |
| | A) Post eye surgery | H/Lebmann |
| 11/14/04 | Nurse Note: | P) cont inf |
| 8AM | s/o) awake for meds. Denies c/o | |
| | pain o discomfort | |
| | A) Post eye surgery | H/Lebmann |
| | | |

Distribution: Offender's Medical Record
(Dist OR section D)

Printed on Recycled Paper

DOC 0085 (Eff. 4/2002)
(Replaces DC 2147)

010381

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McCray   First Name: Aaron   MI: ___   ID#: 051882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/16/04 8AM | Nurse Note: S/O) ↑ for meds. Denies any c/o pain or discomfort — A) post-op | P) inf — Webman |
| 11/17/04 9 Am | NURSE PRACTITIONER VS. 108/72 70 18 T 97+ (S) voices HA. (O) up in chair at bedside c̄ earphones on. Voicing concern over not having follow-up c̄ Dr Farr yet — Believed he was to go out 1 month ago (A) POST OP OS | Washington (P) Have Dr Brown/m discuss c̄ patient any needed follow-up scheduled according to medical records no furlough scheduled R Mills, ANP rec'd + noted 11/17/04 9:10 Am A Wn |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Coy   First Name: Aaron   MI: ___   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-18-04 | **LABORATORY DRAW** <br> Date 11/18/04  Time 3³⁸ m <br> Site R4C  Sticker # <br> Test CBC, BmP, Lipid      RAN12800632 <br> Signature K Kalm | |
| 111804 <br> 832 AM | (S) complains of stiffness in Left knee & weakness of upper leg. S/p Sx Oct. 04. <br> (O) Brace on leg. Healed scar lateral good RSM. <br> (A) S/p Left knee Sx | (P) Advise mobilization & active RSM exercises daily <br> Advise Left knee Brace not Md'd <br> 6-22 MD |
| 11.1804. <br> 83 AM | MD note: <br> (S) Complains of headaches <br> (O) S/p Left eye loss. <br> (A) Headache | (P) Darvocet N 700 1 q2 P.O T.I.D PRN Headah Bulbs |

J10383

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

## Western Illinois Correctional Center

Offender Information:

McCray  Aaron  ID#: 1151882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/18/04 8PM | Nurse note: late entry S/O) ↑ to shower, denies c/o pain discomfort A) post op | P) cont. inf Webb RN |
| 11/18/04 830AM | nurse note: MD making rounds. I/M c/o having occassion. headaches | Webb RN |
| 11/18/04 135PM | Nurse note: EKG completed | Webb RN |
| 11-19-04 8:45 am | ↑ in room — TV on — | Ddreman cna |
| 11-19-04 7:15 am | nurse note: 1) assistance for meals 2) no c/o, up to shower per req. Saline lock in place 3) pt up as | A) monitor CThompson |

010384

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infimary Progress Notes**

Western Illinois Correctional Center

Offender Information:

McCroy                    Aaron                    ID#: 15882
Last Name                 First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11/21/04 740Am | Nurse Note: S/O) ↑ + moved in room Denies 4o pain o discomfort A) post op | P) cont. inf. as ordered HRetana |
| 11/22/04 7¹⁵Am | Nurse Note O) Up @ side of bed watching TV O) ↓ eye patch in place Denies Pain @ this time A) post op OS | P) continue current tx plan SMoore RN |
| 11/22/04 8 Am | Nurse Note (S+O) ↑ watching TV this Am ↓ 4o. OS patch in place Ø c/o A) Post op ↓. | P) Cont to monitor — G Hendryx |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional    Center

| Offender Information: | | | |
|---|---|---|---|
| McCray | Aaron | | ID#: N51882 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/04 1 pm | Annual BASELINE HYPERTENSION or CARDIOVASCULAR CLINIC | |
| | HPI: 5 years of hypertension | Continue protective environment for vision. |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) | |
| | Risk Factors - smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | |
| | Family History: | |
| | Smoking, caffeine, alcohol | |
| | Meds: past | |
| | Meds: present  HCTZ, Nifedipine 60, Inderal 20 tid | |
| | PE  Ht 6'1" Wt 225¾ T 97² P 84 R 18 BP-1 146/76 BP-2 118/82 → 6 Ucheoya | |
| | HEENT  BLIND O.S.    fundo unable | |
| | Resp  Clear | |
| | CVS  RSR    bruits ⊘ | |
| | GI  No upset | |
| | Ext  Full R.O.M. | |

Distribution: Offender Medical Record

Noted 11/23/04 230pm

010386

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Western Illinois Correctional     Center

Offender Information:

Last Name: M⁻Croy     First Name: Aaron     MI:     ID#: N57882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/04 | GU ✓ | Treatment Plan |
| 1 pm | Back ✓ | 1) Meds Renew |
| | Neuro ✓ | INF. isdench? |
| | Skin ✓ | |
| | Assessment Hypertension Kenta comes | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, |
| | | electrolytes (if on diuretics) W NL |
| | Rationale | Additional Studies |
| | SBP - Good   less than 140        DBP less than 90 | |
| | SBP - Fair    140 - 160           DBP   90 - 105 | |
| | SBP - Poor   greater than/equal to 160   DBP greater than 106 | 3) Diet lose 35 lbs ! |
| | Diabetics    less than 135/85 | 4) Patient Education (diet counseling; risk reduction; |
| | | smoking cessation; exercising) |
| | | |
| | | 5) Placement   No restriction |
| | | Programs |
| | | Assignment Housed in INFIRMARY. |

noted 11/23/04 2pm ~
Helman

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

110387

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCoy                    Armm                    ID#: N51882
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/04 1Pm | MD note Here Around HD re chronic - See flow sheet | (4 things) |
| 11/24 8:00 Am | — MD — I cautioned him on the use of darvocet for tolerable pain. It will expire within 3 weeks. | noted 11-24-04 9:00 Am |
| 11/24/04 8pm | Nurse note: S/O) ↑ taking meds. Denies c/o pain or discomfort A) post op | P) cont inj. — W Ebmanen |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

10388

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _McCray_   First Name: _Aaron_   MI: ___   ID#: _N-3-1882_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-26-04 7:30 am | nurse note. (S) evaluated for am meds (O) Eye patch over (L) eye, to l/o this am. (A) Post op eye repair | (P) monitor, meds as ordered. (Thompson R-) |
| 11-29-04 9:00 a | nurse note T to Library — D O'Brennen | |
| 11/30/04 7:30 a | Nurse Note Up et about in cell Moves no c/o — | S Mono (R) |
| 12-1-04 8 a 9-0 | Up + about - no eye pain eye patch on. A - Post eye surgery | P cont. as ordered — Observe — |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

110389

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCloy                    Aaron                              N51882
_Last Name_              _First Name_         MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-2-04 8A | Nurse Note Up in room No C/o Voiced eye patch in place | A. Scott LPN |
| 12-3-04 8A SO A | Nurse note Cheerful up+about no c/o thin Postsurg surgery | P Cont as sched Osthausen |
| 12-4-04 7:30pm | nurse note: (S) worrbehend for 4/5 (O) Eye shield to (L) eye no c/o apprec (P) Postop eye repair | (P) monitor Osthausen |

010390

*Medical furlough*

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Health Status Transfer Summary

**Transferring Facility:** _WIL_ Center

**Offender Information:** McCroy (Last Name) Aaron (First Name) MI ___ **ID#:** N57882

**Date:** 12, 7, 04   **Time:** 430   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

**Allergies:** NKA   **Food Handler Approved:** Yes

**Current / Acute Conditions / Problems:** HA's

**Chronic Conditions / Problems:** HTN HepC Glaucoma

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** Darvocet N100 # for severe HA at most once weekly Dic 12-13-04 Pat. Tears daily

**Chronic Long-term:** Nifedipine XR 60 QD Inderal 20mg TID HCTZ 25mg QD

**Chronic Psychotropic:** Klonopin 1mg HS Dic 12-22-04

**Current Treatments:** Ø   eye shield at noc

**Therapeutic Diets:** Ø

**Follow-Up Care:** Routine

**Chronic Clinics:** HTN Special needs Psych

**Specialty Referrals:** Ø

**Significant Medical History:** Hx drug abuse Hx GC '86 Hx ORIF ® leg '90 Keratoconus ou '93 HepC '99

**Physical Disabilities / Limitations:** ↓ visual acuity blind ® eye

**Assistive Devices / Prosthetics:** Ø     ☒ Contact lens   ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: Ø / ___   ☐ Hx Psych Med   ☐ Hx MPC / STC   **Substance Abuse:** ☐ Alcohol ☒ Drugs

**R.C. Use Only:** ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: ___   ☐ Packet Complete

Barb Bower Rn   *(signature)* B Bower Rn   12, 7, 04
Print Name and Title   Signature   Date

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** ___   **Date:** ___ / ___ / ___   **Time:** ___   ☐ a.m. ☐ p.m.

**Subjective:** ___   **Assessment:** ___

**Current Complaint:** ___

**Current Medications/Treatment:** ___

**Objective:**

**Physical Appearance/Behavior:** ___

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call:   ☐ Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics

**Deformities: Acute/Chronic:** ___
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___

**T:** ___ **P:** ___ **R:** ___ **B/P:** ___ / ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title   Signature   Date

**For adult transition center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

___ Offender's Signature   Date   ___ a.m. ___ p.m. Time

**Distribution:** Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0080 (Eff. 9/2002)
(Replaces DC 873)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

### Western Illinois Correctional Center

Offender Information:

McClary                    Aaron                    ID#: N51882
_Last Name_                 _First Name_           _MI_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-8-04 7AM | Nurse note When this Came, nurse came to work offender gone to eye Dr Apt unable to get Vitals — C Shaw CA — | |
| 12/8/04 3:50p | — Nurse Note — I/m returned from med. furlough, vitals taken, Dr. Brown reviewed report of consultation. — | KAshcraft |
| 12/9/04 8:05Am | Nurse Note. S/o up + about in Room No c/o voiced when asked eye patch remains on ① eye. a) post eye surgery | SConner |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCrory     Aaron     ID#: NS1882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/9/04 9:45 am | Eye care will be assumed by a Jacksonville group. | |
| | *[signature]* | Noted consult |
| 12/9/04 10 am | Nurse Note PPD given: EXP: 12/16/05 LOT: C1618AA, Ⓛ forearm. | K Ashcraft |
| 12/10/04 8 am | Nurse Note: S/O) ↑ watching T.V. ā complaints took meds c̄ difficulty A) Post eye Surgery | P) cont'd H Rebmann |
| 12/11/04 8:30 am | Nurse Note S/O: Up in room, denies any needs. A: post-op eye surgery | P: cont, present management. K Ashcraft |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McCray    First Name: Aaral    MI:    ID#: NS1882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/12/04 | NURSE NOTE | |
| 8 AM | PPD read - 0mm, | |
| | 4.H. approved. | KAshcraft |
| 12/12/04 | — Nurse Note — | |
| 8:30 pm | S+O: Up in room, then in | P: continue present |
| | hall for phone call, denies | management. |
| | any needs. | |
| | A: postop eye surgery | KAshcraft |
| 12-13-04 | nurse note: | |
| 7:30 Am | (S+O) main chores watching TV. | (P) con't to monitor + |
| | no c/o's this x. kept ∈ lockdown | meds |
| | status. | |
| | (A) Post-op eye surgery | wranped |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Mc Crony    First Name: Aaron    MI: ____    ID#: N51832

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/14/04 7:30 Am | Nurses note (S) I'm doing OK. today. (O) VS per flow sheet. (4) eye shield in place. (8) C/O voiced (A) Post op. of surgery | (P) Cont to monitor — (illegible) |
| 12-15-04 3:45 pm | N.P. Note (S) Has shield over left eye. Awaiting prosthesis. C/O headache. requesting narcotic. (O) NAD, well. appearing. Laying on right side. Shield over left eye. (A) Awaiting prosthesis left Eye | (P) CPM ℞ mild cap referred (?) 12/14/04 Yan (illegible) |
| 12/15/04 4:55 pm | (S) Progress notes Still C/O headache & requesting Darvocet which has | |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: Mc Guy    First Name: Aaron    MI: ___    ID# W5 18?2

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/15/04 4:00pm | (cont) worked well in recent past - Expresses dissatisfaction c̄ medical care & medication currently ordered - Denies any intent to self harm) - able to identify self help & coping measures. Also requesting to see warden or duty warden. O. Appears to have coherent thoughts which are goal directed & expressed clearly - A. distress due to medical condition & loss of (illegible) - No appearance of danger to self or others — will monitor thru Psy D | P. Report to nursing staff continued refusal of currently ordered medication — will monitor thru Psy D rec'd + noted 12/15/04 5pm (signature) |
| 12/17/04 5pm | Nurse note. Offered Tylenol 650mg or Motrin 600mg for H/A. Refused meds. Witnessed by C/O (name) (signature) | |

Printed on Recycled Paper

010397

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Crory  First Name: Aaron  ID#: N5182

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/16/04 | Has an occasional migraine. We offer inderal as prophyllaxis and tylenol for rescue; may have one dose in any 7 day period. | |
| | ~ M Crow                      nurse notes ☑ 12-16-04 8³⁰ | |
| | nurse notes | |
| 12-16-04 S/O | C/O pain migraine (headaches) ~ crude/hateful - upsa about in room | PC/xt as ordered C/Shrub |
| A | Past eye surgery | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy    Aaron     ID#: N51882

Last Name      First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/18/04 | Nurse Note | |
| | Upset about cell voiced | |
| | no C/O Is now on | |
| | Seg status | _L Moore RN_ |
| 12/18/04 8A | Nurse Note | |
| | In bed Ø c/o pain/discomfort B Bowers RN | |
| 12/2?/04 9A | nurse vit | P. Prakasudin |
| S/O | Up an about Cheerful no | Afford R |
| | C/o at this time | |
| A | Seg Status Pastor | |
| 12/22/04 9? | the OPH th service at | |
| | Springfield Clinic is ready to | |
| | proceed with the contact lens | |
| | for O.D. | _J Lewory RN_ C Shaw LPN 12/30/04 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCray                    Aaron                    N51882
Last Name                 First Name        MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/23/04 8³⁰A | Nurse note<br>Up + about - no c/o need<br>S — Prn xt. Mess<br>A — Distro. | P. Contasredio<br>C/Shaw LN |
| 12/23-04 8³⁵AM | — M D —<br>Awaiting contact lens from folks<br>@ Springfield Clinic.<br>O — Vital signs stable.<br>Occasional headache.<br>A — Keratoconus O.D. | In "seg" status.<br>Noted LPN<br>C/Shaw LPN<br>12-23-08 |
| 12-24-04 9am | Nurse Note<br>To Klongview D/C'd. Wants to<br>see phych doctor today" — BBeverly | |

i10400

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCray          Aaron          ID#: N51882
_Last Name_      _First Name_      _MI_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/24/04 | CLINIC _Psych_ | |
| 2²⁰ pm | Not seen by Dr Amine. 4 ∅ | |
| | psych eval or refusal. Call placed | |
| | to Dr Brown. MD returned call | |
| | c̄ order for Klonopin 1mg BID | |
| | x 2 wks. See POS. ——— | B. Bessler R.n |
| | | |
| 12-25-04 | _nursing notes:_ | |
| 715 am | Ⓢ Awakened for meds | Ⓟ meds as ordered |
| | Ⓞ no specific c/o apparent | |
| | c̄ present time. Eye _____ | _____ |
| | in place. | _____ |
| | Ⓐ Post op eye surgery _____ | L Thompson |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy _____ Aaron _____ ID#: NS1882
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/27/04<br>8⁰⁰/ᴬ | — MD — | |
| | Prostatism. Headaches. | PSA |
| | No lab approx. | await Lens O.D. |
| | BPH, Keratoconus. | |
| 12/27/04<br>8³¹/ᴬ (s+o) | Nurse Note.  JBrown      noted Scott LPN 12/27/04 8¹⁵/ᴬ | |
| | Up in room. No c/o voiced ℗ Cont as ordered | |
| | eye shield in place | |
| | Cooperative. | |
| | (A) Post op eye Surgery — | J Scott LPN |
| | | |
| | LABORATORY DRAW<br>D _____ Time _____<br>Site WIC    Sticker # _____<br>Test PSA          R2812800632<br>Signature CBrown RN | |
| 12/24/04<br>8ᴬ | Nurses notes | |
| | (s+o) ∅ c/o voiced - Cooperative c̄ us ✓ | ℗ Cont to monitor — |
| | See flow sheet. Had lib ∅ ℗ eye shield in | — C Henry — |
| | place | |
| | (A) Post-op ℗ eye surgery | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

010402

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McCroy    First Name: Aaron    MI:    IDs: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/30/04<br>8 AM<br>S¹° | nurse note<br>eps x about no c/o - eye still<br>on. took meds | P Cont as ordered<br>C Shaw CN — |
| A | Past op eye surgery | |
| | — MD — | |
| 12/30 | He refuses inderal. the<br>hypertension will be difficult to<br>manage sans cooperation.<br><br>Noted<br>B Bowles RN | DC Inderal |
| 12-31-04<br>8 AM | nurse note:<br>① eps in room<br>② voices no c/o c present. Took<br>meds ∅ problem<br>③ Past op eye surgery | ℗ meds as<br>ordered.<br><br>C Thompson |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Cray   First Name: Aaron   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-1-05 8ᵃᵐ | — Nurse Note — Up + about in room, denied any needs. — | (signature) |
| 1/2/05 8³⁰ᵃ | — Nurse Note — Up in room, eye patch on, denies any needs — | (signature) |
| 1/3/05 8A | Nurse Note Up in room. No C/o voiced. Took A.M meds | A Scott LpN |
| 1/3 8A | — MD — Expresses wish to see psych. Has headaches, tolerable. Will check B.P. 1/5. | Psych so notified |
| | (signature) | Noted A Scott LpN 1-3-05 8³⁰ᵃ |

Distribution: Offender's Medical Record

DOC 0088 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

110404