E-FILED
Tuesday, 08 February, 2005  04:06:16 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McElroy    First Name: Aaron    MI:    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1.5.05 9:30 AM | Nurse Note ⑤ IP to door to talk c̄ Dr. Denies C/O. Asking about going to "law library" ® eye trauma/post surgery | ® Cont' order as directed by Dr. — Reexamine |
| 1/5/05 12:30 p | — MD — Same headaches. He may be moving to another facility. No new diagnoses or projected treatment. J Brown MD Noted A Brennan 1/5/05 12:30 pm | |
| 1/6/05 7:45 pm | Nurse note Conjunctive c̄ I C/o taking 9 AM meds [illegible] | C̄ Medrysone ✓ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Cray     First Name: Aaron     MI:     ID#: N_ 1882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/7/05 8ᵃ | MD note Asking to have possession of his contact lens, and to visit the law library. Security will study both issues. | |
| | J Crouny MD s/w + noted 1/7/05 8¹⁰ᴬᵐ | |
| 1/7/05 8³⁰ᴬᵐ | Nurse note Cooperative this AM. Contact lens issued per req. | A _____ |
| 1/7/05 5ᴾᵐ | Nurse note Hose completed for Max Seg to keep | A _____ |
| 1-8-05 8³⁰ᴬᵐ | Nurse Note In bed. ↑ for meds. Voices ∅ % | B Bowes RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Mc Coy    First Name: Aaron    MI: _____    ID#: N5 180

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/05 7:30 am | Nurse Note ↑ for meds ī i/o | A Weidenger / |
| 1-11-05 8:15 | — Nurse Note — S+O: Up + about in room, eye shield on, denies urgent management needs, no complaints voiced A: post eye surgery / trauma — | P: Continue pre-management K.A. Long |
| 1/11/05 10:45 | — MD — Aware of his transfer tomorrow. Wondering if headaches can be treated more intensively. He seems ungainly on his feet, as if drunk. Keratoconus O.D. | Continue usual meds. J.B. ... |

10407

Men Seg to Seg
1-12-05

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

Transferring Facility: _WICC_ Center

Offender Information:
Last Name: McCroy   First Name: Aaron   MI: ___   ID#: N51882

Date: 1,7,05   Time: ___ ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKA    Food Handler Approved: Yes

Current / Acute Conditions / Problems: Ø

Chronic Conditions / Problems: Hep C - HTN - Glaucoma, Absent RE

Current Medications (name, dosage, frequency, and duration):
- Acute Short-term: Artificial tears soln 3x day till 14/30LF - Bisacodyl 5mg + 6ad till 2/17/05
- Chronic Long-term: HCTZ 25mg/dy - Nifedipine 60mg/dy - Benton Adv Control Conditioning + Cleanse
- Chronic Psychotropic: Klonopin 1mg bid till 2/4/05

Current Treatments: L eye patch (shield)

Therapeutic Diets: Ø

Follow-Up Care: psych - HTN - Hep C

Chronic Clinics: Special needs - HTN

Specialty Referrals: Ø

Significant Medical History: Hep C - Glaucoma - HTN - Absent RE due to trauma, Hx GC + tx. Hx
ORIF Q leg 1960 - Keratotomous

Physical Disabilities / Limitations: L eye absent - OD poor vision

Assistive Devices / Prosthetics: Ø    ☑ Glasses  ☑ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___   ☑ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___  ☐ Packet Complete

Print Name and Title: A. Henderson   Signature: A. Henderson   Date: 1,7,05

**Reception Screening** (completed by receiving facility health care staff):

Facility: Menard CC    Date: 1/12/05   Time: 530 ☑ a.m. ☐ p.m.

Objective: Assessment: ___

Current Complaints: lost L eye 1 mo. ago.

Current Medications/Treatment: Klonopin, artificial

Objective:
Physical Appearance/Behavior: ___

Deformities: Acute/Chronic: ___

T: ___  P: ___  R: ___  B/P: ___/___

Plan: Disposition:
☐ Health Information Given    ☐ Emergency Referral: ___
☐ Sick Call:  Urgent / Routine
  ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title: ___   Signature: ___   Date: ___

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: ___   Date: ___   Time: ___  ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0060 (Eff. 9/2002)
(Replaces DC 873)

010408

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____ Center

Offender Information:

| Last Name | First Name | MI | IDN: |
|-----------|-----------|-----|------|
| MC Croy | Acron | | N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/12/05 7:30pm | MD Note /Transfer | Plan |
| | S } see admission form O } | Admit to Infirmary |
| | A  HTN Hep C+ Traumatic (L) eye injury (Rt) eye - poor vision | Kumar MD Noted J. Willll |
| | | |
| | | |
| | | |
| | | |
| | | |

istribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

010409

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Vital Sign
Graphic Flow Sheet**

Offender Information:

Last Name: McCroy    First Name: Aaron    MI:    ID#: 115-1882

Facility: Menard Corr Area

| Date | | | 1/12/05 | | | | 1/13/05 | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

**Temperature**
106 / 105 / 104 / 103 / 102 / 101 / 100 / 99 / 98 / 97 / 96

| Respiration | 80 | 81 |
| Hours 4AM | 16 | 20 |
| 8AM | | 120/87 |
| Blood Pressure Noon | | |
| 4PM | | |
| 8PM | 110/90 | |
| Mon-cm | | |

| Weight Height | | |
| | | 220 |
| Urine | 85 | sugar / -5 |
| Care C-P-T-S | self | self |
| Hygiene | self | |
| Care | self | |
| Diet | reg | regular |
| Ate  W  F  P | — | SAP  W |
| Slept  W  F  P | — | SAP  W |
| Activity | 2nd shift | w  pencil |
| Bed Rest | self | self |
| Bed positioning | | |
| R.O.M. Exercises | / | |
| Whirlpool | x0 | MB |
| Transfers | self | self |
| Walk | | |
| Other: | | kumar |

| Staff Name | Dr Kumar | |
| | | Yautton |
| | D Malone | |
| | | |

Distribution: Offender's Medical Record
(SO096-113) At'D GOO.
(SO9 (36) copies X)

Printed on Recycled Paper

DOC 0110 (Eff. 8/2003)
DOC-DT 15/2004 (Replaces DOC 0110)

110410

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

| Offender Information: | | |
|---|---|---|
| **McCroy** Last Name | **Aaron** First Name  MI | ID#: **N51882** |

INFIRMARY ADMISSION NOTE:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Admitted by: (MD, DDS, NP, PA, Psychiatrist/Psychologist/ - Social Worker (circle one) | P. chem panel, EKG, UA, CBC&diff, fasting lipids, liver function test |
| 1/12/05 | Admitting Practitioner: Kumar. | Diet: (Specify) Regular |
| 8 PM | S. Brief History: Transferred from WICC. | DK to use left eye patch |
| | hx HTN, Glaucoma, HepC (s/p ttment 6mths failed interferon) s/z keratocoma, s/p trauma left eye after altercation, poor vision ®eye | |
| | | Frequency of Vital Signs: Routine |
| | | Artificial tears soln x3/d x 1 mth |
| | O. Physical Examination: s/p fitting c contact lens | Dulcolax 5mg pcQhs prn x 1 mth Medication Orders: HCTZ 25 mg po QD x 1 mth |
| | 108/80 ; 84  18 | Nifedipine CC 60mg po QD |
| | CNS AOx3 | Boston advance contact solution conditioning + cleaners |
| | left eye → ⬭ ∅ vision pupil | use as directed x 1 mth |
| | ®eye - Perrl ↓ visual / 20/200 acuity | Diagnostic Procedures and/or Dx (p s) Therapeutic Plan: |
| | CVS S1S2 | Please obtain ... lens kiom pls pre... |
| | A. Admitting Diagnosis: HTN | Please UP... ped or cc...... CHO in combo... |
| | HepC | for HTN, HepC |
| | Traumatic eye injury (left) | pt to see in an follow up... |
| | ® poor vision | ... |

...ian Offender Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

| Offender Information: | | | |
|---|---|---|---|
| McCroy | Aaron | | ID#: N51882 |
| Last Name | First Name | MI | |

RN/CMT INFIRMARY ADMISSION SHEET:

| Date/Time | Subjective, Objective, Assessment | Plan |
|---|---|---|
| 1/12/5 830pm | **S. Complaints:** ∅ | **P.** Admission orders explained to offender |
| | **Reason for Admission:**  Hx glaucoma, HepC, s/p trauma left eye, poor vision Rt eye | |
| | **O.** Ht: 6'1" Wt: 250 T: 98.0 P: 80 R: 16 BP: 140/80 | |
| | **Allergies:** NKA | |
| | **Other Medical Condition:** Hep C, NTv | |
| | IV          Foley          N/G | |
| | **Current Cellhouse Medications:** Eye gtts, Nifedipine | |
| | **Mode of Admission:** Ambulatory | Leslie Miller m |

Distribution: Offender Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Offender Information:

McCroy                    Aaron                    ID# N51882
Last Name                 First Name        MI

RN/CMT INFIRMARY ADMISSION SHEET:

| Date/Time | Subjective, Objective, Assessment | | Plan |
|---|---|---|---|
| | **Current Problem Areas:** | | (Indicate "yes" or "no" and describe all "yes" responses) |
| | Head: ∅ | Face: ∅ | |
| | Ears: ∅ | Eyes: yes | |
| | Nose: ∅ | Mouth: ∅ | |
| | Throat: ∅ | Skin: ∅ | |
| | Chest: ∅ | Stomach: ∅ | |
| | Abdomen: ∅ | Back: ∅ | |
| | Arms: ∅ | Hands: ∅ | |
| | Legs: ∅ | Feet: ∅ | |
| | Rectal: ∅ | Genital: ∅ | |
| | Mental: ∅ | Speech: ∅ | |
| | **Describe:** Trauma different _____ R_ eye | | |
| | **A. Admitting Diagnosis:** _____ left eye _____ injury | | |

J10413

Illinois Department of Corrections

**Offender Infirmary Progress Notes**

Menard (Carr) _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCray | Aaron | | IDR: N 51882 |
| Last Name | First Name | M | |

| Date/Time | BN note    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/13/05 8AM | S: "The light bothers me." | P: Awaiting arrival |
| | O: multiple elio's. He dark glasses | of property for |
| | on. Dressing to Lt eye in place | contact lenses. |
| | NAD | |
| | A: Alt vision | ☐ Ignatius |
| | MD note | |
| 1/13/05 1 PM | MD NOTE | Plan |
| | S: has received contact lens. | Return to cell |
| | Prefers to go to cell. | Discharge from |
| | O: CNS A O X3 | infirmary |
| | A: Traumatic injury left | F/u 4 wks |
| | eye | |
| | | Kumar MD |
| | | H. Gunston |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_Menard Corr_ _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCroy | Aaron | | ID#: N5188 |
| Last Name | First Name | M | |

| Date/Time | Subjective, Objective, Assessment | Place |
|---|---|---|
| | | |
| | | |
| | | |
| 1/3/05 | Bi/note | |
| 1⁰⁰pm | S. Numerous demands. | P. To north# |
| | O. Alv3 Contact lens in Rt eye | per security |
| | and states can see "fine" | |
| | Given Contact lens solus. and | |
| | meds. | |
| | A. DC'd from infirmary | _[signature]_ |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

_____ Menard _____ Center

Offender Information:

McCray          Aaron          ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/13/05 | Cont Note | ① CPM |
| 35½c | ⓢ "Can I have my legal material" | |
| | ⓞ Alert x3 calm & cooperative. | |
| | W/c O noted administer, NAD | |
| | Skin cool & ___. Able tender & | |
| | ambulate cautiously gait ___ | |
| | Blood drawn for @ ___ | |
| | Charge Nurse, addressed PM ___ | |
| | ⓐⓞ eye trauma | _____ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

_Menard (Carr)_ Center

**Offender Information:**

McCroy          Aaron          ID#: N51882
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | | |
| | | |
| 1/13/05 | | Plan |
| 8 Am | MD Note | |
| | | cont present |
| Wt 220 | S: "I want to go back to | regimen. |
| 126/82 | the cell. Why keep me | await labs. |
| T 97.6 | here?" | On security |
| HR 80 | O: CVS A0 ×3 | need to get |
| RR 20 | A. Traumatic injury left eye | contact lens |
| | Poor vision Rt eye | from property |
| | shu awaiting contact lens | Kumosino |
| | | _[signature]_ |
| | | |
| | | |
| | | |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**HEALTH SUMMARY**

Facility _Monard.c.c._

Inmate's Name _McChoy Aahon_

Inmate's Number _N51882_

ALLERGY ALERT: _NKA_

Date Hospitalized: _1-12-05_    Date Discharged: _1/13/05_

**ACTIVE PROBLEMS (DIAGNOSIS):**    HTN

Traumatic injury left eye

Poor vision (R) eye.

**SUBJECTIVE/OBJECTIVE (Brief History):**

∅.    "Can 9 go to my cell?"

**Operations:**    S/p traumatic injury left eye

**Laboratory and X-Ray data:**

**Complications:**

**ASSESSMENT AND PROGNOSIS:**    HTN

left eye traumatic injury

**PLAN:**

**Medications:**    HCTZ 25mg po QD
Nifedipine XR 60mg po QD         ×2-21-05
Artificial tears TID

**Treatment:**    Dulcolax 5mg po QHS PRN
∅.    Boston advance contact conditioning soln QD

**Follow-Up:**    4 wks.

Pt got his contact lens this am

**RESULT:**    ( ) Recovered  (✓) Improved  ( ) Not Improved  ( ) Not Treated

_1/13/05_
(Date)

_Kumar_ M.D.

DC 7104-43 (4-86)
6-CM-0016

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____ Midland _____ Center

| Offender Information: | | |
|---|---|---|
| McCloy | Davon | ID#: N 51882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-26-05 10⁴⁵ | Social Work Note | |
| | for Report | |
| | S) Complains of Depression & anxiety | P) He is s/p on |
| | Depress. are loss of eyes | on rotation |
| | He is on medication | schedule |
| | O) Orient x3, speech logical | for psychiatrist |
| | and goal directed, affect | but |
| | appropriate, associations intact, | social worker |
| | no SI in K/R regist. | |
| | A) Schedule for Psychiatry 1-30-05 | [signature] |
| | | for 1-26-05 |

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

J10419

ILLINOIS DEPARTMENT OF CORRECTIONS

*Cont Note*

MEDICAL PROGRESS NOTES

*Menard CC*

INMATE NAME: *McCroy, Aaron*

INMATE IDOC# *N51882*  LOCATION *N II 1-44*  DATE *1-21-05*  TIME *9Am*

(S) w/s/c c/o wants safety goggles  (P) Sch E mo for eval.
and has chronic migraines.       F/u PRN
s/s has one eye and also wants
a low gallery, low bunk permit.
(O) T-afebrile, P 76, R 16, BP in cell
4/0 x 3, does have one eye ō a clear
patch.
(A) alt in Comfort

*Jessie Canady, cnt*

DC710-1195 (EFF 07-98)
IL426-21868

| 1/21/05 | *Medical Furlough Note* | |
|---|---|---|
| 2pm | Received notification from Utilization (Wexford) | Appointment made ō |
| | Management to schedule offender | outside vendor. |
| | for evaluation + fitting for contacts + | |
| | prosthetic eye. | K. Amschler PT Aide |
| 1/26/05 | RN NOTE: | |
| 2:15 | (S) Scheduled for medical furlough. | (P) Proceed ō medical |
| | (O) Scheduled for evaluation + fitting of | furlough. |
| | contact + prosthetic eye @ Marion Eye Center | |
| | on 1-27-05 @ 2pm. | G.P. McClainin |
| | (A) (1) Eye par vision. Post evisceration OS. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)
Illinois Department of Corrections

J10420

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

## MEMORANDUM

DATE:      October 22, 2004

TO:        Record Office

FROM:      Health Care Unit

SUBJECT:   Medical Furlough

Resident Name:  McCroy, Aaron
Number:         N51882
Birthdate:      09/09/60
S.S.#           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

Scheduled for:
Thursday, October 28, 2004 at 9:30 AM
   Dr. Krager
   St. John's Pavilion
   301 N. 8th St.
   Springfield, IL
   800-444-7541

**TYPE OF FURLOUGH:**
Same Day Return          X
Admission                ___
Estimated Length of Stay ___
Emergency                ___

**REASON FOR FURLOUGH:**
Specialist Consult       X
EEG                      ___
Dental                   ___
Return Appointment       ___
Post-Op Check            ___
Surgery                  ___
Other_____           ___

**MEDICAL ALERT:**
Epileptic       ___
Diabetic        ___
Hypertensive    ___
Cardiac         ___
Allergy         ___
Asthmatic       ___
Other           ___

**MEDICATION NEEDED DURING FURLOUGH:** _____

**INFORMATION TO ACCOMPANY:**
Consultation           X
Health Status Summary  X
Transfer Sheet         X

X-ray Films       ___
Laboratory Tests  ___
Other_____     ___

**PRE-FURLOUGH PREPARATION AND/OR SPECIAL INSTRUCTIONS:**
**Security to bring information packet and inmate to HCU upon return to WIL.**

_J. Fuqua RN/CCHP, HCUA_
Health Care Unit Administrator

cc:   HCUA
      Medical Director
      DON
      Medical Record
      Information Packet
      7-3 Shift Commander

J10421

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME _McCroy, Aaron_    INMATE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr. Krager_

CONSULT REQUESTED BY _10/28/04_    DATE _10/28/04_  ( ) YES  ( ) NO    URGENT

REASON FOR CONSULT: (LIST PROBLEM)

_Contact lens for O.D. (Keratoconus)_

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: _Keratoconus) – unsure to get OA to have improved visu without rigid gas permeable fitting set. – Will need to order set & fit. In the meantime pt needs Safety glasses to protect good eye_

PROCEDURE:

ASSESSMENT:

RECOMMENDATIONS/PLANS:

DATE: _10-28-04_    _____ _Kim Krager MD_
                    (SIGNATURE OF CONSULTANT)    M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _10/28/04_    _____
DC7105-A((REV01/89)              (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

J10422

Facility

**WIL**

## REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name _McCroy, Aaron_                Inmate's Number _N51882_

Consultant's Name _Dr. Michael Kass_

Consult Requested By: _Court Ordered Evaluation_   Date: _12/8/04_   ( ) YES  ( ) NO   URGENT

REASON FOR CONSULT:   (LIST PROBLEM)

_Evaluate present eye condition & recommend treatment._

☒ Evaluation
☒ Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:
_Keratoconus right eye. Vision 20/400_
_SP evisceration left eye. No vision_

PROCEDURE: _needs to be fitt with a special Contact_
_lens to improve his vision in the right eye. This_
_will require at least a few visits to a_
ASSESSMENT: _provider near the Correction facility_
_He needs a prosthesis for the left eye._

Date: _12/8/04_          _Michael Kass_          M.D.
                          (SIGNATURE OF CONSULTANT))

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I have reviewed the recommendations contained in this report and approve them.

( ) I have reviewed the recommendations and disapprove or choose to revise them for the following reason:

Date: _12/8/04_          _Lowell Brown MD_
                          (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A1 (Rev.01/99)
IL424-0827

J10423

**MENARD CORRECTIONAL CENTER**
**MENTAL HEALTH EVALUATION**

Name: _McCray, David_    Number: _A51 882_

Date: _1/26/05_ Time: _10:38_ am pm

Reason for Referral:
_Inm Request_
_failed not available at time of interview_

Subjective Data:
_Complains of depression and anxiety_
_Depressed over loss of Eye. He is on medication_
_by his sign._

Objective Data:
_Orient x3, speech logical and goal_
_Directed, affect appropriate, association_
_intact no ST or HI signs_

Diagnosis:
  Axis I: _Def 1_

  Axis II: _def 1_

Summary and Treatment Plan:

_+ Schedule with psychiatrist 1-30-05_

Signature: _____

Joseph D. Philips, LCSW

Date: _1/26/05_

DCA 7157 (4/4/03)
IL 426-10643

William

J10424

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Optometric Examination**

_Menard_ Center

☐ Baseline  ☐ Annual   _F/U_

Date: 1.26.05
Time: 12:30  ☐ a.m. ☐ p.m.

**Offender Information:**
Last Name: _McCroy_   First Name: _Aaron_   MI: ___   ID#: _N51882_

Chief Complaint: _Hx of Keratoconus OD_                    4.40

| HPI: | | Ocular History: | |
|---|---|---|---|
| Location: | _Has an appt. tomorrow for GP_ | ☐ Cataracts: | _S/m S/R photophobia in sunlight_ |
| Duration: | _contact lens fitting on +_ | ☐ Glaucoma: | |
| Onset: | _prosthesis fitting OS_ | ☒ Disease: | _Keratoconus OD_ |
| Severity: | _S/R only being able to wear_ | ☒ Trauma/Surgery: | _Evisceration OS (10/11/04)_ |
| Timing: | _his GP lens 1½ hrs/day_ | ☐ Strabismus: | |
| Modifiers: | _due to discomfort._ | ☒ Amblyopia: | _OS (NLP) > OD_ |

| | | | | | |
|---|---|---|---|---|---|
| Medical History: | ☐ NIDDM | ☐ IDDM | ☐ Hypertension | ☐ Other: | _Left his GP contact lens_ |
| Visual Acuity: | Uncorrected Distance: | ☐ OD 20/ CF 1' | ☐ OS 20/ | ☐ OU 20/ | _in his cell._ |
| | Uncorrected Near: | ☐ OD 20/ | ☐ OS 20/ | ☐ OU 20/ | |

| | | | | Type: | Date: |
|---|---|---|---|---|---|
| Habitual Rx: | OD | _S/R wanting safety glasses_ | 20/ | ☐ SV ☐ Bifocal | / |
| | OS | _for monocular protection._ | 20/ | | |
| Refraction: | OD | | 20/ | ☐ SV ☐ Bifocal | / |
| | OS | _S/R that Rx glasses will not_ | 20/ | | |
| Near: | OD | _↑visual acuity._ | 20/ | ☐ SV ☐ Bifocal | / |
| | OS | | 20/ | | |

| Pupils: | ☒ Round | ☐ Equal | ☐ Responds to Light/Accommodation | ☐ APD | |
|---|---|---|---|---|---|
| Motilities: | ☒ Full | ☐ Abnormal | Confrontation Fields: ☐ Full ☐ Abnormal | | |
| Tonometry: | ☐ Applanation | ☐ Tonopen | ☒ NOT   OD ___   OS ___ | Time: ___ | |

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL | |
|---|---|---|---|---|---|---|
| Eso | | | Cornea | | ✗ | _vertical striae/scarring 2-3+ OD,_ |
| Exo | | | Conjuctiva | ✗ | | _temp/inf_ |
| Tropia | | | Iris/Ant. Chamber | ✗ | | |
| Phoria | | | Lens | ✗ | | |
| Ortho | | | Lids/Lashes | ✗ | | OD |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | ✗ | | | | ☒ Direct |
| Vessels | ✗ | | | _No eye_ | ☐ BIO |
| Macula | ✗ | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | ✗ | | | | ☐ Other: |
| Cup to disc: OD _0.4_  OS ___ | | | Cup Depth: ☐ Deep ☒ Moderate ☐ Shallow | ☐ PE 2.5% Trop 1% | |

Assessment/Plan:
1. _Keratoconus OD, advanced. CL fitting at Marion Eye Center_
2. _for Gas Permeable contact lens. Rx for Boston contact lens_
3. _cleaner and ② conditioning solution × 1 year._
4. _No need for CL enzyme cleaner. Will F/U after I/m_
5. _receives his contact lens. If I/m wants a new contact_
6. _lens case, I will inspect current case before ordering._

Medications Ordered: ___
Eyeglasses Ordered:  Frame: ___     Size: _(Further notes are ~~now~~ on progress note)_
Rx:  OD ___     Add: ___     Seg Height: ___
     OS ___     ☐ SV ☐ FT28 ☐ Reading Only  PD ___

_M. Williams, OD_
Print Doctor's Name

_[signature]_
Doctor's Signature

Follow-Up: _8 weeks_
Date

Distribution: Offender's Medical Record

Printed on Recycled Paper                    DOC 0081 (Eff. 9/2002)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Chronic Illness Flow Sheet**

☐ Baseline  ☐ Periodic

Year: 2004

Offender Information:
Last Name: M Ccoy    First Name: Jaron    M    IDB: N51882

| Clinic Indicators All Cities: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Height | | | 3-19-04 | | | | 7/21/04 | | | | 11/12/04 | |
| Weight | | | 6'4 | | | | 6'1 | | | | 6.1 | |
| Blood Pressure | | | 210 | | | | 218 | | | | 202y | |
| Visit Signs (TPR) | | | 130/78 | | | | 130/88 | | | | 14/74 | |
| Control (G.F.P.) | | | 95/86/18 | | | | 97/80/18 | | | | 97/81/12 | |
| | | | Good | | | | © | | | | © | |
| **Diabetes:** | | | | | | | | | | | | |
| HgbA1C | | | | | | | | | | | | |
| HDL | | | | | | | | | | | | |
| LDL | | | | | | | | | | | | |
| Total Cholesterol | | | | | | | | | | | | |
| Triglycerides | | | | | | | | | | | | |
| **HTN/Cardiac:** | | | 3-10-04 | | | | 7/21/04 | | | | 11/12/04 | |
| HDL | | | | | | | | | | | 53 | |
| LDL | | | | | | | | | | | 131 | |
| Total Cholesterol | | | | | | | | | | | 218 | |
| Triglycerides | | | | | | | | | | | 164 | |
| Na+ | | | 140 | | | | 137 | | | | 141 | |
| K+ | | | 4.1 | | | | 3.5 | | | | 3.6 | |
| Cl- | | | 105 | | | | 102 | | | | 104 | |
| CO2 | | | 25 | | | | 31 | | | | 35 | |
| **Asthma:** | | | | | | | | | | | | |
| PFM | | | | | | | | | | | | |
| **Seizure:** | | | | | | | | | | | | |
| Number of seizures since last clinic | | | | | | | | | | | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0088 (Eff. 9/2022)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Chronic Illness Flow Sheet**

Year: 2005

☐ Baseline   ☐ Periodic

Offender Information:

Last Name: McCray
First Name: Aaron
ID#: N 5788a

| Clinic Indicators: All Clinics: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Height | | 6'1" | | | | | | | | | | |
| Weight | | 220 | | | | | | | | | | |
| Blood Pressure | | 114/84 | | | | | | | | | | |
| Vital Signs (TPR) | | 98/78/20 | | | | | | | | | | |
| Contact (G.F.P.) | | | | | | | | | | | | |

| Diabetes: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HgbA1C | | | | | | | | | | | | |
| HDL | | | | | | | | | | | | |
| LDL | | | | | | | | | | | | |
| Total Cholesterol | | | | | | | | | | | | |
| Triglycerides | | | | | | | | | | | | |

| HTN/Cardiac: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HDL | 46 | 46 | | | | | | | | | | |
| LDL | 164 | 164 | | | | | | | | | | |
| Total Cholesterol | 214 | 214 | | | | | | | | | | |
| Triglycerides | 172 | 172 | | | | | | | | | | |
| NA+ | 243 | 143 | | | | | | | | | | |
| K+ | 3.9 | 3.9 | | | | | | | | | | |
| Cl- | 106 | 104 | | | | | | | | | | |
| CO2 | 27 | 27 | | | | | | | | | | |

| Asthma: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PFM | | | | | | | | | | | | |

| Seizure: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of seizures since last clinic | | | | | | | | | | | | |

Distribution:   Offender's Medical Record

Printed on Recycled Paper

DOC 0086 (Eff. 9/2002)

010427

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337 FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COSOPT EYE DROPS BROWN, LOWELL INSTILL 1 DROP THREE TIMES DAILY INTO AFFECTED EYE (S) | 10AM 4PM 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPHAGAN P 0.15% OPL BROWN, LOWELL INSTILL 1 DROP THREE TIMES DAILY INTO AFFECTED EYE (S) | 10AM 4PM 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SALSALATE 500MG TABLET BROWN, LOWELL TAKE 2 TABLETS (1000MGS) ORALLY TWICE DAILY | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NO KNOWN ALLERGIES

| Init. | Signature | Init. | Signature | Init. | Signature | Init. | Signature |
|---|---|---|---|---|---|---|---|

010428

# MEDICATION ADMINISTRATION RECORD

◆DIAMOND◆ DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/04 11/30/04 S377116 | NIFEDIPINE XL 60MG TAB SUB FOR: PROCARDIA XL 60MG TR BROWN, LOWELL TAKE 1 TABLET ORALLY ONCE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PROPRANOLOL 20MG. TABLET SUB FOR: INDERAL 20MG TABLET / BROWN, LOWELL TAKE 1 TABLET ORALLY 3 TIMES DAILY | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/25/05 | BOSTON ADV. CONDITIONING BROWN, LOWELL USE AS DIRECTED BY MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/25/05 9/19/07 | BOSTON ADV. CLEANER 6015 BROWN, LOWELL USE AS DIRECTED BY MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Tylenol 650 mg TID x 2 weeks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | E. Edwardo | | | | | |
| | | VS | | | | | |

NO KNOWN ALLERGIES

| DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES |
|---|---|
| 00/00/0000 | NO KNOWN ALLERGIES |

110429



)10430

MEDICATION ADMINISTRATION RECORD

◆ DIAMOND ◆ DIAMOND PHARMACY SERVICES
1.800.882.6337 · FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dulcolax tabs T 90d 4 4mo. | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Klonopin 1 mg ʒ HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ventolin 50mg Po Tid X 2 days | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|

| Initial | Signature | DATE OF BIRTH/SS.SOC. SEC. NO. | ALLERGIES |
|---|---|---|---|

10431

# MEDICATION ADMINISTRATION RECORD

**◆DIAMOND▶ ◆DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|

DIAGNOSIS

PATIENT NAME AND NUMBER

DATE OF BIRTH OR SOC. SEC. I.D.    ALLERGIES    NKA    FACILITY

MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX 724.349.2945

| MEDICATIONS | HCUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Abulcolax Suppository
Now

Vicodin tab po prn

Vicodin tabs I po
q 3-4 hrs prn

Motrin 200mg tabs II
po qid prn

010433

## MEDICATION ADMINISTRATION RECORD

◆DIAMOND◆ DIAMOND PHARMACY SERVICES
1.800.882.6337    FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLONAZEPAM 1MG TABLET SUB FOR: KLONOPIN 1MG TABLET BROWN-LOWELL TAKE 1 TABLET ORALLY AT BEDTIME | 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOBREX .3% OPH BROWN-LOWELL USE AS DIRECTED BY MD | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FERATE 500MG TABLET SUB FOR: FERROUS SULFATE TABLETS 1,000MG TABLET BROWN-LOWELL ONCE DAILY | 10AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HCTZ 25MG TABLET SUB FOR: HYDROCHLOROTHIAZIDE 25MG TAB BROWN-LOWELL TAKE 1 TABLET ORALLY DAILY | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NO KNOWN ALLERGIES

HOUR: WESTERN IL CORRECTIONAL CTR

MCCROY/AARCIN. N531897

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROPRANOLOL 20MG TABLET | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 1 TABLET ORALLY THREE TIMES DAILY | 2PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NO KNOWN ALLERGIES

WESTERN IL CORRECTIONAL CTR

MCCROY/AARON   N51A97

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROPOXY-N/APAP 100-650 TA 11/18/04 SUB. FOR: DARVOCET-N 100 TABLE BROWN, LOWELL EFF 100 TAKE X TABLET ORALLY THREE TIMES DAILY AS 12/13/04 NEEDED X3 WEEKS | P | | | 10-25-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATION ADV. CONDITIONING BROWN, LOWELL USE AS DIRECTED BY MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BOSTON ADV. CLEANER 6015 10/05/04 BROWN, LOWELL EFF 100 USE AS DIRECTED BY MD 12/05/05 | | | | 10-25-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/25/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ZEPAM 1MG TABLET SUB. FOR: 1MG TABLET BROWN, LOWELL TAKE X TABLET ORALLY AT BEDTIME | 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BISACODYL 5MG TABLET EC 10/05/04 SUB FOR: DULCOLAX 5MG TAB BROWN, LOWELL EFF 100 TAKE 1 TABLET ORALLY EVERY OTHER DAY 12/25/05 | 10 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 265763A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | SS | | | | E Elzurda RN | KK Keller |
| | | | | | | | |

ALLERGIES: NO KNOWN ALLERGIES

# MEDICATION ADMINISTRATION RECORD

◄DIAMOND► DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALLERGIES: N/A

110437

# MEDICATION ADMINISTRATION RECORD

◆ DIAMOND ◆ DIAMOND PHARMACY SERVICES
1.800.882.6337  FAX: 724.349.2945

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTIFICIAL TEARS SOL. USE AS DIRECTED DAILY | 10AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor XL 60 i daily | 8A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DIAGNOSIS

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| SS | | KK | | BCS | B Bowers |

BROWN, DOUGLAS

CHART THIS MED



MEDICATION ADMINISTRATION RECORD

•DIAMOND• DIAMOND PHARMACY SERVICES
1.800.882.6337   FAX: 724.349.2945

NO KNOWN ALLERGIES

WESTERN IL CORRECTIONAL CTR

MCCOY/AARON. N51882

10439