E-FILED
Tuesday, 08 February, 2005 04:06:39 PM
Clerk, U.S. District Court, ILCD



# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR |
|---|---|---|
| 12/22/04 REF:00 03/21/05 374286 | ARTIFICIAL TEARS SOL. BROWN, LOWELL USE AS DIRECTED 3X DAILY TIMES DAILY | 10AM / 4PM / 9PM |
| [illegible] | HCTZ 25MG TABLET HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB BROWN, LOWELL TAKE 1 TABLET ORALLY ONCE DAILY | 8AM |
| 11/24/04 REF:03 03/24/05 192821 | NIFEDIPINE CC 60MG TAB BROWN, LOWELL TAKE 1 TABLET ORALLY ONCE DAILY | 8AM |
| [illegible] | BOSTON ADV. CONDITIONING BROWN, LOWELL USE AS DIRECTED BY MD | 10-25-04 |
| 10/26/04 REF:03 02/25/05 531605 | BOSTON ADV. CLEANER 6015 BROWN, LOWELL USE AS DIRECTED BY MD | 10-25-04 |
| [illegible] | BISACODYL 5MG TABLET EC [illegible] 5MG TAB BROWN, LOWELL TAKE 1 TABLET ORALLY EVERY OTHER DAY | 10AM |

Initial | Signature

ALLERGIES: NO KNOWN ALLERGIES

FACILITY: WESTERN IL CORRECTIONAL CTR

12-05

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 10-11-04

Problem Extraction Days

ORDER: (Physician's Signature After Last Order) Vicodin tab II q 3-4 hrs PO x 2 days
Vistaril 50mg PO tid x 2 days to get from local pharmacy
Keflex 250mg ÷ QID x 5 days
If Vicodin doesn't ease pain try Tylenol #3 Tab II q 4 hrs x 2 d
or Darvocet N 100 tab q 4-6 hrs x 2 days

DEA/Illinois Lic. # Physician (Print) Larson

☐ May Substitute [signature] MD M.D.
☐ May Not Substitute M.D.
DCA 7000 IL 426-1417 Noted by: [signature] Date: 10-11-04

---

Inf
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCray, Aaron Reg. # N51882 Date: 10-8-04

Problem Psych

ORDER: (Physician's Signature After Last Order)
Klonopin 1mg qhs x 2 weeks

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute [signature] MD M.D.
☐ May Not Substitute M.D.
DCA 7000 IL 426-1417 Noted by: [signature] Date: 10-8-04

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCray, Aaron Reg. # N51882 Date: 10-7-04

Problem psych.

ORDER: (Physician's Signature After Last Order)
D/C Klonopin

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute [signature] MD M.D.
☐ May Not Substitute M.D.
DCA 7000 IL 426-1417 Noted by: Date: 10-7-04

*BEGIN USING FROM BOTTOM UP

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCray, Aaron Reg. #: N51882 Date: 10-12-04

Problem: Reinstate per Surgeon

ORDER: (Physician's Signature After Last Order)

Disalcid 1000 mg BID D/C 11/29/04

DEA/Illinois Lic. # ____ Physician (Print) ____

☐ May Substitute Dr. L. Brown MD / R. Miller CMT M.D.

☐ May Not Substitute ____ M.D.

DCA 7000
IL 426-1417

Noted by: B. Bowers RN Date: 10-12-04

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCray, Aaron Reg. #: N51882 Date: 10-12-04

Problem: Surgeon Recommendation

ORDER: (Physician's Signature After Last Order)

D/C Disalcid

DEA/Illinois Lic. # ____ Physician (Print) ____

☐ May Substitute Dr. L. Brown MD / R. Miller CMT M.D.

☐ May Not Substitute ____ M.D.

DCA 7000
IL 426-1417

Noted by: Holman Date: 10/12/04

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCRAY, AARON Reg. #: N51882 Date: 10-12-04

Problem: ____

ORDER: (Physician's Signature After Last Order)

Keflex 500 mg ÷ PO BID X 5 Days

DEA/Illinois Lic. # ____ Physician (Print) ____

☐ May Substitute Dr. L. Brown MD / R. Miller CMT M.D.

☐ May Not Substitute ____ M.D.

DCA 7000
IL 426-1417

Date: 10-12-04

*BEGIN USING FROM BOTTOM UP

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron Reg. #: N51882 Date: 10-14-04

Problem: Constipation

ORDER: (Physician's Signature After Last Order)

fleets enema today

DEA/Illinois Lic. #: Physician (Print)

☐ May Substitute Dr. L. Brown MD / R. Miller CMT M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 10/14/04

---

NKA

DO NOT SEND

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron Reg. #: N51882 Date: 10/13/04

Problem: Evisceration (L) eye

ORDER: (Physician's Signature After Last Order) ① Continue Vicodin 1 or ii tabs 5/500 mg every 3-4 hrs p.o. PRN x 24 hours

② Ask Dr. to see on Thurs.

T.O. Dr Larson MD / JEdwards RN

DEA/Illinois Lic. #: Physician (Print): Dr. LARSON

☐ May Substitute [signature] M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: JEdwards RN Date: 10/13/04

---

[initials]

NKA

refill only

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron Reg. #: N51882 Date: 10-13-04

Problem: Constipation

ORDER: (Physician's Signature After Last Order)

Dulcolax Suppository now

metamucil - [illegible] T 12 X 2 weeks - Watch Take off [illegible] results - fleet enema

DEA/Illinois Lic. #: Physician (Print)

☐ May Substitute M.D.

☐ May Not Substitute Dr. L. Brown MD / R. Miller CMT M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 10-13-04

*BEGIN USING FROM BOTTOM UP*

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient McCroy Aaron Reg. # N51882 Date: 10/25/04

Problem S/P eye Surgery

ORDER: (Physician's Signature After Last Order)

Artificial tears : daily use, at bedside x 4 m

DEA/Illinois Lic. # Physician (Print) L. BROWN

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 10/25/04

NKA

Profile only

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient McCroy Aaron Reg. # N51882 Date: 10/22/04

Problem

ORDER: (Physician's Signature After Last Order)

Klonopin 1mg hs x 2 m

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 10-22-04

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient McCroy, Aaron Reg. # N51882 Date: 10/15/04

Problem (L) eye injury.

ORDER: (Physician's Signature After Last Order) (1) Tylenol #3, i - ii tabs PO, q4-6hr PRN pain x 3 days.

(2) Tobradex oint, apply OS, TID x 5 days.

DEA/Illinois Lic. # Physician (Print)

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 10/15/04

10444

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: Aaron McCray Reg. #: N51882 Date: 11/8/04

Problem:

ORDER: (Physician's Signature After Last Order)

Darvocet N-100 1 or 2 P.O. TID PRN
x3 wks

DEA/Illinois Lic. #: Physician (Print):

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 11/8/04

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCray, Aaron Reg. #: N51882 Date: 11/10/04

Problem: Headache

ORDER: (Physician's Signature After Last Order)

ROBAXIN 750 mg tid prn headache x 1 Week

DEA/Illinois Lic. #: Physician (Print): L. BROWN

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 11/12/04

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCray, Aaron Reg. #: N51882 Date: 10/25/04

Problem: s/p eye. Surg.

ORDER: (Physician's Signature After Last Order)

BOSTON CLEANSER & CONDITIONER x 4 mo

DEA/Illinois Lic. #: Physician (Print): L. BROWN

☐ May Substitute M.D.

☒ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 10/25/04

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N 51882 Date: 12-16 0[illegible]

Problem

ORDER: (Physician's Signature After Last Order)

For next 14 days Tylenol 650mg tid pain headache.
May have darvocet N100 tab 4 in a seven day period
Inderal 40mg bid x 2 w.

DEA/Illinois Lic. # Physician (Print) L. BROWN

☐ May Substitute [signature] M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] RN Date: 12-16-04

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 11-29-04

Problem

ORDER: (Physician's Signature After Last Order)

May have two DARVOCET 100's for severe headache at most
once every week x 2 weeks

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute [signature] M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 11-29-04

inf

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 11/23/04

Problem

ORDER: (Physician's Signature After Last Order)

NIFEDIPINE XR 30 daily x 4 mo
INDERAL 20mg tid x 4 mo
HCTZ 25mg daily x 4 mo

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute [signature] M.D.
☐ May Not Substitute

DCA 7000
IL 426-1417

Noted by: [signature] Date: 11/23/04

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Inf NKA

Patient McCray Aaron Reg. # N51882 Date: 12-30-04

Problem

ORDER: (Physician's Signature After Last Order)

DC Inderal

DEA/Illinois Lic. # Physician (Print) L. Brown

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: C Thompson Date: 12-30-04

NKA
Inf

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCray, Aaron Reg. # N51882 Date: 12/24/04

Problem Psych

ORDER: (Physician's Signature After Last Order)

Klonopin 1mg BID x 2wks

TO. Dr Brown / B Bowles Rn

DEA/Illinois Lic. # Physician (Print) Brown

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: B Bowles Rn Date: 12-24-04

Inf

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCray Aaron Reg. # N 51882 Date: 12-22-04

Problem dry eyes

ORDER: (Physician's Signature After Last Order)

Artificial Tears : use in eyes tid x 4mo

DEA/Illinois Lic. # Physician (Print) L. Brown

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: C Shaw Date: [illegible]

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient ____________ Reg. # ____________ Date: ____________

Problem ____________

ORDER: (Physician's Signature After Last Order) ____________

DEA/Illinois Lic. # ____________ Physician (Print) ____________

☐ May Substitute ____________ M.D.

☐ May Not Substitute ____________ M.D.

DCA 7000
IL 426-1417

Noted by: ____________ Date: ____________

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient ____________ Reg. # ____________ Date: ____________

Problem ____________

ORDER: (Physician's Signature After Last Order) ____________

DEA/Illinois Lic. # ____________ Physician (Print) ____________

☐ May Substitute ____________ M.D.

☐ May Not Substitute ____________ M.D.

DCA 7000
IL 426-1417

Noted by: ____________ Date: ____________

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Inf · NKA

Patient McCroy, Aaron Reg. # N51882 Date: 1-4-05

Problem Psych

ORDER: (Physician's Signature After Last Order) Klonopin 1mg bid x 1 mo

DEA/Illinois Lic. # ____________ Physician (Print) L. BROWN

☐ May Substitute H Brown MD M.D.

☐ May Not Substitute ____________ M.D.

DCA 7000
IL 426-1417

Noted by: C Thompson Date: 1-4-05

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 1/12/05

Problem

ORDER: (Physician's Signature After Last Order)

Ducolax 5mg PO q hs PRN x 1 mo
Kumar MD

DEA/Illinois Lic. # Physician (Print) Dr. Kumar

☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Linda Milum RN Date: 1/12/05

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 1 12 05

Problem HTN

ORDER: (Physician's Signature After Last Order) Artificial tears soln 3hd ℞ x 1 wk x 1 wk

Boston advance contact lens solution, cleaner and conditioning daily

enzymatic cleanser weekly usage Disp #1

DEA/Illinois Lic. # Physician (Print) Kumar MD

☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Linda Milum RN Date: 1/12/5

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 1 12 05

Problem HTN

ORDER: (Physician's Signature After Last Order) HCTZ 25 Mg po QD

Nifedipine CC 60mg po QD x 1 wk

Klonipin 1mg po BID (DOT, C+F) x 1 wk

DEA/Illinois Lic. # Physician (Print) Kumar MD

☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Linda Milum RN Date: 1/12/05

*BEGIN USING FROM BOTTOM UP

NKA

Chart Review

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 1/21/05

Problem

ORDER: (Physician's Signature After Last Order)

Klonopin 1mg po BID x 2/28/05
DOT/CF

DEA/Illinois Lic. # Physician (Print)

☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 1/21/05

---

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 1/20/5

Problem

ORDER: (Physician's Signature After Last Order) Klonopin 1mg PO BID
DOT c/f x 4wk

DEA/Illinois Lic. # Physician (Print)

☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 1/20/5

---

NKDA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 1/13/5

Problem

ORDER: (Physician's Signature After Last Order) HCTZ 25mg poqd
Nifedipine XR 60mg qd
Klonopin 1mg po BID x 1wk DOT C/F
Artificial tears TID
Dulcolax 5mg po qhs PRN
Boston Advance contact conditioning soln qd
fill 2/12/05

DEA/Illinois Lic. # Physician (Print) Kumar MD

☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date: 1/13/05

*BEGIN USING FROM BOTTOM UP

NKDA

N2 1-44

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 2/4/5

Problem

ORDER: (Physician's Signature After Last Order) (1) Nifedipine 60mg po qd (2) HCTZ 25mg po qd D/C 5/31/5

DEA/Illinois Lic. # [signature] Physician (Print) R Pollinger

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date:

NKA

N2 1-44

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient MCCROY AARON Reg. # N51882 Date: 1/30/05

Problem [illegible]

ORDER: (Physician's Signature After Last Order) [illegible]

D/C 2/18/05

[illegible]

DEA/Illinois Lic. # Physician (Print) R [illegible]

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2/30/05

NKA

N2 144

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N51882 Date: 1/28/05

Problem Keratoconus / Gas Permeable Contact lens Wearer - right eye

ORDER: (Physician's Signature After Last Order)

(1) Boston Gas Permeable contact lens Cleaner - x 1 year

(2) Boston " " " " Conditioning Solution - x 1 year

DEA/Illinois Lic. # M.W056520 Physician (Print) M. Williams, OD

☒ May Substitute M. Williams OD M.D.

☐ May Not Substitute [signature] M.D.

DCA 7000
IL 426-1417

Noted by: Date: