E-FILED
Wednesday, 09 February, 2005  11:56:56 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )    No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL NOTICE OF COMPLIANCE**
**TO COURT'S ORDER OF FEBRUARY 1, 2005**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their supplemental response to this Court's Order of February 1, 2005, submit the following pages of documents that due to a faxing error were not transmitted with the original record:

Plaintiff's Medical Record from Menard Correctional Center (Bate Stamped 10452 through 10469).

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,
DONALD N. SNYDER, JR., NANCY TUCKER,
DENNIS HOCKADAY, DAVID SCHNEPEL,
TARA BARR, GREGORY KENT VOREIS, and
DEBRAH K. FUQUA,
    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois
    Attorney for Defendants,

Kelly R. Choate, #6269533
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706        By:    s/ Kelly R. Choate
(217) 782-9026                             KELLY R. CHOATE
                                           Assistant Attorney General
Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 9, 2005, I electronically filed a Supplemental Notice of Compliance to Court's Order of February 1, 2005 with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on February 9, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us