**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

_Menard_ Center

Offender Information:
Last Name: McCroy   First Name: Aaron   MI: ___   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/26/05 12:30PM | **OPTOMETRIST NOTE** (S) Keratoconus eval. OD. Hx of evisceration OS in 10/04. Pt. currently has s/a 4-year old GP contact lens that is too uncomfortable to wear. Had his clear and tinted (2 pair) safety glasses confiscated. (O) See Exam Form (A) ① Keratoconus OD, advanced. This is not an emergent condition. | (P) ① Appt. for CL fitting tomorrow at Marion Eye Center. Marion Eye Center is capable of providing proper treatment to properly fit a GP contact lens in right eye. Pt. will need to possibly return a few times to achieve proper fit. Pt. doesn't need to be institutionally housed closer to his doctor's office. |

(Continued on Next Page)

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

J10452

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Menard_____ Center

Offender Information:
McCroy (Last Name) / Aaron (First Name) / MI / ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/26/05 12:30pm | OPTOMETRIST NOTE (continued) ① Ⓞ Ⓓ Keratoconus OD. | ① (continued) I will continue to monitor vision with lens & fit of lens here after the fitting process is completed. |
| | ② s/p photophobia in sunlight due to scarred cornea, but does not have a true medical need for tinted lenses. | ② Wearing of tinted lenses would further reduce visual acuity beyond very poor current level (count fingers at 1 foot) and therefore would present a possible detriment to safety. Will reevaluate need after checking vision with new contact lens. |

(CONTINUED ON NEXT PAGE)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_Menard_ Center

Offender Information:
Last Name: McCroy  First Name: Aaron  MI: _  ID#: N51883

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/26/05 12:30pm | OPTOMETRIST NOTE (continued – page 3) (A)(3) Amblyopia both eyes. | (P)(3) Reissued clear-lensed safety glasses back to I/m for monocular protection of right eye. Next F/u scheduled after CL fitting is finished. M. Rittling, OD |
| 1/27/05 6:30 pm | MD Note (S) back from med furlough O. A O x 3. A - Amblyopia B/L | (P) – Return to cell E. Ravanan, MD |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard C.C. _____ Center

Offender Information:
McCroy, Aaron    ID#: N51882
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/28/05 8:00 Am | CMT Note<br>S) Req. low gallery, low bunk, & single cell.<br>O) H/x ® eye injury c̄ loss of sight in ® eye. Vision in ⓛ eye very poor. Requests low gallery / low bunk & single cell permits because he is fearful of getting hit and because he can not see.<br>B/P 124/82 P76 R16 T96.8<br>A) Req. low gall/low bunk, single cell. | P) Sched c̄ M.D. to evaluate.<br><br><br><br><br><br><br><br><br><br>— C. McDaniel CMT |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____ TKCC _____ Center

Offender Information:
McCray, Aaron    ID#: N51852
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/29/5 11:00 | MD note<br>S: in. c̄ vision problem in Ⓡ<br>+ Ⓛ eye blind.<br>H/O ① Hep C (+).<br>c̄ ALT ↑, ↑ chol.<br>② HTN.<br>O. A.O × 3<br>cooperative<br>A - ① Dyslipidemia -<br>② HTN.<br>③ Hep C (+) - ↑ ALT | Ⓟ<br>- Low burked<br>- Low gall.em. × 1 yr.<br>- Tylenol 325mg po tid #10.<br>- Diet + Exercise × 6 mo.<br>- F/u in cardiac clinic<br><br>S. Ravanam MD<br>noted C. McDaniel |
| 126/80<br>80<br>18<br>97⁸ | | |
| 1/30/07<br>UA | Pressure<br>S: I get nerv, stupid<br>O: Not clearly stupid, No small<br>or humanoid can not predict<br>A: Not judged overly duba | P. Keeman PsycBio<br>- TRB 2 times 100 mg tb<br>per CSP<br>RCC 2/28/60<br>KgC Livwal K<br>(R Baca) |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Outpatient Progress Notes**

Menard C _____ Center

Offender Information:
McCoy, Aaron  ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-31-05 8:30 pm | RN Note — TC from Dr Rayford Medical Director for Wexford Health Sources. Requesting information on labs & chronic clinics. Information given. | D. Query RN |
| 3/4/5 6:30p | Cont note — (S) Administration of Packet eye conditioning solution — (O) I/m refused Boston eye solution states "He has plenty, I don't need it." (A) Eye solution returned to pharmacy | (P) I/m educated on use & need of solution and instructed if he runs low to let ant know thru sick call. I/m verbalizes understanding — S. Estell LPN CMT |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes

Menard Corr _____ Center

Offender Information:
McCroy, Aaron    ID#: N51882
Last Name / First Name / MI

**HYPERTENSION/CARDIAC CHRONIC CLINIC**                                           Side 1

| Date/Time | Subjective, Objective, Assessment  Y= yes  N= no | Plans |
|---|---|---|
| 2/4/05  1135A  wt 220 | NP note  S. Symptoms of generalized vascular disease  Presence of risk factors  Race Black  Sex Male  Smoking ∅  Obesity ∅  Diet regular  Alcohol/caffeine use  4 ∅  Exercise walking  Family History  HTN — ∅   Diabetes — ∅  Past Medication  Current Medication  HCTZ 25 mg, Nifedipine 60 mg  O. Ht. 6'1"  Wt. 220  T. 98.6  P. 52  R. 16  BP √ two min. apart in same position  BP #1 114/84   BP #2 118/86  Cardiovascular System Exam  Heart    Murmurs/Gallop    Rhythm  S₁ S₂        ∅             RRR  Lungs  CTA ∅  Pulses  low  Bruits ∅  Fundoscopic exam date  1/26/05 | P. Diet  regular  Labs Due  per protocol  F/U Appointment  per protocol  BP Frequency  per protocol  Medications:  5/31/? Nifedipine XL 60 mg gd  HCTZ 25 mg po gd  Special Placement/Program Needs  Low Bunk       Y or N  Low Gallery     Y or N  Assignment Restrictions  (Specify)        Y or N  Slow walk pass    Y or N  Other:  Practitioner's Signature  P. Fallreap  Pollion, NP |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

110458

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_Menard Corr_ Center

Offender Information:
McCroy, Aaron    ID#: N57882

HYPERTENSION/CARDIAC CHRONIC CLINIC   Side 2

| Date/Time | Subjective, Objective, Assessment   Y= yes N= no | Plans | |
|---|---|---|---|
| 2/4/5 1135A | NPnote<br>O. (con't)<br>Ekg | P. Patient Education: | |
| | Chem 7 | Med compliance | Y or N |
| | Lipid Panel<br>TG-122, TC-214, HDL-46, LDL-144 | Diet Compliance | Y or N |
| | Urinalysis | Sodium/Fat intake | Y or N |
| | Lytes if on diuretic<br>Na⁺-8483 K⁺-3.8  Cl-106  CO₂-27 | BP Review | Y or N |
| | Other: | Exercise Type | Y or N |
| | A. Good Control – A BP reading less than 140/90 | Smoking | Y or N |
| | Fair Control – A BP reading between 140-160/90-105 | Risk Reduction | Y or N |
| | Poor Control – A BP reading greater than 160/106 | Complications | Y or N |
| | Scheduled in combo clinic<br>HepC ; HTN | | |
| | | Practitioner's Signature:<br>R. Pollia CMP<br>R. Pollia CMP | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____Menard_____ Center

Offender Information:
McCoy, Aaron     ID#: N51887

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-4-08 | RN note | P: See pew |
|  | S: ∅ |  |
|  | O: Sched для Dr Williams call line already seen |  |
|  | A: Not seen today | [signature] |
|  | RN Note |  |
| 3/5/5 | S: Scheduled For Court Writ | |
|  | O: No significant Medical Procedures Pending |  |
|  | A: Physically Stable |  |
|  | P: Proceed With Writ |  |
| 3/6 |  | [signature] |



**LabCorp**

| | | | | | |
|---|---|---|---|---|---|
| Specimen # 323-520-0335-0 | Type S | Primary Lab CB | Report Status FINAL | PG 1 | 00 1 |

11/19/04 07:36 E

GST LV   DOB: 09/09/60
CD-- RAN12800632

Physician ID: BROWN    Patient ID: N51882

Patient Name: MCCROY, AARON   Sex: M   Age: 044/02

Account: Western Correctional Centers   128006 13
PO Box 1000
Mount Sterling, IL 62353-
217-773-4441   ILB

Date Collected: 11/18/04   Date Entered: 11/18/04   Date Reported: 11/19/04   6459

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 5.2 | | x10E3/uL | 4.0 - 10.5 | |
| Red Blood Cell (RBC) Count | 5.36 | | x10E6/uL | 4.10 - 5.60 | |
| Hemoglobin | 16.4 | | g/dL | 12.5 - 17.0 | |
| Hematocrit | 48.6 | | % | 36.0 - 50.0 | |
| MCV | 91 | | fL | 80 - 98 | |
| MCH | 30.6 | | pg | 27.0 - 34.0 | |
| MCHC | 33.8 | | g/dL | 32.0 - 36.0 | |
| RDW | 14.5 | | % | 11.7 - 15.0 | |
| Platelets | 173 | | x10E3/uL | 140 - 415 | |
| Neutrophils | 39 | L | % | 40 - 74 | |
| Lymphs | 47 | H | % | 14 - 46 | |
| Monocytes | 8 | | % | 4 - 13 | |
| Eos | 5 | | % | 0 - 7 | |
| Basos | 1 | | % | 0 - 3 | |
| Neutrophils (Absolute) | 2.0 | | x10E3/uL | 1.8 - 7.8 | |
| Lymphs (Absolute) | 2.4 | | x10E3/uL | 0.7 - 4.5 | |
| Monocytes (Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 - 0.4 | |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | |
| Basic Metabolic Panel (8) | | | | | |
| Glucose, Serum | 114 | H | mg/dL | 65 - 99 | |
| BUN | 9 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 9 | | | 8 - 27 | |
| Sodium, Serum | 141 | | mmol/L | 135 - 148 | |
| Potassium, Serum | 3.6 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | |
| Carbon Dioxide, Total | 27 | | mmol/L | 20 - 32 | |
| Calcium, Serum | 9.0 | | mg/dL | 8.5 - 10.6 | |
| Lipid Panel With LDL/HDL Ratio | | | | | |
| Cholesterol, Total | 218 | H | mg/dL | 100 - 199 | |
| Triglycerides | 169 | H | mg/dL | 0 - 149 | |
| HDL Cholesterol | 53 | | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 34 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 131 | H | mg/dL | 0 - 99 | |

Comment:
If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors and refer to the ATP-III table below.

Risk Category   LDL Goal (mg/dL)   LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC)   LDL Level (mg/dL) at which to consider Drug Therapy

CHD   <100   >100   >or=130

Stamp: Received NOV 19 2004 Western Illinois Corr Medical Records

M.D. Review
Date: 11-22
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

MCCROY, AARON   PATID: N51882   SPEC DATE: 11/18/2004

©2004 Laboratory Corporation of America Holdings All Rights Reserved



010462

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 323-520-0335-0 | S | CB | FINAL | PG 2 | 00 1 | |

11/19/04  07:36 E

Additional Information:
GST LV
CD- RAN12800632

DOB: 09/09/60

Physician ID: BROWN
Patient ID: N51882

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| MCCROY, AARON | M | 044/02 |

Account: Western Correctional Centers  128006 13
PO Box 1000  13
Mount Sterling, IL 62353-
217-773-4441  ILB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 11/18/04 | 11/18/04 | 11/19/04 | 6459 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| 2+ Risk Factors <130 | >or=130 | | | >or=130 | |
| 0-1 Risk Factors <160 | >or=160 | | | >or=190 | |
| LDL/HDL Ratio | 2.5 | | ratio units | 0.0 - 3.6 | |

```
                            LDL/HDL
                           Men   Women
              1/2 Avg.Risk  1.0   1.5
                  Avg.Risk  3.6   3.2
               2X Avg.Risk  6.3   5.0
               3X Avg.Risk  8.0   6.1
```

LAB: CB LabCorp Dublin           DIRECTOR: Rose Goodwin, MD
     6370 Wilcox Road Dublin, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-663-6451  LAB: 614 889-10..
LAST PAGE OF REPORT

MCCROY, AARON   S   PATID: N51882   REPORT   SPEC DATE: 11/18/2004   ©2004 Laboratory Corporation of America® Holdi... All Rights Reser...

10463

## LabCorp

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 364-520-0248-0 | S | CB | FINAL | PG 1 | 00 1 | |

TIME 0850
GST
DOB: 09/09/60
CD- R2812800632  FASTING N

Clinical Information: 12/30/04  08:36 E
Physician ID: BROWN
Patient ID: N51882

Patient Name: MCCROY, AARON
Sex: M
Age (Yr/Mos): 044/03

Account: Western Correctional Centers  128026
PO Box 1000
Mount Sterling, IL 62353-
217-773-4441  ILB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 12/29/04 | 12/30/04 | 12/30/04 | 6913 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Prostate-Specific Ag, Serum | | | | | |
| Prostate-Specific Ag, Serum | 0.2 | | ng/mL | 0.0 - 4.0 | |
| Beckman (formerly Hybritech) ICMA methodology | | | | | |

LAB: CB LabCorp Dublin        DIRECTOR: Rose Goodwin, MD
6370 Wilcox Road Dublin, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-663-6451 LAB: 614-889-10(
LAST PAGE OF REPORT

DEC 30 2004
Western Illinois
Medical Records

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☑ File

MCCROY, AARON    PATID: N51882    SPEC DATE: 12/30/2004
©2004 Laboratory Corporation of America Holdi
All Rights Reser

010464



**LABORATORY REPORT**

**Quest Diagnostics**

```
3902500   AREA/ROUTE/STOP: 9999999
MENARD CORRECTIONAL
711 KASKASKIA ST
MENARD, IL 62259
```

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| MCCROY, AARON | N51882 | | 44 | M | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 8422711 | SL400191K | CARD/GMCC | 01132005 8:00 AM | 01132005 | 01142005 | 7:39AM |

REMARKS

FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |
| | Date of Birth: 09/09/1960 | | | | | |
| | LIPID PANEL | | | | | |
| | TRIGLYCERIDES | 122 | | MG/DL | <150 | SL |
| | CHOLESTEROL, TOTAL | | 214 H | MG/DL | <200 | SL |
| | HDL CHOLESTEROL | 46 | | MG/DL | > OR = 40 | SL |
| | LDL-CHOLESTEROL | | 144 H | MG/DL (CALC) | <130 | SL |
| | CHOL/HDLC RATIO | 4.7 | | (CALC) | <5.0 | SL |
| | COMPREHENSIVE METABOLIC PANEL | | | | | SL |
| | GLUCOSE | 87 | | MG/DL | 65-99 FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 11 | | MG/DL | 7-25 | |
| | CREATININE | 1.1 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 10 | | (CALC) | 6-25 | |
| | SODIUM | 143 | | MMOL/L | 135-146 | |
| | POTASSIUM | 3.8 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 106 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 27 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.3 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 7.1 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 3.9 | | G/DL | 3.5-4.9 | |
| | GLOBULIN | 3.2 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.2 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.5 | |
| | ALKALINE PHOSPHATASE | 43 | | U/L | 20-125 | |
| | AST | 43 | | U/L | 2-50 | |
| | ALT | | 95 H | U/L | 2-60 | |
| | CBC (INCLUDES DIFF/PLT) | | | | | SL |
| | WHITE BLOOD CELL COUNT | 5.7 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | 5.22 | | MILL/MCL | 4.20-5.80 | |
| | HEMOGLOBIN | 15.9 | | G/DL | 13.2-17.1 | |
| | HEMATOCRIT | 45.6 | | % | 38.5-50.0 | |
| | MCV | 87.2 | | FL | 80.0-100.0 | |
| | MCH | 30.4 | | PG | 27.0-33.0 | |
| | MCHC | 34.8 | | G/DL | 32.0-36.0 | |
| | RDW | 13.8 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 196 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 3067 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 1978 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 388 | | CELLS/MCL | 200-950 | |

\>\> REPORT CONTINUED ON NEXT PAGE - MCCROY, AARON SL400191K <<

MD Review
Date 1/14/05
Doctor Kumar
Pull Chart
See Patient ✓
File

010465

CONTINUED REPORT

```
3902500  AREA/ROUTE/STOP: 9999999
MENARD CORRECTIONAL
711 KASKASKIA ST
MENARD, IL 62259
```

**LABORATORY REPORT**

**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| MCCROY, AARON | N51882 | | 44 | M | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 8422711 | SL400191K | CARD/GMCC | 01132005 8:00 AM | 01132005 | 01142005 | 7:39AM |

REMARKS

FASTING: Y

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 09/09/1960
CBC (INCLUDES DIFF/PLT) (CONTINUED)

| TEST | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|
| ABSOLUTE EOSINOPHILS | 245 | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 23 | CELLS/MCL | 0-200 |
| NEUTROPHILS | 53.8 | % | |
| LYMPHOCYTES | 34.7 | % | |
| MONOCYTES | 6.8 | % | |
| EOSINOPHILS | 4.3 | % | |
| BASOPHILS | 0.4 | % | |

\>> END OF REPORT - MCCROY, AARON SL400191K <<

M.D. Review
Date  1/14/05
Doctor  Kurma
Pull Chart ___
See Patient ___
File  X

010466

## DISCLOSURE AND CONSENT FOR
## MEDICAL AND SURGICAL PROCEDURES

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I voluntarily request Dr. Farris, as my physician, and such associates, technical assistants, and other health care providers as deemed necessary, to treat my condition which hs been explained to me as:

I understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I voluntarily consent and authorize these procedures: Reconstructive and/or plastic surgical procedures of the eye, eyelids, eye socket, eyebrows, and eye region, such as but not limited to blepharoplasty, tumor excision with repair, fracture repair, lacrimal surgery, foreign body removal, abscess drainage, or

*Lt. Evisceration*

EXCEPTIONS TO SURGERY AND ANESTHESIA, IF ANY, ARE:____NONE

---

I (do)(do not) consent to the use of blood and blood products as deemed necessary.

I understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death. I also realize that the following risks and hazards may occur in connection with this particular procedure:

1. Loss of vision (blindness in 1 in 10,000 cases) or decreased or disturbance vision.
2. Loss of eye.
3. Double vision or restriction of movement of one or both eyes.
4. Worsening or unsatisfactory appearance or disfigurement, including small lines or cysts on eyelids, discolored eyelids, residual skin, and residual fat pockets.
5. Failure to solve problem; possibly aggravation of problem.
6. Possible necessity for multiple additional procedures, including surgery, chemotherapy, and radiation therapy.
7. Eyelid malposition (including unevenness of the eyelids, drooping of one or both upper lids, pulling down of lower lids, eyelids open too wide giving a staring look, failure to close eyelids), possible requiring secondary procedure.
8. Tearing, blockage of tear ducts, dry eyes, red eyes, and a decreased blink reflex.
9. Possible penetration of sinuses or intracranial space, with attendant complications such as meningitis or spina fluid leak.
10. Sensory loss of face (numbness) or impairment of regional organs such as the eye or lip.

CONSENT FORM, PAGE 1 OF 2

10467

11. Most of the above problems can be helped or corrected by addtional treatments and sometimes by additional surgery. Some complications may rarely be permanent.

I understand that anesthesia involves risks and hazards, but I request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I realize the anesthesia may have to be changed possible without explanations to me.

I understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetic ranging from minor discomfort to injury to vocal cords, teeth, or eyes. I understand that other risks and hazards resulting from spinal or epidural anesthetic include headache and chronic pain.

I have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks, of non-treatment, the procedures to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent., I understand that photographs and movies may be taken of this operations, and that they may be viewed by various personnel undergoing training at this or other facilities. I consent to such use provided that the pictures are not identified by name and that the pictures are only used for medical research, study, or teaching.

I certify this form has been fully explained to me, that I have read it or have had it read to me, that the blank spaces have been filled in, and that I understand its contents.

X DATE: _____ 10-11-04 TIME: 9 35 (A.M.)/P.M.

Signature of patient or person authorized to sign for patient

DATE: 10/11/04 TIME: 9:35 (A.M.)/P.M.

Witness

If the patient is a MINOR or is UNABLE TO SIGN CONSENT, please complete the following:

The patient is unable to sign consent because:_____

My relation to the patient is: _____
and I have signed this consent form on the patient's behalf.

If the patient is a minor, and the parents, guardian, and/or managing conservator cannot be contacted, please complete the following:

Name(s) of one or both parents (if known)

_____

Name of managing conservator or guardian (if any)

CONSENT FORM, PAGE 2 OF 2

010468

**ST. JOHN'S HOSPITAL**
Springfield, Illinois

**PHYSICIAN'S ORDER SHEET**

| DATE & TIME | ✓ | |
|---|---|---|
| 10/11/04 | ① | HOB elevated 30° |
| | ② | Amt – Demerol 50-75 mg IM q6° prn 1st |
| | | visital 50-75 mg IM q4° prn – M/V |
| | | – T#3 i-ī po q4-6° prn |
| | | or Norco't N 100 i-ī po q4-6° prn |
| | ③ | PM 0830 on 10/15/04 |
| | ④ | Keep notes on w/d freq |
| | ⑤ | Act – adv as tol. |
| | ⑥ | Keflex 250 mg po qid × 5 days |