UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) |
| Defendants. | ) |

MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE PLAINTIFF'S POSITION BRIEF

Comes now Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, and in support of his Motion for an Extension of Time in which to file Plaintiff's Position Brief required by court order of February 1, 2005, states as follows:

1. That the court's order of February 1, 2005, required Defendant to file medical records and grievances within seven (7) days; Plaintiff to file Position Brief within seven (7) days of the documents filing.

2. That Defendant's documents were received by Plaintiff on February 9, 2005.

3. That Plaintiff's counsel has been out of the office and unable to respond to Defendant's documents within the time previously allotted by the court.

WHEREFORE, Plaintiff respectfully prays this court enter an Order extending the deadline for the filing his Position Brief until February 25, 2005.

        Respectfully submitted,

        AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan

       THOMAS F. LONDRIGAN, Bar No.
       Attorney for Plaintiff
       LONDRIGAN, POTTER & RANDLE, P.C.
       1227 South Seventh Street
       Post Office Box 399
       Springfield, IL 62705
       Telephone: (217) 544-9823
       tom@lprpc.com

## Certificate of Service

The hereby certify that a on February 16, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com