05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, WEXFORD HEALTH SOURCES, DONALD SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHEPPEL, TARA BARR, GREG VOREIS, CLEVELAND RAYFORD, DEBRA FUQUA, STANLEY SIMS, DAVID ANDERSON, JENNIFER BLEASSING, RONDA MILLS, AND NURSE SHAW, In their official and individual capacities, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and state no objection to Plaintiff's Motion for Extension of Time to File Position Brief.

> WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW
> s/Theresa M. Powell
> HEYL, ROYSTER, VOELKER & ALLEN
> Suite 575, National City Center
> P. O. Box 1687
> Springfield, IL  62705
> Phone: (217) 522-8822
> Fax:    (217) 523-3902
> E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2005, I electronically filed **Response to Plaintiff's Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on February 18, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Aaron McCoy, #N51882
Western Illinois Correctional Center
Route 4, Box 196
Mt. Sterling, IL 62353

> Respectfully submitted,
> s/Theresa M. Powell
> HEYL, ROYSTER, VOELKER & ALLEN
> Suite 575, National City Center
> P. O. Box 1687
> Springfield, IL  62705
> Phone: (217) 522-8822
> Fax:    (217) 523-3902
> E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822