UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 02-CV-3171 |
| ILLINOIS DEPT. OF CORRECTIONS, et al. | ) |
| Defendants. | ) |

### MOTION FOR EXTENSION OF TIME
### TO FILE AMENDED COMPLAINT

NOW COMES, Plaintiff, **AARON McCROY**, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., pursuant to Rule 15 of the F.R.C.P., and requests the court for a 21 day extension of time to file an amended complaint. As grounds for this Motion the Plaintiff states:

1. The court directed that Plaintiff file an amended complaint on March 3, 2005.

2. Plaintiff's counsel has need of the transcript of the hearing conducted on February 1, 2005, in order to complete the draft of the amended complaint.

3. Plaintiff's counsel has been informed that due to the investigation involving the deaths of Michael Lefkow and Donna Humphrey that the court reporter Toni Judd will not have time to complete the transcript until next week.

4. Plaintiff's counsel also needs additional time so that she can mail the proposed draft amended complaint to her client so that he can review it prior to filing.

WHEREFORE, Plaintiff requests leave of Court until March 24, 2005 to file his amended complaint.

By:  s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE
Attorney Bar #: 0620815
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: 217-544-9823
Facsimile:  217-544-9826
alex@lprpc.com

## PROOF OF SERVICE

  Under penalties as provided by law pursuant to 735 ILCS 5/109, the undersigned certifies that she served one copy of the foregoing instrument by placing same in the United States Mail, Springfield, Illinois proper postage fully prepaid this March 3, 2005, plainly addressed to the following at the following addresses:

Patrick J. Londrigan
Heyl, Royster, Voelker & Allen
National City Center, Old State Capital Plaza
Box 1687
Springfield, IL 62705

Carl J. Tenney
Hughes, Hill & Tenney
236 N. Water Street, Su 400
Box 560
Decatur, IL 62525-0560

Kelly R. Choate
Assistant Attorney General
500 South Second Street
Springfield, IL 62706