**Amended Certificate of Service**

The hereby certify that on March 7, 2005, I presented the Amended Certificate of Service for Plaintiff's Motion for Extension of Time to File Amended Complaint originally filed on March 2, 2005, to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

By:   s/ Alexandra de Saint Phalle

ALEXANDRA DE SAINT PHALLE
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com