E-FILED
Tuesday, 08 March, 2005  03:31:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S BRIEF AND SUMMARY OF PLAINTIFF'S POSITION**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their motion for enlargement of time to respond to plaintiff's brief and summary of plaintiff's position. In support thereof, Defendants state as follows:

1. Plaintiff filed his Brief and Summary of Plaintiff's Position on February 25, 2005. Pursuant to this Court's Order of February 1, 2005, the Defendants had seven days after Plaintiff filed his brief to file a response.

2. Defendants are obtaining from Plaintiff's counsel a copy of the transcript of the February 1, 2005 hearing, but have not yet received the transcript.

3. In order to fully respond to Plaintiff's position brief and to reference the most up to date information on Plaintiff's placement and medical care, Defendants require additional time to review the transcript prior to filing their brief in response.

4. According to Plaintiff's counsel's office, the transcript was placed in the mail on March 8, 2005, but has not been received in this office.

1

     5.     The undersigned will be in Galesburg on March 9, 2005 for a deposition, in East St. Louis and Vandalia on March 10 and 11, 2005 for trial preparation in Strong v. David, USDC SD Ill 99-118-GPM.  She will also be in trial on Monday, March 14, 2005 and possibly March 15, 2005 in East St. Louis in Williams v. Washington, et. al., USDC SD Ill 98-933-MJR.  Therefore, even if the transcript is received by the end of the week in this office, the undersigned will be unable to review it and prepare her brief before March 22, 2005.

     6.     Therefore, Defendants require an additional ten (10) days, up to and including March 22, 2005, in which to file their response to plaintiff's brief.

     7.     This motion is made in good faith and not for purpose of delay, and Plaintiff should suffer no prejudice from this short enlargement.

     WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their Motion for Enlargement of Time up to and including March 22, 2005, in which to file their response to Plaintiff's Brief and Summary of Plaintiff's Position.

                        Respectfully submitted,

                        ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA,

                        Defendants,

                        LISA MADIGAN, Attorney General,
                        State of Illinois

Kelly R. Choate, #6269533          Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706          By:  s/ Kelly R. Choate
(217) 782-9026                      KELLY R. CHOATE
                                   Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 8, 2005, I electronically filed a Motion for Enlargement of Time to Respond to Plaintiff's Brief and Summary of Plaintiff's Position with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on March 8, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us