E-FILED
Monday, 14 March, 2005  10:25:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| Plaintiff, | ) |
| v. | ) 02-3171 |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) |
| Defendants. | ) |

**RESPONSE TO
DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S BRIEF AND SUMMARY OF PLAINTIFF'S POSITION**

Comes now Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, and in Response to Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Brief and Summary of Plaintiff's Position, states that Plaintiff has no objection to Defendants' request for an extension of time to file additional responses to Plaintiff's brief, however, Plaintiff ask for seven days to reply to said responses to its brief.

WHEREFORE, Plaintiff respectfully prays this court enter an Order extending the deadlines for filing.

                    Respectfully submitted,

                    AARON MCCROY, Plaintiff

By:   <u>s/Thomas F. Londrigan</u>

       THOMAS F. LONDRIGAN, Bar No.
       Attorney for Plaintiff
       LONDRIGAN, POTTER & RANDLE, P.C.
       1227 South Seventh Street
       Post Office Box 399
       Springfield, IL 62705
       Telephone: (217) 544-9823
       <u>tom@lprpc.com</u>

**Certificate of Service**

The hereby certify that a on March 14, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com