E-FILED
Thursday, 24 March, 2005 12:48:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No. 02-CV-3171 |
| ILLINOIS DEPT. OF CORRECTIONS, et al. Defendants. | ) ) ) ) |

### ENTRY OF APPEARANCE

I, DOUGLAS QUIVEY, of LONDRIGAN, POTTER & RANDLE, P.C., do hereby enter my appearance as an additional attorney for Plaintiff, Aaron McCroy.

Respectfully submitted,

AARON MCCROY, Plaintiff

By:   s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## Certificate of Service

The hereby certify that a on March 25, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell  
Heyl, Royster, Voelker & Allen  
National City Center, Ste. 575  
1 North Old State Capitol Plaza  
PO Box 1687  
Springfield, IL 62705-1687  

Lisa Madigan, Illinois Attorney General  
Attn: Kelly Choate, A.A.G. &  
Julie L. Morgan. A.A.G.  
500 South Second Street  
Springfield, IL 62706  

Mr. Carl J. Tenney  
Hughes, Hill & Tenney L.L.C.  
236 N. Water Street  
PO Box 560  
Decatur, IL 62525-0560  

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882  
Menard Correctional Center  
711 Kaskaskia Street  
Menard, IL 62259

BY    s/Douglas J. Quivey

    DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com