3:02-cv-03191-HAB-BGC # 182-2  Page 1 of 1

ATTORNEY GENERAL  12177828767;  12/15/04 10:02AM; JetFax #98; Page 2/2
.5/2004 WED 10:18 FAX 217 773 2273  WEXFORD HEALTH SOURCES

E-FILED
Monday, 28 March, 2005 01:18:17 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility: WIL

### REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name: McCroy, Aaron      Inmate's Number: N51882

Consultant's Name: Dr. Michael Kass

Consult Requested By: Court Ordered Evaluation    Date: 12/8/04    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Evaluate present eye condition & recommend treatment.

[X] Evaluation
[ ] Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Keratoconus right eye. Vision 20/400
SP evisceration left eye. no vision

PROCEDURE / ASSESSMENT: Needs to be fit with a special contact lens to improve his vision in the right eye. This will require at least a few visits to a provider near the correction facility. He needs a prosthesis for the left eye.

Date: 12/8/04     Signature: Michael Kass, M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[X] I have reviewed the recommendations contained in this report and approve them.
[ ] I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: 12/8/04     Signature: Powell Brown, MD
(SIGNATURE OF MEDICAL DIRECTOR)

PLAINTIFF'S EXHIBIT 1