3:02-cv-3171
E-FILED
Thursday, 07 April, 2005  08:36:19 AM
Clerk, U.S. District Court, ILCD

Effective as of March 1, 2005, I, AARON MCCROY N#51882, have been incarcerated at Menard Correctional Center, 711 Kaskaskia Street, Menard, IL 62259.

Dated this __1__ day of __April__, 2005.

_____
AARON MCCROY

**FILED**

APR 0 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS