**E-FILED**
Friday, 08 April, 2005 03:09:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

Plaintiff,

vs.

ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

NO. 02-CV-3171

ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

Defendant, David L. Anderson, by counsel, for his answer to plaintiff's first amended complaint says:

1. He admits those averments of the grounds upon which the court's jurisdiction depends.

2. He admits as follows (references to paragraph numbers are to those in the first amended complaint):

(a) That keratoconus is a progressive condition with decreased vision or visual distress caused by an irregular protrusion of the cornea (from paragraph 23).

(b) The allegations of paragraph 25.

(c) That plaintiff asked for a preliminary injunction and to be transferred to another correctional facility (from paragraph 29).

(d) That plaintiff was confined to the infirmary for a period of time (from paragraph 31).

(e) That on February 3, 2003, plaintiff had a transplant procedure for his left eye (from paragraph 32).

(f) The allegations of paragraph 38.

(g) The allegations of paragraph 42.

(h) The allegations of paragraph 48.

(i) That on or about December 8, 2004, plaintiff received a court-ordered eye evaluation by Dr. Kass and the content of the written report by Dr. Kass of such evaluation (from paragraph 61).

3. He denies the averments of paragraph 134, including every subparagraph thereof.

4. He denies the averments of paragraph 135.

5. He denies the averments of paragraph 272.

6. He denies the averments of paragraph 276.

7. He denies the averments of paragraph 344, including every subparagraph thereof.

8. He denies the averments of paragraph 345.

9. He denies or is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of the first amended complaint.

WHEREFORE, defendant, David L. Anderson, prays that plaintiff's first amended complaint be dismissed, and for his costs.

AFFIRMATIVE DEFENSES

Defendant, David L. Anderson, by counsel, in the alternative to his denials in the preceding answer, states affirmatively:

1. Plaintiff has failed to exhaust all of his available administrative remedies as required by the Prison Litigation Reform Act for prison inmates bringing an action under Title

IV from U.S.C. Section 1983.

2. He is entitled to qualified immunity in that he did not violate any clearly established constitutional right of plaintiff.

3. He is not subject to individual liability under The Rehabilitation Act or The Americans With Disabilities Act because he was neither a recipient of federal funds nor responsible for decisions to receive such funds.

DAVID L. ANDERSON, Plaintiff
/s/ Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street, Suite 200
P. O. Box 560
Decatur, Illinois 62525-0560
Telephone: (217) 428-5383
Facsimile: (217) 428-5790
E-mail: ctenney@hhtlaw.com

I hereby certify that on April _____, 2005, I electronically filed the above with the clerk of the court using CM/ECJ system, which will send notification of such filing to the following:

Kelly R. Choate – kchoate@atg.state.il.us

Thomas R. Londrigan – tom@lprpc.com

Julie L. Morgan – jlmorgan@atg.state.il.us

Alexandra de Saint Phalle – alex@lprpc.com

Theresa M. Powell – tpowell@hrva.com

and by regular mail, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Aaron McCroy
Reg. No. N#51882
Menard Correctional Center
711 Kaskaskia Street
Menard, Illinois 62259

/s/ Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street, Suite 400
P. O. Box 560
Decatur, Illinois 62525-0560
Telephone: (217) 428-5383
Facsimile: (217) 428-5790
E-mail: ctenney@hhtlaw.com