E-FILED
Thursday, 14 April, 2005 03:39:45 PM
Clerk, U.S. District Court, ILCD

05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY,<br><br>Plaintiff,<br><br>v.<br><br>THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR. (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRAUBEAN (all in their official and individual capacities), WEXFORD HEALTH SOURCES, INC., DR. CLEVELAND RAYFORD, M.D., DR. STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ANDERSON, O.D.<br><br>Defendants. | No. 02-3171 |

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to Plaintiff's First Amended Complaint, states:

1. Defendants admit the allegations of Paragraph 1.

2. Defendants admit the allegations of Paragraph 2.

3. Defendants admit that the Defendant IDOC is a public entity, but denies the remaining allegations of Paragraph 3.

4. These Defendants have insufficient knowledge regarding the allegations of Paragraph 4 and therefore must deny said allegations.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

5. These Defendants have insufficient knowledge regarding the allegations of Paragraph 5 and therefore must deny said allegations.

6. These Defendants have insufficient knowledge regarding the allegations of Paragraph 6 and therefore must deny said allegations.

7. These Defendants have insufficient knowledge regarding the allegations of Paragraph 7 and therefore must deny said allegations.

8. These Defendants have insufficient knowledge regarding the allegations of Paragraph 8 and therefore must deny said allegations.

9. These Defendants have insufficient knowledge regarding the allegations of Paragraph 9 and therefore must deny said allegations.

10. These Defendants have insufficient knowledge regarding the allegations of Paragraph 10 and therefore must deny said allegations.

11. These Defendants have insufficient knowledge regarding the allegations of Paragraph 11 and therefore must deny said allegations.

12. These Defendants have insufficient knowledge regarding the allegations of Paragraph 12 and therefore must deny said allegations.

13. These Defendants have insufficient knowledge regarding the allegations of Paragraph 13 and therefore must deny said allegations.

14. These Defendants have insufficient knowledge regarding the allegations of Paragraph 14 and therefore must deny said allegations.

15. Defendant Wexford admits that it is a Florida corporation doing business in Illinois and that it contracted with the Defendant Illinois Department of Corrections to provide healthcare

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

services for inmates at WICC and Menard at certain times, but not at all relevant times. Defendants deny the remaining allegations of Paragraph 15.

16. Defendants admit the allegations of Paragraph 16.

17. Defendants deny that Dr. Sims is currently a Wexford employee, but admits that he practiced medicine at WICC at certain times referenced in Plaintiff's Complaint. Defendants deny the remaining allegations of Paragraph 17.

18. Defendants deny the allegations of Paragraph 18.

19. Defendants admit the allegations of Paragraph 19.

20. Defendants admit the allegations of Paragraph 20.

21. Defendants admit the allegations of Paragraph 21.

22. Defendants deny the allegations of Paragraph 22.

23. Defendants deny the allegations of Paragraph 23.

24. Defendants deny the allegations of Paragraph 24.

25. Defendants deny the allegations of Paragraph 25.

26. Defendants deny the allegations of Paragraph 26.

27. Defendants admit that the Plaintiff has filed some grievances regarding his medical care. Defendants deny the remaining allegations of Paragraph 27.

28. Defendants deny the allegations of Paragraph 28.

29. Defendants admit that the Plaintiff has asked for a preliminary injunction and that Plaintiff has requested that he be transferred to another facility. Defendants deny the remaining allegations of Paragraph 29.

30. Defendants deny the allegations of Paragraph 30.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

31. Defendants deny the allegations of Paragraph 31.

32. Defendants admit that Plaintiff was provided a transplant procedure for his left eye, but deny the remaining allegations of Paragraph 32.

33. Defendants deny the allegations of Paragraph 33.

34. These Defendants have insufficient knowledge regarding the allegations of Paragraph 34 and therefore must deny said allegations.

35. Defendants admit that special contact lenses requiring a specific fitting have been recommended for the Plaintiff. Defendants deny the remaining allegations of Paragraph 35.

36. Defendants deny the allegations of Paragraph 36.

37. Defendants deny the allegations of Paragraph 37.

38. Defendants admit the allegations of Paragraph 38.

39. Defendants deny the allegations of Paragraph 39.

40. Defendants deny the allegations of Paragraph 40.

41. Defendants deny the allegations of Paragraph 41.

42. Defendants deny the allegations of Paragraph 42.

43. Defendants deny the allegations of Paragraph 43.

44. Defendants deny the allegations of Paragraph 44.

45. Defendants admit the allegations of Paragraph 45.

46. These Defendants have insufficient knowledge regarding Plaintiff's cell assignment and therefore must deny the allegations of Paragraph 46.

47. Defendants deny the allegations of Paragraph 47.

48. Defendants admit the allegations of Paragraph 48.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

49. Defendants deny the allegations of Paragraph 49.

50. Defendants deny the allegations of Paragraph 50.

51. These Defendants have insufficient knowledge regarding the allegations of Paragraph 51 and therefore deny said allegations.

52. These Defendants have insufficient knowledge regarding the allegations of Paragraph 52 and therefore deny said allegations.

53. Defendants deny the allegations of Paragraph 53.

54. Defendants deny the allegations of Paragraph 54.

55. Defendants deny the allegations of Paragraph 55.

56. These Defendants have insufficient knowledge regarding the allegations of Paragraph 56 and therefore deny said allegations.

57. These Defendants have insufficient knowledge regarding the allegations of Paragraph 57 and therefore deny said allegations.

58. These Defendants have insufficient knowledge regarding the allegations of Paragraph 58 and therefore deny said allegations.

59. These Defendants have insufficient knowledge regarding the allegations of Paragraph 59 and therefore deny said allegations.

60. These Defendants have insufficient knowledge regarding the allegations of Paragraph 60 and therefore deny said allegations.

61. Defendants admit that Plaintiff received a court-ordered eye evaluation by Dr. Kass and further admit that Dr. Kass recommended a special contact lens with respect to Plaintiff's right eye. Defendants deny the remaining allegations of Paragraph 61.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

62. Defendants deny the allegations of Paragraph 62.

63. Defendants admit that on or about December 16, 2004, Plaintiff was given a random drug test, at which time he failed to provide a sufficient urine sample. Defendants deny the remaining allegations of Paragraph 63 and move to strike the word "supposedly."

64. These Defendants have insufficient knowledge regarding the allegations of Paragraph 64 and therefore deny said allegations.

65. Defendants admit the allegations of Paragraph 65.

66. Defendants deny the allegations of Paragraph 66.

**Count I**

67.-133 Defendants reassert their responses to Paragraphs 1 through 66 as and for their responses to Paragraph 67 through 133 of Count I.

134. Defendants deny the allegations of Paragraph 134 and all subparagraphs thereunder.

135. Defendants deny the allegations of Paragraph 135 and further deny that Plaintiff has suffered injury or injury to the extent claimed.

Defendants further deny that Plaintiff is entitled to any of the damages set forth and further move to strike references to injunctive relief to the extent that this issue has already been addressed by this Court at the time of the preliminary injunctive hearing.

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Count I of Plaintiff's Amended Complaint, state:

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

1. To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the allegations set forth in Count I of Plaintiff's Amended Complaint, Plaintiff is not entitled to bring such cause of action and judgment must be entered in favor of the Defendants.

2. Defendants are entitled to qualified immunity with respect to their actions in treating the Plaintiff, AARON McCROY, as each Defendant's conduct could not reasonably have been considered to be a violation of the Plaintiff's constitutional rights.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, pray that this Court will enter judgment in favor of the Defendants and against the Plaintiff, plus costs and any other just relief as the Court may deem equitable and just.

**Count II**

136.-202. Defendants reassert their responses to Paragraphs 1 through 66 as and for their responses to Paragraph 136 through 202 of Count II.

203. Defendants deny the allegations of Paragraph 203 and all subparagraphs thereunder.

204. Defendants deny the allegations of Paragraph 204.

Defendants further deny that Plaintiff is entitled to any of the damages set forth and further move to strike references to injunctive relief to the extent that this issue has already been addressed by this Court at the time of the preliminary injunctive hearing.

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW,

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Count II of Plaintiff's Amended Complaint, state:

1. To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the allegations set forth in Count II of Plaintiff's Amended Complaint, Plaintiff is not entitled to bring such cause of action and judgment must be entered in favor of the Defendants.

2. Defendants are entitled to qualified immunity with respect to their actions in treating the Plaintiff, AARON McCROY, as each Defendant's conduct could not reasonably have been considered to be a violation of the Plaintiff's constitutional rights.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, pray that this Court will enter judgment in favor of the Defendants and against the Plaintiff, plus costs and any other just relief as the Court may deem equitable and just.

**Count III**

205.-271. Defendants reassert their responses to Paragraphs 1 through 66 as and for their responses to Paragraph 205 through 271 of Count III.

272. Defendants deny the allegations of Paragraph 272.

273. Defendants deny the allegations of Paragraph 273.

274. Defendants deny the allegations of Paragraph 274.

275. Defendants deny the allegations of Paragraph 275.

276. Defendants deny the allegations of Paragraph 276.

Defendants further deny that Plaintiff is entitled to any of the relief requested with respect to Count III.

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Count III of Plaintiff's Amended Complaint, state:

1. To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the allegations set forth in Count III of Plaintiff's Amended Complaint, Plaintiff is not entitled to bring such cause of action and judgment must be entered in favor of the Defendants.

2. Defendants are entitled to qualified immunity with respect to their actions in treating the Plaintiff, AARON McCROY, as each Defendant's conduct could not reasonably have been considered to be a violation of the Plaintiff's constitutional rights.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, pray that this Court will enter judgment in favor of the Defendants and against the Plaintiff, plus costs and any other just relief as the Court may deem equitable and just.

**Count IV**

277.-343. Defendants reassert their responses to Paragraphs 1 through 66 as and for their responses to Paragraph 277 through 343 of Count IV.

344. Defendants deny the allegations of Paragraph 344 and all subparagraphs thereunder.

345. Defendants deny the allegations of Paragraph 345.

Defendants deny that Plaintiff was injured or injured to the extent claimed. Defendants further deny that Plaintiff is entitled to any of the damages sought and further move to strike references to




Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

injunctive relief to the extent that this issue has already been addressed by this Court at the time of the preliminary injunctive hearing.

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Count IV of Plaintiff's Amended Complaint, state:

1. To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the allegations set forth in Count IV of Plaintiff's Amended Complaint, Plaintiff is not entitled to bring such cause of action and judgment must be entered in favor of the Defendants.

2. Defendants are entitled to qualified immunity with respect to their actions in treating the Plaintiff, AARON McCROY, as each Defendant's conduct could not reasonably have been considered to be a violation of the Plaintiff's constitutional rights.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, pray that this Court will enter judgment in favor of the Defendants and against the Plaintiff, plus costs and any other just relief as the Court may deem equitable and just.

**Count V**

346.-412. Defendants reassert their responses to Paragraphs 1 through 66 as and for their responses to Paragraph 346 through 412 of Count V.

413. Defendants deny the allegations of Paragraph 413 and all subparagraphs thereunder.

414. Defendants deny the allegations of Paragraph 414.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

415. Defendants deny the allegations of Paragraph 415.

Defendants deny that Plaintiff was injured or injured to the extent claimed. Defendants further deny that Plaintiff is entitled to any of the damages sought and further move to strike references to injunctive relief to the extent that this issue has already been addressed by this Court at the time of the preliminary injunctive hearing.

## AFFIRMATIVE DEFENSES

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Count V of Plaintiff's Amended Complaint, state:

1. To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the allegations set forth in Count V of Plaintiff's Amended Complaint, Plaintiff is not entitled to bring such cause of action and judgment must be entered in favor of the Defendants.

2. Defendants are entitled to qualified immunity with respect to their actions in treating the Plaintiff, AARON McCROY, as each Defendant's conduct could not reasonably have been considered to be a violation of the Plaintiff's constitutional rights.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, pray that this Court will enter judgment in favor of the Defendants and against the Plaintiff, plus costs and any other just relief as the Court may deem equitable and just.

**DEFENDANTS DEMAND A TRIAL BY JURY.**

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2005, I electronically filed **Answer to Plaintiff's First Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on April 14, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

Respectfully submitted,
s/Theresa M. Powell

HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822