05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) |
| PAMELA A. GRAUBEAN (all in their official and | ) |
| individual capacities), WEXFORD HEALTH SOURCES, | ) |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. | ) |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., | ) |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. | ) |
| SHAW, and DR. DAVID ANDERSON, O.D. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO AMEND ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT INSTANTER**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RHONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Leave to Amend their Answer Instanter, state:

1. Defendants filed an Answer to Plaintiff's Amended Complaint.

2. Paragraph 18 of said Amended Complaint alleges that Lowell Brown is an employee of Wexford.

3. Defendants inadvertently denied this paragraph.

4. Defendants seek leave to amend their Answer to admit that Dr. Brown is an employee of Wexford as alleged.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RHONDA MILLS, and NURSE SHAW

s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2005, I electronically filed **Motion for Leave to Amend Answer to Plaintiff's First Amended Complaint Instanter** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on April 15, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

Respectfully submitted,
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822