**E-FILED**
Monday, 25 April, 2005  04:43:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIAL MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS

(IDOC), DENNIS HOCKADAY, DAVID SCHNEPEL, and DEBRAH K. FUQUA, by and

through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and

pursuant to Fed. R. Civ. P. 12(b)(6), hereby submit their Partial Motion to Dismiss

Plaintiff's First Amended Complaint.  In support thereof, Defendants state as follows:

1.       Plaintiff failed to exhaust administrative remedies as to the allegations in

Count III for failure to protect, and the count should be dismissed from the first

amended complaint.

2.       A Memorandum of Law in support of the foregoing is attached hereto and

incorporated herein.

WHEREFORE, for the above and foregoing reasons, Defendants pray this

Honorable Court grant their Motion to Dismiss Count III of Plaintiff's First Amended

Complaint.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CORRECTIONS, DENNIS HOCKADAY,
DAVID SCHNEPEL, and DEBRAH K.
FUQUA,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By:   s/ Kelly R. Choate
      Kelly R. Choate, #6269533
      Assistant Attorney General
      Attorney for Defendants
      500 South Second Street
      Springfield, Illinois  62706
      Telephone:  (217) 782-9026
      Facsimile:    (217) 524-5091
      E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON MCCROY, #N-51882,    )
    )
    Plaintiff,    )
    )
-vs-    )    No. 02-3171
    )
ILLINOIS DEPARTMENT OF    )
CORRECTIONS, et al.,    )
    )
    Defendants.    )

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2005, I electronically filed a Partial Motion to Dismiss Plaintiff's First Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on April 25, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile:  (217) 524-5091
E-Mail: kchoate@atg.state.il.us