UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,              )
                           )
     Plaintiff,            )
                           )
vs.                        )      NO. 02-3171
                           )
ILLINOIS DEPARTMENT OF     )
CORRECTIONS et al.,        )
                           )
     Defendants.           )

## PLAINTIFF'S RESPONSE TO IDOC DEFENDANT'S PARTIAL MOTION TO DISMISS

Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, in response to Defendants, Illinois Department of Corrections, Dennis Hockaday, David Schnepel, and Debrah Fuqua (collectively referred to as IDOC Defendants) partial motion to dismiss, states as follows:

1. IDOC Defendants have moved to dismiss Count III of the Amended Complaint on the basis that Plaintiff failed to exhaust administrative remedies.

2. More specifically, the IDOC Defendants assert that the conduct alleged in Count III of the Amended Complaint occurred after the original complaint was filed and that "it violates the Prison Litigation Reform Act to attempt to shoehorn into current litigation anything else that happens to an inmate during the pendency of that litigation." (Def. Memo. of Law. P. 3).

3. Importantly, the IDOC Defendants do not allege that Plaintiff actually failed to exhaust administrative remedies after he filed the original complaint.

Instead, they argue that all administrative remedies had to have been exhausted before the original complaint was filed, regardless of when the underlying conduct occurred.

4. In response, Plaintiff respectfully asserts that the Prison Litigation Reform Act does not change the procedural rules relating to joinder. A prisoner can administratively exhaust remedies after a complaint is filed if the new allegations relate to allegations in the original complaint that were properly exhausted. In this situation, joinder of the claims and parties added in the Amended Complaint is proper under Federal Rule of Civil Procedure 20. Specifically, joinder is proper because the facts alleged in Count III to support a failure to protect claim are some of the same facts alleged in Counts I and II to support retaliation claims. Plaintiff affirmatively alleged retaliation in the original complaint.

5. Because Count III contains common facts with Counts I and Counts II and because Plaintiff administratively exhausted remedies for the allegations in Count III before the Amended Complaint was filed, he has properly complied with the Prison Litigation Reform Act and the IDOC Defendant's motion should be denied.

6. A Memorandum of Law more fully explaining why the IDOC Defendant's Partial Motion to Dismiss should be denied is filed in conjunction with this motion.

WHEREFORE, Plaintiff respectfully prays that this Court deny the IDOC's Partial Motion to Dismiss.

        Respectfully submitted,

        AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

By: s/Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## Certificate of Service

The hereby certify that a on May 9, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

By: s/Alexandra de Saint Phalle

ALEXANDRA de SAINT PHALLE Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com

By: s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

5