05415-N3293
PEN/lam

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ROGER E. WALKER, JR. (in his official capacity only), | ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) | |
| PAMELA A. GRAUBEAN (all in their official and | ) | |
| individual capacities), WEXFORD HEALTH SOURCES, | ) | |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. | ) | |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., | ) | |
| DR. LOCHARD, M.D.,  RHONDA MILLS, NURSE C. | ) | |
| SHAW, and DR. DAVID ANDERSON, O.D. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' DISCLOSURE PURSUANT TO RULE 26
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and CONNIE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Disclosure Pursuant to Rule 26 of the Federal Rules of Civil Procedure, state as follows:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

1. Donald Snyder, Jr., Director of the Illinois Department of Corrections. Mr. Snyder is expected to testify regarding the policies, practices, and procedures of the Illinois Department of Corrections and the Western Illinois Correctional Center. He is also expected to

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
PEN/lam

testify that said policies, practices, and procedures were followed by the physicians, nurses, and other employees of the Illinois Department of Corrections and the Western Illinois Correctional Center with regard to the grievances and medical complaints of the Plaintiff while Plaintiff was incarcerated at the Western Illinois Correctional Center.

2.  Nancy Tucker, Chairperson for the Illinois Department of Corrections Administrative Review Board. Ms. Tucker is expected to testify regarding the policies, practices, and procedures of the Illinois Department of Corrections and the Western Illinois Correctional Center. She is also expected to testify that said policies, practices, and procedures were followed by the physicians, nurses, and other employees of the Illinois Department of Corrections and the Western Illinois Correctional Center with regard to the grievances and medical complaints of the Plaintiff while Plaintiff was incarcerated at the Western Illinois Correctional Center.

3.  Dennis Hockaday, Warden of the Illinois Department of Corrections Western Illinois Correctional Center. Mr. Hockaday is expected to testify regarding the policies, practices, and procedures of the Illinois Department of Corrections and the Western Illinois Correctional Center. He is also expected to testify that said policies, practices, and procedures were followed by the physicians, nurses, and other employees of the Illinois Department of Corrections and the Western Illinois Correctional Center with regard to the grievances and medical complaints of the Plaintiff while Plaintiff was incarcerated at the Western Illinois Correctional Center.

4.  David Scheppel, Assistant Warden of Programs at the Western Illinois Correctional Center. Mr. Scheppel is expected to testify regarding the policies, practices, and procedures of the Illinois Department of Corrections and the Western Illinois Correctional Center. He is also expected to testify that said policies, practices, and procedures were followed by the physicians, nurses, and

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
PEN/lam

other employees of the Illinois Department of Corrections and the Western Illinois Correctional Center with regard to the grievances and medical complaints of the Plaintiff while Plaintiff was incarcerated at the Western Illinois Correctional Center.

5. Tara Barr, Grievance Officer at the Western Illinois Correctional Center. Ms. Barr is expected to testify regarding the policies, practices, and procedures of the Illinois Department of Corrections and the Western Illinois Correctional Center. She is also expected to testify that said policies, practices, and procedures were followed by the physicians, nurses, and other employees of the Illinois Department of Corrections and the Western Illinois Correctional Center with regard to the grievances and medical complaints of the Plaintiff while Plaintiff was incarcerated at the Western Illinois Correctional Center.

6. Greg Voreis, Grievance Committee Member at the Western Illinois Correctional Center. Mr. Voreis is expected to testify regarding the policies, practices, and procedures of the Illinois Department of Corrections and the Western Illinois Correctional Center. He is also expected to testify that said policies, practices, and procedures were followed by the physicians, nurses, and other employees of the Illinois Department of Corrections and the Western Illinois Correctional Center with regard to the grievances and medical complaints of the Plaintiff while Plaintiff was incarcerated at the Western Illinois Correctional Center.

7. Cleveland Rayford, M.D., Illinois Regional Medical Director for Wexford Health Sources. Mr. Rayford is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. Mr. Rayford will also testify regarding the policies, practices, and procedures for Wexford Health Sources. He will testify that these policies, practices, and procedures were followed by the Defendants with regard

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
PEN/lam

to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center. Dr. Rayford will also testify as to his personal knowledge and involvement. Dr. Rayford will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Rayford will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

8. Debra Fuqua, Health Care Administrator for the Western Illinois Correctional Center. Ms. Fuqua is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. Ms. Fuqua will also testify regarding the policies, practices, and procedures for Wexford Health Sources. She will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center.

9. Stanley Sims, M.D., Medical Director at the Western Illinois Correctional Center. Mr. Sims is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. Mr. Sims will also testify regarding the policies, practices, and procedures for Wexford Health Sources. He will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center. Mr. Sims has first-hand knowledge, as one of Plaintiff's treating physicians, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. Mr. Sims will testify from first-hand knowledge, and through

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-N3293
PEN/lam

an examination of the medical records as they pertain to Plaintiff's keratoconus, that the Defendants were not deliberately indifferent to any serious medical need. Mr. Sims is also expected to testify that the Plaintiff has not sustained any damages as a result of the alleged indifferent acts that are in any way different from Plaintiff's prior and pre-existing conditions. Dr. Sims will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Sims will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

10.    Dr. David Anderson, Optometrist at the Western Illinois Correctional Center. Dr. Anderson is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. Dr. Anderson will also testify regarding the policies, practices, and procedures for Wexford Health Sources. He will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center. Dr. Anderson has first-hand knowledge, as one of Plaintiff's treating physicians, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. Dr. Anderson will testify from first-hand knowledge, and through an examination of the medical records as they pertain to Plaintiff's keratoconus, that the Defendants were not deliberately indifferent to any serious medical need. Dr. Anderson is also expected to testify that the Plaintiff has not sustained any damages as a result of the alleged indifferent acts. Dr. Anderson will also testify regarding his knowledge of the anatomy of the eye, his direct care of this Plaintiff, and his observations of the Plaintiff during all relevant time frames. Dr. Anderson

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

05415-N3293
PEN/lam

will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Anderson will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

11.   Jennifer Bleassing, Registered Nurse and Director of Nursing at the Western Illinois Correctional Center. Ms. Bleassing is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. Ms. Bleassing will also testify regarding the policies, practices, and procedures for Wexford Health Sources. She will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center. Ms. Bleassing has first-hand knowledge, as one of Plaintiff's treating nurses, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. Ms. Bleassing will testify from first-hand knowledge, and through an examination of the medical records as they pertain to Plaintiff's keratoconus, that the Defendants were not deliberately indifferent to any serious medical need. Ms. Bleassing is also expected to testify that the Plaintiff has not sustained any damages as a result of the alleged indifferent acts. She will also testify regarding her personal involvement.

12.   Rhonda Mills, Registered Nurse and the Nurse Practitioner at the Western Illinois Correctional Center. Ms. Mills is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. Ms. Mills will also testify regarding the policies, practices, and procedures for Wexford Health

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

6

05415-N3293
PEN/lam

Sources.  She will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center.  Ms. Mills has first-hand knowledge, as one of Plaintiff's treating nurses, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center.  Ms. Mills will testify from first-hand knowledge, and through an examination of the medical records as they pertain to Plaintiff's keratoconus, that the Defendants were not deliberately indifferent to any serious medical need. Ms. Mills is also expected to testify that the Plaintiff has not sustained any damages as a result of the alleged indifferent acts.  She will also testify to her personal involvement with the Plaintiff and provide opinions consistent with her care.

13. Connie Shaw, L.P.N, Nurse at the Western Illinois Correctional Center.  Ms. Shaw is expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants.  Ms. Shaw will also testify regarding the policies, practices, and procedures for Wexford Health Sources.  She will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center.  Ms. Shaw has first-hand knowledge, as one of Plaintiff's treating nurses, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center.  Ms. Shaw will testify from first-hand knowledge, and through an examination of the medical records as they pertain to Plaintiff's keratoconus, that the Defendants were not deliberately indifferent to any serious medical need. Ms. Shaw is also expected to testify that the Plaintiff has not sustained any damages as a result of the alleged indifferent acts.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

7

05415-N3293
PEN/lam

   14. S. Scott, L.P.N.; K. Kaler, R.N.; Mildred Robertson, R.N.; J. Edwards, R.N., B. Bower, R.N. These nurses are expected to testify that the medical records and deposition testimony of the Plaintiff establish that the Plaintiff received proper medical care from the Defendants. They will also testify regarding the policies, practices, and procedures for Wexford Health Sources. They will testify that these policies, practices, and procedures were followed by the Defendants with regard to the medical care of the Plaintiff while Plaintiff was an inmate at the Western Illinois Correctional Center. They have first-hand knowledge, as the Plaintiff's treating nurses, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. They will testify from first-hand knowledge, and through an examination of the medical records as they pertain to Plaintiff's keratoconus, that the Defendants were not deliberately indifferent to any serious medical need. They are also expected to testify that the Plaintiff has not sustained any damages as a result of the alleged indifferent acts that are in any way different from Plaintiff's prior and pre-existing conditions.

   15. Dr. William Zeh, Physician at the Prairie Eye Center in Springfield, Illinois. Dr. Zeh is expected to testify, based on his review of the medical records, that Plaintiff was not deprived of medical treatment for his alleged serious medical need while an inmate at the Western Illinois Correctional Center. Dr. Zeh is also expected to testify based on his first-hand knowledge, as Plaintiff's treating physician, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. Dr. Zeh will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Zeh

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

8

05415-N3293
PEN/lam

will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

16.     Dr. Joseph Feder, Physician at the Prairie Eye Center in Springfield, Illinois. Dr. Feder is expected to testify, based on his review of the medical records, that Plaintiff was not deprived of medical treatment for his alleged serious medical need while an inmate at the Western Illinois Correctional Center. Dr. Feder is also expected to testify based on his first-hand knowledge, as Plaintiff's treating physician, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. Dr. Feder will testify consistent with his deposition testimony, his medical records, as well as court testimony. Dr. Feder will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Feder will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

17.     Dr. Robert Blumthal, Physician at the Prairie Eye Center in Springfield, Illinois. Dr. Blumthal is expected to testify, based on his review of the medical records, that Plaintiff was not deprived of medical treatment for his alleged serious medical need while an inmate at the Western Illinois Correctional Center. Dr. Blumthal is also expected to testify based on his first-hand knowledge, as Plaintiff's treating physician, that each and every medical complaint made by the Plaintiff was addressed in a proper manner by the medical staff at the Western Illinois Correctional Center. Dr. Blumthal will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

9

05415-N3293
PEN/lam

patient. Dr. Blumthal will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

18.    Dr. George A. Shultz, Ophthalmologist. Dr. Shultz is expected to testify based on first-hand knowledge to his treatment of the Plaintiff for his keratoconus. Dr. Shultz is also expected to testify, based on a review of the medical records, that the Plaintiff received proper medical care from the Defendants for his keratoconus. Dr. Shultz will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Shultz will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

19.    Dr. Peter Kehoe, Physician at the Kehoe Eye Care Center. Dr. Kehoe is expected to testify based on first-hand knowledge to his treatment of the Plaintiff for his keratoconus. Dr. Kehoe is also expected to testify, based on a review of the medical records, that the Plaintiff received proper medical care from the Defendants for his keratoconus. Dr. Kehoe will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Kehoe will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

20.    Dr. Brian Plottner, Physician at the Kehoe Eye Care Center. Dr. Plottner is expected to testify based on first-hand knowledge to his treatment of the Plaintiff for his keratoconus. Dr. Plottner is also expected to testify, based on a review of the medical records, that the Plaintiff

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
PEN/lam

received proper medical care from the Defendants for his keratoconus. Dr. Plottner will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Plottner will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

21.  Dr. Ortiz, Physician at the Marion Eye Care Center. Dr. Ortiz is expected to testify based on first-hand knowledge to his treatment of the Plaintiff for his keratoconus. Dr. Ortiz is also expected to testify, based on a review of the medical records, that the Plaintiff received proper medical care from the Defendants for his keratoconus. Dr. Ortiz will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Ortiz will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

22.  Dr. Williams, Physician at the Marion Eye Care Center. Dr. Williams is expected to testify based on first-hand knowledge to his treatment of the Plaintiff for his keratoconus. Dr. Williams is also expected to testify, based on a review of the medical records, that the Plaintiff received proper medical care from the Defendants for his keratoconus. Dr. Williams will testify to issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, the likelihood of success of such treatment, and the prognosis of the patient. Dr. Williams will also testify that Plaintiff's care can be managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a certain proximity to an eye clinic.

23.  **Defendants reserve the right to call each and every one of Plaintiff's identified**

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
PEN/lam

**witnesses as witnesses in favor of the Defendants and to cross-examine as necessary.**

      B.      A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the parties that are relevant to the disputed facts alleged with particularity in the pleadings:

      1.      Medical records relating to the treatment of the Plaintiff while at the Western Illinois Correctional Center are available for review at defense counsel's office as the documents are voluminous. These have been previously made available and should already be in the possession of Plaintiffs.

      2.      The transcript of the deposition of Dr. William Zeh should be in the possession of the Plaintiffs.

      C.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

      1.      Defendants have insurance through Admiral Insurance Company.

      D.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material common not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

      1.      N/A.

      WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
PEN/lam

        SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW

        s/Theresa M. Powell
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL 62705
        Phone: (217) 522-8822
        Fax:   (217) 523-3902
        E-mail: tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

13

05415-N3293
PEN/lam

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed **Defendants' Disclosure Pursuant to Rule 26 of the Federal Rules of Civil Procedure** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on November 3, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

Respectfully submitted,
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822