E-FILED
Monday, 07 November, 2005  09:26:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), DENNIS HOCKADAY, DAVID SCHNEPEL, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), hereby submits their motion for enlargement of time to complete discovery. In support thereof, Defendants state as follows:

1. The defendants were served with requests for production of documents on October 11, 2005.

2. The undersigned has forwarded the request to the proper institutions within the Illinois Department of Corrections, but has not received responses as of today's date.

3. The undersigned will be in trial in E. St. Louis beginning November 7, 2005 in <u>Horton v. Snyder</u>, 01-614-MJR, and will be unable to work on any responses she might receive during a portion of the week beginning November 7, 2005.

1

4. Defendants require additional time to receive responses from the Department, to go over the documents and forward them to the plaintiff.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for enlargement of time, up to and including November 21, 2005, to provide responses to Plaintiff's Request for Production of Documents.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), DENNIS HOCKADAY, DAVID SCHNEPEL, and DEBRAH K. FUQUA,

        Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 782-9026
    Facsimile: (217) 524-5091
    E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882,        )<br>                                                         )<br>            Plaintiff,                         )<br>                                                         )<br>     -vs-                                           )<br>                                                         )<br>ILLINOIS DEPARTMENT OF           )<br>CORRECTIONS, et al.,                  )<br>                                                         )<br>            Defendants.                   ) | No.  02-3171 |

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 7, 2005, I electronically filed a Motion for Enlargement of Time to Complete Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

   Thomas Londrigan                    Douglas J. Quivey
   Londrigan, Potter & Randle, P.C.    Londrigan, Potter & Randle, P.C.
   tom@lprpc.com                       doug@lprpc.com

   Theresa Powell                      Carl J. Tenney
   Heyl, Royster, Voelker & Allen      Hughes, Hill & Tenney, L.L.C.
   tpowell@hrva.com                    ctenney@hhtlaw.com

and I hereby certify that on November 7, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

   None

                              Respectfully Submitted,
                               s/ Kelly R. Choate
                              Kelly R. Choate, #6269533
                              Assistant Attorney General
                              Attorney for Defendants
                              500 South Second Street
                              Springfield, Illinois  62706
                              Telephone:  (217) 782-9026
                              Facsimile:   (217) 524-5091
                              E-Mail:  kchoate@atg.state.il.us