05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON McCROY,                                              )
                                                           )
                Plaintiff,                        )
                                                           )
   v.                                                      )   No. 02-3171
                                                           )
THE ILLINOIS DEPARTMENT OF CORRECTIONS,                    )
ROGER E. WALKER, JR. (in his official capacity only),      )
DENNIS HOCKADAY, KEVIN WINTERS, TERRY                      )
POLK, DAVID SCHNEPEL, SANDRA FUNK,                         )
DEBRAH FUQUA, LIEUTENANT LAW,                              )
CORRECTIONAL OFFICER JUDITH WILSON,                        )
PAMELA A. GRAUBEAN (all in their official and              )
individual capacities), WEXFORD HEALTH SOURCES,            )
INC., DR. CLEVELAND RAYFORD, M.D., DR.                     )
STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D.,                )
DR. LOCHARD, M.D., RHONDA MILLS, NURSE C.                  )
SHAW, and DR. DAVID ANDERSON, O.D.                         )
                                                           )
                Defendants.                       )

**MOTION FOR EXTENSION OF TIME**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Extension of Time to respond to Plaintiff's Interrogatories and Request for Production of Documents, state:

    1.    Plaintiff has submitted Interrogatories and a Request for Production of Document, which Defendants received on October 10, 2005.

    2.    Defendants request an additional thirty (30) days within which to comply with Plaintiff's request for discovery to have an opportunity to review Plaintiff's discovery requests adequately.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

      3.    The undersigned has forwarded the request to the undersigned Defendants, but has not yet received all the necessary responses.

      Defendants pray for additional time within which to respond.

                              WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, I electronically filed **Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Carl J. Tenney
> ctenney@hhtlaw.com
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on November 7, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

Respectfully submitted,
s/Theresa M. Powell
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822