E-FILED
Friday, 02 December, 2005  04:31:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Plaintiff, AARON MCCROY, by and through his attorney, LONDRIGAN POTTER & RANDLE, moves pursuant to Fed. R. Civ. P. 33(a) and Fed. R. Civ. P 37(B) to compel Defendants ,LLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, and PAMELA A. GRAUBEAN to answer a combined 30 Interrogatories and in support states as follows:

1. Federal Rule of Civil Procedure 33 limits the serving on any one party of interrogatories exceeding 25 without leave of court.

2. On or about October 7, 2005, Plaintiff served upon Defendants, LLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID

SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, and PAMELA A. GRAUBEAN a combined 30 written interrogatories. (A copy of the interrogatories is attached as Exhibit A).

3. Because they exceed 25 in number, Defendant's counsel has refused to answer the interrogatories.

4. Instead of serving a combined 30 interrogatories, Plaintiff could have served 25 on each of the 12 Defendants or a total of 300.

5. Because the 30 interrogatories are relevant and not unduly burdensome, the policy behind Fed. R. Civ. P 26 and the interests of justice dictate Defendants answering all 30 interrogatories.

6. Counsel for both Plaintiff and Defendants have conferred and Defendant's counsel refuses to answer all 30 Interrogatories. (Exhibit B).

WHEREFORE, Plaintiff respectfully prays this court enter an Order compelling Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, and PAMELA A. GRAUBEAN answer the 30 interrogatories.

Respectfully submitted,

AARON MCCROY, Plaintiff,


By:  /s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com


By:  /s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendant
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Tel:  (217) 544-9823 Fax: (217) 544-9826
E-Mail: doug@lprpc.com

## Certificate of Service

The hereby certify that a on December 2, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:    /s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendant
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Tel: (217) 544-9823 Fax: (217) 544-9826
E-Mail: doug@lprpc.com