E-FILED
Friday, 02 December, 2005  04:31:37 PM
Clerk, U.S. District Court, ILCD

## Doug Quivey

| | |
|---|---|
| **From:** | Choate, Kelly R. [KChoate@atg.state.il.us] |
| **Sent:** | Monday, November 21, 2005 2:12 PM |
| **To:** | Doug Quivey |
| **Cc:** | Theresa M. Powell; ctenney@hhtlaw.com |
| **Subject:** | discovery |

Doug,

I'm working on the document request. Currently I have requests out to two institutions, Western and Pinckneyville, but haven't gotten the documents yet. Chalene Whitley at Pinckneyville is working on the investigative files and tells me she can get them to me tomorrow or the next day. I have sent another request to the litigation coordinator at Western to determine the status of the documents from that institution. I will have to ask the Court for additional time to get the documents to you.

As far as the interrogatories, while I realize you only asked 30 numbered interrogatories, but with sub-parts, it numbers quite a bit more. Therefore, I'm going to have to stand by my objections to the interrogatories.

Thanks for your patience.

Kelly Choate



EXHIBIT 3

12/2/2005