E-FILED
Monday, 05 December, 2005  04:27:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), DENNIS HOCKADAY, DAVID SCHNEPEL, and DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), hereby submits their motion for enlargement of time to produce documents to Plaintiff.  In support thereof, Defendants state as follows:

1. The defendants were served with requests for production of documents on October 11, 2005.

2. The undersigned has forwarded the request to the proper institutions within the Illinois Department of Corrections, but has not received responses from one of the institutions.

3. On today's date, December 5, 2005, the undersigned received documents relevant to this request from Western Illinois Correctional Center but has not yet received the requested documents from Pinckneyville Correctional Center.  However,

1

the undersigned has been advised that those documents were mailed on Friday, December 2, 2005.

4.   Defendants request an additional 5 days up to and including December 12, 2005 in which to respond to Plaintiff's discovery requests for documents.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for enlargement of time, up to and including December 12, 2005, to provide responses to Plaintiff's Request for Production of Documents.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), DENNIS HOCKADAY, DAVID SCHNEPEL, and DEBRAH K. FUQUA,

    Defendants,

    LISA MADIGAN, Attorney General, State of Illinois

By:  s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | )  No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I electronically filed a Motion for Enlargement of Time to Complete Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on December 5, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us