E-FILED
Tuesday, 13 December, 2005  02:59:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE TO PLAINTIFF'S MOTION
### TO COMPEL ANSWERS TO INTERROGATORIES

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, DEBORAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, and GREGORY KENT VOREIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Response to Plaintiff's Motion to Compel Answers to Interrogatories [doc 199] as follows:

 1. Plaintiff submitted interrogatories in excess of the amount allowed under Federal Rule.

 2. Defendants objected to the request for the reason that it exceeded the allowed number.

 3. In his motion to compel, Plaintiff asserted the interrogatories only numbered thirty, that they were the same interrogatories to each defendant, and pointed out that he could have asked twenty-five of each defendant.

4. However, even though Plaintiff only propounded thirty numbered interrogatories, with sub-parts, there were closer to eighty interrogatories. This number far exceeds the amount allowed by rule, and Defendants stand by their objection.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court deny Plaintiff's motion to compel answers to interrogatories.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, DEBORAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, and GREGORY KENT VOREIS,
>
>   Defendants,
>
>LISA MADIGAN, Attorney General, State of Illinois
>
>By:   s/ Kelly R. Choate
>   Kelly R. Choate, #6269533
>   Assistant Attorney General
>   Attorney for Defendants
>   500 South Second Street
>   Springfield, Illinois  62706
>   Telephone:  (217) 782-9026
>   Facsimile:   (217) 524-5091
>   E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, I electronically filed a Response to Plaintiff's Motion to Compel Answers to Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on December 13, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us