UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

    Plaintiff,

v.                                                                                    02-CV-3171

ILLINOIS DEP'T OF CORRECTIONS et al,

### Order Allowing Interrogatories

The plaintiff moves to compel answers to 30 interrogatories he served on the IDOC defendants. The IDOC defendants object on the grounds that Fed. R. Civ. P. 33 limits written interrogatories to 25, and that, including the subparts, the interrogatories numbered closer to 80.

The defendants correctly cite the Rule, but the plaintiff has a good point. He could have submitted 25 interrogatories to each IDOC defendant separately, which would have far exceeded even the 80 count. Additionally, the interrogatories propounded appear to be relevant, not unduly burdensome, and not otherwise inconsistent with Rule 26(b)(2). The defendants do not argue otherwise. Therefore, the court will grant the plaintiff leave to submit the interrogatories to the defendants as is, thus mooting the motion to compel.

IT IS THEREFORE ORDERED:

1) The plaintiff's interrogatories (attached to his motion to compel, d/e 199) are allowed. The IDOC defendants are directed to answer those interrogatories by February 10, 2006. The plaintiff's motion to compel is denied as moot (d/e 199).

2) The unopposed motions to extend (d/e's 196, 197, 198, and 200) are denied as moot, as the extensions requested have already passed.

Entered this 24th Day of January, 2006.

                                                **s\ Harold A. Baker**

                                        HAROLD A. BAKER
                            UNITED STATES DISTRICT JUDGE