E-FILED
Monday, 30 January, 2006  03:07:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS et al., | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR AN EXTENSION OF TIME
TO COMPLETE DEPOSITIONS, EXTEND THE DISCOVERY
CUTOFF AND AMEND THE SCHEDULING ORDER

Comes now Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, and in support of his Motion for an Extension of Time to take discovery depositions, extend the discovery cutoff, and amend the scheduling order required by court order of September 26, 2005, states as follows:

1. That the Court's order of September 26, 2005, indicated "Discovery closes 1/31/2006. Dispositive motions are due 2/10/2006. A Final Pretrial Conference is scheduled for 3/1/2006...A Jury Trial is scheduled for 3/20/2006".

2. That on October 7, 2005 Plaintiff filed Interrogatories and a Request for Production upon all Defendants.

3. That on November 7, 2005 Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al, filed a Motion for Enlargement of Time to Complete Discovery.

4. That on November 7, 2005 Defendants ILLINOIS DEPARTMENT OF

CORRECTIONS, et al, also filed Objections to Plaintiff's Interrogatories stating they "exceeded the twenty-five (25) allowed by Rule 37 of the Federal Rules of Civil Procedure."

5. That on November 21, 2005 Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al, again filed a Motion for Enlargement of Time to Complete Discovery.

6. That on December 2, 2005 Plaintiff AARON McCROY filed a Motion to Compel Answers to Interrogatories upon Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al.

7. That on December 5, 2005 Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al, filed yet a third Motion for Enlargement of Time to Complete Discovery.

8. That on December 12, 2005 Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al, filed a partial and incomplete response to Plaintiffs Request for Production. Relevant information was objected to and not produced.

9. That on January 24th, 2006 Judge Baker entered an order that Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al, answer Plaintiff's Interrogatories by February 10, 2006.

10. That production date passes the discovery cutoff date set for January 31, 2006 as ordered by the Court September 26, 2005.

11. This made it impossible for Plaintiff to prepare exhibits, and designate

witnesses for deposition prior to the January 31, 2006 cutoff date.

12.     Plaintiff is currently drafting a Motion to Compel directed to Defendants ILLINOIS DEPARTMENT OF CORRECTIONS, et al, Responses to their Requests for Production and will file same after they receive and review the discovery responses ordered produced on or before February 10, 2006.

13.     Without receiving full disclosure to outstanding discovery requests, Plaintiff is not in a position to prepare for final pretrial set for March 1, 2006.

WHEREFORE, Plaintiff respectfully prays this court set this matter for a status hearing prior to March 1, 2006, enter an Order extending the deadline for Discovery, and enter an amended scheduling order for the final pretrial and trial dates.

    Respectfully submitted,

    AARON MCCROY, Plaintiff

By:  s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## Certificate of Service

  I hereby certify that on January 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

                By: s/Thomas F. Londrigan
                THOMAS F. LONDRIGAN, Bar No.
                Attorney for Plaintiff
                LONDRIGAN, POTTER & RANDLE, P.C.
                1227 South Seventh Street
                Post Office Box 399
                Springfield, IL 62705
                Telephone: (217) 544-9823
                tom@lprpc.com