**E-FILED**
Tuesday, 31 January, 2006 04:14:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-CV-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

PROOF OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that on January 16, 2006, I deposited a copy of the following:

    Answers to Plaintiff's First Set of Interrogatories
    Response to Plaintiff's Request for Production of Documents

In a U. S. Post Office box in Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

    Mr. Douglas J. Quivey
    Londrigan, Potter & Randle, P.C.
    P. O. Box 399
    Springfield, Illinois 62706

    Ms. Kelly R. Choate
    Assistant Attorney general
    500 South Second Street
    Springfield, Illinois 62706

    Ms. Theresa Powell
    Heyl, Royster, Voelker & Allen
    P. O. Box 1687
    Springfield, Illinois 62705-1687

- 2 -

        DAVID L. ANDERSON, Plaintiff
        /s/ Carl J. Tenney
        Hughes, Hill & Tenney, L.L.C.
        236 N. Water Street, Suite 200
        P. O. Box 560
        Decatur, Illinois 62525-0560
        Telephone: (217) 428-5383
        Facsimile: (217) 428-5790
        E-mail: ctenney@hhtlaw.com

I hereby certify that on January 16, 2006, I electronically filed the above with the clerk of the court using CM/ECJ system, which will send notification of such filing to the following:

    Douglas J. Quivey – doug@lprpc.com.

    Kelly R. Choate – kchoate@atg.state.il.us

    Theresa M. Powell – tpowell@hrva.com

        /s/ Carl J. Tenney
        Hughes, Hill & Tenney, L.L.C.
        236 N. Water Street, Suite 400
        P. O. Box 560
        Decatur, Illinois 62525-0560
        Telephone: (217) 428-5383
        Facsimile: (217) 428-5790
        E-mail: ctenney@hhtlaw.com