UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

    Plaintiff,

v.     02-CV-3171

ILLINOIS DEP'T OF
CORRECTIONS, et al.,

    Defendants.

## Case Management Order

In ruling on the latest pending motions, it came to the court's attention that the following defendants named in the plaintiff's amended complaint have not appeared, and it does not appear that summons was issued for them: Winters, Polk, Funk, Law, Kellerman, Wilson, Graubeau, Brown and Lochard. It also appears that an intended defendant, Lee, is not named in the caption of the amended complaint, but is named in the body of the amended complaint. These defendants need to be brought into the case to ensure a full and fair resolution on the merits.

IT IS THEREFORE ORDERED:

    1) A status conference is set for February 7, 2006, at 9:30 a.m. by telephone conference. The clerk will initiate the call. The topic for discussion is whether the defendants listed above will waive service and what changes should be made to the present schedule to allow for these defendants' participation. Before the conference, the plaintiff's counsel is directed to file a list confirming the names of the defendants who have not been served, along with their work addresses.

    2) The clerk is directed to add the names of the defendants listed above to the caption in the docket.

Entered this 31st Day of January, 2006.

                                            s\Harold A. Baker

                                            HAROLD A. BAKER
                                  UNITED STATES DISTRICT JUDGE