**E-FILED**
Tuesday, 07 February, 2006  10:14:55 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, ROGER E. | ) | |
| WALKER, JR., (in his official | ) | |
| capacity only), DENNIS HOCKADAY, | ) | |
| KEVIN WINTERS, TERRY POLK, | ) | |
| DAVID SCHNEPEL, SANDRA FUNK, | ) | |
| DEBRAH FUQUA, LIEUTENANT | ) | |
| LAW, CORRECTIONAL OFFICER | ) | |
| KELLERMAN, CORRECTIONAL | ) | |
| OFFICER JUDITH WILSON, | ) | |
| PAMELA A. GRAUBEAN, all in their | ) | |
| official and individual capacities, | ) | |
| WEXFORD HEALTH SOURCES, Inc., | ) | |
| Dr. CLEVELAND RAYFORD, MD., | ) | |
| Dr. STANLEY SIMMS, MD., | ) | |
| Dr. LOWELL BROWN, MD., | ) | |
| Dr. LOCHARD, MD., RHONDA | ) | |
| MILLS, NURSE C. SHAW & | ) | |
| Dr. DAVID ANDERSON, OD., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO AMEND
## FIRST AMENDED COMPLAINT INSTANTER

NOW COMES the Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN,

POTTER & RANDLE, P.C., and for his Motion for Leave to Amend his First Amended

Complaint Instanter, states:

1.     Plaintiff filed his First Amended Complaint on March 28, 2005.

2.     Paragraph 11 of said First Amended Complaint alleges that Lieutenant Law

is an employee of the Illinois Department of Corrections.

3.     Paragraph 57 refers to "Defendant Lee" which should read "Defendant Law".

4.     Paragraph 274 refers to "Defendant Lee" which should read "Defendant Law".

5.    Plaintiff seeks to amend his First Amended Complaint to read "Defendant Law" in paragraphs 57 and 274.

6.    Paragraph 14 of said First Amended Complaint alleges that Pamela A. Graubean is an employee of the Illinois Department of Corrections.

7.    Plaintiff seeks to amend his First Amended Complaint to correct the spelling of Graubean to Grubman in the caption and all other references.

Respectfully submitted,

AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

By:    s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

2

By:    s/Alexandra de Saint Phalle

ALEXANDRA de SAINT PHALLE Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com

## Certificate of Service

The hereby certify that on February 7, 2006, I presented the foregoing to the

Clerk of the Court for filing and uploading to the CM/ECF system which will send

notification to such filing to the following;

| | |
|---|---|
| Ms. Theresa Powell | Mr. Carl J. Tenney |
| Heyl, Royster, Voelker & Allen | Hughes, Hill & Tenney, L.L.C. |
| National City Center, Ste. 575 | 236 N. Water Street |
| 1 North Old State Capitol Plaza | P. O. Box 560 |
| PO Box 1687 | Decatur,  IL  62525-0560 |
| Springfield, IL 62705-1687 | ctenney@hhtlaw.com |
| tpowell@hrva.com | |

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706
kchoate@atg.state.il.us
jlmorgan@atg.state.il.us

and I hereby certify that I have mailed by United States Postal Service the document to
the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

3

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com


By:    s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com


By:    s/Alexandra de Saint Phalle

ALEXANDRA de SAINT PHALLE Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com