IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY,                                   ) | |
|                                                 ) | |
|     Plaintiff,              ) | |
|                                                 ) | |
|   v.                                  ) | 02-cv-3171 |
|                                                 ) | |
| THE ILLINOIS DEPARTMENT OF                      ) | |
| CORRECTIONS, ROGER E.                           ) | |
| WALKER, JR., (in his official                   ) | |
| capacity only), DENNIS HOCKADAY,                ) | |
| KEVIN WINTERS, TERRY POLK,                      ) | |
| DAVID SCHNEPEL, SANDRA FUNK,                    ) | |
| DEBRAH FUQUA, LIEUTENANT                        ) | |
| LAW, CORRECTIONAL OFFICER                       ) | |
| KELLERMAN, CORRECTIONAL                         ) | |
| OFFICER JUDITH WILSON,                          ) | |
| PAMELA A. GRAUBEAN, all in their                ) | |
| official and individual capacities,             ) | |
| WEXFORD HEALTH SOURCES, Inc.,                   ) | |
| Dr. CLEVELAND RAYFORD, MD.,                     ) | |
| Dr. STANLEY SIMMS, MD.,                         ) | |
| Dr. LOWELL BROWN, MD.,                          ) | |
| Dr. LOCHARD, MD., RHONDA                        ) | |
| MILLS, NURSE C. SHAW &                          ) | |
| Dr. DAVID ANDERSON, OD.,                        ) | |
|                                                 ) | |
|     Defendants.              ) | |

**List of Non-Served Defendants**

Plaintiff AARON MCCROY, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., pursuant to the Court's order of January 31, 2006, hereby identifies the following as non-served defendants in this matter.

    1.    Roger E. Walker, Jr. (Director of Ill. Dept. of Corrections)
            1301 Concordia Ct.
            P. O. Box 19277
            Springfield, IL  62794-9277

2. Kevin Winters
   c/o Ill. Dept. of Corrections
   1301 Concordia Ct.
   P. O. Box 19277
   Springfield, IL  62794-9277

3. Terry Polk
   c/o Ill. Dept. of Corrections
   1301 Concordia Ct.
   P. O. Box 19277
   Springfield, IL   62794-9277

4. Sandra Funk
   Ill. Dept. of Corrections
   1301 Concordia Ct.
   P. O. Box 19277
   Springfield, IL  62794-9277

5. Lieutenant Bryon Law
   Western Ill. Correctional Center
   R. R. 4, Box 196
   Mt. Sterling,  IL   62353

6. Correctional Officer Kenneth Kellerman
   Western Ill. Correctional Center
   R. R. 4, Box 196
   Mt. Sterling,  IL   62353

7. Correctional Officer Judith Wilson
   Western Ill. Correctional Center
   R. R. 4, Box 196
   Mt. Sterling,  IL   62353

8. Pamela A. Graubean
   Health Care Administrator
   Menard Correctional Center
   711 Kaskaskia St.
   Menard,  IL  62259

9.  Dr. Lochard
    c/o Wexford Health Sources, Inc.
    381 Mansfield Ave., Suite 205
    Pittsburgh, PA  15220

    Western Ill. Correctional Center
    R. R. 4, Box 196
    Mt. Sterling, IL  62353

To save all of the parties costs, Plaintiff asks that Defendants IDOC and Wexford Health Sources waive service on the above noted defendants.

Respectfully submitted,

AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

By:    s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

By:    s/Alexandra de Saint Phalle

ALEXANDRA de SAINT PHALLE Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com

### Certificate of Service

The hereby certify that a on February 7, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687
tpowell@hrva.com

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL 62525-0560
ctenney@hhtlaw.com

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706
kchoate@atg.state.il.us
jlmorgan@atg.state.il.us

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com


By:    s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com


By:    s/Alexandra de Saint Phalle

ALEXANDRA de SAINT PHALLE Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
alex@lprpc.com