IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE INTERROGATORIES**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Motion for Enlargement of Time to complete interrogatories.

1. Plaintiff sent interrogatories on or about October 11, 2005, to which the Defendants objected as the number of interrogatories exceeded the number allowed by rule.

2. In its order of January 24, 2006, and in response to Plaintiff's Motion to Compel, the Court ordered the Defendants to answer the interrogatories by February 10, 2006.

3. Though working diligently to obtain the information requested, to date, the undersigned has been unable to complete the interrogatories. Part of the difficulty is in locating and contacting the defendants who no longer work with the Department, and obtaining documents at a correctional center where none of the Defendants is employed.

4. Defendants require an additional ten (10) days, up to and including February 24, 2006, in which to provide Plaintiff with responses to his interrogatories.

5. This motion is made in good faith and not for purpose of delay. Plaintiff should suffer no prejudice as a result of this short enlargement.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for enlargement of time, up to and including February 24, 2006, to complete interrogatories.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS,
>
>  Defendants,
>
>LISA MADIGAN, Attorney General, State of Illinois
>
>By: s/ Kelly R. Choate
>Kelly R. Choate, #6269533
>Assistant Attorney General
>Attorney for Defendants
>500 South Second Street
>Springfield, Illinois 62706
>Telephone: (217) 782-9026
>Facsimile: (217) 524-5091
>E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed a Motion for Enlargement of Time to Complete Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on February 10, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us