05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) |
| PAMELA A. GRAUBEAN (all in their official and | ) |
| individual capacities), WEXFORD HEALTH SOURCES, | ) |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. | ) |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., | ) |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. | ) |
| SHAW, and DR. DAVID ANDERSON, O.D. | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Response to Plaintiff's Motion for Extension of Time to Complete Depositions, Extend the Discovery Cutoff and Amend the Scheduling Order, state:

1.  Defendants have no objection to extending the deadline for preparing the final pretrial order and the deadline for filing dispositive motions as it appears that both parties may require some additional time to complete those documents.

2.  Defendants do object, however, to Plaintiff's request for additional time to take discovery depositions.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

3.   As this case was filed in 2002, the Plaintiff has had four (4) years to take the depositions of any parties currently in this case.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, pray that this Court will amend the scheduling order as it pertains to final pretrial and trial dates, as well as dispositive motion deadline, but deny the motion as it relates to allowing additional discovery in this case.

Respectfully submitted,

WEXFORD HEALTH SOURCES, CLEVELAND RAYFORD, STANLEY SIMS, JENNIFER BLEASSING, RONDA MILLS, and NURSE SHAW, Defendants

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY:   /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

**HeylRoyster**
**Voelker**
**&Allen**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, I electronically filed **Response to Plaintiff's Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Carl J. Tenney
> ctenney@hhtlaw.com
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on February 13, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822