AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

AARON McCROY

V.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 02-cv-3171

TO: (Name and address of Defendant)

LIEUTENANT BRYON LAW
Western Ill. Correctional Center
R.R. #4, Box 196
Mt. Sterling, IL 62353

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Bo 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within ~~thirty (30)~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | February 14, 2006 |
|---|---|
| CLERK | DATE |
| s/M. Stewart | |
| (By) DEPUTY CLERK | |