**E-FILED**
Friday, 17 February, 2006  05:10:58 PM
Clerk, U.S. District Court, ILCD

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

AARON McCROY

**SUMMONS IN A CIVIL ACTION**

V.

ILLINOIS DEPARTMENT OF CORRECTIONS,
ET.AL.

CASE NUMBER:   02-cv-3171

TO: (Name and address of Defendant)

> HUGHES P. LOCHARD, M.D.
> c/o Department of Professional Regulation
> 320 West Washington Street
> Springfield, IL 62786

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> THOMAS F. LONDRIGAN and
> DOUGLAS J. QUIVEY
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> P.O. Bo 399
> Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within _____ ~~thirty (30)~~ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | February 14, 2006 |
| CLERK | DATE |

s/M. Stewart

(By) DEPUTY CLERK