AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL    District of    ILLINOIS

AARON McCROY

V.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  02-cv-3171

TO: (Name and address of Defendant)

ROGER E. WALKER, JR. (Director of Illinois Dept. of Corrections)
1301 Concordia Ct., P.O. Box 19277
Springfield, IL 62794-9277

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Bo 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within ____thirty (30)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters    February 14, 2006
CLERK    DATE

s/M. Stewart
(By) DEPUTY CLERK