**E-FILED**
Friday, 17 February, 2006  05:34:56 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

AARON McCROY

**SUMMONS IN A CIVIL ACTION**

V.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

CASE NUMBER:   02-cv-3171

TO: (Name and address of Defendant)

LOWELL BROWN, M.D.
Western Illinois Correctional Center
R.R. #4, Box 196
Mt. Sterling, Illinois 62353

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Londrigan and
Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within _____ sixty (60) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

February 17, 2006

CLERK                                    DATE

s/M. Stewart

(By) DEPUTY CLERK