**E-FILED**
Tuesday, 21 February, 2006  04:02:44 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |
|---|---|---|

AARON McCROY

**SUMMONS IN A CIVIL ACTION**

V.

ILLINOIS DEPARTMENT OF CORRECTIONS,
ET.AL.

CASE NUMBER:   02-cv-3171

TO: (Name and address of Defendant)

LIEUTENANT BRYON LAW
Western Ill. Correctional Center
R.R. #4, Box 196
Mt. Sterling, IL 62353

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Bo 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within _____ thirty (30) _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK

s/M. Stewart

(By) DEPUTY CLERK

February 14, 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Feb. 16, 2006 |

| NAME OF SERVER (PRINT)  Tom Snowden | TITLE  Chief Deputy |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  - 0 - | SERVICES  $ 35 00 | TOTAL  $ 35 00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-16-2006
　　　　　　　　Date

_Signature of Server_

Brown County Sheriff Office
200 Court Street - Room #1

_Address of Server_
MT. Sterling, IL    62353

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.