IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-CV-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRAUBEAN, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. CLEVELAND RAYFORD, MD., Dr. STANLEY SIMMS, MD., Dr. LOWELL BROWN, MD., Dr. LOCHARD, MD., RHONDA MILLS, NURSE C. SHAW & Dr. DAVID ANDERSON, OD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ORDER TO COMPEL IDOC DEFENDANTS
TO FULLY COMPLY WITH PLAINTIFF'S REQUEST
FOR PRODUCTION OF DOCUMENTS**

Plaintiff, AARON MCCROY, by and through his attorneys, LONDRIGAN POTTER & RANDLE, moves pursuant to Fed. R. Civ. P. 37(2)(b) for an order compelling ILLINOIS DEPARTMENT OF CORRECTION DEFENDANTS ("DEFENDANTS") to fully comply with Plaintiff's request for production of documents and in support states:

1. Plaintiff filed a Request for Production upon Defendants on October 7, 2005. (Exhibit A).

2. Defendants filed Enlargements of Time to Compel Discovery on November 7, 2005, November 21, 2005, and December 5, 2005.

3. A response to the request to produce was received from Defendants on December 12, 2005. (Exhibit B). Said response was incomplete.

4. Plaintiff's attorney sent a letter to Defendants' attorney regarding said response on February 13, 2006 pursuant to Fed. R. Civ. P. 37(2)(a). (Exhibit C).[1]

6. A response to that letter was received via e-mail on February 17, 2006 wherein Defendants objections remained the same. (Exhibit D).

7. In a good faith attempt to confer with Defendants Counsel, Counsel for Plaintiff both answered the February 17, 2006 e-mail and called Counsel for Defendants on February 22, 2006. After conferring, IDOC Defendants' position regarding additional disclosure remains the same.

8. Plaintiff's Counsel is not responsible for the non-production.

9. Accompanying this Motion is a Memorandum of Law that more fully sets forth the reasons why this Motion should be allowed and the exact documents in dispute.

---

[1] The reason for the delay in the letter is that Plaintiff was waiting for answers to interrogatories in the hopes of resolving all discovery issues in one motion. Plaintiff still has not received the interrogatory answers. However, because the Court wants to get the case moving, Plaintiff thought it best to raise the issue as soon as possible.

WHEREFORE, Plaintiff prays that the Court enter an Order directing the IDOC Defendants to immediately produce the requested records and pursuant to Fed. R. Civ. P. 37(a)(4)(A) to award Plaintiff reasonable expenses to include attorney fees incurred in bringing this motion.

AARON McCROY, Plaintiff,

By: /s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O. Box 399
Springfield, Illinois 62705
Tel: (217) 544-9823 Fax: (217) 544-9826
E-Mail: doug@lprpc.com

## Certificate of Service

The hereby certify that on February 22, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Douglas J. Quivey

Douglas J. Quivey
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com