IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT
## OF TIME TO COMPLETE INTERROGATORIES

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Motion for Enlargement of Time to complete interrogatories.

1.  Plaintiff sent interrogatories on or about October 11, 2005, to which the Defendants objected as the number of interrogatories exceeded the number allowed by rule.

2.  In its order of January 24, 2006, and in response to Plaintiff's Motion to Compel, the Court ordered the Defendants to answer the interrogatories by February 10, 2006.

3. On February 10, 2006, Defendants asked this Court for an enlargement of two weeks to complete the interrogatories. The undersigned has been able to obtain responses from four of the eight defendants, and attestations from two of the defendants. These responses are being sent to Plaintiff's counsel today. However, the undersigned has been unable to obtain responses from the remaining defendants by the requested date and requires additional time to complete the remaining interrogatories. At least two of the defendants, Donald Snyder and the Illinois Department of Corrections must be contacted, and responses obtained via representatives from the IDOC legal department.

4. This request is made in good faith and not for purpose of delay, and Plaintiff should suffer no prejudice from an additional short delay, since several defendants have yet to be served in this case, and the previously scheduled dates for dispositive motions, final pre-trial and trial have been vacated. Should these defendants remain in the case, it is almost certain that discovery will have to be reopened and allowed for each of these defendants.

5. The undersigned will be in E. St. Louis for trial beginning February 27, 2006, and in Urbana for trial beginning March 6, 2006. Each of these trials should only last two days; however, time for witness preparation will be required after today's date.

6. Defendants request up to and including March 17, 2006 in which to obtain and produce the remaining interrogatory responses to Plaintiff.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for enlargement of time to complete interrogatories, up to and including March 17, 2006.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS,

        Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois

By:  s/ Kelly R. Choate
     Kelly R. Choate, #6269533
     Assistant Attorney General
     Attorney for Defendants
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Defendants. ) | No. 02-3171 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed a Motion for Enlargement of Time to Complete Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on February 24, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us