# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

AARON McCROY

## SUMMONS IN A CIVIL ACTION

v.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

CASE NUMBER: 02-cv-3171

TO: (Name and Address of Defendant)

SANDRA FUNK
Illinois Department of Corrections
1301 Concordia Ct., P. O. Box 19277
Springfield, IL  62794-9277

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, OTTER & RANDLE, P.C.
1227 South Seventh Street
P. O. Box 399
Springfield, IL  62705

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters  February 24, 2006
CLERK  DATE

s/M. Stewart
BY DEPUTY CLERK