AO 440 (Rev. 1/85) Summons in a Civil Action

E-FILED
Monday, 27 February, 2006 02:59:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

AARON McCROY

## SUMMONS IN A CIVIL ACTION

v.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

CASE NUMBER: 02-cv-3171

TO: (Name and Address of Defendant)

HUGHES P. LOCHARD, M.D.
Medical Staff
Jacksonville Correctional Center
2268 E. Morton
Jacksonville, IL   62650

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S

ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Steet
P. O. Box 399
Springfield, IL   62705

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters                    February 24, 2006
CLERK                               DATE

s/M. Stewart

BY DEPUTY CLERK