AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

AARON McCROY

V.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 02-cv-3171

TO: (Name and address of Defendant)

TERRY POLK, Warden
Jacksonville Correctional Center
2268 East Morton Avenue
Jacksonville, IL 62650

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters
CLERK

/s/ M. Stewart
(By) DEPUTY CLERK

DATE  February 17, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | FEBRUARY 24, 2006 AT 10:55 AM |
| NAME OF SERVER (PRINT)<br>**M. LANGDON** | TITLE<br>**PROCESS SERVER/DEPUTY** |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **JACKSONVILLE CORRECTIONAL CENTER**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL<br>2 miles @ $2.00 | SERVICES<br>$30.00 | TOTAL<br>$0.00 $32.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **FEBRUARY 24, 2006**　　　*M. Langdon*
　　　　　　　Date　　　　　　　　　　　　Signature of Server

　　　　　　**300 W COURT, JACKSONVILLE, IL  62650**
　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.