AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

AARON McCROY

## SUMMONS IN A CIVIL ACTION

v.

ILLINOIS DEPARTMENT OF CORRECTIONS,
ET. AL.

CASE NUMBER: 02-cv-3171

TO: (Name and Address of Defendant)

LOWELL BROWN, M.D.
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL    62353

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S

ATTORNEY (name and address)

THOMAS F. LONDRIGAN and
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P. O. Box 399
Springfield, IL    62705

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ John M. Waters
CLERK

February 24, 2006
DATE

/s/ M. Stewart
BY DEPUTY CLERK

Served: Feb. 27, 2006

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Feb. 27, 2006 |
| NAME OF SERVER<br>Tom Snowden | TITLE<br>Chief Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Kristi Lanning
Records at the Western Illinois Correctional Center

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $1.00 | $35.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 27, 2006
                  *Date*

*Signature of Server*

200 Court St. Room # 1
*Address of Server*
Mt. Sterling, IL     62353

Service:  $ 35.00
Mileage:     1.00

TOTAL:    $ 36.00

Gerald R. Kempf, Sheriff
BROWN COUNTY

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.