05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN (all in their official and ) | |
| individual capacities), WEXFORD HEALTH SOURCES, ) | |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. ) | |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., ) | |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. ) | |
| SHAW, and DR. DAVID ANDERSON, O.D. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

NOW COMES THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, hereby enters an appearance as lead counsel on behalf of Defendants, HUGHES LOCHARD, M.D. and LOWELL BROWN, M.D., in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of the Illinois, Springfield Division, and that she is a member in good standing of the bar of this Court.

Respectfully submitted,

HUGHES LOCHARD, M.D. and LOWELL BROWN, M.D., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

                HEYL, ROYSTER, VOELKER & ALLEN
                Suite 575, National City Center
                P. O. Box 1687
                Springfield, IL  62705
                Phone: (217) 522-8822
                Fax:    (217) 523-3902
                E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Carl J. Tenney
> ctenney@hhtlaw.com
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on March 6, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822