AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

AARON McCROY

V.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET.AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 02-CV-3171

RECEIVED
FEB 2 2 2006
HANCOCK COUNTY SHERIFF
CARTHAGE, ILLINOIS

TO: (Name and address of Defendant)

KEVIN WINTERS
2480 E. Highway 61
Bowen, IL 62316

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Londrigan and
Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters
CLERK

/s/ M. Stewart
(By) DEPUTY CLERK

DATE February 17, 2006



# Hancock County Sheriff's Office

**John H. Jefferson**
Sheriff

**William Ferrill**
Chief Deputy

Hancock County Sheriff's Office / 98 Buchanan St., PO Box 66 / Carthage, IL 62321
Telephone: (217) 357-2115  Fax: (217) 357-3035

STATE OF ILLINOIS}
COUNTY OF HANCOCK}

Aaron McCroy

vs.

Il Dept of Corrections

CASE NO. 02CV3171

### SHERIFF'S RETURN

I certify that I served this _Summons_ on defendant(s) as follows:

[X] (a) (Individual defendants - personal):
    By leaving a copy and a copy of the complaint with each individual defendant personally.

[ ] (b) (Individual defendants - abode):
    By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

[ ] (c) (Corporation, Company, Business)
    A copy of the aforesaid was left with the following:

Name of Defendant: Kevin Winters
Name of Person Summons given to: Kevin Winters
Sex: M   Race: W   Age or DOB: 4/19/58
Place of Service: 2480 E Hwy 61 Bowen Il
Date Served: 3/2/06   Time: 2044 hr   Mailing:

By _Scott Coursey_

John H. Jefferson Sheriff
Sheriff of Hancock County
Deputy

Fees: Mail:
Service & Return  15.00
Mileage  17.00
Total: $32.00