IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |
| | ) |
| Defendants. | ) |

### RESPONSE TO PLAINTIFF'S MOTION TO COMPEL IDOC DEFENDANTS TO FULLY COMPLY WITH PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, ILLINOIS DEPARTMENT OF CORRECTIONS (DOC), TARA BARR, DEBORAH FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Motion to Compel IDOC Defendants to Fully Comply with Plaintiff's Request for Production of Documents [doc 225], submit the following:

1. Plaintiff served a request for production of documents upon the defendants asking for, among other things, any and all records involving the plaintiff, including the entire master file of both the plaintiff and the inmate with whom in fought in September of 2004.

2. Plaintiff also requested all grievances filed by Plaintiff since his incarceration and all of Plaintiff's medical records.

3. Defendants responded to Plaintiff's request with available documents and proper objections, including the confidentiality of master files, the irrelevance of the majority of documents in that file, and the fact that certain files, including Plaintiff's medical records and grievances, are available from a more convenient source as they are available to him or his counsel upon their request.

4. Parties are not entitled to unlimited discovery, nor are they entitled to have another party procure documents that are as or more readily available to the party asking for production. In the case of medical records, the defendants produced to the parties, including Plaintiff and the Court, over 1000 pages of medical records.

5. Even though they objected to production of grievances, the defendants have subsequently requested all grievances from the year 2000 to present from the Pinckneyville Correctional Center, regardless of the subject of the grievance or relevance to this case, and have informed Plaintiff that those will be produced when received with the interrogatory responses.

6. The defendants have produced the incident reports, interviews and other documents that are responsive to the requests as to the September 2004 incident. The defendants have also agreed to provide transfer documents, not only for the only transfer relevant to this case, the Western to Menard transfer, but for the transfers to Western and Pinckneyville as well. Defendants have also produced the various IDOC rules and regulations requested.

7. Defendants assert they have fully complied with the requests and have made proper objections to the requests to which they did not comply.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court deny Plaintiff's Motion to Compel IDOC Defendants to Fully Comply with Plaintiff's Request for Production of Documents.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF
>CORRECTIONS (DOC), TARA BARR,
>DEBORAH FUQUA, DENNIS HOCKADAY,
>DAVID SCHNEPEL, DONALD SNYDER,
>NANCY TUCKER, and GREGORY KENT
>VOREIS,
>
>   Defendants,
>
>LISA MADIGAN, Attorney General,
>State of Illinois
>
>By:  s/ Kelly R. Choate
>Kelly R. Choate, #6269533
>Assistant Attorney General
>Attorney for Defendants
>500 South Second Street
>Springfield, Illinois  62706
>Telephone:  (217) 782-9026
>Facsimile:   (217) 524-5091
>E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2006, I electronically filed a Response to Plaintiff's Motion to Compel IDOC Defendants to Fully Comply with Plaintiff's Request for Production of Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on March 8, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us