IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

NOW COME the Defendants, SANDRA FUNK, PAM GRUBMAN (sued as Pamela Graubean), KENNETH KELLERMAN, BRYON LAW, TERRY POLK, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m), hereby submit their motion to dismiss. In support thereof, Defendants state as follows:

1. The amended complaint in this matter was filed on March 28, 2005. Service of this complaint to the newly named defendants was insufficient, as it was not completed or even attempted until February of 2006.

2. Fed. R. Civ. P. 4(m) requires service within 120 days unless good cause shown for the delay.

3. Plaintiff has not shown good cause for this delay.

4. All of the defendants would suffer prejudice should this untimely service be allowed.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court dismiss them from the complaint.

Respectfully submitted,

SANDRA FUNK, PAM GRUBMAN, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2006, I electronically filed a Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Thomas Londrigan  
    Londrigan, Potter & Randle, P.C.  
    tom@lprpc.com

    Douglas J. Quivey  
    Londrigan, Potter & Randle, P.C.  
    doug@lprpc.com

    Theresa Powell  
    Heyl, Royster, Voelker & Allen  
    tpowell@hrva.com

    Carl J. Tenney  
    Hughes, Hill & Tenney, L.L.C.  
    ctenney@hhtlaw.com

and I hereby certify that on March 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

    Respectfully Submitted,  
    s/ Kelly R. Choate  
    Kelly R. Choate, #6269533  
    Assistant Attorney General  
    Attorney for Defendants  
    500 South Second Street  
    Springfield, Illinois  62706  
    Telephone:  (217) 782-9026  
    Facsimile:   (217) 524-5091  
    E-Mail:  kchoate@atg.state.il.us