05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) |
| PAMELA A. GRAUBEAN (all in their official and | ) |
| individual capacities), WEXFORD HEALTH SOURCES, | ) |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. | ) |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., | ) |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. | ) |
| SHAW, and DR. DAVID ANDERSON, O.D. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COME Defendants, HUGHES LOCHARD, M.D., and LOWELL BROWN, M.D., by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion to Dismiss pursuant to Federal Rule 12(b)(5), state:

1. With respect to Dr. Lowell Brown, the Plaintiff has failed to execute proper service upon the Defendant.

2. First, the summons form indicates that service was left at the Western Illinois Correctional Center with a Kristi Lanning, "Records at the Western Illinois Correctional Center." The box checked on the return of service references that copies of the summons and Complaint were left at the Defendant's dwelling house or usual place of abode with a person of suitable age and

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

discretion and residing therein with Ms. Lanning's name and reference to the Western Illinois Correctional Center.

3. The service documents were executed on February 27, 2006.

4. Plaintiff's First Amended Complaint is dated March 28, 2005.

5. With respect to attempts at service upon Dr. Brown, the summons on its face was not served properly with respect to Federal Rule of Civil Procedure 4(e) as the Western Illinois Correctional Center is not Dr. Brown's individual dwelling, nor is it his usual place of abode.

6. Secondly, Plaintiff's service is ineffective under Rule 4(m) which requires that service be made within one hundred twenty (120) days. This was not done either.

7. With respect to Dr. Lochard, service was attempted at his home on February 24, 2006.

8. With respect to this Motion, Plaintiff's service is defective pursuant only to Federal Rule of Civil Procedure 4(m) as service was not effected within one hundred twenty (120) days after the filing of the Complaint.

9. As Plaintiff has shown no evidence as to why service was not made within one hundred twenty (120) days, Defendants request that the Court not extend the time for service as Plaintiff has failed to comply with the rules regarding this matter.

Respectfully submitted,

HUGHES LOCHARD, M.D., and LOWELL BROWN, M.D., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:   /s/Theresa M. Powell
      Theresa M. Powell, #6230402
      HEYL, ROYSTER, VOELKER & ALLEN

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed **Motion to Dismiss Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on March 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822