05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN (all in their official and ) | |
| individual capacities), WEXFORD HEALTH SOURCES, ) | |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. ) | |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., ) | |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. ) | |
| SHAW, and DR. DAVID ANDERSON, O.D. ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COME Defendants, HUGHES LOCHARD, M.D., and LOWELL BROWN, M.D., by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint, state:

MAY IT PLEASE THE COURT:

**I. INTRODUCTION**

Plaintiff has filed a First Amended Complaint naming defendants who had not been identified in Plaintiff's previous Complaint. The undersigned represents two (2) of those defendants. The First Amended Complaint was filed on March 28, 2005. Service was not made nor attempted upon these defendants until February of 2006 after prompting by the Court. Defendants now file this Memorandum of Law in support of their Motion to Dismiss.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

## II. LEGAL ARGUMENT

Pursuant to Federal Rule of Civil Procedure 12(b)(5), an action may be dismissed due to insufficiency of service of process. Federal Rule of Civil Procedure 4(m) requires the dismissal of an action if the Plaintiff fails to serve the Complaint within one hundred twenty (120) days after it is filed and does not show good cause for failing to comply with this requirement. It is the Plaintiff's burden of proof to show good cause if this requirement is not met. Geiger v. Allen, 850 F.2d 330, 333 (7th Cir. 1998).

Any attempt at showing good cause must include evidence that the Plaintiff used "reasonable diligence" in attempting to serve the Defendant within the period of time specified by Rule 4(m). See, Bachenski v. Malnati, 11 F.3d 1371, 1377 (7th Cir. 1993).

With respect to the matter before the Court, there appears to have been no effort made to serve any of the newly added Defendants between the date of the filing of the First Amended Complaint and the end of February 2006. As Plaintiff is unable to show good cause for the delay, Defendants request that the Court dismiss Plaintiff's First Amended Complaint with respect to these Defendants.

Additionally, with respect to Dr. Brown, the Plaintiff's attempt at service is incomplete as Dr. Brown was not served personally as is required by Rule 4(e)(2). Pursuant to this rule, the Court does not have discretion to extend the time for service and such continues to remain ineffective as it relates to Dr. Brown.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

### III. CONCLUSION

WHEREFORE, Defendants, HUGHES LOCHARD, M.D., and LOWELL BROWN, M.D., pray that this Court will dismiss Plaintiff's First Amended Complaint as it pertains to Defendants Brown and Lochard.

Respectfully submitted,

HUGHES LOCHARD, M.D., and LOWELL BROWN, M.D., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY:  /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed **Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Carl J. Tenney
> ctenney@hhtlaw.com
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on March 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822