IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF
TIME TO PROVIDE INTERROGATORY RESPONSE
OF THE ILLINOIS DEPARTMENT OF CORRECTIONS**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Motion for Enlargement of Time to Provide Interrogatory Response of the Illinois Department of Corrections:

1.    Plaintiff served interrogatories to each of the above named defendants. Defendants have asked for an enlargement to complete the interrogatories and to provide the responses to Plaintiff.

2.    Each of the individual defendants have completed their interrogatories and these are being provided to the parties, along with certain documents requested. However, the IDOC requires an individual to attest to the interrogatory responses, and the undersigned has not been notified of the identity of that person as of this date. She has

1

conferred with the Legal Department of the IDOC, and they are making a decision as to which individual should provide the attestation. As soon as the decision is made, the interrogatories will be completed and provided to counsel.

3.    This motion is made in good faith and not for purpose of delay. Plaintiff should suffer no prejudice from a short enlargement. The interrogatories were identical to all the parties, and the Department of Corrections would have no independent knowledge of any of the interrogatories outside of the responses given by its employees and the documents in its possession.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant them an additional fourteen (14) days, up to and including March 31, 2006, in which to provide Plaintiff with the Department of Corrections' interrogatory responses.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By:  s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 782-9026
    Facsimile: (217) 524-5091
    E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed a Motion for Enlargement of Time to Provide Interrogatory Response of the Illinois Department of Corrections with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on March 17, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us