IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF
TIME TO PROVIDE INTERROGATORY RESPONSE
OF THE ILLINOIS DEPARTMENT OF CORRECTIONS**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Motion for Enlargement of Time to Provide Interrogatory Response of the Illinois Department of Corrections:

1. Plaintiff served interrogatories to each of the above named defendants. Defendants have asked for an enlargement to complete the interrogatories and to provide the responses to Plaintiff.

2. Each of the individual defendants have completed their interrogatories and these are being provided to the parties, along with certain documents requested. However, the IDOC requires an individual to attest to the interrogatory responses. The undersigned was not apprised of the identity of the individual who will attest for the Department until March 29, 2006.

3. The undersigned was in trial before Magistrate Judge Proud on March 27, 2006 and March 28, 2006, in the case *Thomas v. Crespi*, No. 02-960, and will be leaving on March

1

29, 2006 for trial in Urbana in *Fox v. Snyder, et. al.*, No. 02-1375. She will also be in Urbana for trial on April 3, 2006 in the case of *Henderson v. Johnson*, No. 04-3037. It is possible that the *Henderson* trial may not begin until sometime after April 3rd should the *Fox* trial take more than the anticipated two days.

4. Because of her schedule, the undersigned will be unable to complete the interrogatory response, have the response reviewed, and the attestation signed by the due date of March 31, 2006.

5. This motion is made in good faith and not for purpose of delay. Plaintiff should suffer no prejudice by this short delay, as all of the discovery dates will be extended due to the recent service of additional defendants.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant them up to and including April 14, 2006, in which to provide the interrogatory responses for the Illinois Department of Corrections.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2006, I electronically filed a Motion for Enlargement of Time to Provide Interrogatory Response of the Illinois Department of Corrections with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on March 30, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us