IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-CV-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, ROGER E. | ) | |
| WALKER, JR., (in his official | ) | |
| capacity only), DENNIS HOCKADAY, | ) | |
| KEVIN WINTERS, TERRY POLK, | ) | |
| DAVID SCHNEPEL, SANDRA FUNK, | ) | |
| DEBRAH FUQUA, LIEUTENANT | ) | |
| LAW, CORRECTIONAL OFFICER | ) | |
| KELLERMAN, CORRECTIONAL | ) | |
| OFFICER JUDITH WILSON, | ) | |
| PAMELA A. GRAUBEAN, all in their | ) | |
| official and individual capacities, | ) | |
| WEXFORD HEALTH SOURCES, Inc., | ) | |
| Dr. CLEVELAND RAYFORD, MD., | ) | |
| Dr. STANLEY SIMMS, MD., | ) | |
| Dr. LOWELL BROWN, MD., | ) | |
| Dr. LOCHARD, MD., RHONDA | ) | |
| MILLS, NURSE C. SHAW & | ) | |
| Dr. DAVID ANDERSON, OD., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT
LOWELL BROWN, M.D.'S MOTION TO DISMISS**

Plaintiff, AARON MCCROY, by and through his attorneys, LONDRIGAN POTTER & RANDLE, in response to Defendant Lowell Brown, M.D.'s motion to dismiss states as follows:

1. Because service documents were left at his place of employment, Western Illinois Correctional Center, with a Western Illinois Correctional Center

administrative employee instead of given to him personally, Defendant Dr. Lowell Brown seeks to dismiss Plaintiff's Amended Complaint asserting service on him was not proper pursuant to Fed. R. Civ. P. 4(e).

2. In response, Plaintiff respectfully submits that although Defendant is technically correct, service was accomplished in the normal manner employed by the Brown County Sheriff's Office when serving process on employees working at the Western Illinois Correctional Center.

3. Moreover, on March 28, 2006, Dr. Brown was personally served at the Brown County Sheriff's office and a return of service filed with the Court.

4. Accordingly, Dr. Brown has now been properly served pursuant to Fed. R. Civ. P. 4(e) and any error in service has been mitigated.

Wherefore, Plaintiff prays that Defendant Lowell Brown, M.D.'s motion to dismiss be denied.

Respectfully submitted,

AARON MCCROY, Plaintiff

By:  s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

**Certificate of Service**

The hereby certify that a on March 30, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

> By: s/Douglas J. Quivey
> Douglas J. Quivey
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> doug@lprpc.com