UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY, )
)
    Plaintiff, )
)
vs. ) NO. 02-3171
)
ILLINOIS DEPARTMENT OF )
CORRECTIONS et al., )
)
    Defendants. )

## REPORT OF RULE 26(F) PLANNING MEETING

Plaintiff, AARON MCCROY, being represented by Thomas F. Londrigan and Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, et al., being represented by Lisa Madigan, et.al., exchanged this formulated proposed discovery calendar for consideration by the Court. The following are dates[1] which counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by May 15, 2006.

2. The deadline for amendment of pleadings is June 1, 2006.

3. The deadline for joining additional parties is June 1, 2006.

4. Plaintiff shall disclose experts and provide expert reports by July 1, 2006. Plaintiff shall make any such experts available for deposition by August 15, 2006.

5. Defendant shall disclose experts and provide expert reports by September 15, 2006. Defendant shall make any such experts available for deposition by November 1, 2006.

6. Discovery shall be modified as follows: All written discovery shall be answered by May 15, 2006.

---

[1] See Section III of this Court's Rule 16 memo (also displayed on this website) for suggested time frames.

7. All discovery, including deposition of experts, is to be completed by November 1, 2006.

8. The deadline for filing case dispositive motions shall be November 1, 2006.

9. The matter is scheduled for final pretrial conference by video conference before the Honorable Judge Baker, U.S. District Judge, on November, 15, 2006 at 1:30 p.m .

10. The matter is scheduled for jury selection and jury trial before the Honorable Judge Baker, U.S. District Judge, on January 2, 2007, at 9:00 am.

Counsel has advised that a Motion may be filed regarding the trial date, as Ms. Powell is scheduled to be out of the Continental United States until the middle of January 2007.

By: s/Thomas F. Londrigan  
THOMAS F. LONDRIGAN, Bar No.  
Attorney for Plaintiff  
LONDRIGAN, POTTER & RANDLE, P.C.  
1227 South Seventh Street  
Post Office Box 399  
Springfield, IL 62705  
Telephone: (217) 544-9823  
tom@lprpc.com  

By: s/Douglas J. Quivey  
DOUGLAS J. QUIVEY, Bar No. 6225888  
Attorney for Plaintiff  
LONDRIGAN, POTTER & RANDLE, P.C.  
1227 South Seventh Street  
Post Office Box 399  
Springfield, IL 62705  
Telephone: (217) 544-9823  
doug@lprpc.com  

By: s/Theresa Powell  
Heyl, Royster, Voelker & Allen  
National City Center, Ste. 575  
1 North Old State Capitol Plaza  
P.O. Box 1687  
Springfield, IL 62705-1687  

By: s/Kelly Choate  
Illinois Attorney General  
500 South Second Street  
Springfield, IL 62706  

By: s/Carl J. Tenney  
Hughes, Hill & Tenney, LLC  
236 N. Water Street  
P.O. Box 560  
Decatur, IL 62525

# **ORDER**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

_____
      Judge Baker

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      By: s/Douglas J. Quivey
      DOUGLAS J. QUIVEY, Bar No. 6225888
      Attorney for Plaintiff
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South Seventh Street
      Post Office Box 399
      Springfield, IL 62705
      Telephone: (217) 544-9823
      doug@lprpc.com