E-FILED
Wednesday, 26 April, 2006  09:06:30 AM
Clerk, U.S. District Court, ILCD

05415-N3293
TMP/jly/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN (all in their official and ) | |
| individual capacities), WEXFORD HEALTH SOURCES, ) | |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. ) | |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., ) | |
| DR. LOCHARD, M.D.,  RHONDA MILLS, NURSE C. ) | |
| SHAW, and DR. DAVID ANDERSON, O.D. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT BROWN'S ANSWER TO
### PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M.

POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer to Plaintiff's First

Amended Complaint, states:

1.    Defendant does not deny that jurisdiction is proper.

2.    This Defendant has insufficient knowledge regarding the whereabouts of the Plaintiff

and therefore must deny said allegation.

3.    This Defendant has insufficient knowledge regarding the funding for the Department

of Corrections and therefore must deny said allegations.

4.    This Defendant has insufficient knowledge regarding the current employment capacity

of Roger E. Walker, Jr. and therefore must deny said allegations.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/jly/ej

5.      This Defendant has insufficient knowledge regarding the current employment capacity of Dennis Hockaday, and therefore must deny said allegations.

6.      This Defendant has insufficient knowledge regarding the current employment capacity of Kevin Winters, and therefore must deny said allegations.

7.      This Defendant has insufficient knowledge regarding the current employment capacity of Terry Polk, and therefore must deny said allegations.

8.      This Defendant has insufficient knowledge regarding the current employment capacity of David Scheppel, and therefore must deny said allegations.

9.      This Defendant has insufficient knowledge regarding the current employment capacity of Sandra Funk, and therefore must deny said allegations.

10.      This Defendant has insufficient knowledge regarding the current employment capacity of Debra Fuqua, and therefore must deny said allegations.

11.      This Defendant has insufficient knowledge regarding the current employment capacity of Lieutenant Law, and therefore must deny said allegations.

12.      This Defendant has insufficient knowledge regarding the current employment capacity of Defendant Kellerman, and therefore must deny said allegations.

13.      This Defendant has insufficient knowledge regarding the current employment capacity of Judith Wilson, and therefore must deny said allegations.

14.      This Defendant has insufficient knowledge regarding the current employment capacity of Pamela Ann Graubean, and therefore must deny said allegations.

15.      This Defendant has insufficient knowledge regarding the allegations of Paragraph 15 and therefore must deny these allegations.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/jly/ej

16.    Defendant denies the allegations of Paragraph 16.

17.    Defendant denies that Dr. Stanley Sims is currently a Wexford employee.  Defendant admits that Dr. Sims practiced medicine at WICC during the time of some of the allegations contained in this Complaint.

18.    Defendant admits the allegations of Paragraph 18.

19.    Defendant denies that Dr. Lochard is a Wexford employee.  However, Defendant admits that Dr. Lochard practiced medicine at WICC during the time of some of the allegations contained in this Complaint.

20.    Defendant denies the allegations of Paragraph 20.

21.    Defendant denies the allegations of Paragraph 21.

22.    Defendant denies the allegations of Paragraph 22.

23.    Defendant admits that Keratoconus is a progressive condition which causes visual distortion.  Defendant denies the remaining allegations of Paragraph 23.

24.    Plaintiff's Complaint references various time frames.  This Defendant has insufficient knowledge regarding all of those time frames and therefore must deny said allegations.

25.    This Defendant has insufficient knowledge regarding the original Complaint and therefore must deny said allegations.  Defendant moves to strike this allegation as it bears no relevance to this claim.

26.    This Defendant has insufficient knowledge regarding the allegations of Paragraph 26 and therefore must deny said allegations.

27.    This Defendant has insufficient knowledge regarding the allegations of Paragraph 27 and therefore must deny said allegations.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/jly/ej

28.    Defendant denies the allegations of Paragraph 28.

29.    This Defendant has insufficient knowledge regarding the allegations in the original Complaint and therefore must deny said allegations.  Moreover, Defendant moves to strike said allegation as it is irrelevant to this claim.

30.    Defendant denies the allegations of Paragraph 30.

31.    Defendant denies the allegations of Paragraph 31.

32.    Defendant admits that the medical records suggest that Plaintiff received a corneal transplant on February 3, 2003.  As this Defendant was not working at Western Illinois Correctional Center at that time, he has insufficient knowledge regarding allegations of Paragraph 32 and therefore must deny said allegations.

33.    Defendant admits that inmates are not provided organ transplants at the cost of the Illinois Department of Corrections or of the vender, including Wexford.  Defendant denies the remaining allegations of Paragraph 33.  Defendant further denies that any policy played a role in the care and treatment of Mr. McCroy.

34.    This Defendant has insufficient knowledge regarding the allegations of Paragraph 34 and therefore must deny said allegations.  Defendant moves to strike said allegation as it is irrelevant to this cause of action.

35.    This Defendant has insufficient knowledge regarding the allegations of Paragraph 35 and therefore must deny said allegations.

36.    This Defendant has insufficient knowledge regarding allegations for time frames outside the time that he was working at Western Illinois Correctional Center and therefore must deny said allegations.  To the extent this Defendant was participating in the care of Mr. McCroy,

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-N3293
TMP/jly/ej

Defendant denies the allegations of Paragraph 36. Defendant denies the remaining allegations of Paragraph 36.

37.    Defendant denies the allegations of Paragraph 37.

38.    As this Defendant was not working at the Western Illinois Correctional Center during the time frame reference, he has insufficient knowledge regarding said allegations.

39.    As this Defendant was not working at the Western Illinois Correctional Center during the time frame reference, he has insufficient knowledge regarding said allegations.

40.    Defendant denies the allegations of Paragraph 40.

41.    This Defendant has insufficient knowledge regarding the allegations contained in Paragraph 41 and therefore must deny said allegations.

42.    Defendant denies the allegations of Paragraph 42.

43.    Defendant denies the allegations of Paragraph 43.

44.    This Defendant has insufficient knowledge regarding the allegations contained in Paragraph 44 and therefore must deny said allegations.

45.    This Defendant has insufficient knowledge regarding the allegations contained in Paragraph 45 and therefore must deny said allegations.

46.    This Defendant admits that Plaintiff was kept in the infirmary until June 8, 2004. Defendant denies the remaining allegations of Paragraph 46.

47.    This Defendant has insufficient knowledge regarding the allegations of Paragraph 47 and therefore must deny said allegations.

48.    Defendant denies the allegations of Paragraph 48.

49.    Defendant denies the allegations of Paragraph 49.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/jly/ej

50.     Defendant denies the allegations of Paragraph 50.

51.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 51 and therefore must deny said allegations.

52.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 52 and therefore must deny said allegations.

53.     Defendant denies the allegations of Paragraph 53.

54.     Defendant denies the allegations of Paragraph 54.

55.     Defendant denies the allegations of Paragraph 55.

56.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 56 and therefore must deny said allegations.

57.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 57 and therefore must deny said allegations.

58.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 58 and therefore must deny said allegations.

59.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 59 and therefore must deny said allegations.

60.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 60 and therefore must deny said allegations.

61.     Defendant admits that he agreed with Dr. Kass's recommendations for a contact lens and prosthesis for Plaintiff.  Defendant denies the remaining allegations of Paragraph 61.

62.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 62 and therefore must deny said allegations.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

6

05415-N3293
TMP/jly/ej

63.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 63 and therefore must deny said allegations.

64.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 64 and therefore must deny said allegations.

65.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 65 and therefore must deny said allegations.

66.     This Defendant has insufficient knowledge regarding the allegations of Paragraph 66 and therefore must deny said allegations.

## COUNT I

67-133.  Defendant reasserts his responses to paragraphs 1-66 as and for his responses to paragraphs 67-133 of Count I.

134.     Defendant denies the allegations of Paragraph 134 and all subparagraphs thereunder.

135.     Defendant denies the allegations of Paragraph 135 and further denies that Plaintiff was injured to the extent claimed.  Defendant denies that Plaintiff is entitled to any of the compensation or relief requested.  Additionally, Defendant moves to strike Plaintiff's request for injunctive relief as that issue has already been determined in a preliminary hearing.

## DEFENDANT DEMANDS TRIAL BY JURY AS TO COUNT I

## AFFIRMATIVE DEFENSES

NOW COMES Defendant, LOWELL BROWN, M.D., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his Affirmative Defenses, states:

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

7

05415-N3293
TMP/jly/ej

  1.  To the extent that Plaintiff has failed to exhaust his administrative remedies, Defendant is entitled to judgment as a matter of law.

  2.  To the extent that Plaintiff's claim references any act or omission on the part of the Defendant occurring more than two (2) years prior to the time of the filing of this lawsuit, Defendant is entitled to judgment as any such claim is barred by the statute of limitations.

  3.  Defendant is entitled to qualified immunity with respect to any other acts referenced in Plaintiff's Complaint.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO THESE AFFIRMATIVE DEFENSES**

## COUNT II

  This Defendant makes no response to Count II as he is not referenced in said count. However, to the extent Plaintiff alleges any act of wrongdoing on the part of this Defendant, said allegations are denied.

## COUNT III

  This Defendant makes no response to Count III as he is not referenced in said count. However, to the extent Plaintiff alleges any act of wrongdoing on the part of this Defendant, said allegations are denied.

## COUNT IV

  NOW COMES Defendant, LOWELL BROWN, M.D., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his response to Count IV, states:

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

8

05415-N3293
TMP/jly/ej

277-343.       Defendant reasserts his responses to paragraphs 1-66 as and for paragraphs 277-343 of Count IV.

344.     Defendant denies the allegations of Paragraph 344 and all subparagraphs thereunder.

345.     Defendant denies the allegations of Paragraph 345 and further denies that Plaintiff was injured to the extent claimed. Defendant denies that Plaintiff is entitled to any of the compensation or relief requested. Additionally, Defendant moves to strike Plaintiff's request for injunctive relief as that issue has already been determined in a preliminary hearing.

### DEFENDANT DEMANDS TRIAL BY JURY AS TO COUNT IV

### AFFIRMATIVE DEFENSES

NOW COMES Defendant, LOWELL BROWN, M.D., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his Affirmative Defenses, states:

1.       To the extent that Plaintiff has failed to exhaust his administrative remedies, Defendant is entitled to judgment as a matter of law.

2.       To the extent that Plaintiff's claim references any act or omission on the part of the Defendant occurring more than two (2) years prior to the time of the filing of this lawsuit, Defendant is entitled to judgment as any such claim is barred by the statute of limitations.

3.       Defendant is entitled to qualified immunity with respect to any other acts referenced in Plaintiff's Complaint.

### DEFENDANT DEMANDS TRIAL BY JURY AS TO THESE AFFIRMATIVE DEFENSES

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

9

05415-N3293
TMP/jly/ej

## COUNT V

This Defendant makes no response to Count V as he is not referenced in said count. However, to the extent Plaintiff alleges any act of wrongdoing on the part of this Defendant, said allegations are denied.

Respectfully submitted,

LOWELL BROWN, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:    /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10

05415-N3293
TMP/jly/ej

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed **Defendant Brown's Answer to Plaintiff's First Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on April 26, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822