05415-N3293
AGT/jly

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN (all in their official and ) | |
| individual capacities), WEXFORD HEALTH SOURCES, ) | |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. ) | |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., ) | |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. ) | |
| SHAW, and DR. DAVID ANDERSON, O.D. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

NOW COMES APRIL G. TROEMPER of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters her appearance as counsel on behalf of Defendant, WEXFORD HEALTH SOURCES, INC., CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of Illinois, and that she is a member in good standing of the bar of this Court.

WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
AGT/jly

                        BY:    /s/ April G. Troemper
                                April G. Troemper, #6256785
                                HEYL, ROYSTER, VOELKER & ALLEN
                                Suite 575, National City Center
                                P. O. Box 1687
                                Springfield, IL  62705
                                Phone: (217) 522-8822
                                Fax:    (217) 523-3902
                                E-mail:tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
AGT/jly

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed my **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Carl J. Tenney
> ctenney@hhtlaw.com
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on May 1, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/April G. Troemper
April G. Troemper, #6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail: atroemper@hrva.com

HEYL ROYSTER VOELKER &ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822