E-FILED
Monday, 15 May, 2006  01:57:43 PM
Clerk, U.S. District Court, ILCD

05415-N3293
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ROGER E. WALKER, JR. (in his official capacity only), | ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) | |
| PAMELA A. GRAUBEAN (all in their official and | ) | |
| individual capacities), WEXFORD HEALTH SOURCES, | ) | |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. | ) | |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., | ) | |
| DR. LOCHARD, M.D.,  RHONDA MILLS, NURSE C. | ) | |
| SHAW, and DR. DAVID ANDERSON, O.D. | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL DISCLOSURE FOR DEFENDANTS BROWN AND LOCHARD
## AND SUPPLEMENTAL DISCLOSURE FOR DEFENDANTS
## WEXFORD, RAYFORD, SIMS, MILLS, AND SHAW

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND

RAYFORD, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their

attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their

Supplemental Disclosures, and Defendants, HUGHES LOCHARD, M.D.; LOWELL BROWN,

M.D., and for their initial disclosures, state as follows:

A.     The name and, if known, the address and telephone number of each individual likely

to have discoverable information that the disclosing party may use to support its claims or defenses,

unless solely for impeachment, identifying the subjects of the information:

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

1.    Defendants Brown and Lochard identify each and every individual identified in the initial disclosures provided by Defendants Wexford, Rayford, Sims, Mills, and Shaw.

2.    In addition, Defendants identify these additional individuals:

a.    Lowell Brown, M.D.

Dr. Brown is currently the Medical Director at the Western Illinois Correctional Center.  Dr. Brown will testify that he provided appropriate care to Mr. McCroy at any time Mr. McCroy was seen by him.  Dr. Brown will also testify regarding policies, practices, and procedures for Wexford Health Sources, Inc. to the extent necessary.  Dr. Brown has firsthand knowledge, as one of Plaintiff's treating physicians, that each and every medical complaint by the Plaintiff was addressed in a proper manner by the medical staff, including himself, for those time frames during which Dr. Brown has been employed at the Western Illinois Correctional Center simultaneous with Mr. McCroy's incarceration at that facility. Dr. Brown will also testify that neither he nor any of the other Defendants were deliberately indifferent to any serious medical need of Mr. McCroy.  Dr. Brown will testify as to the Plaintiff's medical status, issues of the anatomy of the eye, the disease keratoconus, the treatment for keratoconus, and any conversations he may have had with Mr. McCroy's treating optometrist.  Dr. Brown will also testify that Plaintiff's care can be and was properly managed by physicians at an eye center at regular intervals and that it is not necessary for Plaintiff to be incarcerated within a certain proximity to an eye clinic to receive this care.

Dr. Brown will also testify that he does not make decisions regarding placement of inmates with respect to selecting cell mates.  Dr. Brown will also testify that at the time Mr. McCroy was released from the healthcare unit, there was no medical reason to keep Mr. McCroy in the infirmary.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

      b.     Hughes Lochard, M.D.

              Dr. Lochard was the acting Medical Director at Western Illinois Correctional Center for a very short period of time. Dr. Lochard will testify regarding his minimal involvement with Mr. McCroy. Dr. Lochard will testify regarding his personal involvement. He will testify as to his understanding of the patient's condition, and his agreement to follow the recommendations made by an optometrist involved in the case at the time. Dr. Lochard will also testify that it was reasonable to rely upon the recommendations made by the optometrist in the matter. It is also his opinion that the Plaintiff's care was properly managed and can be properly managed by an eye center at regular intervals and that it is not necessary for the Plaintiff to be incarcerated within a particular proximity to that eye clinic.

2.     These Defendants rely upon the medical records associated with their own care and treatment, as well as any additional medical records which may have relevance to any of the issues in this case.

3.     The same insurance available to the prior Defendants is available to these Defendants.

4.     The parties may also rely upon the report of Dr. Kass, which should already be in the possession of the Plaintiff.

5.     The Defendants do not have possession of the Plaintiff's medical records, nor access to any of his ongoing records as the Plaintiff is no longer housed at a facility where any of the undersigned Defendants are working.

6.     **Defendants reserve the right to call each and every one of Plaintiff's identified witnesses as witnesses in favor of the Defendants and to cross-examine as necessary.**

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

**B.**     A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the parties that are relevant to the disputed facts alleged with particularity in the pleadings:

1.     Medical records relating to the treatment of the Plaintiff while at the Western Illinois Correctional Center are available for review at defense counsel's office as the documents are voluminous.  These have been previously made available and should already be in the possession of Plaintiff.

2.     The transcript of the deposition of Dr. William Zeh should be in the possession of the Plaintiff.

**C.**     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

1.     Defendants have insurance through Admiral Insurance Company.

**D.**     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material common not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

1.     N/A.

**E.**     Defendants may also call Plaintiff's current treating physicians to testify as those individuals are made known.

**F.**     Defendants may call any and all nurses referenced in the Plaintiff's medical records as those individuals are identified throughout the course of discovery.

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-N3293
TMP/ej

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.;
CLEVELAND RAYFORD, M.D.; HUGHES
LOCHARD, M.D.; LOWELL BROWN,
M.D.; STANLEY SIMS, M.D.; RHONDA
MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:    /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

05415-N3293
TMP/ej

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, I electronically filed **Initial Disclosure for Defendants Brown and Lochard and Supplemental Disclosure for Defendants Wexford, Rayford, Sims, Mills, and Shaw** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on May 15, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822