# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, ROGER E. )<br>WALKER, JR., (in his official )<br>capacity only), DENNIS HOCKADAY, )<br>KEVIN WINTERS, TERRY POLK, )<br>DAVID SCHNEPEL, SANDRA FUNK, )<br>DEBRAH FUQUA, LIEUTENANT )<br>LAW, CORRECTIONAL OFFICER )<br>KELLERMAN, CORRECTIONAL )<br>OFFICER JUDITH WILSON, )<br>PAMELA A. GRUBMAN, all in their )<br>official and individual capacities, )<br>WEXFORD HEALTH SOURCES, Inc., )<br>Dr. CLEVELAND RAYFORD, MD., )<br>Dr. STANLEY SIMMS, MD., )<br>Dr. LOWELL BROWN, MD., )<br>Dr. LOCHARD, MD., RHONDA )<br>MILLS, NURSE C. SHAW & )<br>Dr. DAVID ANDERSON, OD., )<br>)<br>Defendants. ) | 02-cv-3171 |

## MOTION FOR LEAVE TO FILE SECOND
## AMENDED COMPLAINT

Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., pursuant to Fed. R. Civ. P. 15(a) moves for leave to file a Second Amended Complaint and in support states:

1. Plaintiff filed his First Amended Complaint on March 28, 2005.

2. Plaintiff now seeks leave to amend the First Amended Complaint based upon new allegations involving conduct that occurred on December 29, 2005 (the removal of Plaintiff from an ADA cell) and that is continuing.

3. Federal Rule of Civil Procedure 15(a) states leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15. Because the proposed Second Amended Complaint involves conduct occurring after the First Amended Complaint was filed, the ends of justice are served by allowing amendment and Plaintiff would be unfairly prejudiced if leave was denied.

4. The proposed Second Amended Complaint seeks to add one new party, Pinckneyville Correctional Center Deputy Warden Julius Flagg, but no new causes of action or counts.

5. Besides the new allegations, Plaintiff also seeks leave to amend to clarify a few previous allegations.

6. If leave is granted, Plaintiff will attempt timely service of the Second Amended Complaint on Defendant Flagg and the filing of the Second Amended Complaint will not otherwise impede the discovery schedule.

7. Enclosed as Exhibit A is the proposed Second Amended Complaint with the new allegations underlined.

WHEREFORE, Plaintiff prays that he be granted leave to file a Second Amended Complaint.

>Respectfully submitted,
>AARON MCCROY, Plaintiff
>
>By: s/Thomas F. Londrigan
>THOMAS F. LONDRIGAN, Bar No. 1686542
>Attorney for Plaintiff
>LONDRIGAN, POTTER & RANDLE, P.C.
>1227 South Seventh Street
>Post Office Box 399
>Springfield, IL 62705
>Telephone: (217) 544-9823
>tom@lprpc.com

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

3

## Certificate of Service

The hereby certify that on May 25, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687
tpowell@hrva.com

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL 62525-0560
ctenney@hhtlaw.com

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706
kchoate@atg.state.il.us
jlmorgan@atg.state.il.us

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:    s/Douglas J. Quivey

DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com