IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, SANDRA FUNK, DEBRAH K. FUQUA, PAM GRUBMAN, DENNIS HOCKADAY, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, GREGORY KENT VOREIS, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Motion for Leave to File Second Amended Complaint [doc 261], submit the following:

1.    Plaintiff filed his original complaint on August 9, 2002 regarding Plaintiff's dissatisfaction with his eye care, accommodations given to him as a result of his eyesight, and his desire for a corneal transplant.  He sought damages and an injunction asking that he receive a corneal transplant.  The case progressed, and in 2004, Plaintiff suffered an injury to the eye on which he had received the corneal transplant.  He also was transferred to another institution for failure to provide urine sufficient to conduct a

drug test. On March 28, 2005, Plaintiff filed an amended complaint adding new defendants, and reflecting allegations of failure to protect and retaliatory transfer arising from the 2004 incident.

2. Trial was scheduled for early 2006; however, because of a delay in serving the defendants named in the amended complaint, the trial was continued until early 2007.

3. Plaintiff now has moved for leave to file a second amended complaint in which he adds an additional defendant from Plaintiff's current institution and alleges Plaintiff was removed from his American's With Disability Act (ADA) cell. While Plaintiff asserts he has added no new causes of action or counts with this amendment, he has added another institution to the allegations, and asked the Court for new injunctive relief.

4. Plaintiff asserts in his motion that this second amendment should cause no further delay. Defendants do not agree. In order to add an additional defendant, Plaintiff must timely serve him. Then, in the interest of justice, that defendant should be entitled to take the necessary time to respond to the allegations against him and prepare a defense, which in this case is not necessarily the same as that of the other defendants. This results in either delaying discovery for the original defendants and those served early in 2006, or causing the most recent defendant to cut short his discovery period. In his first amendment, Plaintiff amended his complaint to encompass acts that took place over two years after he first filed the complaint. The original amendment has already delayed this case by at least a year. Should Plaintiff continue to seek to amend his complaint and add additional defendants each time he

becomes unhappy with his medical care or any other aspect of his incarceration, the case will become even more unmanagable and more delay will be inevitable.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court deny Plaintiff's Motion for Leave to File Second Amended Complaint.

                Respectfully submitted,

                ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, SANDRA FUNK, DEBRAH K. FUQUA, PAM GRUBMAN, DENNIS HOCKADAY, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, GREGORY KENT VOREIS, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS,

                    Defendants,

                LISA MADIGAN, Attorney General,
                State of Illinois

By:  s/ Kelly R. Choate
     Kelly R. Choate, #6269533
     Assistant Attorney General
     Attorney for Defendants
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, I electronically filed a Response to Plaintiff's Motion for Leave to File Second Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on June 8, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us