IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO PRODUCE THE DOCUMENTS PURSUANT TO THE MAY 12, 2006 COURT ORDER**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, SANDRA FUNK, DEBRAH K. FUQUA, PAM GRUBMAN, DENNIS HOCKADAY, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, GREGORY KENT VOREIS, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Motion for Enlargement of Time to Produce the Documents Pursuant to the Court's Order of May 12, 2006 [259], up to and including June 23, 2006. In support thereof, Defendants state as follows:

1. The defendants were ordered by the court to produce certain documents to plaintiff, including the contract between Wexford and IDOC, as well as "all reports and or policies relating to inmate prescriptions and the dispensing of medications to inmates."

2. Requests have been made to IDOC legal services to obtain the contracts between Wexford and IDOC, but to date, those have not been received in this office. The undersigned will continue to follow up on the request.

1

3. Requests have been made to both Western Illinois Correctional Center and Menard Correctional Center regarding inmate prescriptions and dispensing medications. Documents from Menard were received in this office by fax; however, due to a malfunction in Menard's fax machine, several pages of the document received are illegible. The original documents have been mailed to this office, but will not be received until early next week.

4. The undersigned has also been in contact with Plaintiff's counsel, and has requested counsel to ascertain the most recent medical records in their possession, so that the institution can determine where to resume copying. As soon as this information is received, the undersigned will notify Plaintiff's institution so the documents may be copied.

5. Defendants require a short enlargement of time to comply with the Court's Order to produce these documents to Plaintiff.

6. This request is made in good faith and not for purpose of delay. Plaintiff should suffer no prejudice by a short delay, as discovery is ongoing in this case.

WHEREFORE, for the above and foregoing reasons, the defendants pray this honorable Court grant their Motion for Enlargement of Time to Produce the Documents Pursuant to Court's Order, up to and including June 23, 2006.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

Kelly R. Choate, #6269533
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9026

Of Counsel.

Attorney for Defendants,

By: s/ Kelly R. Choate
KELLY R. CHOATE
Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I electronically filed a Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on June 9, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us