IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF COMPLIANCE TO
COURT'S ORDER OF MAY 12, 2006**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, SANDRA FUNK, DEBRAH K. FUQUA, PAM GRUBMAN, DENNIS HOCKADAY, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, GREGORY KENT VOREIS, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS, and hereby submit their notice of partial compliance to this Court's Order of May 12, 2006 [259].

1.      Pursuant to Plaintiff's Request for Production of Documents and subsequent Motion to Compel, the Court ordered the defendants to produce or make available certain documents, including the master files of both Plaintiff and the inmate with whom he fought in 2004, grievances, transfer documents, medical records, documents regarding Plaintiff's request for a corneal transplant, personnel files of defendants, and documents regarding the 2004 incident in which Plaintiff lost his eye.

1

2. The undersigned has been in contact with Plaintiff's counsel of the whereabouts and availability of the master files, which include additional grievances and transfer documents.

3. The undersigned will also send, under seal to the Court for in camera review, documents received from the Illinois Department of Corrections regarding any disciplinary actions received by the defendants.

4. Defendants are seeking, under separate motion, an enlargement of time in which to produce the updated medical records, documents regarding prescriptions for inmates, and the contract between Wexford and IDOC.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, SANDRA FUNK, DEBRAH K. FUQUA, PAM GRUBMAN, DENNIS HOCKADAY, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, GREGORY KENT VOREIS, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed a Notice of Compliance to Court's Order of May 12, 2006 with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan  
Londrigan, Potter & Randle, P.C.  
tom@lprpc.com

Douglas J. Quivey  
Londrigan, Potter & Randle, P.C.  
doug@lprpc.com

Theresa Powell  
Heyl, Royster, Voelker & Allen  
tpowell@hrva.com

Carl J. Tenney  
Hughes, Hill & Tenney, L.L.C.  
ctenney@hhtlaw.com

and I hereby certify that on June 9, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,  
 s/ Kelly R. Choate  
Kelly R. Choate, #6269533  
Assistant Attorney General  
Attorney for Defendants  
500 South Second Street  
Springfield, Illinois 62706  
Telephone: (217) 782-9026  
Facsimile: (217) 524-5091  
E-Mail: kchoate@atg.state.il.us