E-FILED
Friday, 09 June, 2006  03:50:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendant. | ) |

**MOTION FOR *IN CAMERA* INSPECTION**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, TARA BARR, SANDRA FUNK, DEBRAH K. FUQUA, PAM GRUBMAN, DENNIS HOCKADAY, KENNETH KELLERMAN, BRYON LAW, TERRY POLK, DAVID SCHNEPEL, DONALD N. SNYDER, JR., NANCY TUCKER, GREGORY KENT VOREIS, ROGER E. WALKER, JR., JUDITH WILSON, and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and respectfully request an *in camera* inspection by the Court. In support of this motion, the following is stated:

1. Defendant, Aaron McCroy, through his attorney, has requested documents contained in the personnel files of the Defendants in the instant case.

2. Defendants objected to the request, and Plaintiff moved to compel.

3. In its Order of May 12, 2006, this Court ordered Defendants to produce or move for *in camera* review of "any and all disciplinary reports or documents in which negative performance information is contained for any and all of the IDOC employees named as Defendants."

4. Pursuant to that Order, Defendants are moving for an *in camera* review of documents relevant to the request.

5. Defendants reassert their objection to production of any of these documents to Plaintiff or his counsel as they contain personal identifying information and are not relevant to the issues in this case. Any possible probative value of these documents is far outweighed by the intrusion into the defendants' privacy should the documents be given to Plaintiff or counsel.

6. Should the Court, after reviewing the documents, determine they are relevant and should be produced to Plaintiff, Defendants ask that their personal identifying information be redacted and the documents be produced under protective order.

WHEREFORE, Defendants respectfully request that this honorable Court conduct an *in camera* inspection of the Defendants' personnel files for the purpose of preserving the confidentiality of the file and deny their production to Plaintiff.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CORRECTIONS, et al.,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON MCCROY, #N-51882,           )
                                  )
    Plaintiff,                    )
                                  )
-vs-                              )   No.  02-3171
                                  )
ILLINOIS DEPARTMENT OF            )
CORRECTIONS, et al.,              )
                                  )
    Defendants.                   )

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2006, I electronically filed a Motion for *In Camera* Inspection with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Thomas Londrigan<br>Londrigan, Potter & Randle, P.C.<br>tom@lprpc.com | Douglas J. Quivey<br>Londrigan, Potter & Randle, P.C.<br>doug@lprpc.com |
| Theresa Powell<br>Heyl, Royster, Voelker & Allen<br>tpowell@hrva.com | Carl J. Tenney<br>Hughes, Hill & Tenney, L.L.C.<br>ctenney@hhtlaw.com |

and I hereby certify that on June 9, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us