05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) |
| PAMELA A. GRAUBEAN (all in their official and | ) |
| individual capacities), WEXFORD HEALTH SOURCES, | ) |
| INC., DR. CLEVELAND RAYFORD, M.D., DR. | ) |
| STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., | ) |
| DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. | ) |
| SHAW, and DR. DAVID ANDERSON, O.D. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and move the Court for the entry of a HIPAA Qualified Protective Order. In support thereof, Defendants state as follows:

1. Plaintiff has filed this cause of action in which the medical condition and treatment of Plaintiff, AARON McCROY, is in issue.

2. Pursuant to 45 C.F.R. 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) an HIPAA Qualified Protective Order is necessary to allow the parties to this litigation

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

to obtain and use protected health information pursuant to HIPAA for the purpose of this litigation while preventing unauthorized disclosure of said protected health information.

3. That the attached HIPAA Qualified Protective Order (Exhibit A) should be entered to protect the protected health information from authorized disclosure while still permitting its use solely for purposes of this litigation.

WHEREFORE, the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, respectfully move the Court to enter the attached HIPAA Qualified Protective Order (Exhibit A) and for such other relief as the Court deems necessary.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I electronically filed **Motion for HIPAA Qualified Protective Order** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Douglas J. Quivey
>doug@lprpc.com
>
>Kelly R. Choate
>kchoate@atg.state.il.us
>
>Thomas F. Londrigan
>tom@lprpc.com
>
>Julie L. Morgan
>jlmorgan@atg.state.il.us
>
>Carl J. Tenney
>ctenney@hhtlaw.com
>
>Alexandra de Saint Phalle
>alex@lprpc.com

and I hereby certify that on June 27, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

>/s/Theresa M. Powell
>Theresa M. Powell, #6230402
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:   (217) 523-3902
>E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822