IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRUBMAN, <u>JULIUS FLAGG</u>, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. CLEVELAND RAYFORD, MD., Dr. STANLEY SIMMS, MD., Dr. LOWELL BROWN, MD., Dr. LOCHARD, MD., RHONDA MILLS, NURSE C. SHAW & Dr. DAVID ANDERSON, OD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER

Plaintiff, AARON MCCROY, by his attorneys, THOMAS F. LONDRIGAN and DOUGLAS J. QUIVEY of LONDRIGAN, POTTER, & RANDLE, P.C., and in response to Defendants' Motion for HIPAA Qualified Protective Order states that he has no objection to said motion.

Respectfully submitted,

AARON MCCROY, Plaintiff

By:  s/Thomas F. Londrigan
THOMAS F. LONDRIGAN,  Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com


By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## Certificate of Service

The hereby certify that on July 6, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL   62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:   s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com