05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in ) | |
| their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ) | |
| ANDERSON, O.D., ) | |
| ) | |
| Defendants. ) | |

**ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to Plaintiff's Second Amended Complaint, state:

1. These Defendants admit that jurisdiction and venue are proper.

2. These Defendants admit that the Plaintiff is an admit committed to the custody of Illinois Department of Corrections. Defendants admit that Plaintiff has been an inmate at more than one (1) correctional facility, including Western Illinois Correctional Center, Menard, and Pinckneyville.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

3. These Defendants have insufficient knowledge regarding the allegations of Paragraph 3 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

4. These Defendants have insufficient knowledge regarding the employment status of Defendant, Roger E. Walker, and therefore must deny said allegations.

5. These Defendants have insufficient knowledge regarding the employment status of Defendant, Dennis Hockaday, and therefore must deny said allegations.

6. These Defendants have insufficient knowledge regarding the employment status of Defendant, Kevin Winters, and therefore must deny said allegations.

7. These Defendants have insufficient knowledge regarding the employment status of Defendant, Terry Polk, and therefore must deny said allegations.

8. These Defendants have insufficient knowledge regarding the employment status of Defendant, David Scheppel, and therefore must deny said allegations.

9. These Defendants have insufficient knowledge regarding the employment status of Defendant, Sandra Funk, and therefore must deny said allegations.

10. These Defendants have insufficient knowledge regarding the employment status of Defendant, Debrah Fuqua, and therefore must deny said allegations.

11. These Defendants have insufficient knowledge regarding the employment status of Defendant, Lieutenant Law, and therefore must deny said allegations.

12. These Defendants have insufficient knowledge regarding the employment status of Defendant Kellerman and therefore must deny said allegations.

13. These Defendants have insufficient knowledge regarding the employment status of Defendant, Judith Wilson, and therefore must deny said allegations.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

14.   These Defendants have insufficient knowledge regarding the employment status of Defendant, Pamela Ann Grubman, and therefore must deny said allegations.

15.   These Defendants admit that Wexford Health Sources, Inc. is a Florida corporation doing business in Illinois. Defendants also admit that Wexford contracted with IDOC to provide healthcare services for inmates at various correctional facilities. Defendants deny the remaining allegations of Paragraph 15 of Plaintiff's Second Amended Complaint.

16.   These Defendant deny the allegations of Paragraph 16 of Plaintiff's Second Amended Complaint.

17.   These Defendants deny that Dr. Sims is a Wexford employee. Defendants admit that Dr. Sims has practiced medicine at WICC during the time of some of the allegations complained of herein.

18.   These Defendants admit the allegations of Paragraph 18 of Plaintiff's Second Amended Complaint.

19.   These Defendants admit that Dr. Lochard has worked for Wexford and served as the Acting Medical Director at Western Illinois Correctional Center for a brief period of time. Defendants deny the remaining allegations of Paragraph 19 of Plaintiff's Second Amended Complaint.

20.   These Defendants deny the allegations of Paragraph 20 of Plaintiff's Second Amended Complaint.

21.   These Defendants deny the allegations of Paragraph 21 of Plaintiff's Second Amended Complaint.

22.   These Defendants deny the allegations of Paragraph 22 of Plaintiff's Second Amended Complaint.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
TMP/ej

23. These Defendants have insufficient knowledge regarding the allegations of Paragraph 23 and therefore must deny said allegations.

24. These Defendants admit that Plaintiff suffers from a condition known as keratoconus in both eyes. Defendants further admit that keratoconus is a progressive condition caused by an irregular protrusion of the cornea. Defendants deny the remaining allegations of Paragraph 24 of Plaintiff's Second Amended Complaint.

25. These Defendants deny the allegations of Paragraph 25 of Plaintiff's Second Amended Complaint.

26. These Defendants deny the allegations of Paragraph 26 of Plaintiff's Second Amended Complaint.

27. These Defendants deny the allegations of Paragraph 27 of Plaintiff's Second Amended Complaint.

28. These Defendants have insufficient knowledge regarding Plaintiff's grievances and therefore must deny said allegations.

29. These Defendants deny the allegations of Paragraph 29 of Plaintiff's Second Amended Complaint.

30. These Defendants deny the allegations of Paragraph 30 of Plaintiff's Second Amended Complaint.

31. These Defendants deny the allegations of Paragraph 31 of Plaintiff's Second Amended Complaint.

32. These Defendants deny the allegations of Paragraph 32 of Plaintiff's Second Amended Complaint.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

33. These Defendants admit that Plaintiff received a transplant procedure. Defendants deny the remaining allegations of Paragraph 33 of Plaintiff's Second Amended Complaint.

34. These Defendants deny the allegations of Paragraph 34 of Plaintiff's Second Amended Complaint.

35. These Defendants have insufficient knowledge regarding the allegations of Paragraph 35 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

36. These Defendants admit that a special contact lens was recommended. Defendants deny the remaining allegations of Paragraph 36 of Plaintiff's Second Amended Complaint.

37. These Defendants deny the allegations of Paragraph 37 of Plaintiff's Second Amended Complaint.

38. These Defendants deny the allegations of Paragraph 38 of Plaintiff's Second Amended Complaint.

39. These Defendants deny the allegations of Paragraph 39 of Plaintiff's Second Amended Complaint.

40. These Defendants admit that Plaintiff was given Maxitrol beyond the three (3)-day prescription. Defendants deny the remaining allegations of Paragraph 40 of Plaintiff's Second Amended Complaint.

41. These Defendants deny the allegations of Paragraph 41 of Plaintiff's Second Amended Complaint.

42. These Defendants deny the allegations of Paragraph 42 of Plaintiff's Second Amended Complaint.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

43. These Defendants deny the allegations of Paragraph 43 of Plaintiff's Second Amended Complaint.

44. These Defendants deny the allegations of Paragraph 44 of Plaintiff's Second Amended Complaint.

45. These Defendants deny the allegations of Paragraph 45 of Plaintiff's Second Amended Complaint.

46. These Defendants admit that Dr. Lochard approved Plaintiff's status as being "medically unassigned."

47. These Defendants deny the allegations of Paragraph 47 of Plaintiff's Second Amended Complaint.

48. These Defendants have insufficient knowledge regarding the allegations of Paragraph 48 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

49. These Defendants admit that Dr. Anderson restricted Plaintiff from contact sports and weightlifting over five (5) pounds. Defendants deny the remaining allegations of Paragraph 49 of Plaintiff's Second Amended Complaint.

50. These Defendants deny the allegations of Paragraph 50 of Plaintiff's Second Amended Complaint.

51. These Defendants deny the allegations of Paragraph 51 of Plaintiff's Second Amended Complaint.

52. These Defendants deny the allegations of Paragraph 52 of Plaintiff's Second Amended Complaint.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

53. These Defendants deny the allegations of Paragraph 53 of Plaintiff's Second Amended Complaint.

54. These Defendants deny the allegations of Paragraph 54 of Plaintiff's Second Amended Complaint.

55. These Defendants deny the allegations of Paragraph 55 of Plaintiff's Second Amended Complaint.

56. These Defendants deny the allegations of Paragraph 56 of Plaintiff's Second Amended Complaint.

57. These Defendants have insufficient knowledge regarding the allegations of Paragraph 57 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

58. These Defendants have insufficient knowledge regarding the allegations of Paragraph 58 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

59. These Defendants have insufficient knowledge regarding the allegations of Paragraph 59 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

60. These Defendants admit that an altercation took place between the Plaintiff and Inmate Durham which resulted in Plaintiff losing his left eye. Defendants have insufficient knowledge regarding the remaining allegations of Paragraph 60 of Plaintiff's Second Amended Complaint.

61. These Defendants have insufficient knowledge regarding the allegations of Paragraph 61 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

62. These Defendants agree that Plaintiff was evaluated by Dr. Kass. Defendants deny the remaining allegations of Paragraph 62 of Plaintiff's Second Amended Complaint.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

63. These Defendants deny the allegations of Paragraph 63 of Plaintiff's Second Amended Complaint.

64. These Defendants have insufficient knowledge regarding the allegations of Paragraph 64 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

65. These Defendants deny the allegations of Paragraph 65 of Plaintiff's Second Amended Complaint.

66. These Defendants deny the allegations of Paragraph 66 of Plaintiff's Second Amended Complaint.

67. These Defendants deny the allegations of Paragraph 67 of Plaintiff's Second Amended Complaint.

68. These Defendants have insufficient knowledge regarding the allegations of Paragraph 68 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

69. These Defendants have insufficient knowledge regarding the allegations of Paragraph 69 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

70. These Defendants have insufficient knowledge regarding the allegations of Paragraph 70 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

71. These Defendants have insufficient knowledge regarding the allegations of Paragraph 71 of Plaintiff's Second Amended Complaint and therefore must deny said allegations.

**Count I**

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

72-143. These Defendants reassert and reallege their responses to Paragraph 1 through 71 as and for their responses to Paragraphs 72 through 143 of Count I of Plaintiff's Second Amended Complaint.

144. These Defendants deny the allegations of Paragraph 144 of Count I of Plaintiff's Second Amended Complaint and all subparagraphs thereunder.

145. These Defendants deny the allegations of Paragraph 145 of Count I of Plaintiff's Second Amended Complaint.

These Defendants deny that Plaintiff is entitled to any of the relief requested and further deny that Plaintiff was injured to the extent claimed. Defendants specifically deny that Plaintiff is entitled to injunctive relief and also deny that the undersigned Defendants are in a capacity to provide the relief requested.

**Count II**

146-217. These Defendants reassert and reallege their responses to Paragraph 1 through 71 as and for their responses to Paragraphs 146 through 217 of Count II of Plaintiff's Second Amended Complaint.

218. These Defendants deny the allegations of Paragraph 218 of Count II of Plaintiff's Second Amended Complaint and all subparagraphs thereunder.

219. These Defendant deny the allegations of Paragraph 219 of Count II of Plaintiff's Second Amended Complaint.

These Defendants further deny that Wexford owes a duty to the Plaintiff with respect to ADA compliance. Additionally, Defendants deny that Plaintiff is entitled to any of the relief requested,

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

specifically, but not limited to, the injunctive relief. Moreover, Defendants deny that these Defendants have the capacity or authority to provide any of the injunctive relief requested.

### Count III

The undersigned Defendants make no response to Count III of Plaintiff's Second Amended Complaint as this count is not directed toward these Defendants. However, to the extent any allegation is directed toward these Defendants, Defendants deny said allegations.

### Count IV

297-368. These Defendants reassert and reallege their responses to Paragraph 1 through 71 as and for their responses to Paragraphs 297 through 368 of Count IV of Plaintiff's Second Amended Complaint.

369. These Defendants deny the allegations of Paragraph 369 of Count IV of Plaintiff's Second Amended Complaint and all subparagraphs thereunder.

370. These Defendants deny the allegations of Paragraph 370 of Count IV of Plaintiff's Second Amended Complaint and all subparagraphs thereunder.

These Defendants deny that Plaintiff is entitled to any of the relief requested. Defendants deny that Plaintiff is entitled to any of the injunctive relief specifically and further deny that the undersigned Defendants have the authority to provide the injunctive relief sought. Defendants further deny that Plaintiff is entitled to the relief requested.

### Count V

371-442. These Defendants reassert and reallege their responses to Paragraph 1 through 71 as and for their responses to Paragraphs 371 through 442 of Count V of Plaintiff's Second Amended Complaint.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

443. These Defendants deny the allegations of Paragraph 443 of Count V of Plaintiff's Second Amended Complaint and all subparagraphs thereunder.

444. These Defendants deny the allegations of Paragraph 444 of Count V of Plaintiff's Second Amended Complaint.

445. These Defendants deny the allegations of Paragraph 445 of Count V of Plaintiff's Second Amended Complaint.

446. These Defendants deny the allegations of Paragraph 446 of Count V of Plaintiff's Second Amended Complaint.

These Defendants deny that Plaintiff is entitled to the relief requested and further deny that the undersigned Defendants have the authority to provide Plaintiff with the injunctive relief requested. Defendants further deny that Plaintiff is entitled to punitive damages as such are not recoverable against Wexford.

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Plaintiff's Second Amended Complaint, state:

1. To the extent Plaintiff has failed to exhaust his administrative remedies, Defendants are entitled to judgment as a matter of law.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

    2.    To the extent Plaintiff's claim was filed more than two (2) years after the incidents in question occurred, Defendants are entitled to judgment as a matter of law as said claims are barred by the statute of limitations.

    3.    Defendants are entitled to qualified immunity with respect to each act or omission referenced in Plaintiff's Second Amended Complaint.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, pray that this Court will enter judgment in their favor and against the Plaintiff.

**DEFENDANTS DEMAND TRIAL BY JURY AS TO THESE AFFIRMATIVE DEFENSES**

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY:   /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

12

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I electronically filed **Answer to Plaintiff's Second Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on July 31, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822