3:02-cv-03171-HAB-BGC   # 276   Page 1 of 3

3:02-cv-03171-HAB-BGC   # 273   Page 1 of 2

E-FILED
Tuesday, 01 August, 2006 12:52:31 PM
Clerk, U.S. District Court, ILCD

E-FILED
Wednesday, 19 July, 2006 10:48:18 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

AARON McCROY, Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORECTIONS, ET. AL., Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 02-cv-3171

TO: (Name and address of Defendant)

JULIUS FLAGG, Deputy
c/o Centralia Correctional Center
9330 Shattuc Road
Centralia, IL 62801   (618/533-4111)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS F. LONDRIGAN
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| s/ John M. Waters | 7/17/06 |
| CLERK | DATE |
| s/ M. Eddings | |
| (By) DEPUTY CLERK | |

# RETURN OF SERVICE

I certify that I served this ___Summons___

___02CV3171___ as follows:

A. Individual Defendant – Personal (by leaving a copy with the defendant personally)

B. Individual Defendant – Abode (by leaving a copy at the normal place of abode or the defendant with a person or his family of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the document in a sealed envelope with postage fully prepaid and addressed to the defendant at his usual place of abode)

(C.) Corporation (by leaving a copy with the registered agent or officer of the corporation)

Name of Defendant or Respondent:

___Julius Flagg - deputy Asst Warden___

Name of person document was given to: ___Michelle Tapthorn___   Relationship: ___See___

Sex: ___F___   Race: ___W___   Approximate age: ___44___

Place of service: ___CCC Centralia Correctional Center Centralia IL 62801___

If served at Clinton County Sheriff's Department, ID checked? ___

Date of service: ___07-25-06___   Time: ___1:05 p___

Date of mailing: ___07 30 06___

Served by: ___Ell___   Printed name: ___Ellis___   DSN: ___162___

Sheriff's fees:   Service & return:  $ ___30⁰⁰___
                  Miles ( 20 )        $ ___40⁰⁰___
                  Total               $ ___70⁰⁰___

Sheriff Mike Kreke
810 Franklin
Carlyle, IL 62231
(618) 594-4555

Complete/return next page also

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 07-25-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas Ellis #162 | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left w/ secretary - Michelle Taphorn

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $40.00 (20 mi @ $2./mi) | $30.00 | $70.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-25-06
              Date            Signature of Server

810 Franklin Carlyle IL 62231
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.