**E-FILED**
Wednesday, 02 August, 2006  10:35:48 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-CV-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

Defendant, David L. Anderson, by counsel, for his answer to plaintiff's second amended complaint says:

1.  He admits those averments of the grounds upon which the court's jurisdiction depends.

2.  He admits as follows (references to paragraph numbers are to those in the second amended complaint):

> (a) That keratoconus is a progressive condition with decreased vision or visual distress caused by an irregular protrusion of the cornea (from paragraph 24).

> (b) The allegations of paragraph 26.

> (c) That plaintiff asked for a preliminary injunction and to be transferred to another correctional facility (from paragraph 30).

> (d) That plaintiff was confined to the infirmary for a period of time (from paragraph 32).

- 2 -

(e) That on February 3, 2003, plaintiff had a transplant procedure for his left eye (from paragraph 33).

(f) The allegations of paragraph 39.

(g) The allegations of paragraph 43.

(h) That on June 8, 2004, Dr. Anderson, an optometrist, wrote that plaintiff be restricted from contact sports and weightlifting over five pounds (from paragraph 49).

(i) That on or about December 8, 2004, plaintiff received a court-ordered eye evaluation by Dr. Kass and the content of the written report by Dr. Kass of such evaluation (from paragraph 62).

3. He denies the averments of paragraph 144, including every subparagraph thereof.

4. He denies the averments of paragraph 145.

5. He denies that he ever acted with deliberate indifference to plaintiff's safety and denies any involvement in any decision to transfer plaintiff or assign him a cellmate (from paragraphs 292 and 293).

6. He denies the averments of paragraph 296.

7. He denies the averments of paragraph 369, including every subparagraph thereof.

8. He denies the averments of paragraph 370.

9. He denies or is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of the second amended complaint.

WHEREFORE, defendant, David L. Anderson, prays that plaintiff's second amended complaint be dismissed, and for his costs.

## AFFIRMATIVE DEFENSES

Defendant, David L. Anderson, by counsel, in the alternative to his denials in the

- 3 -

preceding answer, states affirmatively:

    1.  Plaintiff has failed to exhaust all of his available administrative remedies as required by the Prison Litigation Reform Act for prison inmates bringing an action under Title IV from U.S.C. Section 1983.

    2.  He is entitled to qualified immunity in that he did not violate any clearly established constitutional right of plaintiff.

    3.  He is not subject to individual liability under The Rehabilitation Act or The Americans With Disabilities Act because he was neither a recipient of federal funds nor responsible for decisions to receive such funds.

> DAVID L. ANDERSON, Plaintiff
> /s/ Carl J. Tenney
> Hughes, Hill & Tenney, L.L.C.
> 236 N. Water Street, Suite 200
> P. O. Box 560
> Decatur, Illinois  62525-0560
> Telephone: (217) 428-5383
> Facsimile: (217) 428-5790
> E-mail: ctenney@hhtlaw.com

    I hereby certify that on August _____, 2006, I electronically filed the above with the clerk of the court using CM/ECJ system, which will send notification of such filing to the following:

    Kelly R. Choate – kchoate@atg.state.il.us

    Thomas R. Londrigan – tom@lprpc.com

    Julie L. Morgan – jlmorgan@atg.state.il.us

    Alexandra de Saint Phalle – alex@lprpc.com

- 4 -

Theresa M. Powell – tpowell@hrva.com

Douglas R. Quivey – doug@lprpc.com

April Gowdy Troemper – atroemper@hrva.com


/s/ Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street, Suite 200
P. O. Box 560
Decatur, Illinois  62525-0560
Telephone: (217) 428-5383
Facsimile: (217) 428-5790
E-mail: ctenney@hhtlaw.com