UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-cv-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al., ) | |
| ) | |
| Defendants. ) | |

MOTION TO AMEND SCHEDULING ORDER

Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, and in support of his Motion to Amend Scheduling Order states as follows:

1. On May 12, 2006, the Court entered a scheduling order requiring Plaintiff to disclose experts by July 1, 2006 and make them available for deposition by August 15, 2006.

2. On June 30, 2006, Plaintiff disclosed Dr. Kwedar as an expert and made an initial disclosure. Since that time, Dr. Kwedar has been unavailable – he is sailing – and Plaintiff has been unable to supplement the initial disclosure and also make him available for deposition. It is expected that Dr. Kwedar will become available in the near future.

3. Counsel for all parties have mutually agreed to extend all deadlines regarding all expert disclosures and depositions.

4.	Extending the time for disclosures and depositions should not mandate a change of the trial date.

WHEREFORE, Plaintiff prays that the Court will amend the May 12, 2006 scheduling order as follows:

a)	Plaintiff complete expert disclosure and make Dr. Kwedar available for deposition by September 15, 2006.[1]

b)	Defendants shall disclose experts and provide expert reports by October 15, 2006. Defendants shall make any such experts available for deposition by November 1, 2006.

c)	All discovery, including deposition of experts, will be completed by November 6, 2006.

d)	The deadline for filing case dispositive motions is November 6, 2006.

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

---

[1] It is understood that Plaintiff will make additional disclosure of Dr. Kwedar's qualifications as soon as Plaintiff's counsel is able to contact him and said disclosures will occur before he is made available for deposition.

## Certificate of Service

I hereby certify that on August 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com