05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR. (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in their official and individual capacities), WEXFORD HEALTH SOURCES, INC., DR. CLEVELAND RAYFORD, M.D., DR. STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ANDERSON, O.D., | ) | |
| | ) | |
| Defendants. | ) | |

**OBJECTION/RESPONSE TO PLAINTIFF'S MOTION
TO AMEND SCHEDULING ORDER**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Objection/Response to Plaintiff's Motion to Amend the Scheduling Order, state as follows:

1. Plaintiff's expert witness disclosure of Dr. Kwedar does not comply with Federal Rule 26(2)(a) and (b).

2. Plaintiff's disclosure is attached hereto as Exhibit 1 to the undersigned Defendants' Response.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

3. Pursuant to Federal Rule 26(2)(b), the report is required to be accompanied by a written report prepared and signed by the witness. Exhibit 1 contains no such report.

4. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinion; and the exhibits to be used as a summary of or support for the opinion; the qualifications of the witness, including a list of all publications authored by the witnesses within the preceding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four (4) years.

5. None of this information was provided to the Defendants in a timely manner.

6. Counsel for all Defendants brought this to the attention of Plaintiff's counsel and as yet, no such compliance with Rule 26 or Rules 702, 703, or 705 has been made.

7. Defendants object to Plaintiff's expert as the disclosure pursuant to Rule 26 was not made pursuant to the time line outlined by this Court's prior Order.

8. However, to the extent this Court may allow Plaintiff additional time to provide such information, Defendants object to the time line provided by Plaintiff as this is not a sufficient amount of time for the Defendants to obtain the disclosure, analyze the information, and determine whether or not a deposition is necessary. It should also be noted that this expert is not readily available for deposition in person as he is noted to live in Florida. Arrangements will have to be made to travel to Florida to take this deposition, if necessary.

9. Most importantly, the disclosure, Exhibit 1, does not identify any opinions critical of any Wexford employee in general or by name. The disclosure does not advise defense counsel as to

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

whether or not this expert will be providing any opinions critical of the undersigned Defendants, nor the bases for those opinions. The Defendants need an opportunity to review and analyze the deposition of Dr. Kwedar to determine whether or not an expert is even needed to address his comments. This would take at least sixty (60) days.

10. In addition, Defendants would need some time to have their expert review all of the information referenced by Plaintiff's expert as having been reviewed in order to respond appropriately.

11. Defense counsel could then present the expert's opinions, as well as dates for his deposition, but none of this could be completed within the short time frames suggested by Plaintiff's counsel.

12. Additionally, Plaintiff suggests that all discovery and depositions of the experts must be completed by November 6 and gives the dispositive motion deadline of the same date. Defense counsel would require some time to obtain the transcript from the deposition of experts disclosed and deposed in order to provide that information to the Court in support of their Motions. It is not practical or likely that a transcript would be received within five (5) days, nor is it feasible for counsel to immediately include that material in a dispositive motion to the extent necessary.

13. Defendants object to Plaintiff's expert for failure to comply with Federal Rule 26 and this Court's prior scheduling order.

14. To the extent the Court allows additional time for Plaintiff, Defendants object to the time line provided by Plaintiff's counsel as it does not give Defendants an adequate opportunity to evaluate the materials referenced by the Plaintiff, the Plaintiff's expert's deposition, nor does it provide sufficient time for Defendants' experts to analyze the information to prepare for a deposition.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
TMP/ej

Additionally, Defendants object to having only five (5) days allowed between the deadline for deposing Defendants' experts and filing dispositive motions as this is completely insufficient, as is having discovery end on the same date as filing dispositive motions.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, pray that the Court deny Plaintiff the opportunity to have an expert for failure to timely disclose.

In the alternative, Defendants pray that the Court allow sixty (60) days after receiving the transcript of Plaintiff's expert's deposition to disclose their experts and all appropriate reports, and thirty (30) days thereafter to provide such expert for deposition. Defendants would request at least thirty (30) days after all discovery has been concluded to file their dispositive motions.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, I electronically filed **Objection/Response to Plaintiff's Motion to Amend Scheduling Order** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Thomas F. Londrigan
tom@lprpc.com

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on August 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822