IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY, )
)
Plaintiff, )
)
vs. ) NO. 02-3171
)
ILLINOIS DEPARTMENT OF )
CORRECTIONS et al., )
)
Defendants. )

### EXPERT WITNESS DISCLOSURE

Pursuant to Rule 702 of the Federal Rules of Evidence, and court order of May 12, 2006, Aaron McCroy, Plaintiff, discloses as an expert witness, Dr. Stephen A. Kwedar, 2325 Lantern Lane, Naples, FL 34102. Dr. Kwedar will express the following opinions:

1. That the PRISONER/PATIENT, Aaron McCroy, suffers from Keratoconus, which was aggravated by a failure of Illinois Department of Corrections (IDOC) to provide proper follow-up care and treatment during his incarceration.

2. That the PRISONER/PATIENT's condition was later aggravated by IDOC's failure to isolate him from the risk of injury from other inmates.

3. That agents and employees of IDOC significantly departed from the care and treatment of the PRISONER/PATIENT recommended by Dr. Michael Kass (court appointed expert) by repeated transfers to IDOC facilities distant from his treating opthomologists.

4. That the PRISONER/PATIENT is currently at risk for further vision loss which may make him unemployable upon his release.

The foregoing opinions are based upon my background and training in opthomology and my review of the prison and medical records of this PRISONER/PATIENT.

EXHIBIT
1

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com


By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that she served one copy each of the following documents:

PLAINTIFF'S EXPERT WITNESS DISCLOSURE

by placing same in U. S. Mail from Springfield, Illinois, on June 30, 2006, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL   62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL   62274

*Paula K. Gentry*

3