E-FILED
Thursday, 17 August, 2006 04:04:42 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,                    )
                                 )
     Plaintiff,              )
                                 )
vs.                              )        NO.  02-3171
                                 )
ILLINOIS DEPARTMENT OF           )
CORRECTIONS et al.,              )
                                 )
     Defendants.             )

### EXPERT WITNESS DISCLOSURE

Pursuant to Rule 702 of the Federal Rules of Evidence, and court order of May 12, 2006, Aaron McCroy, Plaintiff, discloses as an expert witness, Dr. Stephen A. Kwedar, 2325 Lantern Lane, Naples, FL 34102.  Dr. Kwedar will express the following opinions:

1.    That the PRISONER/PATIENT, Aaron McCroy, suffers from Keratoconus, which was aggravated by a failure of Illinois Department of Corrections (IDOC) to provide proper follow-up care and treatment during his incarceration.

2.    That the PRISONER/PATIENT's condition was later aggravated by IDOC's failure to isolate him from the risk of injury from other inmates.

3.    That agents and employees of IDOC significantly departed from the care and treatment of the PRISONER/PATIENT recommended by Dr. Michael Kass (court appointed expert) by repeated transfers to IDOC facilities distant from his treating opthomologists.

4.    That the PRISONER/PATIENT is currently at risk for further vision loss which may make him unemployable upon his release.

The foregoing opinions are based upon my background and training in opthomology and my review of the prison and medical records of this PRISONER/PATIENT.

**EXHIBIT**

1

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com


By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

2

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that she served one copy each of the following documents:

### PLAINTIFF'S EXPERT WITNESS DISCLOSURE

by placing same in U. S. Mail from Springfield, Illinois, on June 30, 2006, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL   62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan, A.A.G.
500 South Second Street
Springfield, IL 62706

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL   62274

*Paula K. Gentz*

3

## Choate, Kelly R.

**From:**   Choate, Kelly R.
**Sent:**   Wednesday, July 26, 2006 3:54 PM
**To:**     'Doug Quivey'
**Cc:**     'Theresa M. Powell'; 'Carl Tenney'
**Subject:** RE: McCroy v. IDOC/ Expert disclosure of Dr. Kwedar

Doug,

I don't have any objection to waiting until Monday to file my motion regarding Dr. Kwedar. Again, I cannot commit to a deposition of this physician until I have more information.

I have some of the medical records you requested, and have been advised by the Record's Office at Pinckneyville that the documents you flagged have been copied and are en route. However, I have not received them yet. The Record Office has informed me they have attached a bill for the copying. We will, of course, reduce the amount charged for these copies by any amount we owe you, and will send the documents as soon as the balance is remitted. I will let you know of the amount when I receive all of the documents. I haven't heard anything from Western yet, but will let you know when I do.

I thought we already had given you the investigative report with a production request. I'll look at the file again to see if there are any other documents outstanding that relate to that report. Also, to what photographs are you referring?

On another note, regarding our settlement offer: I understand that either you or Tom were able to meet with Mr. McCroy during your visit to Pinckneyville on July 19th. Because we made the offer of settlement to avoid accruing additional costs associated with this case, and because we continue to accrue costs, we will need a response to our offer within one week. If we do not receive a reply to our offer by August 2, 2006, we will permanently withdraw the offer.

Thank you.

Kelly Choate

**From:** Doug Quivey [mailto:doug@lprpc.com]
**Sent:** Wednesday, July 26, 2006 3:23 PM
**To:** Choate, Kelly R.
**Cc:** Theresa M. Powell; Carl Tenney; Yvonne Nass; Tom Londrigan
**Subject:** RE: McCroy v. IDOC/ Expert disclosure of Dr. Kwedar

Tom is out of the office. He will be back on Monday. Please wait until he is back as he has been handling all matters relating to Dr. Kwedar. When can we expect the medical records and other records from the two institutions? Also, please advise whether you are going to voluntarily turn over the internal affairs records and pictures that have not been produced?

Doug Quivey
Londrigan, Potter, & Randle, P.C.
1227 S. Seventh Street
P.O. Box 399
Springfield, IL 62705
217-544-9823
217-544-9826 (fax)



EXHIBIT

2

**From:** Choate, Kelly R. [mailto:KChoate@atg.state.il.us]
**Sent:** Wednesday, July 26, 2006 3:19 PM
**To:** Doug Quivey
**Cc:** Theresa M. Powell; Carl Tenney
**Subject:** McCroy v. IDOC/ Expert disclosure of Dr. Kwedar

Doug,

Is there any more information, in the form of a signed expert report which complies with Rules 26 and 702, and which also includes curriculum vitae, etc. coming on behalf of Dr. Kwedar?  Since that is required by Rule 26 and should have been disclosed with the "expert disclosure", I would assume you have that information at hand.  If there is nothing else forthcoming, I will be filing a motion to bar this expert.  Please let me know.  I will be out of the office most of the day tomorrow, but will check phone messages and e'mail prior to filing my motion.

Obviously I can't commit to a deposition date of this physician until I have the information requested.

Thank you.

Kelly Choate

# Londrigan, Potter & Randle, P.C.
## Attorneys at Law

| | | |
|---|---|---|
| Thomas F. Londrigan | **1227 South Seventh Street** | Timothy J. Londrigan |
| James R. Potter | **Post Office Box 399** | - - - |
| Craig A. Randle | **Springfield, IL 62705** | James T. Londrigan (of counsel) |
| Alexandra de Saint Phalle | **Telephone: (217) 544-9823** | - - - |
| Douglas J. Quivey | **Facsimile: (217) 544-9826** | Joseph A. Londrigan (1919-1970) |
| Carissa A. Haning | www.lprpc.com | James E. Londrigan (1923-1975) |
| | doug@lprpc.com | |

July 27, 2006

Theresa M. Powell
Heyl, Royster, Voelker & Allen
P.O. Box 1687
Springfield, IL 62705

Kelly R. Choate
Illinois Attorney General
500 S. Second St.
Springfield, IL   62706

Carl J. Tenney
Hughes, Hill & Tenney
236 N. Water St.
P. O. Box 560
Decatur, IL 62525-0560

     RE:   McCroy v. IDOC, et al.

Dear Counsel:

     Theresa and Kelly have raised issued with the disclosures for Dr. Kwedar as well as scheduling issues.  Please be advised that Dr. Kwedar is currently unavailable (he is on a sailing trip and is not available by phone).  As soon as we are able to make contact with him, we will send you the additional disclosures and provide new dates for his deposition.

     In the meantime, Plaintiff is willing to extent all other applicable deadlines.  I am willing to file a motion to extend with the court but I would rather simply agree to extend without filing a motion.  It is hoped that Dr. Kwedar will not be unavailable for too long but I do not know the exact date.  Please advise as to whether you want Plaintiff to file a motion.

     Yours truly,

     DOUGLAS J. QUIVEY

DJQ:pkg

**EXHIBIT**

**3**



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

August 2, 2006

Doulgas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
Springfield, Illinois  62705

**Sent via facsimile:  (217) 544-9826**

     Re:    *Aaron McCroy, #N-51882 vs. IDOC, et al.*
            USDC-CD Ill. No. 02-3171

Dear Mr. Quivey,

    I am in receipt of your letter of July 27, 2006 regarding Dr. Kwedar's expert disclosures.  Thank you for your offer to move to extend the deadlines.  I suspect that unless we received Dr. Kwedar's completed disclosures within the next couple of days, we would be unable to prepare for his deposition, let alone find a time for the deposition suitable for all parties prior to the deadline of August 15, 2006.  Accordingly, I would ask that you move to extend the deadline for deposing Dr. Kwedar until one month after the completed disclosures have been made.  I suspect this will cause the defendants' disclosure deadline to have to be moved as well.

    If the completed disclosures are not received by August 4, 2006, and if no motion is filed with the Court to extend the deadlines, I will have to ask the Court to bar this witness.

                      Sincerely,

                      *Kelly Choate*

                      Kelly Choate
                      Assistant Attorney General

KC/jle

**EXHIBIT**
4

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| | | | | | | | | | | P. 01 |
|---|---|---|---|---|---|---|---|---|---|---|

TRANSACTION REPORT

AUG-02-06 WED 10:17 AM

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | | M# | DP. |
|---|---|---|---|---|---|---|---|---|---|
| AUG-02 | 10:16 AM | 95449826 | 43″ | 1 | SEND | OK | | 650 | |

TOTAL :     43S   PAGES:   1



# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

August 2, 2006

Doulgas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
Springfield, Illinois 62705

**Sent via facsimile: (217) 544-9826**

Re:   *Aaron McCroy, #N-51882 vs. IDOC, et al.*
      *USDC-CD Ill. No. 02-3171*

Dear Mr. Quivey,