UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-cv-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Plaintiff, AARON MCCROY, by and through his attorneys LONDRIGAN, POTTER & RANDLE, P.C., seek leave to file a limited Reply in Support of his Motion to Amend Scheduling Order and in support state as follows:

1. On August 3, 2006, Plaintiff filed a Motion to Amend Scheduling Order largely because of delays associated with Plaintiff's disclosed expert, Dr. Kwedar.

2. Thereafter, Defendants filed Responses to said Motion.

3. Plaintiff now seeks leave to file a limited reply. Specifically, Plaintiff wants to advise the Court that on August 30, 2006, Plaintiff's counsel provided to the attorneys for the Defendants Dr. Kwedar's report that is attached hereto as Exhibit A.

4. Because there are also other outstanding discovery issues, Plaintiff also suggests that a phone conference with the attorneys and the Court would be beneficial.

WHEREFORE, Plaintiff prays that the Court will allow him leave to file a limited Reply in additional support of his Motion to Amend Scheduling Order and also hold a phone conference.

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## Certificate of Service

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com