To Whom It May Concern:

RE:   Aaron McCroy

I, Dr. Stephen A. Kwedar, 2325 Lantern Lane, Naples, Florida, 34102, make the following report:

1. That the PRISONER/PATIENT, Aaron McCroy, suffers from Keratoconus, which has been aggravated by the Department of Illinois Department of Corrections (IDOC) failure to provide proper care and treatment during his incarceration.

2. That the PRISONER/Patient's condition was further aggravated by IDOC's failure to isolate him from other inmates in order to prevent physical injury to his eye.

3. That agents and employees of IDOC significantly departed from the care and treatment of the PRISONER/PATIENT recommended by Dr. Michael Kass (court appointed expert).

4. That the PRISONER/PATIENT is currently at risk for further vision loss which may make him unemployable upon his release.

5. As noted in the medical records, PRISONER/Patient's current eyesight is significantly reduced, limiting his ability to see.

6. The foregoing opinions are based upon my background and training in ophthalmology and my review of the prison and medical records of this PRISONER/PATIENT.

7. My Curriculum Vitae is attached.

8. In regards to compensation, I have not required a retainer, but expect to be paid on a *quantum meriut* basis with my hourly rate to be determined.

9. I have not authored any publications or testified as an expert witness in the last ten years.

EXHIBIT 1

Date: 29-Aug-06

*[signature]* MD

DR. STEPHEN A. KWEDAR

# CURRICULUM VITAE

## STEPHEN A. KWEDAR, M.D.

**PERSONAL:**

Born: December 2, 1940 in Springfield, Illinois

Wife: Rebecca J. Kwedar

**EDUCATION:**

Northwestern University, B.A., 1962
Northwestern University Medical School, M.D. 1966
Northwestern University Medical School, M.S. 1966 (Neuroanatomy)
University of Oregon Medical School, 1966-1967 Internship
Washington University Medical School – Barnes Hospital – 1967-1970
        Residency in Ophthalmology

**MILITARY SERVICE:**

Rank, Major
Chief, Division of Ophthalmology, Fairchild AFB, Spokane, WA 1970-1971
Chief, Division of Ophthalmology, U Ta Pao AFB, Thailand 1971-1972
Chief, Division of Ophthalmology, Clark AFB, Philippine Islands, 1972

**SOCIETIES:**

Fellow: American Academy of Ophthalmology and Otolaryngology, 1972
Fellow: American College of Surgeons, 1981

American Intra-Ocular Implant Society
Kerato-Refractive Society
Contact Lens Association of Ophthalmologists
American Medical Association
Illinois Association of Ophthalmology
Sangamon County Medical Society

UNIVERSITY APPOINTMENTS:

Chairman, Division of Ophthalmology, Southern Illinois University School of Medicine, 1972-1986

Clinical Assistant Professor, 1972-1975
Clinical Associate Professor, 1975-1984
Clinical Professor, 1984-1994

PRACTICE:

Chairman, Department of Ophthalmology, Springfield Clinic, Springfield, Illinois
1972-1994

LICENSE:

State of Illinois, 1972 - Present

HOSPITAL APPOINTMENTS:

St. Johns Hospital, Springfield, IL 1972-1994
Memorial Medical Center, Springfield, IL 1972-1990