UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS et al., | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that she served one copy each of the following documents:

<u>PLAINTIFF'S SUPPLEMENTAL  REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS
THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E.
WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL,
SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT  LAW,
CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER
JUDITH WILSON, PAMELA A. GRUBMAN AND JULIUS FLAGG</u>

by placing same in U. S. Mail from Springfield, Illinois, on September 11, 2006, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL   62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL   62274

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com