UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

    Plaintiff,

v.                                                 02-CV-3171

ILLINOIS DEP'T OF CORRECTIONS et al.,

    Defendants.

### Case Order Management Order #4

    A Rule 16 conference was held on September 19, 2006 by telephone conference. Doug Quivey appeared for the plaintiff. Kelly Choate appeared for the IDOC defendants. Carl Tenney appeared for defendant David Anderson. Theresa Powell appeared for the medical defendants, other than Anderson. After discussion of the status of the case, the following case management order was entered.

    IT IS THEREFORE ORDERED:

    1) Plaintiff's motion to amend scheduling order is granted in part (d/e 278).

    2) Plaintiff's motion for leave to file reply is granted (d/e 281).

    3) Plaintiff has until October 3, 2006, to submit to the defendants a supplemental expert report. While Fed. R. Civ. P. 26(a)(2)(B) does not necessarily require the report to identify particular defendants, the rule does require a "complete statement of all opinions to be expressed and the basis and reasons therefore . . . ." "The report must be complete such that opposing counsel is not forced to depose an expert in order to avoid ambush at trial; and moreover the report must be sufficiently complete so as to shorten or decrease the need for expert depositions and thus to conserve resources. . . Expert reports must include 'how' and 'why' the expert reached a particular result, not merely the expert's conclusory opinions." *Salgardo v. G.M. Corp.*, 150 F.3d 735, 742 n. 6 (7th Cir. 1998). Failure to sufficiently disclose expert testimony may result in exclusion of expert testimony at trial under Fed. R. Civ. P. 37(c)(1).

    4) Plaintiff's expert shall be made available for deposition by November 1, 2006;

    5) Defendants shall disclose experts and provide experts' reports by December 1, 2006;

6) Defendants' expert(s) shall be made available for deposition by January 2, 2007;

7) Dispositive motions are due January 11, 2007;

8) The final pretrial conference is scheduled for February 12, 2007, at 1:30 p.m. by video conference. The proposed final pretrial order shall be filed by 10:00 a.m., February 12, 2007. If the court has not yet ruled on summary judgment motions, the proposed order shall include all claims. The parties are responsible for timely obtaining and serving trial subpoenas to secure the appearance of witnesses who are not IDOC employees or incarcerated in IDOC at the time of trial.

9) By February 1, 2007, the parties shall submit a list of witnesses who will appear by video (non-party inmates and IDOC employees), to give the clerk sufficient time to prepare the necessary video writs.

10) The jury trial remains scheduled for February 19, 2007, at 9:00 a.m. before the court in Urbana, 201 South Vine. The plaintiff and defendants shall personally appear. The clerk is directed to issue a writ to secure the plaintiff's presence at the trial.

Entered this 19th Day of September, 2006.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE