E-FILED
Monday, 02 October, 2006  02:47:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY,                )  | |
|     Plaintiff,           ) | |
|                              ) | |
| vs.                          ) | NO. 02-3171 |
|                              ) | |
| ILLINOIS DEPARTMENT OF       ) | |
| CORRECTIONS et al.,          ) | |
|     Defendants.         ) | |

**CERTIFICATE OF SERVICE**

    Under penalties as provided by law pursuant to Federal Rule of Civil Procedure 5(d), the undersigned certifies that he served one copy each of the following documents:

**RULE 26(e)(1) SUPPLEMENTATION**

by placing same in U. S. Mail from Springfield, Illinois, on October 2, 2006, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL  62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL  62274

    By: s/Douglas J. Quivey
    DOUGLAS J. QUIVEY, Bar No. 6225888
    Attorney for Plaintiff
    LONDRIGAN, POTTER & RANDLE, P.C.
    1227 South Seventh Street
    Post Office Box 399
    Springfield, IL 62705
    Telephone: (217) 544-9823
    doug@lprpc.com