UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Thursday, October 26, 2006**, at **10:00 a.m.**, we shall cause the deposition of **Dr. David L. Anderson** to be taken to be taken before a certified shorthand reporter in the above-entitled cause at his offices located at 118 N. Congress Street, Rushville, IL 62681-1434. **The Deponent is to bring to this deposition every medical record and other document in his possession relating to the plaintiff, AARON McCROY, and his claim.**

Respectfully submitted,
AARON MCCROY, Plaintiff

By:  s/ Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217) 544-9826
E-Mail: tom@lprpc.com

## Certificate of Service

      I hereby certify that on October 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ms. Theresa Powell
      Heyl, Royster, Voelker & Allen
      National City Center, Ste. 575
      1 North Old State Capitol Plaza
      PO Box 1687
      Springfield, IL 62705-1687

      Lisa Madigan, Illinois Attorney General
      Attn: Kelly Choate, A.A.G.
      500 South Second Street
      Springfield, IL 62706

      Mr. Carl J. Tenney
      Hughes, Hill & Tenney L.L.C.
      236 N. Water Street
      PO Box 560
      Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Aaron McCroy, Reg. #N51882
      P.O. Box 999
      Pinckneyville, IL 62274

      By: s/Thomas F. Londrigan
      THOMAS F. LONDRIGAN, Bar No. 1686542
      Attorney for Plaintiff
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South Seventh Street
      Post Office Box 399
      Springfield, IL 62705
      Telephone: (217) 544-9823
      tom@lprpc.com