E-FILED
Monday, 27 November, 2006  05:00:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Wednesday, December 13, 2006**, at **10:45 a.m.**, we shall cause the deposition of **Dr. David L. Anderson** to be taken to be taken before a certified shorthand reporter in the above-entitled cause at his offices located at 118 N. Congress Street, Rushville, IL  62681-1434.  **The Deponent is to bring to this deposition every medical record and other document in his possession relating to the plaintiff, AARON McCROY, and his claim.**

\*\*This deposition was previously scheduled for October 26, 2006.

Respectfully submitted,
AARON MCCROY, Plaintiff

By:    s/ Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217) 544-9826
E-Mail: tom@lprpc.com

## Certificate of Service

      I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706
>
>Mr. Carl J. Tenney
>Hughes, Hill & Tenney L.L.C.
>236 N. Water Street
>PO Box 560
>Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy, Reg. #N51882
>P.O. Box 999
>Pinckneyville, IL 62274

>By: s/Thomas F. Londrigan
>THOMAS F. LONDRIGAN, Bar No. 1686542
>Attorney for Plaintiff
>LONDRIGAN, POTTER & RANDLE, P.C.
>1227 South Seventh Street
>Post Office Box 399
>Springfield, IL 62705
>Telephone: (217) 544-9823
>tom@lprpc.com