E-FILED
Monday, 04 December, 2006  03:30:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Friday, December 15, 2006**, at **10:30 a.m.**, we shall cause the deposition of **Byron Law** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.  **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

        Respectfully submitted,
        AARON MCCROY, Plaintiff

        By: s/Douglas J. Quivey
        DOUGLAS J. QUIVEY, Bar No. 6225888
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        doug@lprpc.com

## Certificate of Service

      I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ms. Theresa Powell
      Heyl, Royster, Voelker & Allen
      National City Center, Ste. 575
      1 North Old State Capitol Plaza
      PO Box 1687
      Springfield, IL 62705-1687

      Lisa Madigan, Illinois Attorney General
      Attn: Kelly Choate, A.A.G.
      500 South Second Street
      Springfield, IL 62706

      Mr. Carl J. Tenney
      Hughes, Hill & Tenney L.L.C.
      236 N. Water Street
      PO Box 560
      Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Aaron McCroy, Reg. #N51882
      P.O. Box 999
      Pinckneyville, IL 62274

      By: s/Douglas J. Quivey
      DOUGLAS J. QUIVEY, Bar No. 6225888
      Attorney for Plaintiff
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South Seventh Street
      Post Office Box 399
      Springfield, IL 62705
      Telephone: (217) 544-9823
      doug@lprpc.com