E-FILED
Monday, 04 December, 2006  03:33:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Friday, December 15, 2006**, at **2:30 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## Certificate of Service

  I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Ms. Theresa Powell
  Heyl, Royster, Voelker & Allen
  National City Center, Ste. 575
  1 North Old State Capitol Plaza
  PO Box 1687
  Springfield, IL 62705-1687

  Lisa Madigan, Illinois Attorney General
  Attn: Kelly Choate, A.A.G.
  500 South Second Street
  Springfield, IL 62706

  Mr. Carl J. Tenney
  Hughes, Hill & Tenney L.L.C.
  236 N. Water Street
  PO Box 560
  Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  Aaron McCroy, Reg. #N51882
  P.O. Box 999
  Pinckneyville, IL 62274

          By: s/Douglas J. Quivey
          DOUGLAS J. QUIVEY, Bar No. 6225888
          Attorney for Plaintiff
          LONDRIGAN, POTTER & RANDLE, P.C.
          1227 South Seventh Street
          Post Office Box 399
          Springfield, IL 62705
          Telephone: (217) 544-9823
          doug@lprpc.com