UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 02-CV-3171 |
| | ) |
| ILLINOIS DEPT. OF | ) |
| CORRECTIONS, et al. | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

I, CARISSA A. HANING, of LONDRIGAN, POTTER & RANDLE, P.C., do hereby enter my appearance as an additional attorney for Plaintiff, Aaron McCroy.

Respectfully submitted,

AARON MCCROY, Plaintiff

By:   s/Carissa A. Haning

CARISSA A. HANING, Bar No. 6278923
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
carissa@lprpc.com

## Certificate of Service

The hereby certify that on January 2, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:    s/Carissa A. Haning

CARISSA A. HANING, Bar No. 6278923
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
carissa@lprpc.com