05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in ) | |
| their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ) | |
| ANDERSON, O.D., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Enlargement of Time to File Dispositive Motions, state:

1. Currently, the Court has set a deadline for completing dispositive motions by January 11, 2007.

2. Since the Court set this deadline, additional depositions have been taken. The most recent depositions taken were those of Dr. David Anderson on December 13, 2006, and Correctional Officer Julius Flagg taken on December 21, 2006.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

    3.    The transcript of the deposition of Dr. Anderson has not yet been received.

    4.    In addition, Plaintiff's counsel has requested to take additional depositions in this case. Of most importance to undersigned counsel is Plaintiff's request for the depositions of all of the Wexford employees, including, but not limited to, the Defendants in this case who rendered care and treatment to the Plaintiff. The Plaintiff's request was first made on December 20, 2006, per an e-mail from Plaintiff's office. (See attached Exhibit 1.)

    5.    In light of Plaintiff's request for depositions and Plaintiff's Notice of Filing an Enlargement of Time to Complete Discovery, defense counsel has not yet drafted Affidavits for Defendants as such may not be required if Plaintiff's request for depositions is allowed.

    6.    At the same time, voluminous amounts of medical records are involved in this case. It is estimated that there are more than 1,500 pages of medical records which will have to be scanned and provided to the Court in support of the Defendants' Motions for Summary Judgment. Coordinating these records and obtaining the signatures from the Defendants has been complicated by the holidays and accessibility to the Defendants.

    7.    Defendants therefore pray that this Court will enlarge the time to file dispositive motions to February 15, 2007.

    8.    Should the Court grant any of the Plaintiff's requests regarding discovery, Defendants would pray for at least sixty (60) days following the close of discovery to prepare Motions for Summary Judgment. Defendants' Motion is not made in an effort to unduly delay this case, but to have an ample opportunity to review the voluminous amounts of medical records in order to prepare a well-supported Motion for Summary Judgment for each of the Defendants in this case.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

        Respectfully submitted,

        WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

        HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY:   /s/Theresa M. Powell
        Theresa M. Powell, #6230402
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL 62705
        Phone: (217) 522-8822
        Fax:   (217) 523-3902
        E-mail: tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, I electronically filed **Motion for Enlargement of Time to File Dispositive Motions** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Carissa A. Haning
carissa@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on January 4, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822