E-FILED
Thursday, 04 January, 2007 02:33:00 PM
Clerk, U.S. District Court, ILCD

Date: 12/20/2006 10:22 AM
From: "Paula Gentry" <Paula@lprpc.com>
To: tpowell@hrva.com
CC: Jarman, Elaine; Quivey, Doug
Subject: McCroy

Hello Theresa and Elaine.

Doug has asked me to contact you about arranging for depositions of the following Wexford employees. Would you please check on their availability and let me know?

Dr. Simms
Dr. Brown
Dr. Lochard
Dr. Rowe
Nurse Thompson
Nurse Moore
Dr. Owens
Dr. Glosh
Nurse Blasinger
K. Wear
Nurse Bowers
Dr. Elyea

Thank you.

Paula

**EXHIBIT 1**