E-FILED
Thursday, 04 January, 2007  02:33:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR. (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in their official and individual capacities), WEXFORD HEALTH SOURCES, INC., DR. CLEVELAND RAYFORD, M.D., DR. STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ANDERSON, O.D., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

THIS CAUSE COMING before the Court on Defendants' Motion for Enlargement of Time to File Dispositive Motions, and the Court being fully advised in the premises,

IT IS THEREFORE ORDERED that Defendants' Motion for Enlargement of Time File Dispositive Motions is GRANTED.

**IT IS SO ORDERED.**

**DATED:**_____

_____
United States Magistrate Judge