E-FILED
Thursday, 04 January, 2007   04:58:01 PM
Clerk, U.S. District Court, ILCD

**Londrigan, Potter & Randle, P.C.**
Attorneys at Law

| | | |
|---|---|---|
| Thomas F. Londrigan<br>James R. Potter<br>Craig A. Randle<br>Alexandra de Saint Phalle<br>Douglas J. Quivey<br>Carissa A. Haning | **1227 South Seventh Street**<br>**Post Office Box 399**<br>**Springfield, IL 62705**<br>**Telephone: (217) 544-9823**<br>**Facsimile: (217) 544-9826**<br>www.lprpc.com<br>doug@lprpc.com | Timothy J. Londrigan<br>- - -<br>James T. Londrigan (of counsel)<br>- - -<br>Joseph A. Londrigan (1919-1970)<br>James E. Londrigan (1923-1975) |

October 2, 2006

Theresa M. Powell
Heyl, Royster, Voelker & Allen
P.O. Box 1687
Springfield, IL 62705

Kelly R. Choate
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Carl J. Tenney
Hughes, Hill & Tenney
236 N. Water St.
P. O. Box 560
Decatur, IL 62525-0560

   RE: McCroy v. IDOC, et al.

Dear Counsel:

  Please find enclosed the signed attachment for our Rule 26(e)(1) Supplementation regarding Dr. Kwedar's opinions which was previously sent to you.

  Also, please advise as to available dates and your preference for locations for the depositions requested in our letter of September 28, 2006. As previously indicated, the Plaintiff would like to start with the deposition of Dr. Anderson and then take the depositions of Julius Flagg, Philip M. Crary, Lieutenant Law, Correctional Officer Kellerman, Kevin Winters, Dennis Hockaday, Terry Polk, David Scheppel, Sandra Funk, Debra Fuqua, and Judith Wilson. Other than wanting to start with Dr. Anderson, the order of the other depositions does not matter. Many of the depositions can be taken on the same day.

       Yours truly,
       LONDRIGAN, POTTER & RANDLE, P.C.

       Douglas J. Quivey

DJQ:pkg
Enclosure



EXHIBIT
B