E-FILED
Thursday, 04 January, 2007 04:58:14 PM
Clerk, U.S. District Court, ILCD

## Doug Quivey

| | |
|---|---|
| **From:** | Doug Quivey |
| **Sent:** | Thursday, November 09, 2006 11:44 AM |
| **To:** | 'Theresa M. Powell'; Kelly R. Choate; c tenney |
| **Cc:** | Tom Londrigan |
| **Subject:** | RE: Aaron McCroy |

All,
I did not get any responses to the letter I sent regarding deposition dates. Time is getting short. Please send me proposed dates for Dr. Anderson deposition and the deps at Western and Pinckneyville. Obviously, we don't want to have to seek court involvement.

Thanks

Doug Quivey
Londrigan, Potter, & Randle, P.C.
1227 S. Seventh Street
P.O. Box 399
Springfield, IL 62705
217-544-9823
217-544-9826 (fax)

---

**From:** Theresa M. Powell [mailto:tmpowell@hrva.com]
**Sent:** Tuesday, October 24, 2006 9:40 AM
**To:** Kelly R. Choate; c tenney; Doug Quivey
**Subject:** Re: Aaron McCroy

That's fine with me. Please advise when you have new dates in mind.
Theresa

Heyl, Royster, Voelker & Allen
1 N. Old State Capitol Plaza
Suite 575
P.O. Box 1687
Springfield, Illinois 62705
phone: 217-522-8822 Ext. 235
fax: 217-523-3902

tpowell@hrva.com

>>> "c tenney" <ctenney@hhtlaw.com> 10/23/06 9:05 AM >>>
Dr Anderson had an accident over the weekend and injured his ankle. He advises that he will not be able to give his deposition this Thursday as scheduled. He'll let me know when he is in a position to reschedule.

Carl Tenney



1/4/2007