Page 1 of 1
E-FILED
Thursday, 04 January, 2007  04:58:29 PM
Clerk, U.S. District Court, ILCD

## Paula Gentry

| | |
|---|---|
| **From:** | Paula Gentry |
| **Sent:** | Friday, November 17, 2006 10:27 AM |
| **To:** | Choate, Kelly R.; tpowell@hrva.com; ctenney@hhtlaw.com |
| **Cc:** | Tom Londrigan; Doug Quivey |
| **Subject:** | McCroy Deposition Dates |

**Tracking:**

| Recipient | Read |
|---|---|
| Choate, Kelly R. | |
| tpowell@hrva.com | |
| ctenney@hhtlaw.com | |
| Tom Londrigan | |
| Doug Quivey | Read: 11/17/2006 10:28 AM |

Hello everyone.  I am following up on last week's e-mail exchange about the dates and names for depositions. Please let us know the names and your available dates so we can start setting up the depositions in this matter.

Thank you.

Paula

