

## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

### FAX TRANSMITTAL SHEET
**GENERAL LAW BUREAU – SPRINGFIELD**
**FAX NO. (217) 524-5091**

DATE: 11/22/06

TO: Doug Quivey

FAX NO.: 544-9826

FROM:    KELLY R. CHOATE    (217) 782-9026 / Jamie Edwards

NUMBER OF PAGES: 2  (INCLUDING THIS PAGE)

IF YOU DO NOT RECEIVE ANY OF THE PAGES PROPERLY, PLEASE CONTACT SENDER. CALL BACK PERSON AS SOON AS POSSIBLE.

NOTICE: This is a fax transmission of attorney privileged and/or confidential information. It is intended only for the use of the individual or entity to which it is addressed. If you have received this communication in error, please notify the sender at the above telephone number and destroy this transmittal. If you are not the intended recipient, you are hereby notified that any retention or dissemination of this information is strictly prohibited. Thank you.

NOTES: Doug, Your E-mail must be out still - it came back! Have a good Holiday!
Kelly

EXHIBIT E

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806

TOTAL P.002

Page 1 of 1

## Choate, Kelly R.

**From:** Choate, Kelly R.
**Sent:** Wednesday, November 22, 2006 3:52 PM
**To:** 'Doug Quivey'; Theresa M. Powell; Carl Tenney
**Subject:** dep dates

Doug,



Finally getting some responses from our people... **Debbie Fuqua** and **Dennis Law** still work at Western. **Dennis Hockaday** doesn't work for the Department anymore, but he could also come to Western for a deposition. **Judy Wilson** works at the Clayton Work Camp, but could also come to Western for a Dep. She works nights, so we'd have to get a date and figure how to get her there. **Debbie** is not available December 13th or 22nd (I would assume also the Christmas holiday). **Bryon Law** is off on Tuesday and Wednesday, so we'd prefer to set his dep when he's at work, possibly on a Thursday. Both of them would be available at Western on the 14th and **Dennis Hockaday** would be available after 2 p.m. on that date as well (Dennis' day off work is Wednesday).

**Sandra Funk** works in the Transfer Coordinator's Office at Concordia Court in Springfield. She is unavailable from December 25th through 29th.

**Julius Flagg** is at Centralia Correctional Center and is unavailable December 1, 6, 7, 12, and 13.

**Kenneth Kellerman** works at the Decatur Correctional Center and has no vacation planned for December. We would prefer to set his dep on a day when he is not off work (Mon/Tues).

**Terry Polk** is the Warden of Jacksonville C.C. and is unavailable December 25 – January 2.

**David Schnepel** is retired from the Department. He would be unavailable from December 4 – 11 and December 22 – 26.

I still haven't gotten a response from **Kevin Winters** as to when he is or is not available, but we're still trying to get hold of him.

I am unavailable the 28th of November through December 5th as I'll be on vacation. I also will be having medical tests on Thursday the 7th, so that's not good. I have a trial in Urbana beginning the 11th, with prep on the 8th, and will be unavailable those two days as well as the 12th in case trial goes over one day. Other than a fpt by phone on the 18th in the afternoon, my week of December 18th looks good, as do the dates of December 14th and 15th.

I'll be out of town the 25th through the 28th (unless I spend all my money on vacation and can't go out of town for Christmas ☺). If that happens, I'll let you know.

If all else fails and there are no other dates, I can have someone from here cover.

Kelly

11/22/2006

NOV-22-2006 16:11    IL ATTORNEY GENERAL    217 782 8767    P.002