## Paula Gentry

| | |
|---|---|
| **From:** | Paula Gentry |
| **Sent:** | Wednesday, December 27, 2006 3:38 PM |
| **To:** | 'ejarman@hrva.com' |
| **Subject:** | Depositions |

Hi Elaine. I hope you had a great holiday. I'm still working on the depositions in McCroy. I have the dates that Theresa is unavailable. Have you been able to find out if there is another attorney that can cover some of these depositions if Theresa is out? Let me know.

Also, I sent you a list of the Wexford employees that we would like to depose. Let me know about their availability and I'll try to get them worked in as well.

Thanks.

Paula


EXHIBIT F

1/3/2007