E-FILED
Thursday, 04 January, 2007  04:59:31 PM
Clerk, U.S. District Court, ILCD

## Paula Gentry

**From:** Paula Gentry
**Sent:** Wednesday, December 27, 2006 3:39 PM
**To:** 'mpierson@hhtlaw.com'
**Subject:** Depositions

Hi Marin. I hope you had a great holiday.

I'm still working on the depositions in the McCroy case. I have the dates that Carl is unavailable. Is there someone else at your firm that can cover depos if Carl is out? Just wondering.

Let me know.

Thanks.

Paula

1/3/2007



EXHIBIT H