**Paula Gentry**

| | |
|---|---|
| From: | Choate, Kelly R. [KChoate@atg.state.il.us] |
| Sent: | Wednesday, January 03, 2007 11:26 AM |
| To: | Doug Quivey |
| Cc: | Theresa M. Powell; Carl Tenney; Paula Gentry |
| Subject: | RE: |

I guess we'll wait to see what happens. Jamie will continue to work with Paula to pin down dates with the understanding that without an enlargement, the depositions won't go.

-----Original Message-----
From: Doug Quivey [mailto:doug@lprpc.com]
Sent: Wednesday, January 03, 2007 11:22 AM
To: Choate, Kelly R.; Doug Quivey
Cc: Theresa M. Powell; Carl Tenney; Paula Gentry
Subject: RE:

We will file it with as many people who want to join it as there is.
Paula please edit it and e mail it to everyone .  I am not sure when I will be back

-----Original Message-----
From: "Choate, Kelly R." <KChoate@atg.state.il.us>
To: "Doug Quivey" <doug@lprpc.com>
Cc: "Theresa M. Powell" <tmpowell@hrva.com>; "Carl Tenney" <ctenney@hhtlaw.com>; "Paula Gentry" <Paula@lprpc.com>
Sent: 1/3/07 10:59 AM
Subject:

Doug,


I've spoken to my immediate supervisor, who agrees with me.  I won't actively oppose your motion, if you want to make it, but I won't join in it, and don't agree with a continuance this close to trial for the purpose of taking depositions of my clients.  I realize that your main focus is to narrow issues and determine whether the defendants were properly sued in the case, but there has been more than ample time to do that in the past several years that this case has been pending and
should have been done early on in the case.   If you all need an enlargement for purposes of preparing summary judgment, I don't have a problem with that, especially since the case is so extensive.  I could get my motion done by the due date, but because I still represent so many people, it would take the majority of my time between now and the dispositive motion deadline to get it done.


Let me know how you decide to proceed.


Kelly

