E-FILED
Thursday, 04 January, 2007 04:59:56 PM
Clerk, U.S. District Court, ILCD

# December 2006

Paula Gentry

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | **1** No Flags / No Kelly | **2** |
| **4** No Schnepel / No Kelly, Theresa | **5** No Law, Schnepel / No Theresa | **6** No Flags / No Law, Schnepel / No Theresa | **7** No Flags, Schnepel / No Kelly, Theresa | **8** No Schnepel / No Kelly, Theresa | **9** |
| **11** No Schnepel / No Kelly, Theresa | **12** No Law, Schnepel / No Theresa | **13** Rushville / No Flag, Fugua / No Theresa | **14** No Doug, Tom / Kelly, Theresa | **15** Mount Sterling / No Tom | **16** |
| **18** No Flag, Tom, Kelly / No Carl (AM) | **19** No Tom(?) / No Theresa, Carl / No Law | **20** Anderson Dep / No Theresa (AM) / No Carl (AM) / No Law | **21** Centralia / Flag Dep 10am | **22** WICC Dep / 8:30, 10:30, 12:30, 2:30 / No Doug, Tom / No Carl / No Fugua / Schnepel | **23** |
| **25** No Funk Polk / No Schnepel / No Theresa | **26** No Funk, Law / No Theresa / No Schnepel / No Kelly, Theresa | **27** No Funk, Law / No Polk / No Kelly, Theresa | **28** No Funk / No Polk | **29** No Funk / No Polk / No Kelly, Theresa | **30** |
| | | | **1** No Kelly | | **31** |

Blue – deponents

11/30/2006 12:04 PM

# January 2007

Paula Gentry

2/5 Doug's Trial whole week out

| | Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|---|
| | January 1, 2007 | 2 | 3 | 4 | 5 | 6 |
| | | No Law<br>No Theresa | No Law<br>No Theresa | No Carl<br>No Doug<br>No Theresa | No Carl | 7 |
| | 8 | 9 | 10 | 11 | 12 | 13 |
| | No Tom AM<br>No Carl<br>No Theresa | No Law | No Law | Dispositive<br>Motions Due | No Carl | |
| | No Theresa<br>No Carissa | No Theresa | No Theresa | No Theresa | No Theresa | 14 |
| | 15 | 16 | 17 | 18 | | No Carissa (PM) |
| | No Tom | No Tom, Theresa<br>No Carl<br>No Law | No Tom, Theresa<br>No Carl<br>No Law | No Tom, Theresa<br>No Carl<br>No Carissa | No Carissa PM | |
| | No Kelly | | | | WICC | 20 |
| | 22 | 23 | 24 | 25 | 26 | 21 |
| | No Way Tom | No Tom<br>No Law | No Tom / Theresa<br>No Law | No Doug, Tom, Theresa | No Doug, Tom | |
| | | | | | | 27 |
| | 29 | 30 | 31 | Feb 1 | Feb 2 | 28 |
| | No = Doug, Tom<br>Theresa? | Special<br>No Doug, Theresa?<br>4pm - Dr. Steachly<br>Dep. | No Theresa?<br>No Doug<br>No Law<br>No Carissa PM | No Theresa?<br>No Doug<br>No Carissa | No Theresa? | |

January 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

February 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

# February 2007

Paula Gentry

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | February 1<br>No Doug<br>No Theresa?<br>No Carissa | 2<br>No Theresa<br>No Carl | 3 |
| 5<br>No Doug<br>No Theresa | 6<br>No Doug<br>No Theresa<br>No Carissa PM | 7<br>No Doug<br>No Carl<br>No Carissa AM | 8<br>No Doug | 9<br>No Doug<br>No Carissa AM | 10 |
| 12 | 13 | 14 | 15<br>No Theresa | 16 | 17 |
| 19<br>Trial | 20<br>No Carl | 21 | 22 | 23 | 24 |
| 26<br>Pre-Trial Order<br>+ be filed by 10am<br>Pre Trial 1:30 | 27<br>No Carl | 28 | 1 | | 25 |

February 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

March 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |