E-FILED
Thursday, 04 January, 2007  05:00:14 PM
Clerk, U.S. District Court, ILCD

## Paula Gentry

**From:** Theresa M. Powell [tmpowell@hrva.com]
**Sent:** Wednesday, January 03, 2007 2:25 PM
**To:** Paula Gentry
**Cc:** Kelly Choate; ctenney@hhtlaw.com
**Subject:** Re: Dep setting

Paula,

Thanks for working on the list of treaters. At this time however, we have no dates which fall within the current scheduling order. I am not going to send out any notices or agree to make payments until I know what the court is going to do regarding the current deadlines.

Also, I have spoken with the counsel for the other defendants. At this time, it is our preference that Doug file his motion for his client alone. We will file our own motions and respond to his.

Thanks,
Theresa

Heyl, Royster, Voelker & Allen
1 N. Old State Capitol Plaza
Suite 575
P.O. Box 1687
Springfield, Illinois  62705
phone:  217-522-8822  Ext. 235
fax:  217-523-3902

tpowell@hrva.com

>>> "Paula Gentry" <Paula@lprpc.com> 12/28/2006 2:02 PM >>>

Okay, we are working on the list of treating physicians that you indicated you wanted to depose. We have one set so far. Dr. Steahly is available at his office on Tuesday January 30th at 4 pm. As soon as I get the information about his fees, etc., I'll send it to you so that you can complete your dep notice. I will have a list of general availability for the others hopefully by tomorrow. I thought that if we had any that were available on the limited days that I have everyone involved in the litigation able to participate, I'd grab it. I hope that is alright with you.

Please let me know if this is alright. I have not let the other attorneys know until I hear back from you.

Paula

1/3/2007



EXHIBIT
K