Page 1 of 1
E-FILED
Friday, 05 January, 2007  09:07:04 AM
Clerk, U.S. District Court, ILCD

## Paula Gentry

**From:** Paula Gentry
**Sent:** Wednesday, December 27, 2006 3:36 PM
**To:** 'jedwards@atg.state.il.us'
**Subject:** Depositions

Hi Jamie. Hope you had a great holiday. Let me know if you get any more information on the depositions that I need to schedule in McCroy. I have Kelly as available on 1/5 and 1/12, but unfortunately, Carl Tenney is not available either of those days and Theresa is out on 1/12 as well. Is there anyone else who can cover depos in this case on behalf of Kelly? Let me know.

Thanks.

Paula



1/3/2007