IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO FILE DISPOSITIVE MOTIONS**

Comes now Plaintiff, MCCROY, by and through his attorneys, LONDRIGAN POTTER & RANDLE, in Response to Defendant WEXFORD, et al.'s Motion for Enlargement of Time to Respond to File Dispositive Motions, and states:

1. Plaintiff has been in receipt of the transcript from Dr. Anderson's deposition since December 27, 2006. (See a copy of the bill for the transcript attached as Exhibit A.)

2. Plaintiff has requested depositions for Wexford since October 2, 2006. This is documented in Plaintiff's Motion to Continue filed January 4, 2007.

3. If Plaintiff is allowed to complete discovery, Plaintiff has no objection to Defendants' Motion for Enlargement of Time to File Dispositive Motions.

WHEREFORE, Plaintiff respectfully prays this court enter an Order enlarging the time to complete discovery and to file dispositive motions.

        Respectfully submitted,

        AARON MCCROY, Plaintiff

By:   <u>s/Thomas F. Londrigan</u>

        THOMAS F. LONDRIGAN, Bar No. 1686542
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        tom@lprpc.com

# Certificate of Service

The hereby certify that on January 5, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com