BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Douglas Quivey, Esq.
LONDRIGAN, POTTER & RANDLE
1227 S. 7th Street
Springfield, IL  62703

Inv Date   12/27/2006
Invoice#      31333
Client#        4302
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: December 13, 2006

Trans Original of Dr. David Anderson, plus attendance

                                    Total Amount $      478.60
We specialize in "Focus Group" studies

OK to pay
per DQ
12/27/06

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

EXHIBIT
A