E-FILED
Monday, 08 January, 2007  04:04:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, January 19, 2007**, at **9:30 a.m.**, we shall cause the deposition of **Bryon Law** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

*** This deposition was previously set for December 15, 2006.***

       Respectfully submitted,
       AARON MCCROY, Plaintiff

       By: s/Douglas J. Quivey
       DOUGLAS J. QUIVEY, Bar No. 6225888
       Attorney for Plaintiff
       LONDRIGAN, POTTER & RANDLE, P.C.
       1227 South Seventh Street
       Post Office Box 399
       Springfield, IL 62705
       Telephone: (217) 544-9823
       doug@lprpc.com

## Certificate of Service

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706
>
>Mr. Carl J. Tenney
>Hughes, Hill & Tenney L.L.C.
>236 N. Water Street
>PO Box 560
>Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy, Reg. #N51882
>P.O. Box 999
>Pinckneyville, IL 62274

>By: s/Douglas J. Quivey
>DOUGLAS J. QUIVEY, Bar No. 6225888
>Attorney for Plaintiff
>LONDRIGAN, POTTER & RANDLE, P.C.
>1227 South Seventh Street
>Post Office Box 399
>Springfield, IL 62705
>Telephone: (217) 544-9823
>doug@lprpc.com