UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

    Plaintiff,

v.                                         02-CV-3171

ILLINOIS DEP'T OF CORRECTIONS et al.,

    Defendants.

### Case Management Order #5

A Rule 16 conference was held by telephone conference on January 8, 2007, regarding the pending motions for extension (d/e's 294, 295). The court has reviewed the motions and concludes that the complexity of the case warrants an extension of some deadlines and a rescheduling of the final pretrial and trial dates. The court accordingly enters this case management order.

    IT IS THEREFORE ORDERED:

    1) Discovery is extended to March 15, 2007, solely for the purposes of taking of the depositions set forth in Plaintiff's motion (#294) and for the production of records by IDOC in response to Plaintiff's Second Request for Production of Documents.[1]

    2) Discovery is extended to January 31, 2007, solely for the purpose allowing Plaintiff to serve requests to admit.

    3) Other than paragraphs 1 and 2 above, discovery is closed. If Plaintiff is unable to take the depositions set forth in his motion (#294), or does not receive responses to his requests to admit or to his second request for production of documents from the IDOC, Plaintiff should bring that to the court's attention in responding to dispositive motions, and the court will take it into consideration in ruling on the dispositive motions.

    4) Dispositive motions are due April 2, 2007, regardless of transcript availability. The parties should file affidavits to support dispositive motions if transcripts are not available.

    5) Responses to dispositive motions are due April 16, 2007, regardless of transcript

---

[1] Initially the court had discussed an April 1 deadline, but that would not leave time for dispositive motions.

availability. If Plaintiff has been unable to take depositions set forth in his motion (#294), or does not receive responses to his requests to admit or to his second request for production of documents from the IDOC, Plaintiff should bring that to the court's attention in responding to the dispositive motions, and the court will take it into consideration in ruling on the dispositive motions.

6) By April 10, 2007, the parties shall submit a list of witnesses who will appear by video for the trial (non-party inmates and non-party IDOC employees), to give the clerk sufficient time to prepare the necessary video writs. The list shall be prepared as if all claims will proceed to trial. The video writs will be vacated if necessary after a ruling on summary judgment.

7) The proposed final pretrial order shall be filed by April 23, 2007. If the court has not yet ruled on dispositive motions, the proposed order shall include all claims against all defendants. The parties are responsible for timely obtaining and serving trial subpoenas to secure the appearance of witnesses who are not IDOC employees or incarcerated in IDOC at the time of trial.

8) The final pretrial conference is scheduled for April 24, 2007, at 1:30 p.m by video conference from Concordia or personal appearance. By March 23, 2007, counsel shall inform the clerk whether they will appear in person or by video. The clerk is directed to issue the appropriate video writs.

9) The jury trial is rescheduled to May 1, 2007, at 9:00 a.m., by personal appearance before the Court in Urbana, 201 South Vine. The clerk is directed to issue a writ to secure the plaintiff's presence at trial.

10) Plaintiff's Motion to Continue and for Extension (d/e 295) and the Motion for Enlargement of Time to File Dispositive Motions by Wexford et al. (d/e 294) are denied as moot.

Entered this ___9th___ day of __January_____, 2007.

s\Harold A. Baker

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE