**E-FILED**
Monday, 15 January, 2007   11:43:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, February 2, 2007**, at **11:30 a.m.**, we shall cause the deposition of **Philip M. Crary** to be taken per subpoena before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

*** This deposition was previously set for January 19, 2007.***

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

<u>**Certificate of Service**</u>

I hereby certify that on January 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Ms. Theresa Powell
> Heyl, Royster, Voelker & Allen
> National City Center, Ste. 575
> 1 North Old State Capitol Plaza
> PO Box 1687
> Springfield, IL 62705-1687
>
> Lisa Madigan, Illinois Attorney General
> Attn: Kelly Choate, A.A.G.
> 500 South Second Street
> Springfield, IL 62706
>
> Mr. Carl J. Tenney
> Hughes, Hill & Tenney L.L.C.
> 236 N. Water Street
> PO Box 560
> Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> Aaron McCroy, Reg. #N51882
> P.O. Box 999
> Pinckneyville, IL 62274

> By: <u>s/Douglas J. Quivey</u>
> DOUGLAS J. QUIVEY, Bar No. 6225888
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> doug@lprpc.com