E-FILED
Monday, 15 January, 2007  11:45:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### SECOND AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, February 2, 2007**, at **2:30 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.  **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

*** This deposition was previously set for January 19, 2007.***

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

## Certificate of Service

     I hereby certify that on January 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Ms. Theresa Powell
     Heyl, Royster, Voelker & Allen
     National City Center, Ste. 575
     1 North Old State Capitol Plaza
     PO Box 1687
     Springfield, IL 62705-1687

     Lisa Madigan, Illinois Attorney General
     Attn: Kelly Choate, A.A.G.
     500 South Second Street
     Springfield, IL 62706

     Mr. Carl J. Tenney
     Hughes, Hill & Tenney L.L.C.
     236 N. Water Street
     PO Box 560
     Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

     Aaron McCroy, Reg. #N51882
     P.O. Box 999
     Pinckneyville, IL 62274

     By: s/Douglas J. Quivey
     DOUGLAS J. QUIVEY, Bar No. 6225888
     Attorney for Plaintiff
     LONDRIGAN, POTTER & RANDLE, P.C.
     1227 South Seventh Street
     Post Office Box 399
     Springfield, IL 62705
     Telephone: (217) 544-9823
     doug@lprpc.com