05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ROGER E. WALKER, JR. (in his official capacity only), | ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in | ) | |
| their official and individual capacities), WEXFORD | ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND | ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., | ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., | ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID | ) | |
| ANDERSON, O.D., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF TAKING DEPOSITION

TO:  All Attorneys of Record
     Robert Blumthal, D.O.

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on Wednesday, February 14, 2007 at 2:00 p.m. at Prairie Eye Center, 2020 West Iles Avenue, Springfield, Illinois, Defendants WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by HEYL, ROYSTER, VOELKER & ALLEN, will take the deposition of **ROBERT BLUMTHAL, D.O.**, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure; that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

cases, at which time and place you may appear if you see fit so to do. The Deponent is to bring all of his records relating to the Plaintiff, Aaron McCroy, DOB: 09/09/60.

DATED: January 26, 2007

        Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail: tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed **Notice of Taking Deposition** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Douglas J. Quivey
>doug@lprpc.com
>
>Thomas F. Londrigan
>tom@lprpc.com
>
>Carissa A. Haning
>carissa@lprpc.com
>
>Kelly R. Choate
>kchoate@atg.state.il.us
>
>Julie L. Morgan
>jlmorgan@atg.state.il.us
>
>Carl J. Tenney
>ctenney@hhtlaw.com
>
>Alexandra de Saint Phalle
>alex@lprpc.com

and I hereby certify that on January 26, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822