E-FILED
Friday, 26 January, 2007  08:13:53 AM
Clerk, U.S. District Court, ILCD

05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ROGER E. WALKER, JR. (in his official capacity only), | ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in | ) | |
| their official and individual capacities), WEXFORD | ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND | ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., | ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., | ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID | ) | |
| ANDERSON, O.D., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF TAKING DEPOSITION

TO:    All Attorneys of Record
       Stuart R. Farris, M.D.

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on Wednesday,

February 14, 2007 at 3:00 p.m. at Prairie Eye Center, 2020 West Iles Avenue, Springfield, Illinois,

Defendants WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES

LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and

NURSE C. SHAW, by HEYL, ROYSTER, VOELKER & ALLEN, will take the deposition of

**STUART R. FARRIS, M.D.**, pursuant to Rule 30 and other applicable rules of the Federal Rules

of Civil Procedure; that said deposition will be taken on oral interrogatories before a Notary Public

and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like

**HEYL ROYSTER
VOELKER
&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

cases, at which time and place you may appear if you see fit so to do.  The Deponent is to bring all

of his records relating to the Plaintiff, Aaron McCroy, DOB: 09/09/60.

DATED:      January 26, 2007

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.;
CLEVELAND RAYFORD, M.D.; HUGHES
LOCHARD, M.D.; LOWELL BROWN,
M.D.; STANLEY SIMS, M.D.; RHONDA
MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:    /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed **Notice of Taking Deposition**

with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to

the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Carissa A. Haning
> carissa@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Carl J. Tenney
> ctenney@hhtlaw.com
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on January 26, 2007, I mailed by United States Postal Service, the

document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER
VOELKER
&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822