E-FILED
Monday, 29 January, 2007   04:24:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY, Plaintiff,** )  ) | |
| vs. ) ) | NO. 02-3171 |
| **ILLINOIS DEPARTMENT OF** ) **CORRECTIONS et al., Defendants.** ) | |

**THIRD AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Friday, February 2, 2007**, at **9:30 a.m.**, we shall cause the deposition of **Bryon Law** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition:**

1.    Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections including your current job and any job which has made you a party to this lawsuit.

2.    Any and all weekly, monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3.    Any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

                                                Respectfully submitted**,**
                                                AARON MCCROY, Plaintiff

                    By:    s/Thomas F. Londrigan
                            THOMAS F. LONDRIGAN, Bar No. 1686542
                            Attorney for Plaintiff
                            LONDRIGAN, POTTER & RANDLE, P.C.
                            1227 South Seventh Street
                            Post Office Box 399
                            Springfield, IL 62705
                            Telephone: (217) 544-9823
                            tom@lprpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706
>
>Mr. Carl J. Tenney
>Hughes, Hill & Tenney L.L.C.
>236 N. Water Street
>PO Box 560
>Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy, Reg. #N51882
>P.O. Box 999
>Pinckneyville, IL 62274

By:   s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com