**E-FILED**
Monday, 29 January, 2007  04:25:27 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **AARON MCCROY,  Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NO.  02-3171** |
| | ) | |
| **ILLINOIS DEPARTMENT OF** | ) | |
| **CORRECTIONS et al.,  Defendants.** | ) | |

### THIRD AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, February 2, 2007**, at **11:30 a.m.**, we shall cause

the deposition of **Philip Crary** to be taken before a certified shorthand reporter in the above-entitled

cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.  **The**

**Deponent is to bring to this deposition:**

1.      Any and all documents that include a job description or protocol for any job that you have
held with the Illinois Department of Corrections including your current job and any job which has
made you a party to this lawsuit.

2.      Any and all weekly, monthly, quarterly and/or yearly reports given to the warden or any
supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3.      Any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his
claim.


                                        Respectfully submitted**,**
                                        AARON MCCROY, Plaintiff

                        By:     s/Thomas F. Londrigan
                                THOMAS F. LONDRIGAN, Bar No. 1686542
                                Attorney for Plaintiff
                                LONDRIGAN, POTTER & RANDLE, P.C.
                                1227 South Seventh Street
                                Post Office Box 399
                                Springfield, IL 62705
                                Telephone: (217) 544-9823
                                tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following
non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:    s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com