IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 02-cv-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, ROGER E. WALKER, | ) |
| JR., (in his official capacity only), DENNIS | ) |
| HOCKADAY,  KEVIN WINTERS, TERRY | ) |
| POLK, DAVID SCHNEPEL, SANDRA | ) |
| FUNK, DEBRA FUQUA, LIEUTENANT | ) |
| LAW, CORRECTIONAL OFFICER | ) |
| KELLERMAN, CORRECTIONAL OFFICER | ) |
| JUDITH WILSON, PAMELA A. GRUBMAN, | ) |
| JULIUS FLAGG,  all in their official and | ) |
| individual capacities, WEXFORD HEALTH | ) |
| SOURCES, Inc., Dr. CLEVELAND RAYFORD, | ) |
| MD., Dr. STANLEY SIMMS, MD., Dr. LOWELL | ) |
| BROWN, MD., Dr. LOCHARD, MD., RHONDA | ) |
| MILLS, NURSE C. SHAW & Dr. DAVID | ) |
| ANDERSON, OD., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S FOURTH SUPPLEMENTAL REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS
THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E.
WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK,
DAVID SCHNEPEL, SANDRA FUNK, DEBRA FUQUA, LIEUTENANT  LAW,
CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER
JUDITH WILSON, PAMELA A. GRUBMAN AND JULIUS FLAGG**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff AARON MCCROY,

by and through his attorneys, LONDRIGAN, POTTER & RANDLE, PC., request

Defendant, THE ILLINOIS DEPARTMENT OF CORRECTIONS, et al,  to respond

within 30 days after service to the following requests:

<u>Requests</u>

1.   Any and all documents that include a job description or protocol for any defendant employed by the Illinois Department of Corrections including the current job descriptions or protocols and any changes made since January 1999.

2.   Any and all weekly, monthly, quarterly and/or yearly reports from the Warden to the Director of the Illinois Department of Corrections for the time that the Plaintiff was housed at Western Illinois Correctional Center, including any supplemental reports.

                        AARON McCROY,  Plaintiff,

                        BY:   LONDRIGAN, POTTER, & RANDLE,, P.C.


                        BY:  _____
                              **CARISSA A. HANING**

Carissa A. Haning
Londrigan, Potter, & Randle, P.C.
P.O. Box 399
Springfield, IL 62705
217-544-9823
217-544-9826 (fax)

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that she served one copy each of the following documents:

PLAINTIFF'S FOURTH SUPPLEMENTAL REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS
THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E.
WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID
SCHNEPEL, SANDRA FUNK, DEBRA FUQUA, LIEUTENANT LAW,
CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER
JUDITH WILSON, PAMELA A. GRUBMAN AND JULIUS FLAGG

by placing same in U. S. Mail from Springfield, Illinois, on January 29, 2007, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL 62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL 62274

_____