UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
|     Defendants. | ) |

### CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served one copy each of the following documents:

REQUEST FOR ADMISSIONS
DIRECTED TO DEFENDANTS,
THE ILLINOIS DEPARTMENT OF CORRECTIONS,
ROGER E. WALKER, JR., (in his official capacity only),
DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK,
DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA,
LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN,
CORRECTIONAL OFFICER JUDITH WILSON,
PAMELA A. GRUBMAN, JULIUS FLAGG, (all in their
official and individual capacities),WEXFORD HEALTH SOURCES, Inc.,
Dr. CLEVELAND RAYFORD, MD., Dr. STANLEY SIMMS, MD.,
Dr. LOWELL BROWN, MD., Dr. LOCHARD, MD.,
RHONDA MILLS, NURSE C. SHAW &
Dr. DAVID ANDERSON, OD.,

by placing same in U. S. Mail from Springfield, Illinois, on January 31, 2007, plainly addressed to the following at the following addresses:

| | |
|---|---|
| Ms. Theresa Powell | Mr. Carl J. Tenney |
| Heyl, Royster, Voelker & Allen | Hughes, Hill & Tenney, L.L.C. |
| National City Center, Ste. 575 | 236 N. Water Street |
| 1 North Old State Capitol Plaza | P. O. Box 560 |
| PO Box 1687 | Decatur, IL   62525-0560 |
| Springfield, IL 62705-1687 | |

| | |
|---|---|
| Lisa Madigan, Illinois Attorney General<br>Attn: Kelly Choate, A.A.G. &<br>Julie L. Morgan. A.A.G.<br>500 South Second Street<br>Springfield, IL 62706 | Aaron McCroy, Reg. #N51882<br>P. O. Box 999<br>Pinckneyville, IL   62274 |

By: s/Carissa A. Haning
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823