E-FILED
Friday, 09 February, 2007  11:21:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

### RESPONSE AND OBJECTION TO NOTICE OF DEPOSITION
### FOR DEFENDANTS KELLERMAN AND SCHNEPEL

NOW COME the Defendants, KENNETH KELLERMAN and DAVID SCHNEPEL, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Notice of Deposition for the defendants [318 and 319], submits the following objections:

1.      Counsel for all parties have been working together to facilitate the depositions of the defendants and the plaintiff, Aaron McCroy.

2.      In a notice of deposition dated February 5, 2007, Plaintiff's counsel instructed the deponents of February 9, 2007, Kenneth Kellerman and David Schnepel, to bring a job description for any job that they have held within the Illinois Department of Corrections; any and all weekly and monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time Plaintiff was at Western Illinois Correctional Center; and any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

3.  At the deposition of Defendants Law and Wilson, and witness Phillip Crary, the undersigned produced job descriptions for Correctional Officer and Correctional Lieutenant, the first of which covers Defendant Kellerman also. The undersigned is attempting to obtain a job description for Defendant Schnepel. This document will be produced at the deposition. Additionally, these documents are the subject of a previously filed request for production of documents, that is not due until March.

4.  Defendants object to producing weekly, monthly, quarterly and/or yearly reports as these documents are not in the possession of the defendants or their counsel except to the extent they have already been produced as regards Aaron McCroy. Any reports written by Defendant Kellerman regarding Plaintiff, such as incident reports, would be found in Mr. McCroy's master file, already produced to Plaintiff's counsel (Bates stamp numbers 1 - 623). Defendants also object to this request, as it is overly broad. The request does not seek documents relevant only to Plaintiff, but seeks all reports during the time Plaintiff was incarcerated at Western. This would include any incident reports written by Defendant Kellerman regarding any inmate. Finally, as to this request, four days is not sufficient time to attempt to obtain documents from a party other than the deponents.

5.  Defendants object to the request to bring "any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim," as it is overly broad, unduly burdensome, and not in the possession of the deponents. Moreover, Plaintiff's counsel has been provided with all documents in the possession of Defendants' counsel, and can bring any documents to the deposition that she wishes to discuss with

the deponents. The request is overly broad, as the McCroy file is thousands of pages. The complaint was filed in 2002, and is considered ongoing. Defendant Schnepel, for example, has not worked for the Illinois Department of Corrections since October of 2002. Defendant Kellerman does not work at Western Illinois Correctional Center, nor any other institution where Plaintiff has been housed since 2004.

                                            Respectfully submitted,

                                            KENNETH KELLERMAN
                                            and DAVID SCHNEPEL,

                                                Defendants,

                                            LISA MADIGAN, Attorney General,
                                            State of Illinois

By:  s/ Kelly R. Choate
      Kelly R. Choate, #6269533
      Assistant Attorney General
      Attorney for Defendants
      500 South Second Street
      Springfield, Illinois 62706
      Telephone: (217) 782-9026
      Facsimile: (217) 524-5091
      E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I electronically filed a Response and Objection to Notice of Deposition for Defendants Kellerman and Schnepel with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
Heyl, Royster, Voelker & Allen
atroemper@hrva.com

Carissa A. Haning
Londrigan, Potter & Randle, P.C.
carissa@lprpc.com

and I hereby certify that on February 9, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us