UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY, Plaintiff,** ) | |
| ) | |
| vs. ) | NO. 02-3171 |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS et al., Defendants.** ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, February 16, 2007**, at **1:30 p.m.**, we shall cause the deposition of **Sandra Funk** to be taken before a certified shorthand reporter in the above-entitled cause at the offices of the Illinois Attorney General located at 500 South Second Street, Springfield, IL.  **The Deponent is to bring to this deposition:**

1.    Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections including your current job and any job which has made you a party to this lawsuit.

2.    Any and all weekly, monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3.    Any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

        Respectfully submitted**,**
        AARON MCCROY, Plaintiff

By:    s/Thomas F. Londrigan
      THOMAS F. LONDRIGAN, Bar No. 1686542
      Attorney for Plaintiff
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South Seventh Street
      Post Office Box 399
      Springfield, IL 62705
      Telephone: (217) 544-9823
      tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ms. Theresa Powell
    Heyl, Royster, Voelker & Allen
    National City Center, Ste. 575
    1 North Old State Capitol Plaza
    PO Box 1687
    Springfield, IL 62705-1687

    Lisa Madigan, Illinois Attorney General
    Attn: Kelly Choate, A.A.G.
    500 South Second Street
    Springfield, IL 62706

    Mr. Carl J. Tenney
    Hughes, Hill & Tenney L.L.C.
    236 N. Water Street
    PO Box 560
    Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Aaron McCroy, Reg. #N51882
    P.O. Box 999
    Pinckneyville, IL 62274

        By:    s/Thomas F. Londrigan

        THOMAS F. LONDRIGAN, Bar No. 1686542
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        tom@lprpc.com