E-FILED
Monday, 12 February, 2007 10:03:21 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY, Plaintiff,** | ) |
| | ) |
| vs. | )  NO. 02-3171 |
| | ) |
| **ILLINOIS DEPARTMENT OF** | ) |
| **CORRECTIONS et al., Defendants.** | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Wednesday, February 21, 2007**, at **10:00 a.m.**, we shall cause the deposition of **Dennis Hockaday** to be taken before a certified shorthand reporter in the above-entitled cause at the Jacksonville Correctional Center located at 2268 E. Morton Ave., Jacksonville, Illinois.  **The Deponent is to bring to this deposition:**

1.  Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections including your current job and any job which has made you a party to this lawsuit.

2.  Any and all weekly, monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3.  Any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

Respectfully submitted**,**
AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ms. Theresa Powell
    Heyl, Royster, Voelker & Allen
    National City Center, Ste. 575
    1 North Old State Capitol Plaza
    PO Box 1687
    Springfield, IL 62705-1687

    Lisa Madigan, Illinois Attorney General
    Attn: Kelly Choate, A.A.G.
    500 South Second Street
    Springfield, IL 62706

    Mr. Carl J. Tenney
    Hughes, Hill & Tenney L.L.C.
    236 N. Water Street
    PO Box 560
    Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Aaron McCroy, Reg. #N51882
    P.O. Box 999
    Pinckneyville, IL 62274

                                 By:    s/Thomas F. Londrigan

                                        THOMAS F. LONDRIGAN, Bar No. 1686542
                                        Attorney for Plaintiff
                                        LONDRIGAN, POTTER & RANDLE, P.C.
                                        1227 South Seventh Street
                                        Post Office Box 399
                                        Springfield, IL 62705
                                        Telephone: (217) 544-9823
                                        tom@lprpc.com