UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007**, at **8:30 a.m.**, we shall cause the deposition of **Dr. Lowell Brown** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1. Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2. Copies of all official communications and directives authorized, signed by, or copied to you by other Wexford employees or employees of IDOC with regard to the patient/prisoner Aaron McCroy.

> Respectfully submitted**,**
> AARON MCCROY, Plaintiff
>
> By:   s/Thomas F. Londrigan
> THOMAS F. LONDRIGAN, Bar No. 1686542
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> tom@lprpc.com

**Certificate of Service**

      I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ms. Theresa Powell
      Heyl, Royster, Voelker & Allen
      National City Center, Ste. 575
      1 North Old State Capitol Plaza
      PO Box 1687
      Springfield, IL 62705-1687

      Lisa Madigan, Illinois Attorney General
      Attn: Kelly Choate, A.A.G.
      500 South Second Street
      Springfield, IL 62706

      Mr. Carl J. Tenney
      Hughes, Hill & Tenney L.L.C.
      236 N. Water Street
      PO Box 560
      Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Aaron McCroy, Reg. #N51882
      P.O. Box 999
      Pinckneyville, IL 62274

      By:    s/Thomas F. Londrigan
              THOMAS F. LONDRIGAN, Bar No. 1686542
              Attorney for Plaintiff
              LONDRIGAN, POTTER & RANDLE, P.C.
              1227 South Seventh Street
              Post Office Box 399
              Springfield, IL 62705
              Telephone: (217) 544-9823
              tom@lprpc.com