UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007**, at **2:30 p.m. or at the conclusion of the preceding deposition**, , we shall cause the deposition of **Nurse Barb Bowers** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1. Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2. Copies of all official communications and directives authorized, signed by, or copied to you by other Wexford employees or employees of IDOC with regard to the patient/prisoner Aaron McCroy.

        Respectfully submitted**,**
        AARON MCCROY, Plaintiff

By:    s/Thomas F. Londrigan
        THOMAS F. LONDRIGAN, Bar No. 1686542
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        tom@lprpc.com

**Certificate of Service**

      I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

      Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

      Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

      By:    s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com