UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, Feb. 23, 2007**, at **9:30 a.m.**, we shall cause the deposition of **Nurse Sue Moore** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1. Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2. Copies of all official communications and directives authorized, signed by, or copied to you by other Wexford employees or employees of IDOC with regard to the patient/prisoner Aaron McCroy.

Respectfully submitted**,**
AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

**Certificate of Service**

      I hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706
>
>Mr. Carl J. Tenney
>Hughes, Hill & Tenney L.L.C.
>236 N. Water Street
>PO Box 560
>Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy, Reg. #N51882
>P.O. Box 999
>Pinckneyville, IL 62274

                              By:    s/Thomas F. Londrigan
                                          THOMAS F. LONDRIGAN, Bar No. 1686542
                                          Attorney for Plaintiff
                                          LONDRIGAN, POTTER & RANDLE, P.C.
                                          1227 South Seventh Street
                                          Post Office Box 399
                                          Springfield, IL 62705
                                          Telephone: (217) 544-9823
                                          tom@lprpc.com