E-FILED
Tuesday, 20 February, 2007   04:31:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) |
| Defendants. | ) |

**RESPONSE AND OBJECTION TO NOTICE OF DEPOSITION
FOR DEFENDANTS HOCKADAY AND POLK**

NOW COME the Defendants, DENNIS HOCKADAY and TERRY POLK, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Notice of Deposition for the defendants, submits the following objections:

1.  Counsel for all parties have been working together to facilitate the depositions of the defendants and the plaintiff, Aaron McCroy.

2.  In notices of deposition dated February 12, 2007, Plaintiff's counsel instructed the deponents of February 21, 2007, Dennis Hockaday and Terry Polk, to bring a job description for any job that they have held within the Illinois Department of Corrections; any and all weekly and monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time Plaintiff was at Western Illinois Correctional Center; and any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

3. At the deposition of Defendants Law and Wilson, and witness Phillip Crary, the undersigned produced job descriptions for Correctional Officer and Correctional Lieutenant, the first of which covers Defendant Kellerman also. At the deposition of Defendant Schnepel, counsel for Plaintiff was provided with the job description for Assistant Warden of Programs. The undersigned will provide Plaintiff's counsel with a job description for Warden, which is the office held by Defendants Polk and Hockaday at Western Illinois Correctional Center during Plaintiff's incarceration there. Additionally, these documents are the subject of a previously filed request for production of documents, that is not due until March.

4. Defendants object to producing weekly, monthly, quarterly and/or yearly reports as these documents are not in the possession of the defendants or their counsel except to the extent they have already been produced as regards Aaron McCroy. In conjunction with the request for production of documents, the undersigned is attempting to obtain reports from Western Illinois Correctional Center that would satisfy this request; however, to date, no reports have been received. Defendant Polk is Warden at Jacksonville Correctional Center and does not have access to documents at Western Illinois Correctional Center. Defendant Hockaday, likewise, does not have access to these reports as he no longer works for the Department of Corrections. Defendants also object to this request, as it is overly broad. The request does not seek documents relevant only to Plaintiff, but seeks all reports during the time Plaintiff was incarcerated at Western. This would include any reports give to the Warden or supervisor regardless of the subject matter of the report.

5. Defendants object to the request to bring "any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim," as it is overly broad, unduly burdensome, and not in the possession of the deponents. Moreover, Plaintiff's counsel has been provided with all documents in the possession of Defendants' counsel, and can bring any documents to the deposition that he or she wishes to discuss with the deponents. The request is overly broad, as the McCroy file is thousands of pages. The complaint was filed in 2002, and is considered ongoing.

    Respectfully submitted,

    DENNIS HOCKADAY
    and TERRY POLK,

      Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Defendants. ) | No. 02-3171 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, I electronically filed a Response and Objection to Notice of Deposition for Defendants Hockaday and Polk with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
Heyl, Royster, Voelker & Allen
atroemper@hrva.com

Carissa A. Haning
Londrigan, Potter & Randle, P.C.
carissa@lprpc.com

and I hereby certify that on February 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us