UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Friday, Feb. 23, 2007**, at **2:15 p.m. or at the conclusion of the preceding deposition**, we shall cause the deposition of **Nurse Connie J. Shaw** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1. Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2. Copies of all official communications and directives authorized, signed by, or copied to you by other Wexford employees or employees of IDOC with regard to the patient/prisoner Aaron McCroy.

Respectfully submitted**,**
AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## Certificate of Service

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Ms. Theresa Powell
> Heyl, Royster, Voelker & Allen
> National City Center, Ste. 575
> 1 North Old State Capitol Plaza
> PO Box 1687
> Springfield, IL 62705-1687
>
> Lisa Madigan, Illinois Attorney General
> Attn: Kelly Choate, A.A.G.
> 500 South Second Street
> Springfield, IL 62706
>
> Mr. Carl J. Tenney
> Hughes, Hill & Tenney L.L.C.
> 236 N. Water Street
> PO Box 560
> Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> Aaron McCroy, Reg. #N51882
> P.O. Box 999
> Pinckneyville, IL 62274

By:   s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com