IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON MCCROY, #N-51882,                )
                                        )
    Plaintiff,                          )
                                        )
-vs-                                    )   No. 02-3171
                                        )
ILLINOIS DEPARTMENT OF                  )
CORRECTIONS,                            )
                                        )
    Defendants.                         )

## RESPONSE AND OBJECTION TO NOTICE OF DEPOSITION FOR KAREN WEAR

NOW COMES Respondent, KAREN WEAR, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Notice of Deposition, submits the following objections:

1.    Counsel for all parties have been working together to facilitate the depositions of the defendants and witnesses in this case.

2.    In a notice of deposition for Karen Wear, a witness in this case, Plaintiff's counsel instructed Ms. Wear, to bring a job description for any job she has held within the Illinois Department of Corrections; any and all weekly and monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time Plaintiff was at Western Illinois Correctional Center; and any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

3.    Plaintiff's counsel has already been provided job descriptions for Correctional Officer, Correctional Lieutenant, Assistant Warden of Programs and Warden. Counsel will

1

be provided with any other job descriptions for positions held by Ms. Wear during the times relevant to this complaint. Ms. Wear objects as irrelevant any job description for position(s) held by her outside the relevant time frame of this case.

4. Ms. Wear also objects to producing weekly, monthly, quarterly and/or yearly reports as these documents are not in her possession, nor in the possession of her counsel, except to the extent the documents have been produced as regards Aaron McCroy. Moreover, Ms. Wear objects to this request, as it is overly broad. The request does not seek documents relevant only to Plaintiff, but seeks all reports during the time Plaintiff was incarcerated at Western, whether they relate to Plaintiff or the subject matter of his case. Ms. Wear has been given copies of Plaintiff's Cumulative Counseling Summary, which outlines her interactions with Plaintiff while he was at Western Illinois Correctional Center. This document was previously produced to Plaintiff's counsel, and is maintained in Plaintiff's master file.

5. Ms. Wear objects to the request to bring "any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim," as it is overly broad, unduly burdensome, and not in the possession of the deponent. Moreover, Plaintiff's counsel has been provided with all documents in the possession of Ms. Wear's counsel, and can bring any documents to the deposition that counsel wishes to discuss with the deponent. The request is overly broad, as the McCroy file is thousands of pages. The complaint was filed in 2002, and is considered ongoing. Defendant Wear works for the Illinois Department of Corrections at Western Illinois Correctional Center, but Mr. McCroy was transferred out of Western Illinois Correctional Center in early 2005. As such her contact with Plaintiff is limited to the time he was at Western Illinois Correctional Center.

6.    The undersigned discussed the objections with Mr. Londrigan at depositions held on February 21, 2007, and reiterated that Plaintiff's counsel could either bring documents counsel believes are relevant to the deposition, or counsel could notify the undersigned of specific documents counsel wishes the deponents to review prior to their depositions.

Respectfully submitted,

KAREN WEAR,

Respondent,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Respondent
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ILLINOIS DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants. ) | No. 02-3171 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007, I electronically filed a Response and Objection to Notice of Deposition for Karen Wear with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
Heyl, Royster, Voelker & Allen
atroemper@hrva.com

Carissa A. Haning
Londrigan, Potter & Randle, P.C.
carissa@lprpc.com

and I hereby certify that on February 23, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Respondent
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us