IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, JULIUS FLAGG, SANDRA FUNK, DEBRAH FUQUA, PAMELA A. GRUBMAN, DENNIS HOCKADAY, CORRECTIONAL OFFICER KELLERMAN, LIEUTENANT LAW, TERRY POLK, DAVID SCHNEPEL, ROGER E. WALKER, JR., CORRECTIONAL OFFICER JUDITH WILSON, and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b), hereby submit their motion for enlargement of time to complete discovery.

1.  Plaintiff served supplemental requests for production of documents and 236 requests for admission upon the defendants. Responses to these requests are due March 2, 2007.

2.  Included in the supplemental request for production of documents are job descriptions, the majority of which have been produced at the time of deposition of the various defendants. The request also includes reports from the Warden of Western Illinois Correctional Center to the Director of the Illinois Department of Corrections. The undersigned has requested those documents from Western Illinois Correctional Center, but has not received them as of this date.

3. Since receiving the requests for admissions, the undersigned has spent several days out of town for depositions of the defendants in this case. She has also been in trial in E. St. Louis in <u>Williams v. Spiller</u>, USDC SD Ill 03-526, and to Menard Correctional Center for trial prep, and has been out of town on February 27, 2007 for election duty. Because of her schedule, she has been unable to complete the requests for admission, and requires additional time to complete the defendants' responses.

4. Further depositions are currently set in this case for March 6, 2007, March 7, 2007, March 8, 2007, March 9, 2007, March 16, 2007, and tentatively, with permission of the parties, for at least one other date past the discovery deadline of March 15, 2007.

5. This request is made in good faith, and not for purpose of delay. Since discovery is ongoing, plaintiff should suffer no prejudice in an enlargement up to and including the discovery deadline of March 15, 2007.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for enlargement of time up to and including March 15, 2007, to complete Plaintiff's request for admissions and supplemental request for production of documents.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,
    et al.,

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 782-9026
    Facsimile: (217) 524-5091
    E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, I electronically filed a Motion for Enlargement of Time to Complete Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
atroemper@hrva.com

Carissa A. Haning
carissa@lprpc.com

and I hereby certify that on March 1, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us