UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) |
| Defendants. | ) |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007**, at **8:30 a.m.**, we shall cause the deposition of **Dr. Lowell Brown** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1. Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections, including your current job.

2. Any and all weekly, monthly, quarterly and/or yearly reports from January 1, 2002 through 2004 given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3. Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other IDOC employees or employees of Wexford Health Systems with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

4. Copies of all official communications and directives authorized, signed by, e-mailed, or copied by you, including but not limited to those associated with any review of Aaron McCroy's grievances from 2002 through 2004.

5. Minutes of the Quarterly Medical Review Meetings for the years 2002 - 2004.

6. Copies of Dr. Elyea's findings and report on those findings authored by Dr. Elyea in response to the request by the Administrative Review Board as outlined in their correspondence of June 23, 2004 in response to Aaron's grievance.  (See Exhibit)

                    Respectfully submitted,
                    AARON MCCROY, Plaintiff

By:    s/Thomas F. Londrigan
        THOMAS F. LONDRIGAN, Bar No. 1686542
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        tom@lprpc.com

**Certificate of Service**

  I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Ms. Theresa Powell
  Heyl, Royster, Voelker & Allen
  National City Center, Ste. 575
  1 North Old State Capitol Plaza
  PO Box 1687
  Springfield, IL 62705-1687

  Lisa Madigan, Illinois Attorney General
  Attn: Kelly Choate, A.A.G.
  500 South Second Street
  Springfield, IL 62706

  Mr. Carl J. Tenney
  Hughes, Hill & Tenney L.L.C.
  236 N. Water Street
  PO Box 560
  Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  Aaron McCroy, Reg. #N51882
  P.O. Box 999
  Pinckneyville, IL 62274

        By: s/Thomas F. Londrigan
          THOMAS F. LONDRIGAN, Bar No. 1686542
           Attorney for Plaintiff
           LONDRIGAN, POTTER & RANDLE, P.C.
           1227 South Seventh Street
           Post Office Box 399
           Springfield, IL 62705
           Telephone: (217) 544-9823
           tom@lprpc.com