E-FILED
Friday, 02 March, 2007   10:32:36 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al., ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007**, at **12:30 p.m. or at the conclusion of the preceding deposition**, we shall cause the deposition of **Nurse Cindy Thompson** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1. Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2. Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other Wexford employees or employees of IDOC with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

> Respectfully submitted**,**
> AARON MCCROY, Plaintiff
>
> By:   s/Thomas F. Londrigan
> THOMAS F. LONDRIGAN, Bar No. 1686542
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> tom@lprpc.com

**Certificate of Service**

  I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Ms. Theresa Powell
  Heyl, Royster, Voelker & Allen
  National City Center, Ste. 575
  1 North Old State Capitol Plaza
  PO Box 1687
  Springfield, IL 62705-1687

  Lisa Madigan, Illinois Attorney General
  Attn: Kelly Choate, A.A.G.
  500 South Second Street
  Springfield, IL 62706

  Mr. Carl J. Tenney
  Hughes, Hill & Tenney L.L.C.
  236 N. Water Street
  PO Box 560
  Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  Aaron McCroy, Reg. #N51882
  P.O. Box 999
  Pinckneyville, IL 62274

          By: s/Thomas F. Londrigan
             THOMAS F. LONDRIGAN, Bar No. 1686542
             Attorney for Plaintiff
             LONDRIGAN, POTTER & RANDLE, P.C.
             1227 South Seventh Street
             Post Office Box 399
             Springfield, IL 62705
             Telephone: (217) 544-9823
             tom@lprpc.com