UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
|     Plaintiff, | ) |
| vs. | ) NO. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) |
|     Defendants. | ) |

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007**, at **2:30 p.m. or at the conclusion of the preceding deposition**, , we shall cause the deposition of **Nurse Barb Bowers** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois.

**The Deponent is to bring to this deposition:**

1.   Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2.   Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other Wexford employees or employees of IDOC with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

          Respectfully submitted**,**
          AARON MCCROY, Plaintiff

By:    s/Thomas F. Londrigan
          THOMAS F. LONDRIGAN, Bar No. 1686542
          Attorney for Plaintiff
          LONDRIGAN, POTTER & RANDLE, P.C.
          1227 South Seventh Street
          Post Office Box 399
          Springfield, IL 62705
          Telephone: (217) 544-9823
          tom@lprpc.com

## Certificate of Service

      I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ms. Theresa Powell
      Heyl, Royster, Voelker & Allen
      National City Center, Ste. 575
      1 North Old State Capitol Plaza
      PO Box 1687
      Springfield, IL 62705-1687

      Lisa Madigan, Illinois Attorney General
      Attn: Kelly Choate, A.A.G.
      500 South Second Street
      Springfield, IL 62706

      Mr. Carl J. Tenney
      Hughes, Hill & Tenney L.L.C.
      236 N. Water Street
      PO Box 560
      Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Aaron McCroy, Reg. #N51882
      P.O. Box 999
      Pinckneyville, IL 62274

      By:    s/Thomas F. Londrigan
                THOMAS F. LONDRIGAN, Bar No. 1686542
                Attorney for Plaintiff
                LONDRIGAN, POTTER & RANDLE, P.C.
                1227 South Seventh Street
                Post Office Box 399
                Springfield, IL 62705
                Telephone: (217) 544-9823
                tom@lprpc.com