UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,             )
                               )
        Plaintiff,          )
                               )
vs.                            )       NO.  02-3171
                               )
ILLINOIS DEPARTMENT OF    )
CORRECTIONS et al.,        )
                               )
        Defendants.     )

<u>**NOTICE OF DEPOSITION**</u>

PLEASE TAKE NOTICE that on **Friday, March 9, 2007**, at **2:00 p.m. or at the conclusion of the preceding deposition**, we shall cause the deposition of **Nurse Rhonda Mills** to be taken before a certified shorthand reporter in the above-entitled cause at the offices of Heyl, Royster, Voelker & Allen, National City Center, Suite 575, 1 North Old State Capitol Plaza, Springfield, Illinois.  **The Deponent is to bring to this deposition:**

      1.      Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

      2.      Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other Wexford employees or employees of IDOC with regard to the care, treatment, placement, or discipline of the  patient/prisoner Aaron McCroy.

                             Respectfully submitted**,**
                             AARON MCCROY, Plaintiff

           By:      <u>s/Thomas F. Londrigan</u>
                   THOMAS F. LONDRIGAN, Bar No. 1686542
                   Attorney for Plaintiff
                   LONDRIGAN, POTTER & RANDLE, P.C.
                   1227 South Seventh Street
                   Post Office Box 399
                   Springfield, IL 62705
                   Telephone: (217) 544-9823
                   tom@lprpc.com

<u>**Certificate of Service**</u>

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:    s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com