UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY,<br>    Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPARTMENT OF<br>CORRECTIONS et al.,<br>    Defendants. | )<br>)<br>)<br>)   NO. 02-3171<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, March 9, 2007**, at **11:00 a.m. or at the conclusion of the preceding deposition**, we shall cause the deposition of **Nurse Jennifer Blaesing** to be taken pursuant to subpoena before a certified shorthand reporter in the above-entitled cause at the offices of Heyl, Royster, Voelker & Allen, National City Center, Suite 575, 1 North Old State Capitol Plaza, Springfield, Illinois.  **The Deponent is to bring to this deposition:**

1. Any and all medical records relating to the care, treatment and placement/assignment of the patient/prisoner, Aaron McCroy.

2. Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other Wexford employees or employees of IDOC with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

>Respectfully submitted**,**
>AARON MCCROY, Plaintiff
>
>By:   s/Thomas F. Londrigan
>THOMAS F. LONDRIGAN, Bar No. 1686542
>Attorney for Plaintiff
>LONDRIGAN, POTTER & RANDLE, P.C.
>1227 South Seventh Street
>Post Office Box 399
>Springfield, IL 62705
>Telephone: (217) 544-9823
>tom@lprpc.com

**Certificate of Service**

      I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ms. Theresa Powell
      Heyl, Royster, Voelker & Allen
      National City Center, Ste. 575
      1 North Old State Capitol Plaza
      PO Box 1687
      Springfield, IL 62705-1687

      Lisa Madigan, Illinois Attorney General
      Attn: Kelly Choate, A.A.G.
      500 South Second Street
      Springfield, IL 62706

      Mr. Carl J. Tenney
      Hughes, Hill & Tenney L.L.C.
      236 N. Water Street
      PO Box 560
      Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Aaron McCroy, Reg. #N51882
      P.O. Box 999
      Pinckneyville, IL 62274

      By:    s/Thomas F. Londrigan
             THOMAS F. LONDRIGAN, Bar No. 1686542
             Attorney for Plaintiff
             LONDRIGAN, POTTER & RANDLE, P.C.
             1227 South Seventh Street
             Post Office Box 399
             Springfield, IL 62705
             Telephone: (217) 544-9823
             tom@lprpc.com