

# Illinois
### Department of
# Corrections

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

June 23, 2004

Aaron McCroy
Register No. N51882
Western Illinois Correctional Center

Dear Mr. McCroy:

This is in response to your grievance received on April 2, 2004, regarding medical treatment (alleges prescription not handled appropriately), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 04-0120E, and subsequent recommendation dated March 3, 2004 and approval by the Chief Administrative Officer on March 8, 2004 have been reviewed.

Recommendation: Based upon a total review of all available information, this office is referring your grievance to Dr. Willard Elyea, Agency Medical Director, requesting a review be conducted with regard to your request. Dr. Elyea is to provide a written report of his findings to the Director's Office.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc: Warden Kevin Winters, Western Illinois Correctional Center
Dr. Willard Elyea, Agency Medical Director
Cincy Hobrock, Central Region Coordinator
Aaron McCroy, Register No. N51882
Chron. File
Tickler

P164