E-FILED
Friday, 02 March, 2007  12:06:57 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS et al., | ) | |
|        Defendants. | ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007**, at **1:30 p.m.**, **or at the conclusion of the preceding deposition**, we shall cause the deposition of **Karolyn Hendricks** to be taken pursuant to subpoena before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition:**

     1.    Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections, including your current job.

     2.    Any and all weekly, monthly, quarterly and/or yearly reports from January 1, 2002 through 2004 given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

     3.    Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other IDOC employees or employees of Wexford Health Systems with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

     4.    Copies of all official communications and directives authorized, signed by, e-mailed, or copied by you, including but not limited to those associated with any review of Aaron McCroy's grievances from 2002 through 2004.

                    Respectfully submitted**,**
                    AARON MCCROY, Plaintiff

By:    s/Thomas F. Londrigan
        THOMAS F. LONDRIGAN, Bar No. 1686542
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706
>
>Mr. Carl J. Tenney
>Hughes, Hill & Tenney L.L.C.
>236 N. Water Street
>PO Box 560
>Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy, Reg. #N51882
>P.O. Box 999
>Pinckneyville, IL 62274

By:    s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com