UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO.  02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Monday, March 19, 2007**, at **3:00 p.m.**, we shall cause the deposition of **Dr. Stanley Simms** to be taken before a certified shorthand reporter in the above-entitled cause at the offices of Sussman, Selig and Ross, located at One East Wacker Drive, Suite 3550, Chicago, IL  60601-2005.

**The Deponent is to bring to this deposition:**

1. Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections, including your current job.

2. Any and all weekly, monthly, quarterly and/or yearly reports from January 1, 2002 through 2004 given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3. Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other IDOC employees or employees of Wexford Health Systems with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

4. Copies of all official communications and directives authorized, signed by, e-mailed, or copied by  you, including but not limited to those associated with any review of Aaron McCroy's grievances from 2002 through 2004.

5. Minutes of the Quarterly Medical Review Meetings for the years 2002 - 2004.

6. Copies of Dr. Elyea's findings and report on those findings authored by Dr. Elyea in response to the request by the Administrative Review Board as outlined in their correspondence of June 23, 2004 in response to Aaron's grievance.  (See Exhibit)

       Respectfully submitted**,**
       AARON MCCROY, Plaintiff

By: <u>s/Thomas F. Londrigan</u>
   THOMAS F. LONDRIGAN, Bar No. 1686542
   Attorney for Plaintiff
   LONDRIGAN, POTTER & RANDLE, P.C.
   1227 South Seventh Street
   Post Office Box 399
   Springfield, IL 62705
   Telephone: (217) 544-9823
   tom@lprpc.com

## Certificate of Service

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706
>
>Mr. Carl J. Tenney
>Hughes, Hill & Tenney L.L.C.
>236 N. Water Street
>PO Box 560
>Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| | |
|---|---|
| Aaron McCroy, Reg. #N51882 | Sussman, Selig & Ross |
| P.O. Box 999 | ATTN: Cindy |
| Pinckneyville, IL 62274 | One East Wacker Drive |
| | Suite 3550 |
| | Chicago, IL 60601-2005 |

>By:   s/Thomas F. Londrigan
>       THOMAS F. LONDRIGAN, Bar No. 1686542
>       Attorney for Plaintiff
>       LONDRIGAN, POTTER & RANDLE, P.C.
>       1227 South Seventh Street
>       Post Office Box 399
>       Springfield, IL 62705
>       Telephone: (217) 544-9823
>       tom@lprpc.com