05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY | ) |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, | ) |
| DEBRAH FUQUA, LIEUTENANT LAW, | ) |
| CORRECTIONAL OFFICER JUDITH WILSON, | ) |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in | ) |
| their official and individual capacities), WEXFORD | ) |
| HEALTH SOURCES, INC., DR. CLEVELAND | ) |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., | ) |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., | ) |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID | ) |
| ANDERSON, O.D., | ) |
| | ) |
| Defendants. | ) |

**OBJECTION TO PLAINTIFF'S REQUEST TO ADMIT UNDER RULE 36**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Objection to Plaintiff's Request to Admit Under Rule 36, state:

1. To the extent Plaintiff's Request to Admit references information from documents outside the time frame during which any particular Defendant was employed at a correctional institution housing Mr. McCroy, Defendants object to said document on grounds of relevance, hearsay, and foundation, in addition to potential other grounds as counsel is unaware of the exact purpose for which each request may be used at this time.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

2. Defendants also object to statements and or documents to the extent they may constitute hearsay or a prior consistent statement.

3. Defendants also object to all documents to the extent Plaintiff has taken one word or phrase out of a document as such information is not complete.

4. Defendants object to Plaintiff using any document for which an improper foundation has been laid concerning the contents of the document. Specifically, Defendants object to Plaintiff himself attempting to interpret the meaning of any medical records without proper foundation as to the wording and/or meaning set forth in any such record.

5. In addition, to the extent that Defendants have admitted to the contents of portions of specific records, Defendants do not admit to the relevancy, foundation, and completeness of any such record as it may pertain to him or her in the course of this litigation.

WHEREFORE, Defendants pray that this Court will exclude any such document from being admitted at the time of trial that lacks foundation, constitutes hearsay, is irrelevant to the claim or any specific Defendant, constitutes a prior consistent statement, is incomplete, and/ or constitutes a legal conclusion.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed **Objection to Plaintiff's Request to Admit Under Rule 36** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Carissa A. Haning
carissa@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on March 2, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822