05415-N3293
MHS/njk
G:\93\N3293\N3293EOA 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 02-cv-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only, ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in ) | |
| their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ) | |
| ANDERSON, O.D., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

NOW COMES Monica H. Sholar of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters her appearance in the above-captioned cause on behalf of the defendants, WEXFORD HEALTH SOURCES, INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; and NURSE C. SHAW. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

WEXFORD HEALTH SOURCES, INC.;
CLEVELAND RAYFORD, M.D.; HUGHES
LOCHARD, M.D.; LOWELL BROWN, M.D.;
STANLEY SIMS, M.D.; RHONDA MILLS; and
NURSE C. SHAW, Defendants

       By: s/ Monica H. Sholar
          Monica H. Sholar # 6283997
           Attorney for Defendants
           Heyl, Royster, Voelker & Allen
           Suite 300
           102 E. Main Street
           P.O. Box 129
           Urbana, IL 61803-0129
           217-344-0060 Phone
           217-344-9295 Fax
           E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Douglas J. Quivey<br>Thomas F. Londrigan<br>Carissa A. Haning<br>Alexandra de Saint Phalle<br>Londrigan, Potter & Randle, P.C.<br>1227 South Seventh Street<br>P. O. Box 399<br>Springfield, IL  62705 | Carl J. Tenney<br>Hughes, Hill & Tenney, LLC<br>236 N. Water Street<br>P. O. Box 560<br>Decatur, IL  62525-0560 |
| Lisa Madigan, Illinois Attorney General<br>Attn:  Kelly Choate, AAG<br>Attn:  Julie Morgan, AAG<br>500 South Second Street<br>Springfield, IL  62706 | Theresa Powell<br>Heyl, Royster, Voelker & Allen<br>Suite 575, National City Center<br>1 North Old State Capital Plaza<br>P. O. Box 1687<br>Springfield, IL  62705-1687 |

    s/  Monica H. Sholar
Monica H. Sholar # 6283997
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  msholar@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060