UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | NO.  02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al., ) | |
|     Defendants. ) | |

### CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served one copy of the following document:

**SECOND SUPPLEMENTAL REQUEST TO PRODUCE
DIRECTED TO DEFENDANTS WEXFORD HEALTH SOURCES, INC.,
Dr. CLEVELAND RAYFORD, MD., Dr. STANLEY SIMMS, MD.,
Dr. LOWELL BROWN, MD.,  Dr. LOCHARD, MD.,
RHONDA  MILLS, NURSE C. SHAW & Dr. DAVID ANDERSON, OD.,**

by facsimile and by placing same in U. S. Mail from Springfield, Illinois, on March 15, 2007, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687
Fax: (217) 523-3902

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL   62525-0560
Fax: (217) 428-5790

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706
Fax: (217) 524-5091

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL   62274
(VIA: 1st Class Mail only)

By: <u>s/Thomas F. Londrigan</u>
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
Fax: (217) 544-9826