IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY,    Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRUBMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. CLEVELAND RAYFORD, MD., Dr. STANLEY SIMMS, MD., Dr. LOWELL BROWN, MD., Dr. LOCHARD, MD., RHONDA MILLS, NURSE C. SHAW & Dr. DAVID ANDERSON, OD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT *INSTANTER***

Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., pursuant to Fed. R. Civ. P. 15(a) moves for leave to file a Third Amended Complaint ***instanter*** and in support states:

1. Plaintiff seeks leave to amend the Second Amended Complaint in order to drop certain named Defendants and to clarify issues and conform the pleadings to facts learned in discovery. No new causes of action are alleged and no new parties are added.

2. Federal Rule of Civil Procedure 15(a) states leave to amend "shall be freely

given when justice so requires." Fed. R. Civ. P. 15. Because the proposed Third Amended Complaint will reduce the number of Defendants and narrow the issues, the ends of justice are served by allowing amendment and Plaintiff would be unfairly prejudiced if leave was denied. *See also Stern v. United States Gypsum, Inc.*, 547 F.2d 1329, 1334 (7th Cir. 1977) (stating that "this circuit has adopted a liberal policy respecting amendments to pleadings so that cases may be decided on the merits").

3. Enclosed as Exhibit A is the proposed Third Amended Complaint with the new allegations underlined.

4. Plaintiff also asks that the court conduct a status hearing so various timing issues can be resolved.

WHEREFORE, Plaintiff prays that he be granted leave to file a Third Amended Complain and requests that a status hearing be set in this matter.

> Respectfully submitted,
> AARON MCCROY, Plaintiff
>
> By: s/Thomas F. Londrigan
> THOMAS F. LONDRIGAN, Bar No. 1686542
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> tom@lprpc.com

## Certificate of Service

The hereby certify that on March 22, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687
tpowell@hrva.com

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL 62525-0560
ctenney@hhtlaw.com

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706
kchoate@atg.state.il.us
jlmorgan@atg.state.il.us

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com