**E-FILED**
Friday, 23 March, 2007  05:09:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, ROGER E. WALKER, | ) | |
| JR., (in his official capacity only), DENNIS | ) | |
| HOCKADAY,  KEVIN WINTERS, TERRY | ) | |
| POLK, DAVID SCHNEPEL, SANDRA | ) | |
| FUNK, DEBRA FUQUA, LIEUTENANT | ) | |
| LAW, CORRECTIONAL OFFICER | ) | |
| KELLERMAN, CORRECTIONAL OFFICER | ) | |
| JUDITH WILSON, PAMELA A. GRUBMAN, | ) | |
| JULIUS FLAGG,  all in their official and | ) | |
| individual capacities, WEXFORD HEALTH | ) | |
| SOURCES, Inc., Dr. CLEVELAND RAYFORD, | ) | |
| MD., Dr. STANLEY SIMMS, MD., Dr. LOWELL | ) | |
| BROWN, MD., Dr. LOCHARD, MD., RHONDA | ) | |
| MILLS, NURSE C. SHAW & Dr. DAVID | ) | |
| ANDERSON, OD., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ORDER TO COMPEL THE DEPOSITION OF DEBRA FUQUA
AND TO COMPEL IDOC DEFENDANTS TO FULLY COMPLY WITH
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff, AARON MCCROY, by and through his attorneys, LONDRIGAN

POTTER & RANDLE, moves pursuant to Fed. R. Civ. P.  37(2)(b) for an order

compelling  ILLINOIS  DEPARTMENT  OF  CORRECTION  DEFENDANTS

("DEFENDANTS") to fully comply with Plaintiff's request to take the deposition of

Debra Fuqua and request for production of documents and in support states:

## DEBRA FUQUA'S DEPOSITION

1.     Plaintiff requested the deposition of defendant Debra Fequa in November 2006.

2.     After much back and forth, Debra Fuqua's deposition was set for December 15, 2006. (Exhibit A).

3.     That deposition and the other set with it on that date were cancelled due to a death in the family of the only plaintiff's attorney available to take those depositions.

4.     After Ms. Fuqua's deposition had been reset for January 19, 2007, Plaintiff learned that Ms. Fuqua was suffering from a medical condition and would not be available on that date for her deposition. (Exhibit B).

5.     On January 12, 2007, a letter was sent to Ms. Fuqua's counsel regarding the taking of her deposition and her medical condition. (Exhibit C).

6.     The deposition was rescheduled to February 2, 2007 but on that date Ms. Fuqua's deposition was cancelled again due to her medical condition. (Exhibit D).

7.     Ms. Fuqua's deposition was the re-set for the third time to March 8, 2007. (Exhibit E).

8.     On that date when Plaintiff's counsel arrived to take Ms. Fuqua's deposition they were informed that she was on too much medication to have her deposition taken.

9.     Plaintiff has requested Ms. Fuqua's deposition be reset and Defendant

continues to indicate that Ms. Fuqua is on too much medication to give her deposition.

10.    In a good faith attempt to confer in person and on the phone with Defendants Counsel, Counsel for Plaintiff reset this deposition twice.    After conferring, IDOC Defendants' position regarding additional disclosure remains the same.

11.    Plaintiff's Counsel is not responsible for the non-production of the Defendant for the deposition.

12.    Defendant Fuqua is a key witness critical to an important issue in the case. Accordingly, Plaintiff should be allowed to take her deposition as soon as possible and prior to the trial.

## IDOC DEFENDANTS FAILURE TO COMPLY WITH REQUESTS FOR PRODUCTION

1.    Plaintiff filed his Fourth Supplemental Request for Production upon Defendants on January 29, 2007.  (Exhibit F).

2.    A response to the request to produce was never received from Defendants.

3.    Plaintiff's attorney sent a letter to Defendants' attorney regarding said lack of response on March 1, 2007 pursuant to Fed. R. Civ. P.  37(2)(a). (Exhibit G).

4.    In a good faith attempt to confer in person and on the phone with Defendants Counsel, Counsel for Plaintiff asked for the documents to be brought

to the appropriate depositions.  After conferring, IDOC Defendants' position regarding additional disclosure remains the same.

5.      On March 15, 2007, Plaintiff sent to defendant a Fifth Supplemental Request for Production covering all the documents requested but not received at depositions. Plaintiff understands that time for response to this request has not elapsed yet. (Exhibit H)

6.      Plaintiff's Counsel is not responsible for the non-production.

WHEREFORE, Plaintiff prays that the Court enter an Order directing the the deposition of Debra Fuqua be taken immediately and directing IDOC Defendants to immediately produce the requested records and pursuant to Fed. R. Civ. P. 37(a)(4)(A) to award Plaintiff reasonable expenses to include attorney fees incurred in bringing this motion.

AARON McCROY, Plaintiff,

By: /s/ Douglas J. Quivey_____
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O. Box 399
Springfield, Illinois 62705
Tel:  (217) 544-9823 Fax: (217) 544-9826
E-Mail: doug@lprpc.com

**Certificate of Service**

The hereby certify that on March 23, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Douglas J. Quivey

Douglas J. Quivey
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com