E-FILED
Friday, 23 March, 2007  05:11:35 PM
Clerk, U.S. District Court, ILCD

# Londrigan, Potter & Randle, P.C.
## Attorneys at Law

**Thomas F. Londrigan**
**James R. Potter**
**Craig A. Randle**
**Alexandra de Saint Phalle**
**Douglas J. Quivey**
**Carissa A. Haning**
**Amy N. Williams**

**1227 South Seventh Street**
**Post Office Box 399**
**Springfield, IL 62705**
**Telephone: (217) 544-9823**
**Facsimile: (217) 544-9826**
**www.lprpc.com**
**doug@lprpc.com**

**Timothy J. Londrigan**
- - -
**James T. Londrigan (of counsel)**
- - -
Joseph A. Londrigan (1919-1970)
James E. Londrigan (1923-1975)

March 1, 2007

Kelly R. Choate
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

**RE:   McCroy v. IDOC et al**

Dear Ms. Choate:

Based upon prior discussions at depositions of IDOC employees, you have indicated that certain exhibits are incomplete. Please provide us with what you believe to be complete records of all grievances filed by Aaron McCroy while he was in custody at WICC and indicate your willingness to stipulate that they are complete and accurate and maintained in the ordinary course of business.

There are also other IDOC records which we have discussed at the depositions which we have not seen that should be part of Aaron McCroy's Master File. At your request, we reviewed that Master File and did not find these documents. I will speak to you further about this at the next deposition.

Yours truly,

THOMAS F. LONDRIGAN

TFL/pkg