IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 02-cv-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRA FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRUBMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. CLEVELAND RAYFORD, MD., Dr. STANLEY SIMMS, MD., Dr. LOWELL BROWN, MD., Dr. LOCHARD, MD., RHONDA MILLS, NURSE C. SHAW & Dr. DAVID ANDERSON, OD., | ) |
| Defendants. | ) |

### PLAINTIFF'S FIFTH SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRA FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRUBMAN AND JULIUS FLAGG

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff AARON MCCROY, by and through his attorneys, LONDRIGAN, POTTER & RANDLE, PC., request Defendant, THE ILLINOIS DEPARTMENT OF CORRECTIONS, et al, to respond



within 30 days after service to the following requests:

## Requests

1.  Any and all documents that include a job description or protocol for all Illinois Department of Corrections employees/deposition witnesses not previously produced.

2.  Any and all "collaborative agreements" between WEXFORD physicians and the nurse practitioner(s) at WICC in the years 2002 - 2004.

3.  Any and all minutes, memoranda, and/or reports on the 2002 Quarterly Health Service meetings.

4.  All written communications not previously produced from the Western Illinois Correctional Center staff, assistant warden(s), or acting warden(s) and other supervisory employees of IDOC relating to the care, treatment and placement of the plaintiff, Aaron McCroy, to each of the following between December 1, 2002 and February 1, 2005.

    a)  Debra Fuqua
    b)  Nurse Rhonda Mills
    c)  Dr. Hughes Lochard
    d)  Dr. Lowell Brown
    e)  Dr. Stanley Simms

5.  All written communications not previously produced from the IDOC Supervisory employees outside Western Illinois Correctional Center, Director Roger E. Walker, Jr., all Deputy Directors, and Dr. Willard Elyea, Wexford Medical Director, relating to the care, treatment and placement of the plaintiff, Aaron McCroy, to each of



the following between December 1, 2002 and February 1, 2005.

      a)    Warden Terry Polk
      b)    Warden Kevin Winters
      c)    Warden Dennis Hockaday
      d)    Warden David Schnepel
      e)    Assistant Warden Sandra Funk
      f)    Lieutenant Philip Crary
      g)    Debra Fuqua
      h)    Nurse Rhonda Mills
      i)    Dr. Hughes Lochard
      j)    Dr. Lowell Brown
      k)    Dr. Stanley Simms

     6.    Complete McCroy Grievances and resultant actions taken thereon during Aaron McCroy's incarceration at WICC.

                     AARON McCROY, Plaintiff,
                     BY:   LONDRIGAN, POTTER, & RANDLE,, P.C.

                     BY: _____
                           THOMAS F. LONDRIGAN

Thomas F. Londrigan
Londrigan, Potter, & Randle, P.C.
P.O. Box 399
Springfield, IL 62705
217-544-9823
217-544-9826 (fax)



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY,<br>    Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPARTMENT OF<br>CORRECTIONS et al.,<br>    Defendants. | )<br>)<br>)<br>)    NO. 02-3171<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served one copy of the following document:

**PLAINTIFF'S FIFTH SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRA FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRUBMAN AND JULIUS FLAGG**

by facsimile and by placing same in U. S. Mail from Springfield, Illinois, on March 15, 2007, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687
Fax: (217)523-3902

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL  62525-0560
Fax: (217) 428-5790

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706
Fax: (217) 524-5091

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL  62274
(VIA: 1st Class Mail only)



By: s/Thomas F. Londrigan
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
Fax: (217) 544-9826

