E-FILED
Monday, 26 March, 2007 02:31:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al., ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served one copy of the following document:

**PLAINTIFF'S RESPONSE TO
IDOC DEFENDANTS' INTERROGATORIES**

by placing same in U. S. Mail from Springfield, Illinois, on March 26, 2007, plainly addressed to the following at the following addresses:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Mr. Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
236 N. Water Street
P. O. Box 560
Decatur, IL 62525-0560

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

Aaron McCroy, Reg. #N51882
P. O. Box 999
Pinckneyville, IL 62274

By: s/Thomas F. Londrigan
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823