IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    02-cv-3171 |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

<u>**MOTION TO DETERMINE THE ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSION DIRECTED TO THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW, CORRECTIONAL OFFICER KELLERMAN, CORRECTIONAL OFFICER JUDITH WILSON, PAMELA A. GRUBMAN, JULIUS FLAGG, (all in their official and individual capacities)**</u>

Plaintiff, AARON MCCROY, by and through his attorney, LONDRIGAN POTTER & RANDLE, moves pursuant to Fed. R. Civ. P. 36(a) to Determine the Answers to Plaintiff's Requests for Admission Directed to Defendants Illinois Department Of Corrections, Roger E. Walker, Jr., (in his official capacity only), Dennis Hockaday, Kevin Winters, Terry Polk, David Schnepel, Sandra Funk, Debrah Fuqua, Lieutenant Law, Correctional Officer Kellerman, Correctional Officer Judith Wilson,

Pamela A. Grubman, Julius Flagg, (all in their official and individual capacities), and in support states as follows:

1. On January 31, 2007, Plaintiff served upon all defendants Requests for Admissions that included two hundred thirty six (236) requests to admit facts, genuineness of documents and contents of documents. (Attached as Exhibit "A.")

2. On March 15, 2007, Plaintiff received the Response to Request for Admissions from Defendants Illinois Department Of Corrections, Roger E. Walker, Jr., (in his official capacity only), Dennis Hockaday, Kevin Winters, Terry Polk, David Schnepel, Sandra Funk, Debrah Fuqua, Lieutenant Law, Correctional Officer Kellerman, Correctional Officer Judith Wilson, Pamela A. Grubman, Julius Flagg, (all in their official and individual capacities) (hereinafter collectively known as "IDOC Defendants"). (Attached as Exhibit "B.")

3. As answers to Requests numbered 2, 3, 4, 8, 12, 17, 25, 27, 31, 33, 36, 42, 45, 47, 52, 56, 59, 66, 67, 80, 88, 113, 118, 120, 123, 125, 127, 128, 131, 132, 137, 138, 139, 142, 150 to 156, 162, 163, 178, 180, 182 to 186, 194, 196, 203, 207, 208, 211, 212, 213, 229, 233, and 235 IDOC Defendants answered "[d]efendants lack knowledge to either admit or deny the allegations in paragraph (request number)" as a whole or partial response to the request.

4. These responses are improper and should be deemed admitted.

5. Accompanying this Motion is a Memorandum of Law that more fully sets forth the reasons why this Motion should be allowed and the exact documents in dispute.

WHEREFORE, Plaintiff prays that the Court enter an Order indicating that Requests Numbered 2, 3, 4, 8, 12, 17, 25, 27, 31, 33, 36, 42, 45, 47, 52, 56, 59, 66, 67, 80, 88, 113, 118, 120, 123, 125, 127, 128, 131, 132, 137, 138, 139, 142, 150 to 156, 162, 163, 178, 180, 182 to 186, 194, 196, 203, 207, 208, 211, 212, 213, 229, 233, and 235 are deemed admitted.

AARON McCROY, Plaintiff,

By: /s/ Carissa A. Haning
Carissa A. Haning Bar Number: 627923
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O. Box 399
Springfield, Illinois 62705
Tel: (217) 544-9823 Fax: (217) 544-9826
E-Mail: carissa@lprpc.com

## Certificate of Service

The hereby certify that on March 30, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: /s/Carissa A. Haning

Carissa A. Haning
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
carissa@lprpc.com