```
M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOT.
SID/IL44336060
ATN/MOTE
  THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-
IL44336060 BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    ILLINOIS STATE POLICE
              CRIMINAL HISTORY RECORD INFORMATION
STATE ID NO.  FBI NO.  CHICAGO IR NO.  DATE REQUESTED
STATE USE ONLY  DATE: 07/24/2002 ORI: IL099015C TYPE: 0000 TCN:
-ILLINOIS-STATE-POLICE
  INFORMATION _TECHNOLOGY COMMAND
  260 NORTH CHICAGO STREET
  JOLIET, IL 60432-4075
  CRIMINAL HISTORY OF: DURHAM, BRANDON JERMAINE     (LAST KNOWN NAME)
  STATE IDENTIFICATION NUMBER :  IL 44336060
  CONVICTION STATUS : PENDING DISPOSITION OR UNKNOWN
  CUSTODIAL STATUS:   DATE:
  ALIAS NAME(S)  DATE OF BIRTH
  DURHAM,BRANDON JER
  DURHAM,BRANDON JERMAINE
  SUBJECT IDENTIFICATION DATA
  SEX:   MALE
  RACE:  BLACK
  HEIGHT:  509  DATE REPORTED: 03/05/2000  FBI#: 745662MB3
  WEIGHT:  149  DATE REPORTED: 03/05/2000  CHICAGO IR#:
  EYES:   BROWN
  HAIR:   BLACK
  SKIN:   DARK
  SCARS/MARKS/TATOOS  PLACE OF BIRTH  DRIVERS LICENSE NUMBER  DL STATE
                      ILLINOIS                                IL
  SOCIAL SECURITY NUMBER  MISCELLANEOUS NUMBER  PALM PRINTS AVAILABLE

  PHOTO AVAILABLE  IDOC#  FOID#  INS#
  AURORA POLICE DEPARTMENT
  OCCUPATION  DATE REPORTED
  EMPLOYER  DATE REPORTED
  BASIS FOR CAUTION  DATE REPORTED
  CRIMINAL HISTORY DATA
  ------------------------------------------------------------------
  ARREST
  DCN: L39799527  DATE OF ARREST: 03/27/2002
  NAME: DURHAM, BRANDON JERMAINE  DATE OF BIRTH:
  RESIDENCE:

  END OF PAGE 001 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOTE
SID/IL44336060
  (CONTINUED FROM PREVIOUS RESPONSE)

  ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
  AGENCY CASE #: 119003   OFFICER BADGE #: 240   PHOTO AVAILABLE: YES
  INDICTMENT #: 2002-007249
  ARREST CHARGES
  COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
  1      720 ILCS 5.0/18-2-A-1  ARMED ROBBERY/NO FIREARM  O  2
  ARREST TYPE: ON-VIEW ARREST  DATE OF OFFENSE:
  BOND INFORMATION
  DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:
  ------------------------------------------------------------------
  ARREST
  DCN: L27015771  DATE OF ARREST: 04/27/2001
  NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
  RESIDENCE:

  ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
  AGENCY CASE #: 103003   OFFICER BADGE #: 111   PHOTO AVAILABLE: YES
  INDICTMENT #: 2001-009577
  ARREST CHARGES
  COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
  1      720 ILCS 5.0/12-30-A  VIOLATE ORDER OF PROTECTION  O  2
  ARREST TYPE: BOND FORFEITURE WARRANT  DATE OF OFFENSE:
  COURT CASE #: 01CM2458
  COUNTY ISSUING WARRANT: KANE
  BOND INFORMATION
  DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:
```



PLAINTIFF'S EXHIBIT
A
Part 2

EXHIBIT
A

```
ARREST
DCN: L27015586   DATE OF ARREST   4/25/2001
NAME: DURHAM, BRANDON JERMAINE     DATE OF BIRTH:
RESIDENCE:
ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
AGENCY CASE #: 102869   OFFICER BADGE #: 216   PHOTO AVAILABLE: YES
END OF PAGE 002 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOTE
SID/IL44336060
(CONTINUED FROM PREVIOUS RESPONSE)

INDICTMENT #: 2001-009591
ARREST CHARGES
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/12-30-A-2   VIOLATE ORDER OF PROTECTION  O  A
ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE:
BOND INFORMATION
DATE BONDED:    BOND RECEIPT#:     BOND AMOUNT:    BOND DEPOSIT:
STATES ATTORNEY SECTION
FILING DECISION: FILED   DECISION DATE: 04/25/2001
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/12-30-A-2   VIOLATE ORDER OF PROTECTION  O  A
AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
----------------------------------------------------------------------
ARREST
DCN: L14152570   DATE OF ARREST: 02/13/2000
NAME: DURHAM, BRANDON JERMAINE     DATE OF BIRTH:
RESIDENCE:
ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
AGENCY CASE #: 20003794   OFFICER BADGE #: 317   PHOTO AVAILABLE: NO
ARREST CHARGES
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/31-1  RESIST PEACE OFFICER  O   A
ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE: 02/13/2000
BOND INFORMATION
DATE BONDED:    BOND RECEIPT#:     BOND AMOUNT:    BOND DEPOSIT:
STATES ATTORNEY SECTION
FILING DECISION: FILED   DECISION DATE: 02/13/2000
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/31-1  RESIST PEACE OFFICER  O   A
AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
FILING DECISION: FILED   DECISION DATE: 02/13/2000
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
2      720 ILCS 5.0/31-1  RESIST PEACE OFFICER  O   A
END OF PAGE 003 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOTE
SID/IL44336060
(CONTINUED FROM PREVIOUS RESPONSE)

AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
======END OF RAPSHEET======
STATE  USE  ONLY
----------------------------------------------------------------------
END OF PAGE 004 -- END OF RECORD
```

```
OERCR112              ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        1
                         OFFENDER TRACKING SYSTEM               DATE: 07/25/02
AS OF DATE: 07/25/02        EXECUTIVE SUMMARY                   TIME: 10:28:48


IDOC#: R14349   DURHAM, BRANDON J.           P A NRC-H3-F -12


-------------------------------- S U M M A R Y ----------------------------------

INMATE DURHAM IS A 21 YEAR OLD BLACK MALE RECEIVED ON 07/24/02 AT STATEVILLE
RECEPTION CENTER AS A DIRECT FROM COURT ADMISSION.  THE CURRENT HOLDING OFFENSE
IS ARMED ROBBERY, (A CLASS X FELONY), WITH A SENTENCE OF 6 YEARS. THE
COMMITTING COUNTY IS KANE.

INMATE DURHAM IS SERVING SENTENCES FOR:
        OFFENSE                         MIT ADMT   TIME TO SERV   CLS   CNTS   CC/CS
                                        --------   ------------   ---   ----   -----
------------------------------------    --------   ------------   ---   ----   -----
*ARMED ROBBERY                          07/24/02   0006 00 0000    X     1     CC


CURRENT:
   ADMIT TYPE:    DIRECT FROM COURT           ADMIT DATE: 07/24/2002
   PROJ MSR DATE: 03/24/2005                  PROJ DISC:  03/24/2008
   LAST CALC DATE: 07/24/2002


------------------------- I D E N T I F I C A T I O N -------------------------

HEIGHT:        5 FT.   9 IN.           IR:
WEIGHT:        160 LBS.                BOI:
BIRTHDATE:              AGE: 21        FBI:
BIRTHPLACE:    ILLINOIS                SSN:

                                       DCN #1:  L23700080
RACE:          BLACK                   DCN #2:
ETHNIC PREF:                           DCN #3:
HAIR COLOR:    BLACK                   DCN #4:
EYE COLOR:     BROWN

---- LOCATION MARKS/SCARS ----        -- DESCRIPTION OF MARK/SCAR--


------------------------- E D U C A T I O N -------------------------

LAST SCHOOL:   N/A                     IQ SCORE:
                                       TEST DATE:
                                       TABE SCORE:
                                       TEST DATE:
LAST GRD COMP:                         HS DIP/GED:  NO
```



EXHIBIT

B

07/29/02                          TRANSFER IN REVIEW SHEET
                                  INSTITUTION: HILL

IDOC #: R14349 DURHAM, BRANDON J.          2 A L  HIL-OR-01-53·  MSR DATE
RACE: BLACK                    NOTIFY VICTIM? NO                  03/24/2005
SEX REGISTRY: NO

OFFENSE:                           CLASS MAX SENTENCE  MIN SENTENCE
ARMED ROBBERY                        X  0006 00 0000  0006 00 0000 CC

COMMITTING COUNTY:  KANE           ADMIT DATE:  07/24/2002
INST RECEIVED FROM:  STATEVILLE    ADMIT TYPE:  DIRECT FROM COURT
MARITAL STATUS:                    TRANSFER TYPE:  GEN OFFICE REQUEST

GRANTED MGT:    0    GRANTED SMGT:    0    TIME REVOKED    :    0
PENDING MGT:    0    PENDING SMGT:    0    PENDING REVOKED:    0
DENIED MGT :    0    DENIED SMGT :    0

EARN TIME ELIG: NOT ELIGIBLE · PGM SET

DOB:  ▆▆▆▆▆  AGE:  21          OUTST WRNT? NO
MEDICAL: NO                     KEEP SEPARATE FROM LIST? NO
DISCIPLINARY ASGN: YES          COURT FINDING: NO

STG:
*******************************************************************************
                          FILE REVIEW

SPECIAL CONCERNS:  (IE, MEDICAL/EMOTIONAL PROBLEMS; NEGATIVE INSTITUTIONAL
ADJUSTMENTS, ETC.)

Action Order of Protection — expires 4-24-03
Protected persons → Evita Houston, Xavier White,
Simone Houston
Arrested Vio OOP 4-27-01
Drug & alcohol abuse

REVIEWING COUNSELOR:  C. Wood              DATE:  7-30-02


EXHIBIT
C

:00087

# IDOC INTERNAL CLASSIFICATION FORM
## MAXIMUM SECURITY FACILITES

I.    BACKGROUND DATA

Interview Date: 07-30-02    Current Facility: HIL
     Month, Day, Year

Inmate's Name: Dunham Brandon    IDOC Number: R14349

Primary Offense: Armed Robbery    Class: X    Sent. Length: 6 yrs

IDOC Admit Date: 7-24-02    MSR/MAX Date: 3-24-05

Current Age: 21    Transferred From: NRC    Transfer Date: 07-29-02
                   Month, Day, Year

Transfer Reason: _____ Disciplinary    _____ Inmate Request
        _____ Medical    _____ Keep Separate From
        ✓ Initial Class    _____ PC to Gen Pop
        _____ Other

Type of Internal Classification Review: ✓ Initial _____ R/class

Current Classification/Supervision and Disciplinary Grade Information
(Circle the current designation for each item listed below)

Escape Level:  (L:)  M:  H:  EXH:
Security:  MN:  (MD:)  MX:
Grade:  (A:)  B:  C:

Enemies checked by: _____ Interview  ✓ OTS  _____ Other

Number of known enemies at this correctional center: __0__

If there are known enemies at this correctional center, please list below:

| 1. | | 4. | | |
|----|----|----|----|----|
| Name | IDOC# | Name | | IDOC# |
| 2. | | 5. | | |
| Name | IDOC# | Name | | IDOC# |
| 3. | | 6. | | |
| Name | IDOC# | Name | | IDOC# |

II.    CRIMINAL AND BACKGROUND FACTORS

A.    Current Security Level:    Maximum – 2 pts., Medium – 1 pt., Minimum – 0 pts.    1

B.    Current Offense(s) Involved Violence Against Others: (If yes and time served less than 1 year, score 6 pts. If yes and time served 1 year or more, score 2 pts. If no, score 0 pts.) —

C.    Current Detainer/Warrant for Violence Against Others: (Do not score convictions scored in B above): Yes = 1 pt., No = 0 pts.

D.    Current Age: Under 23 = 3 pts., 23-25 = 2 pts., 25-30 = 1 pt., 31+ = 0 pts.    3

Section II Subtotal    10

HILL C.C.
RECEIVED
[illegible] 6 2002
RECORDS OFFICE

EXHIBIT
D

: 00086

III. INSTITUTIONAL ADJUSTMENT FACTORS

A. Failure to Adjust to Min/Med Facility During Past Two Years (if involved in assault, score 3 pts., if involved in fighting, score 2 pts., otherwise score 1 pt., if no failure, score 0 pts.)

B. Segregation to Segregation Transfers During Past Two Years (if yes, score 5 pts., if no, score 0 pts.)

C. Maximum Security Segregation Placements Past 2 Years: (Indicate whether a segregation placement has occurred for the offenses listed in the table below. Calculate total points using the appropriate weights for each offense and time frame shown in each cell of the table.)

SEG DAYS

| TYPE OF INCIDENTS | 31-90 Days | | 91-180 Days | | 181+ Days | |
|---|---|---|---|---|---|---|
| Incident Time Frame | Last 12 months | 13-24 months | Last 12 months | 13-24 months | Last 12 months | 13-24 months |
| 1. Staff Assaults | 6 | 4 | 8 | 6 | 10 | 8 |
| 2. Inmate Assaults | 6 | 4 | 8 | 6 | 10 | 8 |
| 3. Dangerous Disturbance | 6 | 4 | 8 | 6 | 10 | 8 |
| 4. Fighting | 6 | 4 | NA | NA | NA | NA |
| 5. Threat or Intimidation | 6 | 4 | 8 | 6 | NA | NA |
| 6. Dangerous Contraband | 6 | 4 | 8 | 6 | 10 | 8 |
| 7. Violent State/Federal Violations | 6 | 4 | 8 | 6 | 10 | 8 |
| 8. Arson | 6 | 4 | 8 | 6 | 10 | 8 |
| 9. Gang Activity | 6 | 4 | 8 | 6 | NA | NA |
| Total Points | | | | | | = |

Section III Subtotal

TOTAL SCORE (Sections II, III)

IV. ASSESSED CLASSIFICATION LEVEL:

A. Scored Aggression Level: (Circle One)　　LOW 0-5 pts.　　MODERATE 6-11 pts.　　HIGH 12+ pts.

B. Recommended Aggression Level: (Circle One)　　LOW 0-5 pts.　　MODERATE 6-11 pts.　　HIGH 12+ pts.

C. If Different From Scored Level, Reasons If Any: _____

D. Screened by: _____  Date: 7-30-07  Mo., Day, Year

E. Reviewed by: _____  Date: 8-1-07  Mo., Day, Year

F. Concur _____ Nonconcur _____

G. If Different from Recommendation, Reasons If Any: _____

H. Final Aggression Level Designation:　Low　Moderate　High

I. Next Scheduled Review: _____  Effective Date: 6/04
Mo., Day, Year

Incident #: 200303041 - HIL                                Status: Final

| Date | Ticket # | Incident Officer | Location | | Time |
|------|----------|------------------|----------|---|------|
| 01/18/2003 | 1 | BIRD, TROY R | R1 HOUSE, WING C | | 6:27 PM |

| Offense | | Violation | | Final Result |
|---------|--|-----------|--|--------------|
| 307 | Comments: | Unauthorized Movement DAYROOM POLICY Disobeying a Direct Order | | Guilty |
| 403 | Comments: | REFUSED HOUSING | | Guilty |

**Witness Type**    Witness Id    Witness Name

**Witness Status**                    Witness Statement

o Witnesses Requested

RECORD OF PROCEEDINGS

I/R Read Inmate Durham plead guilty stated
I/m work in R-3 waiting on information about his diploma then he was moved to R-1 Inmate Durham stated when he moved
to R-1 he 2nd his cell mate wasn't getting along and told him to get out of the room, Inmate Durham stated he walked himself
due to he feared for his safety and wanted to avoid a fight.

BASIS FOR DECISION

The Committee finds Inmate Durham guilty based the following listed charges.
*The admission from the inmate he was refusing his housing due to conflict with his cell mate
*The observation by the reporting Officer of Inmate Durham refusing to return to his cell.

DISCIPLINARY ACTION (Consecutive to any priors)

Recommended:                                        Final:

Demotion to C Grade 1 Month(s)                      Demotion to C grade 1 Month(s)
Segregation 1 Month(s)                              Segregation 1 Month(s)
Loss of Commissary 1 Month(s)                       Loss of Commissary 1 Month(s)

SIGNATURES

Hearing Committee

CAROTHERS, JAMES M - Chair Person        Signature _____  Race  WHITE

SABENSTER, CLIFFORD                      Signature _____  Race  BLACK

Recommended Action Approved

FINAL COMMENTS:
(1)
(2)

Incident #: 2003003994/1 - HIL

Status: Final

ANDY JAMET / HAH
and Administrative Officer

Signature

01/23/2003
Date

he committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504, Subpart F.

RILEY, DEBRA   1

01/26/2003   12:48 PM

mployee Serving Copy to Committed Person

When Served -- Date and Time

: 00154

State of Illinois - - Department of Correction
DISCIPLINARY REPORT

Page 1 of 1

☑ Disciplinary Report  1-25-03    ☐ Investigative Report
                        Date                              Date

Committed Person: Durham    No. R14349    Facility: Hill C.C.

Observation Date: 1-25-03    Time: 1100 pm    Location: See wing Cell 31

E. Anderson  9700    PRINT Employee's Name    Conad  1-25-03 1125 pm
                                                Employee's Signature/Time

Offense: 504 B  206 Intimidation or threats  304 Insolence

Observation: On the above date and approximate time
This Reporting officer heard screaming coming
from segregation cell 31. This Reporting officer went
to seg cell 31. Durham was in a very heated
arguement with Inmate [redacted] Durham stated
several times  I aint afraid of you, you big
pussy, I will fuck you up if you touch me.

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reason: _____

_____    _____
PRINT Name                        Shift Supervisor's Signature and Date
                                  (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

_____    _____
PRINT Name                        Signature/Date

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

Capt Nett    Capt Nett 1-28-03
PRINT Name                        Reviewing Officer's Signature and Date

☑ Reviewed by Hearing Investigator  D. Hahn    DLH  1/30/03
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on the form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a campus rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

S. G. Has  9773    _____    Committed Person Refused to Sign ☑    1-25-03  am/pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
                              Committed Person's Signature and Number

– – – – –  [DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING]  – – – – –

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report on _____
                                                                                              Date

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

_____
Committed Person's Name and Number

DC 7205 (Rev. 4/98)    Distribution: 1) Master File; 2) Committed Person;
IL 426-0361                3) Facility; 4) Facility


EXHIBIT
F

00151

STAT ᴏF ILLINOIS --- DEPARTMENT OF ᴄᴏRRECTIONS
ADJUSTMENT COMMITTEᴇ
FINAL SUMMARY REPORT

Run Date: 02/05/200

Name: DURHAM, BRANDON J.          IDOC #: R14349          Race: Black
Hearing Date/Time: 02/04/2003   08:38 AM          Living Unit: HIL-S-01-31          Orientation Status:   N/A
Incident #: 200300588/1 - HIL          Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 01/28/2003 | 1 | ANDERSON, EDWIN W | SEGREGATION | 11:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation or Threats | Guilty |
|  | Comments: CELLMATE |  |
| 304 | Insolence | Guilty |

| Witness Type | Witness Id | Witness Name |
|--------------|------------|--------------|
| Witness Status |  | Witness Statement |

No Witnesses Requested

RECORD OF PROCEEDINGS
  IDR Read Inmate Durham plead guilty.
  Stated, He and his cell mate did exchange heated words and the Officer did stop it before they fought.

BASIS FOR DECISION
  The Committee finds Inmate Durham guilty of the listed charges based on the following.
  *The observation by the reporting Officer of Inmate Durham and his cell mate in a heated verbal exchange.
  *His admission that he and his cell mate did have words and would have fought.

DISCIPLINARY ACTION  (Consecutive to any priors)
Recommended:                                          Final:

Demotion to C Grade 2 Month(s)                    Demotion to C grade 2 Month(s)
Segregation 1 Month(s)                            Segregation 1 Month(s)
Loss of Commissary 2  Month(s)                    Loss of Commissary 2  Month(s)

SIGNATURES
  Hearing Committee

  CAROTHERS, JAMES M - Chair Person                              WHITE
                                          Signature                Race
  SANGSTER, CLIFFORD D                                           BLACK
                                          Signature                Race

  Recommended Action Approved

FINAL COMMENTS:

EXHIBIT
G

: 00149

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 02/05/200

Name: DURHAM, BRANDON J

IDOC #: R14349

Race: Black

Hearing Date/Time: 02/04/2003   06:36 AM

Living Unit: HIL-S-01-31

Orientation Status:   N/A

Incident #: 200300588/1 - HIL

Status: Final

---

DANNY JAIMET / DAH

Signature

02/05/2003

Chief Administrative Officer

Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

HAHN,  DANIEL  E

02/05/2003   11:00 AM

---

Employee Serving Copy to Committed Person

When Served - - Date and Time

State of Ill. --- Department of Corrections

OR-27

Page 1 of 2

DISCIPLINARY REPORT

☒ Disciplinary Report 6/4/03 Date ☐ Investigative Report _____ Date

Committed Person: DURHAM No. R14349 Facility: HILL CC

Observation Date: 6/4/03 Time: APP 512p Location: WALK IN FRONT DIETARY

LT. D. HORNBACKO 9798 PRINT Employee's Name

Lt D Hornbeck CO 6/4/03 APP 730p Employee's Signature/Date/Time

Offense: 504 B 403 DISOBEYING DIRECT ORDER 304 INSOLENCE 206 INTIMIDATION OR THREAT

Observation: ON THE ABOVE DATE AND APP TIME THIS LT OBSERVED INMATE DURHAM R14349 EXIT DIETARY, WHILE EXITING THE BUILDING, HE WAS STUFFING HIS LEFT HAND THEN HIS RIGHT HAND DOWN THE FRONT OF HIS TROUSERS AS IF PUTTING SOMETHING INSIDE HIS CLOTHING. THIS LT STOPPED HIM AND ASKED HIM WHAT HE WAS STUFFING. HE REPLIED NOTHING. THIS LT DIRECTED HIM TO PULL HIS PANTS UP WHERE THEY BELONG. HE REFUSED. THIS LT THEN

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement ☐ Investigative Status Reasons: Seriousness of offense

CAPT R. GODWIN 723 KASS PRINT Name

Capt R Godwin 723 1288 6-04-03 Shift Supervisor's Signature and Date (For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer Comment: Affirmed placement _____ PRINT Name

A Allen 6-5-03 Signature/Date

☒ MAJOR, submitted to Adjustment Committee ☐ MINOR, submitted to Program Unit

CAPT R GODWIN 723 1288 PRINT Name

Capt R Godwin 723 1288 6-04-03 Reviewing Officer's Signature and Date

☒ Reviewed by hearing investigator: Riley PRINT Name B Riley 6-5-03 Signature and Date (Adult Division Major Reports Only)

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

X Brandon Durham R14349 Committed Person's Signature and Number ☐ Committed Person Refused to Sign

C Wilcutt MTS PRINT Serving Employee's Name

C Wilcutt MTS Serving Employee's Signature

6-5-03 Date 1155 Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____ Committed Person's Signature and Number

[DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING]

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____ Number/Cell/Title _____

Witness can testify to: _____

NAME OF WITNESS: _____ Number/Cell/Title _____

Witness can testify to: _____

Committed Person's Name and Number

**EXHIBIT H**

DC 7205 (Rev. 4/98) Distribution: 1) Master File; 2) Committed Person; IL 428-0061 3) Facility; 4) Facility

100145

State of Illinois - Department of Corrections
DISCIPLINARY REPORT/SUMMARY
(Continuation Page)

Page 2 of 2

☒ Disciplinary Report          ☐ Disciplinary Summary

Committed Person: DURHAM                    No. R14399

Offense Date: 6/4/03  Time: APPX 5:15 pm  Location: 108 DIETARY WALK FRONT  Facility: HILL CC

STATED TO INMATE DURHAM TO TURN AROUND SO HE COULD
BE PAT SEARCHED. FINDING NOTHING HIDDEN, THIS LT
DIRECTED DURHAM TO GET BACK INTO R2 B WING CHOW LINE
RETURNING TO R2 FROM DIETARY. DURHAM THEN STATED IN
A BELIGERANT TONE OF VOICE, OFFICER WHAT YOU DOIN ME
LIKE THAT! THIS LT REPLIED TO DURHAM THAT HE WAS NOT
TALKING TO AN OFFICER. DURHAM STATED ALRIGHT WHITE
SHIRT! THIS LT NOT GETTING DURHAM TO GET BACK
IN LINE VERBALLY, GRABBED HIS RIGHT ARM TO DIRECT
HIM BACK TO HIS LINE TO RETURN TO R2 HOUSE.
DURHAM THEN JERKED HIS ARMS UP AND STATED
DON'T PUT YOUR HANDS ON ME.
THIS LT THEN DIRECTED DURHAM TO TURN
AROUND AGAIN AND TO CUFF UP. INMATE DURHAM
WAS CUFFED AND ESCORTED TO SEG UNIT.

Reviewed by
Capt [signature] 725
6-24-03  R259

DC 7212 (EFF 4/98)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11812

: 00146

State of Illinois - Department of Corrections
**DISCIPLINARY REPORT**

Page 1 of 1

☐ Disciplinary Report _____ March 11, 2004 _____    ☐ Investigative Report _____    Date _____
Date

Committed Person: _____ DURHAM, BRANDON No. _____ R14349 _____    Facility: _____ Hill Correctional Co.

Observation Date: _____ 3-11-04 Time: _____ 9:00 AM _____    am/pm Location: _____ Operations / Internal Affairs

Lt. D. Price 9875    _Lt. D. Price_    March 11, 2004 9:00 AM
PRINT Employee's Name                    Employee's Signature/Date/Time

Offense: 504 B    301 Fighting / 601 Aiding and Abetting, Attempt, Solicitation or Conspiracy
C

Observation:    On March 8, 2004 at approximately 1:15 PM inmates DURHAM R14349 and K███████ wer
playing basketball while located on the East basketball court in the Hill C.C. gymnasium which resulted in a
verbal and physical altercation. Three Confidential Sources were interviewed regarding this verbal and physi
altercation who substantially stated the following: The Confidential Sources stated that they observed DURH
and K███ engage in a heated verbal argument at which time DURHAM threw the basketball striking K███ in t
body. The Confidential Sources stated that DURHAM stated "Come on, let's go." At which time K███ replie
"Let's take it back to the house." The Confidential Sources stated that DURHAM then approached K███ in an
aggressive manner with closed fists with K███ reacting by striking DURHAM once in the face with a closed f

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name                    Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

_____
PRINT Name                    Signature/Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Pro    Unit: _____
D. Scott                    _____ 546 29-6 _____ 3/11/0
PRINT Name                    Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator    D. Hahn
(Adult Division Major Reports Only)    PRINT Name                    Signature and Date    3/15/04

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material
such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCI**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may a
along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and spe
filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have sta
prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of
be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay

_____
Committed Person's Signature and Number
S. Ginks 9773    _____    Committed Person Refused to Sign ☑
PRINT Serving Employee's Name    Serving Employee's Signature    3-11-04    9:40 am/pm
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

EXHIBIT
I

## STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTE
## FINAL SUMMARY REPORT

Run Date: 03/18/2004

Name: DURHAM, BRANDON J.
Hearing Date/Time: 03/17/2004   08:45 AM
Incident #: 200401163/1 - HIL

IDOC #: R14349
Living Unit: HIL-OR-01-32
Status: Final

Race: Black
Orientation Status:   N/A

RECEIVED
Clinical
Services

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 03/11/2004 | 1 | PRICE, DUANE A | OPERATIONS | 9:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 601.301/Conspiracy | Fighting | Guilty |
| | Comments: Provoked and Hit Inmate | |

| Witness Type | Witness Id | Witness Name | |
|---|---|---|---|
| Witness Status | | Witness Statement | |
| Inmate | G███████ | | Requested By Inmate |
| Witness was called | | Inmate G█████ stated he did see Inmate K██ shove Inmate Durham before the incident occurred. | |

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

_____

Hearing Investigator

### RECORD OF PROCEEDINGS

'DR Read Inmate Dur███ plead Not guilty. Stated Inmate K██ pushed him to the ground. Inmate Durham did admit he pushed back and did hit Inmate K██ only to defend himself stated he has had trouble with Inmate K██ for a long time not getting along and Inmate Durham stated Inmate K██ was always trying to engage him into a confrontation.

### BASIS FOR DECISION

The Committee finds Inmate Durham Guilty for the Charge 301 for fighting as well as the Charge 601 for provoking the incident based on the Following.
*Inmate Durhams admission during the hearing he did hit Inmate Kyle.
*Internal Affairs appeared before the Committee and provided testimony from Confidential Sources who's names are being withheld for their safety and has been used in past incidents therefore is deemed reliable was interviewed separately and their testimony corroborated that Inmate Durham was engaged in a heated argument while playing basketball in the Gym which Inmate Durham threw the basketball and struck inmate K██ in the body which Inmate Durham then stated "come or lets go" which after they returned to the unit Inmate Durham was observed approaching inmate K██ with closed fists which both Inmates exchanged closed fist blows.
*Inmate Durhams injuries was that consistent with a fight and was positively identified by Photo I.D.card and I.D number and was in the area where the incident occurred.

### DISCIPLINARY ACTION   (Consecutive to any priors)

Recommended:

Demotion to C Grade 1 Month(s)
Segregation 1 Month(s)
Revoke GCC or SGT 1 Month(s)
Other : TRANSFER(Nature of fight)

Final:

Demotion to C grade 1 Month(s)
Segregation 1 Month(s)
Revoke GCC or SGT 1 Month(s)
Other : TRANSFER(Nature of fight)

**EXHIBIT J**

### SIGNATURES

Hearing Committee

CAROTHERS, JAMES M - Chair Person

SANGSTER, CLIFFORD D

Signature _____   WHITE   Race

Signature _____   BLACK   Race

Recommended Action Approved

: 00066

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 03/18/200

Name: DURHAM, BRANDON J.

IDOC #: R14349

Race: Black

Hearing Date/Time: 03/17/2004   08:45 AM

Living Unit: HIL-OR-01-32

Orientation Status:   N/A

Incident #: 200401183/1 - HIL

Status: Final

FINAL COMMENTS:

DONALD A HULICK / DAH

03/17/2004

Chief Administrative Officer

Signature

Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

HAHN,  DANIEL  E

03/18/2004   01:09 PM

Employee Serving Copy to Committed Person

When Served - - Date and Time

```
OERTR113              ILL  DIS DEPARTMENT OF CORRECTI  S          PAGE        1
                         OFFENDER TRACKING SYSTEM:TR         RUN DATE: 03/24/0
AS OF DATE: 03/24/04        TRANSFER REPORT                  RUN TIME:  9.48.4

NAME:DURHAM, BRANDON J.     CURRENT LOCATION: HILL
IDOC #:R14349              CURRENT SECURITY: MEDIUM              SEX:    MALE
TRANSFER ID #: 002
```

1. TYPE OF ACTION: TRANSFER ONLY    X       CURRENT TRANSFERS:   APPROVED    00
      RECLASSIFICATION AND TRANSFER                           PENDING     01

2.TYPE OF TRANSFER:   3.TRANSFER FROM:   4.TRANSFER TO:   5.OK'D BY MEDICAL DEPT?
                                                               YES    X    NO

      REQUEST          GEN POP            GEN POP
      INMATE           DIS SEG    X       DIS SEG    X    6.INMATE WANTS TRANSFER
      INST             PRO CUS            PRO CUS             YES        NO
      GN OFF           INVEST             INVEST         NEUT    X    UNK
      EMERGENCY        MSU                MSU
   X  DISCIPLINARY     DIX STC            DIX STC        7.TRANSFER HISTORY
      ADMINISTRATIVE   WK CAMP            DIX PSY
      ADJUSTMENT       CCC                CCC               TOTAL TRANSFERS 001
      OTHER            OTHER              OTHER             DISC. TRANSFERS 000
                                                           TRANSFER DENIALS 000

8. REQ / REC  PLACEMENT (NAME/CODE)  WESTERN ILLINOIS               / WIL

      APPROVED PLACEMENT (NAME/CODE)  _Western Illinois_        / WIL

9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
GOOD ADJUSTMENT          POOR ADJUSTMENT          DISCIPLINARY   X
ADMINISTRATIVE           EDUC/VOC                 OTHER PROGRAM
MENTAL HEALTH            MEDICAL                  VISITATION
BEDSPACE                 OTHER

COMMENTS:

IM DURHAM IS BEING SUBMITTED FOR A DISCIPLINARY
LEVEL 2 TRANSFER TO WESTERN ILLINOIS CC.  IM
PROVOKED A CONFRONTATION AND FIGHT WITH IM KYLE
K62180. IM KYLE STRUCK IM DURHAM ONE TIME IN THE
FACE W/CLOSED FIST. NO INJURIES NOTED. KSF NOTED.
IM DURHAM REC'D. 1 MO ATB AND A LEVEL 2 TRANSF.

10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                              MINIMUM  MEDIUM  MAXIMUM
CURRENT SECURITY/DATE  :    2      (07/26/02)             X
ASSESSED SECURITY/DATE :           (        )

CURRENT ESC RISK/DATE  :    L      (07/06/03)    X
ASSESSED ESC RISK/DATE :           (        )

      WARRANT FLAG/TYPE:      N                            X

      TIME TO MSR:     0 YRS  6  MOS                       X
TIME TO BOARD DATE:    0 YRS  0  MOS

   >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<                X

   >>>EXCEPTION TO CRITERIA REQUESTED<<<
```

EXHIBIT

R

: 00054

```
OERTR113              ILL  IS DEPARTMENT OF CORRECTI            PAGE      2
                      OFFENDER TRACKING SYSTEM:TR           RUN DATE: 03/24/0
AS OF DATE: 03/24/04        TRANSFER REPORT                 RUN TIME:  9.48.4

NAME:DURHAM, BRANDON J.      CURRENT LOCATION: HILL
IDOC #:R14349               CURRENT SECURITY: MEDIUM        SEX:   MALE
TRANSFER ID #: 002
```

************************************************************************

11. RATIONALE FOR TRANSFER:                14. PREV NEG ADJ AT REQ FACILITY
     1. THREAT TO INST SECURITY            15. CRITICAL MENTAL HEALTH NEEDS
     2. ESCAPE RISK DESIGNATION            16. CRITICAL MEDICAL NEEDS
     3. ADDITIONAL OBSERVATION NEEDED      17. SUBSTANCE ABUSE
     4. TIME TO MSR/MAX RELEASE DATE       18. PROXIMITY TO INMATE'S NEEDS
     5. ADDITIONAL INFORMATION            19. PC/SAFEKEEPING
     6. FELONY/IMMIGRATION WARRANTS        20. CRIMINAL HISTORY
     7. SERIOUS NATURE OF OFFENSE          21. INSUFFICIENT REASON FOR TRANSFER
     8. NATURE OF OFFENSE                  22. BEDSPACE NEEDS
     9. OVERALL POSITIVE ADJUSTMENT        23. APPROPRIATELY PLACED
    10. OVERALL NEGATIVE ADJUSTMENT        24. TRANSFER REASONS CITED ON PAGE 1
    11. RECENT POSITIVE ADJUSTMENT         25. OTHER_____
    12. RECENT NEGATIVE ADJUSTMENT         26. INMATE REQUEST WITHDRAWN
    13. PAST FAILURE IN REDUCED SECURITY   27. DENIED CCC/REVIEW ED

************************************************************************

12. STAFF REVIEW
    REQ / REC PLACEMENT(NAME/CODE) >>>>> _Western IL_ / _WIL_

|  | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|---|---|---|---|---|---|---|
| PREPARING COUNSELOR | Johnston | M II | 2814 | 3-24-04 | WIL | 24 |
| SUPE   SOR | | CSS | 1197 | 325 1 | WIL | 24 |
| ASN OFF/CHM | | | | | | |
| ASN COM | | | | | | |
| ASN COM | | | | | | |
| UNIT SUPT | | | | | | |
| AW/PROG | | AWP | Bon | 3-25-04 | WIL | 24 |
| AW/OPS | | | | | | |

************************************************************************

13. WARDEN  ACTION:
        TRANSFER:   APPROVED ___X___   DENIED _____   PLACEMENT _WIL_

        IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____
            _____      3-26-04
            WARDEN   SIGNATURE                     DATE
************************************************************************
                 INMATE STILL NEEDS DNA TEST
14. TRANSFER COORDINATOR  ACTION:
                                               FINAL
        TRANSFER:   APPROVED _____   DENIED _____   PLACEMENT _WIL_

        IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN   RATIONALE : _____
                                        ___      3-31-04
        TRANSFER COORDINATOR  SIGNATURE          DATE
```

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

INCIDENT REPORT

Institution/Program: WESTERN ILLINOIS C.C.    Date and Time of Incident: 7/23/04    255/pm

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒    B. Were Restraints/Force Used: YES ☐ NO ☒    C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐    E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☐ NO ☒    G. Were there Media Inquiries: YES ☐ NO ☐

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| DURNAM | R14349 | | | | |
| S██████ | ████████ | | | | |

Statement of Facts: (NARRATIVE)

ON THE ABOVE DATE + AP TIME I/m S████
+ I/m DURNAM R14349 WERE PLACED
IN INVESTIGATIVE STATUS FOR THE SAFETY + SECURITY
OF THIS INSTITUTION. I/ms ARE BEING INVESTIGATED
FOR A ALLEGED FIGHT IN R4A18 ON 7/23/04.
BOTH I/ms WERE POSITIVELY IDENTIFIED BY I.D.O.C. I.D.
SHIFT COMMANDER NOTIFIED. DC BOSS WRITTEN.

Placed in Seg
TS 6 later

Reporting Employee    A.C. JENNINGS #10124    7/23/04
Date/Time    Person Calling in Report    Person Accepting Report    7-23-0
Date/Time

Administrative Assessment:

Chief Administrative Officer    Date/Time

EXHIBIT
tabbies®
20

Distribution:    Director
                 Deputy Director of Appropriate Division
                 Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints...)
File

00123

State of Illinois—Department of Corrections
## DISCIPLINARY REPORT

Page 1 of 2

☒ Disciplinary Report  07/25/2004          ☐ Investigative Report
Date                                         Date

Committed Person: Durham        No. R1434°        Facility: Western Illinois C.C.

Observation Date: 07/23/2004    Time: 12:30 ☐am ☒pm    Location: R4a15

C/O Jennings #10134 _____ _____ 07/25/04 09:30 ☒am ☐pm
PRINT Employee's Name        Employee's Signature        Date    Time

☒ A
Offense: 604 ☐ B  301 Fighting
☐ C

Observation: On 7-23-04, R4 staff received information from a confidential source, alleging that R4A18 occupant, I/M
S_____ and I/M Durham R14871 were involved in a argument, which escalated in to the occupants putting their hands
on each other in a aggressive manner in their cell at approximately 12:30pm. Both I/Ms were placed in investigative Status
on 7-23-04. Both I/Ms were interviewed, and through their own admittance, admitted to being involved in a heated argument,
during which I/M S_____ placed his hands in I/M Durham's face in a provacative manner several times. Durham reacted by
shoving S_____ hand away each time. Both I/Ms stated that no punches were thrown, but S_____ admitted putting

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement        ☐ Investigative Status
Reasons: _____ Nature of offense

Major McGee _____   Maj McGee   7/25/04
PRINT Name                              Shift Supervisor's Signature    Date
                                        (For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer  Comments: seriousness of the offense
LT. McDONALD _____  LT M Donald   7-25-04
PRINT Name                              Signature       Date

☒ MAJOR, submitted to Adjustment Committee      ☐ MINOR, submitted to Program Unit
LT McDONALD _____  LT M Donald   7-25-04
PRINT Name                              Reviewing Officer's Signature   Date

☒ Reviewed by Hearing Investigator:  C/O J. Aikman   C/O SA   7-26-04
(Adult Division Major Reports Only)  PRINT Name      Signature   Date

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant
physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that
witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed
and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment
Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to
prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges,
and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

_____   _____
Committed Person's Signature       Number

C/o Serving _____ C/o S_____  7-26-04  NF 515 ☐am ☒pm
PRINT Serving Employee's Name  Serving Employee's Signature  Date  Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____ _____ _____
                            Committed Person's Signature          Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                                    Date

NAME OF WITNESS _____  Number/Cell/Title _____

Witness can testify to _____

NAME OF WITNESS _____  Number/Cell/Title _____

Witness can testify to _____

_____
Committed Person's Name          Number

DC 0205 (Rev. 5/80)  Distribution:  1) Master File;  2) Committed Person;
IL 426—361                          3) Facility;  4) Facility

**EXHIBIT**
m

State of Illinois—Department of Corrections
### DISCIPLINARY REPORT

Page 2 of 2

☒ Disciplinary Report      ☐ Investigative Report

Committed Person: Durham _____ No. R14346 _____ Facility: Western Illinois C.C _____

Observation Date: 07/23/2004 _____ Time: 12:30 ___ ☐ am ☒ pm   Location: R4a18 _____

On his boots in preperation for a fight, and Durham admitted removing his false tooth as he was expecting to fight before R4 staff intervened. Despite the lack of punches being thrown a fight is substantiated as there was physical contact in a agressive situation between two cellmates. The confidential source is being deemed reliable due to the corroboration with the involved I/M's admissions. The name and number of the confidential source is being withheld for the safety and security of this institution. D.C. 434 written. Both I/Ms were positively identified by their IDOC IDs.

DC 7212 (Rev. 8-00)      Distribution:  1. Master File   2. Committed Person   3. Facility   4. Facility
IL 42n—11e12

ATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: WESTERN IL C.C. Date and Time of Incident: 8-2-04 Approx 12:45 Am

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☒ NO ☐  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| I/m DuRHAM | R11871 | | | | |
| I/m R███ | | | | | |

Statement of Facts: (NARRATIVE)

ON THE ABOVE DATE & APPROX TIME, THIS R/E HEARD TWO INMATES ON RECEIVING WING YELLING, AND THEN ONE INMATE YELLING "C.O. C.O. - CELL 14". THIS R/E RESPONDED TO RECEIVING CELL 14 (SEG CELL) TO FIND I/m DuRHAM R11871, STANDING AT THE CELL DOOR OBSERVATION WINDOW. I/m DuRHAM STARTING YELLING TO THIS R/E IN EXPLANATION, THAT HE CANNOT LIVE WITH HIS CELLIE, I/m R███ I/m DuRHAM STRESSED THAT HE AND I/m R███ ARE ABOUT TO GO TO BLOWS IF THEY ARE NOT SEPERATED. I/m DuRHAM STATED TO THIS R/E "I'm TIRED OF HIS (R███) SHIT, TELLING ⊕ me WHAT I CAN AN CANNOT DO." I/m DuRHAM ALSO STATED TO THIS R/E THAT I/m R███ "HE HAS ALREADY PUT HIS HANDS ON ME". THIS R/E NOTIFIED LT. BIGLEY - ZONE SUPERVISOR, TO 10-25 RECEIVING WING - VIA RADIO. LT. BIGLEY ARRIVED APPROX 2 MINUTES LATER HAVING THIS R/E CUFF UP I/m DuRHAM AND REMOVING HIM FROM REC. 14. AFTER A SHORT CONFERENCE WITH I/m DuRHAM, WITH LT. BIGLEY, LT. BIGLEY INSTRUCTED THIS R/E TO PLACE I/m DuRHAM INTO REC. 28, ALONG WITH HIS LEGAL PROPERTY BOX AND BEDDING.
D.C 7205 - ALSO COMPLETED

C/Om DEWITT #10068
Michael DeWitt  8-2-04/1:15Am
Reporting Employee  Date/Time  Person Calling in Report
G. Brian  Person Accepting Report  8-2-04 6/14 Date/Time

Administrative Assessment:

Chief Administrative Officer _____ Date/Time _____

Distribution: Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints force)
File

DC 434 (4/83)
IL 496-0410

**EXHIBIT**
tables
N



: 00120

(corrected copies sent 8/2/04)
(pages 1+2 given to I/M 8/2/04)          #20
State of Illinois – Department of Corrections    C/o Aulman    Page 1 of 2
**DISCIPLINARY REPORT**

☒ Disciplinary Report _8-2-04_ Date          ☒ Investigative Report _____ Date

Committed Person _F/m Durham_     No. _R14349 R14349_     Facility _WESTERN IL C.C._

Observation Date _8-2-04_ Time _APPROX 12:45_ am Location _REC 14_

PRINT Employee's Name _C/o DeWitt 10068_          _8/2/04 1:10 AM_ No Date     Employee's Signature/Date/Time

Offense # _(B) #206 - INTIMIDATION OR THREATS_

Observation: _ON THE ABOVE DATE & APPROX TIME THIS C/o WAS ASSIGNED TO SEGREGATION WING. HEARD TWO INMATES ON RECEIVING WING YELLING "C.O. C.O. - CELL 14". THIS C/o RESPONDED TO RECEIVING CELL 14 (SEG. CELL). F/m Durham ____ WAS STANDING AT THE CELL DOOR YELLING IN EXPLANATION THAT HE CANNOT LIVE IN THE SAME CELL WITH F/m R____. F/m Durham STRESSED THAT HE & F/m R____ ARE ABOUT TO GET ALONG - "I'M TIRED OF HIS (R____) SHIT", TELLING ME WHAT I CAN & CANNOT DO. THIS C/o NOTIFIED ZONE SUPERVISOR._

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement     ☐ Investigative Status     Reasons: _____

_____          _____
PRINT Name                               Shift Supervisor's Signature and Date
                                         (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer     Comment: _____

_____          _____
PRINT Name                               Signature/Date

☒ MAJOR, submitted to Adjustment Committee     ☐ MINOR, submitted to Program Unit     _G. Burns_ _8-2-04_
_G. Burns_                                                   Reviewing Officer's Signature and Date
PRINT Name

☒ Reviewed by Hearing Investigator     _C/o J. Aulman_     _C/o ___ 8-2-04_
(Adult Division Major Reports Only)     PRINT Name          Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

_____     _____     _8-2-04_ _8-45_ am
Committed Person's Signature and Number     Serving Employee's Signature     Date and Time Served

_____          _____
PRINT Serving Employee's Name            Serving Employee's Signature

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense/Date: _____          _____
                                           Committed Person's Signature and Number

– – – – – (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____     Number/Cell/Title: _____
Witness can testify to: _____

NAME OF WITNESS: _____     Number/Cell/Title: _____
Witness can testify to: _____

_____
Committed Person's Name and ___

DC 7002 (Rev. 4/98)     Distribution: 1) Master File; 2) Committed Person;
IL 426-0261                          3) Facility; 4) Facility

EXHIBIT
tabbies ___

:00117

State of Illinois - -Department of Corrections
**DISCIPLINARY REPORT / SUMMARY**
(Continuation Page)

Page ___2___ of ___2___

☒ Disciplinary Report          ☐ Disciplinary Summary

Committed Person: *I/m Durham*                          No. *A-H84 R14349*

Offense Date: *8-2-64*   Time: *12:45* pm   Location: *REC 14*   Facility: *WESTERN IL C.C.*

LT. BIGLEY, TO RESPOND TO RECEIVING WING. THIS C/O THEN CUFFED
UP I/m BURHAM, REMOVED HIM FROM REC. 14 AND LODGED HIM IN REC. 2P,
PER ORDERS FROM LT. BIGLEY
I/m DURHAM WAS POSITIVELY IDENTIFIED BY HIS IDOC ID

DC 7212 (EFF. 06/88)       Distribution:       1) Master File: 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| Name: DURHAM, BRANDON J | | IDOC Number: R14349 | | Race: BLK |
| Hearing Date/Time: 8/5/04  11:29 AM | | Living Unit: WIL-R-01-25 | | Orientation Status: N/A |
| Incident Number: 200403239/1 - WIL | | Status: Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 8/2/04 | 200403239/1-WIL | DEWITT, MICHAEL W | RECEIVING | 12:45 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |
| | Comments:threatened cell mate in segregation | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

### RECORD OF PROCEEDINGS

DR504--CHARGES READ--I/M PLED NOT GUILTY AND STATES "MY CELLIE VICTIMIZED ME. MY CELLIE GOT REAL CONTROLLING IN CELL AND DISRESPECTED ME. HE THREATENED ME AND HIT ME IN THE HEAD. I SAID TO THE C/O THAT MY CELLIE IS IN A CELL LIKE HE HAS NO CELLIE."

### BASIS FOR DECISION

I/M ADMITS TO NOT GETTING ALONG WITH HIS CELLIE R███████ IN RECEIVING/SEG CELL 14.    WRITING STAFF'S DC7205 REFLECTS THAT WHILE HE WAS ASSIGNED TO THE RECEIVING WING THE ABOVE NAMED INMATE CALLED THE OFFICER OVER TO CELL AND SAID IF YOU DON'T MOVE ME OUT OF THIS CELL(REC 14) WE ARE GOING TO COME TO BLOWS. INMATE WAS PROPERLY IDENTIFIED BY HIS STATE ID. INMATE HAS TWO PRIOR 206 CHARGES.

### DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 15 Days  Segregation | 15 Days  Segregation |

Signatures
Hearing Committee

| | | |
|---|---|---|
| POOL, PHILLIP D - Chair Person | | WHI |
| | Signature / Date | Race |
| EDWARDS, STIRLING O | | BLK |
| | Signature / Date | Race |

Recommended Action Approved

Final Comments: N/A

Kevin Winters / KLW  8/9/04
Chief Administrative Officer                    Signature                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

Employee Serving Copy to Committed Person                    When Served -- Date and Time

EXHIBIT
P

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: _W C C_                                    Date and Time of Incident: _9-23-04  App 5:30_

If the answer is yes to any of the following questions, explain in narrative below:

A. Were Weapons Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☒ NO ☐   C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒   E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☒ NO ☐   G. Were there Medic Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| I/m McCroy | N51752 | mur. | 9-23-04 | Sgt. Vancil | |
| I/m Durham | R14349 | mur. | 9-23-04 | | |

Statement of Facts: (NARRATIVE) On the above date and approximate time this c/o went to cell 3A18 because one of the I/m's assigned to cell 3A18 was pushing the emergency call button. When this c/o got to cell 3A18 I/m Durham R14349 told this c/o "My cellie need medical attention quick c/o." This c/o then asked I/m McCroy N51752 "What's wrong with you?" I/m McCroy told this c/o "My cellie hit me in the eye c/o." At this time I/m Durham stated "I didn't hit him in the eye he hit himself in the eye." This c/o then called Sgt. Vancil to cell 3A18. Sgt. Vancil then had this c/o open the cell door. When this c/o opened the cell door Sgt. Vancil then restrained I/m Durham and this c/o escorted I/m Durham to R3 Foyer.

_[signature]_                          25-5    753   @ 8:00

_[signature]_  9-23-04  App 6:30    Person Calling in Report    _[signature]_    9-23-0

Reporting Employee        Date/Time                              Person Accepting Report      Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____ Date/Time _____

EXHIBIT
Q

Distribution:   Director
                Deputy Director of Appropriate Division
                Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints)
File

DC 434 (4/93)
IL 426-0410

00188

TE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
### INCIDENT REPORT

Institution/Program: _LWCC_    Date and Time of Incident: _9-23-04_    _Aprox 5:30_

If the answer is yes to any of the following questions, explain in narrative below:

A. Were Weapons Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Low Enforcement Agencies Been Notified: YES ☐ NO ☐  E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☒ NO ☐  G. Were there Media Inquiries: YES ☐ NO ☐

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| McCroy Aaron | #5/882 | | |
| Durham | R14349 | | |

**Witnesses to Incident:**

| Name | I.D.# |
|---|---|
| | |

**Statement of Facts: (NARRATIVE)**

On above date, at above time inmate McCroy was brought to health care by Logsdon and Sgt. Vancil to imquire abtu an alleged altercation. Inmate McCroy N#5882 was holding a washrag over his left eye. The left eye was bleeding and the washrag had bright red blood and a slimy substance thick clear substance on it. Another area on right side of foot by the little toe had a skin flap torn and minimal bleeding. Dr Brown was called and order was received to send inmate McCroy to Blessing ER for treatment. Inmate was taken by State Car to Blessing.

25.5   733   @8pm

_D DRENNEN_
_(D Drennen) w 9-23-04 apex_ _1330_
Reporting Employee    Date/Time   Person Calling in Report

_Mr. ____ _  _9-23-04_
Person Accepting Report    Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____    Date/Time _____

EXHIBIT
R
tabbies

Distribution:   Director
    Deputy Director of Appropriate Division
    Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints)
File

DC 434 (4/83)
IL 426-0410

: 00107.

S..LE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

## INCIDENT REPORT

Institution/Program: __WIL - Security__          Date and Time of Incident: __9·23·04   App 5³⁰pm__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐  NO ☐   B. Were Restraints/Force Used: YES ☒  NO ☐   C. Was Property Damaged: YES ☐  NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐  NO ☐   E. Were Arrests Made: YES ☐  NO ☐

F. Any Injuries/Hospitalizations: YES ☒  NO ☐   G. Were there Medic Inquiries: YES ☐  NO ☐

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| McCroy | N51887 | | | | |
| Durham | R14349 | | | | |

Statement of Facts: (NARRATIVE)

On the above date and time, this sgt was in R3 while the yard lines were returning. While on A wing, c/o Lindsey alerted this sgt that there was probably a fight in 3A18 AD we approached the cell door, there was noodles and water coming out from under the cell door. This sgt looked in through the observation window and observed I/m McCroy N51887 sitting on the bottom bunk. I/m Durham R14349 was standing next to the door. The cell door was opened and I/m McCroy had a face cloth covering his left eye and there was blood all over McCroy's shirt, the cell, and I/m Durham. This sgt placed cuffs on I/m Durham and c/o ____ escorted him off the wing. This sgt then called for the gym Lt to report to R3A18. This sgt stayed with I/m McCroy in the cell as he started to get dressed (he was only in boxers and T-shirt). I/m McCroy was very upset about getting hit in his eye. I/m McCroy has had problems with his left eye for some time. After McCroy was dressed and A wing yard line was secure, this sgt had I/m McCroy cuffed and sat on the stairs and ____. I/m was not cuffed because he held the rag to his left eye which was bleeding uncontrollable. Gym Lt arrived and escorted I/m McCroy to the HCU. Sgt Graham had arrived and escorted I/m Durham to the HCU. This sgt followed and was in the HCU asked I/m McCroy what had just happened.

Sgt T. Vance __nro__   9·23·04 8²²   Person Calling in Report          Person Accepting Report   9/23/04

Reporting Employee        Date/Time                                                          Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____   Date/Time _____

Distribution:    Director
         Deputy Director of Appropriate Division          Legal Services (only if restraints/...
         Deputy Director of Bureau of Inspections and Audits   File

DC 434 (4/83)
IL 426-0410

EXHIBIT
S

100102

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

## INCIDENT REPORT

Institution/Program: __W.I.L. / Seg.__    Date and Time of Incident: __9-23-04    4pm  5pm__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☐   B. Were Restraints/Force Used: YES ☒ NO ☐   C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☒ NO ☐   G. Were there Media Inquiries: YES ☐ NO ☐

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| McCray | N51892 | | | | |
| Durham | R#14349 | | | | |

Statement of Facts: (NARRATIVE)

I/m McCray stated that Durham listens to rap music all the time and McCray had asked Durham to give it a rest, that it was a 2 man room and that they would have to show each other some respect. McCray said Durham became upset and started yelling at McCray. McCray admitted that he did approach Durham and again stated now what had been said earlier. McCray states that Durham became aggitated and hit him (McCray) in the left eye with a closed fist. McCray stated he did not return any punches but did put his hands on Durham to prevent him from making anymore blows. McCray stated he immediately became blind in his left eye and sat on the bunk to wait for staff.

HCU seen to I/m McCray wounds and McCray was sent to Blessing Hosp'l emergency room in a state vehicle.

DC7205's inv. status were with on both I/m's. Both I/m's ID by ID card. Staff was advised to secure the cell allowing no entrance until cell can be reviewed by Internal affairs on 9-24-04

55-5  233  @ 9pm

Sgt T. Vancil    9-23-04  8:00 pm    _____    M. ___    9/23/04
Reporting Employee   Date/Time    Person Calling in Report    Person Accepting Report    Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____    Date/Time _____

Distribution:    Director
Deputy Director of Appropriate Division    Legal Services (only if restraints/force used)
Deputy Director of Bureau of Inspections and Audits    File

DC 434 (4/82)
IL 426-0410

00193

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

KEC.- 31

Page ___ 1 of 1

☐ Disciplinary Report _____  ☒ Investigative Report ___7·23·04___
                         Date                                          Date

Committed Person: _Dunham_  No. _R14349_  Facility _WEC_

Observation Date: _9·23·04_  Time: _1600 CJO_  Location: _2418_

Sgt T. Vanzil #10010
          PRINT Employee's Name

S5/C  /9·27·04 / 840
          Employee's Signature/Date/Time

Offense: 504 B

Observation: _on the above date, I/m Dunham R14349 was placed in Invest. to not invest-_
_igated status due to an altercation with I/m Meling N51900 in 2418 I/m_
_TOA & ID card. DCHTU in the_

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement  ☒ Investigative Status  Reasons: _To conduct an Investigation_

Mark Carlton
          PRINT Name

1700    9/23/04
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer  Comment: ____
Mitsch S. Pierce
          PRINT Name

Signature/Date   9/23/04

☒ MAJOR, submitted to Adjustment Committee  ☐ MINOR, submitted to Program Unit
Mitsch Sgt
          PRINT Name

Reviewing Officer's Signature and Date   9/23/04

☒ Reviewed by Hearing Investigator _C. Kessinger_
(Adult Division Major Reports Only)  PRINT Name

Signature and Date   9·22·04

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____  _____  Committed Person Refused to Sign ☒
Committed Person's Signature and Number            Committed Person Refused to Sign

C/o K. Englesmann  10014  C/o K. L.  9-23-04  3:11 pm
PRINT Serving Employee's Name   Serving Employee's Signature   Date and Time Served   ☐ am ☒ pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____  _____
                                   Committed Person's Signature and Number

— — — — [DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING] — — — — — —

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                                          Date

NAME OF WITNESS: _____  Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____  Number/Cell/Title: _____

Witness can testify to: _____

DC-7417 (Rev. 4/99)  Distribution: 1; Master File; 2; Committed Person;
IL 426-0361               3; Facility; 4; Facility

Committed Person's Name sh

**EXHIBIT**

_I_

_____

tabbies®

:0009

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Name: DURHAM, BRANDON J          IDOC Number: R14349          Race: BLK

Hearing Date/Time: 10/8/04  12:44 PM          Living Unit: WIL-S-01-23          Orientation Status: N/A

Incident Number: 200404289/1 - WIL          Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 9/23/04 | 200404289/1-WIL | CRARY, PHILIP M | R3 HOUSE A WING | 05:30 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 301 | Fighting | Guilty |
| | Comments: with inmate McCroy N51882 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

## RECORD OF PROCEEDINGS
DR504 CHARGES READ. INMATE PLED GUILTY. "I HAD A STRUGGLE WITH MY CELLIE. I HAD NO HEADPHONES
AND I HAD MY TV ON. MY CELLIE GOT MAD AT ME AND PUT HIS HANDS ON ME CALLING ME A PUNK ASS BITCH.
I STOOD UP AND TALKED BACK TO HIM MY CELLIE LUNGED FORWARD KISSING ME AND THEN TRIED TO
CHOKE ME. I STUCK MY ARMS OUT TO PROTECT ME.

## BASIS FOR DECISION
INMATE WAS POSITIVELY IDENTIFIED UPON SEG PLACEMENT.
INMATE INJURIES OBSERVED BY INTERNAL AFFAIRS OFFICER CRARY WERE CONSISTENT WITH INJURIES
SUSTAINED IN A FIGHT.
WRITING STAFF'S REPORT REFLECTS DURHAM STATED MCCROY TRIED TO CHOKE HIM CAUSING SCRATCHES
ON HIS BACK AND NECK. BOTH ADMITTED TO VERBAL CONFRONTATION AND PHYSICAL CONTACT.
PRIOR IDR FOR FIGHTING ON 3/11/04 AND 7/23/04.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| Revoke GCC or SGT 1 Months | Revoke GCC or SGT 1 Months |
| Other : KSF MCCROY N51882 | Other : KSF MCCROY N51882 |

### Signatures
Hearing Committee

VINCENT, JULIA I - Chair Person                     _10-14-04_          ASN

                                          Signature / Date          _10/14/04_          Race
                                                                                         WHI
POOL, PHILLIP D

                                          Signature / Date                              Race

Recommended Action Approved

Final Comments: N/A

Kevin Winters / RAZ  10/13/04                     _Kevin Winters_     _10/14/04_

Chief Administrative Officer                     Signature          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department

_/ Employee Serving Copy to Committed Person_          _10-18-04   3:00 P_
                                                       When Served -- Date and Time

EXHIBIT
U

Run Date: 10/15/04 12:04:15          Page 1 of 1

00101

R-14349 DURH , BRANDON J.

07/24/2002 KANE DFC

STATE OF ILLINOIS - C

( ) BLK

## GOOD TIME REVOCATION/RESTORATION CARD

NAME _____ REGISTER NUMBER _____

CUSTODY DATE _3-24-03_ ORIGINAL MINIMUM/PROJECTED OUT DATE _9-24-05_

MAXIMUM RELEASE DATE _3-24-08_ TOTAL AMOUNT OF CREDITS TO REVOKE _____

| Date | Days Revoked GCC/SGT | Days Restored GCC/SGT | MGT/SMGT Awarded | EGCC Awarded | Total Credits Revoked | Total Credits Left to Revoke | Projected Out Date |
|------|------|------|------|------|------|------|------|
| 7.29.03 | | | 90/90 | | | | 9.24.04 |
| 3/24/04 | 1 mo | | | | | | 10.24.04 |
| 0-24-04 | 1 mo Rev | | | | | | 11-24-04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT

tabbies √

## GOOD CONDUCT CREDITS/STATUTORY GOOD TIME RESTORATION/REVOCATION RECOMMENDATION

Recommendation from: __Western IL Corr.Cntr__ CAO: _____  Deputy Dir.: _____
(Institution)                                              (Juv./CSD Div.)

☐ Disapprove
☐ Approve
☐ Reduced _____
(Amount)

Name: __Durham, Brandon J.__  Register No. __R14349__  Date Request Submitted: __10-18-04__

Present Location: __Western IL Corr.Cntr.__  Committed Person's MSR: __10/2-/04__

| Good Conduct Credits | Statutory Good Time | |
|---|---|---|
| x:☒Revoke  ☐ Restore | ☐ Revoke  ☐ Restore | ☐ Minimum Sentence<br>☐ Maximum Sentence |

x:☒ Recommended Amount of Revocation

_____ 1 mo _____

Report Date(s)
504A/504B/504C Violation:                    Violation Numbers

DR __9/23/04__                        NO. __301__
DR _____                       NO. _____

☐ Recommended Amount of Restoration

_____

Report Date(s)
504A/504B/504C Violation:                    Violation Numbers

DR _____                       NO. _____
DR _____                       NO. _____

Description of Offense: ___fighting (with inmate McCroy)___

Committed Person has had ___0___ of GCC/SGT revoked within last 12 months.
Committed Person has had ___1 mo___ of GCC/SGT restored within last 12 months.

Other Recommendations Pending:   x☒No      ☐ Yes
Dates of Revocation(s) Pending and Amounts    Dates of Restoration(s) Pending and Amounts

_____    _____
_____    _____
_____    _____

**IDOC ACTION**

☒ One (1) Month or Under      ☐ Over One (1) Month

The following recommendation has been reviewed to determine compliance with Department of Corrections Rules.

*  ☐ Remand    _____    _____    Resubmission: _____
*              Date       Designee                  Date

Recommendation for  RESTORATION / REVOCATION  of __1 month__
of Good Conduct Credits/Statutory Good Time  APPROVED / DISAPPROVED

ADDITIONAL COMMENTS OR INSTRUCTIONS

_____
_____
_____

_____    _____
Director              Date

**PRISONER REVIEW BOARD ACTION**

Hearing/Review Date: _____        ☐ Continuance

Comments: _____
_____

Board Action:   REVOCATION / RESTORATION    ☐ Approved  ☐ Denied  ☐ Reduced _____

Amount Approved        Date

_____    _____    _____
Signature              Signature              Signature

Recommendation for RESTORATION / REVOCATION of __1 month__  APPROVED / DISAPPROVED. Please proceed accordingly
with adjusting the incarceration person's records.

_____    __12-2-04__
Director              Date

Master Record File
Director
Prisoner Review Board (2)
General Office File
Miscellaneous Copies

ILLINOIS DEPARTMENT OF CORRECTIONS

*Complete and return to record office.*

Offender Count Adjustment

Western Illinois Correctional Center

Offender Name: DURHAM, Brandon                                    ID#: R14349

| Has been ordered on: | | | Has been released on: | |
|---|---|---|---|---|
| ☐ Appeal Bond | ☐ Critical Illness Furlough | ☐ Transfer | ☐ Discharge | ☒ MSR |
| ☐ Authorized Absence (juvenile) | ☐ Funeral Furlough | ☐ Work Release | ☐ Parole | |
| ☐ Compact Detainer | ☐ Medical Furlough | ☐ Writ | ☐ Other (specify): _____ | |
| ☐ Other (specify): _____ | | ☐ Writ Transfer Return | | |

| Type of Transport: | ☐ Authority Pickup | ☐ Bus | ☒ Personal Transport | ☐ Staff Escort |
|---|---|---|---|---|
| | ☐ State Vehicle | ☐ Train | ☐ Other (specify): _____ | |

Outstanding Warrant:    Departure:   Date: 11-24-04                  Time: 8:30                  ☒ A.M.   ☐ P.M.

☐ Yes   ☒ No     Destination: ZONE 2 To be picked up by Richard Durham

~~Parole Officer~~ *Counselor*   Jeff Chute                          [Signature]
                                      Print Name

Record Clerk   Cathy Heckel                                         [Signature: Cathy Heckel]
                                      Print Name

Approved:   Terry Polk                                              [Signature: Terry Polk]
                Print Name of Warden

| Check Points ✓ where stop is required | Signature of staff processing offender in location | Check Points (specify) ✓ where stop is required | Signature of staff processing / offender in location |
|---|---|---|---|
| ☒ Bureau of Identification | [signature] | ☒ Records Office | [signature] |
| ☒ Clothing | [signature] | ☐ | |
| ☒ Library | | ☐ | |
| ☒ Medical Medications: ☐ Yes ☒ No | [signature] | ☐ | |
| ☒ Personal Property | | ☐ | |
| ☒ Trust Fund | [signature] | ☐ | |

Departed facility through:   ☒ Lobby   ☐ Sally Port   ☐ Other (specify): _____

Releasing Officer: _____ [signature]                              [signature]
                      Print Name                                      Signature

                    11-24-04                                        ☐ A.M.  ☐ P.M.
                      Date

EXHIBIT

W

Distribution:    Master File

DOC 0194 (Eff. 4/2003)
(Replaces DC 153)

: 000018

EXHIBIT
tabbies
X

SEP

**MEDICAL PROGRESS NO**

Resident's Name: _McCray, aaron_    Resident's Number: _N51882_

| DATE/TIME | PROB-LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 9/9/93 | | **OPTOMETRY CLINIC** (P) (1) RECOMME | |
| | | (S) " VISION FOR FAR IS BLURRY | CONTACT LENS FIT |
| | | (O) DISTORTED CORNEAL CURVATURES | TO CORRECT THE KERATOCONUS |
| | | (A) KERATOCONDUS    O.D | (2) Return FOR CC FITTING |

COMPLAINT _No MEDS, No HTD, No PHD_    EOM: INTACT    CONFRONTATION
_No INJURY TO EYES, No FAM Hx of GLC._    NPC = 2"    FIELDS WILL O

| Aided V.A. | RX | V.A. | CORNEA | LENS | FUNDUS | |
|---|---|---|---|---|---|---|
| OD | 20/400⁻ | 20/80⁻ | CLEAR No Cell No Flare | CLEAR | C/D .3 A/V .8 OP+ | C/D .3 A/O .8 OP+ |
| OS | 20/400⁻ | 20/80⁺ | 4+OO C .8 | OD   OS | | |
| OI | 20/300⁻ | 20/80⁻ | | | | |

Present Rx _2 yr old_  OD  −1.75    OS  −1.25    Pupillary Reflexes  MG    Pupil  PERRLA

| | | | | | Final Rx | Sph | Cyl | Axis |
|---|---|---|---|---|---|---|---|---|
| OD | | | | 20/ | | No Rx | | |
| OS | | | | 20/ | | | | |
| OD | −1.25 | | | 20/80⁻ | Frame | | Color | |
| OS | −1.00 | | | 20/80⁻ | Size | | | |
| | .·9 10 | | # 11 | | Bifocal | | Seg. Height | |
| 12 | # 13 # | Near va:20/ | 20/ 20/ | | Remarks: | 9-10-93 | PD 69 | |
| 14 # | | Plus OD | | | APPROVED ADD | | | |
| | | Build Up OS | | | Resident's Signature | | | |
| | | # 20 | # 21 | | Rx Rec'd | | | |
| S # | | − | + | | Date | | | |

K's OD 49.25/44.00 @+2
OS 43.75/53.00 @+2

000000988

EXHIBIT

Y

*BEGIN USING FROM BOTTOM UP

BE1058

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_    Reg. # _N51882_    Date: _4-7-95_

Problem _Keratoconus_

ORDER: (Physician's Signature After Last Order) _____

_Renu Soft lens cleaner_

DEA/Illinois Lic. # _____    Physician (Print) _ELYEA_

☑ May Substitute _uuuaud Oefa_    _____ M.D.

☐ May Not Substitute _____    _____ M.D.

DCA 7000
IL 426-1417    Noted by: _S Long RN_    Date: _4/7/95_

---

BE1058

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _MCCroy AARON_    Reg. # _N51882_    Date: _1-26-9_

Problem _Allergic to Commisary Soap_

ORDER: (Physician's Signature After Last Order) _____

_Neutrogena Soap 1 per_
_month for 4 months_

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute _____    _C Rumm_ M.D.

☐ May Not Substitute _____    _____ M.D.

DCA 7000
IL 426-1417    Noted by: _____    Date: _____

---

BE 105.

NKDA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Mc Croy Aaron_    Reg. # _N51882_    Date: _9/13/94_

Problem _Allergic to Commiss soaps_

ORDER: (Physician's Signature After Last Order) _____

_Neutrogena soap 1 per month for_
_4 months_

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute _____    _Rumm_ M.D.

☐ May Not Substitute _____    _____ M.D.

Noted by: _____    Date: _9-13-94_



**EXHIBIT Z**

STATEVILLE

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Resident's Name: **MᶜCROY**

Resident's Number: **N·51882**

| DATE/TIME | PROBLEM # | S.O.A. | PLANS |
|---|---|---|---|
| 09-21-95 10:00 A | | **OPTOMETRY CLINIC** | (P) ① Refer to Ophthalmol... To Evaluate Corneas ↑ Steepen OS ... |
| | (S) | "I want my contact's v.A. Vision is fair. | ② If Ophthalmology ABRE... To order a new OS contact |
| | (O) | Keratoconus O.U. | noted 1 colenvn... 09·21·95 10:15A  Age 3... |
| | (A) | Above, distorted Ks | |

COMPLAINT: No Meds, No HTN, No DMB. No Injury to Eyes, No Fam Hx & BCC.   EOM's intact  NPC = 1"   Confrontation Fields Full O...

| Unaided V.A. | Rx v.a. | CORNEA | LENS | FUNDUS | #1 C/D.3 |
|---|---|---|---|---|---|
| OD 20/200 | 20/30 | No Def & No Flar | Clear | C/D .3 A/U ✓ UP ↓ | A/U ✓ UP ↓ |
| F OS 20/400 | 20/60 | CLEAR  OD | CLEAR  OS | | |
| OU 20/100-¹ | 20/30-¹ | 4+⁰ ± o OS | | | |

Pupillary Reflexes: MG — Pupil ✓ PERRLA    Cover Far ✓ N...

| Present Rx | OD | OS | | | Final Rx | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|---|---|---|---|---|
| #4 | OD | | 20/ | | | | | | |
| | OS | | 20/ | | | | | | |
| #7A | OD | −1.00 | 20/30⁻¹ | | | | | | |
| | OS | −3.25 | 20/60⁺¹ | | | | | | |
| #8 | #9 10 | | #11 | | Frame | | Color | P.D. / |
| #12 | #13 B | | Near va:20/ | | Size | | | |
| #14 B | | | | | Bifocal | | Seg. Height | |
| #15 B | | Plus OD | #20 | #21 | Remarks: | | | |
| | | Build Up OS | — | + | | | | |

Residents Signature
Rx Rec'd
Date

| Ks | OD | 51.00/45.25 D⁺² | | D⁺³ |
|---|---|---|---|---|
| | OS | 44.00/46.50 with +1.25 | | |

Lens over Keratometer

DC-7147

000000989

Jan 23 1996

JAN 24, 1996

To; Dr. Elyea
Medical Director
Stateville C.C.

This letter is in regards to the poor medical treatment that
Iam recieving here at stateville. I have continually complained
about my ailments only to be prescribed treatments, medications
and permits not to have recieved them. I am sure if you consult
my medical file you will find that my complaints are valid.
below are a list of treatments, medications and permits that I
have not recieved as of this date.

1) Motrin for lower back pain.

2) Soap, for allergie.

3) Contact lense cleaner sollution.

4) Cane and low bunk, low gallery permits.

5) appointment with eye specialist, because my left
   cornea is deteriating further.

I would like to also state that at no time have I been rude
or inconsiderate with your Staff. although they have not been
rude to me, they have been inconsiderate in there dealing with my
situation. They are aware of my problems and do nothing to rectify
the situation. I sincerely ask you to correct these problems once
and for all. It is not fair for this situation to continual to
the detriment of my health.

Thank You.

Aaron McCray
N51882 BE 233

EXHIBIT

AA

000000948

*BEGIN USING FROM BOTTOM UP

EXHIBIT

BB

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCray_    Reg. # _NS1882_   Date: _2-6-96_

Problem _____

ORDER: (Physician's Signature After Last Order) _Hard Contact lens Solution_
_× 2 months_

DEA/Illinois Lic. # _____   Physician (Print) _Joseph Ms_ M.D.

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417   Noted by: _____   Date: _2-6-96_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCray, Aaron_    Reg. # _NS1882_   Date: _2/6/96_

Problem _Chronic low back pain_

ORDER: (Physician's Signature After Last Order) _____

_Renew Low back low Jelly_

DEA/Illinois Lic. # _____   Physician (Print) _Joseph Ms_ M.D.

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417   Noted by: _____   Date: _2-6-96_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCray_    Reg. # _NS1882_   Date: _2-6-96_

Problem _skin allergy_

ORDER: (Physician's Signature After Last Order) _Neutrogena soap × 4 mon_

DEA/Illinois Lic. # _____   Physician (Print) _Joseph Ms_ M.D.

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

Noted by: _____   Date: _2-6-96_

000001051

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

EXHIBIT

CC

Facility
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCrony, Aaron_  Inmate's Number _N57882_

Consult Requested By: _____  Date: _____

URGENT
( ) YES  ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

## OPHTHALMOLOGY

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS: _Keratoconus_
_wearing contacts_

ASSESSMENT: _OD 20/40  OS 20/80 CCC_

RECOMMENDATIONS/PLANS:

_2/16/96_
Date

_Bizell_
(Signature of Consultant)  JAMES W. BIZZELL, M. D.  M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☑ I have reviewed the recommendations contained in this report and approve them.

☐ I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

_2-16-96_
Date

(Signature of Medical Director)

XC 7185-41 (Rev. 01/999)

000000979



*BEGIN USING FROM BOTTOM UP*

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

B 233

Patient _MCCROY AARON_ Reg. # _N51882_ Date: _6. 27. 96_

Problem _+ Ace_ _L - LBP_

ORDER: (Physician's Signature After Last Order) _B peroxide 10% use hs ℞ #1_

_MOTRIN 400 mg po TID #30 refill_

_PRN XI._

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.

☐ May Substitute

☐ May Not Substitute _____ M.D.

Noted by: _____ Date: _7 Jun 96_

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

BE 232

Patient _McCroy Carron_ Reg. # _N51882_ Date: _5-16-96_

Problem _Soap allergy._

ORDER: (Physician's Signature After Last Order)

_℞ Neutrogena Soap #1/WK X 6mo_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.

☐ May Substitute

☐ May Not Substitute _____ M.D.

Noted by: _____ Date: _5-16-96_

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

BE 233

Patient _McCroy_ Reg. # _N51882_ Date: _2-23-96_

Problem _____

ORDER: (Physician's Signature After Last Order)

_RENU Multiple Purpose Solution_
_for Lens Care X 6mo_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.

☐ May Substitute

☐ May Not Substitute _____ M.D.

Noted by: _____ Date: _2-23-96_

DCA 7000
IL 426-1417

000001052

EXHIBIT

EE

tabbies

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

STATEVILLE

| Resident's Name | M⁰CROY | Resident's Number | N-5,882 |
|---|---|---|---|

| DATE/ TIME | PROB- LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 03-19-96 12:15 | | **OPTOMETRY CLINIC** | ℞ ① SEE BACK |
| | Ⓢ | Refered back from OPTHALMOLO | in 6 month |
| | | last exam 9/21/85. | noted 1 Potency |
| | Ⓞ | KERATOCONUS O.D | 03·19·96 at 12:30 P |
| | Ⓐ | ABOOC, | AMSLER ⊖ o | Age 3/ |

COMPLAINT No MEDS, No HTN, No DAB        EOM's INTACT        Consultation

No INJURY To EYES        NPC = 1"        FIELDS FULL O U

| Unaided V.A. | Rx V.A. | CORNEA | LENS | FUNDUS |  |
|---|---|---|---|---|---|
| OD 20/ | CC 20/30' | CLEAR | CLEAR | C/D .3 | #1 C/D .3 |
| OS 20/ | 20/50⁻² | OD  OS | OD  OS | A/J .8 | A/J .8 |
| nu 20/ | 20/30⁻' | | | UP + | UP + |

Pupillary Reflexes — APD        Pupil PERRLA.        Cover Far Ø Near

Present Rx   OD                    OS

| # 4 | OD | OVER CC | 20/ |
|---|---|---|---|
| | OS | | 20/ |
| # 7A | OD | ℞ | 20/ 30⁻' |
| | OS | +.50 | 20/ 50⁻² |

| Final Rx | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|
| | | | | |
| | | | | |

# 8     # 9  10     # 11

Frame _____  Color _____  P.D. /7⁹

Size _____

# 12     # 13B

Near va:20/ 30/30

Bifocal _____  Seg. Height _____

Remarks:

Plus OD
Build
Up OS

# 20     # 21

Residents Signature   OD Int consultation
                       Ihru Mot.
Rx Rec'd
Date                   OS Inf dislice...

DC-1147

000000990

EXHIBIT

FF

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility

STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCroy aaron_                    Inmate's Number _N51882_

Consult Requested By: _GW_                    Date: _____    URGENT
( ) YES    ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

# OPHTHALMOLOGY

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS: _maturning starnes,_
_No cliahil._

ASSESSMENT:

RECOMMENDATIONS/PLANS:
_get contact lens cleaner_
_Onthe 2-3 w/os wearing lenses._

Date: _7/29/96_                    _Bizzell_    **M.D.**
(Signature of Consultant) JAMES W. BIZZELL, M. D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☑ I have reviewed the recommendations contained in this report and approve them.

☐ I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: _7/30/96_                    _William O. ____ M.D._
(Signature of Medical Director)

DC 7125-A1 (Rev. 01/89)

000000980

*BEGIN USING FROM BOTTOM UP



EXHIBIT
GG

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCroy, Aaron_    Reg. # _N51880_    Date: _8/30/96_

Problem _Soap Allergy_

ORDER: (Physician's Signature After Last Order) _____

_Neutrogena soap: #1 per week × 4 weeks._

DEA/Illinois Lic. # _____    Physician (Print) _____  M.D.
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000    Noted by: _____    Date: _8/30/96_
IL 426-1417

_NKA_

_C223_

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCrory, Aaron_    Reg. # _NS1882_    Date: _8/14/96_

Problem _Chronic LBP_

ORDER: (Physician's Signature After Last Order) _____

_Motrin 800mg TID/PRN #30 may refill X1 PRN_

DEA/Illinois Lic. # _____    Physician (Print) _____  M.D.
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000    Noted by: _____    Date: _8/14/96_
IL 426-1417

_NKDA_

_C233_

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCrory, Aaron_    Reg. # _S1882_    Date: _7-29-92_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_(Hard) Contact lens cleaning_
_(Lens)_

DEA/Illinois Lic. # _____    Physician (Print) _____  M.D.
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000    Noted by: _____    Date: _____
IL 426-1417

000001053



EXHIBIT

*H H*

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility :
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name  *McCroy, Aaron*      Inmate's Number  *N51882*

Consult Requested By:      Date:      URGENT  ( ) YES  ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

## OPHTHALMOLOGY

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:      *needs contact lens cleaner*

ASSESSMENT:      *Dx Keratoconus*

RECOMMENDATIONS/PLANS:
*① Contact (HARD) lens cleaner*
*② thr/mn*

Date:  *8/30/96*      *Bizzell*  M.D.

(Signature of Consultant)  JAMES W. BIZZELL, M. D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[✓]  I have reviewed the recommendations contained in this report and approve them.

[ ]  I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date:  *8·30·96*      (Signature of Medical Director)

DC 7185-A1 (Rev. 01/97)

000000982



*BEGIN USING FROM BOTTOM UP

6P
N/CA

1. 1/28/97
2. 5/31/97

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCrory Aaron_ Reg. # _N5 1882_ Date: _4/20/86_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Motrin 400mg PO TID X (mo)
↓ Hard Contact lens cleaner X3

DEA/Illinois Lic. # _____ Physician (Print) _MESROBIAN_ M.D.
☐ May Substitute _____
☐ May Not Substitute _____ M.D.
Noted by: _B Henderson_ 6PM Date: _12/22_

DCA 7000
IL 426-1417

NKDA  Rx'd 8/30/96 X 6mos C 255

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCleary Aaron_ Reg. # _N5 1882_ Date: _9/27/9_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Contact lens cleaner hard lens

DEA/Illinois Lic. # _____ Physician (Print) _Bizzm_ M.D.
☐ May Substitute _____
☐ May Not Substitute _____ M.D.
Noted by: _____ Date: _9/27_

DCA 7000
IL 426-1417

C-25J

NKDA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCrory Aaron_ Reg. # _N5 1882_ Date: _8/30/9_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Hard Contact lense cleaner X (mo)

DEA/Illinois Lic. # _____ Physician (Print) _Bizzm_ M.D.
☐ May Substitute _____
☐ May Not Substitute _____ M.D.
Noted by: _____ 000001059 Date: _8/30/9_

DCA 7000
IL 426-1417

EXHIBIT
I I
tabbies

EXHIBIT

JJ

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility:
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name  *McCray Aaron*        Inmate's Number  *N51882*

Consult Requested By:  *6/U*        Date:        URGENT
( ) YES  ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

35 y/o.

**OPHTHALMOLOGY**

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:  *Keratoconus*
*V Acc  20/30*

ASSESSMENT:  *Lenses ok c clear*
*old hydrops central OS.*

RECOMMENDATIONS/PLANS:  *① Rx James*
*② central lens clear  Rx'd 8/30/96*
*X 6 mos*

Date:  *9/27/96*        *Brill*  **M.D.**
(Signature of Consultant)  JAMES W. BIZZELL, M. D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[✓] I have reviewed the recommendations contained in this report and approve them.

[ ] I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date:  *9-27-96*        _____
(Signature of Medical Director)

XC 7105-41 (Rev. 81/89)

000000981



**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Stateville Correctional Center / P. O. Box 112 / Illinois Route 53 / Joliet, Illinois 60434 / Telephone (815) 727-3607
TDD: (800) 526-0844

<u>M E M O R A N D U M</u>

DATE:     October 08, 1996

TO:       Inmate Aaron McCroy #N51882 / C-2-55

FROM:     Willard O. Elyea, M.D.
          Medical Director

SUBJECT:  Medical Concerns

Your medical record was reviewed by me on 10/04/96. The pharmacy
was called and has been sending you 12 oz. of contact lens solution
every month. Only a small amount of contact solution need be used
daily to clean your lenses. A bottle of this size should
reasonably last a year (using 1 cc each day). We will continue to
supply your contact lens solution but you must use less each day.
If you have questions please contact your med-tech.

WOE:kah
cc:A/W Springborn
    Barb Miller, R.N., HCUA
    Georgia Shonauer, Grievance Officer
    Unit Supt.
    Cell House CMT
    Casework Supervisor
    Medical Record
    File (2)



EXHIBIT

KK

**EXHIBIT**
LL

**Illinois Department of Correction.**

# Health Status

Name: _McCray, Aaron_

Number: M 5 1 8 0 2    Race: B W H Other

Age: _36_    Date of Birth: _9, 9, 60_    Sex: (M) F

Transferring Facility: _Stateville_

Date: _12, 16, 96_

Time: _2:15_ AM (PM)

Allergies: _NKA_    Food Handler Approved: _Unknown_

Current/Acute Conditions/Problems: ∅
Chronic Conditions/Problems:
Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: ∅

Chronic Long-term Medications: ∅

Chronic Psychotropic Medications:

Current Treatments: ∅    THERAPEUTIC DIETS:

FOLLOW-UP CARE NEEDED? ∅

CHRONIC CLINICS:    SPECIALTY REFERRALS:

Significant Medical History: _GC '86  (R) ORIF '90   PPD 8mm 4/16/96_
_Hx HTN_

Physical Disabilities/Limitations:
Assistive Devices/Prosthetics: _Contact lenses_    Glasses: ___ Dentures:
Mental Health Issues:    Hx Suicide Attempt: ☐ Date: __/__/__    Hx Psych Med ☐    Hx MPC/ STC ☐
    Substance Abuse:  Alcohol: ☐  Drugs: ☒

R & C Use Only
☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ Packet Complete
☐ MEDS  ☐ MH  ☐ Other

Signature and Title: _D Slovatln_

## Transfer Reception Screening

Facility: _Dixon_    Date: _12, 20, 96_    Time: _6:00_ AM (PM)

Current Complaint: _LBP - referred sick call_

Current Medications/Treatment: ∅

Physical Appearance/Behavior: _Ht 6'1" Wt 245#_
_Hep Sk Yn Rashes - dryski TM - 0_
_FC - At bye surg - R bye  GS L/Ks n 0_
_teeth not_

Deformities: Acute/Chronic _Contact lens_

T _97_  P _80_  R _18_  B/P _140/ 88_

At _latter Physical_
_Contact lens  Coloblind_
_52 yrs_

P: Disposition:
1) [✓] Health Information Given
2) [ ] Emergency Referral
3) [ ] Sick Call:
    Urgent / Routine
    [ ] Medication Evaluation
    [ ] Therapeutic Diet
    [ ] Special Housing
    [ ] Work/Program Limitation
    [ ] Specialty Referrals
    [ ] Chronic Clinics
    [ ] Other _Eye Consult_
4) [ ] Infirmary Placement
5) [ ] Other

Signature and Title: _B Cordovan_

DC 873 (Rev. 10/92)  IL 426-17170





EXHIBIT

_mm_

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

(31)    31-15    Facility _Dixon CC_

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCroy Aaron_    Inmate's Number _N51881_

Consultant's Name _Eye Consult_

Consult Requested By: _R. Anderson_    Date: _12/20/96_    URGENT ( ) YES (X) No

Reason for Consult: (List Problem)

_Wear hard contact lens evaluate Cornea (Keratoconus OU)_

( ) Evaluation
( ) Management

FINDINGS:    Report of Consultant (Use Reverse Side if Necessary)

_KERATAKONUS OU         OS > OD_

ASSESSMENT:    _HAS MEDIAL NEED FOR CONTACT LENSES & CONTACT LENS SOLUTIONS._

RECOMMENDATIONS/PLANS:

Date: _1/6/97_    _T. Declabe_    M.D.
(Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐  I have reviewed the recommendations contained in this report and approve them.

☐  I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

_JAN 1  1997_

000000991

Date: _____    _____
(Signature of Medical Director)

EXHIBIT
NN

4/11/97

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy Aaron   Reg. # N 51882   Date: 4-9?

Problem _____ Chronic Back pain

ORDER: (Physician's Signature After Last Order) _____ (1) motrin 400 mg

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: Hendrickson RN   Date: 4-1-97

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Dc + bar

Patient McCroy, Aaron   Reg. # N51882   Date 1-7-97

Problem _____

ORDER: (Physician's Signature After Last Order) Nutrissa Soln One oz

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: _____ Date: 1-7-97

DCA 7000
IL 426-1417

---

STOP: 1-6-98

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCROY ARRON   Reg. # N 51882   Date: 1/6/97

Problem _____

ORDER: (Physician's Signature After Last Order) _____
BOSTON II CONTACT LENS CARE KT
ou qd x 12 months

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: R Graged R.N. 345   Date: 1-6-97

000001060



EXHIBIT
tabbies
OO

### STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility DIXON CORRECTIONAL CENTER

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _MC CROY , AARON_    Inmate's Number _N 51882_

Consult Requested By: _Eye Clinic_    Date: _2/3/97_    URGENT ( ) YES  ( ) No

Reason for Consult: (List Problem)

_Fitted for contacts i nov ne._
_Dispensed contact lenses_

( ) Evaluation
( ) Management

FINDINGS:                                    Report of Consultant (Use Reverse Side if Necessary)

ASSESSMENT:

RECOMMENDATIONS/PLANS:

Date: _2/3/97_    _____ M.D.
                    (Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐  I have reviewed the recommendations contained in this report

                                                    000000993

Date: _FEB 15 1997_    _____
                        (Signature of Medical Director)



Disr Contacts
2/3/97

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

S5-01



Facility **DIXON CORRECTIONA CENTER**

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCroy  Aaron_                    Inmate's Number _N51883_

Consult Requested By: _DR Mesrobun_    Date: _4/4/97_    URGENT (X) YES   ( ) No

Reason for Consult: (List Problem)    _C/o Problems i/w Contacts_

( ) Evaluation
( ) Management

FINDINGS:                    Report of Consultant (Use Reverse Side if Necessary)

ASSESSMENT:

RECOMMENDATIONS/PLANS:

Date: _4/14/97_          _____ M.D.
                         (Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐    I have reviewed the recommendations contained in this report

Date: _APR 15 1997_          _____
                             (Signature of Medical Director)

DC 7105-A1 (3-84)
IL 426-0027

000000995

STATE OF ILLINOIS
**DEPARTMENT OF CORRECTIONS**

AGENCY OFD # _____

**OPTICAL PRESCRIPTION ORDER**

4/14/9*18*

VENDOR

Illinois Correctional Industries
P.O. Box 809
Dixon, Illinois 61021

SUBMIT STATE OF ILLINOIS C-13 INVOICE-VOUCHER
WHEN SHIPMENT IS MADE.

INSTITUTION *Dixon Corr. Center*
ADDRESS *2600 N. Brinton*
CITY *Dixon*  STATE *IL*  ZIP *6102*
INMATE NAME (First, MI, Last) *Aaron McCroy*  REGISTER NO. *N51882*

BILL TO
*Correctional Medical Systems*
*12647 Olive Blvd.*
*St. Louis, MO  63141*

| ACCT. NO. | OBJECT CODE | AGENCY PHONE NO. |
|---|---|---|

| POWER | | | | PRISM | | | | DPD | NPD |
|---|---|---|---|---|---|---|---|---|---|
| R | +0.25 | -1.00 | 175 | IN | OUT | UP | DOWN | 71 | |
| L | +0.25 | -0.75 | 25 | | | | | | |
| | SPHERE | CYLINDER | AXIS | | | | | O.C. | |

| SEGMENT | | | | | | | MISCELLANEOUS |
|---|---|---|---|---|---|---|---|
| R | | | | DEC. | INSET | TOTAL | *Photogrey Extra* |
| L | ADD | HEIGHT | BASE CURVE | | | | |

| R | *SV* | CHECK ONE | |
|---|---|---|---|
| L | LENS STYLE | Glass ☑  Plastic ☐ | LENS MATERIAL |

| MFG. | FRAME NAME *P103 Z* | FRONT/CHASSIS COLOR *Wine* |
|---|---|---|
| EYE *54* | DBL *19*  TRIM STYLE | TRIM COLOR |
| TPL SIZE R *145*  TPL SIZE L *145* | TEMPLE STYLE *P1012 wine* | TEMPLE COLOR |

DELIVERY:  COMPLETE ☐  INCOMPLETE ☐

| INVOICE NO. | DATE - MERCHANDISE RECEIVED | DATE - CHECKED AGAINST INVENTORY |
|---|---|---|

The merchandise or service billed above has been received and complies with our specifications or requests.

ATTESTED BY *TK Biabeke, OD*

APPROVED *Annette Widmer*

AUTHORIZATION NO. _____

**EXHIBIT**
QQ

OC 288 (3-86)
IL 426-7306



ILLINOIS
DEPARTMENT
OF
CORRECTIONS

Jim Edgar
Governor

Howard A. Peters II
Director

Dixon Correctional Center / 2600 North Brinton Avenue / Dixon, Illinois 61021-9524 / Telephone (815) 288-5561

M E M O R A N D U M

Date: 5/5/97

To: *McCroy, Aaron*

From:     Health Care Unit Administrator

Subject:    RECEIPT OF EYEGLASSES

I, _*McCroy, Aaron*_ N51882 _understand that I am

responsible for the care of these prescription glasses that I

have received on this date___ 5/5/97 ___. If, during

the next year, they are lost, stolen, broken or damaged in any

way, that I am responsible for all costs if I choose to replace

these glasses.

Signature_____

Witness_____

cc:   File

DCA 21-937
IL 426-15564
rev 8/91



EXHIBIT

RR

Printed on Recycled Paper

000001100



STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility        **DIXON CORRECTIONAL CENTER**

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCray, Aaron_        Inmate's Number _N51882_

Consult Requested By: _Eye Clinic_    Date: _6/9/97_        URGENT ( ) YES    ( ) No

Reason for Consult: (List Problem)

_Contact lens recheck_

( ) Evaluation
( ) Management

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:

ASSESSMENT:

RECOMMENDATIONS/PLANS:

Date: _6/11/97_        _T. Deslaters_ _____ M.D.
                                    (Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐   I have reviewed the recommendations contained in this report

Date: _____ JUN 1 7 1997        _____
                                    (Signature of Medical Director)

DC 7105-A1 (3-84)
IL 426-0027

EXHIBIT
II

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility _DIXON CC_

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCroy, Aaron_     Inmate's Number _N51882_

Consultant's Name _____

Consult Requested By: _Self_    Date: _7/14/97_    URGENT ( ) YES   ( ) No

Reason for Consult: (List Problem)

_Contact Lens P/U_

( ) Evaluation
( ) Management

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:

ASSESSMENT:

RECOMMENDATIONS/PLANS:   _dispensed_   _Contact ~~glasses~~ ERROR_

Date: _7/14/97_      _(signature)_   M.D.
(Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐   I have reviewed the recommendations contained in this report and approve them.

☐   I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

JUL 18 1997

Date: _____      _____
(Signature of Medical Director)

DC 7105-A1 (Rev. 01/89)
IL 426-0027

000001001

Illinois Department of Cor:

**Health Status**

*Transfer, 11-25-9, Stateville CC* DC 873

Name: _McCray, Aaron_

Number: [N] [5] [1] [8] [8] [2]  Race: (B) W  H  Other

| Transferring Facility: | Union CC |
| Date: | 11-22-97 |
| Time: | 3:30 (AM) PM |

Age: _37_  Date of Birth: _9, 9, 60_  Sex: (M) F

Allergies: _____NKA_____  Food Handler Approved: _____9-22-97_____

Current/Acute Conditions/Problems._____

Chronic Conditions/Problems: _Chronic back pain_

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Motrin 400mg BID + Atarax 25mg BID_

Chronic Long-term Medications: ____Ø____

Chronic Psychotropic Medications: ____Ø____

Current Treatments:_____  **THERAPEUTIC DIETS:** ___Gen___

**FOLLOW-UP CARE NEEDED:** _Routine, Care_

**CHRONIC CLINICS:** ___Ø___    **SPECIALTY REFERRALS:** ___Ø___

Significant Medical History: _STD; ORIF (R)leg-; HTN_

Physical Disabilities/Limitations: _✓ trunks ✓ vision contacts_

Assistive Devices/Prosthetics: _____  Glasses: _Yes_ Dentures: _____

Mental Health Issues:    Hx Suicide Attempt: ☐ Date: __/__/__  Hx Psych Med ☐    Hx MPC/ STC ☐

Substance Abuse:  Alcohol: ☐  Drugs: ☒

| R & C Use Only | | | | |
| ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental | **Packet Complete** |
| ☐ MEDS  ☐ MH  ☐ Other | |

Signature and Title _MCoer_

---

**Transfer Reception Screening**

Facility: _Stateville_

Date: _11/25/97_  Time: _9:10_ AM (PM)

S: Current Complaint: _____

Current Medications/Treatment: _____

O: Physical Appearance/Behavior: _____

Deformities: Acute/Chronic_____

T_____ P_____ R_____ B/P____/____

A:_____

P: Disposition: *(Instructions: Check or circle as appropriate)*

1) [ ] Routine, Health Information Given

[ ] Emergency Referral

2) [ ] Sick Call:
   Urgent / Routine
   [ ] Medication Evaluation
   [ ] Therapeutic Diet
   [ ] Special Housing
   [ ] Work/Program Limitation
   [ ] Specialty Referrals
   [ ] Chronic Clinics
   [ ] Other

3) [ ] Infirmary Placement
   For:

Signature and Title

DC 873 (Rev. 10/92)  IL 426-17170



**EXHIBIT**
_U U_

000000966

OF ILLINOIS · DEPARTMENT OF CORRECTION

## MEDICAL PROGRESS NOTES

STATEVILLE

Resident's Name: _McCroy, Aaron_

Resident's Number: _NJ1882_

| DATE/TIME | PROB-LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 3/21/98 at 12?/p | | **OPTOMETRY CLINIC** KERATACONUS CL Rx  7.18  8.8  -4/5   6.90  8.6  -1.75  custom super design | REPAIR FRAME noted p free THOMAS K. BIALECKE, O.D. _Bialecke M_ Age |

COMPLAINT: VISION STABLE  CONTACTS  FEEL  COMFORTABLE  FRAMES  BROKE

| Unaided V.A. | Rx | v.a. | CORNEA Keratoconus | LENS | FUNDUS | #1 |
|---|---|---|---|---|---|---|
| OD 20/ | 200 | 20/ | | | CD 9 | |
| Far OS 20/ | 400 | 20/ | OD     OS | OD     OS | TYP 3 TH | |
| OU 20/ | | 20/ | | | | |

Present Rx  OD  +3T-100 x 175   OS +25-75 x 95   Pupillary Reflexes: PERRLA   Pupil: 7.0 x 6.7   Cover: MTH? No

| | | | | Final Rx | Sph | Cyl | Axis | Prism | |
|---|---|---|---|---|---|---|---|---|---|
| OD | N/A | | 20/ | | | | | | |
| OS | REFLEX | | 20/ | | | | | | |
| OD | -2.00 | | 20/ 150 | | | | | | |
| OS | -4.00 | | 20/ 10000 | Frame | | Color | P.D. | | |

Near va: 20/

Size

Bifocal _____  Seg. Height _____

Remarks: NO CHANGES.

Plus Build Up:  OD  OS   # 20   # 21

Residents Signature _____

Rx Rec'd Date _____

4/3 5 C/ 4L 55.70    Above noted
62.00   2   65.00    Diregos cmt

EXHIBIT  VV   tabbies

DC-7147

000000744

OF ILLINOIS · DEPARTMENT OF CORRECTI

## MEDICAL PROGRESS NOTES

STATEVILLE

Resident's Name: *McCray Aaron*

Resident's Number: *N51882*

| DATE/TIME | PROB-LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 7/23/98 at 1:30 pm | | OPTOMETRY CLINIC  KERATACONUS OU | ORDER BOSTON CONDITION SOLUTION & BOSTON CLEANER x 2 YEARS |

Age

COMPLAINT: ONLY WEARS CONTACTS TWICE A WEEK, VISION STABLE  NO DISCOMFORTS

| Unaided V.A. | Rx V.A. | CORNEA | LENS | FUNDUS |
|---|---|---|---|---|
| OD 20/ | 20/ | | | |
| OS 20/ | 20/ | OD | OD | |
| OU 20/ | 20/ | OS | OS | |

Present Rx: OD          OS

| | | Pupillary Reflexes | Pupil | Cover Far N |
|---|---|---|---|---|

Final Rx

| | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|

Frame                Color          P.D.

Size

Bifocal          Seg. Height

Remarks:

CP. FIT  OD CENTER - 6.20  OS CENTERED  EDGE LIFT OFF  INTERIORLY

Residents Signature  
Rx Rec'd  
Date

above noted

DC-7147

EXHIBIT  WW

000000743

**EXHIBIT**

XX

*BEGIN USING FROM B    OM UP*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

R2 C26  NK

Patient _McCroy  Aaron_    Reg. # _N 51882_  Date: _4-8-99_

Problem _____

ORDER: (Physician's Signature After Last Order)
— Boston Gas Permeable Contact lens Conditioned
& cleaning kit Qmonth ×2 months
Dycizidin one P. O. b'd 6 w

DEA/Illinois Lic. # _____    Physician (Print) _____ M.D.
☐ May Substitute _____
☐ May Not Substitute _____  M.D.
DCA 7000
IL 426-1417    Noted by: _D Hart N_    Date: _4-8-99_

---

NKDA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

H3613

Patient _MC CROY, ARRON_    Reg. # _N 51882_  Date _7/23/9_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

BOSTON GAS PERMEABLE CONTACT LENS
CONDITIONER & CLEANING KIT × 2 YEAR

DEA/Illinois Lic. # _____    Physician (Print) _F Renlabell_
☐ May Substitute _____
☐ May Not Substitute _____  M.D.
DCA 7000
IL 426-1417    Noted by: _____    Date: _7/23/9_

---

NK+

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

I ID6.

Patient _MC CROY  Aaron_    Reg. # _N 51882_  Date: _12.5._

Problem _____ 1 RP 2. Revois.

ORDER: (Physician's Signature After Last Order) _____
MOTRIN 400 mg po TID PRN #
VT A27 cont # 1 Meb D ) × 3 months

DEA/Illinois Lic. # _____    Physician (Print) _____ M.D.
May Substitute _____
May Not Substitute _____  M.D.
Noted by: _McComak_    Date: _12/5/9_

000001063

EXHIBIT
Y Y

Illinois Department of Corrections

## Health Status

| | |
|---|---|
| Name: | McCROY |
| Number: | U 5 1 9 8 2    Race: B W H Other |
| Age: 38  Date of Birth: 9, 9, 60  Sex: M F |

Transferring Facility: Stateville
Date: 3/6/99
Time: 2 AM PM
Allergies: NKA                    Food Handler Approved: _____

Current/Acute Conditions/Problems: _____
Chronic Conditions/Problems: Keratoconus S On 1993 - Medical Need
Current Medications - Name, Dosage, Frequency, Duration: for Contact. Hypertension ?

Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø          THERAPEUTIC DIETS: Low Salt

FOLLOW-UP CARE NEEDED: Routine

CHRONIC CLINICS: Ø          SPECIALTY REFERRALS: Ø

Significant Medical History: Boston Gas Permiabic Contact lens Hx GC
1986, I14 ORIF R leg 1990. PPD - Ø '98.
Physical Disabilities/Limitations: Ø Low bunk uses cane
Assistive Devices/Prosthetics: _____          Glasses: _____  Dentures: _____
Mental Health Issues: _____  Hx Suicide Attempt: ☐ Date:__/__/__
Hx Psych Med ☐    Hx MPC/ STC ☐
Substance Abuse:  Alcohol: ☐  Drugs: ☒

R & C Use Only
☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ Packet Complete
☐ MEDS  ☐ MH  ☐ Other
Signature and Title: James Stogall R.N.

---

## Transfer Reception Screening

Facility: Hill C          Date: 3/10/99  Time: 7⁰⁵ AM PM

S: Current Complaint: Ø

Current Medications/Treatment: Ø

O: Physical Appearance/Behavior: A+O x 3
Co-operative

Deformities: Acute/Chronic walks c limp

T 98² P 88 R 14 B/P 140/100
A: inmate transfer

P: Disposition:
1) ☒ Health Information Given
2) [ ] Emergency Referral _____
3) [ ] Sick Call:
   Urgent / Routine
   [ ] Medication Evaluation
   [ ] Therapeutic Diet
   [ ] Special Housing
   [ ] Work/Program Limitation
   [ ] Specialty Referrals
   ☒ Chronic Clinics
   [ ] Other
4) [ ] Infirmary Placement _____
5) [ ] Other _____

Signature and Title: Janice Crawford RN

STATE OF ILLINOIS·DEPARTMENT OF CORRECTIONS    *Hill CC*

_Facility_

REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name _McCroy, Aaron_  Inmate's Number _N51882_

Consultant's Name _Dr. Kehoe_

Consult Requested By: _Dr. Choudry_  Date: _6/28/99_  URGENT ( ) YES  ( ) No

Reason for Consult: (List Problem)
_Refit ① Eye ∈ new Keratoconus Contact Lens_

( ) Evaluation
( ) Management

---

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:

ASSESSMENT:    _Severe Keratoconus  L > R._

RECOMMENDATIONS/PLANS:    _Order Rose K Contact Lens_
_To deliver on site_

Date: _6-28-99_    _[signature]_ M.D.
(Signature of Consultant)

---

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[✓] I have reviewed the recommendations contained in this report and approve them:

[ ] I have reviewed the recommendations and disapprove or choose to revise them for
the following reason.

Date: _6-29-99_    _[signature]_
(Signature of Medical Director)

DC7105-A1 (Rev.01/89)
IL 426-0027



**EXHIBIT**
ZZ

000000730