**E-FILED**
Friday, 30 March, 2007  10:53:57 AM
Clerk, U.S. District Court, ILCD



PLAINTIFF'S EXHIBIT
A
Part 3

EXHIBIT
AAA

000000745

000000814

**EXHIBIT**

BBB

*BEGIN USING FROM BOTTOM UP

R4C 34
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_          Reg. # _N51882_          Date: _9-28-99_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Zantil 10mg Po QD x 120 days.

DEA/Illinois Lic. # _____          Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____          M.D.

DCA 7000
IL 426-1417          Noted by: _D. Hackworth R_          Date: _9-28-99_

NKA          R4C 34

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Mc Croy, Aaron_          Reg. # _N51882_          Date: _7/15/99_

Problem _Keratoconus –_

ORDER: (Physician's Signature After Last Order) _____

Boston Advance Cleaner
Conditioner / comb.

DEA/Illinois Lic. # _____          Physician (Print) _Kelve_

☐ May Substitute _____
☑ May Not Substitute _____          M.D.

DCA 7000
IL 426-1417          Noted by: _____          Date: _7/16/99_

NKA          R2C 26

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_          Reg. # _N51882_          Date: _5/11/99_

Problem _____

OR: (Physician's Signature After Last Order) _____

Dyazide – daily
x 120 day

DEA/Illinois Lic. # _____          Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____          M.D.

A 7000
125-1417          Noted by: _____

000000816

*BEGIN USING FROM BOTTOM UP

**EXHIBIT**
CCC

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCroy, Aaron_  Reg. # _N51882_  Date: _5-24-00_

Problem ___

ORDER: (Physician's Signature After Last Order) ___

DEA/Illinois Lic. # ___  Physician (Print) ___ M.D.

☐ May Substitute ___
☐ May Not Substitute ___ M.D.

DCA 7000
IL 426-1417  Noted by: _Baldridge_  Date: _8-17-00_

NICA
RYC57

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Mc Croy, Aaron_  Reg. # _N51882_  Date: _5-24-00_

Problem ___

ORDER: (Physician's Signature After Last Order) _Zebral 20 w/ day #120_

DEA/Illinois Lic. # ___  Physician (Print) ___ M.D.

☐ May Substitute ___
☐ May Not Substitute ___ M.D.

DCA 7000
IL 426-1417  Noted by: _D.HolKurthR_  Date: _5-24-00_

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**  NKA  RYC57

Patient _Mc CROY, AARON_  Reg. # _N51882_  Date: _2-2-00_

Problem _Kerato conus_

ORDER: (Physician's Signature After Last Order) _Boston Advance Conditioner_ _Cleaner._ X 6 months

DEA/Illinois Lic. # ___  Physician (Print) _Kelwe_  M.D.

☐ May Substitute ___
☒ May Not Substitute ___ M.D.

000000817

*BEGIN USING FROM BOTTOM UP

**EXHIBIT**

tabbies

_000_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

_NKA_    _R4C57_

Patient _McCroy, Aaron_          Reg. # _N51882_        Date: _9-27-00_

Problem _Keratoconus._

ORDER: (Physician's Signature After Last Order) _Boston Advance Conditioning/Cleany Solutions_

_X 6 months._

DEA/Illinois Lic. # _____          Physician (Print) _Kehoe_

☐ May Substitute _____                              M.D.
☑ May Not Substitute _____                          M.D.

DCA 7000
IL 426-1417          Noted by: _____        Date: _9-27-10_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

_NKA_    _R4C57_

Patient _McCroy Aaron_          Reg. # _N51882_        Date: _9-20-00_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____          Physician (Print) _____

☐ May Substitute _____                              M.D.
☐ May Not Substitute _____                          M.D.

DCA 7000
IL 426-1417          Noted by: _____        Date: _9-20-00_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

_R4C57_
_NKA_

Patient _McCroy, Aaron_          Reg. # _N51882_        Date: _9-1-00_

Problem _____

ORDER: (Physician's Signature After Last Order) _Muro 30cc PO. X 2 doses pp    #2_

_Boston advance Conditioner/cleaner X 3 months    #1_

_Muro128 prn X 1 bottle pp.    #1_

DEA/Illinois Lic. # _____          Physician (Print) _____

☐ May Substitute _____                              M.D.
☐ May Not Substitute _____                          M.D.

DCA 7000
IL 426-1417          Noted by: _____        Date: _9-1-00_

# Wexford Health Sources, Inc.
## Henry Hill Correctional Center

### Referral Request Form

Date: _10/2/00_                     Referral Number: _0001315_

Pre-Certification number given to vendor     ☐ Yes     ☐ No

Inmate No. _N51882_     Name: _McCray, Aaron_  DOB _9/9/60_

Site Doctor: _Dr Choudry_ Referred to: _Dr Pehoe_ / _Optometrist_
                                       Specialist              Specialty

Hospital / Facility: _____     Hospital MD: _____

☐ Initial Evaluation   ☐ Follow-up   ☐ OP Surgery   ☐ In-Patient Hospital

Other: _____

Reason for Referral: _Keratoconus_

Date of Onset: _____  History of Injury/Problem: _____

_____

Conservative Treatment to Date: _needs contacts / lost_
_approx cost $180_

_____

Tests and Results: _____

_____

_____        _____ _10/2/00_
Attending Physician Signature and Date        Medical Director Signature and Date

Transmittal Date: _10/2/00_        Transmitted by: _Judy K Peter_

Approval Date: _____        Approved by: _____

Med. Furlough to: _____        Date / Time: _____

Address: _____        City: _____

Telephone Number: _____


EXHIBIT
EEE

REV 05/97 - WEX REG 73

000000747

*Put in File*

*NS1882*

## Lens Return Form

| PRACTITIONER | SALES REP. | P.O. NUMBER | INVOICE NO. | ORDER DATE | DATE SHIP |
|---|---|---|---|---|---|
| 11133 KEHOE EYE CARE | | | 11272-00 | 10/05/00 | 10/6/0 |

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| MCCORDY, A | | | BES | BLUE |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX  R | 6.00 | -14.25 | 8.3 | STD | | |
| L | 5.33 | -22.12 | 8.3 | .5 STEEP | | |

| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION |
|---|---|---|---|
| 2 | 2  RHW | | Note: OS BEFORE SAG ADJ 530 -2250 |
| | | | RTEE K - WARRANTED |
| | | | Note: 90 DAY WARRANTY GIVES 2 EXCHANGES |
| | | | YES CC |

LOT NUMBER
R 00263PTC001
L

CAUTION: Federal law prohibits dispensing without prescription.

PRACTITIONER

NON-STERILE - Clean and condition lenses prior to use.

|  | RIGHT | LEFT |
|---|---|---|
| B.C. | | |
| Pwr. | | |
| Dia. | | |
| C.T. | | |
| Mtrl. | | |

PATIENT

MATERIAL

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES
8600 WEST 14TH AVE.  SUITE 2 LAKEWOOD, CO 80215

SHIP TO

PRACTITIONER

BILL TO
11133
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691



EXHIBIT
FFF

000000746

000000818

**\*BEGIN USING FROM BOTTOM UP**

EXHIBIT

GGG

NKa                    R4C5A

State of Illinois                    PRESCRIPTION ORDER
Dept. of Corrections                 Chart Copy (Not a prescription)

Patient _Mc Croy   Aaron_      Reg. # _N51882_      Date: _3/20/01_

Problem _____

ORDER: (Physician's Signature After Last Order) _CTm 4mg Q16 x7d_
_sufeded T16 x7d_
_motim 400n T16 x10d_

DEA/Illinois Lic. # _____
☐ May Substitute                    Physician (Print) _____
☐ May Not Substitute                                        M.D.
DCA 7000                Noted by: _____   Date: _3/20/01_
IL 426-1417                                                M.D.

---

R4C51                                          NKA

State of Illinois                    PRESCRIPTION ORDER
Dept. of Corrections                 Chart Copy (Not a prescription)

Patient _McCroy, Aaron_      Reg. # _N51882_      Date: _1-17-01_

Problem _____

ORDER: (Physician's Signature After Last Order) _Zestril 20mg po x12d_
_Ctm 4mg q 8°   A+D oint for dry skin_
_prn x18d.   to use Bid x1mo_

DEA/Illinois Lic. # _____
☐ May Substitute                    Physician (Print) _____
☐ May Not Substitute                                        M.D.
DCA 7000                Noted by: _Sandra Coffer_   Date: _1-17-01_
IL 426-1417                                                M.D.

---

State of Illinois                    PRESCRIPTION ORDER      R4C57
Dept. of Corrections                 Chart Copy (Not a prescription)        NKA

Patient _MC CROY, AARon_      Reg. # _N 51882_      Date: _10-19-00_

Problem _Keratoconus_              _Advance_

ORDER: (Physician's Signature After Last Order) _Boston Cleaning / Conditioning_
_Solutions   x   1year_

DEA/Illinois Lic. # _____
☐ May Substitute                    Physician (Print) _Kehoe_
☒ May Not Substitute  _T.A. Kehoe or /Whitney_         M.D.



| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION |
|---|---|---|---|
| 2 | 2 | RKW | ROSE K – WARRANTED |
| | | | YFE CC |

CAUTION: Federal law prohibits dispensing without prescription.

PRACTITIONER **7 2**
KEHOE EYE CARE
PATIENT
MCCROY, A
MATERIAL
BCS   BLUE

LENS DYNAMICS
PRECISION LENSES

IS DYNAMICS
PRECISION LENSES
8800 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

SHIP TO
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

RIGHT: B.C. 5.33  Pwr. -22.12  Dia. 8.3  C.T.  Mtrl. BLUE

LENS DYNAMICS
PRECISION LENSES

AIRBORNE
111272-00

BILL TO
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691

3-6-01

Please make Rt eye BC 1/2 Stee... compensate powe...
and make LT lens BC 1.5 Diopte... + compensate wit... power
Thank You.
Kehoe Eye...

1-800-228-269
McCroy – Rose K
N51884  lenses ...
returned for steeper
design back in Janary
R 1/2 steeper
L 1.5 steeper



EXHIBIT
H H H-1

000000650



EXHIBIT

H H H - 2



| PRACTITIONER | | | SALES REP. | P.O. NUMBER | | INVOICE NO. | ORDER DATE | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 11133 KEHOE EYE CARE | | | | | | 128329-00 | 03/07/01 | 3/8/8 |

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| MCCROY | | | BES | BLUE |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX   R | 5.95 | −14.75 | 8.3 | STD | | |
| L | 5.23 | −23.50 | 8.3 | .5 | STEEP A/A | |

| QUAN. ORDERED | QUAN. SHIPPED | | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | RKW | | ROSE K − WARRANTED | 75.00 | 150.00 |
| | | | | Note: 90 DAY WARRANTY GIVES 2 EXCHANGES | | |
| | | | | WARRANTY EXTENDED FOR 1 MORE PAIR EXCH. | | |
| | | | | PER RAY M. | | |
| | | | | YBH CC | | |

OK mg
3/9/01

| | | | LOT NUMBER | SHIPPING/HANDLING | 6.25 |
|---|---|---|---|---|---|
| | | R | 01011PTC009 | TAX | 0.00 |
| | | L | | TOTAL ▶ | 156.25 |

CAUTION: Federal law prohibits dispensing without prescription.

329

PRACTITIONER
KEHOE EYE CARE

PATIENT
MCCROY

MATERIAL
BES   BLUE

NON STERILE - Clean and condition lenses prior to use.

| RIGHT | | LEFT | |
|---|---|---|---|
| 5.95 | B.C. | 5.23 | |
| −14.75 | Pwr. | −23.50 | |
| 8.3 | Dia. | 8.3 | |
| | C.T. | | |
| BES | Mtrl. | BLUE | |

MCCROY

**LENS DYNAMICS**
PRECISION LENSES

**LENS DYNAMICS**
PRECISION LENSES

**LENS DYNAMICS**
PRECISION LENSES

8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

S
H
I
P
T
O

KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

AIRBORNE
128329-00

INVOICE

B
I
L
L
T
O

11133
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691

**EXHIBIT**

III

000000819

nKA
RIA35

| State of Illinois | PRESCRIPTION ORDER |
| Dept. of Corrections | Chart Copy (Not a prescription) |

Patient _McCray Aaron_    Reg. # _n51882_    Date: _5-29-01_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Adalat cc 30mg po QD° x 120 day

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute                   M.D.
☐ May Not Substitute             M.D.
DCA 7000      Noted by: _____ Date: _5-29-01_
IL 426-1417

Deg NKA

| State of Illinois | PRESCRIPTION ORDER |
| Dept. of Corrections | Chart Copy (Not a prescription) |

Patient _McCray, Aaron_    Reg. # _N51882_    Date: _5/10/01_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Zestril 20mg po QD° x 120 day

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute                   M.D.
☐ May Not Substitute             M.D.
DCA 7000      Noted by: _D. Hackwith_ Date: _5/10/01_
IL 426-1417

NKA      Seg. 24

| State of Illinois | PRESCRIPTION ORDER |
| Dept. of Corrections | Chart Copy (Not a prescription) |

Patient _McCray, Aaron_    Reg. # _N51882_    Date: _5.3.01_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Contact solution x 1 box

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute                   M.D.
☐ May Not Substitute             M.D.
DCA 7000      Noted by: _Hoppington_ Date: _5.3.01_
IL 426-1417

EXHIBIT
JJJ
000000820

*BEGIN USING FROM BOTTOM

NKA

Deg 18

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron ___ Reg. # N51882 ___ Date: 7-27-01

Problem _____

ORDER: (Physician's Signature After Last Order) Advil 1-2 tabs, tid/qid prn X 3 d.
PP

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417    Noted by: Baandegger ___ Date: 7-27-01

---

Deg 18
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron ___ Reg. # N 51882 ___ Date: 7-22-01

Problem Gas Perm Contact Lenses - Keratoconus.    x 6 months

ORDER: (Physician's Signature After Last Order) Boston Cleaner
Boston Conditioning Solution    Can give individually
Boston Enzyme.
Should give new bottle only in exchange of nearly empty bottle.

DEA/Illinois Lic. # _____ Physician (Print) Kehoe _____
☐ May Substitute _____ M.D.
☑ May Not Substitute DrKehoe on _____ M.D.
DCA 7000
IL 426-1417    Noted by: Alee LPN ___ Date: 7-23-01

---

Deg 18

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCray, Aaron ___ Reg. # N51882 ___ Date: 7/17/01

Problem _____

ORDER: (Physician's Signature After Last Order) LUBRIDERM APPLY FOR DRY SKIN PRN
X 30d

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____
DCA 7000
IL 426-1417    Noted by: Alee LPN ___ Date: 7-23-01



**EXHIBIT**

KKK-1



| PRACTITIONER | SALES REP. | P.O. NUMBER | INVOICE NO. | ORDER DATE | DATE SHIP |
|---|---|---|---|---|---|
| 60025/KEHOE EYE CARE | | | 5197-00 | 12/09/01 | |

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| MC CROY | | | | |

CAUTION: Federal law prohibits dispensing without prescription.

NON STERILE - Clean and condition lenses prior to use.

PRACTITIONER

KEHOE EYE CARE

PATIENT

MC CROY, P

MATERIAL

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

RIGHT
B.C. 5.18
Pwr. -24.25
Dia. 8.3
C.T.
Mtrl. BLUE

LOT NUMBER
01257PTC001

LEFT

MC CROY

LENS DYNAMICS
PRECISION LENSES

DHL
134197-00

PRACTITIONER

60025
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG     IL 61401

S H I P   T O
KEHOE EYE CARE
35-4-L PLAZA
SUITE 20
GALESBURG     IL 61401

B I L L   T O
60025
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG     IL 61401

PHONE (303) 237-6927 • (800) 226-2691

000000648

| ...ER | | SALES REP | ...NUMBER | INVOICE NO | ...ORDER DATE | DATE SHIPPE |
|---|---|---|---|---|---|---|

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| CCROY | | | | |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX | 5.35 | | | | | |
| | 5.23 | -23.50 | | | | |

| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION |
|---|---|---|---|

Notes: 90 DAY WARRANTY GIVES 2 EXCHANGES
PER RAY M.

CAUTION: Federal law prohibits dispensing without prescription.

NON STERILE - Clean and condition lenses prior to use.

LOT NUMBER: 01011PIC009

**3 2 9**

PRACTITIONER
KEHOE EYE CARE

| | RIGHT | | LEFT | |
|---|---|---|---|---|
| B.C. | -5.95 | 5.23 | | L |
| Pwr. | -14.75 | -23.50 | | |
| Dia. | -8.3 | 8.3 | | |
| C.T. | | | | |
| Mtrl. | | | | |

PATIENT
MCCROY

MATERIAL
BES   BLUE

BES   BLUE
MCCROY

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

L...IS DYNAMICS
P...CISION LENSES

AIRBORNE
128329-00

8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

11133

PRACTITIONER

S H I P   T O:
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG        IL 61401

B I L L   T O:
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691



Aaron McCray - Rose K order
05

| BC | Diameter | Power |
|---|---|---|
| 5.10 | 8.3 | -24.25 |

E Bad 10/9/02
600 25

**EXHIBIT**
KKK-2

Switch to New
**Alphagan P**
(brimonidine tartrate ophthalmic solution) 0.15%

000000647

**EXHIBIT** LLL



Western c

Illinois Department of Corrections

**Health Status**

Name: McCray, Aaron

Number: N51882  Race: (B) W H Other

Transferring Facility: HillCC

Age: 41  Date of Birth: 9/9/60  Sex: M F

Date: 10/30/01

Time: 5³⁰ (AM) PM

Allergies: NKA

Food Handler Approved: 9-24-00

Current/Acute Conditions/Problems: _____
Chronic Conditions/Problems: HCV  HTN

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: Chronic meds - Adalat CC 30mg q AM x 90 days
Hyazide HCTZ 25mg q AM x 30 days

Chronic Long-term Medications: Ribavirin 600mg AM et 600 mg PM x 24 wks
α-Interferon 2B 3,000,000 iu SQ 3x weekly x 24 wks

Chronic Psychotropic Medications: Ø

Current Treatments: Lubriderm x 3 months  THERAPEUTIC DIETS: Low Na. 2200 cal

FOLLOW-UP CARE NEEDED: _____

CHRONIC CLINICS: HTN/Cardiac  SPECIALTY REFERRALS: _____

Significant Medical History: ORIF RLE 1990  Keratoconus OU

Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø  Contacts worn 2x/wk  Glasses: Contacts  Dentures: _____
Mental Health Issues: _____  Hx Suicide Attempt: ☐ Date: _/_/_  Hx Psych Med ☐  Hx MPC/STC ☐
Substance Abuse: Alcohol: ☐  Drugs: ☒

**R & C Use Only**
☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ Packet Complete
☐ MEDS  ☐ MH  ☐ Other

Signature and Title

---

**Transfer Reception Screening**

Facility: WILC -  Date: 10/31/01  Time: 6²⁰ AM PM

S: Current Complaint: no HTN

Current Medications/Treatment: Adalat
adalat CC 30mg daily  HCTZ 25mg daily
meds stopped demanding

O: Physical Appearance/Behavior: Contacts + post plate in
psych - 0 meds

Deformities: Acute/Chronic _____

T 98  P 70  R 18  B/P 140/100
contacts serum 350+

P: Disposition:
1) [ ✓] Health Information Given
2) [ ] Emergency Referral _____
3) [ ✓] Sick Call:
  Urgent / Routine
  [ ] Medication Evaluation
  [ ] Therapeutic Diet
  [ ] Special Housing
  [ ] Work/Program Limitation
  [ ] Specialty Referrals
  [ ] Chronic Clinics
  [ ] Other RBC 11/1/01
4) [ ] Infirmary Placement
5) [ ] Other _____

Signature and Title (Shaw (RN)

000000727

EXHIBIT 1

**WESTERN ILLINOIS CORRECTIONAL CENTER**
**PERSONAL PROPERTY INVENTORY RECORD**

| Inmate Name McCray | Register No. N51952 | Housing Assignment 9c | Date 11-1-01 |
|---|---|---|---|

UNAUTHORIZED/EXCESS PROPERTY

| Description | Sent Home | Visit | Destroyed |
|---|---|---|---|
| 2 lotion | | | |
| 5 contact solution bottles 3 sent to HCU | | | |
| 3 contact cases | | | |
| 1 lakewood 12002K fan | | | |
| 1 Brown Pants | | | |
| 2 spiral bound notebooks | | | |
| 1 Gold tone cross chain | | | |
| 2 belts | | | |
| 1 earring blue | | | |
| 4 photos | | | |
| 1 Bible | | | |
| 1 magazine | | | |
| 1 jar cream PJ | | | |
| 1 Hawaiian shirt | | | |
| 1 Koss TN/65 screws | | | |
| 8 boxer briefs | | | |
| 1 Panasonic FR299 | | | |
| 3 cassette tape screws | | | |
| Panasonic RX-FS470 (altered record) | | | |
| | | | |
| | | | |

I hereby certify that the Personal Property Sheets I am signing contain a true and
complete listing of my confiscated Personal Property.

Inmate's signature: _____   Number: _____
Date: _____
Witness: _____

cc: 1)Personal Property; 2)Inmate; 3)With Inmate's Property

DCA230-35568
TL426-22186

EXHIBIT
mmm



**Illinois
Department of
Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

## MEMORANDUM

DATE:     November 2, 2001

TO:       Offender McCroy N51882   4C38

FROM:     Deborah K. Fuqua, RN, CCHP
          Health Care Unit Administrator

SUBJECT:  Contact Lenses

Per the optometrist, Inmate McCroy N51882 has a medical condition that requires him to wear contact lenses. Therefore, he is authorized to have one (1) pair of contact lenses, one (1) storage case, one (1) bottle of cleaner and one (1) bottle of soaking solution.


Deborah K. Fuqua, RN, CCHP
Health Care Unit Administrator

DKF:sjz

cc: Warden Hockaday
    Assistant Warden Winters
    Assistant Warden Schnepel
    Shift Captains (7-11, 3-11, 11-7)
    Medical Records
    File



EXHIBIT

N N N

tabbies

000000903

EXHIBIT 2
PAGE 1 OF 2

December 17, 2001



Fr:  Aaron McCroy
     Reg. No. N51882
     Western Illinois C.C.

To:  Assistant Warden Schnepel   and      Deborah K. Fuqua, RN,CCHP
     of Programs.                          H.C.U. Administrator
     Western Illinois C.C.                 Western Illinois C.C.

Re:  Medical Treatment and dispensing of Medication.

     This letter is in regards to correction a problem I am having
with the Staff of Wexford Health Resources who operated the WIC
Health Care Unit.  To wit;

     Because I suffer from keratoconus, a degenerative cornea
disorder. I have been prescribed contact lenses to maintain/replace
my damaged corneas.  In addition to the contact lenses I have been
prescribed contact lense cleaners for daily cleaning, enzyme
cleaner for weakly use in removing protein build up, and extra
lense cases.

     Upon arriving at  WICC my contact  lenses and etc. were taken
out of my property and given to Wexford Employees.  After several
days in which I was denied legally adequate vision, I was given my
contact lenses and cleaners back.  However, my prescribed enzyme
cleaners and extra case were taken.  I was told that I did not
need the enzyme cleaners or something to that effect.  The
prescribtion appears on the face of my medical file.  Wexford's
Staff stole my personal property and for non-medical reasons which
are against my treating physicians orders, and the recommendations
of both the contact lense and lense cleaner manufacturer's, refuse
to reissue my enzyme cleaner or case.

     Futhermore, I am required to turn in empty bottles of cleaning
solutions and wait numerous days for a refill.  Wexford's Staff
here at WICC has not taken into account the actual harm this polcy
causes me.  First, any days that I am unable to wear contact
lenses is a day that I am legally blind.  Second, I can not rewear
my contact lenses without cleaning them first.  As suggested by a
Nurse that I inform of this problem.  On 12-16-01 at aprx. 8 pm in
R3 C- wing.

                              -1-

EXIBIT 2
E 2 OF 2

Keratoconus is a degenerative cornea decease which causes the thinning, conning and perforating of the cornea.  Contact lenses that are specially fitted maintain/replace the cornea and allows me to have limited vision.  However, the fit must be check on a regular basis and the development of proteins and etc. on the lenses must be removed because this effects the fit of the lenses and lessens the time that I can wear them.  Which is 10 hours under optimum conditions.  Also, because Keratoconus perforates the corneas any dirt allowed to to build up on the lenses will enter my eyes thru the cornea, be trapped between them and my retinal and set up an infection.  For these reasons I am given Enzyme cleaner and extra cases and my prescribtion is continual not intermittent.

In conclusion, I am asking that my property which was taken upon my arrival be given back.  That my prescribtions as they apply to my eye care be followed.  And that I be allow to see the Optometrist as soon as possible, in order that he may finish correcting the problems with my left contact lenses which was started by Dr. Kehoe before I left Hill C.C.

Your help in this matter would be greatly appreciated.


Thank you.

c.c/file

_____
Aaron McCroy, #N51882



EXHIBIT
000-2



STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WIL
HILL CORRECTIONAL CENTER

Inmate's Name __McCroy, Aaron__         Inmate's Number __N51882__

| Date/Time | SOA | PLANS |
|---|---|---|
| 12/18/01 1:35PM | **OPTOMETRIST** pt state he hasn't been wearing CL's due to lack of Boston solu' + enzyme cleaner which he needs to keep down the protein deposits he acquires while wearing CL's. I will order the complete care kit for him + recheck lenses when he is able to wear them. | Re J CL's |
|  |  | D+ Anderson OD |
| 12-3-01 1130 A | **PSYCHOLOGIST** See Psych Eval | JB See Psych |
| 1-3-02 1:35PM | **OPTOMETRIST** R.t: OD +50 -100 x 180   OD         OS -50 -400 x 180 Subj. +50 -100 x 170 OS -100 -300 x 180 Anger +8 +24 x 150   Black Plotting & Tre. | Over Refract CL's 70/67 |
|  |  | D+ Anderson OD |

DC 7147(3-84)
IL 426-0017

000000479

01/09/02     Dixon Correctional Industries
Dixon, IL 61021

Rx Only

SHIP TO:02605   WESTERN ILL CORRECTIONAL CTR
BILL TO:02605   WESTERN ILL CORRECTIO
PATIENT:MCCROY, N51882       DCN: 182176
                             INVOICE#:000029843    01/09/02
TRAY#:8496
JOB ID:  182176              LENS PRICELIST:

Glass Photogrey Ext    **LENSES - REG**        Single Vision

| SPHERE | CYL | AXIS | OC HT | PRESCRIBED PRISM | ADD | SEG HT | DPD | NPD | BC |
|--------|-----|------|-------|------------------|-----|--------|-----|-----|-----|
| + 0.50-| 1.00| 170  | 0.0   |                  |     |        | 70.0B |   | 6.00 |
| - 1.00-| 3.00| 180  | 0.0   |                  |     |        | 70.0B |   | 4.25 |

Glass Photogrey Ext                          Single Vision

**FRAME STATUS - SUPPLY**

MFG:DIXON   NAME:BRYAN D        TEMPLE NAME:DC1 DIX 3
EYE:48   BRIDGE:22   TEMPLE:150SKZ   COLOR:Black        CIRC:150.6

BILLING INFORMATION        PRICE
SV GPGE                        17.99
BRND                            4.84
DC1 DIX 3                       3.79

REDO:

COMMENTS                              Total:   26.62

JAN 18 A.M.



EXHIBIT

QQQ

000000590

EXHIBIT 42
1 OF 2

Illinois Department of Corrections
COMMITTE**RSON'S GRIEVANCE REPORT**                    _Emergency grievance_

| Date: 1-27-02 | Committed Person (Please Print) _Helen M. Eko_ | ID #: 0 _N5140 B_ |
|---|---|---|

| Present Facility: _WICC_ | Facility where grievance issue occurred: _Same_ |
|---|---|

**...URE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Restoration of Good Time
- ☐ Disciplinary Report - Date: _____
- ☐ Mail Handling
- ☐ Dietary
- ☒ Medical Treatment
- ☐ Transfer Denial:
- ☐ By Transfer Coordinator
- ☐ By Institution
- ☐ Disability
- ☐ Other _____

Where issued: _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance: _This is an Emergency Grievance, concerning the harassing and retaliatory treatment I am receiving from the persons running the WICC health care unit._

_On jan. 25, 2002 I was called over to the health care unit from school, while I was there, med/and employees had I.F. correctional officers search my assigned cell and confiscated one empty bottle of contact lense solution and one lente enzyme cleaner. I had requested a refill of contact lente solution on jan 22,2002. ms. fugua claimed that they were trying to determine why I was using so much cleaner or something to that affect first, let me state, that app 2½ weeks before I requested this new refill of cleaning solutions. I was given an app. 6 oz. bottle of solution. I am required clean, rinse and soak my contact lenses each day. Thus a 6 oz bottle does not last for long. And any person who reads the instruction on use would be aware of this fact. However, ms. fugua seems to not know this fact and had my cell searched and had me called over to the Health care for no other reason but to instigate an argument._

_It is my belief that because I have complained on many occasions of wellford's continual pattern of malpractice. For instance in my letters to asst. warden Schnepes and mr. Fugua, complaining of their denial of my contact lenses and solutions on 12-17-01 and a complaint to the ARB, complained of wellford's continuously switching my prescribe medical treatment and etc. wellford has elected to deny me contact lense cleand solutions and harassing me and using correctional officers to retaliate against me because they hope that these actions will deter me from pressing._

Relief Requested: _"continued"_

_MAR 0 5 2002_

_"see attached page"_

OFFICE IF
INMATE ISSUES                    [Attach additional pages as necessary]

**COUNSELOR'S RESPONSE**

Date Received: _2/5/02_

Response: _Ms Fugua - HCUA    stated she did not have inmates cell searched. She and Nurse Shaw tried to issue new contact lens solution and cleaner alone with instructions on 1/25/02. Inmate refused to listen to instructions and refused to take contact solution and cleaner._

Counselor: _(signature)_    Print Name: _Perry_    Date of Response: _2/5/02_

Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinators Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

EXHIBIT
RRR-1

COMMITTED PERSON'S GRIEVANCE REPORT    *Illinois Department of Corrections*

| Date: 1-87-02 | Committed Person: (Please Print) Fallon McKay | ID #: N51565 |
|---|---|---|
| Present Facility: WICC | Facility where grievance issue occurred: Same | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: _____

- [ ] Mail Handling
- [ ] Dietary
- [X] Medical Treatment

- [ ] Transfer Denial:
- [ ] By Transfer Coordinator
- [ ] By Institution
- Where issued: _____

- [ ] Disability
- [ ] Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: font' my issues are further, they are well aware that I am legally blind without the use of contact lenses able to have me tense chances for onetime period is to dangare vision that is inadequate for normal activities.

At present I am refusing any medications from wedford, because I am concerned that they will either attempt to kill me or seriously injure me be either switching or tampering with my medications. They have already constituting medications once and lied to the ARB to cover it up also. I have watched other inmates die or become seriously injured at Hill C.C. from their brand of health care.

"Emergency Grievance"

"Page"
2 of 2

Relief Requested: To be allowed at my own expense to purchase my medications from another source, and not to be required to use wedford for any health related matters until I can obtain Court supervision of their actions. And that Hill be _____ _____ from using additional effects in a scheduate manner.

---

**COUNSELOR'S RESPONSE** (if necessary.)

Date Received: _____

Response: RECEIVED

MAY 03 2002

OFFICE OF
INMATE ISSUES

Counselor: _____

_____
Signature    Print Name    Date of Response

[ ] Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

EXHIBIT
RRR-2

EXHIBIT 10
2 OF 3

DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: February 6, 2002    Date of Review: March 24, 2002    Grievance # (optional): 02-267

Committed Person:                                          ID#: N51882

Nature of Grievance: Inmate is grieving medical treatment.

Facts Reviewed: Inmate interviewed. Inmate states he is being denied proper medical treatment and it is causing him harm. Inmate states that he had to be rushed to Quincy due to the HCU's negligence concerning his cleaning solution for his contact.

Nurse Shaw interviewed. Inmate's med file reviewed. She states that a bottle of cleaning solution should last atleast 90 days per the bottle. She states that this prescription has to specially received from another vendor. She states that on 1-25-02 inmate was offered Boston Advance Comfort Formula 4 oz. and cleaner 1 oz. but the inmate refused and became very loud. She states that the inmate wants a specific kind of solution and it was not available at the time. On 2-26-02 inmate had a med writ to Quincy Medical Group but it was not an emergency writ. Inmate had an appointment. She states this stems from an injury in 1995. Inmate is allowed to refill his solution once a month but must bring the empty bottle with him to HCU.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's greivance be denied due to staff following established institutional policy and procedures as it relates to the medical treatment of inmate's.

Tara Barr
Print Grievance Officer's Name

_Tara Barr_
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 3-28-02    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

_He noted that inmate was offered proper formula & clean on 1-25-02 and refused. Sent to HCU review on 2-26-02 for_
_Counselors respond also noted_

_R. Huckleby Jr._
Chief Administrative Officer's Signature        3/28/02
Date

## Committed Person's Appeal To The Director

SPRINGFIELD IL
If appealing the Chief Administrative Officers decision to the Director, this appeal must be submitted within 30 days after the date of the Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselors response, if applicable, and any pertinent documents.)

MAY 3 0 2002

_Committed Person's Signature_        ID#: N51882        4-27-02
Date

EXHIBIT
tables
RRR-3

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

## MEMORANDUM

I, _Aaron McCroy_ , understand that I am responsible for the care of these prescription glasses that I have received on this date _1/29/0~_ . If they are lost, broken, stolen or damaged in any way, that I am responsible for the replacement of these glasses out of my funds.

Inmate Name: _____

Inmate Number: _____

Witness: _D L Anderson O D_

Date: _1/29/02_



EXHIBIT
SSS

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCroy Aaron_    INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME: _Dr Weller_

CONSULT REQUESTED BY: _Dr Garlick_    DATE _2-26-02_    URGENT (✓) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Corneal ulcer, keratoconus

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: ① advanced keratoconus OU
② suspect apical touch OD
③ stromal scar centrally OS, deep, suspt
old hydrops (acute) crack in
descemets membrane

PROCEDURE:    ④ No ulcer.

ASSESSMENT: – OD c. loxxr
– Flu c optamal → to ref↑ t with contact –

RECOMMENDATIONS/PLANS: – if k's progress ≥ 55 and unable to
DATE 26 Feb 02    fit c contacts Flu c OD sick for
Rcll Weller MD    M.D. consider
(SIGNATURE OF OCNSULTANT)    corneal
transp D

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _2/27/02_    _____ MD

DC7105-AJ(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

**EXHIBIT**

_TTT_

000000535

# Wexford Health Sources, Inc.
## Western Illinois Correctional Center

**EXHIBIT**

uuu

### Referral Request Form

Date: _3/5/02_   Referral Number: _02003893_

Pre-Certification number given to vendor   ☐ Yes   ☐ No

Inmate No. _N61882_   Name: _aaron mcCroy_   DOB _9/9/60_

Site Doctor: _David J Anderson OD_ Referred to: _Dr Peter Kehoe_ / _Contact Lenses_
                                              Specialist                  Specialty

Hospital / Facility: _Office - Galesburg Ill_   Hospital MD: _____

☒ Initial Evaluation   ☐ Follow-up   ☐ OP Surgery   ☐ In-Patient Hospital

Other: _____

Reason for Referral: _Refit if possible of CL's due to advanced Keratoconus_

Date of Onset: _____   History of Injury/Problem: _1995 - Keratoconus_

_____

Conservative Treatment to Date: _Seen by ophthalmology for stromal scarring_
_O.U. who suggested refit of CL's if possible or corneal transplant_
_if not possible - See consult 2/21/02_

Tests and Results: _____

_appt orig'd for_
_scheduled_
_3-18-02_
_cancelled per Warden_

_D L Anderson OD 3/5/02_         _Jms MD 3/5/02_
Attending Physician Signature and Date     Medical Director Signature and Date

Transmittal Date: _3-5-02_       Transmitted by: _V Lynne Shelton_

Approval Date: _3-8-02_          Approved by: _Wexford_
                                 _3-25-02 11AM  4-1-02 11AM_
Med. Furlough to: _Dr Peter Kehoe_   _3-18-02 11AM  4-12-02 11AM_
                                 Date / Time:
Address: _4 L Plaza Suite 35_    City: _Galesburg, IL_

Telephone Number: _309 343-1179_

_3-18-02 cancelled_
_3-25-02 cancelled_
_4-1-02 cancelled_

REV 05/97 - WEX REG 73

EXHIBIT 8
1 OF 2

Illir. partment of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

Date: 3-11-02
Committed Person: Aaron McCroy
ID #: N51882

Present Facility: Western Illinois C.C.
Facility where grievance issue occurred: same

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: _____
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment
- [ ] Transfer Denial:
- [ ] By Transfer Coordinator
- [ ] By Institution
  Where issued: _____
- [ ] Disability
- [ ] Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.
PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance: This EMERGENCY GRIEVANCE is being filed because swift action is needed in order to save my eye sight and to combat Wexford Health Resource's deliberate indifference to treating my serious medical needs. To wit:

I suffer from Kerataconus a degenerative cornea disorder which less then 1% percent of the worlds population suffers from this condition Wexford Health Resources here at WICC employs no Doctor qualified to treat the present and potential problems with my eyes, and this inability to give me adequate medical care nearly caused the loss of vision in my left eye.

Since my arrival at WICC I have had to write letters and grievances concerning Wexford's employee's deliberate indifference to my eye care needs. It is my sincere belief that their actions are in retaliation for me complaining about their improper medical pratices.

However, the situation as it stands today is, that my left and right eyes have sustained vision threatening damage as a result of me being denied the proper cleaners for my lenses and being forced to wear ill fitted contact lenses. The nature of my eye disorder requires that I see a qualified Optomologist on a regular basis and regularly refitted with new contact lenses. It is imperative that I have access to a Doctor who is trained in the treatment of my rare disorder. It should be noted, that I was complaining to Wexford Staff and warning them about what their actions would couse, and both wexford and WICC staff ignored my warnings. I repeatedly told the eye doctor who fitted me with galsses which go over my contacts, that I was experiencing pain in my left eye. Yet he was unable to see the severe damage.

Finally, I wrote to Asst. Warden Schnepel and Ms. Fuqua, HCU Administrator asking to see a qualified Doctor. Upon seeing the Doctor he had me rushed to the Quincy Clinic for treatment. The Doctor in Quincy disclosed to me that both of my contact lenses are doing great damage to my corneas, and that I should be sent to my Doctor in Galesburg Ill., to be refitted with new contacts, if possible.

Eventhough, Wexford staff knows that I am unable to see without contacts and that my present pair has and is causing me pain and severe eye damage, including severe headaches they have yet to send me out for

Relief Requested: _____

CONTINUED
PAGE 1 OF 2

(Attach additional pages, if necessary.)

**COUNSELOR'S RESPONSE**

Date Received: _____
Response: _____

Counselor: _____
Signature _____ Print Name _____ Date of Response _____

- [ ] Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O.


EXHIBIT
VV V-1

March 11, 2002

EXHIBIT 8
2 OF 2

## EMERGENCY GRIEVANCE
### PAGE 2 OF 2

evaluation and forcing me to wear my right contact lense in order to function in the sighted world.  Although, they know that me having to wear this contact is causing more damage to my cornea.


Relief Requested

Because the Wexford Staff here at WICC is not trained or knowledgable in the effects and treatment of karatoconus, and have only denied and delayed my treatment to the point of me almost losing vision in my left eye and now is forcing me to damage my right eye or be legally blind. It is imperative that I be sent to Dr. Kehoe in Galesburg, Ill., as soon as possible and transferred to another facility that has a Optomologist that is train in the treatment of this very serious disorder Also, that compensation for these unlawful acts be paid to me in the amount of $10.000.

Respectfully Submitted.

Aaron McCroy, #N51882

c.c./file



EXHIBIT

VVV-2

EXHIBIT 8
OF 2

Illin. .partment of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 3-11-02 | Committed Person: (Please Print) Aaron McCroy | ID #: N51882 |

| Pen Facility: Western Illinois C.C. | Facility where grievance issue occurred: same |

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Restoration of Good Time
- ☐ Disciplinary Report - Date: _____

- ☐ Mail Handling
- ☐ Dietary
- ☒ Medical Treatment

Transfer Denial:
- ☐ By Transfer Coordinator
- ☐ By Institution

Where Issued: _____

- ☐ Disability
- ☐ Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance:   This EMERGENCY GRIEVANCE is being filed because swift
action is needed in order to save my eye sight and to combat Wexford
Health Resource's deliberate indifference to treating my serious medical
needs.  To wit;
    I suffer from Kerataconus a degenerative cornea disorder which
less then 1% percent of the worlds population suffers from this condition
Wexford Health Resources here at WICC employs no Doctor qualified to
treat the present and potential problems with my eyes, and this inability
to give me adequate medical care nearly caused the loss of vision in my
left eye.
    Since my arrival at WICC I have had to write letters and grievances
concerning Wexford's employee's deliberate indifference to my eye care
needs.  It is my sincere belief that their actions are in retaliation
for me complaining about their improper medical pratices.
    However, the situation as it stands today is, that my left and
right eyes have substained vision threatening damage as a result of me
being denied the proper cleaners for my lenses and being forced to wear
ill fitted contact lenses.  The nature of my eye disorder requires that
I see a qualified Optomologist on a regular basis and regularly refitted
with new contact lenses.  It is imperative that I have access to a
Doctor who is trained in the treatment of my rare disorder.  It should
be noted, that I was complaining to Wexford Staff and warning them
about what their actions would couse, and both Wexford and WICC staff
ignored my warnings.  I repeatedly told the eye doctor who fitted me
with galsses which go over my contacts, that I was experiencing pain in
my left eye.  Yet he was unable to see the severe damage.
    Finally, I wrote to Asst. Warden Schnepel and Ms. Fuqua  HCU
Administrator asking to see a qualified Doctor.  Upon seeing the Doctor
he had me rushed to the Quincy Clinic for treatment.  The Doctor in
Quincy disclosed to me that both of my contact lenses are doing great
damage to my corneas, and that I should be sent to my Doctor in Galesburg
Ill., to be refitted with new contacts, if possible.
    Eventhough, Wexford staff knows that I am unable to see without
contacts and that my present pair has and is causing me pain and severe
eye damage, including severe headaches they have yet to send me out for

Relief Requested: _____

_____

CONTINUED
PAGE 1 OF 2

(Attach additional pages, if necessary.)

| COUNSELOR'S RESPONSE |

Date Received: _____

Response: _____

_____

_____

Counselor: _____
Signature          Print Name          Date of Response

☐  Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials
of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board. 1301 Concordia Court, P.O.



EXHIBIT
WWW-1

March 11, 2002

EXHIBIT 8
2 OF 2

## EMERGENCY GRIEVANCE
### PAGE 2 OF 2

evaluation and forcing me to wear my right contact lense in order to
function in the sighted world.  Although, they know that me having to
wear this contact is causing more damage to my cornea.

Relief Requested

Because the Wexford Staff here at WICC is not trained or knowledgable
in the effects and treatment of karatoconus, and have only denied and
delayed my treatment to the point of me almost losing vision in my left
eye and now is forcing me to damage my right eye or be legally blind.
It is imperative that I be sent to Dr. Kehoe in Galesburg, Ill., as
soon as possible and transferred to another facility that has a
Optomologist that is train in the treatment of this very serious disorder
Also, that compensation for these unlawful acts be paid to me in the
amount of $10.000.

Respectfully Submitted.

Aaron McCroy,  #N51882

c.c./file



EXHIBIT
WWW-2



KEHOE
eye care
We Care for People . . . Not Just Eyes!

Treatment of Eye Diseases Including Glaucoma
Contact Lenses Our Specialty
Adult and Pediatric Eye Care

March 26, 2002

Jean Zackey
Western Illinois Correctional Center
Route 99, Box 1000
Mount Sterling, IL 62353

RE: Contact lens for inmate Aaron McCroy (N51882)

Dear Ms. Zackey,

I have enclosed a special Rose-K keratoconic contact lens for Aaron McCroy's left eye.
Please forward this lens to your on-site optometrist or ophthalmologist for evaluation of
the fit. The parameters of the lens are as follows:

| Lens Type | Base Curve | Power | Diameter | Peripheral Curves |
|-----------|------------|-------|----------|-------------------|
| Rose-K | 5.10 | -24.25 | 8.3 | Standard |

This lens is a starting point for Mr. McCroy and may need to be modified to optimize fit
and vision. If your on-site doctors have any questions or concerns, they can contact me at
(309) 343-1179. I would also be happy to see Mr. McCroy for a consultation visit in our
office if needed, but I feel that his condition could probably be handled on-site.

Sincerely,

Brian J. Plattner, O.D.

**EXHIBIT**

X X X-1

000000539

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility: LOCC

Inmate's Name _McCroy, Aaron_   Inmate's Number _N 518F_

| Date/Time | SOA | PLANS |
|---|---|---|
| 3-6-02 | Copied various | |
| 12:40pm | copies per Janet | |
| | request given to | |
| | med Record 3-26-02 | B Granger SA II |
| | | :0990 |
| 3-26-02 | Doctor Kehoe's office called. | |
| 2:05pm | They found McCroy's | |
| | contact lens at | NURSE PRACTITIONER |
| | H.U CC. They will | |
| | mail it to us + let | |
| | DR Anderson fut it | |
| | here. They can still | |
| | see McCroy if | |
| | something else | |
| | needs to be done | |
| | after that. | V Lynne Shelton Med Record |
| 4-3-02 | nurse note | |
| 4:30 Am | LABORATORY DRAW     received | |
| | Date 4-3-02   Time 4:30a   DEF12800632 | |
| | Site_____ Sticker #_____ | |
| | Test Chem | |
| | Signature | |
| | Refused to come for | |
| | Chem panel as needed for 1 tri Clinic — L Brennan R | |

DC 7147 (3-84)
IL 426-0017

EXHIBIT
XXX-2

000000487

EXHIBIT

tabbies    YYY

000000621

*BEGIN USING FROM BOTTOM UP

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient  McCroy, Aaron                           Reg. #  N51882        Date: 4/16/0

Problem  Keratoconus

ORDER: (Physician's Signature After Last Order)  Add Boston enzyme cleaner
Ren Dr Platner order                    to other solution x yr

DEA/Illinois Lic. # _____
☐ May Substitute  DL Anderson OS    Physician (Print)  D.L ANDERSON O
☐ May Not Substitute _____
DCA 7000
IL 426-1417
Noted by: ____  J Scott LPN    M.D.  Date: 4-16-0

NKA

R3

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient  McCroy Aaron      Reg. #  N51882        Date: 4-2-0

Problem  Keratoconus

ORDER: (Physician's Signature After Last Order)

Boston advance cleaning solution
conditioning
X year

DEA/Illinois Lic. # _____
☐ May Substitute _____    Physician (Print) X _____
☐ May Not Substitute _____
DCA 7000
IL 426-1417
Noted by:  DL Anderson O S K Kaluka    M.D.  Date: 4-2-0

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

3C18

Patient  McCROY, AARON      Reg. # _____        Date: 2/24/02

Problem _____

ORDER: (Physician's Signature After Last Order)  ASA 2tab NO GIP prn
prn x 3d  GP

DEA/Illinois Lic. # _____
☐ May Substitute _____    Physician (Print)  SS'ms
☐ May Not Substitute _____
DCA 7000
IL 426-1417
Noted by:  K P

OF ILLINOIS – DEPARTMENT OF CORRECTION.

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron    INAMTE'S NUMBER N51882

CONSULTANT'S NAME: Dr Peter Kehoe / Dr. Brian Platter

CONSULT REQUESTED BY: Anderson    DATE: 4-12-02    URGENT (✓) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Advanced Keratoconus CL fit

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Heavy Apical Touch c̄ Current Lens OS
Better Contact Lens Fit OS c̄ Epicon 6.4 Steep P.C.
lens OS SHII moderate apical touch, Better Centration.
Adequate Contact Lens Fit OD

PROCEDURE:

ASSESSMENT: Severe Keratoconus OS > OD)

RECOMMENDATIONS/PLANS: Send I/m with my own personal Epicon lens OS.
Need to do Progress check to re evaluate fit + confor.
in 2-3 weeks. Recommend that Correctional Center
carries CL cleaner, conditioner, and enzyme in stock. Replace
Solutions for new bottle in return for empty bottle. Replace

DATE: 4/12/02    ____/ Stat    OD M.D.    Care 9 3. months.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 4/15/02    _____
DC7105-AI(REV01/89)
IL426-0027    (SIGNATURE OF MEDICAL DIRECTOR)



EXHIBIT
tabbies
ZZZ

000000541