E-FILED
Friday, 30 March, 2007 10:55:09 AM
Clerk, U.S. District Court, ILCD

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 4/16/02 Referral Number: 02006275

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: Aaron McCroy DOB 9/9/60

Site Doctor: David Anderson Referred to: Dr Brian Plotner (Specialist) / Contact Lenses (Specialty)

Hospital / Facility: Kehoe ~~Inst. Ste~~ Eye Care ~~Hospital MD~~: Galesburg IL

Initial Evaluation ☒ Follow-up ☐ OP Surgery ☐ In-Patient Hospital

Other:

Reason for Referral: 3 wk follow up of CL refitting

Date of Onset: History of Injury/Problem: 1996 - Keratoconus

Conservative Treatment to Date:

Tests and Results:

David J Anderson OD 4/16/02
Attending Physician Signature and Date

[signature] MD 4/16/02
Medical Director Signature and Date

Transmittal Date: 4-16-02 Transmitted by: VLynne Shelton

Approval Date: 4-17-02 Approved by: Wexford

Med. Furlough to: Kehoe Eye Care Date / Time: ~~Tues May 7 2002~~ May 13 2002 11Am

Address: Dr Brian Plotner 4L Plaza Suite 35 City: Galesburg IL 61401

Telephone Number: 309-343-1179

EXHIBIT AAAA

PLAINTIFF'S EXHIBIT A Part 4

REG 73

00000544

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 5-3-02

TO: RECORD OFFICE

FROM: HEALTH CARE UNIT

SUBJECT: EMERGENCY MEDICAL FURLOUGH

Resident Name McCroy Aaron Number N51882
S.S.# 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 Birthdate 9-9-60
Scheduled on Tues May 7 2002 at 1100 am/pm to see
Doctor Plotner at Kehoe Eye Care
4L Plaza Suite 35
Galesburg IL 61401
Telephone 309-343-1179

TYPE OF FURLOUGH
Same Day Return ✓
Admission ___
Estimated Length of Stay ___
Emergency ___

REASON FOR FURLOUGH:
Specialist Consult ___
EEG ___
Dental ___
Return Appointment ___
Post-Op Check ___
Surgery ___
Other Eye ✓

MEDICAL ALERT:
Epileptic ___
Diabetic ___
Hypertensive ___
Cardiac ___
Allergy ___
Asthmatic ___
Other ___

MEDICATION NEED ___

INFORMATION TO ACCOMPANY:
Consultation ✓
X-Ray Films ___
Transfer Sheet ✓
Laboratory Tests ___
Other ___

cancelled per warden rescheduled 5-13-02

PRE-FURLOUGH PREPARTATION AND OR SPECIAL INSTRUCTIONS:
PLEASE RETURN A COPY OF THE EMERGENCY REPORT TO WIL.
Return to Health Care Unit upon arrival at WIL.

Deborah K. Fuqua RN CCHP
CHARGE NURSE, HEALTH CARE UNIT

cc: Health Care Unit Administrator
Medical Director
Director of Nursing HCU
Medical Records
Information Packet
7-3 Shift Commander

DCA 230-35735 (Rev 1/98)
IL 426-18576

EXHIBIT
BBBB

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Plotner Kehoe Eye Care

CONSULT REQUESTED BY: Dr Anderson DATE 5-13-02 ~~5-7-02~~ URGENT ( ) YES (✓) NO

REASON FOR CONSULT. (LIST PROBLEM)

3wk FU of CL refitting

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: Vc 20/30-2, 20/200 OR -5.25 sph 20/50 OS
Only Able to tolerate OS Epicon lens 1-2 hrs/day every other day.

Good Lateral Centration; [illegible]; Good AEL

PROCEDURE:

ASSESSMENT: (1) Good Epicon CL Fit OS but poor comfort.

RECOMMENDATIONS/PLANS (1) D/C CL wear OS Consider corneal transplant OS at IlM expense. Rx: Art Tears qid on x 180 days. I/m to return to Dr. Anderson s[illegible] for any [illegible]drops.

DATE 5/13/02 [signature] OD M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 5/13/02 [signature]
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

EXHIBIT CCCC

*BEGIN USING FROM BOTTOM UP

000000622

EXHIBIT DDDD

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Mc Croy Aaron Reg. # N 51882 Date: 5-13-02

Problem Post Contact lens Wear

ORDER: (Physician's Signature After Last Order) Artificial tears QID OU. X 6 mos.

DEA/Illinois Lic. # Physician (Print) TO. D. Anderson

☐ May Substitute D L Anderson OD M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: D. Brennan LPN Date: 5-13-02

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy, Aaron Reg. # N-51882 Date: 5-6-02

Problem Dry Skin

ORDER: (Physician's Signature After Last Order)

D/C Lubriderm

DEA/Illinois Lic. # Physician (Print) Dr Sims MD / R. Mills APN BC

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: K. Kaler RN Date: 5-6-02

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N 51882 Date: 5/2/02

Problem HCV, HA

ORDER: (Physician's Signature After Last Order) Zibaclin use as directed X 4/wc

Add 800 PO T-D PRN HA X 1 mo

DEA/Illinois Lic. # Physician (Print) S. Sims

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: S. Scott LPN Date: 5-2-02

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 5/14/02 Referral Number: ____________

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: Aaron McCroy DOB 9-9-60

Site Doctor: Dr Anderson OD Referred to: Dr Sieck (Specialist) / Cornea (Specialty)

Hospital / Facility: ____________ Hospital MD: ____________

Initial Evaluation ☐ Follow-up ☐ OP Surgery ☐ In-Patient Hospital

Other: ____________

Reason for Referral: Keratoconus OS > OD

Date of Onset: ____________ History of Injury/Problem: 8 yrs approx pt can no longer tolerate a CL on the left eye & we have

Conservative Treatment to Date: discontinued wear due to intolerance, pain, recurrent hydrops, stromal scarring. at this point a corneal transplant should be considered.

Tests and Results: ____________

David J Anderson OD 5-14-02
Attending Physician Signature and Date

[signature] 5/14/02
Medical Director Signature and Date

Transmittal Date: 5-14-02 Transmitted by: V Lynne Shelton

Approval Date: ____________ Approved by: ____________

Med. Furlough to: ____________ Date / Time: ____________

Address: ____________ City: ____________

Telephone Number: ____________

Denied 5/16/02

EXHIBIT
EEEE

REV 05/97 WEX REG 73

000000550

MAY. 16. 2002 5:19PM WEXFORD HEALTH SOURCES NO. 9285 P. 1

WEXFORD
MEDICINE IN CORRECTIONS

To: Utilization Management Department, Site Medical Director and Health Care Unit Administrator
From: Dr. Cleveland Rayford, M.D., IL Regional Medical Director C.S. Rayford MD
Date/Time: 05-15-2002 (2:15 P.M.)
Subject: Inmate Name/Number: Aaron McCroy N51882
Site/Service: Western IL CC Cornea Transplant

Based on review of the information provided it is my medical opinion that:

1. ____ Approved: The requested services are medically necessary at this time.
2. X Non Approved: The requested services are not medically necessary at this time.
3. X Alternate Plan For Service Requested The I.D.O.C. nor Wexford will pay for transplantations. Suggest that patient talk with HCUA if he and/or his family is willing to take care of the cost of transplantation.

NON APPROVED

4. ____ Appeal Date/Time ____
5. ____ Telemedicine Case Conference Requested
5a. ____ Your telemedicine case conference is scheduled for ____ (date/time)
6. ____ Appeal Information ____

7. ____ Appeal Approved Signature ____ (date/time) ____
8. ____ Appeal Non-Approved Signature ____ (date/time) ____
9. ✓ Provider Signature [signature] (date/time) 5/20/02 12:17P
I will re-consult upon completion of alternate medical plan if indicated.
10. ____ Provider Signature ____ (date/time ____
I do not desire second opinion of non-approved appeal.
11. ____ Provider Signature ____ (date/time) ____
I desire second opinion of non-approved appeal.

** The information contained in this report is privileged and confidential.
** Document Revised: 03/2001

FAXED

225 Greentree Commons • 381 Mansfield Avenue • Pittsburgh, PA 15220
412.937.8590 • Fax 412.937.8599 • www.wexfordhealth.com

EXHIBIT B, 2 OF 2

EMERGENCY GRIEVANCE

6

Department of Corrections

COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 8-6-02 | Committed Person: (Please Print) Aaron McCroy | ID #: N51882 |
|---|---|---|
| Present Facility: Western Illinois | Facility where grievance issue occurred: same | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: ______
- [ ] Mail Handling
- [ ] Dietary
- [ ] Medical Treatment
- Transfer Denial:
  - [ ] By Transfer Coordinator
  - [ ] By Institution
- Where Issued: ______
- [ ] Disability
- [ ] Other ______

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward toGrievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance: This Emergency ADA Grievance is being filed to addrees the discrimination I suffer for being a disabled person and the retaliation I have endured for complaining about the vision threatening acts the WICC officials or their agents have committed in regards to my disability.

The latest form of retaliation I have suffered si being denied the ability to eat during the times that a prescribed medication blinded me and 21 days commissary denial for not being able to report to school after I had to take prescibed medications for my frequent eye infections. These medication effectively blind me by freexing my pupil reponses, which in itself is blinding, combined with the inability to wear my contact lense for several days without which I am legally blind.

On 7/26/02 I reported to med line to request the medications for my then eye infection, at which time I reported to the Nurse and Wing Officer the the Meds would blind me and I would be unable to report to school or go to the dining hall to eat. and to call the HCU unit to confirm that I was to be laid in. I then went to my assigned cell to await the lessening of the effects of the meds.

On 7/26/02 I received a IDR from D. Ferguson my instructor, he informed me that HCU would not confirm the prescribed lay in, thereforer he wrote the IDR.

On 7/31/02 I was called to hear the ticket with Sgt. Logsdon and I attempted to explain that I was laid in due to my disability and the blinding meds I have to take for my eye infections, he was very hostile and would not listen to my explaination, that would have resolved the matter as a mistake on staff's part.

On 8/06/02 I received a final summary in which Sgt. Logsdon made no mention of my defense, found me guilty and recommened 21 days com. denial and Warden D. Hockaday, approved his decision.

This action constitutes Discrimination and Retaliation in violation of the Americans with a Disabilities Act and a Double sanction against me in violation of I.D.O.C. rules because my signed EGCC contract allows me to miss up to 3 days per contract without sanctions.

Relief Requested: The IDR expunged, Mr. Ferguson to give the name of the person in the HCU that failed to confirm the lay-in and for Sgt. Logsdon to give a written rationale for his actions and to be discriplined for violations of I.D.O.C. Rules. And to be Compensated in the amount of $10,000.

(Attach additional pages, if necessary.)

COUNSELOR'S RESPONSE

Date Received: ______

Response: ______

Counselor: ______ Signature ______ Print Name ______ Date of Response

- [ ] Outside jurisdiction of this facility: grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O.

EXHIBIT GGGG

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 8-19-02

Referral Number: ______

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: McCray Aaron DOB 9-9-60

Site Doctor: Sims Referred to: ______ (Specialist) / OPHTHALMOLOGY (Specialty)

Hospital / Facility: ______ Hospital MD: ______

☐ Initial Evaluation ☐ Follow-up ☐ OP Surgery ☐ In-Patient Hospital

Other: CORNEAL TRANSPLANT Ⓛ EYE

Reason for Referral: KERATOCONUS OS > OD

Date of Onset: ______ History of Injury/Problem: 8 YR Hx — NOW PT CAN NO LONGER TOLERATE CONTACT LENS FOR Ⓛ EYE & PAIN RECURRENT HYDROPS — CORNEAL TRANSPLANT HAS BEEN RECOMMEND

Conservative Treatment to Date: ______

Tests and Results: ______

S. SIMS MD 8/19/02
Attending Physician Signature and Date

[signature] 8/19/02
Medical Director Signature and Date

Transmittal Date: 8-19-02

Transmitted by: VLynne Shelton

Approval Date: ______

Approved by: ______

Med. Furlough to: ______

Date / Time: denied 8-21-02

Address: ______

City: ______

Telephone Number: ______

EXHIBIT HHHH

000000553





NON APPROVED

To: Utilization Management Department, Site Medical Director and Health Care Unit Administrator

From: Dr. David E. Rowe, Vice President & Chief Medical Officer

Date/Time: August 21, 2002

Subject: Inmate Name/Number: Aaron McCroy N51882

Site/Service: Western Corneal Transplant Left

Based on review of the information provided it is my medical opinion that:

1. ______ Approved: The requested services are medically necessary at this time.
2. ✓ Non Approved: The requested services are not medically necessary at this time.
3. ______ Alternate Plan For Service Requested

As per phone call – To Dr Stump – Record review reveals insufficient time allowed for initial wear time & adapting. Pt will be placed in the infirmary & monitored. Start with 30 m am/pm 1st day, then 45 m 2nd, 1 hrs – third day 2 hrs BID, 3 hrs BID, 4 hrs BID, then evaluate – ensure eyes are moist DRowe

4. ______ Appeal Date/Time
5. ______ Telemedicine Case Conference Requested
5 a. ______ Your telemedicine case conference is scheduled for ______ (date/time)
6. ______ Appeal Information

7. ______ Appeal Approved Signature ______ (date/time) ______
8. ______ Appeal Non-Approved Signature ______ (date/time) ______
9. ______ Provider Signature ______ (date/time) ______
9. a. ✓ I will re-consult upon completion of alternate medical plan if indicated.
10. ______ Provider Signature [signature] (date/time) 8/21/02
10. a. ______ I do not desire second opinion of non-approved appeal.
11. ______ Provider Signature ______ (date/time) ______
11. a. ______ I desire second opinion of non-approved appeal.

** The information contained in this report is privileged and confidential.
** Document Revised: 02/2001

EXHIBIT IIII

000000554

attn DR. ROWE

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 8/21/02 Referral Number: ______

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: MCCROY, AARON DOB 9/9/60

Site Doctor: SIMS Referred to: ______ / ______ (Specialist / Specialty)

Hospital / Facility: ______ Hospital MD: ______

☐ Initial Evaluation ☐ Follow-up ☐ OP Surgery ☐ In-Patient Hospital

Other: ______

Reason for Referral: ______

Date of Onset: ______ History of Injury/Problem: ______

Conservative Treatment to Date: DR ROWE WANTED THE FOLLOWING EYE EXAM ON OFFENDER AARON MCCROY FOR EVALUATION = NEED FOR CORNEAL TRANSPLANT 2° KERATOCONUS AND CONTACT LENS INTOLERANCE

Tests and Results: OFFENDER REFUSED EXAM COMPLETELY 8/20/02 SAYING HE COULD ONLY SEE THAT EYE CHART WAS TAN AND NOTHING ELSE. LAST VISUAL EXAM. SHOWED OD +50 -100 ∝ 180 OS -50 -400 ∝ 180 SUBJ +50 -100 ∝ 170 -100 -300 ∝ 180 HE REFUSED TO PUT IN CL'S JAN 3-2002 PD 70/67 48 ∝ 24 x 150 BLACK

S. SIMS MD — Attending Physician Signature and Date

[signature] MD 8/21/02 — Medical Director Signature and Date

Transmittal Date: 8-21-02 Transmitted by: Lynne Shelton

Approved Date: ______ Approved by: ______

Med. Furlough to: ______ Date / Time: ______

Address: ______ City: ______

Telephone Number: ______

Wexford never approved or disapproved. They considered this part of other referral. LS

EXHIBIT JJJJ

000000556

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 9/4/02 Referral Number: 02013765

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: McCROY, AARON DOB 9-9-60

Site Doctor: SIMS Referred to: ______ (Specialist) / OPHTHALMOLOGY (Specialty)

Hospital / Facility: ______ Hospital MD: ______

☑ Initial Evaluation ☐ Follow-up ☐ OP Surgery ☐ In-Patient Hospital

Other: ______

Reason for Referral: KERATOCONUS

Date of Onset: ______ History of Injury/Problem: PT c̄ Hx KERATOCONUS c/o INABILITY TO WEAR CL IN Ⓛ EYE AT FOR ANY PERIOD OF TIME AND ABILITY TO WEAR CL Ⓡ EYE FOR ONLY A FEW HOURS

Conservative Treatment to Date: ______

Tests and Results: ______

S SIMS MD 9/4/02
Attending Physician Signature and Date

[signature] MD 9/4/02
Medical Director Signature and Date

Transmittal Date: 9-5-02 Transmitted by: VLynne Shelton

Approval Date: 9-9-02 Approved by: Wexford

Med. Furlough to: Jacksonville Opthalmologic ~~Assoc~~ Dr. Schultz Date / Time: Fri Sept 20 2002 1:30pm

Address: 2000 W Morton Ave City: Jacksonville IL 62650

Telephone Number: 217-245-6814

EXHIBIT KKKK

000000560

REV 05/97 - WEX REG 73



# FACSIMILE COVER SHEET

DATE: SEPTEMBER 9, 2002

PAGES: 1

TO: LYNN/ LORI

FROM: THALIA
Utilization Review Department
Wexford Health Sources, Inc.
205 Greentree Commons
381 Mansfield Avenue
Pittsburgh, PA 15220

PH:

PH: (800) 353-8384
(877) 939-2884

FAX:

FAX: (412) 937-9151

CC:

## CONFIDENTIAL

☐ URGENT ☐ FOR YOUR REVIEW ☐ REPLY ASAP ☐ PLEASE COMMENT

MESSAGE/REMARKS:

HAPPY MONDAY TO LYNN AND LORI;

FOR AARON MC CROY

PLEASE SHARE THIS INFORMATION WITH DR SIMS AS HE WILL BE CALLING THIS PHYSICIAN PRIOR TO THE APPOINTMENT

JACKSONVILLE OPHTHALMOLOGIC ASSOC (DR SCHULTZ)
2000 W. MORTON AVENUE
JACKSONVILLE, IL 62650
217-245-6814 LINDA IS IN THE OFFICE

THALIA

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you hare hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us at the above address via the U.S. Postal Service. Thank you.



# JACKSONVILLE OPHTHALMOLOGIC ASSOCIATES, Ltd.

*Eric A. Giebelhausen, M.D., F.A.C.S. - A. George Schultz, III, M.D., F.A.C.S.*
*H. Jay Bruninga, M.D. - Harvey D. Mack, O.D.*

September 23, 2002

Dr. Sims
Western Illinois Correctional Center
Rt 99
Mt. Sterling, Illinois 62353

RE: Aaron McCroy
B.D. 9-9-60

Dear Dr. Sims:

I had the opportunity to see Aaron McCroy as you requested on the afternoon of September 20, 2002 regarding evaluation for "keratoconus".

Mr. McCroy is a forty-two year old male who was well spoken and cooperative. He gave a history of having long-standing poor vision in both eyes who denied previous eye surgeries or significant ocular injury. He has had known keratoconus for many years and does wear a gas permeable contact lens in the right eye for the keratoconus and has been intolerant of the contact in his left eye for the past seven to eight years. He currently is on a hypertonic saline solution and scopolamine drops in the left eye.

When examined in the office, Mr. McCroy had uncorrected visual acuities of less than 20/200 in either eye. With the insertion of his right contact lens, his vision improved to the 20/100 level. This could not be improved beyond the 20/100 level with an over-refraction or with the use of a pinhole. The vision in the left eye could not be improved by any means. His external eye examination is unremarkable. There was no conjunctival injection and his lids were in normal position. The right cornea showed an obvious keratoconus with approximately 30% loss in thickness of the central cornea but without the loss of transparency. A right corneal topography (see enclosed) showed a keratometer reading of 54.50 in one meridian and 46.50X098 in the other meridian. The patient's present right contact lens showed good 3-point touch with a steep inferior fit with bubbles compatible with the diagnosis of keratoconus. The right anterior chamber was clear and deep without inflammation and his pupillary reactions were normal and appropriate. The left cornea showed central apical scarring with approximately 80% loss of corneal thickness with a prominent Fleischer ring. Attempts at a left corneal topography were such that the machine "would not compute". His intraocular pressures seem to be in the normal range but the keratoconus made the exact measurements impossible. His visual fields were grossly full to confrontation and the remainder of his eye examination was compatible with his chronologic age.

*2000 West Morton Avenue - Jacksonville, IL 62650 - Telephone (217) 245-6814*



It is my suggestion that Mr. McCroy continue with the topical hypertonic saline as he presently is doing. He will definitely need a left penetrating keratoplasty at some time in the future in an effort to maximize his visual acuity as the degree of keratoconus and scarring are inconsistent with a contact lens or spectacle lens correction. I would suggest that he be seen in consultation by a corneal surgeon at sometime such as Dr. Eric Lohse at the Springfield Clinic in Springfield, Illinois or with a corneal surgeon approved by the Department of Corrections.

In summary, Mr. McCroy has a chronic eye problem bilaterally, worse in left eye than the right. He is having no acute problem but his visual acuity is certainly inadequate at his present level.

Should you have any question regarding the above-mentioned information, please let me know.

Sincerely,

A. George Schultz III, M.D., F.A.C.S.

AGS/lmm

EXHIBIT
tabbies
MMMM-2

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 9/30/02 Referral Number: 02015160

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: MCCRUY, AARON DOB 9-9-60

Site Doctor: Sims Referred to: Dr Joseph Jeden (Specialist) CORNEA SPECIALIST (Specialty)

Hospital / Facility: Prairie Eye Center Hospital MD:

☑ Initial Evaluation ☐ Follow-up ☐ OP Surgery ☐ In-Patient Hospital

Other:

Reason for Referral: BILATERAL KERATOCONUS

Date of Onset: History of Injury/Problem: PT WITH LONG HISTORY OF KERATOCONUS NOT ABLE TO TOLERATE HARD CONTACT LENSES. PT SEEN BY DR. SCHULTZ WHO AGREES KERATOPLASTY WILL BE NEEDED IN FUTURE. HE RECOMMENDED

Conservative Treatment to Date: APPT TO. DR LOHSE, CORNEA SPECIALIST FOR DEFINITE OPINION REGARDING NEED FOR KERATOPLASTY

Tests and Results:

S. Sims, MD 9-30-02
Attending Physician Signature and Date

[signature] MD 9-30-02
Medical Director Signature and Date

Transmittal Date: 9-30-02 Transmitted by: Vhlynne Shelton

Approval Date: 10-3-02 Approved by: Wexford

Med. Furlough to: Prairie Eye Center Dr Joseph Jedeon Date / Time: Weds. Nov 20 2002, 245pm

Address: 901 W Morton Ave. Lincoln Sq Shopping Ctr City: Jacksonville IL 62650

Telephone Number: ~~217-~~245-6211

000000568

EXHIBIT NNNN

JO ELLEN CROFT
Surgery Scheduling

PRAIRIE EYE CENTER, LTD
2020 West Iles Avenue
Springfield, Illinois 62704
(217) 698-3030
(800) 761-1144 (toll-free)

PRAIRIE Eye Center

...TMENT OF CORRECTIONS

FACILITY: WIL

...ORT OF CONSULTATION

INMATE'S NAME: McCroy Aaron INMATE'S NUMBER: N51882

CONSULTANT'S NAME: Dr Joseph Feder

CONSULT REQUESTED BY: Dr Sims DATE: 11-20-02 URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

eval bilateral keratoconus

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Very severe keratoconus Left eye - not treatable with contact lenses advise penetrating keratoplasty
Right eye keratoconus not as severe may be treatable with Rigid gas perm Contact lens

PROCEDURE: Patient has episodes of corneal hydrops with acute painful swelling of cornea - For these episodes suggest Saline Eyedrops (Muro 128) q2-3 hours while awake

ASSESSMENT: and Hyoscine 0.25% BID plus Voltaren or Acular eyedrops QID

RECOMMENDATIONS/PLANS: Suggest Penetrating keratoplasty (corneal transplant) Left eye
please contact Jo Ellen Croft to schedule (217) 698-3...

May also need pain killers

DATE: 11/20/02 Joseph M. Feder M.D (SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

(✓) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 11/20/02 [signature] MD (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI (REV01/89)
IL426-0027

EXHIBIT 0000

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 12/4/02 Referral Number: 02019706

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: MCCROY, AARON DOB 9/9/60

Site Doctor: SIMS Referred to: FEDER, MD (Specialist) / (Specialty)

Hospital / Facility: Hospital MD:

☐ Initial Evaluation ☐ Follow-up ☑ OP Surgery ☐ In-Patient Hospital

Other:

Reason for Referral: KERATOCONUS Ⓛ EYE

Date of Onset: X MANY YRS. History of Injury/Problem: PT WITH SEVERE KERATOCON. COMPLICATED WITH HYDROPS

Conservative Treatment to Date: OPT; OPHTHO CONSULTS; HYOSCINE DROPS; VOLTAREN DROPS HARD GAS PERM CL Ⓡ EYE

Tests and Results:

S SIMS, MD 12/4/02
Attending Physician Signature and Date

[signature] MD 12/4/02
Medical Director Signature and Date

Transmittal Date: 12-4-02 Transmitted by: V Lynne Shelton

Approval Date: 12-10-02 Approved by: Wexford

Med. Furlough to: St Johns Hospital Dr Joseph Feder Date / Time: Mon Jan 6 2003 11Am

Address: 800 E Carpenter City: Spfld IL 62769

Telephone Number: 217-525-5615

EXHIBIT PPPP

000000573

REV 05/97 - WEX REG 73

Form # UR-006

## PRE-CERTIFICATION NOTIFICATION

This patient is authorized for the following procedure(s) and is approved for the length of stay indicated below. If the services to be provided differ from those listed below, please notify the Utilization Review Department of Wexford Health Sources, Inc. prior to the procedure being performed. The UR Department can be reached twenty-four hours a day, seven days a week at the phone number listed below.

| | |
|---|---|
| DATE: | **December 10, 2002** |
| PATIENT NAME/NO. | **Aaron McCroy / N51882** |
| INSTITUTION: | **Western Illinois Correctional Center** |
| MEDICAL FACILITY: | **St Johns Hospital** |
| PHONE: | **217-525-5615** |
| FAX: | **217-535-3781** |
| PHYSICIAN: | **Dr. Joseph Feder** |
| PHONE: | **217-245-6211** |
| FAX: | **217-245-2932** |
| PROCEDURE PRE-CERTIFIED | **Corneal Transplant, Left** |
| ACCOMMODATION/ LENGTH OF STAY PRE-CERTIFIED: | **Ambulatory Outpatient** |
| PROCEDURE CODE: | **65730** |
| REFERENCE NO. | **02019706** |

Thank you for your time and cooperation.
Wexford U.R. Department

Phone: 877-WEX-AUTH (939-2884) or 800-353-8384
Fax: 412-937-9151

OBTAINING PRE-CERTIFICATION DOES NOT GUARANTEE REIMBURSEMENT.

INFORMATION CONTAINED IN THIS REPORT IS PRIVILEGED AND CONFIDENTIAL.

ST. JOHN'S HOSPITAL
Springfield, Illinois

Please fax to: St John's Pre-Admit 757-6008 525-5459

# HISTORY AND PHYSICAL EXAMINATION FOR OUTPATIENTS

(Must be performed by physician within 7 days prior to procedure.)

ATIENT HISTORY/INDICATION FOR SURGERY

dmitting diagnosis/chief complaint: KERATOCONUS, DM TYPE II (DIET CONTROLLED), HCV, 1° HTN

applicable:
- Proposed surgery/procedure: PENETRATING KERATOPLASTY (L EYE) Date:
- Proposed anesthetic: ☐ General ☐ Regional ☐ Monitored care ☐ Conscious sedation ☐ Local ☐ None
- Surgeon/physician: JOSEPH M. FEDER

urrent medications: SCOPOLAMINE 0.25% SOL 1 DROP EYE BID Dosages: NACL EYE DROPS 2 DROPS EYE P...
ACULAR 0.5% SOL ONE DROP EYES QID
NIFEDIPINE XL 30mg PO qd 3
HCTZ 25mg PO qd
INDERAL 20mg PO TID PRN HA

llergies: ☑ None ☐ As follows:

istory of bleeding tendencies: ☑ None ☐ As follows:

hronic/co-morbid conditions: Heart disease: ☐ Yes ☑ No Hypertension: ☑ Yes ☐ No
ung disease: ☐ Yes ☐ No Smoker: ☐ Yes ☐ No Diabetes: ☑ Yes ☐ No Hepatitis: ☑ Yes ☐ No
ther pertinent illness or surgery:

EXHIBIT RRRR

## PHYSICAL EXAMINATION AND REVIEW OF SYSTEMS:

| | Normal | Abnormal | As Follows: |
|---|---|---|---|
| eneral: | ☑ | ☐ | |
| OHNS: | ☑ | ☐ | |
| ardiac: | ☑ | ☐ | |
| ulmonary: | ☑ | ☐ | |
| astrointestinal: | ☑ | ☑ | (+) HCV PT LAST ALT 90 9/9/02 LIVER BIOPSY 8/01 NC FOR CIRR... |
| eproductive: | ☑ | ☐ | |
| usculo/skeletal: | ☑ | ☐ | |
| NS/neuro: | ☑ | ☐ | |
| ental status: | ☑ | ☐ | |

bnormal test findings (evaluation and plan): PT A CANDIDATE FOR α INTERFERON RIBAVARIN Rx

Patient - Aaron McCroy [signature] MD 12/30/02

Signature of Physician Date

ach Authenticated Lab studies to this form.

ST. JOHN'S HOSPITAL
Springfield, Illinois

# PROGRESS RECORD

01115106100O DSRG 01/06/03
MCCRCY, AARON
01115106 DSP OUTPATIE
42 09/09/60 M TR
FEDER,JOSEPH M. MD L

| Date | Note condition daily, diagnosis, change in diagnosis, complications, etc. |
|---|---|
| 1/6/03 | Anesthesiology Note |
| | Peribulbar anesthesia given resulted in suspected retrobulbar hemorrhage OS |
| | Surgery Cancelled |
| | Eye patched |
| | Plan tomorrow as scheduled |
| | [signature] |
| | [stamp] JAN 2003 |
| | [signature] 1/7/03 |

EXHIBIT
SSSS

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Joseph Feder

CONSULT REQUESTED BY: Dr Stanley, Sims DATE 1-7-03 URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

followup after hemorrhaging eye

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: (1-6-03) Retrobulbar hemorrhage (in eye socket behind eye) Left eye – Surgery cancelled. Hemorrhage resolving well

PROCEDURE:

Dx – kerato conus

ASSESSMENT: (1-7-03) Left retrobulbar hemorrhage resolving well /

RECOMMENDATIONS/PLANS: reschedule penetrating keratoplasty (corneal transplant) for left eye ASAP

DATE: 1/7/03 [signature] M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON

DATE: 1/7/03 [signature] MD
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

EXHIBIT
TTTT

000000381

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 1/7/03 Referral Number: 02019706

Pre-Certification number given to vendor ☐ Yes ☐ No

Inmate No. N51882 Name: McCRORY, AARON DOB 9-9-60

Site Doctor: SIMS, MD Referred to: FEDER, MD (Specialist) / ____ (Specialty)

Hospital / Facility: St Johns Hospital Hospital MD: ____

☐ Initial Evaluation ☐ Follow-up ☑ OP Surgery ☐ In-Patient Hospital

Other: ____

Reason for Referral: KERATOCONUS Ⓛ EYE

Date of Onset: ____ History of Injury/Problem: PT c̄ BILAT KERATOCONUS PT ON SCHEDULE FOR KERATOPLASTY BEFORE HEMORRHAGE DEVELOPED IN HIS Ⓛ EYE CHAMBER DURING ADMINISTRATION OF THE ANESTHETIC YESTERDAY.

Conservative Treatment to Date: ____

Tests and Results: ____

[signature] 1/7/03 — Attending Physician Signature and Date

S Sims 1/7/03 — Medical Director Signature and Date

Transmittal Date: 1-8-03 Transmitted by: V Lynne Shelton

Approval Date: 1-9-03 Approved by: Wexford

Med. Furlough to: St Johns Hospital Date / Time: Mon Feb 3 2003 9AM

Address: Dr Joseph Feder 800 E Carpenter City: Springfield IL 62769

Telephone Number: 217-544-6464

EXHIBIT
uuuu

000000382

REV 05/97 - WEX REG 73

# WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE:

TO: PLACEMENT/ASSIGNMENT

FROM: S Scott LPN, R.N.
Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate McCroy Number N51882

has been admitted/discharged to/from the infirmary on 1-8-03

at 840 am/pm.

cc: Debbie Fuqua, HCUA
Medical Records
Nurses Station
Housing Unit Officer R1
Inmate Assignment unassigned

DCA 230-35671 (Rev. 1/98)
IL 426-17614

# WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: 1-13-03

TO: PLACEMENT/ASSIGNMENT

FROM: D. Wrenn [signature], R.N.
Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate McCroy Aaron Number N 51882

has been admitted/discharged to/from the infirmary on 1-13-03

at 8⁰⁰ am/pm.

cc: Debbie Fuqua, HCUA
Medical Records
Nurses Station
Housing Unit Officer Inf
Inmate Assignment Unassigned

DCA 230-35671 (Rev. 1/98)
IL 426-17614

EXHIBIT
tabbies
WWWW

000000469

# WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: 2-3-03

TO: PLACEMENT/ASSIGNMENT

FROM: C Thompson, R.N.
Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate McCray, Aaron Number N51882

has been admitted/discharged to/from the infirmary on 2-3-03

at 500 am/pm.

cc: Debbie Fuqua, HCUA
Medical Records
Nurses Station
Housing Unit Officer Inf / R1
Inmate Assignment NA

DCA 230-35671 (Rev. 1/98)
IL 426-17614

ST. JOHN'S HOSPITAL
Springfield, IL
(217)544-6464
OPERATIVE REPORT

| | |
|---|---|
| NAME: | Mccroy, Aaron |
| ROOM: | DSP |
| DOB: | 09/09/1960 |
| MRN: | 01115106 |
| SURGERY DATE: | 02/03/2003 |
| DISCHARGED: | |
| Job | 000004293 |
| Date/Time Dictated | 02/03/2003 1:43 P |
| Transcribe Date/Time | 02/05/2003 12:59 P |
| Transcriptionist | msp |

cc: Joseph Feder, M.D.

**SURGEON:** JOSEPH M. FEDER, M.D. **ASSISTANT:**

**PREOPERATIVE DIAGNOSIS:** Keratoconus, left eye.

**OPERATION:** PENETRATING KERATOPLASTY, LEFT EYE, 8.75 MM DONOR, 8.5 MM RECIPIENT WITH 10-0 NYLON SUTURE, RUNNING 12-BITE X2.

**POSTOPERATIVE DIAGNOSIS:** Keratoconus, left eye.

CONFIDENTIAL INFORMATION
Redisclosure is Prohibited

**ANESTHESIA**
General endotracheal anesthesia.

**COMPLICATIONS**
None.

**SPECIMENS**
Donor rim to micro, recipient cornea to pathology.

**INDICATIONS FOR PROCEDURE**
The patient complains of discomfort, light sensitivity and severely decreased vision. On exam the best corrected vision in the left eye is count fingers. On slit lamp and external exam he has a severe keratoconus. In fact, you can see keratoconus without a slit lamp. He has a severe _____ sign. Sign of keratoconus that he has under the slit lamp include 4+ apical scarring and thinning with dense, easily seen _______ ring. There were no fundus abnormalities on dilated exam.

**ASSESSMENT**
Keratoconus, left eye.

We discussed the findings with the patient as well as treatment risks, benefits, hazards, complications and alternatives. The patient understands, accepts and agrees and wishes to proceed with penetrating keratoplasty in the left eye in the hope of obtaining better vision and comfort level in order to function better in all activities of daily living.

**DESCRIPTION OF PROCEDURE**

ST. JOHN'S HOSPITAL
Springfield, IL
(217)544-6464
OPERATIVE REPORT

| | |
|---|---|
| NAME: | Mccroy, Aaron |
| ROOM: | DSP |
| DOB: | 09/09/1960 |
| MRN: | 01115106 |
| SURGERY DATE: | 02/03/2003 |
| DISCHARGED: | |
| Job | 000004293 |
| Date/Time Dictated | 02/03/2003 1:43 P |
| Transcribe Date/Time | 02/05/2003 12:59 P |
| Transcriptionist | msp |

Under appropriate monitoring in the operating room he was given general endotracheal anesthetic. He was prepped and draped in usual manner for intraocular surgery. A lid speculum was placed. We identified proper eye, the left eye, and one could see the severe signs of keratoconus in his left eye under the microscope. We then marked the visual axis under the operating microscope. A scleral fixation ring was sutured in place using four 6-0 silk sutures. We looked at the cone and then prepared the donor cornea based on these measurements using an 8.75 mm handheld trephine. We then sutured the patient with an 8.5 mm Hessburg-Baron vacuum trephine entering the anterior chamber with a trephine and removing the patient's cornea with Azar corneal scissors. The pupil was small and round. We had previously placed viscoelastic on the endothelial side of the donor cornea and then we sutured the donor cornea into place first using six interrupted 10-0 nylon sutures, then a running 12 bite 10-0 nylon suture was placed counterclockwise, followed by a second running 12 bite 10-0 nylon suture placed clockwise. After burying of the knots of the running sutures the original interrupted sutures were removed and 0.05 ml of intraophthalmic vancomycin was given into the anterior chamber. The scleral fixation ring was removed. Subconjunctival Ancef and dexamethasone were given. Atropine drops were given and Pred Forte, Ocuflox drops and Maxitrol ointment were given. The eye was securely patched. The patient was stable and taken to the recovery area in stable condition. He was awakened and extubated in the operating room.

CONFIDENTIAL INFORMATION
Redisclosure is Prohibited

Joseph Feder, M.D.



St. John's Hospital
800 E. Carpenter St.
Springfield, Illinois 62769

# DISCHARGE INFORMATION FOR DAY SURGERY

Joseph M. Feder M.D.

011151061001 DSRG 02/03/03
MCCRCY, AARON
01115106 DSP AMBULATO
42 09/09/60 M TR
FEDER,JOSEPH M. MD J
0-

- ☑ Do not drink alcoholic beverages for at least 24 hours.
- ☑ Do not drive a vehicle or operate hazardous machinery for 24 hours.
- ☑ Do not sign any legal documents or make any personal business decisions within the next 24 hours.
- ☑ Drink fluids (water, carbonated beverages) and eat light foods (Jell-O™, soup) first, before resuming normal diet.
- ☑ You may be up and about at home today. No heavy lifting, bending or strenuous activities. Elevate head at all times at least 30 degrees.
- ☑ Take Tylenol™ 650mg every 4 hours as needed. If you have a lot of pain that is not relieved by the medication, call Dr. Feder. Avoid aspirin products.
- ☑ Return to Dr. Feder's office tomorrow at 10:00
- ☑ Call Dr. Feder if:
  - a) Temperature of 101.5° F (38.6° C) or above
  - b) Excessive pain
  - c) Excessive redness or swelling on or around the surgical site or excessive drainage
- ☑ You may call Dr. Feder at (217) 698-3030 with complaints of severe pain or drainage. You may also call with any questions regarding problems related to surgery.
- ☑ Bring all eye medication with you to the office tomorrow.

- ☑ Do not rub your eyes.
- ☑ Do not directly touch the eye.
- ☐ ~~Carry lens ID card with you at all times.~~
- ☐ Other instructions:

Script sent to wear dark glasses both inside & outside.

EXHIBIT
YYYY-3

I acknowledge that I have received and understand these instructions:

M Feder [signature]
Individual giving instructions

2-3-03
Date

1430
Time

Report called to nurse at [illegible]
Patient signature

Signature of person accompanying patient (relative, friend or neighbor)

000000388

St. John's Hospital

Date 2-3-03

# OUTPATIENT PRESCRIPTION

For: Aaron McCray Age:
(First Name) (Initial) (Last Name)

Address: Rx No.:
(Street) (City) (State)

Rx Sunglasses

Directions: red tinted pair indoors
dark pair outdoors

☐ DO NOT LABEL
Refill ____ Times
DEA No.
#288

2/3/02

☐ May substitute
☐ May not substitute

An Affiliate of Hospital Sisters He

EXHIBIT
tabbies
ZZZZ