STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCrey Aaron    INAMTE'S NUMBER: N51882

CONSULTANT'S NAME: Dr Joseph Feder

CONSULT REQUESTED BY: Dr Stanley    DATE: 24-03    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM) Sinus

post op check

( ) EVALUATION
( ) Management

FINDINGS: REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

Small (<10%) epithelial def
otherwise looks quiet 1 day s/p
Corneal tra-splant (PKP) left eye
advise – repatch tomorrow
with Neo/poly) def ointment
& atropine eye drop, may lie flat
flu 2 days for recheck

PROCEDURE:

ASSESSMENT:

RECOMMENDATIONS/PLANS:

DATE: 2/4/03    (SIGNATURE OF OCNSULTANT)    M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 2/4/03

DC7105-AI(REV01/89)
IL426-0027    (SIGNATURE OF MEDICAL DIRECTOR)

PLAINTIFF'S
EXHIBIT
A
Part 4

EXHIBIT
a

000000393

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron    INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Joseph Feder

CONSULT REQUESTED BY Dr Stanley Sims    DATE 2-6-03  ( ) YES  ( ) NO    URGENT

REASON FOR CONSULT. (LIST PROBLEM)

Day 3  FU

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: Epithelial defect healed left eye

Doing very well 3 days after corneal transplant left eye

advise 1) Maxitrol ointment or equivalent ½" into left eye every 3 hours while awake for 1 week then decrease to TID

PROCEDURE:

2) follow-up c optometry 5-7 days - check epithelium & IOP

ASSESSMENT:

3) follow up Dr Feder 3 weeks

RECOMMENDATIONS/PLANS:

4) Eye shield (no patch) left eye QHS x 3 weeks then stop

DATE: 2-6-03

5) Can have sunglasses as above

_____ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

(X) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 2/6/03

_____
(SIGNATURE OF MEDICAL DIRECTOR)

DC710S-AI(REV01/89)
IL426-0027

**EXHIBIT**
b

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

Last Name: McCray   First Name: Aaron   MI: ___   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/11/03 11:40 AM | OPTOMETRIST | Ch IOP & Corneal Epithelium |
| | pt reports some pain L eye at times. | |
| | no swelling noted OS., slight redness | |
| | of sclera noted but eye appears to be | |
| | healing well, IOP OD 13 mm Hg, | |
| | slit lamp c̄ fluorescene dye reveals | |
| | a smooth epithelium c̄ no erosion | |
| | or stippling present O.S. | |
| | pt to remain on meds as ordered by | |
| | Dr Feder & to follow up as suggested | |
| | by him. | |
| | | D1 Anderson OD |
| 2/11/03 8:00 pm | Nurse Note | P-1) Cont. to |
| | S- "I'm OK" | monitor for S/s |
| | O- Ambulatory in room — 96-8-18 128/70 | 1) eye pain |
| | Ø c/o eye pain. Oint instilled et | |
| | shield applied | J Edwards R.1 |
| | A- post-op 1) eye surgery | |

Printed on Recycled Paper

EXHIBIT
C

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

000000272

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME _McCroy Aaron_ INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr Joseph Feder_

CONSULT REQUESTED BY: _Dr Stanley_ DATE _3-6-03_ URGENT ( ) YES ( ) NO

Sims

REASON FOR CONSULT: (LIST PROBLEM)

4 wk fu

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Thin clear corneal graft left eye
keratonus Right eye

PROCEDURE:

ASSESSMENT: Doing well

RECOMMENDATIONS/PLANS: ① weekly appointment with optometry at facility
② may fit rigid contact lens Right and left eye
DATE 3/6/03 ③ continue Maxitrol ointment to left eye TID but not
with contact lens in left
eye + may
subclitate maxit
eye dm )

X _____ M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON

DATE: 3/6/03 _____ Sims M.D.

DC7105-AJ(REV01/89)
IL 426-0027

(SIGNATURE OF MEDICAL DIRECTOR)

2/4/1 month fu
② 

**EXHIBIT**
d

000000406



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Donald N. Snyder, Jr.
Acting Director

Western Illinois Correctional Center / Rt. 99 South, P.O. Box 1000 / Mt. Sterling, IL 62353/ Telephone: (217)773-4441 / TDD: (800)526-0844

MEMORANDUM

DATE:       March 17, 2003

TO:         Aaron McCrory N51882      Infirmary

FROM:       Stanley M. Sims, M.D.
            Medical Director

**SUBJECT: Sunglasses**

For medical reasons, Offender McCroy N51882 is authorized to have a pair of
sunglasses. This permission is for an indefinite period of time.

Stanley M. Sims, M.D.
Medical Director

SMS:sjz

cc: D. Fuqua, HCUA
    Shift Captains
    Medical Records
    File

**EXHIBIT**

e

tabbies

000000476

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCrey  Aaron_    INMATE'S NUMBER ____N51882____

CONSULTANT'S NAME _Dr Joseph Feder_

CONSULT REQUESTED BY: _Dr Stanley Sims_   DATE _4-8-03_   URGENT ( ) YES  ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

1 month FU

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:  _2/3/03 — Corneal transplant left eye for keratoconus today 4/8/03 — looks great advise fitting for gas perm co-tactlens_

PROCEDURE:  _use Maxitrol (Neomycin/polymixin/dexamethasone Eye oint) use or BID except_

ASSESSMENT:  _When wearing Co-tact lens use frequent rewetting drops — at least every 2 hours with_

RECOMMENDATIONS/PLANS.  _Ointment above of bedtime. Follow up 2mos_

DATE. _4/8/03_     _____ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _4/8/03_     _____
DC7105-A1(REV01/89)       (SIGNATURE OF MEDICAL DIRECTOR)
IL-426-0027

EXHIBIT

f

tabbies

000000411

# Wexford Health Sources, Inc.
## Western Illinois Correctional Center

### Referral Request Form

Date: 4/6/03  4-16-03 w                    Referral Number: 03008405

Pre-Certification number given to vendor     ☐ Yes     ☐ No

Inmate No. N51882 , Name: MCCROY, AARON DOB 9/9/60

Site Doctor: SIMS, MD  Referred to: Feder , OPTOMETRIST (CONTACT LENS SPECIALIST)
_Specialist_   _Specialty_

Hospital / Facility: _____ Hospital MD: _____

☐ Initial Evaluation   ☐ Follow-up   ☐ OP Surgery   ☐ In-Patient Hospital

Other: _____

Reason for Referral: NEEDS TO BE FITTED FOR GAS PERM CONTACT
LENS POST L KERATOPLASTY
Date of Onset: _____ History of Injury/Problem: PT UNDERWENT L EYE
KERATOPLASTY. 2° KERATOCONUS 2/03

Conservative Treatment to Date: _____

its and Results: _____

S. SIMS MO 4/9/03
_Attending Physician Signature and Date_

Vlms MD 4/9/03
_Medical Director Signature and Date_

Transmittal Date: 4-16-03

Transmitted by: VLynne Shelton

Approval Date: 4-17-03

Approved by: Wexford

Med. Furlough to: Dr Joseph Feder

Date / Time: Fri May 9 2003 1015Am

Address: Prairie Eye + Lasik Ct. City: Springfield IL 62704
2020 W Isles

Telephone Number: 217-698-3030

**EXHIBIT**
tabbies
9

000000412

REV 05/97 - WEX REG 73

Owens replied

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCrey Aaron_    INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr Joseph Seder_

CONSULT REQUESTED BY _Dr_    DATE    ( ) YES ( ) NO URGENT

_Stanley Sims_    _5-9-03_

REASON FOR CONSULT: (LIST PROBLEM)

gas perm contacts

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: Left Ge mild filamentary keratitis
Otherwise great looking cornal tra-splant

Advice 1) Continue Maxitrol (Neomycin/polymixin/dexomethason)
Eye ointmnt to left eye BID  2) Add Muro128
or equivalent Saline Gedrops use approx. one
drop every 2 hours while awake to left eye in betwen
Ge ointmnt 3) OK to fit RGPCL - pt would

PROCEDURE:

ASSESSMENT:

RECOMMENDATIONS/PLANS. need to use frequent contact lens rewetting drops
instead of Muro128 - also would decrese Maxitrol
ointmnt to once a day at bedtime once pt gets

DATE 5/9/03 _____ (SIGNATURE OF CONSULTANT) M.D.  co-tact lens
FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY/  flu 2ndos

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE 5/12/03 _____ (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL-426-0027

EXHIBIT

h

tabbies

000000415

FAX COMPLETED FORM TO:
(412) 937-9151





REFERRAL REQUEST

ENTER SITE NAME: WICC

DATE: 5/22/03  REFERENCE NUMBER: 0300840C

INMATE NAME: MCCROY, AARON

INMATE NUMBER: N51 882  DOB 9/9/60

TYPE OF REQUEST: [✓] INITIAL EVAL  [ ] FOLLOW-UP  [ ] ON-SITE

REFERRED TO:

SPECIALTY: OPTOMETRY
PROVIDER: Prairie Eye + Lasik Center
SERVICE REQUESTED: (L) CONTACT LENS FITTING

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE: [ ] YES  [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| 2/03 | PT HAD (L) KERATOPLASTY 2° KERATOCONUS |

PATIENT COMPLIANCE: [✓] YES  [ ] NO  HEIGHT: 6' 1"  WEIGHT: 250

DIAGNOSTIC TEST/RESULTS:

RISK FACTORS: HCV  HTN
DM

CURRENT MEDS: MAXITROL OINT OS BID  PEG-INTRON RIBAVIRIN 400mg
INDERAL 20mg TID  165mg Ihg  HCTZ 25mg 9d

REFERRING PHYSICIAN SIGNATURE: N Rimo MD  DATE 5/22/03

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE): N Rimo MD  DATE 5/22/03

APPROVAL BY: Wexford  DATE 5-22-03

6-23-03 10:04am
6-24-03 1120 Am

000000416

JUN-25-2003 WED 05:01 PM PRAIRIE EYE CENTER      FAX NO. 2176983068          P. 02

_Clason McCloy_ _____ _9/9/60_ _42_ _____ _m_ _JUN 24 2003_ (AM)
Name                        DOB        Age      M/F    Date / Tech

Neuro/Psych✓ / Oriented to person, place, and time / ✓ Mood and affect appropriate / ☐ Abnormal _____
Tobacco use: ☐ no / ☐ yes _____      Alcohol consumption: ☐ no / ☐ yes _____

Chief Complaint: _Patient here for O1, AGP fit, (F)PMP-OS 2/3/03, continuous-_
_patient states HA no better than @ visit, new wear RGPs_
_previously fit several years prior to PMP-OS, doesn't wear OD RGP_
_b/c "put OS dressing up"_
*ALLERGIES: _____

PMHx: _____          Meds: _____
_____                 _____
_____                 _____

POHx: _keratoconus - OU_         Gtts: _maquifert (ung) BID/OS_
_PMP-OS_                         _M125 q2hrs/OS_
_____                 _ATS q2hrs/OS_

FMHx: _____
FOHx: _____

Auto Rx: OD _unable_             K's: OD ____/____           C/P: _____  JUN 2003
         OS _unable_             OS ____/____           Stereo: _____
                                                               Received
                                                               MI Medical
                                                               Records lens info:
WRx:  OD _____         Add _____  prism: _____   _____
      OS _____         Add _____  prism: _____

2cnd  OD _____         Add _____  prism: _____      lens info:
pair: OS _____         Add _____  prism: _____      _____

L info:        Type              Power              B.C.    Dia.   Color
OD _AGPk_      _____   _____    ____    ____   ____
OS _AGPk_      _____   _____    ____    ____   ____
wear schedule: _____
replace: _____  current: _____        solutions: _____
notes: _____

VA  sc< _200/HM_  cc< _____  ☐specs / ☐cls   ph< _____   Nsc < _____   Ncc < _____
BAT:   low< _____          medium< _____            high< _____
Glaucoma FMHx: ☐ no / ☐ yes _____    IOP < _____   @ ___:___  AM/PM   TA/TP
Dilated: (M.5% / M1%)  (N2.5% / N10%)  (C1% / C2%)  OD  OS  OU @ ___:___ AM/PM

**EXHIBIT**
_J_

_ph so 7/7/02_

000000420

FAX COMPLETED FORM TO:
(412) 937-9151





EXHIBIT

tabbies

K

## REFERRAL REQUEST

ENTER SITE NAME: _WICC_

DATE: _7-28-03_                    REFERENCE NUMBER: ____

INMATE NAME: _McCROY, AARON_

INMATE NUMBER: _N51882_                    DOB _9/9/60_

TYPE OF REQUEST: [ ] INITIAL EVAL    [✓] FOLLOW-UP    [ ] ON-SITE

REFERRED TO:

SPECIALTY: _OPTOMETRY_

PROVIDER: _PRAIRIE EYE & LASIK CENTER_

SERVICE REQUESTED: _CL PLACEMENT / FITTING_

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED: ____

SURGEON: ____

HOSPITAL/PROVIDER: ____

ON-SITE: [ ] YES    [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION: ____

ATTENDING PHYSICIAN: ____

HOSPITAL: ____

## CLINICAL HISTORY

DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE
_SEVERAL YA_ | _PT DUE FOR FU OF CL FITTING POST KERATOPLAST,_

PATIENT COMPLIANCE [✓] YES  [ ] NO    HEIGHT: ____    WEIGHT: ____

DIAGNOSTIC TEST/RESULTS: ____

RISK FACTORS: _DM; HCV; HTN_

CURRENT MEDS: ____

REFERRING PHYSICIAN SIGNATURE                    DATE _7-28-03_

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)            DATE _7-28-03_

APPROVAL BY                    DATE

000000425

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME Aaron McEvoy

ADDRESS _____ DATE 8/29/03

☐ Label
☐ REFILL 6 TIMES
☐ May Substitute
☐ May Not Substitute

Muro oph 4%
Apply OD q3°
Disp large bottle

---

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME Aaron McEvoy

ADDRESS _____ DATE 8/29/03

☐ Label
☐ REFILL 6 TIMES
☐ May Substitute
☐ May Not Substitute

Moxidol ung
Apply OS BID
Disp 35 gm

**EXHIBIT**

1 - 1

000000091

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME _Aaron McCroy_____

ADDRESS _____ DATE _8/29/03_

☐    Label   _Infinite_
     REFILL_____ TIMES
☐    May Substitute
☐    May Not Substitute

Artificial tears
1 gtt OS q2hr
Disp large bottle

_____ (signature)

---

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME _Aaron McCroy_____

ADDRESS _____ DATE _8/29/03_

☐    Label
     REFILL_____ TIMES
☐    May Substitute
☐    May Not Substitute

Rx: DUE TO PHOTOSENSITIVITY
RECOMMEND DARK
SUNGLASSES (AS DISPENSED)

_____ (signature)



**EXHIBIT**
1-2

000000092

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Mc Coy    First Name: Aaron    MI: ___    ID#: N5182

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LABORATORY DRAW<br>Date /2/01/03 Time 3-0A<br>Site AAC Sticker # _____ K3W1280063?<br>Test GMP UBC · LFT · AIC · HCV RNA<br>Signature U Vintage | |
| 10/21/03<br>7 A.M. | M. D. note<br>S Blood drawn yesterday<br>Discussed about the feasibility<br>of discharging to general<br>of the e.c. population<br>Inmate say he is legally<br>blind 23 hours per day"<br>and is not comfortable in<br>functing in general population<br>needs to see Dr Blumefield<br>also Bleumthel MD · 217 · 698 - 3030<br>and Dr. Feeluis · 217 - 698 - 3090<br>Please See Page · | 10/21/03<br>Continue<br>Present<br>treatment<br>self reflect<br>Dr Shaw<br>PN |

Printed on Recycled Paper

EXHIBIT
m

DC 0085 (Eff. 9/2002)
(Replaces DC 7147)

000000048

000000093

FAX COMPLETED FORM TO:
(412) 937-9151

 WEXFORD
MEDICINE IN CORRECTIONS



EXHIBIT

*n*

## REFERRAL REQUEST

ENTER SITE NAME: Mc Coy, Aaron

DATE: 10/21/03                 REFERENCE NUMBER: 523964324
                                                N51882

INMATE NAME: McCroy, Aaron

INMATE NUMBER: N51882

TYPE OF REQUEST

[ ] INITIAL EVAL     [✓] FOLLOW-UP     DOB     [ ] ON-SITE

REFERRED TO:

SPECIALTY: ophalomogist.

PROVIDER:

SERVICE REQUESTED: Follow up Corneal transplants

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER

ON-SITE: [ ] YES     [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
|  | case of kerato conus - underwent corneal transplant. Of Left ? can he be transferred to general jail population with his restricted visus |

PATIENT COMPLIANCE [ ] YES [ ] NO     HEIGHT: _____     WEIGHT: _____

DIAGNOSTIC TEST/RESULTS

RISK FACTORS: Htp     H C V

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE: Susit K. Ghosh MD     DATE: 10.21.03

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE): for Dr. S. K Ghosh     DATE: 10/21/03

APPROVAL BY: Approved Follow up often with ophthalmologist (on cedar)     DATE: 10/21/03
Approved by Dr. Owens

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:            10/22/03

TO:            RECORD OFFICE

FROM:            HEALTH CARE UNIT

SUBJECT:            MEDICAL FURLOUGH

Resident
Name  McCroy  Aaron            Number   N51882
S.S.#  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            Birthdate  9-9-1960
Scheduled on  10/29/03            at    9 15    am/pm to see
Doctor    Zeh            at   Pairie  Eye  Cover
            901  W.  Morton  Ave-
### TYPE OF FURLOUGH            Lincoln  S,  Shopping  Ctr
Same Day Return            ×    Telephone  Jacksonville,  IL   62650
Admission            ___            217-245-6211
Estimated Length of Stay    ___
Emergency

REASON FOR FURLOUGH:            MEDICAL ALERT:
Specialist Consult    ×            Epileptic    ___
EEG    ___            Diabetic    ___
Dental    ___            Hypertensive    ×
Return Appointment    ___            Cardiac    ___
Post-Op Check    ___            Allergy    ___
Surgery    ___            Asthmatic    ___
Other___            Other    ___

MEDICATION NEEDED DURING FURLOUGH _____

INFORMATION TO ACCOMPANY:
Consultation    ×            Health Status Summary  ×
X-Ray Films    ___            Other_____
Transfer Sheet    ×
Laboratory Tests    ___
Other    ___

PRE-FURLOUGH PREPARTATION AND OR SPECIAL INSTRUCTIONS:
**Security to bring information packet and inmate to HCU upon return to WIL.**

_____

D. Fuqua RN/CCHP, HCUA
Health Care Unit Administrator            cc:    Health Care Unit Administrator
            Medical Director
            Director of Nursing HCU
            Medical Records
            Information Packet
            7-3 Shift Commander


EXHIBIT
O - 1

000000094

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

Western Illinois Correctional Center



EXHIBIT

_O-2_

☐ Employee
☒ Offender

**Patient Information:**

Date: _10 , 29, 03_    ☒ a.m. / ☐ p.m.
Time: _745_

_McCray_ Last Name   _Aaron_ First Name   MI   ID#: _N51882_

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _myself_
Name of Patient

of the following treatment _Dr. Sgt to Eye Dr. Jackson Weels_
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                    Name of Doctor

Dr. _Ghosh_ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _WICC_, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM

MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements

requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_Refused to Sign_

_____        _____        / /
Print Name of Patient                    Signature of Patient                        Date

When patient is a Minor or Incompetent to give consent:

_J T Winston 9990_        _____        _10/29/03_
Print Name of Person Authorized to Consent   Signature of Person Authorized to Consent   Date

_L Ashcraft, RW_        _Ashcraft_        _10/29/03_
Print Name of Witness                    Signature of Witness                        Date

Distribution:   Patient's Medical Record or File

000000178

DOC 0083 (Eff. 9/2002)
(Replaces DC 7128-A)

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: I

pt. to Schedule appt c̄ Dr. B same day as see's Dr. Zeh.

REQUEST FOR C...

INMATE'S NAME____

CONSULTANT'S NAME____

CONSULT REQUESTED____

REASON FOR CONSULT____

Noted in Computer

**LUMIGAN®** (bimatoprost ophthalmic solution) 0.03%

From eye point of ... ∧ Need to Know ... of inmate cancer moved to general population of the Correction Centre with his impaired vision can he move freely and independently

( ) EVALUATION
( ) Management

FINDINGS: VA < 20/400 OD
CF OS

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

OD: Keratoconus & punctate Keratopathy
OS: marked Keratopathy
clear graft
Intraocular pressure < 30 OS
Fundus cup/disc 0.3 OD, 0.4 OS
cotton wool spot & dot hemorrhage OD

PROCEDURE: ① removed corneal sutures

Rec ① Maxitrol OS QID x3days then stop
② Lotemax 0.5% OS 1gtt q AM
③ Travatan OS 1gtt qPM
④ Artificial tears OU QID
⑤ ✓ blood pressure & serum glucose

⑥ No rubbing eye
⑦ No bending
⑧ No lifting 7/10/03
⑨ RC (month)
Call ASAP for any ↑ pain or ↓ vision OS.

ASSESSMENT:

RECOMMENDATIONS/PLANS:

DATE: 11/6/03                    _____ M.D.
                                (SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _____
DC7105-AJ(REV01/89)
IL-426-0027

_____ (SIGNATURE OF MEDICAL DIRECTOR)



EXHIBIT
P-1

000000102

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME ___McCroy, Aaron___   INAMTE'S NUMBER ___N.5/882___

CONSULTANT'S NAME ___Dr Zeh___

CONSULT REQUESTED BY ___Dr Ghosh___   DATE _____   URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

From eye point of view   F/U   Keratoplasty

∧ Need to know ∅ if inmate can be moved to

( ) EVALUATION   general population of the correction centre

( ) Management ∧ with his impaired vision can he move freely and be independently

FINDINGS: VA < 20/400 OD   REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)
         CF    OS   OD: Keratoconus + punctate keratopathy

                         OS: marked Kerato pathy
                             clear graft
                         Intraocular pressure < 30 OS
PROCEDURE:                   Fundus cup/disc 0.3 OD, 0.4 OS
         ① removed corneal sutures   cotton wool spot + dot hemorrhage OD

                    Rec  ① Maritol OS QID x3 days then stop    ⑥ No rubbing eye
ASSESSMENT:              ② Lotemax 0.5% OS 1 gtt q AM          ⑦ No bending
                        ③ Travatan OS   1 gtt q PM            ⑧ No lifting
RECOMMENDATIONS/PLANS:   ④ Artificial tears OU QID               7 10 lbs
                        ⑤ ↓ blood pressure + serum glucose
DATE: 11/6/03                                          ⑨ RC (month?)
                                               M.D.       call ASAP for
                              (SIGNATURE OF CONSULTANT)    any ↑ pain
FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:             or ↓ vision
( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.   OS.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: #1/   S.K. Ghosh MD
DC7105-AI(REV01/89)            (SIGNATURE OF MEDICAL DIRECTOR)
IL 426-0027

EXHIBIT
tabbies
p-2

000000097

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: *11-21-03*

TO:       PLACEMENT/ASSIGNMENT

FROM: _____*d. Lrunen Cpu*_____, ~~R.N.~~
      Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate *Mc Croy    Aaron*    Number  *N 51882*

has been admitted/discharged to/from the infirmary on _*11-21-03*_

at _____*2*²⁰_____ am/pm.ᵃ

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer *Inf.*
    Inmate Assignment *unassigned*

DCA 230-35671 (Rev. 1/98)
IL 426-17614



EXHIBIT

*9*

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: _1-29-03_

TO: _Mc Cray Aaron_ _N51882 - Rec 75_
Inmate Name and Number

FROM: _H. Leonard MD_
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: _Medical_

START DATE: _4/29/03_

ENDING DATE: _4/29/04_

RE-EVALUATION DATE: _January 2004_

_H. ___ MD_
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor_____
Health Care Unit Administrator
Nurses Station
Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579


EXHIBIT
tabbies
r - l

000000180

# WESTERN ILLINOIS CORRECTIONAL CENTER
## MT. STERLING, ILLINOIS

MEMORANDUM

DATE: _11/29/07_

TO: LTS Supervisor

FROM: _H Leonard MD_
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: _11/29/03_    _N51882_

Inmate and Number: _McCray Aaron_ — _N51882_
is to be restricted from the following activities:
_Weight lifting and sports_.

Stop date: _11/29/04_

This for medical reason.

_H Leonard MD_
Health Care Unit Staff

cc: Nurses Station
   Medical Records /
   Housing Unit Officer _Rec. 75_
   Inmate _McCray, N51882 — Rec 75_

DCA 230-35737 (Rev 6-98)
II, 426-18578



EXHIBIT
r-2

000000181

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME  McCoy, Aaron          INAMTE'S NUMBER  N51887

CONSULTANT'S NAME  Dr Zh

CONSULT REQUESTED BY.  Dr. Lochard          DATE          URGENT ( ) YES  ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS:  $V_A$ 20/400          IOP< 14/44          Slit Lamp.  OD: Keratoconus
          CF                                              OS: diffuse corneal haze.

PROCEDURE:

ASSESSMENT: ① PKP OS. IOP uncontrolled. Pt is not supposed to be getting Maxitrol at all & Lotemax only BID.

RECOMMENDATIONS/PLANS. ① Lotemax OS BID. ② Travatan OS qPm ③ Brimonidine OS B.
          ④ glaucoma consult

DATE: 12/23/03          _____  M.D.
                        (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY.

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: 12/30/03          R Miller          cro
DC7105-AI(REV01/89)          (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT

tabbies          5

000000101

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

**WIL**

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCoy, Aaron_  INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr. Kim_

CONSULT REQUESTED BY _Dr. Lochard_   DATE _1/8/04_   URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Increased     IOP

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS:

IOP fermo < 16 / 28

**EXHIBIT**
t

ATTYG10210

PROCEDURE:

ASSESSMENT: 1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) PSC OS - mild

RECOMMENDATIONS/PLANS: - Target IOP - Low 20's OU
- ↑ Alphagan to TID OS
- Cont. Travatan OS QHS + Lotemax OS BID
- Start Cosopt OS BID   _[signature]_ M.D.
- RTC in 2 wk - IOP ✓

DATE _1/8/04_   (SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _1/8/04_  please forward to Dr. Lochard _[signature]_

DC7105-A1(REV01/89)/
IL-426-0027   (SIGNATURE OF MEDICAL DIRECTOR)

Scripts written for Alphagan, Lotemax, Cosopt & Travatan x 3 wk

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME __McCray, Aaron__    INAMTE'S NUMBER __NS1882__    ATTYG10200

CONSULTANT'S NAME __Dr. Zeh__

CONSULT REQUESTED BY __Dr Brown__    DATE __2/24/04__    URGENT ( ) YES  ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)   please also provide a care plan. We hope to minimize the transportation needs, also.

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: OS graft clear. topography shows ~ 7D astigmatism
Best spectacle corrected VA OS = 20/200
Intraocular pressure B a
Slit lamp:  OD: marked KCN        Pupils: (+) APD OS (mild)
OS: clear graft
+1 posterior subcap. cataract
Dilated: mild cupping OS 7 OD, macula & periphery WNL

PROCEDURE:

ASSESSMENT: (1) PKP OS - stable but high astigmatism        Plan (1) Lotemax OS qD
(2) mild cataract OS                                              (2) Travatin OS qD
(3) glaucoma OS - controlled                                     (3) Losopt OS BD
(4) KCN OD.                                                       (4) Alphgan OS TID.

RECOMMENDATIONS/PLANS.

DATE _____    _____ M.D.
                             (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

X  I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: 4/12/04    _____
DC7105-A(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

(5) Return for fitting of RGP contact lens OS.
If vision doesn't improve new to consider contact extraction.

**EXHIBIT**
tabbies
a

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCrey Aaron_  INMATE'S NUMBER __N51882__

CONSULTANT'S NAME __Dr Zeh__

CONSULT REQUESTED BY _Dr Brown_   DATE _5-21-04_   URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

Follow up

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Clear graft OS
Kerataconus OD
IOP OD 14/14 OS
Borderline cataract OS

PROCEDURE: Plan: ① Continue medications: Alphagan TID - OS
Cosopt BID - OS
Travatan 1xd - OS
Lotemax 1xd - OS

ASSESSMENT: ② Needs ctl. fitting- try ou.

RECOMMENDATIONS/PLANS: ③ Consider cat extract OS if unable to correct VA c ctl.

DATE _5/21/04_  RTC 3mo.   _____ _5/21/04_ M.D.
(SIGNATURE OF OCNSULTANT)

ATTYG10204

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

✗ I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON

DATE _5/25/04_   _Jowell / Brown MD_
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A REV0(/89)
IL426-0027

EXHIBIT

Midwest Eye Associates, LLC
Suite 2300
5220 South 6th Street
Springfield, Illinois 62703

---

**Patient Name: MC CROY, AARON**          DOB: 9/9/60
**Clinic Visit:     June 18, 2004**

He is a new patient. He is at the Western Illinois Correctional Center at Mt. Sterling. He is a 43 year old male, with problems of keratoconus. He has had multiple evaluations. He has been seen by Dr. Zeh. His note, on 11/6/03, spoke of keratoconus, punctate keratopathy in the right. He is noted to have a clear graft for the OS and had previous PK. He has removed some corneal sutures. Medications were prescribed which included Maxitrol, Lotemax, Travatan, Artificial Tears. He had seen Dr. Kim on 1/8/04, who noted a steroid induced glaucoma OS. Pressures were noted to be 16 OD and 28 OS. He had noted keratoconus OU, status post PK OS. We have a referral note from 4/12/04, from Dr. Zeh, who has him on Travatan OS, Alphagan OS, Cosopt OS, Lotemax OS qday. He was to return for a fitting of a rigid contact for the OD. He notes that if his vision does not improve he would then consider cataract extraction. We have a note from Dr. Zeh, from 5/24/04, recommending continuing the Alphagan tid OS, Cosopt bid OS and Travatan one drop a day OS, Lotemax one drop a day OS. He would consider cataract extraction if he was unable to improve the vision with contact.

With his current visual situation, he has HM vision. Pressures are 10 OD and 17 OS. He has the obvious finding of keratoconus OD. He has a clear PK OS. He has lens changes as noted. The retinas appear to be attached. He has light sensitivity and does not like light in his eye.

ATTYG10218

IMPRESSION: Keratoconus.

He is currently on Travatan one drop OS qday, Alphagan one drop OS tid, Artificial Tears OU qid, Lotemax one drop OS qday, Cosopt one drop OS bid.

COMMENT: As Dr. Zeh is planning to leave the area and will be gone by August he will need to be followed by a cornea person. Actually, the only cornea persons remaining in the Springfield area would be Dr. Lee at Springfield Clinic or Dr. Lohse. I think Dr. Lee is doing most of the transplant work. It is my recommendation that he be appointed with him. I would continue the medications at the same time. Findings were reviewed with the patient.

Lance P. Steahly, M.D., F.A.C.S.
Midwest Eye Associates, LLC

LPS/jh   D: 06/18/04   T: 06/21/04

cc: Lowell Brown, M.D., c/o Western Illinois Correctional Center, Mt. Sterling, Illinois 62353

EXHIBIT
tabbies
W

Received
JUL 06 2004
Western Illinois Corr. Center
Medical Records Dept.

*N51882*

8/9/2004 / Aaron Mccroy / 1115051 / DOB: 9/9/1960

The patient was seen on 08/09/04 for evaluation of her eyes for possible keratoconus. The patient states that his vision has been getting more blurred recently. The patient is currently taking Cosopt, Travatan, Lotemax, Alphagan, and Refresh tear drops. The patient also has eye history for significant for corneal transplant in the past.

Upon examination, the patient has counting finger visions of both eyes, intraocular pressures of 12 in the right eye and 23 in the left eye. There is no afferent pupillary defect. Anterior segment exam shows a cone-shaped cornea of the right eye with Fleischer ring anterocentrally, and the left eye shows evidence of previous corneal transplant, and the graft appears clear. The patient also has some anterior capsular opacity of the left eye. Otherwise, the rest of the exam is unremarkable.

IMPRESSION:
1. Keratoconus of the right eye.
2. Status post corneal transplant of the left eye; corneal transplant appears stable.
3. Steroid response glaucoma.
4. Early cataracts.

PLAN: Clinical findings were discussed with the patient. The patient was instructed to get hard contact lens fitted and to continue using Cosopt, Travatan, and Alphagan, and the patient was also instructed to see Dr. Butler for intraocular pressure control from his glaucoma.

James H. Lee M.D.

cc: Western Illinois Correctional Facility

jm

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

Received

SEP

Western Illinois Corr. Center
Medical Records Dept.

ATTYG10223

EXHIBIT
tabbies
×



SANDRA YEH, M.D.
Cataract/Laser Refractive Surgery

___Y ODIN, M.D.
___/Vitreous

STUART R. FARRIS, M.D.
Ophthalmic and Reconstructive Surgery

STEPHEN G. COOK, M.D.
Cataract/General Ophthalmology

JOHN S. KIM, M.D.
Glaucoma/Cataract Surgery

# PRAIRIE
Eye Center

2020 W. Iles Ave.
Springfield, IL 62704
Telephone 217/698-3030
Fax 217-698-3068

ROBERT BLUMTHAL, O.D.
Low Vision Evaluation

JENNIFER M. WALLER, O.D.
JOSEPH SABETTI, O.D.
STEPHANIE HART, O.D.
ROBERT P. CHELBERG, O.D.

September 27, 2004

Jean Diesseler, M.D.
1025 Main Street
Quincy, IL 62301

ATTYG10330

RE: Aaron McCroy

Dear Dr. Diesseler,

As you know, Mr. McCroy is a 44 y.o. gentleman who is status post corneal transplant on the left for keratoconus and who was involved in an altercation on 9-23-04. You have done a very beautiful job in repositioning the intraocular contents and in sewing the corneal wound closed. The patient now presents for more definitive treatment. The patient was referred to our retinal specialist as well. I believe that we are going to give some time for the situation to resolve and allow the blood to settle. Right now there is no view of the posterior segment and B scan only identifies the eye full of blood. As per our discussion on the phone, I understand there is a lot of his intraocular contents that have been lost from the eye. As you are well aware, as is Dr. Odin, this carries a very poor prognosis for the patient. The patient was advised as to his prognosis. We will make every attempt possible to salvage the eye. Dr. Odin will perform a vitrectomy a week from Thursday in attempts to salvage the vision. Should Dr. Odin feel that the eye is non salvageable, then I will at that time perform an evisceration. This was discussed at length and in great detail with the patient and the possibility of sympathetic ophthalmia was also discussed with the patient. In the interim, we recommend the patient continue with his Fox shields and the medications as you had prescribed as well as being fitted for safety glasses. Thank you for allowing me to participate in the care of your patients. We will keep you advised as to his progress.

Best regards,

Stuart R. Farris, M.D.

SRF:jrv

M.D. Review
Date: 10/6/04
Doctor ____
☐ Pull Chart
☐ See Patient
☑ File

Received

OCT 06 2004

Western Illinois Corr. Center
Medical Records Dept.



EXHIBIT

tabbies

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

McCroy          Aaron          ___ ID#: N91882
Last Name       First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/20/03 9am | Nurse Note. Up et about cell voiced no c/o | Moore Ph |
| 11-21-03 8:30 Am | Nurse note. ↑ to Cell door for Meds did eye gtts - Voiced ∅ c/o | ☆ Kleaanen PN |
| 11-21-03 2:15pm | Call placed to Dr. Zed, Received order that Offender can be placed in Seg (Single-cell) — T.O. Dr. Zed JBlawang Cert |
| 2:20pm | Discussed care ī Mills, NP agreed/ok to discharging McCroy from Infirmary to place in Seg. JBlawang Pd | |

Printed on Recycled Paper

**EXHIBIT**
tabbies
Z

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

000000071

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Western Illinois Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCroy | aaron | | ID#: N 51882 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-03  3 | Infirmary Discharge Note | Plan: |
| | Discharged by: (circle one)   M.D.  (N.P.)  D.D.S.  Psychiatrist | - Continue present treatment ✓ |
| | Summary of Reason for Admission: | |
| | Needs placement to protect eye from injury. avoid general population. | Follow-up as needed from |
| | Course in Infirmary: | single cell in Segregation |
| | Noneventful. | |
| | Eye drops. | |
| | Discharge Diagnosis: | |
| | Healing process post Keratoplasty | |
| | Patient Education: | |
| | avoid yard or activity etc. others so as to protect Keratoplasty site. | R Mell case |
| | |  |

**EXHIBIT**
aa

000000103

**PRAIRIE**
Eye & Lasik Center

2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME  Aaron McCroy

ADDRESS

DATE  11/6/03

Travatan
1 gtt OS  qpm
Disp ÷ 1bottle
Wilm

☐ Label     4  TIMES
☐ REFILL
☑ May Substitute
☐ May Not Substitute

---

**PRAIRIE**
Eye & Lasik Center

2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ANDRA YEH, M.D.
ANNY S. ODIN, M.D.
TUART R. FARRIS, M.D.
TEPHEN G. COOK, M.D.
ILLIAM G. ZEH, M.D.
OHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME  Aaron McCroy

DDRESS

DATE  11/6/03

Moxifloc 1mg opthalmic
Apply OS  BID x 3days
then D/C
Disp 3.5 gm  Wilm

☐ Label     Ø  TIMES
· REFILL
May Substitute
May Not Substitute

*BEGIN USING FROM BOTTOM UP

EXHIBIT

tabbies

CC

NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient: _McCroy  Aaron_   Reg. #: _N51882_   Date: _12-23-03_

Problem _____

ORDER: (Physician's Signature After Last Order) _____
Lotemax  OS  BID
Travatan  OS  QPM          ) until seen by Dr. Kim
Brimonidin  OS  BID
        Dr. Santos / B Bowersox Rn

DEA/Illinois Lic. # _____  Physician (Print) _Santos_
☐ May Substitute ___Dr. Lockard  MD / R milecw_____ M.D.
☐ May Not Substitute _____ M.D.
        Noted by: _B Bowersox Rn_                    Date: _12-23-03_

DCA 7000
IL 426-1417

EXHIBIT

tabbies

27

NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient: _McCroy  Aaron_   Reg. #: _N51882_   Date: _12-9-03_

Problem _____

ORDER: (Physician's Signature After Last Order) _Travatan  1 gtt OS QPM_ )
Maxitrol opth ointment apply OS QID              ) x 60 days
Artificial Tears  1 gtt ou QID
Lotemax 0.5%  1 gtt OS QID
        TO Dr. Lockard / B Bowersox Rn

DEA/Illinois Lic. # _____  Physician (Print) _Lockard_
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
        Noted by: _B Bowersox Rn_                    Date: _12-9-03_

DCA 7000
IL 426-1417

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

                                                    NKA

Patient: _McCroy  Aaron_   Reg. #: _N51882_   Date: _11-26-03_

Problem _____ HTN _____

ORDER: (Physician's Signature After Last Order) _____
_____
_____
_____

DEA/Illinois Lic. # _____  Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

22/2004 FRI 10:24 FAX 217 773 2273    217 773 2273 -> IL ATTORNEY GENERAL ;   Page 2
OCT-22-2004 FRI 08:05 AM PRAIRIE EYE CENTER    WEXFORD HEALTH SOURCES
FAX NO. 2178983068
P. 02

| | NAME: | Mccroy, Aaron |
|---|---|---|
| ST. JOHN'S HOSPITAL | ROOM: | DSP |
| Springfield, IL | DOB: | 09/09/1960 |
| (217) 544-6464 | MRN: | 01115106 |
| OPERATIVE REPORT | ACCOUNT #: | 011151061002 |
| | ADMITTED: | 10/11/2004 |
| Surgeon: Stuart Farris, M.D. | DISCHARGED: | |
| Date/Time Dictated: | 10/11/2004  7:33 P | 000161979 |
| Transcribe Date/Time: | 10/12/2004  9:22 A | msp |
| Page 1 of 2 | SURGERY DATE: | 10/11/2004 |

cc:   Stuart Farris, M.D.

**EXHIBIT**
22-1

SURGEON: STUART FARRIS, M.D.   ASSISTANT:

PREOPERATIVE DIAGNOSIS: Blind eye OS.

OPERATION: EVISCERATION OS WITH 16 MM ACRYLIC SPHERE IMPLANT AND SUTURE TARSORRHAPHY.

POSTOPERATIVE DIAGNOSIS: Blind eye OS.

**EXHIBIT**
17

ATTYG1003

ANESTHESIA
General.

INDICATIONS
The patient is a 44-year-old gentleman who is status post cornea transplant surgery several years ago who was in an assault and had rupture of the globe along the cornea transplant interface. He had loss of intraocular contents. Despite heroic efforts by Dr. Odin to try to salvage the eye, the eye was felt not to be salvageable and no useful vision. The patient presents for evisceration of the eye to prevent sympathetic ophthalmia and because it is a painful eye.

DESCRIPTION OF THE PROCEDURE
The patient was already in the operating room and under general anesthesia after Dr. Odin's procedure. After discussing the case with Dr. Odin, he felt that there was no salvageable vision present and that the eye should best be addressed for pain control and sympathetic ophthalmic concerns. The patient was already prepped and draped. He was given one gram of Ancef intravenously. Attention was turned to the eye where an inferior 180 degree peritomy was completed to create a 360 degree peritomy. A Superblade was then used to make a corneal scleral incision to remove the cornea. Evisceration spoon was used to remove the intraocular contents which were sent for histological review. Absolute alcohol was used on Q-tips to scrub inside the sclera. This area was copiously irrigated with balanced salt solution to remove any residual alcohol. A 60 mm sphere was implanted. Relaxing incisions were made at 4 and 11 o'clock meridians. The wound was closed with 5-0 Vicryl horizontal mattress sutures. Another 5-0 Vicryl was used to sew the edge of the overlapping edges of the sclera together. This created a two layer closure of the sclera. The tenons was then closed in a different meridian with interrupted 6-0 undyed Vicryl suture. The conjunctiva was closed with running 6-0 plain gut suture. Tobradex ointment was placed. A suture tarsorrhaphy placed. A retrobulbar block of 0.75% Marcaine plain was injected into the retrobulbar space with Atkins needle

10/21/2004 THU 15:13 FAX 217 773 2273    217 773 2273 -> IL ATTORNEY GENERAL    Page 3
OCT-21-2004 THU 02:43 PM PRAIRIE EYE CENTER    WEIFORD HEALTH SOURCES    FAX NO. 2175953058    P. 02/00

| | NAME: | Mccroy, Aaron |
|---|---|---|
| ST. JOHN'S HOSPITAL | ROOM: | DSP |
| Springfield, IL | DOB: | 09/09/1960 |
| (217) 544-6464 | MRN: | 01115106 |
| OPERATIVE REPORT | ACCOUNT #: | 011151061002 |
| | ADMITTED: | 10/11/2004 |
| Surgeon: Lanny Odin, M.D. | DISCHARGED: | |
| Date/Time Dictated: | 10/11/2004  6:58 P | 000161971 |
| Transcribe Date/Time: | 10/12/2004  6:15 A | msp |
| Page 1 of 2 | SURGERY DATE: | 10/11/2004 |

cc:   Lanny Odin, M.D.

**EXHIBIT**
dd-2

SURGEON: LANNY ODIN, M.D.;STUART FARRIS, M.D.    ASSISTANT:

PREOPERATIVE DIAGNOSIS: Massive intraocular hemorrhage with previous ruptured globe and expulsion of intraocular contents.

OPERATION: 1. PARS PLANA VITRECTOMY. 2. EVISCERATION LEFT EYE.

POSTOPERATIVE DIAGNOSIS: Massive intraocular hemorrhage with previous ruptured globe and expulsion of intraocular contents. Irreparable retinal detachment and massive subretinal and intravitreal hemorrhage.

ANESTHESIA
General.

ATTYG1008

ESTIMATED BLOOD LOSS
Less than 1 cc.

INDICATIONS
The patient had previous transplant of the cornea in the left eye. He was involved in an altercation, rupturing the globe with expulsion of intraocular contents. Repair of the rupture was performed elsewhere. He presented with no light perception vision and massive intraocular hemorrhage. After discussing the poor prognosis, it was elected to perform vitrectomy to clear the media some to see if there was any salvageable procedure for vision that could be obtained in the left eye. He understood that if salvageable vision was not possible, then evisceration would take place at the same time.

DESCRIPTION OF THE PROCEDURE

**EXHIBIT**
18

ATTORNEY GENERAL    12177828767;
Deived: 12/15/04  9:15AM;    12/15/04 10:02AM; JetFax #99; Page 2/2
.5/2004 WED 10:18 FAX 217 773 2275    WEXFORD HEALTH SOURCES    @ D02
STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility

# WIL

## REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name: McCroy Aaron                Inmate's Number: N5 882

Consultant's Name: Dr. Michael Kass

Consult Requested By: Court Ordered Evaluation    Date: 12/8/04    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Evaluate present eye condition + recommend treatment.

[X] Evaluation
[X] Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Keratoconus right eye. Vision 20/400
SP evisceration left eye - no vision

EXHIBIT
tabbies
21

PROCEDURE: needs to be fit with a special Contact
lens to improve his vision in the right eye. This
will require at least a few visits to a

ASSESSMENT: provider near the Correction facility
He needs a prosthesis for the left eye.

EXHIBIT
tabbies
ee

Date: 12/8/04                Michael Kass        M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL Health Medical DIRECTOR ONLY:

[✓] I have reviewed the recommendations contained in this report and approve them.
[ ] I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: 12/8/04                                (SIGNATURE OF MEDICAL DIRECTOR)

DOC195-A1 (Rev.01/99)
1131-0477

EXHIBIT

ff

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: _____    Date and Time of Incident: 12/16/04 app 100/pm

If the answer is yes to any of the following questions explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☒   C. Was Property Damaged: YES ☐ NO ☒
D. Have Apprehension Unit and Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐
F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☐

Inmates Staff Involved:

| Name | D.# | Offense | Commitment Date |
|------|-----|---------|-----------------|
| McCRAY | N51882 | | |
| | | | |
| | | | |

Witnesses to Incident:

| Name | I.D. # |
|------|--------|
| | |
| | |
| | |

Statement of Facts: (NARRATIVE):

ON THE ABOVE DATE & APP. TIME I/m McCRAY N51882
PRODUCED A INSUFFICIENT URINE SAMPLE DURING RANDOM
DRUG TESTING. I/m FAILED TO REACH THE 30ml mark
AS REQUIRED IN THE QUICK SCREEN 5 TEST CUP. McCRAY'S
INSUFFICIENT SAMPLE RENDERED THE CUP UNUSABLE. I/m
IS ALLOWED TO CONTINUE THE TEST. D.C. 7205
WRITTEN.

Shirley McCray
Placed in
Temporary Continual

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|--------------------|-----------|--------------------------|-------------------------|-----------|
| JENNINGS #41621 | 12/16/04 114 | | | |

Administrative Assessment: _____

Administrative Officer _____    Date/Time _____

Distribution:   Director
                Deputy Director of Appropriate Division          Legal Services (only if restraints/force used)
                Deputy Director of Bureau of Inspections and Audits     File

State of Illinois - - Department of Corrections
## DISCIPLINARY REPORT

Page __1__ of __1__

☑ Disciplinary Report    Date: 12/16/04    ☐ Investigative Report    Date: _____

Committed Person: McCRAY    No.: N51882    Facility: W.I.C.C.

Observation Date: 12/16/04    Time: AM 1004    Ident. Location: H.C.U.

PRINT Employee's Name: c/o Jennings #10170    Employee's Signature/Date/Time: 12/16/04 1004

Offense: 504 #: 202 DAMAGE OR MISUSE OF PROPERTY

Observation: ON THE ABOVE DATE + APP TIME I/m McCRAY N51882 PRODUCED A INSUFFICIENT URINE SAMPLE DURING RANDOM DRUG TESTING. I/m FAILED TO PLAY THE BRIM FULL AS REQUIRED IN THE OBM SIGNED D TEST PROC. McCRAY INSUFFICIENT SAMPLE RENDERED THE CUP UNUSABLE I/m WAS ALLOWED TO CONTINUE THE TEST. D.C. 434 WRITTEN

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☑ Temporary Confinement    ☐ Investigative Status    Reasons: Nature of Offense

PRINT Name: _____    Shift Supervisor's Signature and Date: _____ 12/16/04
(For Community Correctional Centers, Chief Adm. Off.)

☑ Confinement Reviewed by Reviewing Officer    Comment: Nature of offense
PRINT Name: Lt. Looshen    Signature/Date: 12/16/04

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit
PRINT Name: Lt. Looshen    Reviewing Officer's Signature and Date: 12/16/04

☑ Reviewed by Hearing Investigator    PRINT Name: _____    Signature and Date: 12-17-04
(Adult Division Major Reports Only)

## PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

## PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number: _____    Committed Person Refused to Sign ☑ DK

PRINT Serving Employee's Name: D Kurtman    Serving Employee's Signature: _____    Date and Time Served: 12/16/04 620

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    Committed Person's Signature and Number: _____

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

Committed Person's Name and Number: _____

DOC 0317 (Rev. 4/98)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0381

EXHIBIT
99-1

State of Illinois - - Department of Corrections
DISCIPLINARY REPORT

Page ___ of ___

☒ Disciplinary Report          Date: 12/16/04          ☐ Investigative Report          Date: _____

Committed Person: McCROY          No. N51882          Facility: W.I.C.C.

Observation Date: 12/16/04   App. Time: 2:15/2   Con/Location: H.C.U.

C/s    JENNINS #10161          Sgt. ___ 12/16/04 2:25/p
PRINT Employee's Name                    Employee's Signature/Date/Time

Offense: 504 # 203 DRUGS + DRUG PARAPHERNALIA

Observation: ON THE ABOVE DATE + TIME I/M MCCROY N51882
DURING RANDOM DRUG SCREENING FAILED TO PRODUCE
30 mLs OF URINE IN THE ALLOTTED 2 HOUR TIME FRAME
(12:15/pm - 2:15/pm) USING THE QUICK SCREEN 5 TEST CUP.
I/M MCCROY CONSUMED 8 oz OF WATER AT 12:45/pm, 1:10/pm, 1:45/pm
FOR A TOTAL OF 24 oz. ALL PROPER DRUG TESTING PROTOCOL
WAS FOLLOWED. I/M WAS POSITIVELY IDENTIFIED BY I.D.O.C. I.D.

Witnesses, if any: Doc 434 WRITTEN!

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement   ☐ Investigative Status   Reason: Nature of IDR

Major S. Glum                    Glum      12/16/04
PRINT Name                    Shift Supervisor's Signature and Date
                              (For Community Correctional Center, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comment: Nature of offense
Lt. Loosman                    T. Gordon 12-16-04
PRINT Name                    Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
Lt. Loosman                    T. Gordon 12-16-04
PRINT Name                    Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: Shaun 1021.7          12-17-4
(Adult Division Major Reports Only)   PRINT Name          Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

☐ Committed Person Refused to Sign   D.K.

Committed Person's Signature and Number _____ 3852

D. Kurtzman                    12/16/04          2:17
PRINT Serving Employee's Name   Serving Employee's Signature   Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____          _____
                              Committed Person's Signature and Number

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                                      Date

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

                              _____
DC 005 (Rev. 4/90)   Distribution: 1) Master File; 2) Committed Person;   Committed Person's Name and Number
4-3101                              3) Facility; 4) Facility

EXHIBIT
99-2
tabbies

HC(Rm 2

Illinois Department of Corrections
## Disciplinary Segregation Double Celling Screening Form
Western Illinois Correctional Center

DATE: 12/17/04   SCREENED BY: _____   CCF
                                    Name                          Title

INMATE NAME: McCray, Aaron            INMATE #: N51882

I.    MASTER FILE CHECKED: Yes X No ____        OTS CHECKED: Yes X No ____

      DOCUMENTED PROTECTIVE CUSTODY ISSUES: None

      DOCUMENTED ENEMIES AT WESTERN C.C.: (Name – Number – Location): None

      SPECIAL ISSUES: AGE 44   RACE: Blk   HEIGHT: 6'1"   WEIGHT: 250 lbs

      PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: None

      DATE/REASON FOR SEGREGATION PLACEMENT: 12-16-04 Drugs + Paraphernalia
      _____ Failed to produce
      _____ SEG. RELEASE DATE: UnK

II.   MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes ✓ No ____ If yes, explain: ____

      _____ BY: S Scott LPN

      PSYCHIATRIC RECOMMENDED FOR SINGLE CELL: Yes ____ No ✓ If yes, explain: ____

      _____ BY: S Scott LPN

      MEDICAL RECORDS CHECKED: Yes ✓ No ____

III.  RECOMMENDED: SINGLE ____ DOUBLE ✓ _____
                                              CWS/CCS Signature - Date

### FINAL DETERMINATION
SINGLE ____ DOUBLE ✓ _Sandra Null_        12-17-04
                              Assistant Warden of Operations/Duty Administrative Officer – Date

Original: Masterfile    cc: Placement Office
                            Segregation Lt.


EXHIBIT
hh

P. 87

WIU-0050 (Eff. 11/01)

DISCIPLINARY SEGREGATION DOUBLE CELLING SCREENING FORM

DATE _2-1-05_    SCREENED BY: _____ _C/II_
                                    Name              Title

TO: MASTERFILE OF INMATE _____ _N51882_
    _McCoy Aaron_
         Name                                  Number

FROM: ASSISTANT WARDEN – MENARD CORRECTIONAL CENTER

Medical Records Checked:          Yes/No
Master File Checked:              Yes/No
O.T.S. Checked:                   Yes/No
Placement Office Checked:         North □ 1-46
Current Cell Location:

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: _None noted_

AGGRESSION LEVEL PRIOR TO SEGREGATION PLACEMENT: _MED_
MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes/No If Yes Explain:

PSYCHIATRIC: RECOMMENDED FOR SINGLE CELL: Yes/No If Yes Explain:

                            By: _Joseph Phillips_
DOCUMENTED PROTECTIVE CUSTODY ISSUES: _None noted_

DOCUMENTED ENEMIES AT MENARD C.C.: (Name–Number–Location): _Per OTS: □_
_None noted_

SPECIAL ISSUES: AGE: _44_ RACE: _B_ HEIGHT: _6'7_ WEIGHT: _225_
GANG AFFILIATION/RANK: _None noted_
REASON FOR SEGREGATION PLACEMENT: _1-12-05_
_223 – Drugs_
                            SEG. RELEASE DATE: _6-16-05_

CASEWORK SUPERVISOR REVIEW AND RECOMMENDATION
RECOMMENDED: SINGLE/DOUBLE _M Sanders_  _2-2-5_
                            C.W.S. SIGNATURE/DATE

RECOMMENDED: SINGLE/DOUBLE _____
                            UNIT SUPERINTENDENT/DATE

EXHIBIT
tabbies
11

FINAL DETERMINATION

RECOMMENDED: SINGLE/DOUBLE _____ _____ _2-2-05_
                            ASSISTANT WARDEN/DATE

P. 86

ILLINOIS DEPARTMENT OF CORRECTIONS
HEARING OF ADMINISTRATIVE REVIEW BOARD
VIDEO CONFERENCE

*DATE OF HEARING:* April 15, 2005

*INSTITUTION:* Menard Correctional Center, Menard, Illinois

*GRIEVANT NAME:* Aaron McCroy, Register No. N51882

*BOARD MEMBERS PRESENT:* Sherry Benton, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Menard Correctional Center administration.

Nature of Grievance: Inmate McCroy is grieving two disciplinary reports (heard as one) dated December 16, 2004 received at Western Illinois Correctional Center.

Findings: The disciplinary report of December 16, 2004 regarding an incident which occurred on December 16, 2004 at 1:00 PM, was written by C/O Jennings charging violation of DR504: 202-Damage or Misuse of Property. Inmate is charged with the following: On the above date and approximate time I/M McCroy N51882 produced a insufficient urine sample during random drug testing. I/M failed to reach the 30 ml mark as required in the Quick Screen 5 test cup. McCroy's insufficient sample rendered the cup unuseable. I/M was allowed to continue the test. The disciplinary report was served on December 16, 2004 at 9:20 PM.

Findings: The disciplinary report of December 16, 2004 regarding an incident which occurred on December 16, 2004 at 2:10 PM, was written by C/O Jennings charging violation of DR504: 203-Drugs and Drug Paraphernalia. Inmate is charged with the following: On the above date and approximate time I/M McCroy N51882 during random drug screening failed to produce 30 mls of urine in the allotted 2 hour time frame (12:10 PM-2:10 PM) using the Quick Screen 5 test cup. I/M McCroy consumed 8 oz of water at 12:40 PM, 1:10 PM, and 1:40 PM for a total of 24 oz. All proper drug testing protocol was followed. I/M was positively identified by I.D.O.C. I.D. The disciplinary report was served on December 16, 2004 at 9:17 PM.

Inmate McCroy was placed in temporary confinement on December 16, 2004.

The Adjustment Committee Hearing (200405440/1-WIL) was conducted at Western Illinois Correctional Center on December 21, 2004 at 2:25 PM. The Adjustment Committee found the Grievant guilty of 203 and deleted the charge of 202. The recommended disciplinary action was: 6 months C-grade, 6 months segregation, 6 months revocation of Good Conduct Credits, loss of contact visits 6 months and a transfer. CAO concurred on December 30, 2004. Upon review, this revocation was reduced to 3 months, which both the Prisoner Review Board and Director approved.

This office reviewed incident reports relative to this issue.

Inmate's statement: I'm not guilty of 203. I was under Doctor's care at the time and on heavy medication and on diuretics. I was dehydrated. How am I guilty if I was producing what I was drinking? I want the ticket expunged.

This office contacted the Menard Health Care Unit for a review of the offender's medical claims and also Dr. Elyea, Agency Medical Director, regarding the offender's medical claims.

Recommendations: Based on a review of all information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, the Board is reasonably certain the Grievant committed the offense, and therefore recommends the grievance be denied.


*FOR THE BOARD:*  _____
Sherry Benton
Administrative Review Board Chairperson
Office of Inmate Issues


*CONCURRED:*  _____  April 15, 2005
Roger E. Walker, Jr.
Director


cc:  Warden Alan Uchtman, Menard Correctional Center
Aaron McCroy, Register No. N51882

**EXHIBIT**
33

## MEDICAL PERMISSION

This slip is considered authorization for the following inmate to be in possession of the designated medical item for the noted period of time _only_.

INMATE'S NAME: McCroy, Aaron

INMATE'S NUMBER:    ·N51882 R4-C-36

AUTHORIZED MEDICAL ITEM: Low Bunk/Low Gallery/Physically Challenged

EFFECTIVE DATE:    9/6/05

EXPIRATION DATE:    indefinitely

AUTHORIZING SIGNATURE:

You are responsible for returning all equipment
To the health care unit upon expiration date.

You are responsible for having in your possession this highlighted copy.  Any alterations or copying of this slip will result in discipline, and will be invalid.

CC:    Medical file
       Property Nurse
       Inmate
       Placement
       File

DCA #260-53361
IL #426-22854 (rev. 09/99)


EXHIBIT
k k



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     September 8, 2005

TO:       Aaron McCroy N51882
          R4-C-36

FROM:     John Evans
          Warden

SUBJECT:  Safety Glasses

Upon arrival at Pinckneyville Correctional Center, your safety glasses were taken until your medical file could be reviewed and confirmation was made that your safety glasses were ordered. Please be advised, safety precautions are always taken to ensure inmate and staff safety. After review of your medical file, confirmation was received and your safety glasses returned.

If you should have any further questions, please contact your Correctional Counselor.

cc:   D/D Meek
      Master file
      file



EXHIBIT

11



SEP 2005
RECEIVED
PINCKNEYVILLE C.C.
RECORD OFFICE



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

# M E M O R A N D U M

DATE:        September 8, 2005

TO:          Aaron McCroy N51882
             R4-C-36

FROM:        John Evans
             Warden

SUBJECT:     Safety Glasses

Your letter to Deputy Director Ronald J. Meek has been forwarded to my office. I have reviewed your situation and understand your safety glasses have been returned to you.

If you should have any further questions, please contact your Correctional Counselor.

cc:     D/D Meek
        Master file
        file

**EXHIBIT**

_mm_

## MEDICAL PERMISSION

This slip is considered authorization for the following inmate to be in possession of the designated medical item for the noted period of time *only*.

INMATES NAME:  McCroy, Aaron

INMATES NUMBER:  N51882  R-2 A-37

AUTHORIZED MEDICAL ITEM:  ADA Cell

EFFECTIVE DATE:  01-16-06  ( 1-16-06 )

EXPIRATION DATE:  01-16-07  ( 1-16-07 )

AUTHORIZATION SIGNATURE:  Dr. Feinerman/Sue Ferrari D.O.N

You are responsible for returning all equipment to the Health Care Unit upon expiration date.

You are responsible for having in your possession this highlighted copy.  Any alterations or copying of this slip will result in discipline, and will be invalid.

CC:    Medical File
       Property Nurse
       Inmate
       Placement
       File

DCA #260-53361
IL #426-22854 (rev. 12/05)

EXHIBIT

nn



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:**    January 30, 2006

**TO:**    Offender McCroy, N51882 ~~2A07~~ 3 A18

**FROM:**    Sue Ferrari, DON

**SUBJECT:**   Memo

Please be advised that your issue of the ADA cell was addressed by Warden Flagg on 1/9/06. I cannot over-rule the Warden's decision. I have nothing to do with placement of offenders.
SF:kc


cc:    Counselor R2
      Medical File
      File



EXHIBIT

OO