IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| Plaintiff, | ) |
| v. | ) 02-cv-3171 |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) |
| Defendants. | ) |

### MOTION TO DETERMINE THE ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSION DIRECTED TO WEXFORD HEALTH SOURCES INC.; CLEVELAND RAYFORD, M.D.; HUGHES LOCHARD 'M.D.; LOWELL BROWN, M.D.; STANLEY SIMS, M.D.; RHONDA MILLS; AND NURSE C. SHAW

Plaintiff, AARON MCCROY, by and through his attorney, LONDRIGAN POTTER & RANDLE, moves pursuant to Fed. R. Civ. P. 36(a) to Determine the Answers to Plaintiff's Requests for Admission Directed to Defendants Wexford Health Sources Inc.; Cleveland Rayford, M.D.; Hughes Lochard 'M.D.; Lowell Brown, M.D.; Stanley Sims, M.D.; Rhonda Mills; and Nurse C. Shaw, and in support states as follows:

1. On January 31, 2007, Plaintiff served upon all defendants Requests for Admissions that included two hundred thirty six (236) requests to admit facts, genuineness of documents and contents of documents. (Attached as Exhibit "A.")

2. On March 5, 2007, Plaintiff received the Response to Request for Admissions from Defendants Wexford Health Sources Inc.; Cleveland Rayford, M.D.; Hughes Lochard 'M.D.; Lowell Brown, M.D.; Stanley Sims, M.D.; Rhonda Mills; and Nurse C. Shaw (hereinafter collectively known as "Wexford Defendants"). (Attached as Exhibit "B.")

3. In the Wexford Defendants Response to Request for Admissions there is a general statement regarding the whole document prior to any answers.

> For those requests which the undersigned Defendants have admitted, Defendants are indicating that the records referenced have been kept in the ordinary course of business by the Illinois Department of Corrections to his or her knowledge. Defendants specifically deny that any record was specifically maintained on behalf of Roger Walker, Jr. Defendants are not admitting that the records are unconditionally relevant, that each or any Defendant is familiar with the content of each and every record, that Plaintiff has laid a proper foundation as to each record as to any Defendant. Defendants are also not admitting with this response that any record is and would be unconditionally admissible at trial. As to each Defendant, certain records may constitute hearsay and may be irrelevant. With respect to any records generated by Mr. McCroy, those records constitute hearsay, consist of prior consistent statements and may be irrelevant as to certain Defendants. Certain documents may also not be admissible to the extent they constitute unauthentic copies of an original document.

4. The above statement is clearly an improper overarching abojection and should be stricken.

5. As answers to Requests numbered 1 to 77, 73 to 78, 80 to 86, 88, 89, 94, 95, 101 to 109, 118 to 125, 127 to 129, 131, 132, 139 to 141, 143, 147, 186, 202, 219 to 222, 225, 227, 229 to 232, 235 and 236 Defendants answered "These Defendants have insufficient knowledge regarding the allegations set forth in Paragraph (request number) and therefore must deny said allegations "as a whole or partial response to the request.

6. Law is clear that a party cannot both claim insufficient knowledge and deny at the same time and therefore these requests should be deemed admitted.

7. In response to Request number 99, the Wexford Defendants response states "These Defendants have no knowledge as to whether Dr. Elyea was responding to a grievance on not." In response to Request number 126, the Wexford Defendants response states "It appears that Exhibit NNN contains the information set forth in Paragraph 126."

8. These responses are improper and should be deemed admitted.

9. Accompanying this Motion is a Memorandum of Law that more fully sets forth the reasons why this Motion should be allowed and the exact documents in dispute.

WHEREFORE, Plaintiff prays that the Court enter an Order indicating that Requests Numbered 1 to 77, 73 to 78, 80 to 86, 88, 89, 94, 95, 101 to 109, 118 to 125, 127 to 129, 131, 132, 139 to 141, 143, 147, 186, 202, 219 to 222, 225, 227, 229 to 232, 235 and 236 as well as 99 and 126 are deemed admitted and that the paragraph at the beginning of the Response to Requests for Admission is stricken.

AARON McCROY, Plaintiff,

By: /s/ Carissa A. Haning
Carissa A. Haning Bar Number: 627923
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O. Box 399
Springfield, Illinois 62705
Tel: (217) 544-9823 Fax: (217) 544-9826
E-Mail: carissa@lprpc.com

## Certificate of Service

The hereby certify that on March 30, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: /s/Carissa A. Haning

Carissa A. Haning
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
carissa@lprpc.com