E-FILED
Friday, 30 March, 2007  11:53:59 AM
Clerk, U.S. District Court, ILCD

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOT.
SID/IL44336060
ATN/MOTE
  THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-
IL44336060 BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME.
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    ILLINOIS STATE POLICE
              CRIMINAL HISTORY RECORD INFORMATION
STATE ID NO.  FBI NO.   CHICAGO IR NO.  DATE REQUESTED
STATE USE ONLY  DATE: 07/24/2002 ORI: IL099015C TYPE: 0000 TCN:
-ILLINOIS-STATE-POLICE
  INFORMATION _TECHNOLOGY COMMAND
  260 NORTH CHICAGO STREET
  JOLIET, IL 60432-4075
  CRIMINAL HISTORY OF: DURHAM, BRANDON JERMAINE     (LAST KNOWN NAME)
  STATE IDENTIFICATION NUMBER :  IL 44336060
  CONVICTION STATUS : PENDING DISPOSITION OR UNKNOWN
  CUSTODIAL STATUS:    DATE:
  ALIAS NAME(S)  DATE OF BIRTH
  DURHAM,BRANDON JER
  DURHAM,BRANDON JERMAINE
  SUBJECT IDENTIFICATION DATA
  SEX:   MALE
  RACE:   BLACK
  HEIGHT:  509   DATE REPORTED: 03/05/2000   FBI#: 745662MB3
  WEIGHT:  149   DATE REPORTED: 03/05/2000   CHICAGO IR#:
  EYES:   BROWN
  HAIR:   BLACK
  SKIN:   DARK
  SCARS/MARKS/TATOOS  PLACE OF BIRTH  DRIVERS LICENSE NUMBER  DL STATE
                     ILLINOIS                               IL
  SOCIAL SECURITY NUMBER  MISCELLANEOUS NUMBER  PALM PRINTS AVAILABLE

  PHOTO AVAILABLE  IDOC#  FOID#  INS#
  AURORA POLICE DEPARTMENT
  OCCUPATION  DATE REPORTED
  EMPLOYER  DATE REPORTED
  BASIS FOR CAUTION  DATE REPORTED
  CRIMINAL HISTORY DATA
  --------------------------------------------------------------
  ARREST
  DCN: L39799527  DATE OF ARREST: 03/27/2002
  NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
  RESIDENCE:

  END OF PAGE 001 -- MORE DATA WILL FOLLOW

  M/R14349
  02.205 15.31.27
  IL099115C  OPR/KM  PUR/C  REQ/MOTE
  SID/IL44336060
  (CONTINUED FROM PREVIOUS RESPONSE)

  ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
  AGENCY CASE #: 119003   OFFICER BADGE #: 240   PHOTO AVAILABLE: YES
  INDICTMENT #: 2002-007249
  ARREST CHARGES
  COUNT   STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
  1       720 ILCS 5.0/18-2-A-1   ARMED ROBBERY/NO FIREARM  O  2
  ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE:
  BOND INFORMATION
  DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:
  --------------------------------------------------------------
  ARREST
  DCN: L27015771  DATE OF ARREST: 04/27/2001
  NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
  RESIDENCE:

  ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
  AGENCY CASE #: 103003   OFFICER BADGE #: 111   PHOTO AVAILABLE: YES
  INDICTMENT #: 2001-009577
  ARREST CHARGES
  COUNT   STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
  1       720 ILCS 5.0/12-30-A   VIOLATE ORDER OF PROTECTION  O  2
  ARREST TYPE: BOND FORFEITURE WARRANT   DATE OF OFFENSE:
  COURT CASE #: 01CM2458
  COUNTY ISSUING WARRANT: KANE
  BOND INFORMATION
  DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:



PLAINTIFF'S
EXHIBIT
A
Part 2

EXHIBIT
A

: 00035

```
ARREST
DCN: L27015586   DATE OF ARREST   4/25/2001
NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
RESIDENCE:
ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
AGENCY CASE #: 102869   OFFICER BADGE #: 216   PHOTO AVAILABLE: YES
END OF PAGE 002 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOTE
SID/IL44336060
(CONTINUED FROM PREVIOUS RESPONSE)

INDICTMENT #: 2001-009591
ARREST CHARGES
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/12-30-A-2   VIOLATE ORDER OF PROTECTION  O  A
ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE:
BOND INFORMATION
DATE BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:
STATES ATTORNEY SECTION
FILING DECISION: FILED   DECISION DATE: 04/25/2001
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/12-30-A-2   VIOLATE ORDER OF PROTECTION  O  A
AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
------------------------------------------------------------------
ARREST
DCN: L14152570   DATE OF ARREST: 02/13/2000
NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
RESIDENCE:
ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
AGENCY CASE #: 20003794   OFFICER BADGE #: 317   PHOTO AVAILABLE: NO
ARREST CHARGES
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/31-1  RESIST PEACE OFFICER  O   A
ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE: 02/13/2000
BOND INFORMATION
DATE BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:
STATES ATTORNEY SECTION
FILING DECISION: FILED   DECISION DATE: 02/13/2000
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
1      720 ILCS 5.0/31-1  RESIST PEACE OFFICER  O   A
AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
FILING DECISION: FILED   DECISION DATE: 02/13/2000
COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
2      720 ILCS 5.0/31-1  RESIST PEACE OFFICER  O   A
END OF PAGE 003 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOTE
SID/IL44336060
(CONTINUED FROM PREVIOUS RESPONSE)

AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
======END OF RAPSHEET======
STATE USE ONLY
------------------------------------------------------------------
END OF PAGE 004 -- END OF RECORD
```

```
OERCR112            ILL  OIS DEPARTMENT OF CORRECTI  S        PAGE:        1
                      OFFENDER TRACKING SYSTEM              DATE: 07/25/02
AS OF DATE: 07/25/02      EXECUTIVE SUMMARY              TIME: 10:28:48


IDOC#: R14349   DURHAM, BRANDON J.           P A NRC-H3-F -12


----------------------------------- S U M M A R Y ----------------------------------

INMATE DURHAM IS A 21 YEAR OLD BLACK MALE RECEIVED ON 07/24/02 AT STATEVILLE
RECEPTION CENTER AS A DIRECT FROM COURT ADMISSION.  THE CURRENT HOLDING OFFENSE
IS ARMED ROBBERY, (A CLASS X FELONY), WITH A SENTENCE OF 6 YEARS. THE
COMMITTING COUNTY IS KANE.

INMATE DURHAM IS SERVING SENTENCES FOR:
       OFFENSE                       MIT ADMT   TIME TO SERV   CLS   CNTS   CC/CS
------------------------------------  --------   ------------   ---   ----   -----
*ARMED ROBBERY                       07/24/02   0006 00 0000    X     1     CC


CURRENT:
   ADMIT TYPE:     DIRECT FROM COURT          ADMIT DATE: 07/24/2002
   PROJ MSR DATE: 03/24/2005                  PROJ DISC:  03/24/2008
   LAST CALC DATE: 07/24/2002


----------------------- I D E N T I F I C A T I O N -------------------------

HEIGHT:       5 FT.  9 IN.            IR:
WEIGHT:       160 LBS.               BOI:
BIRTHDATE:              AGE: 21      FBI:
BIRTHPLACE:   ILLINOIS               SSN:

RACE:         BLACK                  DCN #1:  L23700080
ETHNIC PREF:                         DCN #2:
HAIR COLOR:   BLACK                  DCN #3:
EYE COLOR:    BROWN                  DCN #4:

---- LOCATION MARKS/SCARS ----       -- DESCRIPTION OF MARK/SCAR--


--------------------------- E D U C A T I O N -------------------------------

LAST SCHOOL:   N/A                   IQ SCORE:
                                     TEST DATE:
                                     TABE SCORE:
                                     TEST DATE:
LAST GRD COMP:                       HS DIP/GED:  NO
```



EXHIBIT

B

07/29/02                    TRANSFER IN REVIEW SHEET
                            INSTITUTION: HILL

IDOC #: R14349 DURHAM, BRANDON J.        2 A L  HIL-OR-01-53·  MSR DATE
RACE: BLACK              NOTIFY VICTIM? NO              03/24/2005
SEX REGISTRY: NO

OFFENSE:                    CLASS MAX SENTENCE  MIN SENTENCE
ARMED ROBBERY                 X   0006 00 0000  0006 00 0000 CC

COMMITTING COUNTY:  KANE        ADMIT DATE:  07/24/2002
INST RECEIVED FROM:  STATEVILLE  ADMIT TYPE:  DIRECT FROM COURT
MARITAL STATUS:                 TRANSFER TYPE:  GEN OFFICE REQUEST

GRANTED MGT:     0    GRANTED SMGT:    0    TIME REVOKED   :    0
PENDING MGT:     0    PENDING SMGT:    0    PENDING REVOKED:    0
DENIED MGT :     0    DENIED SMGT :    0

EARN TIME ELIG: NOT ELIGIBLE · PGM SET

DOB: ████████   AGE:  21        OUTST WRNT? NO
MEDICAL: NO                     KEEP SEPARATE FROM LIST? NO
DISCIPLINARY ASGN: YES          COURT FINDING: NO

STG:
****************************************************************************

                           FILE REVIEW

SPECIAL CONCERNS:  (IE, MEDICAL/EMOTIONAL PROBLEMS; NEGATIVE INSTITUTIONAL
ADJUSTMENTS, ETC.)

_Action Order of Protection ~~~ expires 4-24-03_
_Protected persons → Evita Houston, Xavier White_,
_Simone Houston_
_Arrested Vio OOP 4-27-01_
_Drug & alcohol abuse_

REVIEWING COUNSELOR: _C. Wunch_          DATE: 7-30-02



EXHIBIT
C
tabbies
:00287

IDOC INTERNAL CLASSIFICATION FORM
MAXIMUM SECURITY FACILITES

I.    BACKGROUND DATA

Interview Date: 07-30-02
Month, Day, Year

Current Facility: HIL

Inmate's Name: Dunham Brandon    IDOC Number: R14349

Primary Offense: Armed Robbery    Class: X    Sent. Length: 6 yrs

IDOC Admit Date: 7-24-02    MSR/MAX Date: 3-24-05

Current Age: 21    Transferred From: NRC    Transfer Date: 07-29-02
Month, Day, Year

Transfer Reason: _____ Disciplinary        _____ Inmate Request
                 _____ Medical             _____ Keep Separate From
                 ✓ Initial Class           _____ PC to Gen Pop
                 _____ Other

Type of Internal Classification Review: ✓ Initial _____ Re-class

Current Classification/Supervision and Disciplinary Grade Information
(Circle the current designation for each item listed below)

Escape Level:    (L:)    M:    H:    EXH:
Security:        MN:    (MD:)    MX:
Grade:           (A:)    B:    C:

Enemies checked by: _____ Interview    ✓ OTS    _____ Other

Number of known enemies at this correctional center: ___0___

If there are known enemies at this correctional center, please list below:

| 1. | | 4. | | |
|---|---|---|---|---|
| Name | IDOC# | Name | IDOC# | |
| 2. | | 5. | | |
| Name | IDOC# | Name | IDOC# | |
| 3. | | 6. | | |
| Name | IDOC# | Name | IDOC# | |

II.    CRIMINAL AND BACKGROUND FACTORS

A.    Current Security Level:    Maximum – 2 pts., Medium – 1 pt., Minimum – 0 pts.    1

B.    Current Offense(s) Involved Violence Against Others: (If yes and time served less than 1 year,
      score 5 pts. If yes and time served 1 year or more, score 2 pts. If no, score 0 pts.)    5

C.    Current Detainer/Warrant for Violence Against Others: (Do not score convictions scored in B
      above). Yes = 1 pt., No = 0 pts.    0

D.    Current Age:
      Under 23 = 3 pts., 23-25 = 2 pts., 25-30 = 1 pt., 31+ = 0 pts.    3

Section II Subtotal    10

HILL C.C.
RECEIVED
AUG 6 2002
RECORDS OFFICE

EXHIBIT
D
tabbies®
00088

3:02-cv-03171-HAB-BGC     # 363-3     Page 6 of 63

III.    INSTITUTIONAL ADJUSTMENT FACTORS

A.    Failure to Adjust to Min/Med Facility During Past Two Years (if involved in assault, score 3 pts., if involved in fighting, score 2 pts., otherwise score 1 pt., if no failure, score 0 pts.)    ⟨3⟩

B.    Segregation to Segregation Transfers During Past Two Years (if yes, score 5 pts., if no, score 0 pts.)    ⟨0⟩

C.    Maximum Security Segregation Placements Past 2 Years: (Indicate whether a segregation placement has occurred for the offenses listed in the table below. Calculate total points using the appropriate weights for each offense and time frame shown in each cell of the table.)

### SEG DAYS

| TYPE OF INCIDENTS | 31-90 Days | | 91-180 Days | | 181+ Days | |
|---|---|---|---|---|---|---|
| Incident Time Frame | Last 12 months | 13-24 months | Last 12 months | 13-24 months | Last 12 months | 13-24 months |
| 1. Staff Assaults | 6 | 4 | 8 | 6 | 10 | 8 |
| 2. Inmate Assaults | 6 | 4 | 8 | 6 | 10 | 8 |
| 3. Dangerous Disturbance | 6 | 4 | 8 | 6 | 10 | 8 |
| 4. Fighting | 6 | 4 | NA | NA | NA | NA |
| 5. Threat or Intimidation | 6 | 4 | 8 | 6 | NA | NA |
| 6. Dangerous Contraband | 6 | 4 | 8 | 6 | 10 | 8 |
| 7. Violent State/Federal Violations | 6 | 4 | 8 | 6 | 10 | 8 |
| 8. Arson | 6 | 4 | 8 | 6 | 10 | 8 |
| 9. Gang Activity | 6 | 4 | 8 | 6 | NA | NA |
| Total Points | | | | | | = | ⟨0⟩ |

Section III Subtotal    ⟨0⟩

TOTAL SCORE (Sections II, III)    ⟨10⟩

IV.    ASSESSED CLASSIFICATION LEVEL:

A.    Scored Aggression Level:    LOW    (MODERATE    HIGH
(Circle One)    0-5 pts.    6-11 pts.)    12+ pts.

B.    Recommended Aggression Level:    LOW    (MODERATE    HIGH
(Circle One)    0-5 pts.    6-11 pts.)    12+ pts.

C.    If Different From Scored Level, Reasons If Any: _____

D.    Screened by: _____    Date: 7-30-07
    Mo., Day, Year

E.    Reviewed by: _____    Date: 8-1-07
    Mo., Day, Year

F.    Concur __X__ Nonconcur _____

G.    If Different from Recommendation, Reasons If Any: _____

H.    Final Aggression Level Designation:    Low    Moderate    High

I.    Next Scheduled Review: _____    Effective Date: 6/04
    Mo., Day, Year

DC # applied for (9-00)

: 00064

Incident #: 200303394 - HL                                    Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 01/18/2003 | 1 | BIRD, TROY R | R1 HOUSE, WING C | 6:27 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 307 | Unauthorized Movement | |
| | Comments: DAYROOM POLICY | Guilty |
| 403 | Disobeying a Direct Order | |
| | Comments: REFUSED HOUSING | Guilty |

Witness Type     Witness Id    Witness Name
Witness Status                 Witness Statement

o Witnesses Requested

RECORD OF PROCEEDINGS

I/R Read Inmate Durham plead guilty stated
He was in R-3 waiting on information about his diploma then he was moved to R-1 Inmate Durham stated when he moved
to R-1 he 2nd his cell mate wasn't getting along and told him to get out of the room, Inmate Durham stated he walked himself
due to he feared for his safety and wanted to avoid a fight.

BASIS FOR DECISION

The Committee finds Inmate Durham guilty based the following listed charges.
*The admission from the Inmate he was refusing his housing due to conflict with his cell mate
*The observation by the reporting Officer of Inmate Durham refusing to return to his cell.

DISCIPLINARY ACTION  (Consecutive to any priors)

Recommended:                                         Final:

Demotion to C Grade 1 Month(s)          Demotion to C grade 1 Month(s)
Segregation 1 Month(s)                  Segregation 1 Month(s)
Loss of Commissary 1 Month(s)           Loss of Commissary 1 Month(s)

SIGNATURES

Hearing Committee

CAROTHERS, JAMES M - Chair Person        Signature _____  WHITE  Race

SAMES TER, CLIFFORD D                     Signature _____  BLACK  Race

Recommended Action Approved

FINAL COMMENTS:
(1)
(2)

Incident #: 2003M039471 - HIL

Status: Final

ANDY JAMET / HAH
...nd Administrative Officer

Signature                                        01/23/2003
                                                        Date

he committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504, Subpart F.

RILEY, DEBRA  1

01/26/2003   12:48 PM          When Served - - Date and Time

mployee Serving Copy to Committed Person

State of Illinois - - Department of Correction
**DISCIPLINARY REPORT**

Page __1__ of __1__

☑ Disciplinary Report __1-25-03__   ☐ Investigative Report
Date

Committed Person: __Durham__   No. __R-14349__   Facility: __Hill C.C.__

Observation Date __1-25-03__   Time: __1100__ pm   Location: __Seg wing Cell 31__

__E. Anderson 9700__   __Camd 1-25-03 1125__ pm
PRINT Employee's Name   Employee's Signature/Date/Time

Offense: 504 B  __206 Intimidation or threats  304 Insolence__

Observation: __On the above date and approximate time This Reporting officer heard screaming coming from seg/segregation cell 31. This Reporting officer went to seg cell 31. Durham was in a very heated argument with inmate [redacted] Durham stated several times I aint afraid of you, you big pussy, I will fuck you up if you touch me.__

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reason: _____

_____   _____
PRINT Name   Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment: _____

_____   _____
PRINT Name   Signature/Date

☑ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit

__Capt Neff__   __Capt Neff 1-28-03__
PRINT Name   Reviewing Officer's Signature and Date

☑ Reviewed by Hearing Investigator: __D. Hahn__   __DH 1/30/03__
(Adult Division Major Reports Only)   PRINT Name   Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE OR DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on the form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a campus rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

__S.G. Ross 9773__   Committed Person Refused to Sign ☑
PRINT Serving Employee's Name   Serving Employee's Signature

__1-25-03__   RS   am
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____   _____
Committed Person's Signature and Number

— — — — — [DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) — — —

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report on _____
Date

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

_____
Committed Person's Name and Number

DC 7204 (Rev. 4/98)   Distribution: 1) Master File; 2) Committed Person;
IL 428-0061   3) Facility; 4) Facility



**EXHIBIT**

__F__

00151

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 02/05/200

Name: DURHAM, BRANDON J.          IDOC #: R14349          Race: Black
Hearing Date/Time: 02/04/2003  08:38 AM     Living Unit: HIL-S-01-31     Orientation Status:   N/A
Incident #: 200300588/1 - HIL          Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 01/28/2003 | 1 | ANDERSON, EDWIN W | SEGREGATION | 11:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation or Threats | Guilty |
|  | Comments: CELLMATE |  |
| 304 | Insolence | Guilty |

| Witness Type | Witness Id | Witness Name |
|--------------|------------|--------------|
| Witness Status |  | Witness Statement |

No Witnesses Requested

RECORD OF PROCEEDINGS
   IDR Read Inmate Durham plead guilty.
   Stated,He and his cell mate did exchange heated words and the Officer did stop it before they fought.

BASIS FOR DECISION
   The Committee finds Inmate Durham guilty of the listed charges based on the following.
   *The observation by the reporting Officer of Inmate Durham and his cell mate in a heated verbal exchange.
   *His admission that he and his cell mate did have words and would have fought.

DISCIPLINARY ACTION  (Consecutive to any priors)
Recommended:                              Final:

Demotion to C Grade 2 Month(s)          Demotion to C grade 2 Month(s)
Segregation 1 Month(s)                  Segregation 1 Month(s)
Loss of Commissary 2  Month(s)          Loss of Commissary 2  Month(s)

SIGNATURES
   Hearing Committee

   CAROTHERS, JAMES M  - Chair Person                          WHITE
                                            Signature          Race

   SANGSTER, CLIFFORD D                                        BLACK
                                            Signature          Race

   Recommended Action Approved

FINAL COMMENTS:

EXHIBIT
G

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE                    Run Date: 02/05/200
FINAL SUMMARY REPORT

Name: DURHAM, BRANDON J          IDOC #: R14349              Race: Black
Hearing Date/Time: 02/04/2003   06:38 AM     Living Unit: HIL-S-01-31     Orientation Status:   N/A
Incident #: 200300588/1 - HIL                Status: Final

| DANNY JAIMET / DAH | | 02/05/2003 |
|---|---|---|
| Chief Administrative Officer | Signature | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

| HAHN, DANIEL E | 02/05/2003   11:00 AM |
|---|---|
| Employee Serving Copy to Committed Person | When Served - - Date and Time |

State of Ill. - - - Department of Corrections
DISCIPLINARY REPORT                                      Page 1 of 2

OR-27
7

☒ Disciplinary Report 6/4/03          ☐ Investigative Report _____
                    Date                                         Date

Committed Person: DURHAM    No. R14349    Facility: HILL CC

Observation Date: 6/4/03   Time: App 5:12p   Location: WALK IN FRONT DIETARY

LT D. HORNBARGO 9748   PRINT Employee's Name        Employee's Signature/Date/Time  CD4/03 APP 730p

Offense: 504 B  403 DISOBEY OF DIRECT ORDER  304 INSOLENCE  206 INTIMIDATION OR THREAT

Observation: ON THE ABOVE DATE AND APP TIME THIS LT OBSERVED INMATE
DURHAM R14349 EXIT DIETARY, WHILE EXITING THE BUILDING, HE
WAS STUFFING HIS LEFT HAND THEN HIS RIGHT HAND DOWN THE
FRONT OF HIS TROUSERS AS IF PUTTING SOMETHING INSIDE HIS
CLOTHING. THIS LT STOPPED HIM, AND ASKED HIM WHAT HE
WAS STUFFING. HE REPLIED NOTHING. THIS LT DIRECTED HIM TO PULL
HIS PANTS UP WHERE THEY BELONG. HE REFUSED. THIS LT THEN

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement   ☐ Investigative Status   Reasons: _____

CAPT R. GODWIN 723 KDS§   PRINT Name        Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comment: _____
    PRINT Name                                          Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit

CAPT R. GODWIN 723 KDS§   PRINT Name        Reviewing Officer's Signature and Date

☒ Reviewed by hearing investigator: _____
(Adult Division Major Reports Only)   PRINT Name        Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they can be called to testify during your hearing...

X Brandon Durham  R14349
Committed Person's Signature and Number        ☐ Committed Person Refused to Sign

_____ APP   PRINT Serving Employee's Name    Serving Employee's Signature    6-5-03   1:05   Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    Committed Person's Signature and Number

[DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING]

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ___ Date

NAME OF WITNESS: _____   Number/Cell/Title ___
Witness can testify to: _____
NAME OF WITNESS: _____   Number/Cell/Title ___
Witness can testify to: _____

EXHIBIT H

DC 7205 (Rev. 4/98)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility

000145

State of Illinois - Department of Corrections
DISCIPLINARY REPORT/SUMMARY
(Continuation Page)

Page 2 of 2

☒ Disciplinary Report     ☐ Disciplinary Summary

Committed Person: DURHAM          No. R14399
Offense Date 6/4/03   Time APP 5:12 am   Location: IDF DIETARY WALK FRONT   Facility: HILL CC

STATED TO INMATE DURHAM TO TURN AROUND SO HE COULD
BE PAT SEARCHED. FINDING NOTHING HIDDEN, THIS LT
DIRECTED DURHAM TO GET BACK INTO R2 B WING CHOW LINE
RETURNING TO R2 FROM DIETARY. DURHAM THEN STATED IN
A BELIGERANT TONE OF VOICE, OFFICER WHAT YOU DOIN ME
LIKE THAT! THIS LT REPLIED TO DURHAM THAT HE WAS NOT
TALKING TO AN OFFICER. DURHAM STATED ALRIGHT WHITE
SHIRT! THIS LT NOT GETTING DURHAM TO GET BACK
IN LINE VERBALLY, GRABBED HIS RIGHT ARM TO DIRECT
HIM BACK TO HIS LINE TO RETURN TO R2 HOUSE.
DURHAM THEN JERKED HIS ARM UP AND STATED
DON'T PUT YOUR HANDS ON ME. 
    THIS LT THEN DIRECTED DURHAM TO TURN
AROUND AGAIN AND TO CUFF UP. INMATE DURHAM
WAS CUFFED AND ESCORTED TO SEG UNIT.

Reviewed by
Cpt Winford 725
6-4-03 1259

DC 7212 (Eff. 4/98)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11812

:00146

State of Illinois - Department of Corrections

**DISCIPLINARY REPORT**

Page ___ of ___

☐ Disciplinary Report _____ March 11, 2004 _____    ☐ Investigative Report _____
                         Date                                                Date

Committed Person: ___ DURHAM BRANDON ___ No. ___ R14349 ___    Facility: ___ Hill Correctional Co. ___

Observation Date: __ 3-11-04 __ Time: __ 9:00 AM __ (am/pm) Location: ___ Operations / Internal Affairs ___

Lt. D. Price 9875
PRINT Employee's Name

_L.T. D. Price_
Employee's Signature/Date/Time

March 11, 2004 9:00 AM

Offense: 504 B
         C

301 Fighting / 601 Aiding and Abetting, Attempt, Solicitation or Conspiracy

Observation: ___ On March 8, 2004 at approximately 1:15 PM inmates DURHAM R14349 and K▮▮▮▮ were playing basketball while located on the East basketball court in the Hill C.C. gymnasium which resulted in a verbal and physical altercation. Three Confidential Sources were interviewed regarding this verbal and physical altercation who substantially stated the following: The Confidential Sources stated that they observed DURHAM and K▮▮▮▮ engage in a heated verbal argument at which time DURHAM threw the basketball striking K▮▮▮ in the body. The Confidential Sources stated that DURHAM stated "Come on, let's go." At which time K▮▮ replied "Let's take it back to the house." The Confidential Sources stated that DURHAM then approached K▮▮▮ in an aggressive manner with closed fists with K▮▮▮ reacting by striking DURHAM once in the face with a closed f___

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name

Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

_____
PRINT Name

_____
Signature/Date

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

D. Scott
PRINT Name

_____ 546  39-6  3/11/__
Reviewing Officer's Signature and Date

☑ Reviewed by Hearing Investigator    D. Hahn    3/15/04
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of any rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

EXHIBIT
I

Committed Person Refused to Sign ☐

Committed Person's Signature and Number
S. Ginks  9777
PRINT Serving Employee's Name

_____
Serving Employee's Signature

3-11-04  9:40 am
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

# STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 03/18/2004

Name: DURHAM, BRANDON J.

IDOC #: R14349

Race: Black

Hearing Date/Time: 03/17/2004   08:45 AM

Living Unit: HIL-OR-01-32

Orientation Status:   N/A

Incident #: 200401183/1 - HIL

Status: Final

RECEIVED
Clinical
Services

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 03/11/2004 | 1 | PRICE, DUANE A | OPERATIONS | 9:00 AM |

| Offense | Violation | | Final Result |
|---------|-----------|--|--------------|
| 601.301/Conspiracy | Fighting | | Guilty |
| | Comments: Provoked and Hit Inmate | | |

| Witness Type | Witness Id | Witness Name | |
|--------------|------------|--------------|--|
| Witness Status | | Witness Statement | |
| Inmate | G | | Requested By Inmate |
| Witness was called | | Inmate G▮▮▮▮ stated he did see Inmate K▮▮ shove Inmate Durham before the incident occurred. | |

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

_____

Hearing Investigator

## RECORD OF PROCEEDINGS

DR Read Inmate Du▮▮▮ plead Not guilty. Stated Inmate K▮ pushed him to the ground. Inmate Durham did admit he pushed back and did hit Inm▮▮ e K▮ only to defend himself stated he▮as had trouble with Inmate K▮ for a long time not getting along and Inmate Durham stated Inmate K▮ was always ▮▮ing to engage him into a confrontation.

## BASIS FOR DECISION

The Committee finds Inmate Durham ▮ ▮ty for the Charge 301 for fighting as well as the Ch▮▮▮ 601 for provoking the incident based on the Following.
- Inmate Durhams admission during the hearing he did hit Inmate Kyle.
- Internal Affairs appeared before the Committee and provided testimony from Confidential Sources who's names are being withheld for their safety and has been used in past incidents therefore is deemed reliable was interviewed separately and their testimony corroborated that Inmate Durham was engaged in a heated argument while playing basketball in the Gym which Inmate Durham threw the basketball and struck inmate K▮ in the body which Inmate Durham then stated "come or lets go"which after they returned to the unit Inmate Durham was observed approaching inmate K▮ with closed fists which both inmates exchanged closed fist blows.
- Inmate Durhams injuries was that consistent with a fight and was positively identified by Photo I.D. card and I.D number and was in the area where the incident occurred.

## DISCIPLINARY ACTION   (Consecutive to any priors)

Recommended:

Final:

Demotion to C grade 1 Month(s)
Segregation 1 Month(s)
Revoke GCC or SGT 1 Month(s)
Other : TRANSFER(Nature of fight)

**EXHIBIT**
J

Demotion to C Grade 1 Month(s)
Segregation 1 Month(s)
Revoke GCC or SGT 1 Month(s)
Other : TRANSFER(Nature of fight)

## SIGNATURES

Hearing Committee

CAROTHERS, JAMES M - Chair Person

_____
Signature

WHITE
Race

SANGSTER, CLIFFORD D

_____
Signature

BLACK
Race

Recommended Action Approved

: 00066

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 03/18/200

Name: DURHAM, BRANDON J.                    IDOC #: R14349                    Race: Black

Hearing Date/Time: 03/17/2004   08:45 AM          Living Unit: HIL-OR-01-32          Orientation Status:   N/A

Incident #: 200401183/1 - HIL                      Status: Final

FINAL COMMENTS:

DONALD A HULICK / DAH                                                                                          03/17/2004

Chief Administrative Officer                            Signature                            Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

HAHN,   DANIEL   E                              03/18/2004   01:09 PM

Employee Serving Copy to Committed Person              When Served - - Date and Time

```
OERTR113                  ILL  DIS DEPARTMENT OF CORRECTI  S              PAGE       1
                              OFFENDER TRACKING SYSTEM:TR            RUN DATE: 03/24/0
AS OF DATE: 03/24/04              TRANSFER REPORT                    RUN TIME:   9.48.4

NAME:DURHAM, BRANDON J.     CURRENT LOCATION: HILL
IDOC #:R14349               CURRENT SECURITY: MEDIUM                  SEX:      MALE
TRANSFER ID #: 002
```

1. TYPE OF ACTION: TRANSFER ONLY    X    CURRENT TRANSFERS:    APPROVED    00
   RECLASSIFICATION AND TRANSFER                               PENDING     01

2.TYPE OF TRANSFER:   3.TRANSFER FROM:   4.TRANSFER TO:   5.OK'D BY MEDICAL DEPT?
                                                              YES    X    NO

        REQUEST           GEN POP          GEN POP
        INMATE            DIS SEG    X     DIS SEG    X    6.INMATE WANTS TRANSFER
        INST              PRO CUS          PRO CUS            YES          NO
        GN OFF            INVEST           INVEST          NEUT    X    UNK
        EMERGENCY         MSU              MSU
   X    DISCIPLINARY      DIX STC          DIX STC         7.TRANSFER HISTORY
        ADMINISTRATIVE    WK CAMP          DIX PSY
        ADJUSTMENT        CCC              CCC             TOTAL TRANSFERS 001
        OTHER             OTHER            OTHER           DISC. TRANSFERS 000
                                                          TRANSFER DENIALS 000

8. REQ / REC  PLACEMENT (NAME/CODE)   WESTERN ILLINOIS                   / WIL

      APPROVED PLACEMENT (NAME/CODE)   Western Illinois              / WIL

9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
GOOD ADJUSTMENT          POOR ADJUSTMENT              DISCIPLINARY    X
ADMINISTRATIVE           EDUC/VOC                     OTHER PROGRA
MENTAL HEALTH            MEDICAL                      VISITATION
BEDSPACE                 OTHER

COMMENTS:

IM DURHAM IS BEING SUBMITTED FOR A DISCIPLINARY
LEVEL 2 TRANSFER TO WESTERN ILLINOIS CC.  IM
PROVOKED A CONFRONTATION AND FIGHT WITH IM KYLE
K62180. IM KYLE STRUCK IM DURHAM ONE TIME IN THE
FACE W/CLOSED FIST. NO INJURIES NOTED. KSF NOTED.
IM DURHAM REC'D. 1 MO ATB AND A LEVEL 2 TRANSF.

10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                                MINIMUM    MEDIUM   MAXIMUM
CURRENT SECURITY/DATE  :       2       (07/26/02)            X
ASSESSED SECURITY/DATE :               (        )

CURRENT ESC RISK/DATE  :       L       (07/06/03)    X
ASSESSED ESC RISK/DATE :               (        )

     WARRANT FLAG/TYPE:        N                                      X

          TIME TO MSR:    0 YRS  6  MOS                               X
    TIME TO BOARD DATE:   0 YRS  0  MOS

    >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<                          X

    >>>EXCEPTION TO CRITERIA REQUESTED<<<
```

EXHIBIT

R

: 00054

```
OERTR113              ILL   IS DEPARTMENT OF CORRECTI           PAGE      2
                      OFFENDER TRACKING SYSTEM:TR         RUN DATE: 03/24/0
AS OF DATE: 03/24/04       TRANSFER REPORT                RUN TIME:  9.48.4

NAME:DURHAM, BRANDON J.     CURRENT LOCATION: HILL
IDOC #:R14349               CURRENT SECURITY: MEDIUM          SEX:   MALE
TRANSFER ID #: 002
```

```
11. RATIONALE FOR TRANSFER:            14. PREV NEG ADJ AT REQ FACILITY
    1. THREAT TO INST SECURITY         15. CRITICAL MENTAL HEALTH NEEDS
    2. ESCAPE RISK DESIGNATION         16. CRITICAL MEDICAL NEEDS
    3. ADDITIONAL OBSERVATION NEEDED   17. SUBSTANCE ABUSE
    4. TIME TO MSR/MAX RELEASE DATE    18. PROXIMITY TO INMATE'S NEEDS
    5. ADDITIONAL INFORMATION          19. PC/SAFEKEEPING
    6. FELONY/IMMIGRATION WARRANTS     20. CRIMINAL HISTORY
    7. SERIOUS NATURE OF OFFENSE       21. INSUFFICIENT REASON FOR TRANSFER
    8. NATURE OF OFFENSE               22. BEDSPACE NEEDS
    9. OVERALL POSITIVE ADJUSTMENT     23. APPROPRIATELY PLACED
   10. OVERALL NEGATIVE ADJUSTMENT     24. TRANSFER REASONS CITED ON PAGE 1
   11. RECENT POSITIVE ADJUSTMENT      25. OTHER_____
   12. RECENT NEGATIVE ADJUSTMENT      26. INMATE REQUEST WITHDRAWN
   13. PAST FAILURE IN REDUCED SECURITY 27. DENIED CCC/REVIEW ED
```

```
12. STAFF REVIEW
    REQ / REC PLACEMENT(NAME/CODE) >>>>> Western IL  / WIL
```

|                     | SIGNATURE  | TITLE | CODE | DATE    | PLACEMENT | RTN |
|---------------------|------------|-------|------|---------|-----------|-----|
| PREPARING COUNSELOR | Johnston   | JO II | 2814 | 3-24-04 | Hill      | 24  |
| SUPE    FOR         |            | CSS   | 1197 | 3-25-   | WIL       | 24  |
| ASN OFF/CHM         |            |       |      |         |           |     |
| ASN COM             |            |       |      |         |           |     |
| ASN COM             |            |       |      |         |           |     |
| UNIT SUPT           |            |       |      |         |           |     |
| AW/PROG             |            | AWP   | 3001 | 3-25-04 | WIL       | 24  |
| AW/OPS              |            |       |      |         |           |     |

```
13. WARDEN  ACTION:
         TRANSFER:   APPROVED   X   DENIED _____   PLACEMENT  WIL

    IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____
         _____         3-26-04
              WARDEN  SIGNATURE                 DATE
                  INMATE STILL NEEDS DNA TEST
14. TRANSFER COORDINATOR  ACTION:
                                                    FINAL
         TRANSFER:  APPROVED _____   DENIED _____  PLACEMENT  WIL

    IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN    RATIONALE : _____
         _____         3-31-04
         TRANSFER COORDINATOR  SIGNATURE           DATE
```

00055

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

INCIDENT REPORT

Institution/Program: WESTERN ILLINOIS C.C.   Date and Time of Incident: 7/23/04   255/pm

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☑   B. Were Restraints/Force Used: YES ☐ NO ☑   C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☐ NO ☑   G. Were there Media Inquiries: YES ☐ NO ☐

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
|---|---|---|---|---|---|
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| DURNAM | R14349 | | | | |
| S████ | ████ | | | | |

Statement of Facts: (NARRATIVE)

ON THE ABOVE DATE + AT TIME I/m S█████
+ I/m DURNAM R14349 WERE PLACED
IN INVESTIGATIVE STATUS FOR THE SAFETY + SECURITY
OF THIS INSTITUTION. I/ms ARE BEING INVESTIGATED
FOR A ALLEGED FIGHT IN R4A18 ON 7/23/04.
BOTH I/ms WERE POSITIVELY IDENTIFIED BY I.D.O.C I.D.
SHIFT COMMANDER NOTIFIED. DC TOSS WRITTEN.

Placed in Seg
TS & Tate

____C.J. JENNINGS #10124 7/23/04____   _____   _____
Reporting Employee        Date/Time        Person Calling in Report        Person Accepting Report        Date/Time

Administrative Assessment:

_____   Date/Time
Chief Administrative Officer

EXHIBIT
tabbies

Distribution:   Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints)
File

00123

State of Illinois—Department of Corrections
## DISCIPLINARY REPORT

Page 1 of 2

☒ Disciplinary Report  07/25/2004
Date

☐ Investigative Report
Date

Committed Person: Durham    No. R14346    Facility: Western Illinois C.C

Observation Date: 07/23/2004    Time: 12:30 ☐ am ☒ pm    Location: R4a15

C/O Jennings #10134                    07/25/04  09:30  ☒ am ☐ pm
PRINT Employee's Name        Employee's Signature        Date    Time

☒ A
Offense: 604 ☐ B  301 Fighting
☐ C

Observation: On 7-23-04, R4 staff received information from a confidential source, alleging that R4A18 occupants, I/M
S███████ and I/M Durham R14871 were involved in a argument, which escalated in to the occupants putting their hands
on each other in a aggressive manner in their cell at approximately 12:30pm. Both I/Ms were placed in Investigative Status
on 7-23-04. Both I/Ms were interviewed, and through their own admittance, admitted to being involved in a heated argument,
during which I/M S███ placed his hands in I/M Durham's face in a provacative manner several times. Durham reacted by
shoving S███'s hand away each time. Both I/Ms stated that no punches were thrown, but S███ admitted putting

Witnesses, if any:

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement        ☐ Investigative Status
Reasons:                        Nature of offense

MAJOR McGee                     Maj McGee          7/25/04
PRINT Name                      Shift Supervisor's Signature        Date
                                (For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer    Comments: seriousness of the offense
LT M DONALD                     ██ W Donald        7-25-04
PRINT Name                      Signature          Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit
LT M DONALD                     ██ W Donald        7-25-04
PRINT Name                      Reviewing Officer's Signature        Date

☒ Reviewed by Hearing Investigator: C/O J. Aikman    C/O ██████    7-26-04
(Adult Division Major Reports Only)    PRINT Name    Signature    Date

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant
physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that
witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed
and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment
Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to
prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges,
and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

Committed Person's Signature        Number

C/O █████████              C/O █████        7-26-04  AF 5:00 ☐ am ☒ pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date    Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____
                        Committed Person's Signature        Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                            Date

NAME OF WITNESS _____    Number/Cell/Title _____

Witness can testify to _____

NAME OF WITNESS _____    Number/Cell/Title _____

Witness can testify to _____

                        Committed Person's Name        Number

DC 9306 (Rev. 5/00)  Distribution:  1)  Master File:  2)  Committed Person;
IL 426—361                          3)  Facility;  4)  Facility

EXHIBIT
M

State of Illinois—Department of Corrections
DISCIPLINARY REPORT                    Page  2   of  2

☒ Disciplinary Report        ☐ Investigative Report

Committed Person: Durham _____ No: R14346 _____ Facility: Western Illinois C.C _____

Observation Date: 07/23/2004 _____ Time: 12:30 ____ ☐ am  ☒ pm   Location: R4p18 _____

On his boots in preparation for a fight, and Durham admitted removing his false tooth as he was expecting to fight before R4 staff intervened. Despite the lack of punches being thrown a fight is substantiated as there was physical contact in a aggressive situation between two cellmates. The confidential source is being deemed reliable due to the corroboration with the involved I/M's admissions. The name and number of the confidential source is being withheld for the safety and security of this institution. D.C 434 written. Both I/Ms were positively identified by their IDOC IDs.

ATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: WESTERN IL. C.C.    Date and Time of Incident: 8-2-04   Approx 12:45 Am

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☒ NO ☐  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: | | | | | Witnesses to incident: | |
|---|---|---|---|---|---|---|
| Name | I.D.# | Offense | Commitment Date | | Name | I.D.# |
| I/m Durham | R11871 | | | | | |
| I/m R███ | ███ | | | | | |

Statement of Facts: (NARRATIVE)

ON THE ABOVE DATE & APPROX TIME, THIS R/E HEARD TWO INMATES ON RECEIVING WING YELLING, AND THEN ONE INMATE YELLING "C.O. C.O. - CELL 14". THIS R/E RESPONDED TO RECEIVING CELL 14 (SEG CELL) TO FIND I/m DURHAM R11871, STANDING AT THE CELL DOOR OBSERVATION WINDOW. I/m DURHAM STARTING YELLING TO THIS R/E IN EXPLANATION, THAT HE CANNOT LIVE WITH HIS CELLIE, I/m R███ I/m DURHAM STRESSED THAT HE AND I/m R███ ARE ABOUT TO GO TO BLOWS IF THEY ARE NOT SEPERATED. I/m DURHAM STATED TO THIS R/E "I'm TIRED OF HIS (R███) SHIT, TELLING ⊙ ME WHAT I CAN AN CANNOT DO." I/m DURHAM ALSO STATED TO THIS R/E THAT I/m R███ "HE HAS ALREADY PUT HIS HANDS ON ME". THIS R/E NOTIFIED LT. BIGLEY - ZONE SUPERVISOR, TO 10-25 RECEIVING WING - VIA RADIO. LT. BIGLEY ARRIVED APPROX 2 MINUTES LATER HAVING THIS R/E CUFF UP I/m DURHAM AND REMOVING HIM FROM REC. 14. AFTER A SHORT CONFRENCE WITH I/m DURHAM, WITH LT. BIGLEY, LT. BIGLEY INSTRUCTED THIS R/E TO PLACE I/m DURHAM INTO REC. 28, ALONG WITH HIS LEGAL PROPERTY BOX AND BEDDING.
DC 7205 - ALSO COMPLETED

C/O M DEWITT #10068

Michael DeWitt    8-2-04/1:15 Am    _____    _____

Reporting Employee    Date/Time    Person Calling in Report    Person Accepting Report    Date/Time

Administrative Assessment:

Chief Administrative Officer _____    Date/Time _____

Distribution:  Director
Deputy Director of Appropriate Division    Legal Services (only if restraints force)
Deputy Director of Bureau of Inspections and Audits    File

DC 434 (4/83)
IL 496-0410

EXHIBIT N

: 00120

(Co redid) *Signed I/m 8/3/04*
*(by 3:13 8/3/04*       # 26
*Copies to 2,3,100 do*    c/o Aulman    Page 1 of 2

State of Illinois — Department of Corrections
**DISCIPLINARY REPORT**

☒ Disciplinary Report  8-2-04 Date        ☒ Investigative Report _____ Date

Committed Person  Tim Durham    No. R14349  Facility  WESTERN IL C.C.

Observation Date 8-7-04  Time APPROX 12:45 (am) Location  REC 14

PRINT Employee's Name  C/o DEWITT 1006P      Not Avail. 8/2/04  1:10 AM
                                          Employee's Signature/Date/Time

Offense (B)  #206 - INTIMIDATION OR THREATS

Observation: ON THE ABOVE DATE & APPROX TIME THIS C/o WAS ASSIGNED TO SEGREGATION
WING. HEARD TWO INMATES ON RECEIVING WING YELLING "C.O. C.O - CELL
14". THIS C/o RESPONDED TO RECEIVING CELL 14 (SEG. CELL). I/m DURHAM
R████ WAS STANDING AT THE CELL DOOR YELLING IN EXPLANATION THAT HE
CAN NOT LIVE IN THE SAME CELL WITH I/m R████████ I/m DURHAM STRESSED
THAT HE & I/m R████ ARE ABOUT TO GET. ALSO - "I'M TIRED OF HIS (R████)
SHIT," TELLING ME WHAT I CAN & CANNOT DO. THIS C/o NOTIFIED ZONE SUPERVISOR

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____    _____
        PRINT Name                          Shift Supervisor's Signature and Date
                                        (For Community Correctional Centers, Chief, Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

_____    _____
        PRINT Name                                    Signature/Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

E. Burns                                    G. Burns        8-2-4
        PRINT Name                          Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator    C/o J. Aulman       C/o  8-2-04
(Adult Division Major Reports Only)    PRINT Name              Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

                                            Committed Person Refused to Sign ☒

_____    _____    _____    (am)
  Committed Person's Signature and Number   Serving Employee's Signature   Date and Time Served   (pm)

C. A. Vineyard                      S. A. A.          8-2-04    8-45

PRINT Serving Employee's Name

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense  Date: _____    _____
                                          Committed Person's Signature and Number

— — — — (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) — — — —

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____    _____
                                          Committed Person's Name and _____

DC 7004 (Rev. 4/98)    Distribution: 1) Master File; 2) Committed Person;
(L 458-03e1                         3) Facility; 4) Facility

**EXHIBIT**
[tabbies]
C

: 00117

State of Illinois - -Department of Corrections
DISCIPLINARY REPORT / SUMMARY
(Continuation Page)

Page 2 of 2

☒ Disciplinary Report          ☐ Disciplinary Summary

Committed Person: Tm Durham                                    No. A-#94R14349

Offense Date: 8-2-04   Time: 12:45 pm   Location: REC 14   Facility: WESTERN IL C.C.

LT. BIGLEY, To RESPOND TO RECEIVING WING. THIS CP THEN CUFFED
UP Tm DURHAM REMOVED HIM FROM REC. 14 AND LODGED HIM IN REC. 2P,
PER ORDERS FROM LT. BIGLEY
Tm DURHAM WAS POSITIVELY IDENTIFIED BY HIS IDOC ID

DC 7212 (EFF. 06/88)    Distribution:    1) Master File: 2) Committed Person: 3) Facility: 4) Facility
IL 426-11612

: 00118

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Name: DURHAM, BRANDON J          IDOC Number: R14349          Race: BLK
Hearing Date/Time: 8/5/04  11:29 AM     Living Unit: WIL-R-01-25     Orientation Status: N/A
Incident Number: 200403239/1 - WIL       Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 8/2/04 | 200403239/1-WIL | DEWITT, MICHAEL W | RECEIVING | 12:45 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Guilty |
| | Comments:threatened cell mate in segregation | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

### RECORD OF PROCEEDINGS
DR504--CHARGES READ--I/M PLED NOT GUILTY AND STATES "MY CELLIE VICTIMIZED ME. MY CELLIE GOT REAL CONTROLLING IN CELL AND DISRESPECTED ME. HE THREATENED ME AND HIT ME IN THE HEAD. I SAID TO THE C/O THAT MY CELLIE IS IN A CELL LIKE HE HAS NO CELLIE."

### BASIS FOR DECISION
I/M ADMITS TO NOT GETTING ALONG WITH HIS CELLIE R████████ IN RECEIVING/SEG CELL 14.    WRITING STAFF'S DC7205 REFLECTS THAT WHILE HE WAS ASSIGNED TO THE RECEIVING WING THE ABOVE NAMED INMATE CALLED THE OFFICER OVER TO CELL AND SAID IF YOU DON'T MOVE HIM OUT OF THIS CELL(REC 14) WE ARE GOING TO COME TO BLOWS. INMATE WAS PROPERLY IDENTIFIED BY HIS STATE ID. INMATE HAS TWO PRIOR 206 CHARGES.

### DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| 15 Days  Segregation | 15 Days  Segregation |

#### Signatures
Hearing Committee

POOL, PHILLIP D - Chair Person                                    WHI
                                  Signature / Date                Race
EDWARDS, STIRLING O                                               BLK
                                  Signature / Date                Race

Recommended Action Approved

### Final Comments: N/A

Kevin Winters / KLW  8/9/04
Chief Administrative Officer                    Signature          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person          When Served - - Date and Time

EXHIBIT
P
tabbies

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: _W.C.C._     Date and Time of Incident: _9-23-04  App. 5:30_

If the answer is yes to any of the following questions, explain in narrative below:

A. Were Weapons Involved: YES ☐ NO ☐   B. Were Restraints/Force Used: YES ☒ NO ☐   C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☒ NO ☐   G. Were there Medic Inquiries: YES ☐ NO ☐

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|------|-------|---------|-----------------|
| I/m McCroy | N51782 | mu c | 9-23-04 |
| I/m Durham | R14349 | mu c | 9-23-04 |

**Witnesses to Incident:**

| Name | I.D.# |
|------|-------|
| Sgt. Vancil | |

Statement of Facts: (NARRATIVE) On the above date and approximate time this c/o went to cell 3A18 because one of the I/m's assigned to cell 3A18 was pushing the emergency call button. When this c/o got to cell 3A18 I/m Durham R14349 told this c/o "My cellie need medical attention quick c/o." This c/o then asked I/m McCroy N51782 "What's wrong with you?" I/m McCroy told this c/o "My cellie hit me in the eye c/o." At this time I/m Durham stated "I didn't hit him in the eye he hit himself in the eye.". This c/o then called Sgt. Vancil to cell 3A18. Sgt. Vancil then had this c/o open the cell door. When this c/o opened the cell door Sgt. Vancil then restrained I/m Durham and this c/o escorted I/m Durham to R3 Foyer.

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|--------------------|-----------|--------------------------|-------------------------|-----------|
| | 9-23-04  App 6:15 | 25-5  235  @ 8:0- | | 9-23-0 |

Administrative Assessment: _____

Chief Administrative Officer _____     Date/Time _____

EXHIBIT
Q

Distribution:   Director
                Deputy Director of Appropriate Division
                Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints)
File

DC 434 (4/93)
IL 426-0410

:00138

TE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: _LWCC_                     Date and Time of Incident: _9-23-04_   _Aprox 5:30_

If the answer is yes to any of the following questions, explain in narrative below:

A. Were Weapons Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☒   C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☒ NO ☐   G. Were there Media Inquiries: YES ☐ NO ☐

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
|---|---|---|---|---|---|
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| McCroy Aaron | N5/882 | | | | |
| Durham | R14349 | | | | |

Statement of Facts: (NARRATIVE)

On above date, at above time inmate McCroy was brought to health care per Lt Logsdon and Sgt Vancil to inquiss able an alleged altercation. Inmate McCroy N5/882 was holding a washrag over his left eye. The left eye was bleeding and the washrag had bright red blood and a slimy substance thick, clear substance on it. Another area on right side on foot by the little toe had a skin flap torn and minimal bleeding. Dr Brown was called and order was received to send inmate McCroy to Blessing ER for treatment. Inmate was taken by State Car to Blessing.

25-5  733  @ 8pm

D DRENNEN
(D Drennen) (W 9-23-04 apex     _____     M. _____   9-23-04
Reporting Employee     Date/Time     Person Calling in Report     Person Accepting Report     Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____     Date/Time _____


EXHIBIT
R
_____

Distribution:   Director
                Deputy Director of Appropriate Division
                Deputy Director of Bureau of Inspections and Audits

                Legal Services (only if restraints)
                File

DC 434 (4/83)
IL 426-0410

: 00107.

S... .E OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

## INCIDENT REPORT

Institution/Program: _WIL - SECURITY_      Date and Time of Incident: _9-23-04   APPR 5³⁰pm_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☐   B. Were Restraints/Force Used: YES ☒ NO ☐   C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☒ NO ☐   G. Were there Medic Inquiries: YES ☐ NO ☐

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| McCroy | N51882 | | | | |
| Durham | R14349 | | | | |

Statement of Facts: (NARRATIVE)

On the above date and time, this sgt was in R3 while the yard lines were returning. While on A wing, c/o Lindroy alerted this sgt that there was probably a fight in 3A18 AD we approached the cell door, there was noodles and water coming out from under the cell door. This sgt looked in through the observation window and observed I/m McCroy N51882 sitting on the bottom bunk. I/m Durham R14349 was standing next to the door. The cell door was opened and I/m McCroy had a face cloth covering his left eye and there was blood all over McCroy shirt, the cell, and I/m Durham. This sgt placed cuffs on I/m Durham and c/o ____ escorted him off the wing. This sgt then called for the yard Lt to report to R3A18. This sgt stayed with I/m McCroy in the cell as he started to get dressed (he was only in boxers and T-shirt). I/m McCroy was very upset about getting hit in his eye. I/m McCroy has had problems with his left eye for some time. After McCroy was dressed and A wing yard line was secure, the sgt had I/m McCroy was cuffed and sat on the steps and stairs. I/m was not cuffed because he had to hold the rag to his left eye which was bleeding uncontrollable. Yard Lt arrived and escorted I/m McCroy to the HCU. Sgt Graham had arrived and escorted I/m Durham to the HCU. This sgt followed and came in the HCU asked I/m McCroy what had just happened.

| | | | | |
| Sgt T. Vancil ___ | 9-23-04 8" | | M.B.O. ___ | 9/23/04 |
| Reporting Employee  I/nO   Date/Time | | Person Calling in Report | Person Accepting Report | Date/Time |

Administrative Assessment: _____

Chief Administrative Officer _____   Date/Time _____

Distribution:   Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits
Legal Services (only if restraints/fo...
File

DC 434 (4/83)
IL 426-0410

EXHIBIT
S

:00102

_Enf C_

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

## INCIDENT REPORT

Institution/Program: _WIL / Sec._     Date and Time of Incident: _9·23·04   4pm  5pm_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☐   B. Were Restraints/Force Used: YES ☑ NO ☐   C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☐   E. Were Arrests Made: YES ☐ NO ☐

F. Any Injuries/Hospitalizations: YES ☑ NO ☐   G. Were there Media Inquiries: YES ☐ NO ☐

| Inmates/Staff Involved: | | | | | Witnesses to Incident: | |
| Name | I.D.# | Offense | Commitment Date | | Name | I.D.# |
| McCuy | N51882 | | | | | |
| Durham | R#14349 | | | | | |

Statement of Facts: (NARRATIVE)

I/m McCuy stated that Durham listens to rap music all the time and McCuy had asked Durham to give it a rest, that it was a 2 man room and that they would have to show each other some respect. McCuy said Durham became upset and started yelling at McCuy. McCuy admitted that he did approach Durham and again stated ___ what had been said earlier. McCuy states that Durham became agitated and hit him (McCuy) in the left eye with a closed fist. McCuy stated he did not return any punches but did put his hands on Durham to prevent him from making anymore blows. McCuy stated he immediately became blind in his left eye and sat on the bed to wait for Staff.

HCU seen to I/m McCuy's wounds and McCuy was sent to Blessing Hosp'l emergency room in a state vehicle.

DC7705's Inv. Status were written on both I/m's. Both I/m's ID by ID card. Staff was advised to secure the cell allowing no entrance until cell can be ___ by Internal Affairs on 9·24·04

_55·5   233  @ 9pm_

Sgt T. Voncil    _9·23·04  8°°_     _M·____  9/23/04_
Reporting Employee   Date/Time    Person Calling in Report     Person Accepting Report    Date/Time

Administrative Assessment: ___

Chief Administrative Officer ___     Date/Time ___

Distribution:   Director
Deputy Director of Appropriate Division     Legal Services (only if restraints/force used)
Deputy Director of Bureau of Inspections and Audits    File

DC 434 (4/82)
IL 426-0410

00193

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

KEC.- 31

Page ___ 1 _ of ___ 1 _

☐ Disciplinary Report _____    ☑ Investigative Report _____ 7·23·04 ___
_____ Date _____                    _____ Date _____

Committed Person: _Durham_    No. _R14349_    Facility: _WEC_

Observation Date: _9·23·04_   Time: _1800 CD_   Location: _2A18_

_Sgt T. Vancil # 10010_
_____ PRINT Employee's Name _____    _SsV____ 12.27.04 / 840_
                                          Employee's Signature/Date/Time

Ofiense: 504 B

Observation: _on the above date  I/m Durham R14349 was placed in Seg by the unit investi-_
_gator  staus due to an altercation with I/m McCoy N51800 in 2A18  I/m_
_IOA L ID cord.  DC-474 with_

_____

_____

_____

_____

_____

_____

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☑ Investigative Status    Reasons: _To conduct an Investigation_

_Mark Carlton_
_____ PRINT Name _____
_7/20/ _____    Shift Supervisor's Signature and Date _9/23/04_
                (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _Current Housing_
_Matson S.Ofc_
_____ PRINT Name _____    _____ Signature/Date _____    _9/23/04_

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit
_Matson S.Ofc_
_____ PRINT Name _____    _____ Reviewing Officer's Signature and Date _____    _9/23/04_

☑ Reviewed by Hearing Investigator _C. Kessinger_    _c.___ ___    _9·26·04_
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or loss privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_C. M. Eagleson  10014_        _C/O K. L._        _9·23·04_     _9.14_    am
_____ Committed Person's Signature and Number _____    _____    _____    pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served    Committed Person Refused to Sign ☑

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
                                  Committed Person's Signature and Number

— — — — — [DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING] — — — —

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                                              Date

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

DC-1407 (Rev. 4/99)  Distribution: 1) Master File; 2) Committed Person;    Committed Person's Name sh___
IL 426-0561    3) Facility; 4) Facility

**EXHIBIT**
_I_
: 00099

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Name: DURHAM, BRANDON J          IDOC Number: R14349          Race: BLK

Hearing Date/Time: 10/8/04  12:44 PM          Living Unit: WIL-S-01-23          Orientation Status: N/A

Incident Number: 200404289/1 - WIL          Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 9/23/04 | 200404289/1-WIL | CRARY, PHILIP M | R3 HOUSE A WING | 05:30 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 301 | Fighting | Guilty |
| | Comments: with inmate McCroy N51882 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

## RECORD OF PROCEEDINGS

DR504 CHARGES READ. INMATE PLED GUILTY. "I HAD A STRUGGLE WITH MY CELLIE. I HAD NO HEADPHONES
AND I HAD MY TV ON. MY CELLIE GOT MAD AT ME AND PUT HIS HANDS ON ME CALLING ME A PUNK ASS BITCH.
I STOOD UP AND TALKED BACK TO HIM MY CELLIE LUNGED FORWARD KISSING ME AND THEN TRIED TO
CHOKE ME. I STUCK MY ARMS OUT TO PROTECT ME.

## BASIS FOR DECISION

INMATE WAS POSITIVELY IDENTIFIED UPON SEG PLACEMENT.
INMATE INJURIES OBSERVED BY INTERNAL AFFAIRS OFFICER CRARY WERE CONSISTENT WITH INJURIES
SUSTAINED IN A FIGHT.
WRITING STAFF'S REPORT REFLECTS DURHAM STATED MCCROY TRIED TO CHOKE HIM CAUSING SCRATCHES
ON HIS BACK AND NECK. BOTH ADMITTED TO VERBAL CONFRONTATION AND PHYSICAL CONTACT.
PRIOR IDR FOR FIGHTING ON 3/11/04 AND 7/23/04.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| Revoke GCC or SGT 1 Months | Revoke GCC or SGT 1 Months |
| Other : KSF MCCROY N51882 | Other : KSF MCCROY N51882 |

### Signatures
Hearing Committee

VINCENT, JULIA I - Chair Person                    Signature / Date        10-14-04    ASN

POOL, PHILLIP D                                                                 Race  WHI
                                                   Signature / Date        10/14/04    Race

Recommended Action Approved

Final Comments: N/A

Kevin Winters / RAZ  10/13/04          Signature  Kevin Winters          Date  10/14/04
Chief Administrative Officer

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department

_____          When Served - - Date and Time   10-18-04  3:00 P
Employee Serving Copy to Committed Person

EXHIBIT
U

Run Date: 10/15/04 12:04:15          Page 1 of 1          00101

R-14349    DURH⌐ , BRANDON J.

07/24/2002    KANE        DFC

STATE OF ILLINOIS - C                                    (        )        BLK

## GOOD TIME REVOCATION/RESTORATION CARD

NAME _____    REGISTER NUMBER _____

CUSTODY DATE _3-24-02_    ORIGINAL MINIMUM/PROJECTED OUT DATE _9-24-08_

MAXIMUM RELEASE DATE _3-24-18_    TOTAL AMOUNT OF CREDITS TO REVOKE _____

| Date | Days Revoked GCC/SGT | Days Restored GCC/SGT | MGT/SMGT Awarded | EGCC Awarded | Total Credits Revoked | Total Credits Left to Revoke | Projected Out Date |
|------|------|------|------|------|------|------|------|
| 7.29.03 | | | 90/90 | | | | 9.24.04 |
| 3/24/04 | 1 mo | (⊘) | | | | | 10.24.04 |
| 10-24-04 | 1 mo Rev | | | | | | 11-24-04 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT

√

## GOOD CONDUCT CREDITS/STATUTORY GOOD TIME RESTORATION/REVOCATION RECOMMENDATION

Recommendation from: __Western IL Corr.Cntr__ CAO: _____ Deputy Dir.: _____ 
(Institution)     (Juv./CSD Div.)

☐ Disapprove
☐ Approve
☐ Reduced _____
(Amount)

Name: __Durham, Brandon J.__ Register No. __R14340__ Date Request Submitted: __10-18-04__

Present Location: __Western IL Corr.Cntr.__ Committed Person's MSR: __10/2-/04__

Good Conduct Credits
x:☒Revoke     ☐ Restore

Statutory Good Time
☐ Revoke     ☐ Restore

☐ Minimum Sentence
☐ Maximum Sentence

x:☐ Recommended Amount of Revocation

__1 mo__

Report Date(s)
504A/504B/504C Violation:

DR __9/23/04__ _____ NO. __301__
DR _____ NO. ____

Violation Numbers

☐ Recommended Amount of Restoration

Report Date(s)
504A/504B/504C Violation:

DR _____ NO. ____
DR _____ NO. ____

Violation Numbers

Description of Offense: __fighting (with inmate McCroy)__

Committed Person has had ___0___ of GCC/SGT revoked within last 12 months.
Committed Person has had ___1 mo___ of GCC/SGT restored within last 12 months.

Other Recommendations Pending:      x:☐No     ☐ Yes
   Dates of Revocation(s) Pending and Amounts      Dates of Restoration(s) Pending and Amounts

_____     _____
_____     _____
_____     _____

*********************************************************************************

### IDOC ACTION

☒ One (1) Month or Under     ☐ Over One (1) Month

The following recommendation has been reviewed to determine compliance with Department of Corrections Rules.

RECEIVED
OCT 27 2004

*********************************************************************************
* ☐ Remand _____ _____ Resubmission: _____ *
*       Date       Designee             Date      *
*********************************************************************************

Recommendation for  RESTORATION / REVOCATION of __1 month__
of Good Conduct Credits/Statutory Good Time, APPROVED / DISAPPROVED

ADDITIONAL COMMENTS OR INSTRUCTIONS

_____
_____
_____

_____          _____
       Director                    Date

*********************************************************************************

### PRISONER REVIEW BOARD ACTION

Hearing/Review Date: _____          ☐ Continuance

Comments: _____
_____

Board Action:  REVOCATION / RESTORATION     ☐ Approved   ☐ Denied   ☐ Reduced _____  _____
                                                      Amount Approved       Date

_____     _____     _____
   Signature               Signature               Signature

*********************************************************************************

Recommendation for RESTORATION / REVOCATION of __1 month__ APPROVED / DISAPPROVED. Please proceed accordingly
with adjusting the incarceration person's records.

_____          __1-2-04__
       Director                    Date

Master Record File
Director
Prisoner Review Board (2)
General Office File
Miscellaneous Copies

DC583 (3/98)
IL 426-1650

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Count Adjustment

*Complete and return to record office.*

Western Illinois Correctional Center

Offender Name: DURHAM, Brandon                                   ID#: R14349

| Has been ordered on: | | | Has been released on: |
|---|---|---|---|
| ☐ Appeal Bond | ☐ Critical Illness Furlough | ☐ Transfer | ☐ Discharge  ☒ MSR |
| ☐ Authorized Absence (juvenile) | ☐ Funeral Furlough | ☐ Work Release | ☐ Parole |
| ☐ Compact Detainer | ☐ Medical Furlough | ☐ Writ | ☐ Other (specify): ___ |
| ☐ Other (specify): ___ | | ☐ Writ Transfer Return | |

Type of Transport:  ☐ Authority Pickup   ☐ Bus   ☒ Personal Transport   ☐ Staff Escort
☐ State Vehicle   ☐ Train   ☐ Other (specify): ___

Outstanding Warrant:  Departure:  Date: 11-24-04          Time: 8:30          ☒ A.M.  ☐ P.M.
☐ Yes  ☒ No

Destination: ZONE 2 To be picked up by Richard Durham

~~Parole Officer~~ *Counselor*  Jeff Chute                          Signature

Record Clerk  Cathy Heckel                          Signature

Approved:  Terry Polk          Print Name of Warden          Signature

| Check Points ✓ where stop is required | Signature of staff processing offender in location | Check Points (specify) ✓ where stop is required | Signature of staff processing / offender in location |
|---|---|---|---|
| ☒ Bureau of Identification | | ☒ Records Office | |
| ☒ Clothing | | ☐ | |
| ☒ Library | | ☐ | |
| ☒ Medical  Medications: ☐ Yes ☒ No | | ☐ | |
| ☒ Personal Property | | ☐ | |
| ☒ Trust Fund | | ☐ | |

Departed facility through:  ☐ Lobby   ☐ Sally Port   ☐ Other (specify): ___

Releasing Officer: ___          Print Name          Signature

Date: 11-24-04          ☐ P.M.  ☐ P.M.

EXHIBIT
W

DOC 0194 (Eff. 4/2003)
(Replaces DC 193)

: 00018



EXHIBIT
X

SEP

MEDICAL PROGRESS NO

Resident's Name: _McCray, Aaron_     Resident's Number: _N51882_

| DATE/TIME | PROB-LEM # | S.O.A. | | PLANS |
|---|---|---|---|---|
| 9/9/93 | | OPTOMETRY CLINIC | (P) | (1) RECOMME |
| | | (S) " VISION FOR FAR IS BLURRY | | CONTACT LENS FIT |
| | | (O) DISTORTED CORNEAL CURVATURES | | TO CORRECT THE KERATOCONUS |
| | | (A) KERATOCONUS O.U | | (2) Return For CC FITTING |
| | | | | AGE 2 |

COMPLAINT _No MEDS, No HTN, No PAIN_     EOM: INTACT     CONFRONTATION
_No INJURY To EYES, No FAM Hx ЬШС._     NPC = 2"     FIELDS W/I O

| | V.A. | RX | V.A. | CORNEA | LENS | FUNDUS | |
|---|---|---|---|---|---|---|---|
| OD | 20/400 | | 20/80 | No Cell No Flare CLEAR | CLEAR | C/D .3 A/V .8 OP + | C/D .3 A/V .8 OP+ |
| OS | 20/400 | | 20/80 | CLEAR 4+ | CLEAR | | |
| -1 | 20/300 | | 20/80 | | OD    OS | | |

resent Rx Glasses OD _-1.75_     OS _-1.25_     Pupillary Reflexes MB     Pupil PERRLA

| | | | 20/ | Final Rx | Sph | Cyl | Axis |
|---|---|---|---|---|---|---|---|
| 4 | OD | | 20/ | | | No Rx | |
| | OS | | 20/ | | | | |
| 14 | OD | -1.25 | 20/ 80 | Frame | | Color | |
| | OS | -1.00 | 20/ 80 -1 | Size | | | |
| 8 | | ·8 9 10 | # 11 | Bifocal | | Seg. Height | |
| 12 | | # 13 8 | Near va:20/ 20 | Remarks: | | PD 69 |
| 14 8 | | | | 9-10-93 |
| | | Plus OD Build Up OS | | APPROVED AAB |
| 5 8 | | # 20    # 21 | | Resident's Signature Rx Rec'd Date |

K's OD 49.25/44.00 @ +2
     OS 43.25/53.00 @ +2

000000988

EXHIBIT

Y

*BEGIN USING FROM BOTTOM UP

BE1058

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_     Reg. # _N51882_     Date _4-7-95_

Problem _Keratoconus_

ORDER: (Physician's Signature After Last Order) _____

_Renu Soft lens cleaner_

DEA/Illinois Lic. # _____     Physician (Print) _ELYEA_
☑ May Substitute _unclear asgn_                           M.D.
☐ May Not Substitute _____                      M.D.
DCA 7000
IL 426-1417          Noted by: _X Long RN_           Date: _4/7/95_

---

BE1058

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy Aaron_     Reg. # _N51882_     Date: _1-26-9_

Problem _Allergic to Commisary Soap_

ORDER: (Physician's Signature After Last Order) _____

_Neutrogena Soap 1 per_
_month for 4 Months_

DEA/Illinois Lic. # _____     Physician (Print) _____
☐ May Substitute _____
☐ May Not Substitute _____     _C Dunn_          M.D.
DCA 7000                                                   M.D.
IL 426-1417          Noted by: _____       Date: _____

---

BE 105
NKDA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Mc Croy Aaron_     Reg. # _N51882_     Date: _9/13/94_

Problem _Allergic to Comming soaps_

ORDER: (Physician's Signature After Last Order) _____

_Neutragena Soap 1 per month for_
_4 month_

DEA/Illinois Lic. # _____     Physician (Print) _____
☐ May Substitute _____
☐ May Not Substitute _____     _Dunn_          M.D.
000001058                                                  M.D.
                     Noted by: _____       Date: _9-13-94_

EXHIBIT
Z
STATEVILLE

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Resident's Name: McCROY

Resident's Number: N·51882

| DATE/TIME | PROBLEM # | S.O.A. | PLANS |
|---|---|---|---|
| 09-21-95 10:00 A | | **OPTOMETRY CLINIC** | (P) ① Refer To Ophthalmoc To Evaluate Corneas A Steepen OS Corn |
| | (S) | "I want my contact's va. Vision is Fair. | ② If ophthalmology Agree To order a new OS Contact |
| | (O) | Keratoconus O.U. | noted 1. Coleman O.D. 09-21-95 10:15A Age 38 |
| | (A) | Above, Distorted Ks. | |

COMPLAINT: No Meds, No HTN, No DMB. EOM's intact    Confrontation
No injury to eyes, No Fam Hx of BCC.    NPC = 1"    Fields Full O

| Unaided V.A. | Rx v.a. | CORNEA | LENS | FUNDUS | #1 c/0.3 |
|---|---|---|---|---|---|
| OD 20/200 | 20/30 | No cell, No Flare CLEAR | CLEAR | C/0.3 A/v c UP ↓ | A/v c UP ↓ |
| OS 20/400 | 20/60 | CLEAR | CLEAR | OS | |
| OU 20/100-1 | 20/30-1 | 4+ OD ± OS | OD    OS | | |

Pupillary Reflexes: MG — Pupil: PERRLA    Cover: Far Ø N

| Present Rx | OD | OS | | Final Rx | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|---|---|---|---|
| #4 | OD | | 20/ | | | | | |
| | OS | | 20/ | | | | | |
| #7A | OD | −1.00 | 20/30⁻¹ | | | | | |
| | OS | −3.25 | 20/60+1 | Frame | | Color | | P.D. / |
| #8 | #9  10 | #11 | | Size | | | | |
| #12 | #13 B | | Near va: 20/ | Bifocal | | Seg. Height | | |
| #14 B | | | | Remarks: | | | | |
| | | Plus    OD | | | | | | |
| | | Build | | | | | | |
| | | Up    OS | Residents Signature | | | | | |
| #15 B | | #20 | #21 | Rx Rec'd | | | | |
| | | — | + | Date | | | | |

| Ks | OD | 51.00 / 45.25 D+2 | | D+3 |
|---|---|---|---|---|
| | OS | 44.00 / 46.50 WITH +1.25 | | |

Lens over keratometer

DC-1147

000000989

Jan 23 1996

JAN 24, 1996

To; Dr. Elyea
Medical Director
Stateville C.C.

       This letter is in regards to the poor medical treatment that
I am recieving here at stateville. I have continually complained
about my ailments only to be prescribed treatments, medications
and permits not to have recieved them. I am sure if you consult
my medical file you will find that my complaints are valid.
below are a list of treatments, medications and permits that I
have not recieved as of this date.

       1) Motrin for lower back pain.

       2) Soap, for allergie.

       3) Contact lense cleaner sollution.

       4) Cane and low bunk,low gallery permits.

       5) appointment with eye specialist, because my left

          cornea is deteriating further.


       I would like to also state that at no time have I been rude
or inconsiderate with your Staff. although they have not been
rude to me, they have been inconsiderate in there dealing with my
situation. They are aware of my problems and do nothing to rectify
the situation. I sincerely ask you to correct these problems once
and for all. It is not fair for this situation to continual to
the detriment of my health.

                                              Thank You.

                                         Aaron McCray
                                         N51882 BE 233

EXHIBIT

AA

000000948

EXHIBIT

BB

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCray_    Reg. # _NS1882_   Date: _2-6-96_

Problem _____

ORDER: (Physician's Signature After Last Order) _Hard Contact lens Solution_
_X 2 months_

DEA/Illinois Lic. # _____ Physician (Print) _Joseph, Amo_
   ☐ May Substitute _____ M.D.
   ☐ May Not Substitute _____ M.D.
DCA 7000   Noted by: _____ Date: _2-6-96_
IL 426-1417

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCray, Aaron_    Reg. # _NS1882_   Date: _2/6/96_

Problem _Chronic low back pain_

ORDER: (Physician's Signature After Last Order) _____

_Renew Low back low Tollers_

DEA/Illinois Lic. # _____ Physician (Print) _Joseph, Amo_
   ☐ May Substitute _____ M.D.
   ☐ May Not Substitute _____ M.D.
DCA 7000   Noted by: _____ Date: _2-6-96_
IL 426-1417

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCray_    Reg. # _NS1882_   Date: _2-6-96_

Problem _skin allergy_

ORDER: (Physician's Signature After Last Order) _Neutrgena soap X 4 mon_

DEA/Illinois Lic. # _____ Physician (Print) _Joseph, Amo_
   ☐ May Substitute _____ M.D.
   ☐ May Not Substitute _____ M.D.
   Noted by: _____ Date: _2-6-96_

000001051

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**EXHIBIT**

CC

Facility
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCrory, Aaron_    Inmate's Number _N57882_

Consult Requested By: _____    Date: _____

URGENT
( ) YES  ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

# OPHTHALMOLOGY

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS: _Keratoconus?_
_wearing contacts_

ASSESSMENT: _OD 20/40   OS 20/80   CCC_

RECOMMENDATIONS/PLANS: _Ophthalmology_
_@ the 3 mos?_

_2/16/96_
Date

_Bizzell_
(Signature of Consultant)   JAMES W. BIZZELL, M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☑ I have reviewed the recommendations contained in this report and approve them.

☐ I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: _2-16-96_

_____
(Signature of Medical Director)

*BEGIN USING FROM BOTTOM UP



**EXHIBIT**

DD

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

*NRA*                                    B 233

Patient _MC CROY    AARON_   Reg. #_N 51882_  Date: 6. 27. 96

Problem _↓ Acw_                            L - LBP

ORDER: (Physician's Signature After Last Order)  B peroxide 10% use bp @ #1.

_MOTRIN 400 mg po TID #30 refill_

_PRN X1._

DEA/Illinois Lic. # _____  Physician (Print) _____  M.D.

☐ May Substitute                                              M.D.

☐ May Not Substitute

Noted by: _____                    Date: 7 Jun 96

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

*NRA*                                    BE 232

Patient _McCroy   Caron_    Reg. #_N 51882_  Date: 5-16-96

Problem _Soap    allergy._

ORDER: (Physician's Signature After Last Order)

_Re - Neutrogena - Soap #1/WK X 6mo_

DEA/Illinois Lic. # _____  Physician (Print) _____  M.D.

☐ May Substitute                                              M.D.

☐ May Not Substitute

Noted by: _____                    Date: 5-16-96

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

*NRA -*                                    BE 233

Patient _MCroy_    Reg. #_N 51882_  Date: 2-23-96

Problem _____

ORDER: (Physician's Signature After Last Order)

_RENU Multiple Purpose Solution_

_- Soap_                 _for Lens Care X 6mo_

DEA/Illinois Lic. # _____  Physician (Print) _____  M.D.

☐ May Substitute                                              M.D.

☐ May Not Substitute

Noted by: _____                    Date: 2-23-96

DCA 7000
IL 426-1417

000001052

**EXHIBIT**

tabbies

EE

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

STATEVILLE

Resident's Name: M<sup>c</sup>CROY

Resident's Number: N-5,882

| DATE/TIME | PROB-LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 03-19-96 12:15 | | **OPTOMETRY CLINIC** | (P.) ① SEE BACK |
| | (S) | Referred back from OPHTHALMOL | in 6 month |
| | | last exam 9/21/95 | noted 1 potency |
| | (O) | KERATOCONUS O.D. | 03-19-96 at 12:30 P |
| | (A) | ABOVE, | AMSLER ⊖ o     Age 3 |

COMPLAINT: No MEDS, No HTN, No DM          EOM's INTACT          Consultation
No INJURY To EYES          NPC = 1"          FIELDS Full O U

| Unaided | V.A. | Rx | V.A. |
|---|---|---|---|
| OD | 20/ | CC | 20/30' |
| OS | 20/ | | 20/50⁻² |
| OU | 20/ | | 20/30⁻' |

CORNEA CLEAR OD / OS          No cell No flare
LENS CLEAR OD / OS

FUNDUS          #1
C/D .3          C/D .3
A/J .8          A/J .8
UP +          UP +

Pupillary Reflexes: - APD          Pupil PERRLA.          Cover: Far Ø Ne

Present Rx  OD          OS

| | | | | |
|---|---|---|---|---|
| # 4 | OD | | 20/ | OVER CC |
| | OS | | 20/ | |
| # 7A | OD | | 20/30⁻' | |
| | OS | +.50 | 20/50⁻² | |

Final Rx

| | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|
| | | | | |
| | | | | |

| # 8 | # 9 10 | # 11 | | Frame _____ Color _____ P.D. 7? |
| # 12 | # 13B | Near va:20 30/30 | Size _____ |
| # 14 B | | | Bifocal _____ Seg. Height _____ |
| | Plus OD | Remarks: | |
| | Build | | |
| | Up OS | | |
| # 15 B | # 20 | # 21 + | Residents Signature: OD INT _____ |
| | | | Rx Rec'd: _____ MUT . |
| | | | Date: OS INF _____ |

DC-1147
11/36

000000990

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**EXHIBIT FF**

Facility
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCroy Aaron_   Inmate's Number _N51882_

Consult Requested By: _____   Date: _____   URGENT ( ) YES ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

**OPHTHALMOLOGY**

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS: _maturing cataracts. No cataract._

ASSESSMENT:

RECOMMENDATIONS/PLANS: _get contact lens cleaner. Onto 2-3 w/o wearing lenses._

Date: _7/29/96_

(Signature of Consultant) JAMES W. BIZZELL, M. D.   **M.D.**

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☑ I have reviewed the recommendations contained in this report and approve them.

☐ I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: _7/30/96_

(Signature of Medical Director)

000000980

*BEGIN USING FROM BOTTOM UP



EXHIBIT
GG

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_    Reg. # _NS1882_    Date: _8/30/96_

Problem _Soap Allergy_

ORDER: (Physician's Signature After Last Order) _____

_Neutrogena soap : #1 per week x 4 weeks_

DEA/Illinois Lic. # _____    Physician (Print) _____    M.D.
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000    Noted by: _____    Date: _8/30/96_
IL 426-1417

_NKA_

_C223_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCrory, Aaron_    Reg. # _NS1882_    Date: _8/14/96_

Problem _Chronic LBP_

ORDER: (Physician's Signature After Last Order) _____

_Motrin 400mg TID/PRN #30 may refill X1 PRN_

DEA/Illinois Lic. # _____    Physician (Print) _____    M.D.
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000    Noted by: _____    Date: _8/14/96_
IL 426-1417

_NKDA_

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

_C23.3_

Patient _McCrory, Aaron_    Reg. # _57882_    Date: _7-19-92_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_(Hard) Contact lens cleaning_
_(Lens)_

DEA/Illinois Lic. # _____    Physician (Print) _____    M.D.
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000    Noted by: _____    Date: _____
IL 426-1417

000001053



STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility :
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _M°Croy, Aaron_   Inmate's Number _N51882_

Consult Requested By:        Date:          URGENT
( ) YES  ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management

## OPHTHALMOLOGY

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:   _needs contact lens cleaner_

ASSESSMENT:   _Dx Keratoconus_

RECOMMENDATIONS/PLANS:
① Contact (HARD) lens Cleaner
② thr/mo

Date: _8/30/96_      _Bizzell_  M.D.
(Signature of Consultant) JAMES W. BIZZELL, M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[✓] I have reviewed the recommendations contained in this report and approve them.

[ ] I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: _8-30-96_      _(Signature of Medical Director)_

DC 7185-A1 (Rev. 01/99)

000000982

EXHIBIT

I I

*BEGIN USING FROM BOTTOM UP

6P
N/A

1. 1/28/97
2. 5/31/97

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy Aaron_  Reg. # _N5 1882_  Date: _4/20/86_

Problem ___

ORDER: (Physician's Signature After Last Order) ___
Motrin 400mg PO TID x ___
1 Hard Contact lens cleaner x ___

DEA/Illinois Lic. # ___  Physician (Print) _MESROBIAN_  M.D.
☐ May Substitute
☐ May Not Substitute
Noted by: _B Henderson_  6PM  Date: _12/__

DCA 7000
IL 426-1417

NKDA    Rx'd 8/30/96 x 6mos C 255

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCleary Aaron_  Reg. # _N5 1882_  Date: _9/27/9_

Problem ___

ORDER: (Physician's Signature After Last Order) ___
Contact lens cleaner hard lens

DEA/Illinois Lic. # ___  Physician (Print) _Brown_  M.D.
☐ May Substitute
☐ May Not Substitute
Noted by: ___  Date: _9/27_

DCA 7000
IL 426-1417

C-255

NKDA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCrory Aaron_  Reg. # _N5 1882_  Date: _8/30/9_

Problem ___

ORDER: (Physician's Signature After Last Order) ___
Hard Contact lense cleaner x (one ___

DEA/Illinois Lic. # ___  Physician (Print) _Brown_  M.D.
☐ May Substitute
☐ May Not Substitute
Noted by: ___  000001059  Date: _8/30/9_

DCA 7000
IL 426-1417

EXHIBIT

JJ

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility:
STATEVILLE C.C.

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name: *McCray Aaron*     Inmate's Number: *N51882*

Consult Requested By: *6U*     Date:     URGENT
( ) YES  ( ) No

Reason for Consult: (List Problem)

( ) Evaluation
( ) Management        *35y/o*     **OPHTHALMOLOGY**

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:  *Keratoconus*
*VAcc 20/30*

ASSESSMENT:  *lenses ok c̄ clear*
*old hydrops central OS.*

RECOMMENDATIONS/PLANS: *(1) NM lenses*
*c̄ central lens clear     Rx'd 8/30/96*
*× 6 mos*

DATE: *9/27/96*     *Brill*     **M.D.**
(Signature of Consultant)     JAMES W. BIZZELL, M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[✓] I have reviewed the recommendations contained in this report and approve them.

[ ] I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: *9·27·96*     _____
(Signature of Medical Director)

DC 7185-41 (Rev. 81/97)

000000981



**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Stateville Correctional Center / P. O. Box 112 / Illinois Route 53 / Joliet, Illinois 60434 / Telephone (815) 727-3607
TDD: (800) 526-0844

M E M O R A N D U M

DATE:     October 08, 1996

TO:       Inmate Aaron McCroy #N51882 / C-2-55

FROM:     Willard O. Elyea, M.D.
          Medical Director

SUBJECT:  Medical Concerns

Your medical record was reviewed by me on 10/04/96. The pharmacy was called and has been sending you 12 oz. of contact lens solution every month. Only a small amount of contact solution need be used daily to clean your lenses. A bottle of this size should reasonably last a year (using 1 cc each day). We will continue to supply your contact lens solution but you must use less each day. If you have questions please contact your med-tech.

WOE:kah
cc:A/W Springborn
   Barb Miller, R.N., HCUA
   Georgia Shonauer, Grievance Officer
   Unit Supt.
   Cell House CMT
   Casework Supervisor
   Medical Record
   File (2)



EXHIBIT
KK

Printed on Recycled Paper

000001094

EXHIBIT

tabbies

LL

**Illinois Department of Correction.**

# Health Status

Transferring Facility: _Stateville_

Date: _12 / 16 / 96_

Time: _2:15_  AM (PM)

Allergies: _NKA_

Name: _McCray, Aaron_

Number: [M] [5] [1] [8] [0] [2]    Race: B  W  H  Other

Age _36_    Date of Birth: _9, 9, 60_    Sex: (M)  F

Food Handler Approved: _Unknown_

Current/Acute Conditions/Problems: Ø

Chronic Conditions/Problems: 

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications:

Current Treatments: Ø                    **THERAPEUTIC DIETS:**

**FOLLOW-UP CARE NEEDED:** Ø

CHRONIC CLINICS:                          **SPECIALTY REFERRALS:**

Significant Medical History: _GC '86  (R) ORIF '90   PPD 8mm 9/16/96_
_Hx HTN_

Physical Disabilities/Limitations:

Assistive Devices/Prosthetics: _Contact lenses_        Glasses: ____ Dentures: ____

Mental Health Issues:        Hx Suicide Attempt: ☐ Date: __/__/__    Hx Psych Med ☐    Hx MPC/ STC ☐

Substance Abuse:    Alcohol: ☐   Drugs: ☒

| R & C Use Only | | | | | |
|---|---|---|---|---|---|
| ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental | ☐ Packet Complete | |
| ☐ MEDS | ☐ MH | ☐ Other | | | |

Signature and Title: _A Slovatler_

## Transfer Reception Screening

Facility: _Dixon C.C._    Date: _12, 20, 96_    Time: _6:00_ AM (PM)

Current Complaint: _LBP - referred sick call_

Current Medications/Treatment: Ø

Physical Appearance/Behavior: _Ht 6'1" Wt 245#_
_Hep Sr w/ Rashes - crysts TM - 0_
_EE - At eye surg - R leg  GSW/Sx#_
_teeth rot_

Deformities: Acute/Chronic _Contact lens_

T _97_  P _80_  R _18_  B/P _140_/ _88_

A: _late physical_
_contact lens colorblind_
_St. up_

Pr. Disposition:

1) [ ✓ ] Health Information Given

2) [  ] Emergency Referral _____

3) [  ] Sick Call:
Urgent / Routine
[  ] Medication Evaluation
[  ] Therapeutic Diet
[  ] Special Housing
[  ] Work/Program Limitation
[  ] Specialty Referrals
[  ] Chronic Clinics
[  ] Other _Eye Consult_

4) [  ] Infirmary Placement _____

5) [  ] Other _____

_Smith_
_gc_
_5t CCU_

Signature and Title: _B Corderon_

DC 873 (Rev. 10/93)  IL 426-17170

000000955



**EXHIBIT**

_mm_

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

③    31-15    Facility _Dixon CC_

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCray Aaron_    Inmate's Number _N57882_

Consultant's Name _Eye Consult_

Consult Requested By: _Anderson_    Date: _12/30/96_    ( ) YES    (X) No    **URGENT**

Reason for Consult: (List Problem)

_Wear hard contact lens evaluate Cornea (Keratoconus OU)_

( ) Evaluation
( ) Management

Report of Consultant (Use Reverse Side if Necessary)

**FINDINGS:** _KERATAKONUS OU_    _OS > OD_

**ASSESSMENT:** _HAS MEDICAL NEED FOR CONTACT LENSES & CONTACT LENS SOLUTIONS._

**RECOMMENDATIONS/PLANS:**

Date: _1/6/97_    _T. Declebe_    M.D.
(Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐    I have reviewed the recommendations contained in this report and approve them.

☐    I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

_JAN 1 1997_

000000991

Date: _____    _____
(Signature of Medical Director)

EXHIBIT
NN

*BEGIN USING FROM BOTTOM UP

GP
/NKA
(35)

4/11/97

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _M_c_ Croy  Aaron_ Reg. # _N 51882_ Date: _4-1-97_

Problem _Chronic Back pain_

ORDER: (Physician's Signature After Last Order) _① Motrin 400 mg_

_tid_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417

Noted by: _Hendrickson RN_ Date: _4-1-97_

---

GP
/NKA
(35)

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Dc + bar

Patient _McCroy, Aaron_ Reg. # _N51882_ Date: _1-7-97_

Problem _____

ORDER: (Physician's Signature After Last Order) _Nutrifica Sou One al_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417

Noted by: _____ Date: _1-7-97_

---

NKA

STOP: 1-6-98

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCROY ARRON_ Reg. # _N 51882_ Date: _1/6/97_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_BOSTON II CONTACT LENS CARE KT._
_ou qd x 12 months_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

000001060

Noted by: _R Craggett R.N. 345_ Date: _1-6-97_



EXHIBIT
OO

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility  DIXON
CORRECTIONAL
CENTER

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _MC CROY, AARON_ Inmate's Number _N51882_

Consult Requested By: _Eye Clinic_    Date: _2/3/97_    URGENT
( ) YES   ( ) No

Reason for Consult: (List Problem)

_Fitted for contacts + now ne. Dispensed Contact lenses_

( ) Evaluation
( ) Management

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:

ASSESSMENT:

RECOMMENDATIONS/PLANS:

Date: _2/3/97_    _T. _____ M.D.
(Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐ I have reviewed the recommendations contained in this report

000000993

Date: _FEB 15 1997_    _____
(Signature of Medical Director)



*Disr Contacts*
*2/3/97*

## STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

S5-01

Facility

DIXON CORRECTIONAL CENTER

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name  McCroy, Aaron                          Inmate's Number  N51882

Consult Requested By:  DR Mesrobin    Date: 4/4/97        URGENT  (X) YES  ( ) No

Reason for Consult: (List Problem)   c/o Problems i/w Contacts

( ) Evaluation
( ) Management

FINDINGS:                                          Report of Consultant (Use Reverse Side if Necessary)

ASSESSMENT:

RECOMMENDATIONS/PLANS:

Date:  4/14/97          _____ M.D.
                        (Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐  I have reviewed the recommendations contained in this report

Date:  APR 15 1997         _____
                           (Signature of Medical Director)

DC 7105-A1 (3-84)
IL 426-0027

000000995

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

AGENCY OFD # _____

**OPTICAL PRESCRIPTION ORDER**

4/14/98

VENDOR

Illinois Correctional Industries
P.O. Box 809
Dixon, Illinois 61021

SUBMIT STATE OF ILLINOIS C-13 INVOICE-VOUCHER
WHEN SHIPMENT IS MADE.

INSTITUTION *Dixon Corr. Center*
ADDRESS *2600 N. Brinton*
CITY *Dixon*   STATE *IL*   ZIP *6102*
INMATE NAME (First, MI, Last) *Aaron McCroy*   REGISTER NO. *N51882*

BILL TO
*Correctional Medical Systems*
*12647 Olive Blvd.*
*St. Louis, MO 63141*

ACCT. NO. _____    OBJECT CODE _____    AGENCY PHONE NO. _____

| | POWER | | |
|---|---|---|---|
| R | +0.25 | -1.00 | 175 |
| L | +0.25 | -0.75 | 25 |
| | SPHERE | CYLINDER | AXIS |

| | PRISM | | |
|---|---|---|---|
| | | | |
| IN | OUT | UP | DOWN |

| DPD | NPD |
|---|---|
| 7/ | |
| O.C. | |

| | SEGMENT | | |
|---|---|---|---|
| R | | | |
| L | ADD | HEIGHT | BASE CURVE |

| | | |
|---|---|---|
| | | |
| DEC. | INSET | TOTAL |

MISCELLANEOUS
*Photogrey Extra*

| | | |
|---|---|---|
| R | SV | |
| L | | LENS STYLE |

CHECK ONE
Glass ☑
Plastic ☐
LENS MATERIAL

| MFG. | FRAME NAME *P103Z* | FRONT/CHASSIS COLOR *Wine* |
|---|---|---|
| EYE *54* | DBL *19* | TRIM STYLE | TRIM COLOR |
| TPL SIZE R *145* | TPL SIZE L *145* | TEMPLE STYLE *P1012 Wine* | TEMPLE COLOR |

DELIVERY:  COMPLETE ☐  INCOMPLETE ☐

| INVOICE NO. | DATE - MERCHANDISE RECEIVED | DATE - CHECKED AGAINST INVENTORY |
|---|---|---|
| | | |

The merchandise or service billed above has been received and complies with our specifications or requests.

ATTESTED BY *TR Bialeke, OD*

APPROVED *Arnette Widmer*

AUTHORIZATION NO. _____

**EXHIBIT
QQ**

OC 288 (3-86)
IL 426-7306

000000997

  


**ILLINOIS DEPARTMENT OF CORRECTIONS**

Jim Edgar
Governor

Howard A. Peters II
Director

Dixon Correctional Center / 2600 North Brinton Avenue / Dixon, Illinois 61021-9524 / Telephone (815) 288-5561

M E M O R A N D U M

Date: 5/5/97

To: McCroy, Aaron

From:    Health Care Unit Administrator

Subject:  RECEIPT OF EYEGLASSES

I, ___McCroy, Aaron___ _N5/882___understand that I am
responsible for the care of these prescription glasses that I
have received on this date___5/5/97___. If, during
the next year, they are lost, stolen, broken or damaged in any
way, that I am responsible for all costs if I choose to replace
these glasses.

Signature_____

Witness_____

cc:  File

DCA 21-937
IL 426-15564
rev 8/91



EXHIBIT
RR

Printed on Recycled Paper



EXHIBIT

tabbies®

55

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility **DIXON CORRECTIONAL CENTER**

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _Mc Cray, Aaron_          Inmate's Number _N51882_

Consult Requested By: _Eye Clinic_    Date: _6/9/97_    URGENT ( ) YES  ( ) No

Reason for Consult: (List Problem)

_Contact lens recheck_

( ) Evaluation
( ) Management

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:

ASSESSMENT:

RECOMMENDATIONS/PLANS:

Date: _6/11/97_          _T. _____ P._  M.D.
                          (Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐  I have reviewed the recommendations contained in this report

Date: _JUN 1 7 1997_          _____
                               (Signature of Medical Director)

DC 7105-A1 (3-84)
IL 424-0027

000000999



STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility _DIXON CC_

## REQUEST FOR CONSULTATION — REPORT OF CONSULTATION

Inmate's Name _McCroy, Aaron_                    Inmate's Number _N 51882_

Consultant's Name _____

Consult Requested By: _Self_          Date: _7/14/97_          URGENT
( ) YES    ( ) No

Reason for Consult: (List Problem)

_Contact Lens P/U_

( ) Evaluation
( ) Management

Report of Consultant (Use Reverse Side if Necessary)

FINDINGS:

ASSESSMENT:

RECOMMENDATIONS/PLANS:   _dispensed_   _Contact_ ~~_glasses_~~ ERROR

Date: _7/14/97_          _[signature]_          M.D.
(Signature of Consultant)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

☐  I have reviewed the recommendations contained in this report and approve them.

☐  I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

JUL 18 1997

Date: _____          _[signature]_
(Signature of Medical Director)

DC 7105-A1 (Rev. 01/89)
IL 436-0027

000001001

*Transfer, 11-25-9, Stateville CC*  DC 873

Illinois Department of Co:

## Health Status

Name: _McCray, Aaron_

Transferring Facility: _Union, CC_

Number: _N 5 1 8 8 2_   Race: (B) W H Other

Date: _11/22/97_

Age: _37_   Date of Birth: _9, 9, 60_   Sex: (M) F

Time: _3:30_ (AM) PM

Allergies: _NKA_   Food Handler Approved: _9-22-97_

Current/Acute Conditions/Problems:

Chronic Conditions/Problems: _Chronic back pain_

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Motrin 400mg BID + Atarax 25mg BID_

Chronic Long-term Medications: _∅_

Chronic Psychotropic Medications: _∅_

Current Treatments: _____   THERAPEUTIC DIETS: _Gen_

FOLLOW-UP CARE NEEDED: _Routine, Care_

CHRONIC CLINICS: _∅_   SPECIALTY REFERRALS: _∅_

Significant Medical History: _STD; ORIF (R) leg-; HTN_

Physical Disabilities/Limitations: _↓ trunk; ↓ vision contacts_

Assistive Devices/Prosthetics: _____   Glasses: _YES_  Dentures: _____

Mental Health Issues:   Hx Suicide Attempt: ☐ Date: __/__/__   Hx Psych Med ☐   Hx MPC/ STC ☐

R & C Use Only

☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental   ☐ Packet Complete

☐ MEDS  ☐ MH  ☐ Other

Substance Abuse:  Alcohol: ☐  Drugs: ☒

Signature and Title / _McCory RN_

## Transfer Reception Screening

P: Disposition: (*Instructions: Check or circle as appropriate*)

Facility: _Stateville_

Date: _11, 25, 97_

Time: _9:10_ AM (PM)

1) [ ] Routine, Health Information Given

[ ] Emergency Referral

S: Current Complaint: _____

2) [ ] Sick Call:

Current Medications/Treatment: _____

Urgent / Routine

[ ] Medication Evaluation

[ ] Therapeutic Diet

[ ] Special Housing

[ ] Work/Program Limitation

O: Physical Appearance/Behavior: _____

[ ] Specialty Referrals

[ ] Chronic Clinics

[ ] Other

Deformities: Acute/Chronic _____

3) [ ] Infirmary Placement

For:

T _____ P _____ R _____ B/P ___/___

A: _____

Signature and Title

DC 873 (Rev. 10/92)  IL 426-17170



**EXHIBIT**

_U U_

000000966

OF ILLINOIS · DEPARTMENT OF CORRECTION

## MEDICAL PROGRESS NOTES

STATEVILLE

Resident's Name: _McCroy, Aaron_

Resident's Number: _NJ 1882_

| DATE/TIME | PROB-LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 3/21/9? at 12?/p | | **OPTOMETRY CLINIC** KERATACONUS CL Rx  7.18  8.8  -4/5  6.9?  8.?  -1?5 custom soper design | REPAIR FRAME THOMAS K. BIALECKE, O.D. |

COMPLAINT: VISION STABLE. CONTACTS FEEL COMFORTABLE. FRAMES BROKE

| | V.A. Rx | v.a. | CORNEA KERATACONUS | LENS | FUNDUS | # 1 |
|---|---|---|---|---|---|---|
| Unaided OD | 20/200 | 20/ | | | CD 9 4 | |
| Far OS | 20/400 | 20/ | | | TYP 3 T? | |
| OU | 20/ | 20/ | OD    OS | OD   OS | | |

Present Rx  OD: -1.?5 -.00 x 175  OS: +.25 -75 x 95

Pupillary Reflexes: PERRLA

Pupil: 7.0 x 6.7     Cover: N/TH

| | | | Final Rx | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|---|---|---|
| OD | 3/A | 20/ | | | | | |
| OS | REFLEX | 20/ | | | | | |
| OD | -2.00 | 20/150 | | | | | |
| OS | -4.00 | 20/ | | | | | |

# 8    #9 10    # 11

# 12    # 13 B    Near va: 20/

# 14 B

Plus Build Up    OD / OS

# 15 B    # 20    # 21

Frame ___  Color ___  P.D. ___

Size ___

Bifocal ___  Seg. Height ___

Remarks: NO CHANGES.

Residents Signature ___
Rx Rec'd ___
Date ___

Above noted
Difreeza cont

EXHIBIT
V V

DC-7147

000000744

OF ILLINOIS - DEPARTMENT OF CORRECTI

## MEDICAL PROGRESS NOTES

STATEVILLE

Resident's Name: *McCray Aaron*

Resident's Number: *N51882*

| DATE/ TIME | PROB-LEM # | S.O.A. | | PLANS |
|---|---|---|---|---|
| 7/23/98 at 1:30 pm | | **OPTOMETRY CLINIC** | | ORDER BOSTON CONDITION SOULTION & BOSTON CLEANER x 2 YEARS |
| | | KERATACONUS OU | | |
| | | | | Age |

COMPLAINT: *ONLY WEARS CONTACTS TWICE A WEEK. VISION STABLE. NO DISCOMFORTS*

| Unaided V.A. | Rx V.A. | CORNEA | LENS | FUNDUS |
|---|---|---|---|---|
| OD 20/ | 20/ | | | #1 |
| ar OS 20/ | 20/ | OD OS | OD OS | 4/4/2/3 |
| nu 20/ | 20/ | | | N&P |

| Present Rx | OD | OS | Pupillary Reflexes | Pupil | Cover Far N |
|---|---|---|---|---|---|

Final Rx

| | Sph | Cyl | Axis | Prism |
|---|---|---|---|---|

| OD | | 20/ | | |
| OS | | 20/ | | |
| OD | -9.5/1.25 X .5 | 20/ | | |
| OS | +.25 -1.00 X | 20/ | | |

Frame ___ Color ___ P.D. /

Size ___

Bifocal ___ Seg. Height ___

Near va: 20/

Remarks: ___

CP FIT
OD CENTER - 6.0
OS CENTERED
EDGE LIFT OFF
INFERIORLY

| Plus | OD | |
| Build Up | OS | |
| # 20 | # 21 | |
| — | + | |

Residents Signature ___
Rx Rec'd ___
Date ___

*above noted*

EXHIBIT
WW

000000743

EXHIBIT

XX

*BEGIN USING FROM B___ ___M UP

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

R2 C26 Nk

Patient _McCray  Aaron_ Reg. #_N 51882_ Date: _4·8·99_

Problem _____

ORDER: (Physician's Signature After Last Order)
— Boston Gas Permeable Contact lens Conditioner
& cleaning  kit  1 mnth  x 2 mnths

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.

☐ May Substitute _____
☐ May Not Substitute _____ Noted by: _D Herst W_ Date: _4·8·99_ M.D.

DCA 7000
IL 426-1417

---

NKDA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

H3613

Patient _MC CROY, ARRON_ Reg. #_N 51882_ Date: _7/23/9_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

BOSTON GAS PERMEABLE CONTACT LENS
CONDITIONER & CLEANING KIT X 2 YEAR

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.

☐ May Substitute _____
☐ May Not Substitute _____ Noted by: _____ Date: _7/23/9_

DCA 7000
IL 426-1417

---

NK+

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

I 1 D6.

Patient _MC CROY Aaron_ Reg. #_N 51882_ Date: _12·5·_

Problem _____

ORDER: (Physician's Signature After Last Order) _____
MOTRIN 400 mg po TID PRN
VT & 2 ____ # 1 Mac B T) x 3 months

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.

May Substitute _____
May Not Substitute _____ Noted by: _McCormick_ Date: _12/5/99_ M.D.

000001063



Illinois Department of Corrections

## Health Status

| | |
|---|---|
| Name: | McCroy |
| Number: | N 5 1 8 8 2    Race: (B) W H Other |
| Age: 38    Date of Birth: 9,9,60    Sex: (M) F |

Transferring Facility: Stateville
Date: 3/6/99
Time: 2 (AM) PM
Allergies: NKA                    Food Handler Approved:

Current/Acute Conditions/Problems:
Chronic Conditions/Problems: Keratoconus S in 1993 - Medical need
Current Medications - Name, Dosage, Frequency, Duration: for contact. Hypertension ?

Acute Short-term Medications: 0

Chronic Long-term Medications: 0

Chronic Psychotropic Medications: 0

Current Treatments: 0                    THERAPEUTIC DIETS: Low Salt

FOLLOW-UP CARE NEEDED: Routine

CHRONIC CLINICS: 0                    SPECIALTY REFERRALS: 0

Significant Medical History: Boston Gas Permiable contact lens Hx GC
1986, ITX ORIF (R) leg 1990. PPD - O '98.
Physical Disabilities/Limitations: O Low bunk uses cane
Assistive Devices/Prosthetics:                    Glasses: _____ Dentures: _____
Mental Health Issues:    Hx Suicide Attempt: [ ] Date: __/__/__    Hx Psych Med [ ]    Hx MPC/ STC [ ]
                                                        Substance Abuse: Alcohol: [ ]    Drugs: [X]

R & C Use Only
[ ] LAB  [ ] EKG  [ ] CXR  [ ] Dental  [ ] Packet
[ ] MEDS  [ ] MH  [ ] Other         Complete    Signature and Title: James Stogall RN

## Transfer Reception Screening

Facility: Hill C
Date: 3/10/99
Time: 7⁰⁰ AM (PM)

S: Current Complaint: 0

Current Medications/Treatment: 0

O: Physical Appearance/Behavior: A+O x 3
Co-operative

Deformities: Acute/Chronic walks c limp

T 98² P 88 R 14 B/P 140/100
A: inmate transfer

P: Disposition:
1) [X] Health Information Given
2) [ ] Emergency Referral _____
3) [ ] Sick Call:
    Urgent / Routine
    [ ] Medication Evaluation
    [ ] Therapeutic Diet
    [ ] Special Housing
    [ ] Work/Program Limitation
    [ ] Specialty Referrals
    [X] Chronic Clinics
    [ ] Other
4) [ ] Infirmary Placement _____
5) [ ] Other _____

Signature and Title: James Crawford RN

DC 873 (Rev. 10/92) IL 426-17170

000000978

STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS    *Hill CC*
                                                _____
                                                    Facility

REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name  *McCroy, Aaron*                Inmate's Number *N51882*

Consultant's Name *Dr. Kehoe*

Consult Requested By: *Dr. Choudry*    Date: *6/28/99*  URGENT ( ) YES  ( ) No

Reason for Consult: (List Problem)
    *Refit L Eye c̄ new Keratoconus Contact Lens*

( ) Evaluation
( ) Management

_____
                    Report of Consultant (Use Reverse Side if Necessary)
FINDINGS:


ASSESSMENT:    *Severe Keratoconus  L > R.*


RECOMMENDATIONS/PLANS:  *Order Rose K Contact Lenses*
                        *To deliver on site.*


Date: *6-28-99*              *[signature]* M.D.
                                (Signature of Consultant)
_____
FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[✓] I have reviewed the recommendations contained in this report and approve them:

[ ] I have reviewed the recommendations and disapprove or choose to revise them for
    the following reason.



Date: *6-29-99*              *[signature]*
                                (Signature of Medical Director)

DC7105-A1 (Rev.01/89)
IL 426-0027



000000730