E-FILED
Friday, 30 March, 2007  11:55:12 AM
Clerk, U.S. District Court, ILCD



PRACTITIONER
11133 KEHOE EYE CARE

PATIENT
MCROY, AARON

BASE CURVE
R 6.00

LENS
RX
R 5.30
QUAN. ORDERED 2    QUAN. SHIPPED 2

-14.25
-22.50

STOCK NO.
RK1W

NOTE

INSURANCE INFORMATION

SALES REP.

P.C. NUMBER
PO#1

INVOICE NO.
1 063512    00 -

ORDER DATE    DATE SHIPPED
06/29/99

DAY WANTED
STD
STD

DESCRIPTION
DIA    8.3    OZ
DIA    8.3

POWER
-14.25
-22.50

MATERIAL    COLOR
BES    BLUE
CT    DOT

PERIPHERAL CURVE

ROSE K WARRANTED
90 DAY WARRANTY GIVES '2' EXCHANGES
YES ELLEN

AIRBORNE

LOT NUMBER
99155PTC001    L

PRACTITIONER
11133
B KEHOE EYE CARE
L 35-4-L PLAZA
L SUITE 35
T GALESBURG    IL 61401
O

NON STERILE - Clean and condition lenses prior to use.

CAUTION Federal law prohibits dispensing without a prescription.

PRACTITIONER

PATIENT

MATERIAL

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES
6600 WEST 14TH AVE  SUITE 2  LAKEWOOD, CO 80215

LENS DYNAMICS
PRECISION LENSES

LEFT
B.C.    5.30
Pwr.    -22.50
Dia.    8.3
C.T.    PES

RIGHT
B.C.    6.00
Pwr.    -14.25
Dia.    8.3
C.T.    PES

PLAINTIFF'S
EXHIBIT
A
Part 3

EXHIBIT
AAA

000000745

EXHIBIT
BBB

000000814

*BEGIN USING FROM BOTTOM UP

R4C 34
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_          Reg. # _N51882_          Date: _9-28-99_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Zantac 10mg Po QD x 120 days._

DEA/Illinois Lic. # _____          Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____          M.D.
DCA 7000
IL 426-1417          Noted by: _D Hartworth R_          Date: _9-28-99_

---

NKA          R4C 34

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Mc Croy , Aaron_          Reg. # _N51882_          Date: _7/15/99_

Problem _Keratoconus –_

ORDER: (Physician's Signature After Last Order) _____

_Boston Advance Cleaner_
_Conditioner_

DEA/Illinois Lic. # _____          Physician (Print) _Kelso_

☐ May Substitute _____
☑ May Not Substitute _____          M.D.
DCA 7000
IL 426-1417          Noted by: _____          Date: _7/15/99_

---

NKA          R2C26

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Jason_          Reg. # _N51882_          Date: _5/11/99_

Problem _____

OR: (Physician's Signature After Last Order) _____

_Dygoxide – daily_
_x 120 day_

DEA/Illinois Lic. # _____          Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____          .D.
A 7000
125-1417          Noted by: _____

000000816

*BEGIN USING FROM BOTTOM UP

EXHIBIT

CCC

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_     Reg. # _N51882_     Date: _5-24-00_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____     Physician (Print) _____  M.D.

☐ May Substitute _____
☐ May Not Substitute _____  M.D.

DCA 7000
IL 426-1417     Noted by: _Baldridge_     Date: _8-17-00_

NKA
R4C57

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Mc Croy, Aaron_     Reg. # _N51882_     Date: _5-24-00_

Problem _____

ORDER: (Physician's Signature After Last Order) _Zebral 20 w/day #120_

DEA/Illinois Lic. # _____     Physician (Print) _____  M.D.

☐ May Substitute _____
☐ May Not Substitute _____  M.D.

DCA 7000
IL 426-1417     Noted by: _D. McKurth R_     Date: _5-24-00_

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)     NKA    R4C57

Patient _Mc CRoy, AARon_     Reg. # _N51882_     Date: _2-2-00_

Problem _Kerato conus_

ORDER: (Physician's Signature After Last Order) _Boston Advance Conditioner + Cleaner._   _X 6 months_

DEA/Illinois Lic. # _____     Physician (Print) _Kihoe_  M.D.

☐ May Substitute _____
☒ May Not Substitute _____  M.D.

000000817

*BEGIN USING FROM BOTTOM UP

EXHIBIT

tabbies®

000

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)    *NKA*   R4C57*

Patient _McCroy, Aaron_   Reg. # _N51882_   Date: _9-27-00_

Problem _Keratoconus._

ORDER: (Physician's Signature After Last Order) _Boston Advance Conditing/Cleany Solutions_

_X 6 months_

DEA/Illinois Lic. # _____ Physician (Print) _Kehoe_

☐ May Substitute _____   M.D.
☑ May Not Substitute _____   M.D.
DCA 7000
IL 426-1417   Noted by: _D Haith_   Date: _9-27-00_

---

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)   *NKA*   R4C57*

Patient _McCroy Aaron_   Reg. # _N51882_   Date: _9-20-00_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Zeoptin 20 y 80 2 120 ___

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____   M.D.
☐ May Not Substitute _____   M.D.
DCA 7000
IL 426-1417   Noted by: _D Haith_   Date: _9-20-00_

---

*R4C57*
*NKA*

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_   Reg. # _N51883_   Date: _9-1-00_

Problem _____

ORDER: (Physician's Signature After Last Order) _Muro 30cc PO. X 2 doses pp #2_

_Boston advance Conditioner/Cleaner X 3 months #1_

_Moalox prn X 1 bottle pp. ss #1_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____   M.D.
☐ May Not Substitute _____
DCA 7000
IL 426-1417   Noted by: _D Roxburth_   Date: _9-1-00_

# Wexford Health Sources, Inc.
# Henry Hill Correctional Center

## Referral Request Form

Date: _10/2/00_                           Referral Number: _0001131S_

Pre-Certification number given to vendor    ☐ Yes        ☐ No

Inmate No. _N51882_    Name: _McCroy, Aaron_ DOB _9/9/60_

Site Doctor: _Dr Choudry_ Referred to: _Dr Kehoe_ / _Optometrist_
                                          Specialist              Specialty

Hospital / Facility: _____    Hospital MD: _____

☐ Initial Evaluation    ☐ Follow-up    ☐ OP Surgery    ☐ In-Patient Hospital

Other: _____

Reason for Referral: _Keratoconus_

Date of Onset: _____ History of Injury/Problem: _____

_____

Conservative Treatment to Date: _needs contacts / last_
_approx cost $180_

_____

Tests and Results: _____

_____

_____                          _____  10/2/00
Attending Physician Signature and Date    Medical Director Signature and Date

Transmittal Date: _10/2/00_              Transmitted by: _Judy K Peter_

Approval Date: _____           Approved by: _____

Med. Furlough to: _____        Date / Time: _____

Address: _____                 City: _____

Telephone Number: _____

**EXHIBIT**
_EEE_

REV 05/97 - WEX REG 73

000000747

*Put in File*

NS1882

**Lens Return Form**

| PRACTITIONER | SALES REP. | P.O. NUMBER | INVOICE NO. | ORDER DATE | DATE SHIPPED |
|---|---|---|---|---|---|
| 11133 KEHOE EYE CARE | | | 11272-00 | 10/05/00 | 10/6/0 |

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| MCCORDY, A | | | BES | BLUE |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX R | 6.00 | -14.25 | 8.3 | STD | | |
| L | 5.33 | -22.12 | 8.3 | .5 STEEP | | |

| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION |
|---|---|---|---|
| 2 | 2 RHW | | Note: OS BEFORE SAG ADJ 530 -2250 |
| | | | RIEE K - WARRANTED |
| | | | Note: 90 DAY WARRANTY GIVES 2 EXCHANGES |
| | | | YES CC |

CAUTION: Federal law prohibits dispensing without prescription.

NON-STERILE - Clean and condition lenses prior to use.

PRACTITIONER ____

| | RIGHT | | LEFT | LOT NUMBER |
|---|---|---|---|---|
| PATIENT | B.C. | | | R 00263PTC001 |
| | Pwr. | | | L |
| MATERIAL | Dia. | | | |
| | C.T. | | | |
| | Mtrl. | | | |

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

S
H
I
P
T
O

PRACTITIONER

B
I
L
L
T
O

11133
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691



EXHIBIT

FFF

000000746

000000818

EXHIBIT
G G G

*BEGIN USING FROM BOTTOM UP

NKa                    R4C5A

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Mc Croy, Aaron_    Reg. # _N51882_    Date: _3/20/01_

Problem _____

ORDER: (Physician's Signature After Last Order) _CTm 4omg q1b x7d_
_Sudafed T1b x7d_
_Motrin 400n T1b x10d_

DEA/Illinois Lic. # _____
☐ May Substitute    Physician (Print) _____ M.D.
☐ May Not Substitute    _____ M.D.
Noted by: _____    Date: _3/20/01_

DCA 7000
IL 426-1417

---

R4C57                                    NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_    Reg. # _N51 882_    Date: _1-17-01_

Problem _____

ORDER: (Physician's Signature After Last Order) _Zestril 20mg po x1da_
_Ctm 4mg q 8°    A+D oint for dry skin_
_prn x10d.    to use bid x1mo_

DEA/Illinois Lic. # _____
☐ May Substitute    Physician (Print) _____ M.D.
☐ May Not Substitute    _____ M.D.
Noted by: _Baudria_    Date: _1-17-01_

DCA 7000
IL 426-1417

---

R4C57
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCROY, AARon_    Reg. # _N 51882_    Date: _10-19-00_

Problem _Keratoconus_    Advance

ORDER: (Physician's Signature After Last Order) _Boston Cleaning / Conditioning_
_Solutions x 1year_

DEA/Illinois Lic. # _____
☐ May Substitute    Physician (Print) _Kehoe_ M.D.
☒ May Not Substitute    _DR Kehoe or_    M.D.

| PRACTITIONER | SALES REP | P.O. NAME | INVOICE NO. | ORDER DATE | DATE SHIPPED |
|---|---|---|---|---|---|

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| CCROY | | | | |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX | 5.00 | | | | | |
| LENS RX | 5.33 | 22.12 | | | | |

| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION |
|---|---|---|---|
| 2 | 2 | RKW | ROSE K - WARRANTED |
| | | | YFE CC |

CAUTION: Federal law prohibits dispensing without prescription.

NON STERILE - Clean and condition lenses prior to use.

LOT NUMBER
02R00263PTC001

PRACTITIONER **72**

KEHOE EYE CARE

PATIENT
MCCROY, A

MATERIAL
BCS BLUE

| | | RIGHT | | LEFT | |
|---|---|---|---|---|---|
| B.C. | 5.33 | | 6.00 | | |
| Pwr. | -22.12 | | -14.25 | | |
| Dia. | 8.3 | | 8.3 | | |
| C.T. | | | | | |
| Mtrl. | BLUE | | | | |

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

IS DYNAMICS
PRECISION LENSES
8800 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

AIRBORNE
111272-00

3-6-01

Please make Rt eye BC 1/2 Stee
h dt compensate powe
and make LT lens BC 1.5 Diopte
+ compensate with
power
Thank You.
Kehoe Eye Ca

PRACTITIONER
11133

| SHIP TO | BILL TO |
|---|---|
| KEHOE EYE CARE | KEHOE EYE CARE |
| 135-4-L PLAZA | 135-4-L PLAZA |
| SUITE 35 | SUITE 35 |
| GALESBURG  IL 61401 | GALESBURG  IL 61401 |

PHONE (303) 237-6927 • (800) 228-2691

1-800-228-269

McCroy - Rose K.
N51884  lines in
returned for steeper
design back in January
R 1/2 steeper.
L 1.5 steeper



EXHIBIT

H H H-1

000000650



EXHIBIT
H H H - 2

| PRACTITIONER | SALES REP. | P.O. NUMBER | INVOICE NO. | ORDER DATE | DATE SHIPPED |
|---|---|---|---|---|---|
| 11133 KEHOE EYE CARE | | | 128329-00 | 03/07/01 | 3/8/8 |

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| MCCROY | | | BES | BLUE |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX R | 5.95 | -14.75 | 8.3 | STD | | |
| L | 5.23 | -23.50 | 8.3 | .5 STEEP A/A | | |

| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2 | 2 RKW | | ROSE K - WARRANTED | 75.00 | 150.00 |
| | | | Note: 90 DAY WARRANTY GIVES 2 EXCHANGES | | |
| | | | WARRANTY EXTENDED FOR 1 MORE PAIR EXCH. | | |
| | | | PER RAY M. | | |
| | | | YBH CC | | |

ok mg
3/9/01

CAUTION: Federal law prohibits dispensing without prescription

329

NON STERILE - Clean and condition lenses prior to use.

| | RIGHT | | LEFT | |
|---|---|---|---|---|
| | 5.95 | B.C. | 5.23 | |
| | -14.75 | Pwr. | -23.50 | |
| | 8.3 | Dia. | 8.3 | |
| | BES | C.T. Mtr. | BLUE | |

LOT NUMBER
R 01011PTC009
L

| | |
|---|---|
| SHIPPING/HANDLING | 6.25 |
| TAX | 0.00 |
| TOTAL | 156.25 |

PRACTITIONER
KEHOE EYE CARE

PATIENT
MCCROY

MATERIAL
BES    BLUE

MCCROY

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

AIRBORNE
128329-00

8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

SHIP TO
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

INVOICE

BILL TO
11133
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691

000000648

**EXHIBIT**

III

*BEGIN USING FROM BOTTOM

000000819

*NKA*
*R1A35*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCray Aaron_ Reg. # _N51882_ Date: _5-29-01_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Adalat cc 30mg po QD° x 120 day_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: _____ Date: _5-29-01_

DCA 7000
IL 426-1417

---

*Deg NKA*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCray, Aaron_ Reg. # _N51882_ Date: _5/10/01_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Zestril 10mg po QD° x 120 day_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: _D. Hackwith_ Date: _5/10/01_

DCA 7000
IL 426-1417

---

*NKA    Deg. 24*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _McCray, Aaron_ Reg. # _N51882_ Date: _5.3.01_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Contact solution x 1 box_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: _Hoppington_ Date: _5.3.01_

DCA 7000
IL 426-1417

EXHIBIT
JJJ
000000820

*BEGIN USING FROM BOTTOM

NKA

Deg 18

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron                Reg. # N51882    Date: 7-27-01

Problem _____

ORDER: (Physician's Signature After Last Order) Adivl 1-2 tabs, tid/qid
prn X 3 d.
PP

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
Noted by: Baaridgfor    Date: 7-27-01

DCA 7000
IL 426-1417

---

Deg 18
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCroy, Aaron                Reg. # N 51882    Date: 7-22-01

Problem Gasperm Contact Loses - Keratoconus.        x 6 months

ORDER: (Physician's Signature After Last Order) Boston Cleaner    Can give
Boston Conditioning Solution individually
Boston Enzyme.
Should give new bottle only in exchange of nearly empty bottle.

DEA/Illinois Lic. # _____ Physician (Print) Kehoe
☐ May Substitute _____ M.D.
☑ May Not Substitute Dr Kehoe on    Alice LPN    M.D.
Noted by: _____    Date: 7-23-01

DCA 7000
IL 426-1417

---

Deg 18

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient McCray, Aaron                Reg. # N51882    Date: 7/17/01

Problem _____

ORDER: (Physician's Signature After Last Order) LUBRIDERM APPLY FOR DRY SKIN PRN
X 30d

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute Alice LPN    M.D.
Noted by: _____    Date: 7-23-01

DCA 7000
IL 426-1417



**EXHIBIT**

KKK-1

| PRACTITIONER | SALES REP. | P.O. NUMBER | INVOICE NO. | ORDER DATE | DATE SHIP |
|---|---|---|---|---|---|
| 60025 KEHOE EYE CARE | | | 51197-00 | 12/03/01 | |

| PATIENT | INSURANCE INFORMATION | DAY WANTED | MATERIAL | COLOR |
|---|---|---|---|---|
| MC CROY | | | | |

| | BASE CURVE | POWER | DIA | OZ | PERIPHERAL CURVE | CT |
|---|---|---|---|---|---|---|
| LENS RX | | | | | | |
| R | | | | | | |
| L | | -24.25 | | | | |

| QUAN. ORDERED | QUAN. SHIPPED | STOCK NO. | DESCRIPTION |
|---|---|---|---|
| | | | |

Note: 30 DAY WARRANTY RULES 2 EXCHANGES

CAUTION: Federal law prohibits dispensing without prescription.

**1 9 7**

NON STERILE - Clean and condition lenses prior to use.

LOT NUMBER 01257PTC001

PRACTITIONER: KEHOE EYE CARE
PATIENT: MC CROY, P
MATERIAL: BLUE

RIGHT:
B.C. 5.18
Pwr. -24.25
Dia. 8.3
C.T.
Mtl. BLUE

LENS DYNAMICS
PRECISION LENSES

MC CROY LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES
8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

DHL
134197-00

SHIP TO:
KEHOE EYE CARE
35-4-L PLAZA
SUITE 20
GALESBURG    IL 61401

BILL TO:
60025
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 226-2691

000000648

PATIENT: MCCROY

BASE CURVE 5.55   POWER
5.23   -23.50

CAUTION: Federal law prohibits dispensing without prescription

NON STERILE - Clean and condition lenses prior to use.

LOT NUMBER: 01011PIC009

PRACTITIONER
KEHOE EYE CARE

PATIENT
MCCROY

MATERIAL
BES   BLUE

RIGHT
-5.95   B.C.   5.23
-14.75   Pwr.   -23.50
-8.3   Dia.   8.3
BES   C.T.   BLUE
MCCROY   Mtrl.

LEFT

Note: 90 DAY WARRANTY GIVES 1 EXCHANGE
WARRANTY
PER RAY M.
BES

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

LENS DYNAMICS
PRECISION LENSES

AIRBORNE
128329-00

8600 WEST 14TH AVE. SUITE 2 LAKEWOOD, CO 80215

PRACTITIONER

S
H
I
P
T
O

KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG        IL 61401

B
I
L
L
T
O

11133
KEHOE EYE CARE
35-4-L PLAZA
SUITE 35
GALESBURG    IL 61401

PHONE (303) 237-6927 • (800) 228-2691

Aaron McCray - Reseck order
OS

| BC | Diameter | Power |
|------|----------|--------|
| 5.10 | 8.3 | -24.25 |

10/9/02
60025

**EXHIBIT**
KKK-2

Switch to New
**Alphagan P**
(brimonidine tartrate ophthalmic solution) 0.15%

000000647

**EXHIBIT**

LLL

Western cc

...ois Department of Corrections

## .Health Status

Name: _McCray, Aaron_

Transferring Facility: _HillCC_

Date: _10 / 30 / 01_

Time: _5³⁰ (AM) PM_

Number: _N 5 1 8 8 2_   Race: (B) W H Other

Age: ~~36~~ 41   Date of Birth: _9/9/60_   Sex: M̶ F

Allergies: _NKA_   Food Handler Approved: _9-24-00_

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: _HCV   HTN_

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Chronic meds - Adalat CC 30mg q̄ AM x 90 days_
_~~Hyzide~~ HCTZ 25mg q̄AM x 30 days_

Chronic Long-term Medications: _Ribavirin 600mg AM et 600 mg PM x 24 wks_
_α-Inter feron 2B 3,000,000 iu SQ 3x weekly x 24 wks_

Chronic Psychotropic Medications: _∅_

Current Treatments: _Lubriderm x 3 months_   THERAPEUTIC DIETS: _Low Na. 2200 cal_

FOLLOW-UP CARE NEEDED: _____

CHRONIC CLINICS: _HTN/Cardiac_   SPECIALTY REFERRALS: _____

Significant Medical History: _ORIF BLE 1990   Keratoconus OU_

Physical Disabilities / Limitations: _∅_

Assistive Devices / Prosthetics: _∅   Contacts worn 2x/wk_   Glasses: _Contacts_   Dentures: _____

Mental Health Issues: _____   Hx Suicide Attempt: ☐ Date: __/__/__   Hx Psych Med ☐   Hx MPC/ STC ☐

Substance Abuse:   Alcohol: ☐   Drugs: ☒

| R & C Use Only | | |
|---|---|---|
| ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental | ☐ **Packet Complete** |
| ☐ MEDS | ☐ MH | ☐ Other | | |

Signature and Title: _M Larmore RN_

---

## Transfer Reception Screening

Facility: _WILC -_   Date: _10 / 31 / 01_   Time: _6²⁰ AM PM_

S: Current Complaint: _Ho HTN!_

Current Medications / Treatment: _Adalan_
_adalat cc 30 mg daily   HCT 2 25 mg daily_
_Ride Hstyped Clemensing_

O: Physical Appearance / Behavior: _Contracts + post plate N_
_psych - 0 meds_

Deformities: Acute / Chronic _____

T _98_   P _76_   R _18_   B/P _140 / 100_
_contact Serum_
_250 +_

P: Disposition:

1) [ ✓ ] Health Information Given

2) [   ] Emergency Referral _____

3) [ ✓ ] Sick Call:
   - ~~Urgent~~ / Routine
   - [   ] Medication Evaluation
   - [   ] Therapeutic Diet
   - [   ] Special Housing
   - [   ] Work/Program Limitation
   - [   ] Specialty Referrals
   - [   ] Chronic Clinics
   - [   ] Other ~~BC 11/1/01~~
   ~~to CC~~

4) [   ] Infirmary Placement

5) [   ] Other _____

Signature and Title: _C Shaw RN_

_____ - Rude Attitu_

000000727

EXHIBIT 1

**WESTERN ILLINOIS CORRECTIONAL CENTER**
**PERSONAL PROPERTY INVENTORY RECORD**

| Inmate Name McCray | Register No. N51952 | Housing Assignment | Date 11-1-01 |
|---|---|---|---|

UNAUTHORIZED/EXCESS PROPERTY

| Description | Method of Disposal | | |
|---|---|---|---|
| | Sent Home | Visit | Destroyed |
| 2 lotion | | | |
| 5 contact solution bottles Sent to HCU | | | |
| 2 contact cases | | | |
| 1 lakewood 12020 K fan | | | |
| 1 Brown Pants | | | |
| 2 spiral bound notebooks | | | |
| 1 Gold tone Cross Chain | | | |
| 2 belts | | | |
| 1 carry bag blue | | | |
| 4 photos | | | |
| 1 table | | | |
| 1 magazine | | | |
| 1 jar Cream P) | | | |
| 1 brown shirt | | | |
| 1 Koss TN65 screws | | | |
| 8 mirror pins | | | |
| 1 Panasonic FR299 | | | |
| 3 cassette tape screws | | | |
| Panasonic RX-FS470 (altered record) | | | |
| | | | |
| | | | |
| | | | |

I hereby certify that the Personal Property Sheets I am signing contain a true and
complete listing of my confiscated Personal Property.

Inmate's signature: _____        Number: _____

Date: _____

Witness: _____

cc:  1)Personal Property; 2)Inmate; 3)With Inmate's Property

DCA230-35568
TL426-22186

EXHIBIT

m m m



**Illinois**
**Department of**
**Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

## MEMORANDUM

DATE:       November 2, 2001

TO:         Offender McCroy N51882   4C38

FROM:       Deborah K. Fuqua, RN, CCHP
            Health Care Unit Administrator

SUBJECT:  Contact Lenses

Per the optometrist, Inmate McCroy N51882 has a medical condition that requires him to wear contact lenses. Therefore, he is authorized to have one (1) pair of contact lenses, one (1) storage case, one (1) bottle of cleaner and one (1) bottle of soaking solution.


Deborah K. Fuqua, RN, CCHP
Health Care Unit Administrator

DKF:sjz

cc: Warden Hockaday
    Assistant Warden Winters
    Assistant Warden Schnepel
    Shift Captains (7-11, 3-11, 11-7)
    Medical Records
    File



EXHIBIT

tabbies

N N N

000000903

EXHIBIT 2
PAGE 1 OF 2

December 17, 2001



Fr:  Aaron McCroy
     Reg. No. N51882
     Western Illinois C.C.

To:  Assistant Warden Schnepel   and     Deborah K. Fuqua, RN,CCHP
     of Programs.                         H.C.U. Administrator
     Western Illinois C.C.               Western Illinois C.C.

Re:  Medical Treatment and dispensing of Medication.

     This letter is in regards to correction a problem I am having
with the Staff of Wexford Health Resources who operated the WIC
Health Care Unit.  To wit;

     Because I suffer from keratoconus, a degenerative cornea
disorder. I have been prescribed contact lenses to maintain/replace
my damaged corneas.  In addition to the contact lenses I have been
prescribed contact lense cleaners for daily cleaning, enzyme
cleaner for weakly use in removing protein build up, and extra
lense cases.

     Upon arriving at  WICC my contact  lenses and etc. were taken
out of my property and given to Wexford Employees.  After several
days in which I was denied legally adequate vision, I was given my
contact lenses and cleaners back.  However, my prescribed enzyme
cleaners and extra case were taken.  I was told that I did not
need the enzyme cleaners or something to that effect.  The
prescribtion appears on the face of my medical file.  Wexford's
Staff stole my personal property and for non-medical reasons which
are against my treating physicians orders, and the recommendations
of both the contact lense and lense cleaner manufacturer's, refuse
to reissue my enzyme cleaner or case.

     Futhermore, I am required to turn in empty bottles of cleaning
solutions and wait numerous days for a refill.  Wexford's Staff
here at WICC has not taken into account the actual harm this polcy
causes me.  First, any days that I am unable to wear contact
lenses is a day that I am legally blind.  Second, I can not rewear
my contact lenses without cleaning them first.  As suggested by a
Nurse that I inform of this problem.  On 12-16-01 at aprx. 8 pm in
R3 C- wing.

                              -1-

Keratoconus is a degenerative cornea decease which causes the thinning, conning and perforating of the cornea. Contact lenses that are specially fitted maintain/replace the cornea and allows me to have limited vision. However, the fit must be check on a regular basis and the development of proteins and etc. on the lenses must be removed because this effects the fit of the lenses and lessens the time that I can wear them. Which is 10 hours under optimum conditions. Also, because Keratoconus perforates the corneas any dirt allowed to to build up on the lenses will enter my eyes thru the cornea, be trapped between them and my retinal and set up an infection. For these reasons I am given Enzyme cleaner and extra cases and my prescribtion is continual not intermittent.

In conclusion, I am asking that my property which was taken upon my arrival be given back. That my prescribtions as they apply to my eye care be followed. And that I be allow to see the Optometrist as soon as possible, in order that he may finish correcting the problems with my left contact lenses which was started by Dr. Kehoe before I left Hill C.C.

Your help in this matter would be greatly appreciated.


Thank you.

c.c/file

_____

Aaron McCroy, #N51882


EXHIBIT
000-2



STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

Facility: WIL
HILL CORRECTIONAL CENTER

MEDICAL PROGRESS NOTES

Inmate's Name _McCoy, Aaron_          Inmate's Number _N51882_

| Date/Time | SOA | PLANS |
|---|---|---|
| 12/18/01<br>1:35PM | **OPTOMETRIST**<br>pt state he hasn't been<br>wearing CL's due to lack of<br>Boston soln' + enzyme cleaner<br>which he needs to keep down<br>the protein deposits he<br>acquires while wearing CL's.<br>I will order the complete<br>care kit for him + recheck<br>lenses when he is able to<br>wear them. | Re J CL's<br><br><br><br><br><br><br><br><br>Dr Anderson O D |
| 12-3-01<br>1130 A | **PSYCHOLOGIST**<br>See Psych File | JB See Psy |
| 1-3-02<br>1:35PM | **OPTOMETRIST**<br>Ret: OD +50 -100 x 180    OD<br>       OS -50 -400 x 180<br>Subj. +50 -100 x 170<br>       OS -100 -300 x 180<br>Began +8 +24 x 150  Black<br>       Plotting of True | Over Refract CL's<br>70/67 |

DC 7147(3-84)<br>IL 426-0017

Dr Anderson O D

01/09/02     Dixon Correctional Industries
Dixon, IL 61021

Rx Only

SHIP TO:02605   WESTERN ILL CORRECTIONAL CTR
BILL TO:02605   WESTERN ILL CORRECTIO
PATIENT:MCCROY, N51882          DCN: 182176
TRAY#:8496                      INVOICE#:000029843    01/09/02
JOB ID:  182176                LENS PRICELIST:

### LENSES - REG                    Single Vision

Glass Photogrey Ext

| SPHERE | CYL | AXIS | OC HT | PRESCRIBED PRISM | ADD | SEG HT | DPD | NPD | BC |
|--------|-----|------|-------|------------------|-----|--------|-----|-----|-----|
| + 0.50 | - 1.00 | 170 | 0.0 | | | | 70.0B | | 6.00 |
| - 1.00 | - 3.00 | 180 | 0.0 | | | | 70.0B | | 4.25 |

Glass Photogrey Ext                              Single Vision

### FRAME STATUS - SUPPLY

MFG:DIXON   NAME:BRYAN D          TEMPLE NAME:DC1 DIX 3
EYE:48    BRIDGE:22    TEMPLE:150SKZ  COLOR:Black         CIRC:150.6

### BILLING INFORMATION          PRICE
SV GPGE                                  17.99
BRND                                      4.84
DC1 DIX 3                                 3.79

REDO:

COMMENTS                              Total:    26.62

JAN 18 A.M.



EXHIBIT
QQQ

000000590

EXHIBIT 42
1 OF 2

Illinois Department of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

*Emergency Grievance*

| Date: 1-27-02 | Committed Person (Please Print) Helen M. Eko | ID #: 0 N51400 |
|---|---|---|

| Present Facility: WICC | Facility where grievance issue occurred: Same |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Restoration of Good Time
- ☐ Disciplinary Report - Date: _____
- ☐ Mail Handling
- ☐ Dietary
- ☒ Medical Treatment
- ☐ Transfer Denial:
- ☐ By Transfer Coordinator
- ☐ By Institution
  - Where Issued: _____
- ☐ Disability
- ☐ Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: This is an Emergency Grievance, concerning the harassing and retaliatory treatment I am receiving from the persons running the WICC health care unit.

On Jan. 25, 2002 I was called over to the health care unit from school, while I was there wexford employees had WE correctional officers search my assigned cell and confiscated one empty bottle of contact lense solution and one lente enzyme cleaner. I had requested a refill of contact lente solution on Jan 22, 2002. Ms. Fugua claimed that they were trying to determine why I was using so much cleaner or something to that effect first, let me state, that after 2½ weeks before I requested this new refill of cleaning solutions. I was given an appd. 6 oz. bottle of solution. I am required to clean, rinse and soak my contact lenses each day. Thus a 6 oz bottle does not last for long, And any person who reads the instruction on use would be aware of this fact. However, ms. Fugua seems to not know this fact and had my cell searched and had me called over to the Health care for no other reason but to instigate an argument.

It is my belief that because I have complained, on many occasions of wexford's continuing pattern of malpractice. For instance, in my letters to asst. warden Schnepper and mr. Fugua, complaining of their denial of my contact lenses and solutions on 12-17-01 and a complaint to the ARB, complained of wexford replacing, switching my prescribed medical treatment and etc. wexford has elected to limit me contact lense cleand solutions and harassing me and using correctional officers to retaliate against me because they hope that these actions will deter me from pressing.

Relief Requested: "continued"

"see attached page"

MAY 0 3 2002

OFFICE OF INMATE ISSUES

[Attach additional pages if necessary]

**COUNSELOR'S RESPONSE**

Date Received: 2/5/02

Response: Ms FUQUA - HCUA states she did not have inmates cell searched. She and Nurse Shaw tried to issue new contact lens solution and cleaner along with instructions on 1/25/02. Inmate refused to listen to instructions and refused to take contact solution and cleaner.

| Counselor Signature | Print Name Perry | Date of Response 2/5/02 |
|---|---|---|

☐ Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

EXHIBIT
RRR-1

| Date:<br>1-27-02 | Committed Person:<br>(Please Print) Fallon McElroy | ID #:<br>N51562 |
|---|---|---|

| Present Facility:<br>WILC | Facility where<br>grievance issue occurred: same |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: _____

- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment

- [ ] Transfer Denial:
  - [ ] By Transfer Coordinator
  - [ ] By Institution
  - Where issued: _____

- [ ] Disability
- [ ] Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.
PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: _Confl' my issues are pushed, they are will aware that I am legally blind without the use of contact lenses able to have me lense changed to a onetime period to be done as vision that is adequate for normal activities._

_At present I am refusing any medications from medford, because I am concerned that they will either attempt to kill me or seriously injure me be either switching or tampering with my medications. They have already discontinued medications once and lied to the ARB to cover it up, also, I have watched other inmates die or become seriously injured at Hill C.C. from their brand of health care._

_"Emergency Grievance"_

_"Page"_

_2 of 2_

Relief Requested: _To be allowed at my own expense to purchase my medications from another source, and not to be required to use medford for any health related matters, until I can obtain court supervision of their actions, and that Hill [illegible] be cited from using deceptive affidavits in a scholarly manner._

(Continue on back if necessary.)

**COUNSELOR'S RESPONSE**

Date Received: _____

Response: _RECEIVED_

MAY 03 2002

OFFICE OF
INMATE ISSUES

Counselor: _____
Signature          Print Name          Date of Response

- [ ] Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

EXHIBIT
RRR-2

EXHIBIT 10

DEPARTMENT OF CORRECTIONS

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: February 6, 2002        Date of Review: March 24, 2002        Grievance # (optional): 02-267

Committed Person:

ID#:

Nature of Grievance: Inmate is grieving medical treatment.

Facts Reviewed: Inmate interviewed. Inmate states he is being denied proper medical treatment and it is causing him harm. Inmate states that he had to be rushed to Quincy due to the HCU's negligence concerning his cleaning solution for his contact.

Nurse Shaw interviewed. Inmate's med file reviewed. She states that a bottle of cleaning solution should last atleast 90 days per the bottle. She states that this prescription has to specially received from another vendor. She states that on 1-25-02 inmate was offered Boston Advance Comfort Formula 4 oz. and cleaner 1 oz. but the inmate refused and became very loud. She states that the inmate wants a specific kind of solution and it was not available at the time. On 2-26-02 inmate had a med writ to Quincy Medical Group but it was not an emergency writ. Inmate had an appointment. She states this stems from an injury in 1995. Inmate is allowed to refill his solution once a month but must bring the empty bottle with him to HCU.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's greivance be denied due to staff following established institutional policy and procedures as it relates to the medical treatment of inmate's.

Tara Barr
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 3-28-02        ☒ I concur        ☐ I do not concur        ☐ Remand

Comments: *He noted that inmate was offered proper formula & clean on 1-25-02 and refused Send pt B&M review on 2-26-02 pf Counselors respond also noted*

Chief Administrative Officer Signature

3/28/02
Date

## Committed Person's Appeal To The Director

If appealing the Chief Administrative Officers decision to the Director, this appeal must be submitted within 30 days after the date of the Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

MAY 0 8 2002

Committed Person's Signature

ID#

4-27-02
Date

EXHIBIT

RRR-3

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

I, _Aaron mc Croy_, understand that I am responsible for the care of these prescription glasses that I have received on this date _1/29/0~_. If they are lost, broken, stolen or damaged in any way, that I am responsible for the replacement of these glasses out of my funds.

Inmate Name: _____

Inmate Number: _____

Witness: _D L Anderson O D_

Date: _1/29/02_



EXHIBIT
SSS

000000589

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCroy Aaron_　　INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME: _Dr Weller_

CONSULT REQUESTED BY: _Dr Garlik_　　DATE _2-26-02_　URGENT (✓) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

_Corneal ulcer, keratoconus_

( ) EVALUATION
( ) Management

FINDINGS:
REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

① advanced keratoconus ou
② suspect apical touch ou, deep, sush
③ stromal scar centrally os, old hydrops (acute) crack in descements membrane

PROCEDURE: ④ No ulcer.

ASSESSMENT: – OlC c loxin
– Flu c optamu

RECOMMENDATIONS/PLANS: – it k's progress ≥ 55 and unable to fit c contacts Flu c on Sicck for

DATE: _2 6 Feb 02_　_Rbell Weller MD_ M.D. consider corneal transpl

(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _2/27/02_　_____ MD

DC7105-AJ(REV01/89)　　(SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

**EXHIBIT**
tabbies
_TTT_

000000535

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

**EXHIBIT**
uuu

## Referral Request Form

Date: _3/5/02_          Referral Number: _02003893_

Pre-Certification number given to vendor     ☐ Yes     ☐ No

Inmate No. _N61882_     Name: _aaron mcCroy_     DOB _9/9/60_

Site Doctor: _David Anderson OD_ Referred to: _Dr Peter Kehoe_ / _Contact Lenses_
                                                    Specialist              Specialty

Hospital / Facility: _Office - Galesburg Ill_ Hospital MD: _____

☒ Initial Evaluation     ☐ Follow-up     ☐ OP Surgery     ☐ In-Patient Hospital

Other: _____

Reason for Referral: _Refit if possible of CL's due to advanced Keratoconus_

Date of Onset: _____ History of Injury/Problem: _1995 - Keratoconus_

_____

Conservative Treatment to Date: _Seen by ophthalmology for stromal scarring_
_O.U. who suggested refit of CL's if possible or corneal transplant_
_if not possible - See consult 2/21/02_

Tests and Results: _____          _appt orig'd for_
                                         _scheduled 3-18-02_
_____  _cancelled per Warden_

_Dl anderson OD 3/5/02_          _Arms MD 3/5/02_
Attending Physician Signature and Date     Medical Director Signature and Date

Transmittal Date: _3-5-02_          Transmitted by: _V Lynne Shelton_

Approval Date: _3-8-02_          Approved by: _Wexford_
                                 3-25-02 11AM 4-1-02 11AM AM
Med. Furlough to: _Dr Peter Kehoe_   3-18-02 11AM 4-12-02 11AM AM
                                     Date / Time:
Address: _4L Plaza Suite 35_     City: Galesburg  II _cancelled_

Telephone Number: _309 343-1179_

                                 3-18-02 cancelled
000000536                        3-25-02 cancelled          REV 05/97 - WEX REG 73
                                 4-1-02 cancelled

EMERGENCY GRIEVANCE

EXHIBIT 8
1 OF 2

Illir.    partment of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 3-11-02 | Committed Person: (Please Print) Aaron McCroy | ID #: N51882 |
|---|---|---|

| ...ent Facility: Western Illinois C.C. | Facility where grievance issue occurred:    same |
|---|---|

NATURE OF GRIEVANCE:

| ☐ Personal Property | ☐ Mail Handling | ☐ Transfer Denial: | ☐ Disability |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☐ By Transfer Coordinator | ☐ Other _____ |
| ☐ Restoration of Good Time | ☒ Medical Treatment | ☐ By Institution | |
| ☐ Disciplinary Report · Date: _____ | | Where issued: _____ | |

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance:    This EMERGENCY GRIEVANCE is being filed because swift action is needed in order to save my eye sight and to combat Wexford Health Resource's deliberate indifference to treating my serious medical needs.  To wit;

I suffer from Kerataconus a degenerative cornea disorder which less then 1% percent of the worlds population suffers from this condition Wexford Health Resources here at WICC employs no Doctor qualified to treat the present and potential problems with my eyes, and this inability to give me adequate medical care nearly caused the loss of vision in my left eye.

Since my arrival at WICC I have had to write letters and grievances concerning Wexford's employee's deliberate indifference to my eye care needs.  It is my sincere belief that their actions are in retaliation for me complaining about their improper medical pratices.

However, the situation as it stands today is, that my left and right eyes have sustained vision threatening damage as a result of me being denied the proper cleaners for my lenses and being forced to wear ill fitted contact lenses.  The nature of my eye disorder requires that I see a qualified Optomologist on a regular basis and regularly refitted with new contact lenses.  It is imperative that I have access to a Doctor who is trained in the treatment of my rare disorder.  It should be noted, that I was complaining to Wexford Staff and warning them about what their actions would couse, and both wexford and WICC staff ignored my warnings.  I repeatedly told the eye doctor who fitted me with galsses which go over my contacts, that I was experiencing pain in my left eye.  Yet he was unable to see the severe damage.

Finally, I wrote to Asst. Warden Schnepel and Ms. Fuqua, HCU Administrator asking to see a qualified Doctor.  Upon seeing the Doctor he had me rushed to the Quincy Clinic for treatment.  The Doctor in Quincy disclosed to me that both of my contact lenses are doing great damage to my corneas, and that I should be sent to my Doctor in Galesburg Ill., to be refitted with new contacts, if possible.

Eventhough, Wexford staff knows that I am unable to see without contacts and that my present pair has and is causing me pain and severe eye damage, including severe headaches they have yet to send me out for

Relief Requested: _____

CONTINUED
PAGE 1 OF 2

(Attach additional pages, if necessary.)

COUNSELOR'S RESPONSE

Date Received: _____

Response: _____

Counselor: _____
            Signature            Print Name            Date of Response

☐ Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O.



EXHIBIT
V V V-1

March 11, 2002

## EMERGENCY GRIEVANCE
### PAGE 2 OF 2

evaluation and forcing me to wear my right contact lense in order to function in the sighted world.  Although, they know that me having to wear this contact is causing more damage to my cornea.

Relief Requested

Because the Wexford Staff here at WICC is not trained or knowledgable in the effects and treatment of karatoconus, and have only denied and delayed my treatment to the point of me almost losing vision in my left eye and now is forcing me to damage my right eye or be legally blind. It is imperative that I be sent to Dr. Kehoe in Galesburg, Ill., as soon as possible and transferred to another facility that has a Optomologist that is train in the treatment of this very serious disorder Also, that compensation for these unlawful acts be paid to me in the amount of $10.000.

Respectfully Submitted.

Aaron McCroy, #N51882

c.c./file



EXHIBIT

VVV-2

EXHIBIT 8
OF 2

Illin...  partment of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 3-11-02 | Committed Person: (Please Print) Aaron McCroy | ID #: N51882 |

| ...n Facility: Western Illinois C.C. | Facility where grievance issue occurred: same |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: _____
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment
- Transfer Denial:
  - [ ] By Transfer Coordinator
  - [ ] By Institution
- Where Issued: _____
- [ ] Disability
- [ ] Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance: This EMERGENCY GRIEVANCE is being filed because swift action is needed in order to save my eye sight and to combat Wexford Health Resource's deliberate indifference to treating my serious medical needs. To wit;

I suffer from Kerataconus a degenerative cornea disorder which less then 1% percent of the worlds population suffers from this condition Wexford Health Resources here at WICC employs no Doctor qualified to treat the present and potential problems with my eyes, and this inability to give me adequate medical care nearly caused the loss of vision in my left eye.

Since my arrival at WICC I have had to write letters and grievances concerning Wexford's employee's deliberate indifference to my eye care needs. It is my sincere belief that their actions are in retaliation for me complaining about their improper medical pratices.

However, the situation as it stands today is, that my left and right eyes have substained vision threatening damage as a result of me being denied the proper cleaners for my lenses and being forced to wear ill fitted contact lenses. The nature of my eye disorder requires that I see a qualified Optomologist on a regular basis and regularly refitted with new contact lenses. It is imperative that I have access to a Doctor who is trained in the treatment of my rare disorder. It should be noted, that I was complaining to Wexford Staff and warning them about what their actions would couse, and both Wexford and WICC staff ignored my warnings. I repeatedly told the eye doctor who fitted me with galsses which go over my contacts, that I was experiencing pain in my left eye. Yet he was unable to see the severe damage.

Finally, I wrote to Asst. Warden Schnepel and Ms. Fuqua HCU Administrator asking to see a qualified Doctor. Upon seeing the Doctor he had me rushed to the Quincy Clinic for treatment. The Doctor in Quincy disclosed to me that both of my contact lenses are doing great damage to my corneas, and that I should be sent to my Doctor in Galesburg Ill., to be refitted with new contacts, if possible.

Eventhough, Wexford staff knows that I am unable to see without contacts and that my present pair has and is causing me pain and severe eye damage, including severe headaches they have yet to send me out for

Relief Requested: _____

CONTINUED
PAGE 1 OF 2

(Attach additional pages, if necessary.)

| COUNSELOR'S RESPONSE |

Date Received: _____

Response: _____

Counselor: _____
Signature _____ Print Name _____ Date of Response _____

☐  Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board. 1301 Concordia Court, P.O...

EXHIBIT
WWW-1

March 11, 2002

EXHIBI 8
2 OF 2

## EMERGENCY GRIEVANCE
### PAGE 2 OF 2

evaluation and forcing me to wear my right contact lense in order to
function in the sighted world. Although, they know that me having to
wear this contact is causing more damage to my cornea.


Relief Requested

Because the Wexford Staff here at WICC is not trained or knowledgable
in the effects and treatment of karatoconus, and have only denied and
delayed my treatment to the point of me almost losing vision in my left
eye and now is forcing me to damage my right eye or be legally blind.
It is imperative that I be sent to Dr. Kehoe in Galesburg, Ill., as
soon as possible and transferred to another facility that has a
Optomologist that is train in the treatment of this very serious disorder
Also, that compensation for these unlawful acts be paid to me in the
amount of $10.000.

Respectfully Submitted.

Aaron McCroy, #N51882

c.c./file

**EXHIBIT**
WWW-2



KEHOE

We Care for People . . . Not Just Eyes!

Treatment of Eye Diseases Including Glaucoma
Contact Lenses Our Specialty
Adult and Pediatric Eye Care

March 26, 2002

Jean Zackey
Western Illinois Correctional Center
Route 99, Box 1000
Mount Sterling, IL 62353

RE: Contact lens for inmate Aaron McCroy (N51882)

Dear Ms. Zackey,

I have enclosed a special Rose-K keratoconic contact lens for Aaron McCroy's left eye.
Please forward this lens to your on-site optometrist or ophthalmologist for evaluation of
the fit.  The parameters of the lens are as follows:

| Lens Type | Base Curve | Power | Diameter | Peripheral Curves |
|-----------|-----------|-------|----------|-------------------|
| Rose-K | 5.10 | -24.25 | 8.3 | Standard |

This lens is a starting point for Mr. McCroy and may need to be modified to optimize fit
and vision.  If your on-site doctors have any questions or concerns, they can contact me at
(309) 343-1179.  I would also be happy to see Mr. McCroy for a consultation visit in our
office if needed, but I feel that his condition could probably be handled on-site.

Sincerely,

Brian J. Plattner, O.D.

EXHIBIT

XXX-1

000000539

4-L Plaza Suite 35  ●  P.O. Box 179  ●  Galesburg, IL 61401  ●  (309) 343-1179  ●  fax: (309) 343-5287
Illinois Toll Free  1-888-657-2020

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility: LnCC

Inmate's Name: Mc Croy, Aaron     Inmate's Number: N 518F?

| Date/Time | S O A | PLANS |
|---|---|---|
| 3/6/17 12:40pm | Copied Various copies per Janet's request given to med Record 3-26-02 | Stranger SA II ...0190 |
| 3-26-02 2:05pm | Doctor Kehoe's office called. They found McCroy's contact lens at H.u cc. They will mail it to us + let DR Anderson put it here. They can still see McCroy if something else needs to be done after that. | NURSE PRACTITIONER VLynne Shelton MedRecor |
| 4-3-02 4:30 Am | nurse note | |

LABORATORY DRAW
Date 4.3.02   Time 430a
Site____ Sticker #____   DEF12800632
Test Chem
Signature____

Refused to come for Chem panel as needed for 11hr Clinic — LOBrennen

EXHIBIT XXX-2

000000487

**EXHIBIT**
YYY

000000621

*BEGIN USING FROM BOTTOM UP

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_  Reg. # _N 5188 2_  Date: _4/16/0_

Problem _Keratoconus_

ORDER: (Physician's Signature After Last Order) _Add Boston enzyme cleaner_
_Per D. Platner Order_  _to other solution x y_

DEA/Illinois Lic. # _____

☐ May Substitute _DL Anderson OD_  Physician (Print) _D·L ANDERSON O_
☐ May Not Substitute _____

DCA 7000
IL 426-1417

Noted by: _____ _J Scott LPN_  M.D. Date: _4-16-0_

---

NKA

R3

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy Aaron_  Reg. # _N51882_  Date: _4-2-0_

Problem _Keratoconus_

ORDER: (Physician's Signature After Last Order)

_Boston Cleaning Cleaning Conditioning Year_

DEA/Illinois Lic. # _____

☐ May Substitute _____  Physician (Print) _____
☐ May Not Substitute _____

DCA 7000
IL 426-1417

Noted by: _DL Anderson OD K Kalura_  M.D. Date: _4-2-0_

---

3C18

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCROY, AARON_  Reg. # _____  Date: _2/24/02_

Problem _____

ORDER: (Physician's Signature After Last Order) _ASA 2 tab PO GID PRN_
_pain x 3d GP_

DEA/Illinois Lic. # _____

☐ May Substitute _____  Physician (Print) _SS m_
☐ May Not Substitute _____

DCA 7000
IL 426-1417

Noted by: _K P_  M.D.

OF ILLINOIS – DEPARTMENT OF CORRECTION.

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME McCroy Aaron   INAMTE'S NUMBER N51882

CONSULTANT'S NAME: Dr Peter Kehoe / Dr. Brian Platner

CONSULT REQUESTED BY: anderson   DATE: 4-12-02   URGENT (✓) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Advanced Keratoconus CL fit

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Heavy Apical Touch c̄ current lens OS
Better Contact Lens fit OS c̄ Epicon 6.4 Steep P.C.
lens OS. Still moderate apical touch. Better Centration.
Adequate Contact Lens fit OD

PROCEDURE:

ASSESSMENT: Severe Keratoconus OS > OD)

RECOMMENDATIONS/PLANS: Send I/m with my own personal Epicon lens OS.
Need to do Progress Check to re evaluate fit + comfort
in 2-3 weeks. Recommend that Correctional Center
carries CL cleaner, conditioner, and enzyme in stock. Replace
solutions for new bottle in return for empty bottle. Replace

DATE: 7/12/02

_____ /Platner OD M.D.
(SIGNATURE OF OCNSULTANT)   Care q 3 months.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 4/15/02   _____
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027


EXHIBIT
ZZZ

000000541