E-FILED
Friday, 30 March, 2007  11:56:08 AM
Clerk, U.S. District Court, ILCD

# Wexford Health Sources, Inc.
## Western Illinois Correctional Center

### Referral Request Form

Date: _4/16/02_          Referral Number: _02006275_

Pre-Certification number given to vendor    ☐ Yes    ☐ No

Inmate No. _N 51882_    Name: _Aaron McCroy_    DOB _9/9/60_

Site Doctor: _David Anderson_ Referred to: _Dr Brian Platner / Contact Lenses_
                                              Specialist            Specialty

Hospital / Facility: _Kehoe Eye Care Institute_ Hospital MD: _Galesburg IL_

☐ Initial Evaluation    ☒ Follow-up    ☐ OP Surgery    ☐ In-Patient Hospital

Other: _____

Reason for Referral: _3 wk follow up of CL refitting_

Date of Onset: _____ History of Injury/Problem: _1995 - Keratoconus_

_____

Conservative Treatment to Date: _____

_____

_____

Tests and Results: _____

_David I Anderson OD 4/16/02_                    _N ____ MD 4/16/02_
Attending Physician Signature and Date            Medical Director Signature and Date

Transmittal Date: _4-16-02_            Transmitted by: _V Lynne Shelton_

Approval Date: _4-17-02_              Approved by: _(Wexford_

Med. Furlough to: _Kehoe Eye Care_     Date / Time: _Tues May 7 2002  11AM_
                  _Dr Brian Plotner_              _May 13 2002_
Address: _4L Plaza  Suite 35_          City: _Galesburg IL 61401_

Telephone Number: _309-343-1179_

EXHIBIT
AAAA

PLAINTIFF'S
EXHIBIT
A
Part 4

REG 73
00000544

## WESTERN ILLINOIS CORRECTIONAL CENTER
### Mt. Sterling, Illinois

MEMORANDUM

DATE: 5-3-02

TO: RECORD OFFICE

FROM: HEALTH CARE UNIT

SUBJECT: EMERGENCY MEDICAL FURLOUGH

Resident
Name McCroy Aaron          Number N51882
S.S.# 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          Birthdate 9-9-60
Scheduled on Tues May 7 2002 at 1100          am/pm to see
Doctor Plotner          at Kehoe Eye Care
                        4L Plaza Suite 35
TYPE OF FURLOUGH          Galesburg IL 61401
Same Day Return    ✓      Telephone 309-343-1179
Admission
Estimated Length of Stay
Emergency

REASON FOR FURLOUGH:          MEDICAL ALERT:
Specialist Consult          Epileptic
EEG          Diabetic
Dental          Hypertensive
Return Appointment          Cardiac
Post-Op Check          Allergy
Surgery          Asthmatic
Other Eye    ✓          Other

MEDICATION NEED

INFORMATION TO ACCOMPANY:
Consultation    ✓
X-Ray Films
Transfer Sheet    ✓
Laboratory Tests
Other

*cancelled per Warden rescheduled 5-3-02*

PRE-FURLOUGH PREPARATION AND OR SPECIAL INSTRUCTIONS:
PLEASE RETURN A COPY OF THE EMERGENCY REPORT TO WIL.
Return to Health Care Unit upon arrival at WIL.

Deborah K. Fuguah RN CCH
CHARGE NURSE, HEALTH CARE UNIT

cc: Health Care Unit Administrator
    Medical Director
    Director of Nursing HCU
    Medical Records
    Information Packet
    7-3 Shift Commander

DCA 230-35735 (Rev 1/98)
IL 426-18576



EXHIBIT
BBBB

000000546

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME. McCroy Aaron    INAMTE'S NUMBER  N51882

CONSULTANT'S NAME. Dr Plotner  Kehoe Eye Care

CONSULT REQUESTED BY: Dr                DATE 5-13-02 ) YES (✗NO   URGENT
                      Anderson              5-702
REASON FOR CONSULT. (LIST PROBLEM)

3wk  FU  of  CL refitting

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS.  Vc < 20/30⁻²
              20/200    OR -5.25 sph 20/50  OS
           Only Able to tolerate OS Epicon lens
           1-2 hrs/day every other day.



Good Lateral Centration

—Good AEL

PROCEDURE:

ASSESSMENT: ① Good Epicon CL FTL OS but par comfort.

RECOMMENDATIONS/PLANS ① DIC CL wear OS Consider corneal transplant OS at
                          ILm expense. Rx. A/T Tears gtd on x 180 days. ILm
DATE  5/13/02            to return to Dr. Anderson stat for any hydrops.
                                    R___ Plotner___ OD MD
                                    (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY.

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: 5/13/0

DC7105-AJ(REV01/89)                        (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT

CCCC

000000548

000000622

*BEGIN USING FROM BOTTOm UP

**EXHIBIT**
DDDD

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy      Aaron_      Reg. # _N 51882_      Date: _5-13-02_

Problem _Post Contact lens Wear_

ORDER: (Physician's Signature After Last Order) _Artificial Tears Qid    OU. X 6 mos._

DEA/Illinois Lic. # _____      Physician (Print) _D. W. Anderson_

☐ May Substitute _D1 Anderson OO_      _____ M.D.

☐ May Not Substitute _____      _____ M.D.

DCA 7000
IL 426-1417      Noted by: _Dibrennen LPN_      Date: _5-13-02_

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy,    Aaron_      Reg. # _N-51882_ Date: _5-6-02_

Problem _Dry Skin_

ORDER: (Physician's Signature After Last Order) _____

_D/C  Lubriderm_

DEA/Illinois Lic. # _____      Physician (Print) _____

☐ May Substitute _Dr Sims MD / R. Miller APN BC_      _____ M.D.

☐ May Not Substitute _____      _____ M.D.

DCA 7000
IL 426-1417      Noted by: _K. Kaler RN_      Date: _5-6-02_

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy   Aaron_ Reg. # _N 51882_ Date: _5/2/02_

Problem _HCV , HA_

ORDER: (Physician's Signature After Last Order) _Lactulose   use as directs X 1 yr_

_Cultural BCCy) YC T-D PHS    HA X 1 mo_

DEA/Illinois Lic. # _____      Physician (Print) _S. Scott_

☐ May Substitute _____      _____ M.D.

☐ May Not Substitute _____      _____ M.D.

DCA 7000
IL 426-1417      Noted by: _S Scott LPN_      Date: _5-2-02_

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 5/14/02                          Referral Number: _____

Pre-Certification number given to vendor    □ Yes       □ No

Inmate No. N 51882          Name: Aaron McCroy      DOB 9-9-60

Site Doctor: Dr Anderson OD   Referred to: Dr Sieck    / Cornea
                                            Specialist           Specialty

Hospital / Facility: _____   Hospital MD: _____

   Initial Evaluation      □ Follow-up     □ OP Surgery     □ In-Patient Hospital

Other: _____

Reason for Referral: Keratoconus OS & OD

Date of Onset: _____ History of Injury/Problem: 8 yrs approx

pt can no longer tolerate a CL on the left eye + we have

Conservative Treatment to Date: discontinued wear due to intolerance, pain,

recurrent hydrops, stromal scarring. at this point a

corneal transplant should be considered.

Tests and Results: _____

David J Anderson O D 5-14-02          _____ 5/14/02
Attending Physician Signature and Date         Medical Director Signature and Date

Transmittal Date: 5-14-02             Transmitted by: V Lynne Shelton

Approval Date: _____       Approved by: _____

Med. Furlough to: _____    Date / Time: _____

Address: _____             City: _____

Telephone Number: _____

**EXHIBIT**
EEEE

REV 05/97   WHS REG 73

000000550

MAY. 16. 2002  5:19PM    WEXFORD HEALTH SOURCES    NO. 9285   P. 1



WEXFORD
MEDICINE IN CORRECTIONS

To:  Utilization Management Department, Site Medical Director and
Health Care Unit Administrator

From:  Dr. Cleveland Rayford, M.D., IL Regional Medical Director  *P.S. Rayford MD*

Date/Time:  05 - 15 - 2002 (2:15 P.M.)

Subject:  Inmate Name/Number:  *Aaron McCroy      N51882*
Site/Service  *Western ILCC      Cornea Transplant*

Based on review of the information provided it is my medical opinion that:

1.  Approved:  The requested services are medically necessary at this time.
2.  ☒ Non Approved:  The requested services are not medically necessary at this time.
3.  Alternate Plan For Service Requested  *The I.DOC nor Wexford*

*will pay for transplantations. Suggest that patient*
*talk with HCUA if he and/or his family is willing*
*to take care of the cost of transplantation.*

4.  Appeal Date/Time _____
5.  Telemedicine Case Conference Requested
5 a.  Your telemedicine case conference is scheduled for _____ (date/time)
6.  Appeal Information _____

_____

_____

_____

_____

_____

7.  Appeal Approved Signature _____ (date/time)
8.  Appeal Non-Approved Signature _____ (date/time)
9.  Provider Signature *1/6* (date/time) *5/20/02 12:17P*
    I will re-consult upon completion of alternate medical plan if indicated.
10.  Provider Signature _____ (date/time
    I do not desire second opinion of non-approved appeal.
11.  Provider Signature _____ (date/time)
    I desire second opinion of non-approved appeal.

** The information contained in this report is privileged and confidential.
** Document Revised: 09/2001

285 Greentree Commons ♦ 381 Mansfield Avenue ♦ Pittsburgh, PA 15220
412.937.8590 ♦ Fax 412.937.8599 ♦ www.wexfordhealth.com

FAXED



EXHIBIT

*FFFF*

000000551

EXHIBIT E. 2 OF 2

Department of Corrections

COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 8-6-02 | Committed Person: (Please Print) Aaron McCroy | ID #: N51882 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: same | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: _____

- [ ] Mail Handling
- [ ] Dietary
- [ ] Medical Treatment

Transfer Denial:
- [ ] By Transfer Coordinator
- [ ] By Institution

Where Issued: _____

- [ ] Disability
- [ ] Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: This Emergency ADA Grievance is being filed to addrees the discrimination I suffer for being a disabled person and ~~the retaliation I have endured for complaining about the vision~~ threatening acts the WICC officials or their agents have committed in regards to my disability.

~~The latest form of retaliation I have suffered ei being denied~~ the ability to eat during the times that a prescribed medication blinded me and 21 days commissary denial for not being able to ~~report to school after I had to take prescribed medications for my~~ frequent eye infections. These medication effectively blind me by freezing my pupil reponses, which in itself is blinding, combined ~~with the inability to wear my contact/lense for several days without~~ which I am legally blind.

~~On 7/26/02 I reported to med line to request the medications for~~ my then eye infection, at which time I reported to the Nurse and ●ing Officer the the Meds would blind me and I would be unable to ~~●port to school or go to the dining hall to eat. and to call the~~ HU unit to confirm that I was to be laid in. I then went to my assigned cell to await the lessening of the effects of the meds.

~~On 7/26/02 I received a IDR from D. Ferguson my instructor, he~~ informed me that HCU would not confirm the prescribed lay in, thereforer he wrote the IDR.

~~On 7/31/02 I was called to hear the ticket with Sgt. Logsdon and~~ I attempted to explain that I was laid in due to my disability and the blinding meds I have to take for my eye infections, he was very ~~hostile and would not listen to my explaination, that would have~~ resolved the matter as a mistake on staff's part.

On 8/06/02 I received a final summary in which Sgt. Logsdon made ~~ne mention of my defense, found me guilty and recommend 21 days~~ com. denial and Warden D. Hockaday, approved his decision.

~~This action constitutes Discrimination and retaliation in violation of~~ the Americans with a Disabilities Act and a Double sanction against me in violation of I.D.O.C. rules because my signed EGCC contract allows me to miss up to 3 days per contract without sanctions.

Relief Requested: The IDR expunged, Mr. Ferguson to give the name of the ~~person in the HCU that failed to confirm the Lay-in and for Sgt.~~ Logsdon to give a written rationale for his actions and to be disciplined for violations of I.D.O.C. Rules. And to be Compensated in ~~the amount of $15,000.~~

(Attach additional pages, if necessary)

**COUNSELOR'S RESPONSE**

Date Received: _____

Response: _____

Counselor: _____   Signature _____   Print Name _____   Date of Response _____

Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O.

EXHIBIT

GGGG

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 8-19-02

Referral Number: _____

Pre-Certification number given to vendor  ☐ Yes  ☐ No

Inmate No. N51882  Name: McCroy Aaron  DOB 9-9-60

Site Doctor: Sims  Referred to: _____  , OPHTHALMOLOGY
                                   Specialist                                    Specialty

Hospital / Facility: _____  Hospital MD: _____

☐ Initial Evaluation  ☐ Follow-up  ☐ OP Surgery  ☐ In-Patient Hospital

Other: CORNEAL TRANSPLANT (L EYE

Reason for Referral: KERATOCONUS  OS > OD

Date of Onset: _____  History of Injury/Problem: 5YR Hx — NOW PT

CAN NO LONGER TOLERATE CONTACT LENS FOR L EYE & PAIN
RECURRENT HYDROPS — CORNEAL TRANSPLANT HAS BEEN RECOMMEND

Conservative Treatment to Date: _____

_____

_____

Tests and Results: _____

_____

S. SIMS MD  8/19/02
Attending Physician Signature and Date

Ums 8/19/02
Medical Director Signature and Date

Transmittal Date: 8-19-02

Transmitted by: VLynne Shelton

Approval Date: _____

Approved by: _____

Med. Furlough to: _____

Date / Time: denied 8.21.02

Address: _____

City: _____

Telephone Number: _____

**EXHIBIT**
HHHH

000000553

REV 05/97 - WEX REG 73





MEDICINE IN CORRECTIONS

**NON APPROVED**

To:     Utilization Management Department, Site Medical Director and
        Health Care Unit Administrator
From:   Dr. David E. Rowe, Vice President & Chief Medical Officer
Date/Time:  August 21 2002
Subject:    Inmate Name/Number: AARON M°CROY    N51882
            Site/Service    WESTERN    CORNEAL
                                        TRANSPLANT
                                        LEFT

Based on review of the information provided it is my medical opinion that:

1. _____ Approved:    The requested services are medically necessary at this time.
2. ✓        Non Approved:  The requested services are not medically necessary at this time.
3. _____ Alternate Plan For Service Requested _____

As per phone call - Record review reveals insufficient time allowed for
initial wear time & adaptsuy. Pt will be placed on the ms/nnacyt
monitored. Start with 30⁴ am/pm 1st day, then 45th 2nd, thus-third day
2h-s Bio, 3hrs Bio, 4h-s Bio, then Evaluate - ensure eyes are moist
                                                            DRowe

4. _____ Appeal Date/Time _____
5. _____ Telemedicine Case Conference Requested
5 a. _____ Your telemedicine case conference is scheduled for _____ (date/time)
6. _____ Appeal Information _____
_____
_____
_____
_____
_____

7. _____ Appeal Approved Signature _____ (date/time) _____
8. _____ Appeal Non-Approved Signature _____ (date/time) _____
9. _____ Provider Signature _____ (date/time) _____
9. a. ✓  I will re-consult upon completion of alternate medical plan if indicated.
10. _____ Provider Signature _____ (date/time 8/21/02)
10. a. _____ I do not desire second opinion of non-approved appeal.
11. _____ Provider Signature _____ (date/time) _____
11. a. _____ I desire second opinion of non-approved appeal.

** The information contained in this report is privileged and confidential.
** Document Revised: 02/2001

**EXHIBIT**

tabbies

IIII

000000554

attn
DR. ROWE

# Wexford Health Sources, Inc.
## Western Illinois Correctional Center

### Referral Request Form

Date: 8/21/02                              Referral Number: _____

Pre-Certification number given to vendor    ☐ Yes    ☐ No

Inmate No. N51882 _____ Name: MCCROY, AARON _____ DOB 9/9/60

Site Doctor: SIMS _____ Referred to: _____/_____
                                    Specialist          Specialty

Hospital / Facility: _____ Hospital MD: _____

☐  Initial Evaluation  ☐  Follow-up  ☐  OP Surgery  ☐  In-Patient Hospital

Other: _____

Reason for Referral: _____

Date of Onset: _____ History of Injury/Problem: _____

Conservative Treatment to Date: DR ROWE WANTED THE FOLLOWING

EYE EXAM ON OFFENDER AARON MCCROY FOR EVALUATION

= NEED FOR CORNEAL TRANSPLANT 2° KERATOCONUS

AND CONTACT LENS INTOLERANCE

Tests and Results: OFFENDER REFUSED EXAM COMPLETELY 8/20/02
SAYING HE COULD ONLY SEE THAT EYE CHART WAS TAN AND NOTHING ELSE.
LAST VISUAL EXAM. SHOWED OD +50 -100 x 180  SUBJ +50 -100 x 170  HE REFUSED
OS -50 -400 x 180  -100 -300 x 180 TO PUT IN
CL'S

S. SIMS MD   JAN 3-2002  PD 70/67                    Um MD    8/21/02
Attending Physician Signature and Date  48 ~24 x 150 BLACK   Medical Director Signature and Date

Transmittal Date: 8-21-02                  Transmitted by Lynne Shelton

Approval Date: _____                  Approved by: _____

Med. Furlough to: _____               Date / Time: _____

Address: _____                City: _____

Telephone Number: _____

Wexford approved.
never approved.
or disapproved this part is
they considered of other referr

REV 05/97 - WEX REG 73

EXHIBIT
JJJJ

000000556

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 9/4/02                              Referral Number: 02013765

Pre-Certification number given to vendor        ☐ Yes        ☐ No

Inmate No. N51882        Name: McCROY, AARON        DOB 9-9-60

Site Doctor: SIMS        Referred to: _____ / OPHTHALMOLOGY
                                          Specialist              Specialty

Hospital / Facility: _____ Hospital MD: _____

☑ Initial Evaluation    ☐ Follow-up    ☐ OP Surgery    ☐ In-Patient Hospital

Other: _____

Reason for Referral: KERATOCONUS

Date of Onset: _____ History of Injury/Problem: PT C Hx KERATOCONUS

C/O INABILITY TO WEAR CL IN L EYE AT FOR ANY PERIOD OF TIME
AND ABILITY TO WEAR CL R EYE FOR ONLY A FEW HOURS

Conservative Treatment to Date: _____

_____

_____

Tests and Results: _____

_S SIMS MD 9/4/02_                        _____ MD 9/4/02
Attending Physician Signature and Date          Medical Director Signature and Date

Transmittal Date: 9-5-02                  Transmitted by: V Lynne Shelton

Approval Date: 9-9-02                     Approved by: Wexford

Med. Furlough to: Jacksonville Opthalmologic Assoc      Date / Time: Fr, Sept 20 2002 130pm
                  Dr. Schultz

Address: 2000 W Morton Ave                City: Jacksonville IL 62650

Telephone Number: 217-245-6814

**EXHIBIT**

KKKK

000000560

REV 05/97 - WEX REG 73

SEP. 9. 2002 10:30AM    WEXFORD HEALTH SOURCES    NO. 5/08    P. 1/1



# FACSIMILE COVER SHEET

DATE: SEPTEMBER 9, 2002

PAGES: 1

TO: LYNN/ LORI

FROM: THALIA
Utilization Review Department
Wexford Health Sources, Inc.
205 Greentree Commons
381 Mansfield Avenue
Pittsburgh, PA 15220

PH:

PH: (800) 353-8384
(877) 939-2884

FAX:

FAX: (412) 937-9151

CC:

## CONFIDENTIAL

☐ URGENT    ☐ FOR YOUR REVIEW    ☐ REPLY ASAP    ☐ PLEASE COMMENT

MESSAGE/REMARKS:

HAPPY MONDAY TO LYNN AND LORI;

FOR AARON MC CROY

PLEASE SHARE THIS INFORMATION WITH DR SIMS AS HE WILL BE
CALLING THIS PHYSICIAN PRIOR TO THE APPOINTMENT

JACKSONVILLE OPHTHALMOLOGIC ASSOC (DR SCHULTZ)

2000 W. MORTON AVENUE

JACKSONVILLE, IL    62650

217-245-6814    LINDA IS IN THE OFFICE

THALIA





This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient,
you have hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us at the above address via the U.S. Postal Service. Thank you.

REV. 3.14.01

**EXHIBIT**

M M M M-1

P. 1



# JACKSONVILLE OPHTHALMOLOGIC ASSOCIATES, Ltd.

*Eric A. Giebelhausen, M.D., F.A.C.S. - A. George Schultz, III, M.D., F.A.C.S.*
*H. Jay Bruninga, M.D. - Harvey D. Mack, O.D.*

September 23, 2002

Dr. Sims
Western Illinois Correctional Center
Rt 99
Mt. Sterling, Illinois 62353

RE: Aaron McCroy
B.D. 9-9-60

Dear Dr. Sims:

I had the opportunity to see <u>Aaron McCroy</u> as you requested on the afternoon of September 20, 2002 regarding evaluation for "keratoconus".

Mr. McCroy is a forty-two year old male who was well spoken and cooperative. He gave a history of having long-standing poor vision in both eyes who denied previous eye surgeries or significant ocular injury. He has had known keratoconus for many years and does wear a gas permeable contact lens in the right eye for the keratoconus and has been intolerant of the contact in his left eye for the past seven to eight years. He currently is on a hypertonic saline solution and scopolamine drops in the left eye.

When examined in the office, Mr. McCroy had uncorrected visual acuities of less than 20/200 in either eye. With the insertion of his right contact lens, his vision improved to the 20/100 level. This could not be improved beyond the 20/100 level with an over-refraction or with the use of a pinhole. The vision in the left eye could not be improved by any means. His external eye examination is unremarkable. There was no conjunctival injection and his lids were in normal position. The right cornea showed an obvious keratoconus with approximately 30% loss in thickness of the central cornea but without the loss of transparency. A right corneal topography (see enclosed) showed a keratometer reading of 54.50 in one meridian and 46.50X098 in the other meridian. The patient's present right contact lens showed good 3-point touch with a steep inferior fit with bubbles compatible with the diagnosis of keratoconus. The right anterior chamber was clear and deep without inflammation and his pupillary reactions were normal and appropriate. The left cornea showed central apical scarring with approximately 80% loss of corneal thickness with a prominent Fleischer ring. Attempts at a left corneal topography were such that the machine "would not compute". His intraocular pressures seem to be in the normal range but the keratoconus made the exact measurements impossible. His visual fields were grossly full to confrontation and the remainder of his eye examination was compatible with his chronologic age.

000000564



9-23-2002 8:39PM    FROM JACKSNVLL OPH ASOC 2172450375    P. 2

– 2 –                          September 23, 2002

It is my suggestion that Mr. McCroy continue with the topical hypertonic saline as he presently is doing. He will definitely need a left penetrating keratoplasty at some time in the future in an effort to maximize his visual acuity as the degree of keratoconus and scarring are inconsistent with a contact lens or spectacle lens correction. I would suggest that he be seen in consultation by a corneal surgeon at sometime such as Dr. Eric Lohse at the Springfield Clinic in Springfield, Illinois or with a corneal surgeon approved by the Department of Corrections.

In summary, Mr. McCroy has a chronic eye problem bilaterally, worse in left eye than the right. He is having no acute problem but his visual acuity is certainly inadequate at his present level.

Should you have any question regarding the above-mentioned information, please let me know.

Sincerely,

A. George Schultz III, M.D., F.A.C.S.

AGS/lmm


EXHIBIT
mmmm-2

000000565

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 9/30/02                    Referral Number: O2015160

Pre-Certification number given to vendor    ☐ Yes    ☐ No

Inmate No. N51882    Name: McCRUY, AARON    DOB 9-9-60

Site Doctor: Sims    Referred to: Dr Joseph Jeden CORNEA SPECIALIST
                                  Specialist              Specialty

Hospital / Facility: Prairie Eye Center    Hospital MD: _____

☑ Initial Evaluation    ☐ Follow-up    ☐ OP Surgery    ☐ In-Patient Hospital

Other: _____

Reason for Referral: BILATERAL KERATOCONUS

Date of Onset: _____    History of Injury/Problem: PT WITH LONG HISTORY OF KERATO

CONUS NOT ABLE TO TOLERATE HARD CONTACT LENSES. PT SEEN BY DR. SCHULT_
WHO AGREES KERATOPLASTY WILL BE NEEDED IN FUTURE HE RECOMMENDED
Conservative Treatment to Date: APPT TO. DR LOHSE, CORNEA SPECIALIST FOR DEFINITL

OPINION REGARDING NEED FOR KERATOPLASTY

_____

Tests and Results: _____

S. SIMS, M).    9-30-02        /\ Ros MD    9-30-02
Attending Physician Signature and Date        Medical Director Signature and Date

Transmittal Date: 9.30.02    Transmitted by: Lhynne Shelter

Approval Date: 10.3.02    Approved by: Wexford

Med. Furlough to: Prairie Eye Center    Date / Time: Weds. Nov. 20 2002. 245pm
                  Dr Joseph Jeden

Address: 901 W morton Ave    City: Jacksonville IL 62652
         Lincoln Sq Shopping Ctr

Telephone Number: 217-245-6211    000000568

EXHIBIT
NNNN

REV 05/97 - WEX REG 73

JO ELLEN CROFT
Surgery Scheduling

PRAIRIE EYE CENTER, LTD
2020 West Iles Avenue
Springfield, Illinois 62704

PRAIRIE
Eye Center

(217) 698-3030
(800) 761-1144 (toll-free)

DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REPORT OF CONSULTATION

INMATE'S NAME  McCroy Aaron   INMATE'S NUMBER  N51882

CONSULTANT'S NAME  Dr Joseph Feder

CONSULT REQUESTED BY  Dr. Sims   DATE  11-20-02   URGENT ( ) YES ( ) NO

REASON FOR CONSULT (LIST PROBLEM)

eval   bilateral keratoconus

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT-USE REVERSE SIDE IF NECESSARY

FINDINGS: Very severe keratoconus. Left eye - not treatable with co-act lenses advise penetrating keratoplasty. Right eye keratoconus not as severe may be treatable with Rigid gas perm contact lens

PROCEDURE: Patient has episodes of corneal hydrops with acute painful swelling of cornea - for these episodes suggest Saline Eye drops (Muro 128) q 2-3 hours while awake BID plus Voltaren or Acular eye drops QID

ASSESSMENT:

RECOMMENDATIONS/PLANS: Suggest Penetrating Keratoplasty (corneal transplant) Left eye
please contact JoEllen Croft Toschelle (217) 698-3[...]

DATE  11/20/02   Joseph M. Feder M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

( )  I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

(x)  I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE  11/20/02   _____
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AII REV 01/89)
IL426-0027

EXHIBIT
0000

000000572

# Wexford Health Sources, Inc.
## Western Illinois Correctional Center

### Referral Request Form

Date: 12/4/02

Referral Number: 02019706

Pre-Certification number given to vendor  ☐ Yes  ☐ No

Inmate No. N51882    Name: MCCROY, AARON    DOB 9/9/60

Site Doctor: SIMS    Referred to: FEDER, MD    / _____
_____ Specialist _____ Specialty

Hospital / Facility: _____ Hospital MD: _____

☐  Initial Evaluation    ☐  Follow-up    ☑ OP Surgery    ☐  In-Patient Hospital

Other: _____

Reason for Referral: KERATOCONUS (L EYE

Date of Onset: X MANY YRS.  History of Injury/Problem: PT WITH SEVERE KERATOCON

COMPLICATED WITH HYDROPS

Conservative Treatment to Date: OPT, OPHTHO CONSULTS; HYOSCINE DROPS; VOLTARE

?OPS HARD GAS PERM CL (R EYE

_____

_____

Tests and Results: _____

S. SIMS, MD  12/4/02
_____
Attending Physician Signature and Date

_____ MD  12/4/02
_____
Medical Director Signature and Date

Transmittal Date: 12-4-02

Transmitted by: VLynne Shelton

Approval Date: 12-10-02

Approved by: Wexford

Med. Furlough to: St Johns Hospital
Dr Joseph Feder

Date / Time: Mon Jan 6 2003 11Am

Address: 800 E Carpenter

City: Spfld IL 62769

Telephone Number: 217 525 · 5615

**EXHIBIT**
PPPP

000000573

REV 05/97 - WEX REG 73

DEC. 10. 2002 12:59PM    WEXFORD HEALTH SOURCES    NO. 5398    P. 1/1

Form # UR-006



## PRE-CERTIFICATION NOTIFICATION

This patient is authorized for the following procedure(s) and is approved for the length of stay indicated below. If the services to be provided differ from those listed below, please notify the Utilization Review Department of Wexford Health Sources, Inc. prior to the procedure being performed. The UR Department can be reached twenty-four hours a day, seven days a week at the phone number listed below.

DATE: **December 10, 2002**

PATIENT NAME/NO. **Aaron McCroy / N51882**

INSTITUTION: **Western Illinois Correctional Center**

MEDICAL FACILITY: **St Johns Hospital**
PHONE: **217-525-5615**
FAX: **217-535-3781**

PHYSICIAN: **Dr. Joseph Feder**
PHONE: **217-245-6211**
FAX: **217-245-2932**

PROCEDURE PRE-CERTIFIED **Corneal Transplant, Left**

ACCOMMODATION/ LENGTH OF STAY PRE-CERTIFIED: **Ambulatory Outpatient**

PROCEDURE CODE: **65730**

REFERENCE NO. **02019706**

Thank you for your time and cooperation.
Wexford U.R. Department

Phone: 877-WEX-AUTH (939-2884) or 800-353-8384
Fax: 412-937-9151



## OBTAINING PRE-CERTIFICATION DOES NOT GUARANTEE REIMBURSEMENT.

INFORMATION CONTAINED IN THIS REPORT IS PRIVILEGED AND CONFIDENTIAL.

Utilization Management Department ● Wexford Health Sources, Inc. ● 205 Greentree Commons
381 Mansfield Avenue ● Pittsburgh, PA 15220 ● T: 877.939.2884 ● F: 412.937.9151
UR Page 16

000000575

DEC-11-2002 WED 11:26 AM PRAIRIE EYE CENTER     FAX NO. 2176983068     P. 02

ST. JOHN'S HOSPITAL
Springfield, Illinois

*Please fax to: St John's Pre-Admit 757-6008  525-5459*

## HISTORY AND PHYSICAL EXAMINATION FOR OUTPATIENTS

(Must be performed by physician within 7 days prior to procedure.)

PATIENT HISTORY/INDICATION FOR SURGERY

Admitting diagnosis/chief complaint: KERATOCONUS; DM TYPE II, HCV ; 1° HTN (DIET CONTROLLED)     Date: _____

applicable:
- Proposed surgery/procedure: PENETRATING KERATOPLASTY L EYE
- Proposed anesthetic: ☐ General ☐ Regional ☐ Monitored care ☐ Conscious sedation ☐ Local ☐ None
- Surgeon/physician: JOSEPH M. FEDER

Current medications: SCOPOLAMINE 0.25% SOL 1 DROP EYE BID     Dosages: NACL EYE DROPS 2 (1) DROPS EYE P...
ACULAR 0.5% SOL ONE DROP EYES QID
1) FEDIPINE XL 30mg PO qd     3
HCTZ 25mg PO qd
INDERAL 30mg PO TID PRN HA

Allergies: ☑ None ☐ As follows: _____

History of bleeding tendencies: ☑ None ☐ As follows: _____

Chronic/co-morbid conditions:   Heart disease: ☐ Yes ☑ No   Hypertension: ☑ Yes ☐ No
Lung disease: ☐ Yes ☐ No   Smoker: ☐ Yes ☐ No   Diabetes: ☑ Yes ☐ No   Hepatitis: ☑ Yes ☐ No
Other pertinent illness or surgery: _____

EXHIBIT
RRRR

## PHYSICAL EXAMINATION AND REVIEW OF SYSTEMS:

| | Normal | Abnormal | As Follows: |
|---|---|---|---|
| General: | ☑ | ☐ | |
| EOHNS: | ☑ | ☐ | |
| Cardiac: | ☑ | ☐ | |
| Pulmonary: | ☑ | ☐ | |
| Gastrointestinal: | | ☑ | (+) HCV PT LAST ACT 90 8/29/02 LIVER BIOPSY 8/01 ... FOR CIRR... |
| Reproductive: | ☑ | ☐ | |
| Musculo/skeletal: | ☑ | ☐ | |
| CNS/neuro: | ☑ | ☐ | |
| Mental status: | ☑ | ☐ | |

Abnormal test findings (evaluation and plan): PT A CANDIDATE FOR ∝ INTERFERON RIBAVARIN Rx

Patient - Aaron McCroy     [signature] ___ MD     12/30/02
Signature of Physician     Date

...ach Authenticated Lab studies to this form.

01/07/03  10:28 FAX 2175255658        MEDICAL RECORDS                    ☒002/002

ST. JOHN'S HOSPITAL
Springfield, Illinois

PROGRESS RECORD

011151061000 DSRG  01/06/03
MCCRCY, AARON
01115106  DSP         OUTPATIE
42  09/09/30  M       TR
FEOER,JOSEPH M. MD       L

| Date | Note condition daily, diagnosis, change in diagnosis, complications, etc. |
|------|------------------------------------------------------------------------------|
| 1/6/03 | Ophthalmology Note |
| | Peribulbar anesthesia given resulted in |
| | suspected retrobulbar hemorrhage OS |
| | Surgery Cancelled |
| | Eye patched |
| | Plan to arrange as scheduled |

EXHIBIT
5555

000000379

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron   INAMTE'S NUMBER  N51882

CONSULTANT'S NAME Dr Joseph Feder

CONSULT REQUESTED BY Dr Stanley  DATE      URGENT ( ) YES ( ) NO
                      , Sims        1-7-03

REASON FOR CONSULT (LIST PROBLEM)

followup after hemorrhaging eye

( ) EVALUATION
( ) Management

(1-6-03)

FINDINGS:        REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

Retrobulbar hemorrhage ( in eye socket behind eye)
Left eye — Surgery cancelled,
Hemorrhage resolving well

PROCEDURE:

                                                    Dt - kerato
                                                         consul

ASSESSMENT: Left retrobulbar hemorrhage resolving well /

RECOMMENDATIONS/PLANS: reschedule penetrating keratoplasty (corneal transplant
DATE:1/7/03       for Left eye ASAP

(1-7-03)

                              (SIGNATURE OF OCNSULTANT)  M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON:

DATE: 1/7/03
DC7105-AI(REV01/89)                    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT
TTTT

000000381

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: 1/7/03                Referral Number: O2019706

Pre-Certification number given to vendor    ☐ Yes    ☐ No

Inmate No. NS1882    Name: MCCRORY, AARON    DOB 9-9-60

Site Doctor: SIMS, MD    Referred to: FEDER, MD    /

                                          Specialist             Specialty

Hospital / Facility: St Johns Hospital  (Hospital MD:

☐ Initial Evaluation    ☐ Follow-up    ☑ OP Surgery    ☐ In-Patient Hospital

Other:

Reason for Referral: KERATOCONUS (L EYE

Date of Onset: _____ History of Injury/Problem: PT C BILAT KERATOCONUS
PT ON SCHEDULE FOR KERATOPLASTY BEFORE HEMORRHAGE
DEVELOPED IN HIS L EYE CHAMBER DURING ADMINISTRATION OF THE
Conservative Treatment to Date: ANESTHETIC YESTERDAY.

Tests and Results:

_____ /1/03                    S Sims 1/7/03
Attending Physician Signature and Date    Medical Director Signature and Date

Transmittal Date: 1-8-03          Transmitted by: VLynne Shelton

Approval Date: 1-9-03            Approved by: Wexford

Med. Furlough to: St Johns Hospital    Date / Time: Mon Feb 3 2003 9AM

Address: Dr Joseph Feder 800 E Carpenter    City: Springfield IL 62769

Telephone Number: 217-544-6444

EXHIBIT
uuuu

000000382

REV 05/97 - WEX REG 73

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:

TO:        PLACEMENT/ASSIGNMENT

FROM:      _S Scott Lon_, R.N.
           Health Care Unit

SUBJECT:  INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate _McCroy_                    Number _N51882_

has been admitted/discharged to/from the infirmary on _1-8-03_

at _840_        (am/pm).

cc:  Debbie Fuqua, HCUA
     Medical Records
     Nurses Station
     Housing Unit Officer _R1_
     Inmate Assignment _unassigned_

DCA 230-35671 (Rev. 1/98)
IL 426-17614



EXHIBIT

VVVV

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: _/- 13-03_

TO:        PLACEMENT/ASSIGNMENT

FROM:        _Ll. llrenum_ ꟼꟷR.N.
              Health  Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate _Me Croy   Aaron_            Number _N 51882_

has been admitted/discharged to/from the infirmary on _/- 13- 03_

at _800_                am/pm.


cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer _lg_
    Inmate Assignment _Unassigned_

DCA 230-35671 (Rev. 1/98)
IL 426-17614



EXHIBIT
WWWW

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:        *2-3-03*

TO:        PLACEMENT/ASSIGNMENT

FROM:        _____*C Thompson*_____, R.N.
        Health Care Unit

SUBJECT:  INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate _*McCray, Aaron*_ Number ____*N51882*____

has been admitted/discharged to/from the infirmary on____*2-3-03*____

at _____*5⁰⁰*_____ am/pm.

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer _*Inf / R,*_
    Inmate Assignment___*N/A*___

DCA 230-35671 (Rev. 1/98)
IL 426-17614



| | NAME: | Mccroy, Aaron |
|---|---|---|
| **ST. JOHN'S HOSPITAL** | ROOM: | DSP |
| Springfield, IL | DOB: | 09/09/1960 |
| (217)544-6464 | MRN: | 01115106 |
| **OPERATIVE REPORT** | SURGERY DATE: | 02/03/2003 |
| | DISCHARGED: | |

| Job | 000004293 |
|---|---|
| Date/Time Dictated | 02/03/2003   1:43 P |
| Transcribe Date/Time | 02/05/2003 12:59 P |
| Transcriptionist | msp |

Page 1 of 2

cc:    Joseph Feder, M.D.

**SURGEON:** JOSEPH M. FEDER, M.D.    **ASSISTANT:**

**PREOPERATIVE DIAGNOSIS:** Keratoconus, left eye.

**OPERATION:** PENETRATING KERATOPLASTY, LEFT EYE, 8.75 MM DONOR, 8.5 MM RECIPIENT WITH 10-0 NYLON SUTURE, RUNNING 12-BITE X2.

**POSTOPERATIVE DIAGNOSIS:** Keratoconus, left eye.

**ANESTHESIA**
General endotracheal anesthesia.



CONFIDENTIAL INFORMATION
Redisclosure is Prohibited

**COMPLICATIONS**
None.

**SPECIMENS**
Donor rim to micro, recipient cornea to pathology.

**INDICATIONS FOR PROCEDURE**
The patient complains of discomfort, light sensitivity and severely decreased vision. On exam the best corrected vision in the left eye is count fingers. On slit lamp and external exam he has a severe keratoconus. In fact, you can see keratoconus without a slit lamp. He has a severe _____ sign. Sign of keratoconus that he has under the slit lamp include 4+ apical scarring and thinning with dense, easily seen _____ ring. There were no fundus abnormalities on dilated exam.

**ASSESSMENT**
Keratoconus, left eye.

We discussed the findings with the patient as well as treatment risks, benefits, hazards, complications and alternatives. The patient understands, accepts and agrees and wishes to proceed with penetrating keratoplasty in the left eye in the hope of obtaining better vision and comfort level in order to function better in all activities of daily living.

**DESCRIPTION OF PROCEDURE**

OPERATIVE  REPORT



EXHIBIT

YYYY-1

02/10/03  10:14 FAX 5255858          MEDICAL RECORDS                    ☑ 003/003

| ST. JOHN'S HOSPITAL<br>Springfield, IL<br>(217)544-6464<br>OPERATIVE REPORT | NAME:<br>ROOM:<br>DOB:<br>MRN:<br>SURGERY DATE:<br>DISCHARGED: | Mccroy, Aaron<br>DSP<br>09/09/1960<br>01115106<br>02/03/2003 |
|---|---|---|
| | Job | 000004293 |
| | Date/Time Dictated | 02/03/2003   1:43 P |
| | Transcribe Date/Time | 02/05/2003 12:59 P |
| Page 2 of 2 | Transcriptionist | msp |

Under appropriate monitoring in the operating room he was given general endotracheal anesthetic. He was prepped and draped in usual manner for intraocular surgery. A lid speculum was placed. We identified proper eye, the left eye, and one could see the severe signs of keratoconus in his left eye under the microscope. We then marked the visual axis under the operating microscope. A scleral fixation ring was sutured in place using four 6-0 silk sutures. We looked at the cone and then prepared the donor cornea based on these measurements using an 8.75 mm handheld trephine. We then sutured the patient with an 8.5 mm Hessburg-Baron vacuum trephine entering the anterior chamber with a trephine and removing the patient's cornea with Azar corneal scissors. The pupil was small and round. We had previously placed viscoelastic on the endothelial side of the donor cornea and then we sutured the donor cornea into place first using six interrupted 10-0 nylon sutures, then a running 12 bite 10-0 nylon suture was placed counterclockwise, followed by a second running 12 bite 10-0 nylon suture placed clockwise. After burying of the knots of the running sutures the original interrupted sutures were removed and 0.05 ml of intraophthalmic vancomycin was given into the anterior chamber. The scleral fixation ring was removed. Subconjunctival Ancef and dexamethasone were given. Atropine drops were given and Pred Forte, Ocuflox drops and Maxitrol ointment were given. The eye was securely patched. The patient was stable and taken to the recovery area in stable condition. He was awakened and extubated in the operating room.

CONFIDENTIAL INFORMATION
Redisclosure is Prohibited

Joseph Feder, M.D.



OPERATIVE  REPORT



EXHIBIT
YYYY-2

000000474



St. John's
Hospital

800 E. Carpenter St.
Springfield, Illinois 62769

## DISCHARGE INFORMATION FOR DAY SURGERY

Joseph M. Feder M.D.

```
011151061001 DSRG   02/03/03
MCCRCY, AARON
01115106     DSP            AMBULATO
42  09/09/60  M             TR
FEDER,JOSEPH M. MD          J
                            O-
```

☒ Do not drink alcoholic beverages for at least 24 hours.

☒ Do not drive a vehicle or operate hazardous machinery for 24 hours.

☒ Do not sign any legal documents or make any personal business decisions within the next 24 hours.

☒ Drink fluids (water, carbonated beverages) and eat light foods (Jell-O™, soup) first, before resuming normal diet.

☒ You may be up and about at home today. No heavy lifting, bending or strenuous activities. Elevate head at all times at least 30 degrees.

☒ Take Tylenol™ 650mg every 4 hours as needed. If you have a lot of pain that is not relieved by the medication, call Dr. Feder. Avoid aspirin products.

☒ Return to Dr. Feder's office tomorrow at ___10:00___

☒ Call Dr. Feder if:

   a) Temperature of 101.5° F (38.6° C) or above

   b) Excessive pain

   c) Excessive redness or swelling on or around the surgical site or excessive drainage

☒ You may call Dr. Feder at (217) 698-3030 with complaints of severe pain or drainage. You may also call with any questions regarding problems related to surgery.

☒ Bring all eye medication with you to the office tomorrow.

☒ Do not rub your eyes.

☒ Do not directly touch the eye.

☐ ~~Carry lens ID card with you at all times.~~

☐ Other instructions: _____

_Script sent to wear dark glasses both inside & outside_

_____

_____

_____

_____

_____

_____

_____

**EXHIBIT**

YYYY-3

I acknowledge that I have received and understand these instructions:

_M Fuerr_

Individual giving instructions

_2-3-'03_          _1430_

Date                Time

_Report called to new at Afdeen Illyn_

Patient signature

Signature of person accompanying patient
(relative, friend or neighbor)

000000388

St. John's
Hospital

**OUTPATIENT PRESCRIPTION**

Date _2 - 3 - 03_

For: _Aaron Mc Cray_    Age: _____

   (First Name)     (Initial)     (Last Name)

Address: _____    Rx No.: _____

   (Street)     (City)     (State)

**Rx**    Sunglasses

Directions: _red tinted pair indoors_

_dark pair outdoors_

☐ DO NOT LABEL

Refill _____ Times

☐ May substitute
☐ May not substitute

DEA No. _____ _2/3/03_

#288

An Affiliate of Hospital Sisters He



EXHIBIT

Z Z Z Z

000000389