E-FILED
Friday, 30 March, 2007  11:57:22 AM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCrey Aaron_    INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr Joseph Feder_

CONSULT REQUESTED BY _Dr Stanley_    DATE _24-03_    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM) _Sinus_

post op check

( ) EVALUATION
( ) Management

FINDINGS: REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

Sml (<10%) epithelal def
otherwise looks quiet 1 day s/p
Corneal transplant (PKP) left eye

PROCEDURE: advise – repatch tomorrow
with Neo/poly) def ointnt
& atropne Eyedrop maylie ftd

ASSESSMENT:

RECOMMENDATIONS/PLANS: flu 2 days for recheck

DATE: _2/4/03_    _[signature]_ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: _2/4/03_    _[signature]_
DC7105-AI(REV01/89)
IL426-0027    (SIGNATURE OF MEDICAL DIRECTOR)

PLAINTIFF'S
EXHIBIT
A
Part 4

EXHIBIT
a

000000393

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron   INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Joseph Feder

CONSULT REQUESTED BY Dr Stanley Sims   DATE 2-6-03 ( ) YES ( ) NO   URGENT

REASON FOR CONSULT. (LIST PROBLEM)

Day 3 FU

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: Epithelial defect healed left eye
Doing very well 3 days after corneal transplant Left eye
advise 1) Maxitrol ointment or equivalent ½" into
left eye every 3 hours while awake for
1 week then decrease to TID

PROCEDURE:

2) follow-up c optometry 5-7 days - check
epithelium & IOP

ASSESSMENT:

3) follow up Dr Feder 3 weeks

RECOMMENDATIONS/PLANS:

4) Eye shield (no patch) left eye QHS x 3 weeks then stop

DATE: 2-6-03 _____ _____ M.D.   5) Can have sunglasses as above

(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

(X) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 2/6/03

(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

EXHIBIT
b

000000399

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: _McCray_    First Name: _Aaron_    MI: ___    ID#: _N51882_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/11/03 11:40 AM | OPTOMETRIST<br>pt reports some pain L eye at times.<br>no swelling noted OS., slight redness<br>ob sclera noted but eye appears to be<br>healing well, IOP OD 13 mm Hg,<br>slit lamp c̄ fluorescene dye reveals<br>a smooth epithelium c̄ no erosion<br>or stippling present O.S.<br>pt to remain on meds as ordered by<br>Dr Feder & to follow up as suggested<br>by him. | Ck IOP & Corneal Epithelium c̄ |
| | | D 1 Anderson OD |
| 2/11/03 8:00 pm | Nurse Note ——<br>S- "I'm OK"<br>O- Ambulatory in room — 96 - 8 - 18 128/80 7<br>Ø c/o eye pain. Oint instilled et<br>Shield applied<br>A - post-op Ø eye surgery —— | P-1) Cont. to<br>monitor for S/s<br>① eye pain ——<br>J Edwards R1 |



EXHIBIT
C

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

000000272

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron  INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Joseph Feder

CONSULT REQUESTED BY Dr Stanley  DATE 3-6-03  URGENT ( ) YES ( ) NO
Sims

REASON FOR CONSULT: (LIST PROBLEM)

4 wk fU

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: Thin clear corneal graft left eye
keratonus Right eye

PROCEDURE:

ASSESSMENT: Doing well
① weekly appointment with optometry at facility
RECOMMENDATIONS/PLANS ② may fit rigid contact lens Right and left eye
③ continue Maxitrol ointment to left eye TID but not
DATE 3/6/7

M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON:

DATE: 3/6/03

DC7105-AI(REV01/89)
IL426-0027

(SIGNATURE OF MEDICAL DIRECTOR)

④ 4x/month fU

with contact
lens in left
eye + may
substitute maxitr
eye dm)

EXHIBIT
tabbies
d

000000406



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Donald N. Snyder, Jr.
Acting Director

Western Illinois Correctional Center / Rt. 99 South, P.O. Box 1000 / Mt. Sterling, IL 62353/ Telephone: (217)773-4441 / TDD: (800)526-0844

MEMORANDUM

DATE:       March 17, 2003

TO:         Aaron McCrory N51882        Infirmary

FROM:       Stanley M. Sims, M.D.
            Medical Director

**SUBJECT: Sunglasses**

For medical reasons, Offender McCroy N51882 is authorized to have a pair of
sunglasses. This permission is for an indefinite period of time.

Stanley M. Sims, M.D.
Medical Director

SMS:sjz

cc: D. Fuqua, HCUA
    Shift Captains
    Medical Records
    File

**EXHIBIT**

tabbies

e

000000476

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

**WIL**

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCrey  Aaron_    INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr Joseph Feder_

CONSULT REQUESTED BY _Dr Stanley Sims_    DATE _4-8-03_    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

1 month FU

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: 2/3/03 – Corneal transplant left eye for keratoconus

today 4/8/03 – looks great

advise fttng for gas perm co-tact lens

PROCEDURE: use Maxitrol (Neomycin/polymixin/dexamethasone Eye oint) use or BID except

when wearing co-tact lens use frequent

ASSESSMENT: rewetty drops – at least every 2 hours with

RECOMMENDATIONS/PLANS: ointnt above of bedtime. Follow up 2mos

DATE _4/8/02_    _Joseph M Feder_ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ✓ ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE _4/8/03_    (SIGNATURE OF MEDICAL DIRECTOR)
DC7105-A1(REV01/89)
IL-426-0027

**EXHIBIT**
_f_

000000411

# Wexford Health Sources, Inc.
## Western Illinois Correctional Center

### Referral Request Form

Date: _4/6/03_ 4-16-03 w             Referral Number: _03008405_

Pre-Certification number given to vendor    ☐ Yes    ☐ No

Inmate No. _N5/882_     Name: _McCROY, AARON_   DOB _9/9/60_

Site Doctor: _SIMS, MD_   Referred to: _Feder_ , _(CONTACT LENS SPECIALIST)_
                                        Specialist      OPTOMETRIST  Specialty

Hospital / Facility: _____ Hospital MD: _____

☐   Initial Evaluation    ☐   Follow-up    ☐   OP Surgery    ☐   In-Patient Hospital

Other: _____

Reason for Referral: _NEEDS TO BE FITTED FOR GAS PERM CONTACT
LENS POST L KERATOPLASTY_
Date of Onset: _____ History of Injury/Problem: _PT UNDERWENT L EYE
KERATOPLASTY, 2° KERATOCONUS 2/03_

Conservative Treatment to Date: _____

_____

_____

Tests and Results: _____

_____

_S. SIMS MD_  4/9/03            _N. Lung MD_  4/9/03
Attending Physician Signature and Date       Medical Director Signature and Date

Transmittal Date: _4-16-03_          Transmitted by: _VLynne Shelton_

Approval Date: _4-17-03_             Approved by: _Wexford_

Med. Furlough to: _Dr Joseph Feder_   Date / Time: _Fri May 9 2003 1015AM_

Address: _Prairie Eye + Lasik_  City: _Springfield IL 62704_
         _2020 W Isles_  ct.

Telephone Number: _217-698-3030_

Owens reflex

EXHIBIT
tabbies
9

000000412

REV 05/97 - WEX REG 73

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCrey Aaron_  INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr Joseph Seder_

CONSULT REQUESTED BY _Dr_ /  DATE ___  ( ) YES ( ) NO URGENT

_Stanley Sims_  5-9-03

REASON FOR CONSULT: (LIST PROBLEM)

_gas perm contacts_

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS: Left Ge mild filamentory keratitis
Otherwise great looking cornal tra-splant

Advice 1) Continue Maxitrol (Neomycin/polymixin/dexomethason
Eye ointment to left eye BID   2) Add Muro 128
or equivalent Saline Gedrops use approx. one
drop every 2 hours while awake to left eye in between
Ge ointment 3) OK to fit RGPCL – pt would
need to use frequent contact lens rewetting drops
instead of Muro 128 – also would decrese Maxitol
ointment to once a day at bedtime once pt gets
contact lens
fit 2 nos

PROCEDURE:

ASSESSMENT:

RECOMMENDATIONS/PLANS.

DATE 5/9/03        (SIGNATURE OF CONSULTANT)  M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE 5/12/03    (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL-426-0027

EXHIBIT

h

000000415

FAX COMPLETED FORM TO:
(412) 937-9151

WEXFORD
MEDICAL CONNECTIONS

EXHIBIT
tabbies
_____

## REFERRAL REQUEST

ENTER SITE NAME: _WICC_

DATE: _5/22/03_     REFERENCE NUMBER: _0300840S_

INMATE NAME: _MCCROY, AARON_

INMATE NUMBER: _N51882_     DOB _9/9/60_

TYPE OF REQUEST:    [✓] INITIAL EVAL    [ ] FOLLOW-UP    [ ] ON-SITE

REFERRED TO:

SPECIALTY: _OPTOMETRY_

PROVIDER: _Prairie Eye + Lasik Center_

SERVICE REQUESTED: _(L) CONTACT LENS FITTING_

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE:    [ ] YES    [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| 2/03 | PT HAD (L) KERATOPLASTY 2° KERATOCUMS |

PATIENT COMPLIANCE: [✓] YES    [ ] NO     HEIGHT: _6'1"_     WEIGHT: _250_

DIAGNOSTIC TEST/RESULTS

RISK FACTORS: _HCV   HTN   DM_

CURRENT MEDS: _MAXITROL OINT OS BID     PEG - INTRON   RIBAVIRIN 400mg_
_INDERAL 20mg TID     185mg 2x/wy   HCTZ 25mg qd_

_M Rimo MD_     DATE _5/22/03_

REFERRING PHYSICIAN SIGNATURE     DATE _5/22/03_
_M Rimo MD_

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)     DATE _5-22-03_
_Wexford_

APPROVAL BY     DATE
_6-3-03  1030AM_
_6-24-03  1120 AM_

000000416

JUN-25-2003 WED 05:01 PM PRAIRIE EYE CENTER      FAX NO. 2176983068        P. 02

_Clason M. McCroy_      9/9/60     42      m    JUN 24 2003 (AM)
Name                    DOB         Age     M/F    Date / Tech

Neuro/Psych:✓Oriented to person, place, and time / ✓Mood and affect appropriate / □ Abnormal_____
Tobacco use: □ no / □ yes _____    Alcohol consumption: □ no / □ yes _____

Chief Complaint: _Patient h/w, f/u, RGP fit, (F)PKP-OS 2/3/03, kerratoconus-_
_patient states w/A no btter than (R) visit, wearing RGPs_
_previously for several years prior to PKP-OS, doesnt wear OD RGP_
_b/c "fit OS messed up"_
*ALLERGIES:_____

PMHx:_____              Meds:_____

POHx: _keratoconus-OU_         Gtts: _maxitrol (ung) QID/OS_
_PKP-OS_                        _m1gs Q2hrs/OS_
                               _ATS Q2hrs/OS_

FMHx:_____
FOHx:_____

Auto Rx: OD _unable_           K's: OD___/___         C/P:____ 2003
         OS _unable_                OS___/___         Stereo: Received
                                                       Wl Medical
WRx: OD____    Add____  prism:____    Records lens info:
     OS____    Add____  prism:____

2cnd OD____    Add____  prism:____        lens info:
pair: OS____   Add____  prism:____

CL info:   Type           Power          B.C.   Dia.   Color
OD _RGPk_ _____
OS _RGPk_ _____
wear schedule:_____
replace:_____  current:_____  solutions:_____
notes:_____

VA sc< 200/HM  cc<  □specs/□cls  ph<   Nsc<    Ncc<
BAT: low<        medium<          high<
Glaucoma FMHx: □ no / □ yes____  IOP<   @__:__  AM/PM  TA/TP
Dilated: (M.5%/M1%) (N2.5%/N10%) (C1%/C2%) OD OS OU @__:__ AM/PM

EXHIBIT
J

000000420

FAX COMPLETED FORM TO:
(412) 937-9151

WEXFORD

REFERRAL REQUEST



EXHIBIT
K
tabbies

ENTER SITE NAME: WICC

DATE: 7-28-03                      REFERENCE NUMBER:

INMATE NAME: MCCROY, AARON

INMATE NUMBER: N51882              DOB: 9/9/60

TYPE OF REQUEST:  [ ] INITIAL EVAL   [✓] FOLLOW-UP   [ ] ON-SITE

REFERRED TO:

SPECIALTY: OPTOMETRY

PROVIDER: PRAIRIE EYE & LASIK CENTER

SERVICE REQUESTED: CL PLACEMENT / FITTING

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE:  [ ] YES   [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| SEVERAL YA | PT DUE FOR FU OF CL FITTING POST KERATOPLAST |

PATIENT COMPLIANCE: [✓] YES  [ ] NO   HEIGHT: _____   WEIGHT: _____

DIAGNOSTIC TEST/RESULTS:

RISK FACTORS: DM; HCV; HTN

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE                    DATE 7-28-03

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)        DATE 7-28-03

APPROVAL BY                                        DATE

000000425

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME   Aaron McCoy

ADDRESS _____ DATE  8/29/03

☐ Label
☐ REFILL _6_ TIMES
☐ May Substitute
☐ May Not Substitute

Muro oph 4%
Apply OD q 3°
Disp large bottle
_WWm_

---

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME   Aaron McCoy

ADDRESS _____ DATE  8/29/03

☐ Label
☐ REFILL _6_ TIMES
☐ May Substitute
☐ May Not Substitute

Maxitrol ung
Apply OS BID
Disp 35 gm   _WWm_

**EXHIBIT**
1 -1

000000091

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME _Aaron McCroy_____

ADDRESS _____ DATE _8/29/03_

☐ Label     _Infinite_
  REFILL_____TIMES
☐ May Substitute
☐ May Not Substitute

Artificial tears
1 gtt OS q2hr
Disp large bottle

_(signature)_

---

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME _Aaron McCroy_____

ADDRESS _____ DATE _8/29/03_

☐ Label
  REFILL_____TIMES
☐ May Substitute
☐ May Not Substitute

Rx: DUE TO PHOTOSENTIVITY
RECOMMEND DARK
SUNGLASSES (AS DISPENSED)



_(signature)_

**EXHIBIT**
1-2

000000092

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Mc Coy   First Name: Aaron   MI: ___   ID#: N5182

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LABORATORY DRAW<br>Date _12/2/05_ Time _3-0A_<br>Site _RA_ Sticker # _____  K3W12800632<br>Test _CMP CBC LFT AL-HCV RNA_<br>Signature _U Wirage_ | |
| 10/21/03<br>7 A.M. | M.D. note<br>S Blood drawn yesterday<br>Discussed about the feasibility<br>of discharging to general<br>p ___ e.c. population<br>Inmate says he is legally<br>blind "23 hours per day"<br>and is not comfortable in<br>functing in general population<br>needs to go to R Blumfeld<br>and Bleimthel MD. 217-698-3030<br>and Dr. Fedus. 217-698-3090<br>Please See Page. | 10/21/03<br>continue<br>present<br>treatment<br>self filed<br><br>D Shaw<br>LPN |

EXHIBIT
m

000000093

FAX COMPLETED FORM TO:
(412) 937-9151



WEXFORD
MEDICINE IN CORRECTIONS



EXHIBIT
n

## REFERRAL REQUEST

ENTER SITE NAME: Mc Coy , Aaron

DATE: 10/2/03     REFERENCE NUMBER: 523984324  N51882

INMATE NAME: McCroy , Aaron

INMATE NUMBER: N51882

TYPE OF REQUEST:  [ ] INITIAL EVAL   [✓] FOLLOW-UP   DOB:   [ ] ON-SITE

REFERRED TO:

SPECIALTY: ophalomogist.

PROVIDER:

SERVICE REQUESTED: Follow up  Corneal transplants

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE: [ ] YES   [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
|  | case of  keratoconus - underwent corneal transplant. Dr Left ? can he be transferred to general jail population with his restricted visus |

PATIENT COMPLIANCE: [ ] YES   [ ] NO   HEIGHT: _____   WEIGHT: _____

DIAGNOSTIC TEST/RESULTS:

RISK FACTORS: Hep   H C V

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE: Susit K. Ghosh MD     DATE 10.21.03

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE): for  Dr. S. K Ghosh     DATE 10/21/03

APPROVAL BY: Approved  Follow up often  with ophthalmologist (or Cedar)     DATE 10/21/03
by Dr. Owens

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:        10/22/03

TO:        RECORD OFFICE

FROM:        HEALTH CARE UNIT

SUBJECT:    MEDICAL FURLOUGH

Resident
Name  McCroy  Aaron              Number  N51882
S.S.#  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               Birthdate  9-9-1960
Scheduled on  10/29/03       at  9 15        am/pm to see
Doctor  Zeh                   at  Pairie  Eye  Center
                                  901  W.  Morton  Ave-
                                  Lincoln  S  Shopping  Ctr
                             Telephone  Jacksonvill,  IL  62650
                                  217-245-6211

TYPE OF FURLOUGH
Same Day Return          ×
Admission               _____
Estimated Length of Stay _____
Emergency               _____

REASON FOR FURLOUGH:            MEDICAL ALERT:
Specialist Consult       ×      Epileptic        _____
EEG                     _____ Diabetic         _____
Dental                  _____ Hypertensive       ×
Return Appointment      _____ Cardiac          _____
Post-Op Check           _____ Allergy          _____
Surgery                 _____ Asthmatic        _____
Other_____                    Other            _____

MEDICATION NEEDED DURING FURLOUGH _____

INFORMATION TO ACCOMPANY:
Consultation             ×       Health Status Summary____×____
X-Ray Films             _____ Other_____
Transfer Sheet            ×
Laboratory Tests        _____
Other                   _____

PRE-FURLOUGH PREPARTATION AND OR SPECIAL INSTRUCTIONS:
**Security to bring information packet and inmate to HCU upon return to WIL.**

_____

D. Fuqua RN/CCHP, HCUA
_____              cc:
Health Care Unit Administrator          Health Care Unit Administrator
                                        Medical Director
                                        Director of Nursing HCU
                                        Medical Records
                                        Information Packet
                                        7-3 Shift Commander


EXHIBIT
O-1

000000094

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

Western Illinois Correctional Center



EXHIBIT

O-2

☐ Employee
☒ Offender

Date: 10 , 29 , 03
Time: _____ 745 _____ ☒ a.m. ☐ p.m.

Patient Information:
McClary                    Aaron              ____  ID#: NS1882
Last Name                  First Name    MI

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____ myself _____
Name of Patient

of the following treatment _Dr. Sgt to Ey Dr. Jacksonweels_
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                          Name of Doctor

Dr. _____ Ghosh _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ WICC _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM

MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements

requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_Refused to sign_

_____          _____          __ / __ / __
Print Name of Patient                    Signature of Patient                        Date

When patient is a Minor or Incompetent to give consent:

_L.T. Winston_ 9990                  _____          10/29/03
Print Name of Person Authorized to Consent   Signature of Person Authorized to consent    Date
_L Ashcraft, RW_                      _L Ashcraft_                       10/29/03
_____          _____          __ / __ / __
Print Name of Witness                    Signature of Witness                        Date

Distribution:   Patient's Medical Record or File

000000178

DOC 0083 (Eff. 9/2002)
(Replaces DOC 7128-A)

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

I

pt. to schedule
appt c̄ Dr. B same
day as see's Dr. Zeh.

REQUEST FOR C___

INMATE'S NAME_____

CONSULTANT'S NAME_____

CONSULT REQUESTED ___

REASON FOR CONSULT___

Noted in
Computer

**LUMIGAN®**
(bimatoprost ophthalmic solution) 0.03%
4941431

From eye point of v___ ∧ need to know ___ ∫ inmate cancer moved to
general population of the Correction Centre
( ) EVALUATION    with his impaired vision can he move freely and
( ) Management    ∧                                                    independently

FINDINGS:   VA< 20/400 OD   REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY
              CF    OS      OD: Keratoconus + punctate Keratopathy ↑
                            OS: marked Keratopathy
                            clear graft
                            Intraocular pressure < 30 OS
PROCEDURE:                  Fundus cup/disc 0.3 OD, 0.4 OS
① removed corneal sutures   cotton wool spot & dot hemorrhage OD

                    Rec ① Maxitrol OS QID x3 days then stop       ⑥ No rubbing
ASSESSMENT:              ② Lotemax 0.5% OS 1gtt q AM                   eye
                        ③ Travatan OS 1gtt q PM                    ⑦ No bending
RECOMMENDATIONS/PLANS:   ④ Artificial tears OU QID                 ⑧ No lifting
                        ⑤ ↓ blood pressure & serum glucose           7 10 lb.
DATE: 11/6/03           _____ M.D.
                        (SIGNATURE OF CONSULTANT)                  ⑨ RC (months
FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:                     Call ASAP for
( )  I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.   any ↑ pain
( )  I HAVE REVIEWED THE  RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE   or ↓ vision
FOLLOWING REASON.                                                  OS.

DATE: _____    _____
DC7105-AJ(REV01/89)            (SIGNATURE OF MEDICAL DIRECTOR)
IL-426-0027



**EXHIBIT**
P-1

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME    McCroy, Aaron    INAMTE'S NUMBER    N.51882

CONSULTANT'S NAME    Dr Zeh

CONSULT REQUESTED BY:    Dr Ghosh    DATE    URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

From eye point of view    F/U

( ) EVALUATION
( ) Management

need to know if inmate can be moved to general population of the correction centre with his impaired vision can he move freely and or independantly

Keratoplasty

FINDINGS:    VA < 20/400 OD    REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)
CF    OS

OD: Keratoconus + punctate keratopathy
OS : marked keratopathy
clear graft
Intraocular pressure < 30 OS
Fundus cup/disc  0.3 OD,  0.4 DS
cotton wool spot + dot hemorrhage OD

PROCEDURE:
① removed corneal sutures

ASSESSMENT:

Rec  ① Mannitol OS QID x 3 days then stop
② Lotemax 0.5% OS 1 gtt q AM
③ Travatan OS  1 gtt q PM
④ Artificial tews OU QID
⑤ ↓ blood pressure + serum glucose

⑥ No rubbing eye
⑦ No bending
⑧ No lifting > 10 lbs

RECOMMENDATIONS/PLANS:

DATE:  11/6/03    _____ M.D.
(SIGNATURE OF CONSULTANT)

⑨ RC (month)
call ASAP for any ↑ pain or ↓ vision OS.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE:  #1    S.K. Ghosh M.D.
DC7105-AI(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT
P-2

000000097

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: *11-21-03*

TO:        PLACEMENT/ASSIGNMENT

FROM:        _____ *Ll. Lerennen Cpe* , ~~R.N.~~
              Health Care Unit

SUBJECT:  INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate *Mc Croy     Aaron*  Number *N 51882*

has been admitted/discharged to/from the infirmary on *11-21-03*

at *2 20* am/(pm.)

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer *Inf.*
    Inmate Assignment *unassigned*

DCA 230-35671 (Rev. 1/98)
IL 426-17614



EXHIBIT

*9*

000000179

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: _1 – 2 9 – 03_

TO: _Mc Cray Aaron_          N51882 – Rec 75
_____
Inmate Name and Number

FROM: _H Leonerd MD_
_____
Physician/Health Care Unit Administrator

SUBJECT:     Medically Unassigned

You are being medically unassigned.

REASON: _Medical_

START DATE: _4/29/03_

ENDING DATE: _1/29/04_

RE-EVALUATION DATE: _January 2004_

_H ___ MD_
_____
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
    Assignment Supervisor_____
    Health Care Unit Administrator
    Nurses Station
    Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579



EXHIBIT
tabbies
r -1

# WESTERN ILLINOIS CORRECTIONAL CENTER
# MT. STERLING, ILLINOIS

MEMORANDUM

DATE:    *11/29/07*

TO:    LTS Supervisor

FROM:    *H. Lochard MD*
_____
Health Care Unit Staff

SUBJECT:    RESTRICTIONS

Effective this date: *11/29/03*    *N51882*

Inmate and Number: *McCray Aaron* *- N51882*
is to be restricted from the following activities:
*Weight lifting and sports* .

Stop date: *1/29/04*

This for medical reason.

*H. Lochard MD*
_____
Health Care Unit Staff

cc: Nurses Station
    Medical Records */*
    Housing Unit Officer *Rec. 75*
    Inmate *McCray, N51882 - Rec 75*

DCA 230-35737 (Rev 6-98)
II, 426-18578



**EXHIBIT**

*r-2*

000000181

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME  McCoy, Aaron        INAMTE'S NUMBER  25/887

CONSULTANT'S NAME        Dr Zuh

CONSULT REQUESTED BY.  Dr. Lochard      DATE        URGENT
( ) YES  ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS:   $V_A$  20/400      IOP<  $\frac{14}{44}$    Slit Lamp.   OD: Keratoconus
CF                              OS: diffuse corneal hane.

PROCEDURE:

ASSESSMENT:  ① PKP OS.  IOP uncontrolled.  Pt is not supposed to
be getting  Maxitrol at all + Lotemax only BID.

RECOMMENDATIONS/PLANS.  ① Lotemax  OS  BID.  ② Travatan OS qPm  ③ Brimonidin OS B.
④ glaucoma consult

DATE:  12/13/03        Wh                    M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY.

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE:  12/30/03        R Miller ero
DC7105-AI(REV01/89)                (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT

_____5_____

000000101

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

## WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME ___McCroy, Aaron___    INAMTE'S NUMBER ___N51882___

CONSULTANT'S NAME ___Dr. Kim___

CONSULT REQUESTED BY: ___Dr. Lochard___    DATE ___1/8/04___    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Increased    IOP

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS:    IOP Premio $< \frac{16}{28}$

**EXHIBIT**
t

ATTYG10210

PROCEDURE:

ASSESSMENT:  1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) PSC OS - mild                                        – ↑ Alphagan to TID OS

RECOMMENDATIONS/PLANS:  – Target IOP - Low 20's OU
– cont. Travatan OS QHS + Lotemax OS BID.
– Start Cosopt OS BID        ___(sig)___ M.D.
                                        (SIGNATURE OF OCNSULTANT)

DATE: 1/8/04

– RTC 2wk - IOP
check

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON

DATE: ___1/8/04___    please forward to Dr. Lochard ___(sig)___
DC7105-A1(REV 01/89)/    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

Scripts written for Alphagan, Lotemax, Cosopt & Travatan x 3 wk

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME ___McCroy, Aaron___    INMATE'S NUMBER ___NS1882___    ATTYG10200

CONSULTANT'S NAME ___Dr. Zeh___

CONSULT REQUESTED BY: ___Dr Brown___  DATE ___2/24/04___ ( ) YES  ( ) NO  URGENT

REASON FOR CONSULT. (LIST PROBLEM)  please also provide a care plan.
We hope to minimize the transportation needs, also.

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:  OS graft clear. topography shows ~ 7D astigmatism
Best spectacle corrected VA OS = 20/200
Intraocular pressure 13 ou
Slit lamp: OD: marked KCN   Pupils: ⊕ APD OS (mild)
OS: clear graft
+1 posterior subcap. cataract
Dilated: mild cupping OS 7 OD, macula + periphery WNL

PROCEDURE:

ASSESSMENT:   ① PKP OS - stable but high astigmatism
② mild cataract OS
③ glaucoma OS - controlled
④ KCN OD.

RECOMMENDATIONS/PLANS.

Plan ① Lotemax OS qD
② Travatin OS qD
③ Lusopt OS BD
④ Alphgan OS TID.
⑤ Return for f. ting of ROP contact lens OS.
If vision doesn't improve need to consider contact extraction.

DATE _____    _____ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

[X] I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 4/12/04    _____
DC7105-A[(REV.01/89)]    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

**EXHIBIT**
tabbies
ω

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCrey Aaron INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Zeh

CONSULT REQUESTED BY Dr Brown       DATE 5-21-04     URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

Follow up

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS:
Clear graft OS
Kerataconus OD
IOP OD 4/14 OS
borderline cataract OS

ATTYG10204

PROCEDURE:
Plan: ① Continue medications: Alphagan TID - OS
Cosopt BID - OS
Travatan 1xd - OS
Lotemax 1xd - OS

ASSESSMENT:
② Needs ctc fitting - try ou.

RECOMMENDATIONS/PLANS.
③ Consider cat extract OS if unable to correct VA c ctc.

DATE 5/21/04   Rec 3mo.   _____ 5/21/04   M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

X I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON

DATE 5/25/04   _____ Jowell / Brown MD (SIGNATURE OF MEDICAL DIRECTOR)
DC7105-A (REV01/89)
IL426-0027

EXHIBIT

Midwest Eye Associates, LLC
Suite 2300
5220 South 6th Street
Springfield, Illinois  62703

---

Patient Name:  MC CROY, AARON              DOB: 9/9/60
Clinic Visit:      June 18, 2004

He is a new patient.  He is at the Western Illinois Correctional Center at Mt. Sterling.  He is a 43 year old male, with problems of keratoconus.  He has had multiple evaluations.  He has been seen by Dr. Zeh.  His note, on 11/6/03, spoke of keratoconus, punctate keratopathy in the right.  He is noted to have a clear graft for the OS and had previous PK.  He has removed some corneal sutures.  Medications were prescribed which included Maxitrol, Lotemax, Travatan, Artificial Tears.  He had seen Dr. Kim on 1/8/04, who noted a steroid induced glaucoma OS.  Pressures were noted to be 16 OD and 28 OS.  He had noted keratoconus OU, status post PK OS.  We have a referral note from 4/12/04, from Dr. Zeh, who has him on Travatan OS, Alphagan OS, Cosopt OS, Lotemax OS qday.  He was to return for a fitting of a rigid contact for the OD.  He notes that if his vision does not improve he would then consider cataract extraction.  We have a note from Dr. Zeh, from 5/24/04, recommending continuing the Alphagan tid OS, Cosopt bid OS and Travatan one drop a day OS, Lotemax one drop a day OS.  He would consider cataract extraction if he was unable to improve the vision with contact.

With his current visual situation, he has HM vision.  Pressures are 10 OD and 17 OS.  He has the obvious finding of keratoconus OD.  He has a clear PK OS.  He has lens changes as noted.  The retinas appear to be attached.  He has light sensitivity and does not like light in his eye.

ATTYG10218

IMPRESSION: Keratoconus.

He is currently on Travatan one drop OS qday, Alphagan one drop OS tid, Artificial Tears OU qid, Lotemax one drop OS qday, Cosopt one drop OS bid.

COMMENT:  As Dr. Zeh is planning to leave the area and will be gone by August he will need to be followed by a cornea person.  Actually, the only cornea persons remaining in the Springfield area would be Dr. Lee at Springfield Clinic or Dr. Lohse.  I think Dr. Lee is doing most of the transplant work.  It is my recommendation that he be appointed with him.  I would continue the medications at the same time.  Findings were reviewed with the patient.

Lance P. Steahly, M.D., F.A.C.S.
Midwest Eye Associates, LLC

LPS/jh  D: 06/18/04  T: 06/21/04

cc: Lowell Brown, M.D., c/o Western Illinois Correctional Center, Mt. Sterling, Illinois 62353

EXHIBIT
tabbies
W

Received
JUL 06 2004
Western Illinois Corr. Center
Medical Records Dept.

N51882

8/9/2004 / Aaron Mccroy / 1115051 / DOB: 9/9/1960

The patient was seen on 08/09/04 for evaluation of her eyes for possible keratoconus. The patient states that his vision has been getting more blurred recently. The patient is currently taking Cosopt, Travatan, Lotemax, Alphagan, and Refresh tear drops. The patient also has eye history for significant for corneal transplant in the past.

Upon examination, the patient has counting finger visions of both eyes, intraocular pressures of 12 in the right eye and 23 in the left eye. There is no afferent pupillary defect. Anterior segment exam shows a cone-shaped cornea of the right eye with Fleischer ring anterocentrally, and the left eye shows evidence of previous corneal transplant, and the graft appears clear. The patient also has some anterior capsular opacity of the left eye. Otherwise, the rest of the exam is unremarkable.

IMPRESSION:
1. Keratoconus of the right eye.
2. Status post corneal transplant of the left eye; corneal transplant appears stable.
3. Steroid response glaucoma.
4. Early cataracts.

PLAN: Clinical findings were discussed with the patient. The patient was instructed to get hard contact lens fitted and to continue using Cosopt, Travatan, and Alphagan, and the patient was also instructed to see Dr. Butler for intraocular pressure control from his glaucoma.

James H. Lee M.D.

cc: Western Illinois Correctional Facility

jm

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

Received

SEP

Western Illinois Corr. Center
Medical Records Dept.

ATTYG10223

EXHIBIT
tabbies
×

SANDRA YEH, M.D.
Cataract/Laser Refractive Surgery

_____ Y ODIN, M.D.
_____ /Vitreous

STUART R. FARRIS, M.D.
Ophthalmic and Reconstructive Surgery

STEPHEN G. COOK, M.D.
Cataract/General Ophthalmology

JOHN S. KIM, M.D.
Glaucoma/Cataract Surgery



**PRAIRIE**
Eye Center

2020 W. Iles Ave.
Springfield, IL 62704
Telephone 217/698-3030
Fax 217-698-3068

ROBERT BLUMTHAL, O.D.
Law Vision Evaluation

JENNIFER M. WALLER, O.D.
JOSEPH SABETTI, O.D.
STEPHANIE HART, O.D.
ROBERT P. CHELBERG, O.D.

September 27, 2004

Jean Diesseler, M.D.
1025 Main Street
Quincy, IL 62301

ATTYG10330

RE: Aaron McCroy

Dear Dr. Diesseler,

As you know, Mr. McCroy is a 44 y.o. gentleman who is status post corneal transplant on the left for keratoconus and who was involved in an altercation on 9-23-04. You have done a very beautiful job in repositioning the intraocular contents and in sewing the corneal wound closed. The patient now presents for more definitive treatment. The patient was referred to our retinal specialist as well. I believe that we are going to give some time for the situation to resolve and allow the blood to settle. Right now there is no view of the posterior segment and B scan only identifies the eye full of blood. As per our discussion on the phone, I understand there is a lot of his intraocular contents that have been lost from the eye. As you are well aware, as is Dr. Odin, this carries a very poor prognosis for the patient. The patient was advised as to his prognosis. We will make every attempt possible to salvage the eye. Dr. Odin will perform a vitrectomy a week from Thursday in attempts to salvage the vision. Should Dr. Odin feel that the eye is non salvageable, then I will at that time perform an evisceration. This was discussed at length and in great detail with the patient and the possibility of sympathetic ophthalmia was also discussed with the patient. In the interim, we recommend the patient continue with his Fox shields and the medications as you had prescribed as well as being fitted for safety glasses. Thank you for allowing me to participate in the care of your patients. We will keep you advised as to his progress.

Best regards,

Stuart R. Farris, M.D.

SRF:jrv

M.D. Review
Date: 10/6/04
Doctor: _____
☐  Pull Chart
☐  See Patient
☒  File

Received

OCT 05 2004

Western Illinois Corr. Center
Medical Records Dept.



**EXHIBIT**

Y

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

McCroy    Aaron    _____    ID#: N 9188 9
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/20/03 9am | Nurse Note Up et about cell voiced no c/o | Moore RN |
| 11-21-03 8:30 Am | nurse note ↑ to cell door for meds did eye gtts - Voiced Ø c/o | ☆ K Brennan RN |
| 11-21-03 2:15pm | Nurse Note Call placed to Dr. Zeh, received order that offender can be placed in Seg (single-cell) — T.O. Dr. Zeh/J Blazang Carr | |
| 2:20pm | Discussed care ī Mills, NP agreed/okto discharging McCroy from infirmary to place in Seg. J Blazang RN | |

Printed on Recycled Paper

EXHIBIT
tabbies®    Z

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

000000071

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional _____ Center

Offender Information:

Last Name: Mc Croy    First Name: aaron    MI: ___    ID#: N 51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-03  3ʳ | Infirmary Discharge Note<br><br>Discharged by: (circle one)    M.D.  (N.P.)  D.D.S.  Psychiatrist | Plan:<br><br>- Continue present treatment ✓ |
|  | Summary of Reason for Admission:<br><br>needs ~~iso~~ placement to protect eye from injury. avoid General population. | Follow-up as needed from single cell in Segregation |
|  | Course in Infirmary:<br><br>Noneventful.<br><br>Eye drops. |  |
|  | Discharge Diagnosis:<br><br>Healing process post Keratoplasty |  |
|  | Patient Education:<br><br>avoid yard or activity c̄ others so as to protect Keratoplasty site. | R Mills cur̄p̄<br><br>noted C Thompson ks |

Distribution: Offender's Medical Record

Printed on Recycled Paper



EXHIBIT
aa

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

000000073

000000103

EXHIBIT
99

**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME  Aaron McCroy
ADDRESS

DATE 11/6/03

Travatan
19#05 qpm
D.SP ÷ bottle

□ Label  4  TIMES
□ REFILL
☑ May Substitute
□ May Not Substitute

---

**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME  Aaron McCroy
ADDRESS

DATE 11/6/03

Moxifloxacin ophthalmic
Apply OS BID x3days
then D/C
D.SP 3.5 gm

□ Label  0  TIMES
□ REFILL
☑ May Substitute
□ May Not Substitute

*BEGIN USING FROM BOTTOM UP

EXHIBIT

tabbies

CC

NKA

State of Illinois                    PRESCRIPTION ORDER
Dept. of Corrections             Chart Copy (Not a prescription)

Patient: _McCroy Aaron_          Reg. # _N51882_     Date: _12-23-03_

Problem _____

ORDER: (Physician's Signature After Last Order) _____
_Lotemax OS BID_
_Travatan OS QPM_          }  _until seen by Dr. Kim_
_Brimonidin OS BID_
                    _Dr Santos / BBowers Rn_

DEA/Illinois Lic. # _____    Physician (Print) _Santos_
  ☐ May Substitute _Dr dockerd md / R nileew_        ___ M.D.
  ☐ May Not Substitute _____          ___ M.D.
DCA 7000              Noted by: _BBowers Rn_              Date: _12-23-03_
IL 425-1417

EXHIBIT

tabbies

27

NKA

State of Illinois                    PRESCRIPTION ORDER
Dept. of Corrections             Chart Copy (Not a prescription)

Patient: _McCroy Aaron_          Reg. # _N51882_     Date: _12-9-03_

Problem _____

ORDER: (Physician's Signature After Last Order) _Travatan 1 gtt OS QPM_ }
_Maxitrol opth ointment apply OS QID_              }
_Artificial Tears 1 gtt OU QID_                    } _x 60 days_
_Lotemax 0.5% 1 gtt OS QD_
                    _TO Dr Lochard / BBowers Rn_

DEA/Illinois Lic. # _____    Physician (Print) _Lochard_
  ☐ May Substitute _____              ___ M.D.
  ☐ May Not Substitute _____          ___ M.D.
DCA 7000              Noted by: _BBowers Rn_              Date: _12-9-03_
IL 425-1417

                                                            NKA

State of Illinois                    PRESCRIPTION ORDER
Dept. of Corrections             Chart Copy (Not a prescription)

Patient: _McCroy Aaron_          Reg. # _N51882_     Date: _11-26-03_

Problem _____   _HTN_

ORDER: (Physician's Signature After Last Order) _____
_____
_____
_____

DEA/Illinois Lic. # _____    Physician (Print) _____
  ☐ May Substitute _____              ___ M.D.
  ☐ May Not Substitute _____

| | NAME: | Mccroy, Aaron |
|---|---|---|
| ST. JOHN'S HOSPITAL | ROOM: | DSP |
| Springfield, IL | DOB: | 09/09/1960 |
| (217) 544-6464 | MRN: | 01115106 |
| OPERATIVE REPORT | ACCOUNT #: | 011151061002 |
| | ADMITTED: | 10/11/2004 |
| Surgeon: Stuart Farris, M.D. | DISCHARGED: | |
| Date/Time Dictated: | 10/11/2004 7:33 P | 000161979 |
| Transcribe Date/Time: | 10/12/2004 9:22 A | msp |
| Page 1 of 2 | SURGERY DATE: | 10/11/2004 |

cc:    Stuart Farris, M.D.

**EXHIBIT** QQ-1

SURGEON: STUART FARRIS, M.D.    ASSISTANT:

PREOPERATIVE DIAGNOSIS: Blind eye OS.

OPERATION: EVISCERATION OS WITH 16 MM ACRYLIC SPHERE IMPLANT AND SUTURE TARSORRHAPHY.

POSTOPERATIVE DIAGNOSIS: Blind eye OS.

**EXHIBIT** 17

ATTYG1003

ANESTHESIA
General.

INDICATIONS
The patient is a 44-year-old gentleman who is status post cornea transplant surgery several years ago who was in an assault and had rupture of the globe along the cornea transplant interface. He had loss of intraocular contents. Despite heroic efforts by Dr. Odin to try to salvage the eye, the eye was felt not to be salvageable and no useful vision. The patient presents for evisceration of the eye to prevent sympathetic ophthalmia and because it is a painful eye.

DESCRIPTION OF THE PROCEDURE
The patient was already in the operating room and under general anesthesia after Dr. Odin's procedure. After discussing the case with Dr. Odin, he felt that there was no salvageable vision present and that the eye should best be addressed for pain control and sympathetic ophthalmic concerns. The patient was already prepped and draped. He was given one gram of Ancef intravenously. Attention was turned to the eye where an inferior 180 degree peritomy was completed to create a 360 degree peritomy. A Superblade was then used to make a corneal scleral incision to remove the cornea. Evisceration spoon was used to remove the intraocular contents which were sent for histological review. Absolute alcohol was used on Q-tips to scrub inside the sclera. This area was copiously irrigated with balanced salt solution to remove any residual alcohol. A 60 mm sphere was implanted. Relaxing incisions were made at 4 and 11 o'clock meridians. The wound was closed with 5-0 Vicryl horizontal mattress sutures. Another 5-0 Vicryl was used to sew the edge of the overlapping edges of the sclera together. This created a two layer closure of the sclera. The tenons was then closed in a different meridian with interrupted 6-0 undyed Vicryl suture. The conjunctiva was closed with running 6-0 plain gut suture. Tobradex ointment was placed. A suture tarsorrhaphy placed. A retrobulbar block of 0.75% Marcaine plain was injected into the retrobulbar space with Atkins needle

10/21/2004 THU 15:13 FAX 217 773 2273    217 773 2273 -> IL ATTORNEY GENERAL :   Page 3
OCT-21-2004 THU 02:43 PM PRAIRIE EYE CENTER   WEIFORD HEALTH SOURCES
FAX NO. 2175953056   P. 02/00

|  | NAME: | Mccroy, Aaron |
|---|---|---|
| ST. JOHN'S HOSPITAL | ROOM: | DSP |
| Springfield, IL | DOB: | 09/09/1960 |
| (217) 544-6464 | MRN: | 01115106 |
| OPERATIVE REPORT | ACCOUNT #: | 011151061002 |
|  | ADMITTED: | 10/11/2004 |
| Surgeon: Lanny Odin, M.D. | DISCHARGED: |  |
| Date/Time Dictated: | 10/11/2004 6:58 P | 000161971 |
| Transcribe Date/Time: | 10/12/2004 6:15 A | msp |
| Page 1 of 2 | SURGERY DATE: | 10/11/2004 |

cc:   Lanny Odin, M.D.

**EXHIBIT**
dd-2

SURGEON: LANNY ODIN, M.D.;STUART FARRIS, M.D.   ASSISTANT:

PREOPERATIVE DIAGNOSIS: Massive intraocular hemorrhage with previous ruptured globe and expulsion of intraocular contents.

OPERATION: 1. PARS PLANA VITRECTOMY. 2. EVISCERATION LEFT EYE.

POSTOPERATIVE DIAGNOSIS: Massive intraocular hemorrhage with previous ruptured globe and expulsion of intraocular contents. Irreparable retinal detachment and massive subretinal and intravitreal hemorrhage.

ANESTHESIA
General.

ATTYG1008

ESTIMATED BLOOD LOSS
Less than 1 cc.

INDICATIONS
The patient had previous transplant of the cornea in the left eye. He was involved in an altercation, rupturing the globe with expulsion of intraocular contents. Repair of the rupture was performed elsewhere. He presented with no light perception vision and massive intraocular hemorrhage. After discussing the poor prognosis, it was elected to perform vitrectomy to clear the media some to see if there was any salvageable procedure for vision that could be obtained in the left eye. He understood that if salvageable vision was not possible, then evisceration would take place at the same time.

DESCRIPTION OF THE PROCEDURE

**EXHIBIT**
18

ATTORNEY GENERAL          1217782B767;
Delved: 12/15/04  9:18AM;          12/15/04 10:02AM; JetFax #98; Page 2/2
.5/2004 WED 10:18 FAX 217 773 2273      WEXFORD HEALTH SOURCES          ☒ D02
                    STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility

# WIL

## REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name __McCroy  Aaron__          Inmate's Number: __N5 882__

Consultant's Name __Dr.  Michael Kass__

Consult Requested By: __Court Ordered Evaluation__   Date: __12/8/04__     URGENT  ( ) YES  ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

_Evaluate present eye condition + recommend treatment._

☒ Evaluation
☒ Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: _Keratoconus right eye. Vision 20/400_
_SP evisceration left eye - no vision_

EXHIBIT
tabbies
21

PROCEDURE: _needs to be fit with a special Contact_
_lens to improve his vision in the right eye. This_
_will require at least a few visits to a_

ASSESSMENT: _provider near the Correction facility._
_He needs a prosthesis for the left eye._

Date: __12/8/04__          __Michael Kass__          M.D.
                              (SIGNATURE OF CONSULTANT)

EXHIBIT
tabbies
ee

FOR CORRECTIONAL Health Medical DIRECTOR ONLY:

(✓) I have reviewed the recommendations contained in this report and approve them.
( ) I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: __12/8/04__          __Sally Brown MD__          MD
                              (SIGNATURE OF MEDICAL DIRECTOR)

DCT125-AL (Rev. 01/99)
IL631-0437

EXHIBIT
FF

ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution Program: _____    Date and Time of Incident: 12/16/04  app  1:00/pp

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved:  YES ☐  NO ☒    B. Were Restraints/Force Used:  YES ☐  NO ☒    C. Was Property Damaged:  YES ☐  NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified:  YES ☐  NO ☐    E. Were Arrests Made:  YES ☐  NO ☐

F. Any Injuries/Hospitalizations:  YES ☐  NO ☒    G. Were there Media Inquiries:  YES ☐  NO ☐

Inmates Staff Involved:

| Name | D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|------|-----|---------|-----------------|------------------------------|-------|
| MCCRAY | N51882 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Statement of Facts: (NARRATIVE):

ON THE ABOVE DATE & APP. TIME I/m McCRAY N51882
PRODUCED A INSUFFICIENT URINE SAMPLE DURING RANDOM
DRUG TESTING. I/m FAILED TO PITCH THE 30mL mark
AS REQUIRED IN THE QUICK SCREEN 5 TEST CUP. McCRAY'S
INSUFFICIENT SAMPLE RENDERED THE CUP UNUSABLE. I/m
IS ALLOWED TO CONTINUE THE TEST.   D.C.   7205
WRITTEN.

_Shirley McCray_
_Placed in a_
_Temporary Out-of-unit_

| | | | |
|---|---|---|---|
| _JENNINGS #4141_   12/16/04   1:10 | | | _Matt P._  12/16/04 |
| Reporting Employee    Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |

Administrative Assessment: _____

Administrative Officer _____    Date/Time _____

bution:    Director
           Deputy Director of Appropriate Division                Legal Services (only if restraints/force used)
           Deputy Director of Bureau of Inspections and Audits    File
                                                                  P.S.?

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**                                            Page _1_ of _1_

☑ Disciplinary Report    Date _12/1/04_          ☐ Investigative Report    Date

Committed Person: _McCORY_    No. _N51882_    Facility: _W.I.C.C._

Observation Date: _12/1/04_    Time: _AM 100%_    Comp. Location: _H.C.U._

_c/o Jennings #10178_                                    _12/6/04 10%_
PRINT Employee's Name                                    Employee's Signature/Date/Time

Offense: 504 # _202 Damage or Misuse of Property_

Observation: _On the above date + app time 1/m McCROY N51882_
_produced a insufficient urine sample during random_
_drug testing. 1/m failed to reach the 30 mL mark_
_as required in the drug screen 5 test cup. McCROY_
_insufficient sample rendered the cup unusable 1/m was_
_allowed to continue the test. D/C 434 written_

Witnesses, if any:

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☑ Temporary Confinement    ☐ Investigative Status    Reasons: _Nature of Charge_

_Mary F. Mc___                    _Mark P.S. Hogan 12-1-04_
PRINT Name                         Shift Supervisor's Signature and Date
                                   (For Community Correctional Centers, Chief Adm. Off.)

☑ Confinement Reviewed by Reviewing Officer    Comment: _Nature + offense_
_Lt. Losson_                         _A. Hogan 12-6-04_
PRINT Name                          Signature/Date

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit
_Lt. Losson_                         _A. Hogan 12-6-04_
PRINT Name                          Reviewing Officer's Signature and Date

☑ Reviewed by Hearing Investigator    _Sorvull_    _12-17-04_
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number          Committed Person Refused to Sign ☑ _DK_

_D. Kaufman_    _L. M. 338L_          _12/16/04    G20_
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
                                 Committed Person's Signature and Number

— — — — (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) — — — — —

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                      Date

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

                                   Committed Person's Name and Number

DOC 0317 (Rev. 4/98)    Distribution: 1) Master File; 2) Committed Person;
IL 426-0581                           3) Facility; 4) Facility

**EXHIBIT**
_99-1_

State of Illinois - - Department of Corrections
DISCIPLINARY REPORT

Page ___ of ___

☑ Disciplinary Report     Date 12/16/04     ☐ Investigative Report     Date

Committed Person: McCROY     No. N51882     Facility: W.I.C.C.

Observation Date: 12/16/04   Time: 2:15/pm   Ofn/Location: H.C.U.

C/O   JENNINGS #1015-1     Employee's Signature/Date/Time   12/16/04 2:29
PRINT Employee's Name

Offense 504: 203 DRUGS + DRUG PARAPHERNALIA

Observation: ON THE ABOVE DATE + TIME I/m McCROY N51882
DURING RANDOM DRUG SCREENING FAILED TO PRODUCE
30 mls OF URINE IN THE ALLOTTED 2 HOUR TIME FRAME
(12:15/pm - 2:15/pm) USING THE QUICK SCREEN 5 TEST CUP.
I/m McCROY CONSUMED 8 oz of WATER AT 12:48/pm, 1:10/pm, 1:40/pm
FOR A TOTAL OF 24 oz. ALL PROPER DRUG TESTING PROTOCOL
WAS FOLLOWED. I/m WAS POSITIVELY IDENTIFIED BY I.D.C.C. I.D.

Witnesses, if any: D.C. 434 WRITTEN

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☑ Temporary Confinement   ☐ Investigative Status   Reason: Nature of ___

Major & Run     PRINT Name     Shift Supervisor's Signature and Date 12/16/04
(For Community Correctional Center, Chief Adm. Offr.)

☑ Confinement Reviewed by Reviewing Officer   Comment: Nature of offense
Lt. Loosten     PRINT Name     Signature/Date 12-16-04

☑ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
Lt. Loosten     PRINT Name     Reviewing Officer's Signature and Date 12-16-04
☑ Reviewed by Hearing Investigator: Shaun 1027   PRINT Name   Signature and Date 12-17-4
(Adult Division Major Reports Only)

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☑ DK

Committed Person's Signature and Number
D. Kurtzman     PRINT Serving Employee's Name   3854   Serving Employee's Signature   12/16/04   Date and Time Served 9:17

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____     Committed Person's Signature and Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ____ Date

NAME OF WITNESS: _____     Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____     Number/Cell/Title: _____
Witness can testify to: _____

Committed Person's Name and Number

DOC (Rev. 4/80)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility

EXHIBIT
gg-2

Illinois Department of Corrections
## Disciplinary Segregation Double Celling Screening Form
Western Illinois Correctional Center

DATE: 12/17/04   SCREENED BY: _Rund Flaggd_   CC7
                                  Name                        Title

INMATE NAME: _Mc Crary, Gwenn_   INMATE _N 51882_

I.   MASTER FILE CHECKED: Yes _X_ No ____   OTS CHECKED: Yes _X_ No ____

DOCUMENTED PROTECTIVE CUSTODY ISSUES: _None_

DOCUMENTED ENEMIES AT WESTERN C.C.: (Name – Number – Location): _None_

SPECIAL ISSUES: AGE _44_   RACE: _Blk_   HEIGHT: _6'1"_   WEIGHT: _250 lbs_

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: _None_

DATE/REASON FOR SEGREGATION PLACEMENT: _12-16-04  Drugs + Drug paraph_
_Failed to produce_
SEG. RELEASE DATE: _Unk_

II.   MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes _✓_ No ____ If yes, explain: ____

BY: _S Scott LPN_

PSYCHIATRIC RECOMMENDED FOR SINGLE CELL: Yes ____ No _✓_ If yes, explain: ____

BY: _S Scott LPN_

MEDICAL RECORDS CHECKED: Yes _✓_ No ____

III.   RECOMMENDED: SINGLE ____ DOUBLE _✓_   _James Ray_
                                          CWS/CCS Signature - Date

### FINAL DETERMINATION

SINGLE ____ DOUBLE _✓_   _Sandra ONeill_   _12-17-04_
                          Assistant Warden of Operations/Duty Administrative Officer – Date

Original: Masterfile   cc: Placement Office
                            Segregation Lt.



EXHIBIT
hh

P. 87

WIL-0050 (Eff. 11/01)

DISCIPLINARY SEGREGATION DOUBLE CELLING SCREENING FORM

DATE 2-1-05          SCREENED BY: _____ C C ll
                                           Name              Title

TO: MASTER FILE OF INMATE
McCoy Aaron                          N51822
          Name                              Number

FROM: ASSISTANT WARDEN – MENARD CORRECTIONAL CENTER

Medical Records Checked:                    Yes/No
Master File Checked:                        Yes/No
O.T.S. Checked:                             Yes/No
Placement Office Checked:                   North □  1-46
Current Cell Location:

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: None noted

AGGRESSION LEVEL PRIOR TO SEGREGATION PLACEMENT: MEX
MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes/No If Yes Explain:

PSYCHIATRIC: RECOMMENDED FOR SINGLE CELL: Yes/No If Yes Explain:

                              By: Joseph Phillips
DOCUMENTED PROTECTIVE CUSTODY ISSUES: None noted

DOCUMENTED ENEMIES AT MENARD C.C.: (Name-Number-Location): Per OTS: □
None noted

SPECIAL ISSUES: AGE: 44 RACE: B HEIGHT: 6'1 WEIGHT: 225
GANG AFFILIATION/RANK: None noted
REASON FOR SEGREGATION PLACEMENT: 1-12-05
223 - Drugs
                              SEG. RELEASE DATE: 6-16-05

CASEWORK SUPERVISOR REVIEW AND RECOMMENDATION
RECOMMENDED: SINGLE/DOUBLE  M Sanders  2-2-5
                              C.W.S. SIGNATURE/DATE

RECOMMENDED: SINGLE/DOUBLE _____
                              UNIT SUPERINTENDENT/DATE

                              EXHIBIT
                              11

FINAL DETERMINATION

RECOMMENDED: SINGLE/DOUBLE _____  2-2-05
                              ASSISTANT WARDEN/DATE
P.86

ILLINOIS DEPARTMENT OF CORRECTIONS
HEARING OF ADMINISTRATIVE REVIEW BOARD
VIDEO CONFERENCE

*DATE OF HEARING:* April 15, 2005

*INSTITUTION:* Menard Correctional Center, Menard, Illinois

*GRIEVANT NAME:* Aaron McCroy, Register No. N51882

*BOARD MEMBERS PRESENT:* Sherry Benton, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Menard Correctional Center administration.

Nature of Grievance: Inmate McCroy is grieving two disciplinary reports (heard as one) dated December 16, 2004 received at Western Illinois Correctional Center.

Findings: The disciplinary report of December 16, 2004 regarding an incident which occurred on December 16, 2004 at 1:00 PM, was written by C/O Jennings charging violation of DR504: 202-Damage or Misuse of Property. Inmate is charged with the following: On the above date and approximate time I/M McCroy N51882 produced a insufficient urine sample during random drug testing. I/M failed to reach the 30 ml mark as required in the Quick Screen 5 test cup. McCroy's insufficient sample rendered the cup unuseable. I/M was allowed to continue the test. The disciplinary report was served on December 16, 2004 at 9:20 PM.

Findings: The disciplinary report of December 16, 2004 regarding an incident which occurred on December 16, 2004 at 2:10 PM, was written by C/O Jennings charging violation of DR504: 203-Drugs and Drug Paraphernalia. Inmate is charged with the following: On the above date and approximate time I/M McCroy N51882 during random drug screening failed to produce 30 mls of urine in the allotted 2 hour time frame (12:10 PM-2:10 PM) using the Quick Screen 5 test cup. I/M McCroy consumed 8 oz of water at 12:40 PM, 1:10 PM, and 1:40 PM for a total of 24 oz. All proper drug testing protocol was followed. I/M was positively identified by I.D.O.C. I.D. The disciplinary report was served on December 16, 2004 at 9:17 PM.

Inmate McCroy was placed in temporary confinement on December 16, 2004.

The Adjustment Committee Hearing (200405440/1-WIL) was conducted at Western Illinois Correctional Center on December 21, 2004 at 2:25 PM. The Adjustment Committee found the Grievant guilty of 203 and deleted the charge of 202. The recommended disciplinary action was: 6 months C-grade, 6 months segregation, 6 months revocation of Good Conduct Credits, loss of contact visits 6 months and a transfer. CAO concurred on December 30, 2004. Upon review, this revocation was reduced to 3 months, which both the Prisoner Review Board and Director approved.

This office reviewed incident reports relative to this issue.

Inmate's statement: I'm not guilty of 203. I was under Doctor's care at the time and on heavy medication and on diuretics. I was dehydrated. How am I guilty if I was producing what I was drinking? I want the ticket expunged.

This office contacted the Menard Health Care Unit for a review of the offender's medical claims and also Dr. Elyea, Agency Medical Director, regarding the offender's medical claims.

Recommendations: Based on a review of all information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, the Board is reasonably certain the Grievant committed the offense, and therefore recommends the grievance be denied.

*FOR THE BOARD:* Sherry Benton
Administrative Review Board Chairperson
Office of Inmate Issues

*CONCURRED:* Roger E. Walker, Jr.    April 15, 2005
Director

cc:   Warden Alan Uchtman, Menard Correctional Center
      Aaron McCroy, Register No. N51882

**EXHIBIT**
JJ

## MEDICAL PERMISSION

This slip is considered authorization for the following inmate to be in possession of the designated medical item for the noted period of time _only_.

INMATE'S NAME: McCroy. Aaron

INMATE'S NUMBER:     ·N51882 R4-C-36

AUTHORIZED MEDICAL ITEM: Low Bunk/Low Gallery/Physically Challenged

EFFECTIVE DATE:     9/6/05

EXPIRATION DATE:     indefinitely

AUTHORIZING SIGNATURE:

You are responsible for returning all equipment
To the health care unit upon expiration date.

You are responsible for having in your possession this highlighted copy.  Any alterations or copying of this slip will result in discipline, and will be invalid.

CC:     Medical file
        Property Nurse
        Inmate
        Placement
        File

DCA #260-53361
IL #426-22854 (rev. 09/99)



EXHIBIT

k k



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     September 8, 2005

TO:       Aaron McCroy N51882
          R4-C-36

FROM:     John Evans
          Warden

SUBJECT:  Safety Glasses

Upon arrival at Pinckneyville Correctional Center, your safety glasses were taken until your medical file could be reviewed and confirmation was made that your safety glasses were ordered. Please be advised, safety precautions are always taken to ensure inmate and staff safety. After review of your medical file, confirmation was received and your safety glasses returned.

If you should have any further questions, please contact your Correctional Counselor.

cc:    D/D Meek
       Master file
       file



EXHIBIT
11



SEP 2005
RECEIVED
PINCKNEYVILLE C.C.
RECORD OFFICE



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center  /  5835 State Route 154  /  Pinckneyville, IL  62274-3410  /  Telephone: (618) 357-9722  /  TDD: (800) 526-0844

# M E M O R A N D U M

DATE:      September 8, 2005

TO:        Aaron McCroy N51882
           R4-C-36

FROM:      John Evans
           Warden

SUBJECT:   Safety Glasses

Your letter to Deputy Director Ronald J. Meek has been forwarded to my office.  I
have reviewed your situation and understand your safety glasses have been
returned to you.

If you should have any further questions, please contact your Correctional
Counselor.

cc:      D/D Meek
         Master file
         file

**EXHIBIT**

_m m_

## MEDICAL PERMISSION

This slip is considered authorization for the following inmate to be in possession of the designated medical item for the noted period of time *only*.

INMATES NAME:  McCroy, Aaron

INMATES NUMBER:  N51882  R-2 A-37

AUTHORIZED MEDICAL ITEM:  ADA Cell

EFFECTIVE DATE:  01-16-06  ( 1-16-06 )

EXPIRATION DATE:  01-16-07  ( 1-16-07 )

AUTHORIZATION SIGNATURE:  Dr. Feinerman/Sue Ferrari D.O.N

You are responsible for returning all equipment to the Health Care Unit upon expiration date.

You are responsible for having in your possession this highlighted copy.  Any alterations or copying of this slip will result in discipline, and will be invalid.

CC:  Medical File
Property Nurse
Inmate
Placement
File

DCA #260-53361
IL #426-22854 (rev. 12/05)

EXHIBIT

n n



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

# MEMORANDUM

DATE:      January 30, 2006

TO:        Offender McCroy, N51882 ~~2A3~~ 3 A18

FROM:      Sue Ferrari, DON

SUBJECT:   Memo

Please be advised that your issue of the ADA cell was addressed by Warden Flagg on
1/9/06. I cannot over-rule the Warden's decision. I have nothing to do with placement of
offenders.
SF:kc

cc:    Counselor R2
       Medical File
       File



**EXHIBIT**

OO