
EXHIBIT A

SECTION 9.0          JOB DESCRIPTIONS

9.10   **HEALTH CARE UNIT ADMINISTRATOR**

The Health Care Unit Administrator (HCUA) is responsible to the Warden/Superintendent through the Assistant Warden/Superintendent of Programs for the day-to-day operation and administrative direction of the health care program of the institution. The Administrator coordinates the management of the Health Care Unit with the clinical supervision and responsibilities of the Medical Director.

The HCUA consults with the Warden/Superintendent or his/her designee regarding routine institutional issues of an administrative nature. He/she discusses issues of a complex or unusual clinical nature involving patient management or of IDOC policy significance with the institutional Medical Director and the Agency Medical Director or his/her designee and informs the Warden/Superintendent of any relevant outcome. The HCUA also reviews concerns regarding health services contract performance with the contract representative or project manager, if applicable.

The HCUA is responsible for effectively and efficiently managing the institution's overall health care delivery system by:

1. Act as liaison between Health Services and the institutional administration, department heads and subordinates, as well as with the Office of Health Services.

2. Supervise department heads in the operation of pharmacy, medical records, nursing, lab, x-ray, etc.

3. Develop and implement Institutional Directives and procedures to comply with IDOC Administrative Directives.

4. Monitor all health service contract activity if applicable and coordinate monitoring functions with the Business Administrator and Assistant Warden/Superintendent of Programs.

5. Coordinate preparation and monitoring of the institutional health services budget with the Business Administrator and or Contractor if applicable.

6. Supervise requisition of supplies and equipment or oversee such activities of the Contractor to assure appropriate availability.

7. Maintain Health Care Unit property and equipment control records as required.

8. Oversee the routine maintenance of perpetual inventories of supplies and pharmaceuticals.

9. Coordinate the review and approval of all IDOC health-related billings (only AIDS, chronic dialysis treatments, autopsies, etc. if on comprehensive contract).

10. Coordinate or conduct necessary periodic inspections including safety and sanitation of housing areas, Food Services and Health Services and submit corresponding reports.

11. Approve monthly statistical reports for timely submission.

12. Conduct periodic department health and staff meetings and attend department meetings and training as indicated.

13. Provide for the routine meetings and functions required by A.D. including Quality Assurance, Chronic Clinics, Pharmacy and Therapeutics, etc. Submit meeting minutes as appropriate.

14. Direct orientation to the IDOC institution staff and provide in-service educational programs for health services staff to comply with IDOC A.D. and ACA Standards.

15. Work jointly with the facility training staff to ensure that appropriate training in CPR and First Aid is

available to comply with IDOC A.D.

16. Perform personnel functions and supervise the performance of department heads to include development of job descriptions, conducting annual evaluations, recommending discipline, etc.

17. Recruit and/or assist Contractor in recruitment of qualified health service staff. Participate in interviewing and hiring of department heads. Approve final selection of new employees.

18. Supervise department heads in the resolution of health care unit personnel issues or complaints and/or directly intervene in problem areas to ensure prompt resolution. Involve the institutional administration, Contractor if applicable or Office of Health Services as necessary.

19. Schedule and/or approve all leave-time (vacation, personal business, sick, training, meetings, etc.).

20. Coordinate therapeutic diet management with the Food Services department.

21. Ensure the confidential maintenance and safekeeping of all medical records and information.

22. Evaluate and respond to Office of Health Services inquiries or complaints or grievances by patients, family members, lawyers, or other advocates.

23. Resolve audit findings by the development, implementation and monitoring of corrective action plans.

24. Oversee interactions with medical specialists or assist Contractor with such activities. Supervise scheduling of patients for outside appointments. Review initial University of Illinois specialty referrals with the Agency Medical Director to assure appropriateness.

25. With the approval of the Warden/Superintendent, attend IDOC HCUA/Medical Director meetings or other activities as scheduled.

26. Comply with all institutional security regulations and codes of conduct.

27. Coordinate staffing issues with union representatives as appropriate; perform labor relations functions.

28. Perform other duties as assigned by the Warden/Superintendent or his/her designee.