## FUQUA, DEBBIE

| | |
|---|---|
| From: | HOBROCK, CINDY |
| Sent: | Friday, August 16, 2002 1:10 PM |
| To: | FUQUA, DEBBIE |
| Subject: | FW: Aaron McCroy N51882 |

Has anything been done for this offender with Wexford?

-----Original Message-----
| | |
|---|---|
| From: | ELYEA, WILLARD |
| Sent: | Friday, August 16, 2002 12:06 PM |
| To: | HOBROCK, CINDY |
| Subject: | RE: Aaron McCroy N51882 |

Corneal transplants are the responsibility of the vendor. A letter went out to the vendors and all sites (HCUAs and Wardens) this week. You should also receive a copy. Thanks   WOE

-----Original Message-----
| | |
|---|---|
| From: | HOBROCK, CINDY |
| Sent: | Friday, August 16, 2002 11:43 AM |
| To: | ELYEA, WILLARD |
| Subject: | FW: Aaron McCroy N51882 |

Have your heard from Mr. Castro on this case?

-----Original Message-----
| | |
|---|---|
| From: | ANDERSON, TERRI |
| Sent: | Friday, August 16, 2002 11:13 AM |
| To: | HOBROCK, CINDY |
| Subject: | RE: Aaron McCroy N51882 |

Any news on this? I have another letter from the inmate.

*Terri Anderson*
*Administrative Review Board*
*Office of Inmate Issues*

-----Original Message-----
| | |
|---|---|
| From: | HOBROCK, CINDY |
| Sent: | Friday, July 26, 2002 9:24 AM |
| To: | ANDERSON, TERRI |
| Subject: | RE: Aaron McCroy N51882 |

Thanks, Terri.
Dr. Elyea is having John Castro review this case. I'm sure that an response will be received soon.

-----Original Message-----
| | |
|---|---|
| From: | ANDERSON, TERRI |
| Sent: | Friday, July 26, 2002 9:20 AM |
| To: | HOBROCK, CINDY |
| Cc: | KIBBY-BROWN, SANDRA |
| Subject: | FW: Aaron McCroy N51882 |

Cindy, I thought I should bring this matter to your attention.

*Terri Anderson*
*Administrative Review Board*
*Office of Inmate Issues*


EXHIBIT B

-----Original Message-----
From: FUQUA, DEBBIE
Sent: Thursday, July 25, 2002 10:50 AM
To: ANDERSON, TERRI
Subject: RE: Aaron McCroy N51882

Terri,
I reviewed this inmate's medical file with Dr. Sims. Inmate McCroy N51882 was sent to the Kehoe Eye Institute on April 12, 2002, and May 13, 2002. A corneal transplant was recommended. Wexford denied this and Dr. Elyea told them they have to do it. Dr. Sims, Western Medical Director has not done the necessary paper work to resubmit this inmate to Wexford for approval. I have asked him to get this done today.

-----Original Message-----
From: ANDERSON, TERRI
Sent: Tuesday, July 23, 2002 9:20 AM
To: FUQUA, DEBBIE
Subject: Aaron McCroy N51882

I am working on a grievance for the above inmate regarding medical treatment for his eye. The counselor indicated that a visit to Kehoe Eye Institute was scheduled for April 12, 2002. Can you bring me up to date on his condition and treatment. Thank you.


*Terri Anderson*
*Administrative Review Board*
*Office of Inmate Issues*

2

## FUQUA, DEBBIE

**From:** ELYEA, WILLARD
**Sent:** Thursday, August 22, 2002 11:26 AM
**To:** FUQUA, DEBBIE; HOBROCK, CINDY
**Subject:** RE: Aaron McCroy N51882

The treatment for Keratoconus is contact lenses unless the cornea is thinning rapidly. The offender may receive a substantial trial of contacts prior to surgery. If the corneal graft fails, he may have worse vision than now. Thanks WOE

> -----Original Message-----
> **From:** FUQUA, DEBBIE
> **Sent:** Wednesday, August 21, 2002 4:43 PM
> **To:** HOBROCK, CINDY
> **Cc:** ELYEA, WILLARD
> **Subject:** FW: Aaron McCroy N51882
>
> Cindy,
> We resubmitted this to Wexford on 8-19-02 after we got Dr. Elyea's memo. It came back today **denied again** for a corneal transplant by Dr. Rowe. I faxed it to you and Dr. Elyea for review.
>
>> -----Original Message-----
>> **From:** HOBROCK, CINDY
>> **Sent:** Monday, August 19, 2002 11:02 AM
>> **To:** FUQUA, DEBBIE
>> **Subject:** RE: Aaron McCroy N51882
>>
>> Thanks, Debbie. Keep me posted on the outcome of this.
>>
>>> -----Original Message-----
>>> **From:** FUQUA, DEBBIE
>>> **Sent:** Monday, August 19, 2002 9:44 AM
>>> **To:** HOBROCK, CINDY
>>> **Subject:** RE: Aaron McCroy N51882
>>>
>>> No, Dr. Sims will have to put it through U.R. again. I have asked him to do this today.
>>>
>>>> -----Original Message-----
>>>> **From:** HOBROCK, CINDY
>>>> **Sent:** Monday, August 19, 2002 8:55 AM
>>>> **To:** FUQUA, DEBBIE
>>>> **Subject:** RE: Aaron McCroy N51882
>>>>
>>>> So, has Wexford gave their approval for Mr. McCroy to have this procedure done?
>>>>
>>>>> -----Original Message-----
>>>>> **From:** FUQUA, DEBBIE
>>>>> **Sent:** Monday, August 19, 2002 8:52 AM
>>>>> **To:** HOBROCK, CINDY
>>>>> **Subject:** RE: Aaron McCroy N51882
>>>>>
>>>>> Cindy,
>>>>> We received the letter on Friday afternoon. It said that the vendors are responsible for cornea transplants.
>>>>>
>>>>>> -----Original Message-----
>>>>>> **From:** HOBROCK, CINDY
>>>>>> **Sent:** Monday, August 19, 2002 8:23 AM
>>>>>> **To:** FUQUA, DEBBIE
>>>>>> **Subject:** RE: Aaron McCroy N51882
>>>>>>
>>>>>> Have you received the letter that went out to the vendors, HCUA's and Warden's? If so, what did the letter say?

1

-----Original Message-----
From:    FUQUA, DEBBIE
Sent:    Friday, August 16, 2002 1:23 PM
To:      HOBROCK, CINDY
Subject: RE: Aaron McCroy N51882

No, we were waiting for the decision on this.

-----Original Message-----
From:    HOBROCK, CINDY
Sent:    Friday, August 16, 2002 1:10 PM
To:      FUQUA, DEBBIE
Subject: FW: Aaron McCroy N51882


Has anything been done for this offender with Wexford?

-----Original Message-----
From:    ELYEA, WILLARD
Sent:    Friday, August 16, 2002 12:06 PM
To:      HOBROCK, CINDY
Subject: RE: Aaron McCroy N51882

Corneal transplants are the responsibility of the vendor. A letter went out to the vendors and all sites (HCUAs and Wardens) this week. You should also receive a copy. Thanks WOE

-----Original Message-----
From:    HOBROCK, CINDY
Sent:    Friday, August 16, 2002 11:43 AM
To:      ELYEA, WILLARD
Subject: FW: Aaron McCroy N51882


Have your heard from Mr. Castro on this case?

-----Original Message-----
From:    ANDERSON, TERRI
Sent:    Friday, August 16, 2002 11:13 AM
To:      HOBROCK, CINDY
Subject: RE: Aaron McCroy N51882

Any news on this? I have another letter from the inmate.

*Terri Anderson*
*Administrative Review Board*
*Office of Inmate Issues*


-----Original Message-----
From:    HOBROCK, CINDY
Sent:    Friday, July 26, 2002 9:24 AM
To:      ANDERSON, TERRI
Subject: RE: Aaron McCroy N51882

Thanks, Terri.
Dr. Elyea is having John Castro review this case. I'm sure that an response will be received soon.

-----Original Message-----
From:    ANDERSON, TERRI
Sent:    Friday, July 26, 2002 9:20 AM
To:      HOBROCK, CINDY
Cc:      KIBBY-BROWN, SANDRA
Subject: FW: Aaron McCroy N51882

Cindy, I thought I should bring this matter to your attention.

2