**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

H-01-C-0?

E-FILED
Tuesday, 03 April, 2007  05:24:34 PM
Clerk, U.S. District Court, ILCD

### Grievance Officer's Report

| | | |
|---|---|---|
| Date Received: February 24, 2004 | Date of Review: March 3, 2004 | Grievance # (optional): 04-0120E |
| Committed Person: McCroy, Aaron | | ID#: N51882 |
| Nature of Grievance: Medical Treatment | | |

Ref to Elyea

**Facts Reviewed:** Offender McCroy claims the Health Care Unit continued to give him Maxitrol after the doctor had ordered the medicine stopped causing glaucoma. He wants to be sent out to be seen by an outside doctor, compensated, and transferred.

Ms. Fuqua, HCUA, states Maxitrol order on 11/6/03 not clear as written by Dr. Zeh. Maxitrol discontinued on 12/23/03. Counselor Wear contacted to see offender for transfer request.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

RECEIVED
APR 0 2 2004
OFFICE OF
INMATE [illegible]

Sue Redshaw
Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 3/3/04    [X] I concur    [ ] I do not concur    [ ] Remand
Comments:

Chief Administrative Officer's Signature    3-8-04    Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature    N57882    3-12-04
                                 ID#      Date

A/W Programs
Distribution: Master File; Committed Person     Page 1     DOC 0047 (Eff. 10/2001)
                                                           (Replaces DC 5657)
Printed on Recycled Paper

EXHIBIT C

00105