3:02-cv-03171-HAB-BGC   # 365-5   Page 1 of 3

2/26/07          McCroy v. Illinois Dept. of Corrections
Kevin Winters

E-FILED
Tuesday, 03 April, 2007 05:24:45 PM
Clerk, U.S. District Court, ILCD

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE CENTRAL DISTRICT OF ILLINOIS
 3                     SPRINGFIELD DIVISION
 4
 5   AARON McCROY,
 6            Plaintiff,
 7       vs.                          No. 02-3171
 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
              Defendants.
10
11
12
13        THE DEPOSITION of KEVIN WINTERS, taken in
14   the above-entitled case before Debra K. Baldwin, a
15   Notary Public of Sangamon County, acting within and
16   for the County of Sangamon, State of Illinois, at
17   1:00 o'clock P.M., on February 26, 2007, at 3000
18   Montvale Drive, Springfield, Sangamon County,
19   Illinois, pursuant to notice.
20
21
22
             Baldwin Reporting & Legal-Visual Services
23              Serving Illinois, Indiana & Missouri
           24hrs (217)788-2835   Fax (217)788-2838
24                     1-800-248-2835
```

EXHIBIT D

ORIGINAL

Page 1

```
 1    that?
 2         A    If no medical restrictions kept him in
 3    the infirmary, he would be released and the
 4    placement/assignment would place him in the
 5    institution.
 6         Q    All right. What is your understanding as
 7    to why he was in the infirmary? Who placed him
 8    there?
 9         A    I'm assuming healthcare.
10         Q    And it would be healthcare then that
11    would decide whether or not he should be removed
12    from those restrictions and placed back into the
13    general population?
14         A    Yes.
15         Q    And when you say healthcare, what is
16    Debra Fuqua's role in making that decision?
17         A    She was the healthcare administrator.
18         Q    Do you believe that while you were
19    warden, and at this time, in June of 2004, that she
20    had authority to make that decision?
21         A    Obviously she's the one that made it.
22         Q    Why do you say that?
23         A    Because he moved.
24         Q    What documentation would there be that it
```

Page 61

```
 1   was Debra Fuqua's decision to do that though?
 2        A    I--I wouldn't know.
 3        Q    Wouldn't she have signed some type of
 4   order or sought approval from someone else?
 5        A    I would assume so, yes. I wouldn't know
 6   that for sure, but I would assume so.
 7        Q    What you need to do, since you were the
 8   man in charge at that point in time and the warden,
 9   is tell me what should have happened if Aaron
10   McCroy was to be transferred into the general
11   population. And by that I mean who had the
12   authority to do that and who should have signed off
13   on it?
14        A    If he would have been released from
15   medical, that would have went to the placement
16   office. There might not have been no--necessarily
17   no form or memo written, it would have just been
18   another move.
19        Q    Could that have been verbal?
20        A    Possibly.
21        Q    Who had the responsibility to issue that
22   type of verbal order in June of 2004?
23        A    If medical released him--
24        Q    Who do you mean by medical?
```

Page 62