3:02-cv-03171-HAB-BGC   # 365-6   Page 1 of 2

3/8/07
Lowell Brown, M.D.

McCroy v. Illinois Dept. of Corrections

E-FILED
Tuesday, 03 April, 2007 05:24:55 PM
Clerk, U.S. District Court, ILCD

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                    SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6          Plaintiff,

 7     vs.                              No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
            Defendants.
10

11

12

13          THE DEPOSITION of LOWELL BROWN, M.D.,

14   taken in the above-entitled case before Debra K.

15   Baldwin, a Notary Public of Sangamon County, acting

16   within and for the County of Sangamon, State of

17   Illinois, at 8:30 o'clock A.M., on March 8, 2007,

18   at Western Illinois Correctional Center,

19   Mt. Sterling, Brown County, Illinois, pursuant

20   to notice.

21

22
            Baldwin Reporting & Legal-Visual Services
23             Serving Illinois, Indiana & Missouri
         24hrs (217)788-2835    Fax (217)788-2838
24                     1-800-248-2835
```

EXHIBIT E

ORIGINAL

Page 1

3/8/07　　　　　　　　McCroy v. Illinois Dept. of Corrections
Lowell Brown, M.D.

```
 1   with more people than you can encounter simply in
 2   the infirmary.
 3           We allowed the infirmary folks to do
 4   this, weather permitting, and so since enjoyed that
 5   and did well, we could see no reason to hold him in
 6   the infirmary any longer medically or any reason
 7   that I can think of. And so we released him to go
 8   back to general population and that seemed to be
 9   something he was happy about.
10       Q    And when you say "we", who else?
11       A    That's rhetorical.
12       Q    Pardon me?
13       A    That's rhetorical. Meaning myself, I.
14       Q    You made that decision?
15       A    And, of course, it was in conjunction in
16   discussion with the nurse administrator of the
17   place, Ms. Fuqua, and others. You know, we talk
18   about things.
19       Q    Did you consult any of his outside
20   treating ophthalmologists?
21       A    Well,--
22       MS. POWELL: About that issue? Or just in
23   general ever?
24       MR. LONDRIGAN:  Q   About that issue.
```

Page 25