3:02-cv-03171-HAB-BGC     # 365-7     Page 1 of 2                                                E-FILED
2/23/07                  McCroy v. Illinois Dept. of Corrections      Tuesday, 03 April, 2007  05:25:05 PM
Karen Wear                                                              Clerk, U.S. District Court, ILCD

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                     SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6              Plaintiff,

 7       vs.                              No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                Defendants.
10
```

THE DEPOSITION of KAREN WEAR, taken in the above-entitled case before Debra K. Baldwin, a Notary Public of Sangamon County, acting within and for the County of Sangamon, State of Illinois, at 11:30 o'clock A.M., on February 23, 2007, at Western Illinois Correctional Center, Brown County, Illinois, pursuant to notice.

Baldwin Reporting & Legal-Visual Services
Serving Illinois, Indiana & Missouri
24hrs (217)788-2835   Fax (217)788-2838
1-800-248-2835

ORIGINAL

EXHIBIT F

```
1     12/28/04.  Is that correct?
2         A     That is correct.
3         Q     First of all, could you read what you
4     wrote as the response?
5         A     D. Fuqua, healthcare administrator,
6     states that, per Doctor Brown, offender McCroy was
7     released from the infirmary per his request. There
8     was not a treating surgeon's order violated. The
9     eye injury was not worsened by the corneal graft.
10    The loss of vision following the injury was trivial
11    as his vision was 20/200 prior to the injury, which
12    is legally blind. Inmate McCroy was seen 12/8/04 by
13    a specialist who recommended right eye contact lens
14    fitting and a prosthesis or glass eye for left eye.
15        Q     Okay. Now, let me ask you a couple
16    questions. When you received the grievance on
17    11/30/04, what did you do?
18        A     I make a copy of the grievance per
19    procedure when it addresses a healthcare issue and
20    I give a copy of that grievance to the healthcare
21    unit administrator.
22        Q     And then what did you do?
23        A     I waited for her response.
24        Q     And in what form was the response? Was it
```

Page 23