E-FILED
Tuesday, 03 April, 2007 05:25:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) ) |
| Defendants. | ) ) |

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, January 19, 2007**, at **2:30 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

*** This deposition was previously set for December 15, 2006.***

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com


EXHIBIT H