# Londrigan, Potter & Randle, P.C.
## Attorneys at Law

Thomas F. Londrigan
James R. Potter
Craig A. Randle
Alexandra de Saint Phalle
Douglas J. Quivey
Carissa A. Haning
Amy N. Williams

1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
Facsimile: (217) 544-9826
www.lprpc.com
doug@lprpc.com

Timothy J. Londrigan
---
James T. Londrigan (of counsel)
---
Joseph A. Londrigan (1919-1970)
James E. Londrigan (1923-1975)

January 12, 2007

Kelly R. Choate
Assistant Attorney General
500 South Second Street
Springfield, IL 62706                           VIA:   E-Mail

**RE:  McCroy v. IDOC et al**

Dear Ms. Choate:

It is imperative that before we defer the deposition of Defendant Fuqua further, that we be given current and accurate information with regard to her current state of health, including prognosis and whether or not the condition is improving or deteriorating. If this matter cannot be resolved between us, I intend to take it up with the court at the earliest possibility.

Defendant Fuqua is the most important IDOC employee with respect to the care and treatment of the patient/prisoner McCroy and her deposition must be taken to preserve her position well in advance of the discovery cutoff of March 15, 2007.

Thank you.

Yours truly,

THOMAS F. LONDRIGAN

TFL/pkg
cc:  Theresa Powell (via e-mail)
     Carl Tenney (via e-mail)

EXHIBIT
I