UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,              )
                           )
    Plaintiff,         )
                           )
vs.                        )     NO. 02-3171
                           )
ILLINOIS DEPARTMENT OF     )
CORRECTIONS et al.,        )
                           )
    Defendants.        )

### SECOND AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, February 2, 2007, at 2:30 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.**

    *** This deposition was previously set for January 19, 2007.***

    Respectfully submitted,
    AARON MCCROY, Plaintiff

    By: s/Douglas J. Quivey
    DOUGLAS J. QUIVEY, Bar No. 6225888
    Attorney for Plaintiff
    LONDRIGAN, POTTER & RANDLE, P.C.
    1227 South Seventh Street
    Post Office Box 399
    Springfield, IL 62705
    Telephone: (217) 544-9823
    doug@lprpc.com



EXHIBIT J

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, Plaintiff, | ) |
| | ) |
| vs. | ) NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., Defendants. | ) |

### THIRD AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, February 2, 2007**, at **2:30 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition:**

1. Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections including your current job and any job which has made you a party to this lawsuit.

2. Any and all weekly, monthly, quarterly and/or yearly reports given to the warden or any supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3. Any and all documents and photographs relating to the plaintiff, Aaron McCroy, and his claim.

Respectfully submitted,
AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com