E-FILED
Tuesday, 03 April, 2007  05:26:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY, Plaintiff,    )
                            )
vs.                         )    NO. 02-3171
                            )
ILLINOIS DEPARTMENT OF      )
CORRECTIONS et al., Defendants.  )

### FOURTH AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Thursday, March 8, 2007, at 10:30 a.m.**, or at the conclusion of the preceding deposition, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the Western Illinois Correctional Center located at Rt. 99 S. in Mount Sterling, Illinois. **The Deponent is to bring to this deposition:**

1. Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections including your current job and any job which has made you a party to this lawsuit.

2. Any and all weekly, monthly, quarterly and/or yearly reports from January 1, 2002 through 2004 given to the warden or any IDOC supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3. Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other IDOC employees or employees of Wexford Health Systems with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

4. Copies of all official communications and directives authorized, signed by, e-mailed, or copied by you, with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

5. Minutes of the Quarterly Medical Review Meetings for the years 2002 - 2004.

6. Copies of Dr. Elyea's findings and report on those findings authored by Dr. Elyea in response to the request by the Administrative Review Board as outlined in their correspondence of June 23, 2004 in response to Aaron's grievance. (See Exhibit)

***** This deposition was previously set for February 2, 2007. *****



EXHIBIT K