IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

DEC 1 2 2005

### DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, DONALD N. SNYDER, JR., NANCY TUCKER, DENNIS HOCKADAY, DAVID SCHNEPEL, TARA BARR, GREGORY KENT VOREIS, and DEBRAH K. FUQUA by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby submit their response to Plaintiff's First Request for Production of Documents as follows:

  1.  Any all records relating to Plaintiff in any manner to include his complete inmate file, medical records, and all correspondence to third-parties about Plaintiff.

Response: Defendants object to production of Plaintiff's "complete inmate file" as inmates' master files are confidential by statute. See 730 ILCS 5/3-5-1 (West 2004). Plaintiff's master file contains information related to his entire incarceration. Because this complaint does not encompass his entire incarceration and because Plaintiff's medical records are maintained separately

1



evidence. Notwithstanding said objection, Defendants will produce Administrative Directive 04.02.105 which provides the discipline for an inmate with a drug offense (Documents number 39 - 55). Defendants also direct Plaintiff to 20 Ill. Admin. Code §504 and corresponding tables, readily available to Plaintiff and counsel.

13. All policies relating to the placement of inmates into cells with other inmates to include all rules relating to which inmates can not be housed with certain other inmates.

Response: Defendants object to the request in number 13 as overly broad and available from a more convenient source. The rules governing placement of inmates within institutions, including requests for protective custody is found in 20 Illinois Admin. Code §501.320. Notwithstanding said objection, Defendants will produce documents number 64 - 66, Plaintiff's Keep Separate From requests and Plaintiff's Protective Custody Classification Vote Sheet/double celling in protective custody (Documents number 72, 73 & 76).

14. All policies and rules relating to inmates with disabilities.

Response: In response to request number 14, Defendants will produce 4 Ill. Admin. Code Chap. XVI, Part 475 (Documents number 15 - 20).

15. All reports and or policies relating to inmate prescriptions and the dispensing of medications to inmates.

Response: Defendants object to request number 15 as irrelevant, admissible, and not likely to lead to admissible evidence.