# Deposition of
# Julius Flagg

## Aaron McCroy
## -vs-
## Illinois Department of Corrections, et al

## 2002-3171

## December 21, 2006

## Reporter: Karen Waugh, CSR



Keefe Reporting Company
618-277-0190 or 800-244-0190
Reporter@KeefeReporting.com

```
 1   Judge Baker always asks, do you know any of the parties,
 2   are you familiar with them, etc. Those things will be
 3   asked at trial, and I would object to having that on the
 4   record that would, you know, possibly put their security
 5   in jeopardy if those were in the record.
 6         MR. QUIVEY: Are you instructing him not to
 7   answer the --
 8         MS. CHOATE: I am instructing him not to
 9   answer that.
10      Q. (By Mr. Quivey) Sir, what is your current
11   position with the Illinois Department of Corrections?
12      A. Assistant warden of operation.
13      Q. And how long have you been in that position
14   here at Centralia?
15      A. Centralia, I arrived here April '06.
16      Q. And since arriving at Centralia, have you
17   been in that position the entire time?
18      A. Correct.
19      Q. Okay. Prior to that -- well, strike that.
20   How long have you been employed by the Illinois
21   Department of Corrections?
22      A. Over 23 years.
23      Q. Prior to becoming assistant warden for
24   operations at Centralia, you were at Pinckneyville,
                                                        5
```

```
 1   correct?
 2      A. Correct.
 3      Q. And your last position at Pinckneyville was
 4   acting warden, correct?
 5      A. Correct.
 6      Q. While you were acting warden, did you hold
 7   any other positions?
 8      A. Correct.
 9      Q. What was that?
10      A. Assistant warden of programs.
11      Q. Approximately how long were you at
12   Pinckneyville?
13      A. Arrived in Pinckneyville in June of 2001.
14      Q. And did you have any positions at
15   Pinckneyville other than assistant warden for programs
16   and acting warden?
17      A. ADA coordinator.
18      Q. And approximately how long were you ADA
19   coordinator?
20      A. Since the time arriving at Pinckneyville
21   Correctional Center. Probably about a month later I was
22   appointed.
23      Q. And is that a position that you hold along
24   with another position?
                                                        6
```

```
 1      A. It's basically a position appointed by the
 2   warden, who the ADA coordinator will be for the facility.
 3      Q. I guess what I'm asking, though, that wasn't
 4   your only job while you were ADA coordinator.
 5      A. No.
 6      Q. You were also assistant warden for programs?
 7      A. Correct.
 8      Q. Prior to becoming the ADA coordinator at
 9   Pinckneyville, had you been ADA coordinator at any other
10   institution that you've worked?
11      A. No.
12      Q. Just briefly describe your 23 years of work
13   history in the Department of Corrections as far as what
14   position you started with and where you moved up in
15   summary. I don't --
16      A. From correctional officer I come up through
17   all the ranks, lieutenant, captain, assistant warden of
18   operations, assistant warden of programs, acting warden.
19      Q. So you've basically, sir, worked in every
20   position from entry level correctional officer to warden,
21   if you --
22      A. Pretty much.
23      Q. -- consider acting warden as -- Sir, have
24   you ever worked at an institution in which Aaron McCroy
                                                        7
```

```
 1   was housed other than at Pinckneyville?
 2      A. No, not that I recall.
 3      Q. And I mean at the same time. I mean, you
 4   may have been in -- but just so my question's clear, at
 5   the same time he was there.
 6      A. Pinckneyville's the only institution I
 7   recall.
 8      Q. Okay. Sir, what's your educational
 9   background, again in summary?
10      A. I have some college.
11      Q. Do you have any medical training?
12      A. No.
13      Q. Prior to becoming ADA coordinator at
14   Pinckneyville, did you receive any training by the
15   Department of Corrections regarding Americans with
16   Disabilities Act or the Rehabilitation Act?
17      A. Correct. Once we are appointed as ADA
18   coordinator, we are trained.
19      Q. And describe to me what that training
20   consisted of.
21      A. Basically training is -- consists of going
22   to Springfield, basically. Basically, you meet with
23   other ADA coordinators, go over different issues. We're
24   given a manual on different issues that could become ADA
                                                        8
```

```
 1  issues. If for some reason we have questions, we got
 2  other people that we can reach out to.
 3      Q.  And I'm assuming this manual is for use at
 4  all Illinois Department of Correction facilities?
 5      A.  Correct.
 6          MR. QUIVEY: I'd like to get a copy of that
 7  manual.
 8          MS. CHOATE: Do you have that or would they
 9  have that --
10          THE WITNESS: That's maintained at the
11  facility.
12          MS. CHOATE: Okay.
13      Q.  (By Mr. Quivey) Approximately how long did
14  that training last in Springfield before you became
15  coordinator?
16      A.  I don't recall that.
17      Q.  I mean, was it six months or more like a
18  couple days? I mean, just the general time frame.
19      A.  I don't know how many days I went.
20      Q.  Besides that training session, have you had
21  any other training on the ADA?
22      A.  No.
23      Q.  I think you already told me this, but I just
24  want to make sure I'm clear. You basically worked at

                            9
```

```
 1  Pinckneyville from 2001 until April of 2006; is that
 2  correct?
 3      A.  Correct.
 4      Q.  Sir, during your experience with the
 5  Illinois Department of Corrections, have you ever been
 6  involved in the process where an inmate is transferred
 7  from one institution to another institution?
 8      A.  What do you mean, been involved?
 9      Q.  In any way. In the approval, the
10  recommendation, the process of an inmate being
11  transferred from one institution to another institution.
12      A.  All wardens are involved in the transfers.
13      Q.  Okay. And explain to me how when the
14  institution requests a transfer -- I'm not talking when
15  an inmate, but when an institution requests that an
16  inmate -- any inmate be transferred from one institution
17  to another institution, explain to me how that process
18  works.
19      A.  I'm not clear on your question, whenever the
20  institution requests it.
21      Q.  Well, I have in front of me -- and I -- I'll
22  get into more detail -- a form that's called a transfer
23  report, and I'm assuming whenever an inmate is
24  transferred from one institution to another institution

                            10
```

```
 1  that there's a report that's prepared to effectuate that
 2  transfer. I'll go ahead and hand you a report that has a
 3  run date of August 19, 2005, and, sir, my question, is
 4  that the form that the Illinois Department of Correction
 5  uses when an inmate is transferred from one institution
 6  to another institution?
 7      A.  Correct.
 8      Q.  And so is that a form kept in the normal
 9  course of business of the Illinois Department of
10  Corrections?
11      A.  Yes.
12      Q.  Okay. On that form there's -- I believe
13  it's item number 6 -- well, strike that. Item number 2,
14  it has type of transfer, then it has request, inmate,
15  institution. In this particular form the "institution"
16  is checked, correct?
17      A.  Where was you at again?
18      Q.  On item number 2, it says type of transfer.
19      A.  Okay.
20      Q.  And then there's an X after the abbreviation
21  for institution?
22      A.  Okay.
23      Q.  Does that mean that this request was done at
24  the request of the institution?

                            11
```

```
 1          MS. CHOATE: I would object as a foundation.
 2  Assistant Warden Flagg's signature isn't on this
 3  document, so there's nothing to show that he had anything
 4  to do with this document and would not know if the X is
 5  there for what reason, if it was a typo or what.
 6      Q.  I'm asking generically about the business
 7  form that is kept in the routine course of business, and
 8  all I'm simply asking is according to this form,
 9  according to any transfer form, is there a block that
10  gets checked if it's at the request of the institution or
11  the inmate?
12      A.  It could be, but this form here, like I say,
13  I don't know who input it.
14      Q.  No, I understand that, but I'm talking about
15  any transfer form. I'm assuming that this form is used
16  for all transfers.
17      A.  Basically, on a form, if for some reason
18  it's institution request, basically in the comment
19  section it will state what the inmate is being
20  transferred for, which is usually found right up under
21  section 9 of the report; basically will tell you whether
22  it's inmate request or rather he's being submitted for
23  disciplinary transfer or for whatever reasons.
24      Q.  Okay. And what my original question was,

                            12
```