Illinois Department of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

1 OF 5

| Date | Committed Person (Please Print) | ID # | |
|---|---|---|---|
| 1-27-02 | Habon M Eko | N51466 | |

Present Facility: WICC
Facility where grievance issue occurred: Same

URE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date:
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment

Transfer Denial:
- [ ] By Transfer Coordinator
- [ ] By Institution

Where Issued:

- [ ] Disability
- [ ] Other _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: This is an Emergency Grievance, concerning the harassing and retaliation treatment I am receiving from the persons running the WICC health care unit.

On Jan. 25, 2002 I was called over to the health care unit from school, while I was there, two head employees had two correctional officers search my assigned cell and confiscated one empty bottle of contact lense solution, and one lense enzyme cleaner. I had requested a refill of contact lense solution on Jan 22, 2002. Ms. Fuqua claimed that they were trying to determine why I was trying so much cleaner or something to that effect. First, let me state, that after 2½ weeks before I requested this new refill of cleaning solutions, I was given an aprx. 6 oz. bottle of solution, I am required to clean, rinse and soak my contact lenses each day. Thus a 6 oz bottle does not last for long, And any person who reads the instruction on use would be aware of this fact. However, Ms. Fuqua seems to not know this fact and had my cell searched and had me called over to the health care for no other reason but to instigate an argument.

It is my belief that because I have complained on many occasions of Watford's continuous pattern of malpractice, for instance in my letters to assi. warden Schnipper and Ms. Fuqua, complaining of their denial of me contact lenses and solutions on 12-17-01 and a grievance to the ARB, complaints of Watford employees switching my prescribe medical treatment and etc. Watford has started to deny me contact lense cleand solutions and harassing me and using correctional officers to retaliate against me because they hope that these actions will deter me from pressing.

Relief Requested: "continued"
"see attached page"

MAY 03 2002
OFFICE OF
INMATE ISSUES

(Attach additional pages as necessary)

**COUNSELOR'S RESPONSE**

Date Received: 2/5/02

Response: MS FUQUA-HCUA states she did not have inmates cell shook down. She and Nurse Shaw tried to issue new contact lens solution and cleaner along with instructions on 1/25/02. Inmate refused to listen to instructions and refused to take contact solution and cleaner.

Signature: Perrin
Print Name: Perrin
Date of Response: 2/5/02

[ ] Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

EXHIBIT
N

Illinois Department of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 1-27-02 | Committed Person: (Please Print) Aaron McEtes | ID #: N51465 |

| Present Facility: WIEC | Facility where grievance issue occurred: Same |

**NATURE OF GRIEVANCE:**

- Personal Property
- ☐ Staff Conduct
- ☐ Restoration of Good Time
- ☐ Disciplinary Report - Date: ___
- ☐ Mail Handling
- ☐ Dietary
- ☒ Medical Treatment
- Transfer Denial:
- ☐ By Transfer Coordinator
- ☐ By Institution
- Where issued: ___
- ☐ Disability
- ☐ Other ___

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: _that my issues are further, they are well aware that I am legally blind without the use of contact lenses and to have my lense changed for anytime period is to danger my vision that is adequate for personal activities._

_At present I am refusing any medications from wexford, because I am concerned that they will either attempt to kill me or seriously injure me by either switching or tampering with my medications. They have already discontinued medications once and lied to the ARB to cover it up. also, I have watched other inmates die or become seriously injured at Hill C.C. from that brand of health care._

_"EMERGENCY Grievance"_

_"PAGE"_

_2 OF 2_

Relief Requested: _To be allowed at my own expense to purchase my medications from another source, and not to be required to use wexford for any health related product, until I can obtain court supervision of that actions. And that that in ___ ruled from any additional officers in a scholarly manner._

(Use back if necessary.)

**COUNSELOR'S RESPONSE**

Date Received: ___

Response: _RECEIVED_

MAY 03 2002

OFFICE OF
INMATE ISSUES

Counselor: ___
Signature ___ Print Name ___ Date of Response ___

☐ Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

Side 1

EXHIBIT 10



ILL.   DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |

Date Received: February 6, 2002          Date of Review: March 24, 2002          Grievance # (optional): 02-260

Committed Person: _____

ID#: N51885

Nature of Grievance:  Inmate is grieving medical treatment.

Facts Reviewed:  Inmate interviewed.  Inmate states he is being denied proper medical treatment and it is causing him harm.  Inmate states that he had to be rushed to Quincy due to the HCU's negligence concerning his cleaning solution for his contact.

Nurse Shaw interviewed.  Inmate's med file reviewed.  She states that a bottle of cleaning solution should last atleast 90 days per the bottle.  She states that this prescription has to specially received from another vendor.  She states that on 1-25-02 inmate was offered Boston Advance Comfort Formula 4 oz. and cleaner 1 oz. but the inmate refused and became very loud.  She states that the inmate wants a specific kind of solution and it was not available at the time.  On 2-26-02 inmate had a med writ to Quincy Medical Group but it was not an emergency writ.  Inmate had an appointment.  She states this stems from an injury in 1995.  Inmate is allowed to refill his solution once a month but must bring the empty bottle with him to HCU.

Recommendation:  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's greivance be denied due to staff following established institutional policy and procedures as it relates to the medical treatment of inmate's.

Tara Barr
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |

Date Received: 3-28-02          ☒ I concur          ☐ I do not concur          ☐ Remand

Comments:

*It is noted that inmate was offered proper formula & cleaner on 1-25-02 and offered Exam Dr. A&M review on 3-29-02.*
*Counselor's response also noted.*

Chief Administrative Officer's Signature                                    3/29/02
                                                                             Date

| Committed Person's Appeal To The Director |

Appealing the Chief Administrative Officers decision to the Director, I understand this appeal must be submitted within 30 days after the date of the administrative Officers decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

MAY 0 3 2002

Committed Person's Signature                    ID#  N51885          4-27-02
                                                                      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE 30f3

| Committed Person: (Please Print) | Aaron McCroy | ID#: #N51882 |

| Date 2 2004 | | Facility where grievance issue occurred: | SAME |
| Western Illinois C.C | | | |

NATURE OF GRIEVANCE:

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☒ Disability
☐ Staff Conduct   ☐ Dietary   ☒ Medical Treatment   ☐ Other (specify):
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

| Disciplinary Report: | | | |
| | Date of Report | | Facility where issued |

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Instructions: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Summary of Grievance:   This Emergency Grievance is filed pursuant to
I.D.O.C.'s Rules governing the American With Diability Act to be
forwarded either to the Warden of Western Illinois C.C. American
With Disability Cooridinator

On June 8 2004 I was released from the infirmary against my
treating surgeon's orders/recommendations. This recommendation was
made because of the fact that my cornea transplant had not yet
healed and my continual poor vision due to Keratoconus. I filed an
emergency Grievance to Warden Winter's concerning my improper
placement in general population on June 15, 2004. These grievances
were denied emergency status by Warden Winter's. Therefore, I
resubmitted the grievances on the institutional level but as of
this date no action has been taken on either grievance.
Subsequently, on September 23, 2004 I was assaulted by my cell
mate Inmate Durbin, who despite his extensive history of fighting
a cell mates was placed in the cell with me. This cell placement

CONTINUED ON REVERSE

INCLUDING RELIEF REQUESTED

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | N51882 | 11/12/04 |
| Committed Person's Signature | ID# | Date |
| | (Continue on reverse side if necessary) | [signature] 11-30-04 |

### Counselor's Response (if applicable)

Date received: 11/30/04   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I spoke to Dr. Ingue, Hea Admin. states that per
adp nes. Dr. Brown, Offender McCroy was released from the infirmary per
no request there was not existing surgeon's order violated. The eye
injury was not worsened by a corneal graft. The loss of vision following the
corneal trip as his vision was 20/200 prior to the injury which up
til that blinding, Dr. McCroy was seen 12/8/04 by a Specialist who recommended
a therapeutic contact lens, fitting and a prosthesis or glass eye for left eye
Kilgore CCI                                                    12/8/04

| Print Counselor's Name | Counselor's Signature | Date of Response |

### EMERGENCY REVIEW

| Date Received: 11/12/04 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance |
| | | ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

[signature]   Follow-up with HCU   11/19/04

| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Committed Person                    DOC 0046 (Eff. 10/2001)

Page 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

was done after inmate Durhim was released from segregation after being ~~signed for first fighting with his cell mate in unit R4 and then fighting~~ h his cell mate in segregation. These I.D.R.'s are but two of the ~~serous tickets he has received for altercations with his cell mates.~~

It goes without saying that if HCU Staff and WICC Officials would have ~~listened to the warning of Dr. Zeh concerning the fragility of my cornea~~ trasplant and the possibility of the loss of my left eye if it was hit, ~~together with his orders/recommendations to keep me in the infirmary unt~~ my sugery healed and my poor vision was improved. I would still have m left eye and it's sight.

Instead, despite pending litigation concerning Wexford's and WICC's Staff deliberate indifference to my serious medical needs of my visual ~~disabilities. Not to mention the fact that due to HCU Staff's prior~~ disregard for Doctor's Orders I developed cataract and Glaucoma in my left ~~ey further lessening my vision. Dr. Brown and Dr. Anderson without so much~~ as an examination of my eyes discharged me to the general population and ~~placed me as medically unassignable, preventing me from enrolling in the~~ early release program.

See ~~Attached~~ Emergency Grievance of June 15, 2004

Now I find my self back in the infirmary with not sight in my left eye and the mandated fit of a right contact lens having been ignored for over three(3) years; and once again facing the hostility and retaliation of HCU Staff and Correctional Officers assigned there. i.e.

1) having my property search and being accused of misuse of medication. Called to internal affairs and questioned for what turn out to be another mistake made by HCU in the count of the pills given me."

2) C/O Hendrix on 10-28-04 while I was out on a medical furlough taking my fan without issuing me a shakedown slip or I.D.R. ( It should be noted that I have previously file grievance concerning her harrassment)

3) C/O Wilson on 11-01-04 without cause taking my water pitcher without ~~issuing me a shake down slip or I.D.R. ( It should be noted that I have~~ filed many grievances concerning c/o Wilson's retaliatory actions and have and will seek court decisions concerning her part in pending matters)

4) Correctional and HCU Staff requiring me to place my t.v. under a ~~igh ly lit window despite there knowledge that my eye is extremely light~~ ~~sensi~~tive and I can see it.

In total I have previously filed over 20 grievances concerning WICC's ~~dulib~~ rate indifference to my serious medical needs and as a result of these grievances being ignored or overlooked I have loss the sight in my left ~~e~~ye and sustained extreme damage to my right cornea.

RELIEF REQUESTED

to be given all medical records concerning the person or persons ~~respo~~nsible for my discharged from the infirmary on or about June 8, 2004 to be sent for a contact lens fitting for my right eye and a glass eye fitting for my left eye as soon as possible, to be transferred to another insti tution where I can enroll in the early release program and receive all the m ndated care due my disability. and any other measure deem needed

DOC 0046 (Eff.10/2001)