E-FILED
Wednesday, 04 April, 2007 09:53:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al., ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served one copy of the following document:

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO
IDOC DEFENDANTS' INTERROGATORIES**

by facsimile and by placing same in U. S. Mail from Springfield, Illinois, on April 4, 2007, plainly addressed to the following at the following addresses:

Ms. Theresa Powell  
Heyl, Royster, Voelker & Allen  
National City Center, Ste. 575  
1 North Old State Capitol Plaza  
PO Box 1687  
Springfield, IL 62705-1687  
Fax: (217) 523-3902

Lisa Madigan, Illinois Attorney General  
Attn: Kelly Choate, A.A.G.  
500 South Second Street  
Springfield, IL 62706  
Fax: (217) 524-5091

and by placing a copy in the U.S. Mail from Springfield, Illinois, on April 4, 2007, plainly addressed to the following:

Aaron McCroy, Reg. #N51882  
P. O. Box 999  
Pinckneyville, IL   62274

By: s/Thomas F. Londrigan
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823