05415-N3293
MHS/njk
G:\93\N3293\N3293PMI 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 02-CV-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only, ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in ) | |
| their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ) | |
| ANDERSON, O.D., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

Monica H. Sholar of Heyl, Royster, Voelker & Allen, respectfully moves this Court for leave to withdraw as counsel of record for the Defendants. For her motion, Monica H. Sholar states as follows:

1. Monica H. Sholar is leaving the firm of Heyl, Royster, Voelker & Allen in order to pursue employment with the law firm of Akin, Gump, Strauss, Hauer & Feld, LLP, in Washington, D.C.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Monica H. Sholar leave to withdraw her appearance.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

          Respectfully submitted,

By:    s/ Monica H. Sholar
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Douglas J. Quivey<br>Thomas F. Londrigan<br>Carissa A. Haning<br>Alexandra de Saint Phalle<br>Londrigan, Potter & Randle, P.C.<br>1227 South Seventh Street<br>P. O. Box 399<br>Springfield, IL  62705 | Carl J. Tenney<br>Hughes, Hill & Tenney, LLC<br>236 N. Water Street<br>P. O. Box 560<br>Decatur, IL  62525-0560 |
| Lisa Madigan, Illinois Attorney General<br>Attn:  Kelly Choate, AAG<br>Attn:  Julie Morgan, AAG<br>500 South Second Street<br>Springfield, IL  62706 | Theresa Powell<br>Heyl, Royster, Voelker & Allen<br>Suite 575, National City Center<br>1 North Old State Capital Plaza<br>P. O. Box 1687<br>Springfield, IL  62705-1687 |

        s/  Monica H. Sholar
        Monica H. Sholar # 6283997
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail:  msholar@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060