IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTIONS TO DETERMINE
THE ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS
AND MOTION TO COMPEL DEFENDANTS TO FULLY COMPLY
WITH PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), DENNIS HOCKADAY, SANDRA FUNK, BYRON LAW, ROGER E. WALKER, JR., KEVIN WINTERS, DEBRAH K. FUQUA, and JULIUS FLAGG, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b), files their motion for enlargement of time to respond to Plaintiff's Motion to Determine the Answers to Plaintiff's Requests for Admissions and Motion to Compel Defendants to Fully Comply with Plaintiff's Request for Production of Documents.  In support thereof, Defendants state as follows:

1.    Plaintiff has filed a Motion to Determine Answers to Plaintiff's Requests for Admissions and a Motion to Compel Defendants Fully Comply with Plaintiff's Request for Production of Documents.

1

2. The Motion to Determine Answers to Plaintiff's Requests for Admissions contains approximately sixty (60) requests that Plaintiff believes should be deemed admitted because the defendants lacked knowledge to admit or deny the requests [361].

3. Plaintiff also filed a Motion for an Order to Compel the Deposition of Debra Fuqua and to Compel Defendants to Fully Comply with Plaintiff's Request for Production of Documents [356].

4. The portion of the motion to compel regarding Debra Fuqua was discussed during a telephone conference with all parties and the court. As a result of the telephone conference, the trial date was reset, and the motion to compel was rendered moot.

5. Plaintiff also seeks to compel responses to his Fourth Supplemental Request for Production of Documents and Fifth Supplemental Request for Production of Documents. Defendants have objected to the fifth supplemental request as improperly served and untimely and have provided Plaintiff with the documents received by counsel as requested in the Fourth Supplemental request.

6. Because of her busy schedule, which includes working on the summary judgments in two cases, time out of the office for vacation and preparing for three trials scheduled for the last three weeks in April, the undersigned has not been able to complete her response to these two motions.

7. Defendants request additional time in which to complete a response to these motions, up to and including April 27, 2007.

8.  This request is made in good faith and not for purpose of delay and Plaintiff should suffer no prejudice as a result of this short enlargement.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their enlargement of time to complete responses to Plaintiff's motions to determine answers and motion to compel.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), DENNIS HOCKADAY, SANDRA FUNK, BYRON LAW, ROGER E. WALKER, JR., KEVIN WINTERS, DEBRAH K. FUQUA, and JULIUS FLAGG,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motions to Determine the Answers to Plaintiff's Requests for Admissions and Motion to Compel Defendants to Fully Comply with Plaintiff's Request for Production of Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
atroemper@hrva.com

Carissa A. Haning
carissa@lprpc.com

and I hereby certify that on April 16, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us