05415-N3293
TMP/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, TERRY ) | |
| POLK, DAVID SCHNEPEL, SANDRA FUNK, ) | |
| DEBRAH FUQUA, LIEUTENANT LAW, ) | |
| CORRECTIONAL OFFICER JUDITH WILSON, ) | |
| PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in ) | |
| their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. CLEVELAND ) | |
| RAYFORD, M.D., DR. STANLEY SIMS, M.D., ) | |
| DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., ) | |
| RHONDA MILLS, NURSE C. SHAW, and DR. DAVID ) | |
| ANDERSON, O.D., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DETERMINE ANSWERS AND REQUESTS TO ADMIT**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.;; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Extension of Time to Respond to Plaintiff's Motion to Determine Answers and Requests to Admit, state:

1. Defendants join in the Co-Defendants' Motion for Extension of Time to Respond to Plaintiff's Pending Motions.

2. Defense counsel is currently working on the motions for summary judgment in this case as well as many other matters which have taken considerable amounts of time.

**HEYL ROYSTER
VOELKER
&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/jlp

3. As the trial in this case has been postponed until October of this year, there does not seem to be a great deal of urgency in responding to the pending motion.

4. The undersigned also seek until April 27, 2007 to respond to pending motions.

WHEREFORE, the Defendants pray the Motion for Extension of Time to Respond to Plaintiff's Motion to Determine Answers and Requests to Admit will be allowed.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/jlp

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed **Motion for Extension of Time to Respond to Plaintiff's Motion to Determine Answers to Requests to Admit** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Carissa A. Haning
carissa@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Carl J. Tenney
ctenney@hhtlaw.com

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on April 17, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822