E-FILED
Wednesday, 18 April, 2007  11:42:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02-cv-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ROGER E. ) | |
| WALKER, JR., (in his official ) | |
| capacity only), DENNIS HOCKADAY, ) | |
| KEVIN WINTERS, SANDRA FUNK, ) | |
| DEBORAH FUQUA, LIEUTENANT BRYON ) | |
| LAW, KENNETH KELLERMAN, JULIUS ) | |
| FLAGG, all in their official and ) | |
| individual capacities, WEXFORD ) | |
| HEALTH SOURCES, Inc., ) | |
| Dr. LOWELL BROWN, MD., ) | |
| Dr. HUGHES LOCHARD, MD., and ) | |
| RHONDA MILLS, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR A MODIFIED SCHEDULING ORDER**

Plaintiff, AARON MCCROY, by and through his attorneys, LONDRIGAN POTTER & RANDLE, respectfully submits this AGREED MOTION FOR A MODIFIED SCHEDULING ORDER . The following dates have been agreed upon by counsel.

Pursuant to Local Rule 7.1:

1. Defendants have until April 20, 2007 to file dispositive motions.

2. Plaintiff will have 21 days, or until May 11, 2007, to respond.

3. Defendants will have 14 days, or until May 25, 2007, to reply.

In addition, pursuant to Rule 16.3(I)(2), the parties will exchange Final Pretrial related information no later than September 21, 2007.

WHEREFORE, Plaintiff prays that the court enter an order modifying the scheduling order to include these dates.

> Respectfully submitted,
>
> AARON MCCROY, Plaintiff
>
>
> By: s/Thomas F. Londrigan
> THOMAS F. LONDRIGAN, Bar No.
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> tom@lprpc.com

## Certificate of Service

The hereby certify that on April 18, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

3