05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON McCROY, )
)
Plaintiff, )
)
v. ) No. 02-3171
)
THE ILLINOIS DEPARTMENT OF CORRECTIONS, )
ROGER E. WALKER, JR. (in his official capacity only), )
DENNIS HOCKADAY, KEVIN WINTERS, TERRY )
POLK, DAVID SCHNEPEL, SANDRA FUNK, )
DEBRAH FUQUA, LIEUTENANT LAW, )
CORRECTIONAL OFFICER JUDITH WILSON, )
PAMELA A. GRAUBEAN, JULIUS FLAGG, (all in )
their official and individual capacities), WEXFORD )
HEALTH SOURCES, INC., DR. CLEVELAND )
RAYFORD, M.D., DR. STANLEY SIMS, M.D., )
DR. LOWELL BROWN, M.D., DR. LOCHARD, M.D., )
RHONDA MILLS, NURSE C. SHAW, and DR. DAVID )
ANDERSON, O.D., )
)
Defendants. )

COMMONWEALTH OF PENNSYLVANIA )
) SS.
COUNTY OF Allegheny )

**AFFIDAVIT**

I, JOE EBBITT, being first duly sworn upon my oath, and of full legal age and under no legal disability, and states that if called to testify at time of trial or hearing in this matter, I could competently testify to the matters and facts contained in this Affidavit, all as follows:

1. I am currently the Risk Management Manager of Wexford Health Sources, Inc.

2. Wexford Health Sources, Inc. is not a governmental entity, but is a private corporation.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

3. Wexford contracts with the Illinois Department of Corrections to provide medical care at certain Illinois state prisons.

4. From 2002 and 2005, Wexford provided medical care to prisoners pursuant to such a contract at Western Illinois Correctional Center ("WICC") and Menard Correctional Center ("Menard").

5. These contracts exchanged medical services at fair market value to the Illinois Department of Corrections, and did not involve any subsidies or other assistance to the IDOC from Wexford.

6. Wexford did not own, lease, or operate any facility within WICC or Menard from 2002-2005, and has never owned, leased, or operated any facility within any Illinois state correctional center.

7. Rather, Wexford provided the contracted-for medical services between 2002 and 2005 within the confines of WICC and Menard.

8. Wexford has no contracts with the federal government.

9. Wexford receives no funds or other assistance, either direct or indirect, from the federal government.

10. Wexford receives no funds, aside from money paid for services rendered under contract, from the State of Illinois.

11. Wexford receives no subsidies or assistance from the State of Illinois.

Further Affiant Sayeth Not.

_____
JOE EBBITT

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

Subscribed and Sworn to before me this
28th day of March, 2007.

_Theodora M. Smith_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Theodora M. Smith, Notary Public
Tarentum Boro, Allegheny County
My Commission Expires June 17, 2010
Member, Pennsylvania Association of Notaries

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822