*BEGIN USING FROM BOTTOM UP

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron   Reg. #: N51882   Date: 11/72[?]

Problem: _____

ORDER: (Physician's Signature After Last Order)   Control tears

Cleanser PRN (30)

DEA/Illinois Lic. #: _____
☐ May Substitute
☐ May Not Substitute

Physician (Print): _____ M.D.

Noted by: _____   Date: 11-22-03

DCA 7000
IL 426-1417

---

infirmary
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron   Reg. #: N51882   Date: 11-17-03

Problem: Constipation

ORDER: (Physician's Signature After Last Order)

Colace 100mg 1 PO QHS x 30 days

Hydrocortisone cream 1% Apply small amt. To Pruritic area BID

DEA/Illinois Lic. #: _____
☐ May Substitute   Dr. Lochard MD / R Mills CNP
☐ May Not Substitute

Physician (Print): _____ M.D.   X30[?]
Noted by: _____   Date: _____

DCA 7000
IL 426-1417

---

inf
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron   Reg. #: N51882   Date: 11-6-03

Problem: _____

ORDER: (Physician's Signature After Last Order) Travatan 1 gtt OS QPM. Dispense 1 bottle

Maxitrol ophthalmic oint. Apply OS q'd x 30 days then DC Dispense 3.5 gm

Artificial tears 1 gtt OU q'd disp 1 bottle

Lotemax 0.5% 1 gtt OS q'd disp 1 bottle

DEA/Illinois Lic. #: _____
☐ May Substitute
☐ May Not Substitute

Physician (Print): Dr. Lochard
M.D.

Noted by: Mildred Graham RN

DCA 7000
IL 426-1417

EXHIBIT
1-D

571

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 11-29-03

TO: McCray Aaron N51882 - Rec
Inmate Name and Number

FROM: _____
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: Medical

START DATE: 11/29/03

ENDING DATE: 11/29/0X

RE-EVALUATION DATE: January 2004

_____
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor
Health Care Unit Administrator
Nurses Station
Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579


EXHIBIT 1-E

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 1-8-03

TO: McCroy  N51882
Inmate Name and Number

FROM: Dr Sims / S Scott LPN
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: Medical

START DATE: 1-8-03

ENDING DATE:

RE-EVALUATION DATE: Upon Release from Infirmary

Dr Sims / S Scott LPN
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
    Assignment Supervisor
    Health Care Unit Administrator
    Nurses Station
    Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579

EXHIBIT 1-F

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:

TO: PLACEMENT/ASSIGNMENT

FROM: _S Scott LPN_, R.N.
Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate _McCroy_ Number _N51882_

has been (admitted)/discharged to/from the infirmary on _1-8-03_

at _8:40_ (am)/pm.

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer _R1_
    Inmate Assignment _unassigned_

DCA 230-35671 (Rev. 1/98)
IL 426-17614

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 1-13-03

TO: PLACEMENT/ASSIGNMENT

FROM: _D. Drennen_ LPN, R.N.
Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR (DISCHARGES)

Inmate _McCroy, Aaron_ Number _N 51882_

has been admitted/(discharged) to/from the infirmary on _1-13-03_

at _8:00_ (am)/pm.

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer _lf_
    Inmate Assignment _Unassigned_

DCA 230-35671 (Rev. 1/98)
IL 426-17614

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:  2-3-03

TO:  PLACEMENT/ASSIGNMENT

FROM:  _C Thompson_, R.N.
Health Care Unit

SUBJECT:  INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate _McCray, Aaron_  Number _N51882_

has been (admitted)/discharged to/from the infirmary on _2-3-03_

at _5:00_ am/(pm).

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer _Sgt / R1_
    Inmate Assignment _NA_

DCA 230-35671 (Rev. 1/98)
IL 426-17614

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 11-21-03

TO: PLACEMENT/ASSIGNMENT

FROM: _Ll. Drennen (pw)_, R.N.
Health Care Unit

SUBJECT: INFIRMARY ADMISSIONS AND/OR DISCHARGES

Inmate _McCroy Aaron_ Number _N 51882_

has been admitted/discharged to/from the infirmary on _11-21-03_

at _2:30_ am/**pm**.

cc: Debbie Fuqua, HCUA
    Medical Records
    Nurses Station
    Housing Unit Officer _Inf._
    Inmate Assignment _reassigned_

DCA 230-35671 (Rev. 1/98)
IL 426-17614

Western Illinois Correctional Center
Health Care Unit
Policy and Procedure

## INFIRMARY RULES AND GUIDELINES FOR Offenders IN THE INFIRMARY

Since this is an Infirmary where medical care is given, these rules are to be followed in addition to the overall rules in the Offender Handbook.

Anytime an offender goes past the infirmary double doors he must be dressed in state clothes.

1. Offenders are required to remain in their assigned room or ward at all times, unless given special permission by the Health Care Unit staff. Doors will be locked.

2. The use of personal television sets is permitted.

3. An offender must keep his personal property in his property boxes.

4. Library, counseling, and chaplaincy services are available to all offenders admitted to the infirmary.

5. All ambulatory patients will change their own bed linens as directed. Clean linen will be exchanged for soiled linen on a piece-for-piece basis once per week, or more often if deemed necessary by Health Care Unit staff. Only those items turned in will be issued out.

6. There is to be no food trays or food in rooms 45 minutes after serving.

7. Room assignments will be made by Security and Nursing Personnel.

8. Lights, radios and TVs will be turned off at 11:00 p.m. on weekdays and 12:00 a.m. on weekends/holidays. Hours between 11:00 p.m. and 6:00 a.m. are quiet hours.

9. Offenders will be individually evaluated for recreational yard privileges (weather permitting), dependent upon medical and security concerns. Offenders will move with the receiving lines.

10. Upon discharge from the Infirmary, all linen and gowns must remain on the bed in the vacated room.

11. Offenders are responsible for maintaining the cleanliness and sanitation of their area.

12. The Health Care is a Tobacco Free Unit. Those offenders entering Health Care or still in possession of tobacco products will have them removed and stored in their property until released from the Health Care Unit.

13. Infirmary furniture is not to be rearranged by offenders.



EXHIBIT
1-G

274

14. Access to the visiting room will be dependent upon offender's medical condition.

15. Commissary privileges comparable to those applicable to offenders in the general population shall be allowed. If medically unable to go to the Commissary, an infirmary offender's order shall be filled and delivered to him by appropriate staff.

16. Offender laundry will be done by Health Care Unit janitors.

17. Offenders in the infirmary shall have the same mail and phone privileges as those provided for in the general population.

18. Showers will be offered daily to each offender.

19. Ice will be issued by the infirmary officer

_____  _____
Inmate Signature  Date   Witness Signature  Date

_____
Deborah K. Fuqua, RN, CCHP
Health Care Unit Administrator

Revised:   8/92
Reviewed:  8/93
Revised:   8/94
Reviewed:  3/95
Revised:   3/96
Reviewed:  3/97
Reviewed:  3/98
Revised:   6/99
Revised:   6/00
Revised:   7/00
Reviewed:  7/01
Revised:   10/01
Revised:   7/02