3:02-cv-03171-HAB-BGC    # 372-6    Page 1 of 10

E-FILED
Thursday, 19 April, 2007 11:18:40 AM
Clerk, U.S. District Court, ILCD

3/6/07                        McCroy v. Illinois Dept. of Corrections
Hughes Lochard, M.D.

## Page 81

1  Q   Did you ever interfere with any medical
2  appointments that had been made by outside
3  physicians or recommended by outside physicians?
4  A   No.
5  Q   And with respect to the restrictions that
6  you placed on Mr. McCroy on November 29th of 2003,
7  do you know whether that interfered with
8  Mr. McCroy's ability to access any programs or
9  privileges at the department of corrections?
10 A   No.
11 Q   Would you personally have had anything to
12 do with who Mr. McCroy's cellmates would have been?
13 A   No.
14 Q   Do you know who Mr. McCroy's cellmates
15 were when he was in the infirmary?
16 A   No, I do not.
17 Q   Do you know how many cellmates he had?
18 A   No, I do not.
19 Q   Do you know how many cellmates he had
20 when he was in the general population?
21 A   No, I do not.
22 Q   Do you know whether Doctor Zeh had ever
23 been to Western Illinois Correctional Center?
24 A   No.

## Page 82

1  Q   Did you ever have a consideration with
2  Doctor Zeh?
3  A   No.
4  Q   Do you know what security risk assignment
5  was placed on Mr. McCroy?
6  A   No, I do not.
7  Q   There was one other note here from--.
8  With respect to Exhibit 8, or, no, I'm sorry,
9  Exhibit 4, I believe it is a medical progress note
10 from November 6th of '03. Do you see that?
11 A   Yes.
12 Q   And you testified regarding the substance
13 of that note before. Do you recall that?
14 A   Yes.
15 Q   Does that note referenced in Exhibit 4
16 that you read earlier state how being in the
17 infirmary would keep Mr. McCroy from violating the
18 weight restrictions placed at that time?
19 A   Does it state how he would violate
20 restrictions?
21 Q   No. Does the note state how being in the
22 infirmary would help keep Mr. McCroy from violating
23 the weight restrictions?
24 A   No, it does not.

## Page 83

1  Q   Does the note state how being in the
2  infirmary would keep Mr. McCroy from getting his
3  eye poked?
4  A   No. It does not.
5  MS. POWELL: That's all I have.
6           EXAMINATION (CONT'D)
7           BY MR. LONDRIGAN:
8  Q   Did I understand you to just say that you
9  didn't know why this patient, Aaron McCroy, was
10 sent to segregation from the infirmary?
11 A   No, I do not know why.
12 Q   Well, take a look at the exhibit that she
13 just showed you, Exhibit Number 1 and page 73.
14 A   Yes. This is Exhibit Number 73 (sic,
15 Exhibit 1).
16 Q   It's an offender infirmary progress note,
17 right?
18 A   This is an infirmary discharge progress
19 note.
20 Q   The form is an offender infirmary
21 progress note?
22 A   Correct.
23 Q   Typed below is an infirmary discharge
24 note and a summary of the reason for admission.

## Page 84

1  A   Correct.
2  Q   And that was "needs placement to protect
3  eye from injury, avoid general population".
4  A   Correct.
5  Q   Do you have any reason to depart from
6  that today?
7  A   The question is when was he placed, when
8  was he admitted the infirmary? This was a summary
9  of why he was in the infirmary.
10 Q   He's being placed into segregation now,
11 isn't he? And he's being placed in a single cell?
12 A   Correct.
13 Q   Do you know why he's being placed in a
14 single cell?
15 A   I know why he's being placed in a single
16 cell, but segregation is different. Single cell is
17 not necessarily segregation. A patient can be in a
18 single cell for medical reasons.
19     For example, if someone has chickenpox or
20 or zoster or shingles, he would be placed in
21 isolation in a single cell. It would not be
22 considered segregation.
23 Q   Do you understand he was going from the
24 infirmary to segregation and into a single cell?

3/6/07  McCroy v. Illinois Dept. of Corrections
Hughes Lochard, M.D.

Page 85
1   A   Correct.
2   Q   Do you see why where it says course in
3 the infirmary, non-event--uneventful?
4   A   I see that, yes.
5   Q   And he's going in to a single cell in
6 segregation?
7   A   Yes.
8   Q   He's not going to fight or get involved
9 with an assault with a cellmate if he's in a single
10 cell, is he?
11   A   I would assume not.
12   Q   Have you ever seen an infirmary discharge
13 note when he went back from segregation into the
14 infirmary and then was assigned into general
15 population? Have you ever seen that form filled out
16 with respect to this prisoner?
17   MS. POWELL: I'm going to object to the form of
18 the question in that your question is assuming
19 facts not in evidence.
20   MR. LONDRIGAN: Well, we don't have any
21 evidence yet.
22   MS. POWELL: Answer the question.
23   THE DEPONENT: No, I have not.
24   MR. LONDRIGAN: Q   Shouldn't there be one?

Page 86
1   A   That, I do not know.
2   Q   Who would know?
3   A   I was not there at the time.
4   Q   Well, I know. But if you were at the
5 time, wouldn't you expect that there would be an
6 infirmary discharge note saying the reasons he was
7 being sent into the general population and somebody
8 would sign off on it from a medical standpoint?
9   A   Not if he was there for non-medical
10 reasons.
11   Q   Where?
12   A   In the infirmary.
13   Q   You think he was in the infirmary for
14 non-medical reasons? During that period of time
15 wasn't he medically unassigned and couldn't do any
16 work?
17   A   Were you referring to a form after this
18 form, or are you referring to this particular form?
19   Q   No. I'm referring to a form after this
20 when they sent him into general population.
21   A   That, I don't know anything about.
22   Q   Well, shouldn't there have been one
23 filled out?
24   A   I don't know.

Page 87
1   MR. LONDRIGAN: Okay. That's all.
2           EXAMINATION (CONT'D)
3           BY MS. POWELL:
4   Q   Doctor Lochard, with respect to this page
5 that we're talking about, can you tell by looking
6 at it whether or not Mr. McCroy is being placed in
7 a single cell in segregation in the infirmary or
8 somewhere else?
9   A   It says followup as needed from single
10 cell in segregation. I do not know if it is
11 segregation single cell in the infirmary or in
12 segregation.
13   Q   And that would be two different places?
14   A   Correct.
15   Q   Or it could be two different places?
16   A   Yes.
17   MS. POWELL: Okay. That's all I have.
18   MR. LONDRIGAN: You have a right to read and
19 sign this deposition to determine if your answers
20 were accurately transcribed. Is that something you
21 want to do?
22   THE DEPONENT: Yes.
23           FURTHER DEPONENT SAITH NOT.
24

Page 88
1   I, HUGHES LOCHARD, M.D., having read the above
2 and foregoing, find the same to be true and correct
3 with the following additions and/or corrections, if
4 any:
5 Page_____Line_____Change:
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24 HUGHES LOCHARD, M.D. (3/6/07)       DATE

3/6/07 Hughes Lochard, M.D.                McCroy v. Illinois Dept. of Corrections

```
                                                    Page 89
 1   STATE OF ILLINOIS )
                      ) SS
 2   COUNTY OF SANGAMON )
 3              C E R T I F I C A T E
 4         I, Debra K. Baldwin, a Notary Public and
 5   Certified Shorthand Reporter and Registered
 6   Professional Reporter in and for said County and
 7   State do hereby certify that the Deponent herein,
 8   HUGHES LOCHARD, M.D., prior to the taking of the
 9   foregoing deposition, and on the 6th of March A.D.,
10   2007, was by me duly sworn to testify to the truth,
11   the whole truth and nothing but the truth in the
12   cause aforesaid; that the said deposition was on
13   that date taken down in shorthand by me and
14   afterwards transcribed, and that the attached
15   transcript contains a true and accurate translation
16   of my shorthand notes referred to.
17         Given under my hand and seal this 26th
18   day of March A.D., 2007.
19         [signature: Debra K. Baldwin]
20              Notary Public and
                Certified Shorthand Reporter and
21              Registered Professional Reporter
22
23   License No. 084-002128
24
```

OFFICIAL SEAL
DEBRA K. BALDWIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2006

23 (Page 89)

*BEGIN USING FROM BOTTOM UP

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron     Reg. #: N51882     Date: 10-28-03

Problem: Htn

ORDER: (Physician's Signature After Last Order)

D.C. Nifedipine XL 30 mg PO OD

Nifedipine XL - 60 mg PO OD × 3 months

DEA/Illinois Lic. #: _____
☐ May Substitute  S.U. Ghosh
☐ May Not Substitute
Noted by: D Drennen (pa)

Physician (Print): S. U. Ghosh    M.D.
                                             M.D.
Date: 10-28-03

DCA 7000
IL 425-1417

---

Infusion
NICA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron     Reg. #: N51882     Date: 10/27/03

Problem: Post Keratoplasty

ORDER: (Physician's Signature After Last Order)

Maxitrol ointment BID to OS × 2 months

DEA/Illinois Lic. #: _____
☐ May Substitute   Dr Lochard MD / R Mills CNP
☐ May Not Substitute
Noted by: _____

Physician (Print): _____    M.D.
                                             M.D.
Date:

DCA 7000
IL 425-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Int NKA

Patient: McCroy, Aaron     Reg. #: N51882     Date: 10-6-03

Problem: NCV

(Physician's Signature After Last Order)

Hold Peg - Intem & Pharm ↑GI
_____

Physician (Print): _____
May Substitute: Dr _____ MD / R Mills CNP    M.D.

EXHIBIT
1
3-6-07 DB

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Western Illinois Correctional Center

**Offender Information:**

Last Name: McCroy    First Name: Aaron    MI: ___    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-1-03 | Nurse Note | |
| 4:30 p | Still refusing to eat supper. 72 hrs. | |
| | Assessment: Mucus membranes, skin, turgor | |
| | moist. Wt – 211 3/4 lbs c̄ chairs. Pulse 110. | |
| | B/P 150/100 R-16 — M. Robert RN | |
| | Urine dipstick | |
| | Ketones: Mod. SP-1.015, PH-5.0  M Robert R | |
| 11-1-03 5:45 p | Nurse Note | |
| | Notified Dr. Lochard of above status. | |
| | Orders received – Capaten 50 mg now. | |
| | Recheck B/P in 45 min. & if over | |
| | 150/100 Notify Dr. Lochard – M Robert RN | |
| | Shift Commander notified  M Robert RN | |
| 6:45 p | Nurse note B/P 132/80 P-92 T-96.4 R-18  M Robert RN | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: McCroy   First Name: Aaron   MI: ___   ID#: N51883

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-6-03 | Nurse Note | |
| 12³⁰P | Dr Lochard notified of orders received from Dr. Zeh. 1. Maxitrol OS qid x 3 days then stop | |
| | 2. Travatan .1gH OS qPM Disp. 1 bottle | |
| | 3. Lotemax 0.5% 1 gtt OS qd | |
| | 4. Artificial tears right OU qid | |
| | 5. ↑ Blood pressure & serum glucose | |
| | 6. No rubbing eye | |
| | 7. No bending | |
| | 8. No lifting > 10 lbs. | |
| | 9. RC 1 month | |
| | 10. Call ASAP for ↑ pain or ↓ vision OS | |
| | Dr. Lochard advised BMP, Liver profile, CBC, UA, uric acid & magnesium lipid | |
| | | M Roberts RN |
| 11-6-03 LATE ENTRY 12⁰⁰ noon | Nurse Note. Inmate returned from med furlough and refused lunch tray — | N Wennen RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:
McCroy, Aaron    ID#: N5188

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/20/03 9pm | Nurse Note. Up et about cell serviced no c/o | Moore |
| 11-21-03 8:30 Am | Nurse note. ↑ to cell door for meds and eye gtts — Voiced ∅ % | DK Reaunion |
| 11-21-03 2:15pm | Nurse Note. Call placed to Dr. Zeh, received order that offender can be placed in Seg (single-cell) T.O. Dr. Zeh/ | |
| 2:20pm | Discussed case c Mills, NP agreeable to discharging McCroy from Infirmary to place in Seg. | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Western Illinois Correctional Center

**Offender Information:**
Last Name: McCroy  First Name: Aaron  MI: ___  ID#: N 51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-03 | **Infirmary Discharge Note** | Plan: |
| 3P | Discharged by: (circle one)  M.D.  (N.P.)  D.D.S.  Psychiatrist | - Continue present treatment |
|  | **Summary of Reason for Admission:** Needs ico placement to protect eye from injury. Avoid general population. | Follow-up as needed from single cell in segregation |
|  | **Course in Infirmary:** Noneventful. Eye drops. |  |
|  | **Discharge Diagnosis:** Healing process post Keratoplasty |  |
|  | **Patient Education:** Avoid yard or activity c̄ others so as to protect Keratoplasty site. | R Mell cnp noted C Thompson |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: McAfroy   First Name: Aaron   MI:   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/24/03 1105 PM | **MD NOTE** S. C/O ○ H reported that he used contact cleansing solution. A H/x Keratoconus | ① May have contact lens cleansing solution noted difference in vis 11-22-03 11:15 AM |
| 11-26-03 5:30 PM | NURSE PRACTITIONER  MD NOTE! NTN Clinic completed — See flow sheet | C. Thompson |
| 12-8-03 12:52 PM | MD Note S. Question of need for eye meds O Defused an Keratoconus | Plan Optometry appt to find chronic med [illegible] |

*BEGIN USING FROM BOTTOM UP

NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron    Reg. #: N51882    Date: 11/22/0_

Problem: _____

ORDER: (Physician's Signature After Last Order) Contact Lens
Cleanser PRN x 30

DEA/Illinois Lic. # _____    Physician (Print) H. I___ MD
☐ May Substitute _____
☐ May Not Substitute _____    M.D.
DCA 7000
IL 426-1417    Noted by: _____    Date: 11-22-03

---

infirmary
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron    Reg. #: N51882    Date: 11-17-03

Problem: Constipation

ORDER: (Physician's Signature After Last Order)

Colace 100mg 1 PO QHS x 30 days
Hydrocortisone cream 1% Apply small amt. to
Pruritic area BID

DEA/Illinois Lic. # _____    Physician (Print) Dr. Orchard MD / R Mills CNP
☐ May Substitute
☐ May Not Substitute    M.D. x 30z
DCA 7000
IL 426-1417    Noted by: _____ Gasparo MD    Date: _____

---

inf
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: McCroy, Aaron    Reg. #: N51882    Date: 12-6-03

Problem: _____

ORDER: (Physician's Signature After Last Order) Travatan 1 gtt OS qPM Dispense T bottle
+ oph ophthalmic oint. Apply OS qid x 30 days then OC Dispense 3.5gm
tears 1 gtt OU qid disp T bottle
V.C.7 1 gtt OS qd disp T bottle