## WESTERN ILLINOIS CORRECTIONAL CENTER
### Mt. Sterling, Illinois

MEMORANDUM

DATE: _11-29-03_

TO: _McCoy, Aaron        N51882 - Rec_
Inmate Name and Number

FROM: _Dr. Leonard MD_
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: _Medical_

START DATE: _11/29/03_

ENDING DATE: _11/29/0X_

RE-EVALUATION DATE: _January 2004_

_____
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor
Health Care Unit Administrator
Nurses Station
Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579

# WESTERN ILLINOIS CORRECTIONAL CENTER
# MT. STERLING, ILLINOIS

MEMORANDUM

DATE: 11/29/03

TO: LTS Supervisor

FROM: H Lochard MD
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: 11/29/03

Inmate and Number: McCoy Aaron - N51882
is to be restricted from the following activities:
Weight lifting and sports

Stop date: 11/29/04

This for medical reason.

H Lochard MD
Health Care Unit Staff

cc: Nurses Station
    Medical Records
    Housing Unit Officer Rec. 75
    Inmate McCray, N 51882 - Rec 75

DCA 230-35737 (Rev 6-98)
II. 426-18578

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 11-29-03

TO: McCray Aaron    N51882 - Rec 75
Inmate Name and Number

FROM: [signature]
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: Medical

START DATE: 11/29/03

ENDING DATE: 11/29/04

RE-EVALUATION DATE: January 2004

[signature]
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor
Health Care Unit Administrator
Nurses Station
Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579

# WESTERN ILLINOIS CORRECTIONAL CENTER
## MT. STERLING, ILLINOIS

MEMORANDUM

DATE: 11/29/03

TO: LTS Supervisor

FROM: _____
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: 11/29/03    N51882

Inmate and Number: McCoy, Aaron – N51882
is to be restricted from the following activities:
Weight lifting and sports

Stop date: 11/29/04

This for medical reason.

_____
Health Care Unit Staff

cc: Nurses Station
    Medical Records
    Housing Unit Officer  Rec. 75
    Inmate  McCray, N51882 – Rec 75

DCA 230-35737 (Rev 6-98)
IL 426-18578

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 11-29-03

TO: McCoy Aaron N51882 - Rec 7.
Inmate Name and Number

FROM: _____
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: Medical

START DATE: 11/29/03

ENDING DATE: 11/29/0X

RE-EVALUATION DATE: January 2004

_____
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
    Assignment Supervisor_____
    Health Care Unit Administrator
    Nurses Station
    Medical Records

ATTYG10322

DCA 230-35738 (Rev 1/98)
IL 426-18579

# WESTERN ILLINOIS CORRECTIONAL CENTER
# MT. STERLING, ILLINOIS

MEMORANDUM

DATE: 11/29/03

TO: LTS Supervisor

FROM: _____
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: 11/29/03  N-51882

Inmate and Number: McCray, Aaron – N51882
is to be restricted from the following activities:
Weight lifting and sports

Stop date: 11/29/04

This for medical reason.

_____
Health Care Unit Staff

cc: Nurses Station
    Medical Records
    Housing Unit Officer Rec. 75
    Inmate McCray, N51882 – Rec 75

ATTYG10323

DCA 230-35737 (Rev 6-98)
IL 426-18578

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: _11-29-03_

TO: _McCory Aaron_ _N51882 - Rec 75_
Inmate Name and Number

FROM: _[signature]_
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: _Medical_

START DATE: _11/29/03_

ENDING DATE: _11/29/04_

RE-EVALUATION DATE: _January 2004_

_[signature]_
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor
Health Care Unit Administrator
Nurses Station
Medical Records

_from Dr. Anderson's Response to RTP on 1/16/06 No Bates #_

DCA 230-35738 (Rev 1/98)
IL 426-18579

# WESTERN ILLINOIS CORRECTIONAL CENTER
## MT. STERLING, ILLINOIS

MEMORANDUM

DATE: 11/29/03

TO: LTS Supervisor

FROM: _____
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: 11/29/03

Inmate and Number: McCray, Aaron – N51882
is to be restricted from the following activities:
Weight lifting and sports

Stop date: 11/29/04

This for medical reason.

_____
Health Care Unit Staff

cc: Nurses Station
    Medical Records
    Housing Unit Officer Rec. 75
    Inmate McCray, N51882 - Rec

From Dr. Anderson's Response to RTP on 1-16-06
No Bates #

DCA 230-35737 (Rev 6-98)
IL 426-18578

*BEGIN USING FROM BOTTOM UP

NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_ Reg. # _N51882_ Date: _11/24_

Problem _____

ORDER: (Physician's Signature After Last Order) _Control Meas_
_Cleanser PRN x 30d_

DEA/Illinois Lic. # _____
☐ May Substitute _____ Physician (Print) _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417    Noted by: _____ Date: _11-22-03_

infirmary
NKA

ATTYG1024

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_ Reg. # _N51882_ Date: _11-17-0_

Problem _Constipation_

ORDER: (Physician's Signature After Last Order) _____

_Colace 100mg - 1 PO QHS x 30 days_
_Hydrocortisone cream 1% Apply small amt. to_
_Pruritic area BID_

DEA/Illinois Lic. # _____ Physician (Print) _Dr. Lochard MD / R Mills CNP_
☐ May Substitute _____ M.D. X Su
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417    Noted by: _____ Date: _____

inf
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_ Reg. # _N51882_ Date: _11-6-0_

Problem _____

*BEGIN USING FROM BOTTOM UP

NKA

State of Illinois   PRESCRIPTION ORDER
Dept. of Corrections   Chart Copy (Not a prescription)

Patient: McCroy, Aaron    Reg. # N57882    Date: 12-23-02

Problem: _____

ORDER: (Physician's Signature After Last Order)
Lotemax OS BID
Travatan OS QPM          } until seen by Dr Kim
Brimonidin OS BID
                  Dr Santos / B Bower Rn
DEA/Illinois Lic. # _____             Physician (Print) Santos M.D.
☐ May Substitute   Dr Lochard MD/R miles cmt      M.D.
☐ May Not Substitute _____
DCA 7000
IL 426-1417   Noted by: B Bower Rn    Date: 12-28-03

ATTYG1022

NKA

State of Illinois   PRESCRIPTION ORDER
Dept. of Corrections   Chart Copy (Not a prescription)

Patient: McCroy, Aaron    Reg. # N57882    Date: 12-9-02

Problem: _____

ORDER: (Physician's Signature After Last Order) Travatan tgtt OS QPM
Maxitrol opth ointment Apply OS QID            } x 60 days
Artificial tears tgtt ou QID
Lotemax 0.5% tgtt OS QID
              TO Dr Lochard / B Bower Rn
DEA/Illinois Lic. # _____             Physician (Print) Lochard M.D.
☐ May Substitute _____                M.D.
☐ May Not Substitute _____
DCA 7000
IL 426-1417   Noted by: B Bower Rn    Date: 12-9-02

NKA

State of Illinois   PRESCRIPTION ORDER
Dept. of Corrections   Chart Copy (Not a prescription)

Patient: McCroy, Aaron    Reg. # N51882    Date: 11-26-

Problem: _____ NTN

ORDER: (Physician's Signature After Last Order)