STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCoy, Aaron    INMATE'S NUMBER: N51887

CONSULTANT'S NAME: Dr. Zin

CONSULT REQUESTED BY: Dr. Lochard    DATE: ____    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

FINDINGS:

VA 20/400 CF    IOP < 14 / 44    Slit Lamp. OD: keratoconus
                                            OS: diffuse corneal haze

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

PROCEDURE:

ASSESSMENT: ① PKP OS. IOP uncontrolled. Pt is not supposed to be getting Maxitrol at all + Lotemax only BID.

RECOMMENDATIONS/PLANS: ① Lotemax OS BID. ② Travatan OS qPM ③ Brimonidine OS ④ glaucoma consult

DATE: 12/23/03

_____ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 12/30/03    R. Miller, CMD
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A1(REV01/89)
IL426-0027

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME  McCray, Aaron          INMATE'S NUMBER  W51887
CONSULTANT'S NAME  Dr. Zeh
CONSULT REQUESTED BY:  Dr. Lochard         DATE          URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:  $V_A$ 20/400    IOP< 14    Slit Lamp:  OD: Keratoconus
           CF              44                     OS: diffuse corneal haze

PROCEDURE:

ASSESSMENT:  (1) PKP OS. IOP uncontrolled. Pt is not supposed to be getting Maxitrol at all + Lotemax only BID.

RECOMMENDATIONS/PLANS.  (1) Lotemax OS BID  (2) Travatan OS qPM  (3) Brimonidine OS  (4) glaucoma consult

DATE: 12/23/03        _____ M.D.
                      (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 12/30/03         R. Miller
                      (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A1(REV01/89)
IL426-0027

ATTYG10195

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME: McCoy, Aaron    INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr. Kim
CONSULT REQUESTED BY: Dr. Lochard    DATE: 1/8/04    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Increased IOP

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: IOP pneumo < 16 / 28

PROCEDURE:

ASSESSMENT:
1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) PSC OS — mild

RECOMMENDATIONS/PLANS:
— Target IOP – Low 20's OU
— Cont. Travatan OS QHS
— Start Cosopt OS BID
— ↑ Alphagan to T
— + Lotemax OS BID
— RTC 2m

DATE: 1/8/04    (SIGNATURE OF CONSULTANT) M.D.

2wk – 1 TBMF

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:
( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 1/8/04    please forward to Dr. Lochard /s/ Wahl
DC7105-A1(REV 04/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

Scripts written for Alphagan, Lotemax, Cosopt & Travatan x 3wk

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME  McCoy Aaron    INMATE'S NUMBER  N51882
CONSULTANT'S NAME  Dr. Kim
CONSULT REQUESTED BY  Dr. Lochard    DATE 1/23/04    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

FINDINGS:                   REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

Tp < 14
      19

PROCEDURE:

ASSESSMENT:
1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) Posterior Subcapsular Cataract OS

RECOMMENDATIONS/PLANS:  - Good IOP control OS c̄ Travatan OS QHS, Cosopt c̄ Alphagan OS TID   - RTC 2m f/u c̄ Dr. Zeh

DATE: 1/23/04    _____ M.D.
                    (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 1-26-04    _____
DC7105-AI(REV01/89)         (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

AM̃ 1-23-04

## Prescription 1

**PRAIRIE Eye & Lasik Center**
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME: Aaron McCroy
DATE: 1/6/03
ADDRESS:

Travatan
1 gtt OS qpm
O.S.D. ÷ bottle

[signature]

☐ Label  4 TIMES
☐ REFILL
☒ May Substitute
☐ May Not Substitute

## Prescription 2

**PRAIRIE Eye & Lasik Center**
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME: Aaron McCroy
DATE: 1/6/03

Maxitrol ung ophthalmic
Apply OS QID x 3 days
then D/C
Disp 3.5 gm   [signature]

☐ Label  0 TIMES
☐ REFILL
☐ May Substitute
☐ May Not Substitute

EXHIBIT 2
3-6-07 DB

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

## REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME: McCroy Aaron    INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr Joseph Feder
CONSULT REQUESTED BY: Dr Stanley Sims    DATE: 2-6-03    URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM):

Day 3 FU

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: Epithelial defect healed left eye

Doing very well 3 days after corneal transplant left eye

advise 1) Maxitrol ointment or equivalent ½" into left eye every 3 hours while awake for 1 week then decrease to TID

2) follow-up c optometry 5-7 days - check epithelium & IOP

3) follow up Dr Feder 3 weeks

4) Eye shield (no patch) left eye QHS x 3 weeks then

5) Continue sunglasses as above

PROCEDURE:

ASSESSMENT:

RECOMMENDATIONS/PLANS:

DATE: 2-6-03    _____ M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(X) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 2/6/03    _____
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

EXHIBIT

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME: Aaron McCroy
ADDRESS: ___
DATE: 8/29/03

☐ Label
☑ REFILL 6 TIMES
☑ May Substitute
☐ May Not Substitute

Muro oph 4tts
Apply OD q 30
Disp large bottle

---

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.



**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

NAME: Aaron McCroy
ADDRESS: ___
DATE: 8/29/03

☐ Label
☑ REFILL 6 TIMES
☑ May Substitute
☐ May Not Substitute

Maxitrol ung
Apply OS BID
Disp 35 gm

EXHIBIT 2R

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCroy, Aaron   INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr Zeh
CONSULT REQUESTED BY: Dr Ghosh   DATE: ___   URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

ATTYG10207

From eye point of view F/U Keratoplasty
Need to know if inmate can be moved to
general population of the Correction Centre
with his impaired vision can he move freely and independently

( ) EVALUATION
( ) Management

FINDINGS: VA < 20/400 OD
         CF      OS

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)
OD: Keratoconus + punctate Keratopathy
OS: marked Keratopathy
    clear graft
Intraocular pressure < 30 OS
Fundus cup/disc 0.3 OD, 0.4 OS
cotton wool spot + dot hemorrhage OD

PROCEDURE:
① removed corneal sutures

ASSESSMENT:
Rec  ① Maxitrol OS QID x 3 days then stop
     ② Lotemax 0.5% OS 1gtt qAM
     ③ Truvatan OS 1gtt qPM
     ④ Artificial tears OU QID
     ⑤ ↓ blood pressure + serum glucose

⑥ No rubbing eye
⑦ No bending
⑧ No lifting > 10 l
⑨ RC (Medical) call ASAP any ↑ pain or ↓ vision OS

RECOMMENDATIONS/PLANS:
DATE: 11/6/03
_____ M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:
( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _____
DC7105-A1(REV 01/89)
IL426-0027

(SIGNATURE OF MEDICAL DIRECTOR)

EXHIBIT 3



EXHIBIT
4
3-6-07 DB

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

McCroy          Aaron                    N51882
Last Name        First Name        MI    ID#

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/03 12:40 pm | Nurse Note. Telephone w/ Dr. Zel. for clarification if McCroy to return to housing unit or the infirmary. Dr. Zel stated that offender needed to stay in the infirmary due to jet restrictions and also he doesn't want offender to get poked in the eye - to stay in infirmary for now. J Blasing RN | |
| 11-6-03 1:30 pm | Nurse Note — Wt 205# Returned from med furlough. Skin turgor good - Ø S/S dehydration. States he drinks plenty of H₂O - Ketones in urine 80 — D Drennen | |
| 11/6/03 2:00 pm | Nurse Note — Offender may have ice chips at all times per Dr. Zel. J Blasing RN | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCray, Aaron     INMATE'S NUMBER: N51887

CONSULTANT'S NAME: Dr. Zch

CONSULT REQUESTED BY: Dr. Lochard     DATE: _____     URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

FINDINGS:     REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

V_A 20/400     IOP< 14/44     Slit Lamp. OD: Keratoconus
CF                                          OS: diffuse corneal haze.

PROCEDURE:

ASSESSMENT: ① PKP OS. IOP uncontrolled. Pt is not supposed to be getting Maxitrol at all + Lotemax only BID.

RECOMMENDATIONS/PLANS: ① Lotemax OS BID. ② Travatan OS qPM ③ Brimonidine OS ④ glaucoma consult

DATE: 12/23/03     _____ M.D.
                   (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✗) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 12/30/03     R. Miller, cnr
                   (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

EXHIBIT

ATTYG10195