STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCroy, Aaron   INAMTE'S NUMBER: N51882
CONSULTANT'S NAME: Dr. Kim
CONSULT REQUESTED BY: Dr. Lochard   DATE: 1/8/04   URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Increased IOP

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: IOP pressures < 16 / 28

PROCEDURE:

ASSESSMENT:
1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) PSC OS - mild

RECOMMENDATIONS/PLANS:
- Target IOP - Low 20's OU
- Cont. Travatan OS QHS + Lotemax OS BID
- Start Cosopt OS BID

- ↑ Alphagan to
  Lotemax OS BID.
- RTC in
  2wk -
  rRM

DATE: 1/8/04     (SIGNATURE OF CONSULTANT) M.D.

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 1/8/04   please forward to Dr. Lochard  [signature]
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A1(REV 01/89)
IL426-0027

Scripts written for Alphagn, Lotemax, Cosopt &
Travatan x 3 wk

EXHIBIT

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCoy, Aaron    INAMTE'S NUMBER: N51882
CONSULTANT'S NAME: Dr. Kim
CONSULT REQUESTED BY: Dr. Lochard    DATE: 1/23/04    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

FINDINGS:    REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

Tp < 14 / 19

PROCEDURE:

ASSESSMENT:
1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) Posterior Subcapsular Cataract OS

RECOMMENDATIONS/PLANS: - Good IOP control OS c̄ Travatan OS QHS, Cosopt c̄
+ Alphagan OS TID    - RTL 2m f/mo c̄ Dr. Zeh

DATE: 1/23/04    _____ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 1-26-04    _____ M.D.
DC7105-A1(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 11-29-03

TO: McCoy Aaron    N51882 - Rec
Inmate Name and Number

FROM: H. Leonard MD
Physician/Health Care Unit Administrator

SUBJECT:    Medically Unassigned

You are being medically unassigned.

REASON: Medical

START DATE: 11/29/03

ENDING DATE: 11/29/0X

RE-EVALUATION DATE: January 2004

_____
H. _____ MD
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
    Assignment Supervisor
    Health Care Unit Administrator
    Nurses Station
    Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579

# WESTERN ILLINOIS CORRECTIONAL CENTER
# MT. STERLING, ILLINOIS

MEMORANDUM

DATE: 11/29/03

TO: LTS Supervisor

FROM: H Lochard MD
_____
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: 11/29/03    N51882

Inmate and Number McCray Aaron - N 51882
is to be restricted from the following activities:
Weight lifting and sports.

Stop date: 11/29/04

This for medical reason.

H Lochard MD
_____
Health Care Unit Staff

cc: Nurses Station
    Medical Records
    Housing Unit Officer  Rec. 75
    Inmate McCray, N 51882 - Rec 75

DCA 230-35737 (Rev 6-98)
IL 426-18578