```
 1   four times a day as well. Although my technician
 2   didn't write that at the bottom of this record.
 3            And so my recommendation and my response
 4   on that sheet dated 12/12/03 was that the pressure
 5   was still uncontrolled, that the patient was not
 6   supposed to be getting Maxitrol at all and the
 7   Lotimax only twice a day. Or that should have only
 8   been once a day. But I asked that he continue the
 9   Lotimax twice a day and the Travatan once a day and
10   also added Brimonidine in the left eye twice a day
11   and recommended that he return to see Doctor Kim
12   for a glaucoma evaluation.
13       Q    Now, I just handed the court reporter a
14   document which is page 101 of the records that we
15   have.
16            Could you go ahead and mark that as
17   Deposition Exhibit 2.
18                    (Whereupon said document was
19                     duly marked for purposes of
20                     identification as Exhibit 2, as
21                     of this date.)
22       THE DEPONENT: That's the one that I just read
23   from in my chart.
24       MS. de SAINT PHALLE:   Q   Is Deposition
```

```
 1   Exhibit Number 2 a copy of your consult note for
 2   December 23rd of 2003?
 3        A    Yes, it is.
 4        Q    What is the significance of a pressure
 5   reading of 44 in the left eye?
 6        A    Well, it's higher than I would have liked
 7   it to have been considering that I was a little
 8   concerned about the pressure being 30 the previous
 9   visit. It would have indicated that he was still,
10   you know, his glaucoma was not controlled.
11             One thing that I guess I should point out
12   is that when--the instruments that read pressure in
13   the eye are made to read pressures predominantly
14   within a range of normal. Once you get up to a
15   level that's past the high end of normal or the,
16   you know, probably much beyond 30, the machines
17   become less accurate. So the difference between,
18   say, 30 and 44 may not necessarily really be 14.
19   The way it would be, the difference between 10
20   and 24.
21             But it's clearly too high.  It's clearly
22   higher than I wanted it to be. It's at a point that
23   I would consider that, with time, damage to the eye
24   would occur. Although glaucoma tends to damage eyes
```

Page 17

```
1   only very slowly, weeks and months, rather than
2   hours and days.
3        Q    Since the time you gave your last
4   deposition have you had an opportunity to review
5   the records to see if the facility followed your
6   orders appropriately regarding the prescription of
7   the Maxitrol?
8        A    Well, I found one prescription order here
9   dated 11/6/2003 where, the bottom of my copy's cut
10  off, but it is ITROL ophthalmic ointment, which is
11  I presume is Maxitrol ointment, and it says apply
12  left eye four times a day, quid for 30 days, then
13  discontinue. So I assume that that was a
14  transcription error from putting in 30 rather than
15  3.
16       Q    In--
17       A    And then also there's an offender
18  infirmary progress note also dated the same day
19  where it says Doctor something, Lochard, notified
20  of orders received from Doctor Zeh, and number one
21  on that list is Maxitrol OS, quid times 30 days,
22  then stop. So there appears to have been a
23  transcription error instead of the three days that
24  I noted in my consult note and I think also on a
```

Page 18

```
 1   prescription that I wrote. Somewhere I thought
 2   there was a copy of the physical prescription that
 3   I wrote.
 4           Let's see if I can find that. But I think
 5   that, to me, that seems to be the most likely
 6   reason that he was still getting Maxitrol when he
 7   came back to see me because there appears to have
 8   been a transcription error.
 9       Q   Did you refer Aaron McCroy to see Doctor
10   Kim?
11       A   Yes.
12       Q   And who is Doctor Kim?
13       A   Doctor Kim is a physician in our practice
14   who specializes in glaucoma.
15       Q   Now, I want to hand you a project which
16   is marked as page 109 on these records, and, just
17   for clarity, I'll ask the court reporter to mark it
18   as Deposition Exhibit 3.
19                    (Whereupon said document was
20                    duly marked for purposes of
21                    identification as Exhibit 3, as
22                    of this date.)
23       MS. de SAINT PHALLE:  Q  Could you identify
24   what has been marked as Deposition Exhibit 3?
```

Page 19

```
 1       A    Yes. This is Doctor Kim's initial, the
 2  consultation record from the date that he saw him
 3  initially on January 8th, 2004.
 4       Q    And what was Doctor Kim's assessment?
 5       MS. POWELL: I'm going to object as to
 6  foundation.
 7       MS. de SAINT PHALLE:  Q  Is Doctor Kim your
 8  partner?
 9       A    We're employees of the same employer.
10       Q    And do you consult with patients
11  together?
12       A    Yes.
13       Q    And do you rely on--
14       A    We have patients in common. We don't
15  necessarily see them simultaneously for the same
16  problem.
17       Q    But do you rely on his evaluations in
18  treating patients?
19       A    Yes.
20       Q    What was Doctor Kim's assessment of what
21  Mr. McCroy's problem was at that point in time,
22  that's January 8th of 2004?
23       MS. POWELL: I'm going to renew my objection to
24  indicate actually that he did rely upon this, but I
```

Page 20

```
 1   don't know that he's treated him subsequent to this
 2   time. But he can answer.
 3         THE DEPONENT: Okay. Well, the things that he
 4   has written down here as his assessment are three
 5   items. Number one is steroid induced glaucoma left
 6   eye, number 2 is keratoconus, both eyes, status
 7   post transplant on the left eye, and, number 3,
 8   subcapsular cataract in the left eye as described
 9   as mild.
10         MS. de SAINT PHALLE:  Q  With regard to
11   steroid induced glaucoma, what is that?
12         A    Well, I think I described it earlier.
13   It's a condition that can potentially develop in
14   about 15, ten to 15 percent of the general
15   population in which an eye that's treated with
16   steroids will respond with an elevation of pressure
17   in the eye. In most patients it happens within
18   several days or several weeks of starting the
19   steroid treatment.
20              It's a little bit unusual in Aaron's case
21   because he'd been treated with steroids since the
22   time of his transplant, since February 2003, and
23   he'd been seen multiple times during that interval
24   between February 2003 and November 2003 and he
```

Page 21

1  never had had any elevation in his pressure
2  previously. So it's a little unusual for him to
3  develop the condition nine months after the use of
4  steroids. Nonetheless, it's certainly possible,
5  and it's the most likely thing since, you know, we
6  don't really have any other reason to suspect
7  another mechanism for the sudden onset of glaucoma.
8      Q    Could that onset of glaucoma have been
9  due to the fact that through this error in
10 medication that he was receiving, in essence, more
11 steroids than was intended for him?
12     A    Well, it wasn't--it wasn't necessarily
13 induced by that because he actually had an elevated
14 pressure before this transcription error or
15 inadvertent prolong use had occurred. But the
16 pressure was elevated longer, potentially longer
17 than would have been desired because of the failure
18 to discontinue the steroid.
19          So the steroid induced glaucoma was not
20 induced by the fact that he received the steroids
21 longer than he was supposed to and at a higher dose
22 as well because that condition appeared to exist
23 before that incident occurred.
24          The elevation in pressure was initially

Page 22

```
 1   identified on November 6th and that's when the
 2   recommendation were that the steroids be continued
 3   four times a day for three days and then stopped
 4   and instead he received it four times a day for the
 5   following month, so that the pressure in the eye
 6   did remain high, but the elevation was not
 7   necessarily induced by the fact that they weren't
 8   discontinued when ordered.
 9        Q    Did you rely on this record that was
10   compiled by Doctor Kim in the course of your
11   practice of treating Mr. McCroy, or did you review
12   it as part of your practice?
13        A    Well, certainly whenever a patient comes
14   back I look and see what the--you know, if the
15   patient is seen by a consultant at a different
16   practice, then I look for the letter that they send
17   back. If it's seen by the patient in the same
18   practice, I look for the previous clinic note to
19   see what Doctor Kim had seen. And, in fact, he was
20   seen twice by Doctor Kim, once on the 8th of
21   January 2004 and once on the 23rd of January 2004.
22             When he came back and saw him on the
23   23rd, the pressure in the eye was down to 19 and
24   Doctor Kim had started yet a third glaucoma
```

1  medication. But at that point the pressure was
2  controlled with three glaucoma medications and the
3  patient on the Lotimax instead of the Maxitrol.
4       And I have to point out I'm not--.
5  Although Lotimax is thought to cause loss of a
6  pressure elevation than Maxitrol, it's possible
7  that if he weren't on the glaucoma medications even
8  the Lotimax has the potential for causing the same
9  problem.
10      So I don't know for sure whether the
11 pressure was down to 19 because of the fact that
12 the Maxitrol had been discontinued at that point or
13 simply because the other glaucoma medication had
14 been added. Because actually at the visit on
15 January 8th he was receiving only Lotimax and two
16 glaucoma medications and at that point his pressure
17 was still 31.
18    Q    Now, had there been a recommendation that
19 either you or Doctor Kim made for Mr. McCroy to be
20 fitted with contact lenses?
21    A    A contact lens fitting for Mr. McCroy had
22 been recommended, from my review of the chart,
23 initially by Doctor Fedor on April 8th, 2003, three
24 months after the, I'm sorry, two months after the

Page 24

1  transplant. And he was seen by Doctor Blumthal at
2  our practice on June 24th, but the contact lens fit
3  was not performed due to the fact that Doctor
4  Blumthal at that time did not have a specialty
5  contact lens fitting set called the Rose K set for
6  fitting keratoconus patients.
7       And then the next visit is where I saw
8  him on August 29th. And I thought it would be much
9  easier to fit him with a contact lens if the
10 astigmatism in the cornea could be reduced. That's
11 why we removed the sutures.
12      And, in fact, his astigmatism was
13 lessened by doing that to the point where I next
14 saw him on February 24th, about a month after
15 Doctor Kim had seen him last. His pressure was low
16 on the glaucoma medications and his astigmatism had
17 dropped from 12 down to about 6 and I recommended
18 that he have a contact lens fitting to see if that
19 would be sufficient to visually rehabilitate him.
20      I also recommended if that failed to
21 improve his vision, then cataract surgery would
22 have to be considered, because I thought that
23 looking at--I dilated the patient and I thought
24 that the back of his eye, the neurosensory part of

Page 25

1   the eye, looked like it should allow him, you know,
2   fairly normal visual acuity, so, presumably, there
3   was something wrong with the way the eye was
4   bending and focusing light. The contact lens would
5   fix that if there were the problem. If you were
6   still unable to see, then presumably the cataract
7   was, you know, interfering with vision.
8           Then he came back to see me on May 21st,
9   2004. He had not had the contact lens fit in that
10  interval. I don't know exactly why that, you know,
11  had not happened. And then I recommended on May
12  21st that once again that he have a contact lens
13  fitting. And, to my knowledge, at this point in
14  time, at least at our practice, that's not
15  happened.
16      Q   Because of his particular disease
17  process, does he have to have a specialized
18  optometrist fit the contact lenses?
19      A   I would say that the rate of success for
20  fitting irregular or abnormal corneas is
21  proportional to the optometrist's experience,
22  fitting abnormal corneas. So the patient would be
23  far likely to do better with someone who has
24  experience fitting, you know, fitting keratoconus

Page 26

1  or fitting cornea transplants. That's not to say it
2  couldn't happen with someone less experienced. Even
3  a blind dog finds a bone once in a while.
4          But I think he would do better with
5  someone who has a lot of experience, because his
6  keratoconus in the right eye is pretty high. He's
7  got six diopters of astigmatism in the left eye at
8  this point in time, which is also a lot more than
9  most optometrists have experience fitting, so I do
10 think he will do better in the hands of someone
11 who's got more experience fitting contact lens than
12 someone who does not.
13     Q    Does he require periodic, not only one
14 good fitting of a contact lens, but periodic
15 refitting of a contact lens to take account of any
16 changes in progression with the disease?
17     A    Well, at this point the left cornea
18 should be fairly stable. It's possible that the
19 right cornea could progress. And certainly one of
20 the problems, even with rigid contact lenses, or I
21 should say even especially with rigid contact
22 lenses is that with time they can become warped and
23 no longer fit the eye, and, then, in that case, you
24 know, a refitting, or at least an evaluation to see

Page 27

1  whether the cornea has changed or the contact lens
2  has changed. So I would say that ongoing monitoring
3  is necessary, if that's the question. Yeah, I think
4  that.
5      Q    You also mentioned the possibility of
6  cataract surgery. What is his need for cataract
7  surgery?
8      A    Right now I would say that's unknown
9  until he gets adequately fit with a contact lens.
10 If he gets a contact lens that sensors well and yet
11 he still is unable to see better than what he's
12 seeing now, then I would have to consider the
13 cataract that he has visually significant and to,
14 you know, to consider proceeding with that.
15     Q    How many months has it been since you
16 made the initial recommendation that he have a
17 contact lens fit?
18     A    Well, the first time I recommended that
19 he have a contact lens fit was in February, so that
20 would be about almost four months ago.
21     Q    Do you have any opinion as to whether Mr.
22 McCroy would have better care for his eyes if he
23 were kept at a facility that had either an
24 ophthalmologist or optometrist on staff?

Page 28

1   A   I would say that with the exception of a
2   steroid glaucoma postoperatively his course has
3   been fairly smooth sailing and he hasn't had a lot
4   of problems that could potentially occur such as
5   allograph rejections or wound complications or
6   things such as that.
7        And, you know, the stitches have been out
8   and he's done fine for the last seven months since
9   the suture removal without having wound problems.
10  The chance that he will suddenly have a problem in
11  the absence of a traumatic injury is not high, but
12  it's also not zero.
13       And that becomes important because should
14  he develop something like a rejection of the
15  transplant, or, if he did, you know, say, bump the
16  eye and had a wound dehiscence, problems like that
17  if they're not addressed immediately will end up
18  either resulting in failure of the transplant or
19  possibly even something really bad like loss of the
20  eye. So it really depends on what the response time
21  between when he makes a complaint and how soon
22  someone with appropriate training looks at the eye.
23       If he's not in a place where if he makes
24  a complaint about a change for the worse in being

Page 29

```
 1   evaluated, I would say at least within 24 hours, if
 2   that's not going to happen, then he probably would
 3   be better off somewhere else where that could
 4   happen. Because with a lot of these problems, and
 5   allograft rejection can occur at any time, you
 6   know, especially in a younger patient with a good
 7   immune system, we don't understand why someone will
 8   have it happen out of the blue, but it definitely
 9   occurs, and if it's not treated rapidly the graft
10   can be lost and back to square one.
11       Q    Now, you are a cornea specialist, that's
12   your particular specialty?
13       A    That's correct.
14       Q    And are you going to still remain in the
15   Springfield area?
16       A    I am not.
17       Q    And is there any cornea specialist that
18   could monitor his condition in Springfield?
19       A    There are two other cornea specialists,
20   neither of whom are with our practice, they're with
21   the Springfield Clinic, and I do not whether the
22   Springfield Clinic has any sort of arrangement to
23   take care of patients for the department of
24   corrections. So, physically, yes, there are at
```

Page 30