```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS
                        SPRINGFIELD DIVISION
```

AARON MCCROY, #N51882,            )
                                  )
            Plaintiff,            )
                                  )
       vs.                        )    No. 02-3171
                                  )
ILLINOIS DEPARTMENT OF            )
CORRECTIONS, et al.,              )
                                  )
            Defendants.           )

## DEPOSITION

The deposition of AARON MCCROY was taken pursuant to Notice and pursuant to the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before Retha R. Meyerhoff, CSR, and a Notary Public in and for Randolph County, Illinois, taken at the Pinckneyville Correctional Center, same being located at 5835 State Route 154, Pinckneyville, Illinois, on Friday, March 16, 2007, beginning at approximately 11:10 a.m.

                RETHA R. MEYERHOFF, CSR #084-002901
                           P.O. Box 263
                        Percy, IL  62272

```
 1                        I N D E X
 2                                                    PAGE
 3   EXAMINATION BY MS. POWELL  . . . . . . . . . . . .   4
     EXAMINATION BY MS. CHOATE  . . . . . . . . . . . .  99
 4   EXAMINATION BY MR. TENNEY  . . . . . . . . . . . . 142
     EXAMINATION BY MR. LONDRIGAN . . . . . . . . . . . 143
 5   RE-EXAMINATION BY MS. CHOATE . . . . . . . . . . . 148
     RE-EXAMINATION BY MS. POWELL . . . . . . . . . . . 148
 6
 7
 8
 9
10                      APPEARANCES:

11   MR. THOMAS LONDRIGAN               MS. KELLY R. CHOATE
     Londrigan, Potter & Randle, P.C.   Assistant Attorney General
12   P.O. Box 399                       500 South Second Street
     Springfield, IL  62705             Springfield, IL  62706
13   On behalf of Plaintiff             On behalf of Defendants

14   MR. CARL J. TENNEY                 MS. THERESA POWELL
     Hughes, Hill & Tenney, LLC         Heyl, Royster, Voelker
15   P.O. Box 560                       & Allen
     Decatur, IL  62525-0560            P.O. Box 1687
16   On behalf of Defendant             Springfield, IL  62705
                                        On behalf of Defendants
17
18
19
20
21
22
23
24
                                                              2
```

```
 1                        STIPULATIONS
 2        IT IS STIPULATED AND AGREED by and between
 3   Counsel for Plaintiff and Counsel for Defendants that the
 4   deposition of AARON MCCROY may be taken pursuant to the
 5   provisions of the Federal Rules of Civil Procedure
 6   pertaining to depositions, by and on behalf of the
 7   Defendants, on the 16th day of March, A.D., 2007, at the
 8   Pinckneyville Correctional Center, Pinckneyville, Illinois,
 9   before Retha R. Meyerhoff, Certified Shorthand Reporter and
10   Notary Public in and for Randolph County, Illinois; and that
11   this deposition may be taken with the same force and effect
12   as if all federal rules and statutory requirements had been
13   complied with.
14        IT IS FURTHER STIPULATED AND AGREED that any and
15   all objections to all or any part of this deposition (except
16   objections as to form of questions asked and answers given)
17   are hereby reserved and may be raised on the trial of this
18   cause, and that the signature of the deponent is waived.
19   ***              ***              ***
20
21
22
23
24
```

```
 1                    AARON MCCROY,
 2   having been duly sworn, testified on his oath as follows:
 3   EXAMINATION BY MS. POWELL:
 4        Q.   Would you please state your name for the record?
 5        A.   Aaron McCroy.
 6        Q.   And you're currently incarcerated at the
 7   Pinckneyville Correctional Center?
 8        A.   Yes, I am.
 9        Q.   How long have you been at this facility?
10        A.   Since August, I believe, of 2005.
11        Q.   Okay.
12        A.   Approximately.  I am not sure.
13        Q.   Okay.  And before that were you at Menard?
14        A.   Yes, I was.
15        Q.   And when were you transferred to Menard?
16        A.   In January of 2005.
17        Q.   Okay.  And before that were you at Western Illinois
18   Correctional Center?
19        A.   Yes, I was.
20        Q.   Okay.  And it's my understnading that you were at
21   Western from October of 2001?  Is that accurate?
22        A.   It sounds right.
23        Q.   Okay.  And before being at Western were you at Hill
24   Correctional Center?
```

```
 1        A.   Yes, I was.
 2        Q.   All right.  When were you first incarcerated at
 3   Hill?
 4        A.   I can't give you an exact date, but I believe it
 5   was 1999, sometime in 1999.
 6        Q.   Okay.  And before that where were you?
 7        A.   Stateville.
 8        Q.   Okay.  And when did you first become incarcerated
 9   there?
10        A.   Ninety-seven.
11        Q.   All right.  And before that?
12        A.   Dixon Correctional Center.
13        Q.   And when were you first incarcerated there?
14        A.   Ninety-six or ninety-seven.  I am not sure.
15        Q.   All right.  And before that?
16        A.   Stateville.
17        Q.   And what was the date you entered there?
18        A.   1993.  I am not sure of the month.
19        Q.   Okay.  And before that?
20        A.   Cook County.
21        Q.   And what year were you housed there?
22        A.   From '89 to '93.
23        Q.   Why were you in Cook County Jail for so long?
24        A.   I cannot -- trial delays and so forth.
```

```
 1      Q.  Okay.  Before 1989 had you been incarcerated or had
 2  any convictions for any crimes?
 3      A.  Yes.
 4      Q.  When was that?
 5      A.  Eighty-two, I believe.
 6      Q.  And where was that?
 7      A.  Cook County.  No.  Eighty-two -- are we going in
 8  chronological order?
 9      Q.  I would prefer that we did that, yes.
10      A.  I believe my first conviction was in approximately
11  eighty-two.
12      Q.  Okay.
13      A.  Then I was convicted and sent to the IDOC in '84.
14      Q.  Okay.
15      A.  And I got out in '86.
16      Q.  And what was the crime that you were charged with
17  in '82?
18      A.  Burglary.
19      Q.  And you got out in '84?
20      A.  No, I got --
21      Q.  Out in '86?
22      A.  In '86, yes.
23      Q.  All right.  And then what was the crime you were
24  convicted of in '89?
```

6

1  A. Burglary.

2  Q. Before you were arrested in 1989, had you been
3  treated for any eye conditions between '86 and '89?

4  A. Other than wearing glasses, no.

5  Q. Okay. Does anyone else in your family have
6  keratoconus?

7  A. No.

8  Q. When was the last time that you could see out of
9  your left eye?

10  A. September 23, 2004, the day I was hit. I am not
11  sure of the date. But the day I was hit was the last time I
12  could see out of it.

13  Q. And can you describe for me the type of vision you
14  had out of your eye?

15  A. Hand movement only.

16  Q. Okay. Couldn't read out of your left eye?

17  A. No, I could not.

18  Q. All right. And other than telling me hand
19  movement, what else could you see out of your left eye?
20  Could you see colors?

21  A. Shapes, objects, and colors.

22  Q. Okay. Before your surgery on February 3 of 2003,
23  what could you see out of your left eye?

24  A. Approximately the same.

7

```
 1        Q.   Between -- well, after February 3 of 2003 you had
 2   your eye covered with an eye shield; is that right?  After
 3   your surgery?
 4        A.   Yes.
 5        Q.   Okay.  Do you have any recollection as to when your
 6   eye shield was taken off?
 7        A.   During daylight hours.
 8        Q.   Okay.  And when you would take your eye shield off
 9   your left eye immediately after the, the very first time
10   that you were allowed to take your eye shield off, what
11   could you see then?
12        A.   Hand movements.
13        Q.   Okay.  So basically from February of 2003 through
14   September 23 of '04, you had this ability to see hand
15   movements, shapes, objects, and colors?  Is that accurate?
16        A.   Yes.
17        Q.   And that's the same sort of vision that you had in
18   your left eye before February 3 of 2003?
19        A.   Yes.
20        Q.   All right.  Can you remember when it was that you
21   could see anything more than that out of your left eye?
22        A.   Approximately three to four months after the
23   surgery it started getting better.
24        Q.   Okay.  I guess I want to know before that period of
```

1   time. Before February of '03 when at any time in your life
2   prior to your surgery could you see out of your left eye
3   more than these hand movements, shapes, objects, and colors?
4       A.  Several months before the surgery.
5       Q.  Okay.
6       A.  Approximately a year before the surgery.
7       Q.  Okay. So in 2002 there was a point in time that
8   you were able to see more out of that left eye? Is that
9   accurate?
10      A.  Yes.
11      Q.  And that throughout the course of 2002 your eye
12  progressively got worse?
13      A.  Yes.
14      Q.  All right.
15      A.  Excuse me.
16      MR. LONDRIGAN: Just listen to what she asks you.
17      A.  Okay.
18      Q.  Were you ever able to read out of your left eye?
19      A.  Yes.
20      Q.  Okay. And when was the last time you could read
21  out of your left eye?
22      A.  Approximately 2001, sometime in 2001.
23      Q.  Okay. And then you lost the ability to read out of
24  your left eye at some point in the year 2001?

```
 1       A.   Yes.
 2       Q.   Would you say that you have been relying on your
 3  right eye for the most part in being able to read and to
 4  see?
 5       A.   Now, yes.
 6       Q.   Okay.  How long would you say you have been relying
 7  on your right eye?
 8       A.   Since the, since 2002.
 9       Q.   Okay.  Now, you told me that after your surgery in
10  2003 at some point in time your vision started to get
11  better?
12       A.   Yes.
13       Q.   When was that specifically?
14       A.   Approximately two to three months after the
15  surgery.
16       Q.   Okay.  So that would have been sometime maybe May
17  or June of 2003?
18       A.   Yes.
19       Q.   And at that point in time had the surgical wounds
20  completely healed?
21       A.   No.
22       Q.   They had not?  What wounds were still remaining in
23  May or June of 2003?
24       A.   I still had stitches in my eye.
```

```
 1        Q.   Okay.  When were the stitches taken out?
 2        A.   November, 2004, I believe.  I am not sure.
 3        Q.   Of '04 or '03?
 4        A.   I am not sure.  I know it was November or December.
 5        Q.   Okay.  Could it be 2003 that your stitches were
 6   taken out?
 7        A.   No.  No, because I am not sure, certain.  I would
 8   have to check.
 9        MR. LONDRIGAN:  We don't have any of these medical
10   records in front of him.  You understand he is testifying to
11   the best of his recollection without review of any of these
12   medical records?
13        MS. POWELL:  That's okay.  I am just asking him if he
14   remembers.
15        A.   I remember when they were taken out, but I remember
16   what month because, but that's, I don't know the year.  I
17   can't say with certainty what year.
18        Q.   Okay.  So if the records indicate the stitches came
19   out at the end of '03, you don't have anything to refute
20   that, correct?
21        A.   No, I do not.
22        Q.   Okay.  Do you remember the physician who took out
23   your stitches?
24        A.   Dr. Zeh.
```

11

1    Q.  After he took out the stitches did you have any
2 further wounds in your eye as a result of the surgery that
3 had been done in February of '03?
4    A.  I still -- as a result of the surgery?
5    Q.  Right.  After the stitches came out were there any
6 open sores or anything that needed to heal after the
7 stitches were taken out?
8    A.  The surgery itself had not healed.
9    Q.  The surgery had not healed?  And what does that
10 mean when you say that?
11    A.  It had not healed.  It was not -- it -- I don't
12 know.  All I know is that they told me it had not healed.
13    Q.  Who told you that?
14    A.  Dr. Zeh.
15    Q.  He told you what had not healed?
16    A.  The transplant.
17    Q.  Okay.  And what was your understanding of that?
18 What hadn't healed?
19    A.  From what he told me was that there is five layers
20 to the cornea, and that because there's no blood circulation
21 in that portion that I had, that it would take longer for it
22 to fuse and heal.  And it had not healed yet.
23    Q.  Okay.  So your understanding was that even after he
24 took out the stitches that the cornea hadn't healed?

12

```
 1    A.  Yes.
 2    Q.  Was there ever a point in time that you thought the
 3  cornea had healed?
 4    A.  No.
 5    Q.  Okay.  Did Dr. Zeh tell you how long it would take
 6  for the cornea to heal?
 7    A.  No, he did not.
 8    Q.  Well, did you have any -- was the eye bleeding?
 9    A.  No.
10    Q.  And how would you know when it had healed?
11    A.  He would tell through examination, through medical
12  examination.
13    Q.  What was he doing when he examined you?
14    A.  I couldn't tell you what he, you know, I'm --
15    Q.  Would it be safe to say that at the point you had
16  your stitches out you still couldn't see very well out of
17  your left eye?
18    A.  I saw better, but not very well.
19    Q.  Okay.  So is it your opinion that as of, even as of
20  September 23 of '04 you don't think that your eye was healed
21  from the surgery?
22    MR. LONDRIGAN:  I am going to object to him being asked
23  to express opinions.  I think he can give you factual
24  information of what he was able to physically observe.  If
```

```
 1   you are talking about medical opinions in relationship to
 2   healing, all he knows is what the doctor told him.
 3         MS. POWELL:  That's okay.  I just want to ask him.
 4         Q.  Do you have an opinion as to whether or not your
 5   eye was healed from the surgery as of September 23 of '04?
 6         A.  No.
 7         Q.  Is your opinion it was not healed?
 8         A.  I have no opinion.
 9         Q.  Oh, you have no opinion as to whether it was healed
10   or not?  Okay.  At what point were you no longer wearing the
11   eye shield at all?
12         A.  I was always required to wear the eye shield.
13         Q.  So up through September 23 of '04 you were still
14   wearing the eye shield?
15         A.  At night, yes.
16         Q.  Okay.  Why were you wearing an eye shield?
17         A.  Because it was recommended that I wear the eye
18   shield by Dr. Zeh because during my sleep I could, in fact,
19   inadvertently rip the transplant off my eye.
20         Q.  It was your understanding you were always going to
21   wear the eye shield?
22         A.  No.
23         Q.  Did you have a date set for when that would be
24   removed?
```

```
 1       A.   Presumably when, I guess, the doctor told me.
 2       Q.   Okay.  Did you know this Mr. Durham that was your
 3  cellmate before you were placed in the cell with him?
 4       A.   No, I did not.
 5       Q.   You'd never seen him anywhere at Western?
 6       A.   No, I did not.
 7       Q.   Okay.  Do you know if he had ever been in the
 8  health care unit during the time that you were housed in the
 9  infirmary?
10       A.   No, I do not.
11       Q.   Okay.  Did you ever talk to Mr. Durham?
12       A.   Yes.
13       Q.   Do you know why he was incarcerated?
14       A.   No, I do not.
15       Q.   Did you talk to him about why you were
16  incarcerated?
17       A.   No, I do not.
18       Q.   Have you always had better vision in your right eye
19  than your left?
20       A.   No.
21       Q.   When did you start to notice a change?
22       A.   As my keratoconus progressed.
23       Q.   When was that?
24       A.   Approximately '98 or '99.
```