1    Q.  Did you have problems with your cellmate when you
2  were at Hill Correctional Center?
3    A.  Yes, I did.
4    Q.  What sorts of problems did you have with your
5  cellmate there?
6    A.  He had a problem with me having a low bunk permit
7  and him having to get on the top bunk.
8    Q.  And what happened as a result of that?
9    A.  I reported it to the lieutenant.  He had -- my
10  cellmate threatened me.  I reported it to the lieutenant.
11  He said that to go back in the cell and try to resolve the
12  issue or to the effect, "Talk to your gang chiefs," which I
13  don't belong to a gang, and because we both was in industry,
14  he said, "Resolve the issue if you don't want to lose your
15  job in IDOC."
16    Q.  What sort of job did you have?
17    A.  I was a meat processor.
18    Q.  And that was while you were at Hill?
19    A.  Yes.
20    Q.  Did you always have a job while you were at Hill?
21    A.  School or I was industry.
22    Q.  So did you work this out with your cellmate?
23    A.  No.
24    Q.  Did you ever have an altercation with that

```
 1   cellmate?
 2        A.   No.
 3        Q.   And so how was that resolved?
 4        A.   Through a series of events where I filed a
 5   grievance, I filed several grievances, and they kept moving
 6   him and me out of the cell and then several days later
 7   placing us back together.  IA, internal affairs, placed me
 8   in seg under investigation and confinement for 120 days, and
 9   they sent me to Western.
10        Q.   Okay.  Had you ever designated Mr. Durham as
11   someone you did not want to be celled with?
12        A.   Yes.
13        Q.   When did you do that?
14        A.   September 22.
15        Q.   The day before the fight?
16        A.   Yes.
17        Q.   In what form did you do that?
18        A.   I reported it to Lieutenant Law and Correctional
19   Officer Kellerman.
20        Q.   Was that a verbal report?
21        A.   Yes.
22        Q.   Did you ever put anything in writing regarding
23   that?
24        A.   No.
```

```
 1        Q.   And did you ever reference in your later
 2   grievances regarding the fight that you had reported
 3   this to Correctional Officer Kellerman on the 22nd?
 4        A.   I believe I did.
 5        Q.   Did you ever complain about Mr. Durham on any date
 6   other than September 22 of '04 prior to September 23 of '04?
 7        A.   I don't recall.  I don't recall.
 8        Q.   Why did you complain about him on the 22nd?
 9        A.   He continually would play -- I am an older inamte.
10   He was a younger inmate.  He would continually play his TV
11   loud and listen to rap music.  And I -- my agenda was
12   different, because I am not hard of hearing.  I don't like
13   rap music.  I am very clean.  He wasn't a very clean
14   person.  We were incompatible.
15        Q.   Are those the types of things that you told the
16   officer?
17        A.   Yes.
18        Q.   So you told the officer that the guy was noisy and
19   he listened to rap music and he wasn't very clean?
20        A.   Right.  And that he was -- when I tried to talk to
21   him, he got aggressive with me.  He would get aggressive
22   with me.
23        Q.   Did you tell that to the officer?  That he was
24   aggressive with you?
```

1    A.   Yeah.

2    Q.   And what specifically did you say?

3    A.   I said when I tried to talk to him, he would get
4 aggressive.

5    Q.   And what does that mean?

6    A.   He would get loud and just -- he would get loud.

7    Q.   Okay.

8    A.   His posture would change.

9    Q.   Who is Richard Jones?

10   A.   That's the cellmate I had at Hill.

11   Q.   Did you ever have a fight with him?

12   A.   No, I did not.

13   Q.   Who was Isiah Bell?

14   A.   I don't know who that is.

15   Q.   Well, actually it is spelled I-S-I-A-H.  You don't
16 know who that is?

17   A.   No, I don't.

18   Q.   What about Andrea Koker?

19   A.   No.

20   Q.   Terrance Rogers?

21   A.   No.  I don't know.

22   Q.   Those aren't people who you identified as
23 individuals you did not want to be housed with?

24   A.   No.

```
 1        Q.   Okay.  You don't know who those people are at all?
 2        A.   No.  And I don't recall.  I have been incarcerated
 3   some two decades.  It's been a long two decades.  I may have
 4   forgot, but I don't recall those names.
 5        Q.   Okay.  Before September 22 of '04 had you had any
 6   problems with Mr. Durham while you were in the cell with
 7   him?
 8        A.   The same thing that I described to you, his
 9   behavior.
10        Q.   Okay.  Had he ever hit you before?
11        A.   No.
12        Q.   Had you ever complained before?
13        A.   No.  The 22nd I did.
14        Q.   Okay.  Did you have conversations with him between
15   the date you were housed with him and September 22 or
16   September 23 of '04?
17        A.   Yes.
18        Q.   So were you able to get along with him on a
19   day-to-day basis?
20        A.   Our conversations weren't -- they were more,
21   "Excuse me, I have to use the bathroom," and so on and so
22   forth.  We weren't friends or getting to be friends, no.
23        Q.   Okay.  On the date of your altercation with
24   Mr. Durham, was anyone else in the cell with you and
```

```
 1   Mr. Durham?
 2        A.   No.
 3        Q.   Do you remember what cell number you were in?
 4        A.   No, I don't.
 5        Q.   And what was Mr. Durham doing this day?
 6        A.   He was eating and watching TV.
 7        Q.   And what were you doing?
 8        A.   I was reading a Bible.
 9        Q.   And when you say "a Bible," is that a Christian
10   Bible?
11        A.   Yes.
12        Q.   And where were you?  Were you on your bunk?
13        A.   Yes.
14        Q.   And you had the low bunk?
15        A.   Yes.
16        Q.   All right.  So was he sitting on his bunk?
17        A.   No.
18        Q.   Where was he sitting?
19        A.   By the door.
20        Q.   Was he sitting in a chair?
21        A.   Yes.
22        Q.   All right.  And then what happened?
23        A.   I asked him to, could he please cut down the music
24   and give me a half hour to read several chapters out of the
```

                                                                21

```
 1   Bible, and he told me he didn't have to.  I said, I tried to
 2   explain to him that we live in a space the size of a
 3   bathroom, and we have to show each other common courtesy,
 4   and I would appreciate it if he would cut it down.  He
 5   refused.  You know, I had talked to him about buying head
 6   phones, and he said he wouldn't buy any head phones; he was
 7   going home; he wasn't going to by any more IDOC things,
 8   spending any more money and so forth in IDOC.  So I sat down
 9   and told him, stopped talking to him.  He was trying to
10   watch TV.  I sat on the top of the toilet on the sink.
11        Q.  Well, wait a second because earlier you just said
12   you sat down after you told him this, right?
13        A.  Yes.
14        Q.  So when was it that you stood up?  You told me you
15   started out you were sitting on your bunk?
16        A.  Right.
17        Q.  He was sitting in a chair, right?
18        A.  Right.
19        Q.  So when did you stand up?
20        A.  I stood up when I walked over to sit down on the
21   sink.
22        Q.  Okay.  Why did you have to get up to tell him?
23        A.  Because he was sitting -- the cell is an eight by
24   ten cell with the bunks, where I am sitting at the one end
```

```
 1   of the cell, he was sitting at the other end of the cell. I
 2   am sitting on my bunk.  And in order for me to talk to him
 3   without yelling, I had to get up to sit on the, to get
 4   closer to him.  So I sat on the sink.
 5        Q.   So you got up and you sat on the sink?
 6        A.   Yes.
 7        Q.   And then you started telling him?
 8        A.   Telling him that, please cut it down, that, you
 9   know, we share a cell, could he show some common
10   consideration for me.  You know, "I have head phones.  You
11   should buy head phones until you going home."  And he
12   said -- I can't recall who said, but he wasn't going to buy
13   head phones because he was going home.  And I said, "I just
14   want to read a few chapters of the Bible and then I am going
15   to bed, and then you can do anything you want to do."  He
16   got agitated and he just hit me.
17        Q.   Okay.  When you're talking to him is he still
18   sitting down in his chair?
19        A.   Yes.  He is eating.
20        Q.   Okay.  He is eating.  And he is sitting in the
21   chair.  Is the TV between you and him?
22        A.   The TV, yes, it is.
23        Q.   Okay.  Is he watching the TV while you're talking
24   to him?
```

23

```
 1       A.  I couldn't tell where his eyes were.
 2       Q.  Okay.  Did he -- let me strike that.  Did you touch
 3  the television to turn it down before you started to talk to
 4  him?
 5       A.  No, I did not.
 6       Q.  Okay.  So did he get up to hit you?
 7       A.  Yes.
 8       Q.  And how far away would you have been sitting from
 9  him?
10       A.  Approximately from the sink to the wall, I would
11  say, could not be more than two and a half, three feet.
12       Q.  Okay.  Did you see him get up?
13       A.  Yeah.
14       Q.  You were watching him, right?
15       A.  Yes.
16       Q.  You were looking right at him?
17       A.  Yes.
18       Q.  You saw him get up?
19       A.  A fast movement, yes.
20       Q.  And did he come toward you?
21       A.  He didn't have to come towards me.
22       Q.  Okay.  What did he do specifically?
23       A.  He had food on his tray.
24       Q.  What did he do with that?
```

```
 1    A.   It spilled all over the floor.
 2    Q.   When he stood up?
 3    A.   Yes.
 4    Q.   All right.  Then what?
 5    A.   He hit me.
 6    Q.   With what?
 7    A.   I presume it was his fist.
 8    Q.   Did you see him come at you?
 9    A.   Yes.
10    Q.   Did you see him grab anything?
11    A.   I didn't -- I wasn't looking for him to see
12  what -- I don't recall.
13    Q.   Did you get down off the sink?
14    A.   After he hit me, yes.
15    Q.   Before he hit you did you get off the sink?
16    A.   No.
17    Q.   So you're still looking right at him, right?
18    A.   Yes.
19    Q.   Okay.  So he gets up and he does exactly what?
20  Does he move his right arm or his left arm?
21    A.   I don't know.
22    Q.   Okay.  You didn't see him pick up anything?
23    A.   No, I didn't.
24    Q.   You didn't see him set his food down?
```

25

```
 1        A.   No.  I seen the food spill.
 2        Q.   Okay.  When he stood up he just let his food fall
 3   to the floor?
 4        A.   Yes.
 5        Q.   And did he take a step?
 6        A.   He didn't have to.
 7        Q.   I know, but did he?
 8        A.   I don't recall.
 9        Q.   Okay.  And you didn't see him swing his right arm
10   or his left arm?
11        A.   No.
12        Q.   All right.  And then what happened?
13        A.   Next thing I know is seering pain.  I grabbed my
14   towel, put it on my head, put it to my eye.  And when it
15   came away and I saw what was in it and saw I couldn't see, I
16   asked him to press the button.  At first he refused.  And I
17   kept begging him to press the emergency button because I
18   can't see.  And he pressed the emergency button.  And that's
19   when the police came.
20        Q.   When you felt this pain did you think that he had
21   hit you with something?
22        A.   I wasn't thinking in terms of what he hit me with.
23   I was thinking in terms of I can't see.
24        Q.   Well, did you think he had hit you when you felt
```

26

```
 1   this pain?
 2        A.   I knew he had hit me.
 3        Q.   Okay.  What did you say when he hit you?
 4        A.   What did I say?
 5        Q.   Yes.
 6        A.   Nothing.
 7        Q.   What did you do when he hit you?
 8        A.   I got off the sink, grabbed my wash cloth and put
 9   it to my eye.
10        Q.   And you didn't try to hit him?
11        A.   No.
12        Q.   You didn't try to scratch him?
13        A.   No.
14        Q.   You didn't try to push him away?
15        A.   No.
16        Q.   You just stood there?
17        A.   Well, I think, if I recall, I did, I think he was
18   still trying to attack me, and I pushed him away.
19        Q.   How did you do that?
20        A.   With my forearm.
21        Q.   Before or after you got off the sink?
22        A.   After I got off the sink.
23        Q.   So he comes and hits you in some fashion, and you
24   have time to get off the sink first?
```

27

```
 1        A.   After he hit me, yes.
 2        Q.   Okay.  Did you fall off the sink?
 3        A.   No.
 4        Q.   You just stepped down?
 5        A.   Yes.  Well, I don't -- it's not a high sink.  It's,
 6   you know, your feet are there.
 7        Q.   Okay.  Did he say anything to you before this
 8   incident occurred?
 9        A.   He had told me to get out of the his way, to stop
10   talking to him.  He wanted to watch 106.
11        Q.   Did you stop talking?
12        A.   No.
13        A.   I asked him, I said to him, "Now, do you understand
14   that about common courtesy and compromises where you want to
15   do something and you're asking me to do something?  And I
16   am, the same thing I am doing.  I am asking you, would you
17   please cut down your TV, so I can do something?"
18        Q.   Why would he hit you?
19        A.   I don't know.
20        Q.   Well, couldn't he have just kept watching the
21   television?
22        A.   I have no idea.
23        Q.   When you had this conversation with him -- well,
24   had you had this conversation with him before September 23
```

28

```
 1   of '04 about him playing his music?
 2       A.   Yeah.
 3       Q.   When you had those conversations with him before
 4   what did he do?
 5       A.   He ignored me.
 6       Q.   Okay.  Do you know of anyone who witnessed this
 7   incident?
 8       A.   We were both in the cell together.
 9       Q.   Do you know of anyone who witnessed the incident?
10       A.   No.  No, I don't.
11       Q.   Did you ever see him again after that date while
12   you were incarcerated at Western?
13       A.   No, I did not.
14       Q.   And why was that?
15       A.   I was in the infirmary heavily sedated on
16   medication.  Pardon me.  You mean did we ever have a
17   conversation about the TV?
18       Q.   No.  Did you ever see Mr. Durham again after you
19   had the fight?
20       A.   I mean, going back, when you said, did we ever have
21   a conversation prior to this date about the TV being on?
22       Q.   Right.  Right.
23       A.   Okay.  Yeah.  Yeah.  Yeah.  But those, yeah, yeah,
24   but what I meant, what I was trying to, sometimes he would
```

ignore me; sometimes he got belligerent and aggressive. But most of the times he ignored me.

Q. Was your answer correct when I asked you if you ever saw him again after September 23, '04?

A. Yes. That's correct.

Q. Okay. You never did see him again?

A. Right.

Q. All right. There's a reference in the disciplinary report regarding confiscated contraband in conjunction with that fight. Do you know what the contraband was?

A. I didn't get a ticket for any confiscated contraband. So I don't know what it was.

Q. So you don't know what that is?

A. No, I don't.

Q. Okay. Did you have any identified enemies when you were any incarcerated at Menard?

A. No, I did not.

Q. What about here at Pinckneyville?

A. No, I do not.

Q. Okay. Do you have a cellmate right now?

A. Yes, I do.

Q. Have you had any difficulties with that person?

A. No, I have not.

Q. Are you right now in an ADA cell?