E-FILED
Friday, 20 April, 2007 02:22:30 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

**WIL**

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCoy, Aaron       INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr. Kim
CONSULT REQUESTED BY: Dr. Lochard     DATE: 1/23/04     URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

F/U

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:

Tp < 14 / 19

PROCEDURE:

ASSESSMENT:
1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) Posterior Subcapsular Cataract OS

RECOMMENDATIONS/PLANS: – Good IOP control OS c̄ Travatan OS qHS, Cosopt OS & Alphagan OS TID
– RTC 2m f/u c̄ Dr. Zen

DATE: 1/23/04          _____ M.D.
                        (SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 1-26-04      _____ 
DC7105-A(REV01/89)                (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

AM 1-23-04

EXHIBIT
1-A

336

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME __McCroy, Aaron__    INMATE'S NUMBER __N51882__
CONSULTANT'S NAME __Dr. Zeh__
CONSULT REQUESTED BY: __Dr Brown__    DATE __2/24/04__    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM) Please also provide a care plan. We hope to minimize the transportation needs, also.

( ) EVALUATION
( ) Management

FINDINGS: OS graft clear. REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)
Best spectacle corrected VA OS = 20/200, topography shows ~7D astigmatism
Intraocular pressure 13 OU
Slit lamp: OD: marked KCN    Pupils: (+) APD OS (mild)
OS: clear graft
+1 posterior subcap. cataract
Dilated: mild cupping OS ?OD, macula & periphery wnl

PROCEDURE:

ASSESSMENT:
① PKP OS – stable but high astigmatism
② mild cataract OS
③ glaucoma OS controlled
④ KCN OD.

RECOMMENDATIONS/PLANS:
Plan ① Lotemax OS
② Travatan OS
③ Lisopt OS
④ Alphagan OS
⑤ Return f. fitting of R contact lens. If vision does improve need to consider cont ext…

DATE: _____    _____ M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:
(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 4/12/04    _____
DC7105-AI(REV 01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

EXHIBIT 1-B

340

FAX COMPLETED FORM TO:
(412) 937-9151



# REFERRAL REQUEST

ENTER SITE NAME: WICC
DATE: 4/12/04       REFERENCE NUMBER:
INMATE NAME: N 51882
INMATE NUMBER: McCROY, AARON     DOB 9-9-1960
TYPE OF REQUEST: [ ] INITIAL EVAL   [✓] FOLLOW-UP   [ ] ON-SITE
REFERRED TO: Zeh, et al.
SPECIALTY: OPHth
PROVIDER:
SERVICE REQUESTED: Follow-up

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:
SURGEON:
HOSPITAL/PROVIDER:
ON-SITE: [ ] YES   [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:
ATTENDING PHYSICIAN:
HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| Life-long | Keratoconus, lifelong. O.S. operated 2/03. Subsequently developed glaucoma O.S. Has contact lens O.D., where vision is still poor. |

PATIENT COMPLIANCE: [✓] YES   [ ] NO   HEIGHT: 6'1"   WEIGHT: 250

DIAGNOSTIC TEST/RESULTS:

RISK FACTORS:

CURRENT MEDS:

Lowell Brown MD
REFERRING PHYSICIAN SIGNATURE       DATE 4/12/04

Lowell Brown MD
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)   DATE 4/12/04

APPROVAL BY                                  DATE

new referral made up + replaced this one.

IL - UR005 A

EXHIBIT
1-C

341

# FAX COVER SHEET

DEBORAH K. FUQUA, R.N, HCUA, CCHP
WESTERN ILLINOIS CORRECTIONAL CENTER
ROUTE 99 SOUTH, P.O. BOX 1000
MT. STERLING, ILLINOIS 62353
PHONE: (217) 773-4441 EXT. 361
FAX: (217) 773-2273

**SEND TO**
Company name: U of I
Attention: Barbara Johnson
Office location:
Fax number: 312-355-4212

**From:** DEBORAH K. FUQUA R.N, HCUA
Date: 4-29-04
Office location: MT. STERLING, ILLINOIS 62353
Phone number: (217) 773-4441 EXT. 361

☐ Urgent  ☐ Reply ASAP  ☐ Please comment  ☐ Please review  ☐ For your information

Total pages, including cover: 1

**COMMENTS**

Please schedule an appointment with ~~eros~~ Opthalmologist for the following offender: Aaron C. McCroy N51882
D.O.B. 09-09-1960
Hx of: Keratoconus
Keratoplasty OS 03
HCV
↓ Visual acuity OS
Glaucoma OS

Call me if any more information is needed.

Thank you!
Deborah K. Fuqua RN,
HCUA

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:
Last Name: McCray  First Name: Aaron  MI: ___  ID#: N51883

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/18/04 8:30p | — Nurse Note — in room, denies any needs. —— K. Shuff | |
| 3-19-04 3:25 pm | MD NOTE: here for HTN clinic. 95-88-18. 138/78. wt# 210 S — Hypertension, on Nif XL 60, KCT 2, Inderal 20 tid. Has glaucoma + other eye issues. O — Normotensive, somewhat overweight. Lytes are normal. No lipid testing. HCV genotype 1a c modest ALT elevation. A — Hypertension; controlled. — Brown | C. Thompson RN Lipid profile HCTZ continue BP meds noted 3/19/04 |



EXHIBIT 1-D

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**
Last Name: McCroy   First Name: Vivian   MI: ___   ID#: K51893

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LABORATORY DRAW<br>Date 3/23/04 Time 0400<br>Site ___ Sticker # ___<br>Test Lipids<br>Signature [illegible] RN | NWZ13800632 |
| 3/29/04<br>730 AM | Nurse Note<br>Remains housed in infirmary<br>(Seg status) for security | S Moore LPN |
| 3/30/04<br>0800 | — M.D. Note —<br>O.S. irritated, several days. It<br>is hypesthetic early AM, then<br>painful. Vision absent O.S.<br>the conjunctiva is infected.<br>Exposed to triple meds for<br>glaucoma.<br>— Conjunctivitis<br>[signature] MD | Patanol for 1 week<br><br>Noted 3/30/04 [signature]  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT 1-E

990

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/7/04 10:05am | —MD— Patanol has not helped. On cosopt, alphagan, Travatan; followed by OPHTH. | TV may rest close to bed. |
| 4/8/04 10:15AM | Nurse Note: left for med furlow | |
| 4-17-04 7am | Nurse note: Awakened for meds. Eye shield in place. Doing c/o c present | |
| 4.19.04 8:40am | Nurse Note: ↑ for medications. Eye shield in place | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)



EXHIBIT 1-F

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:
Last Name: McCroy    First Name: Aaron    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/04 8:30 am | Nurse Note. Remains housed in infirmary per security. Voiced no c/o | S Moore RN |
| 4/22/04 5:10 pm | Nurse note. Still housed in inf. per security. Voiced no c/o | S Moore RN |
| 4-23-04 7:30 | nurse visit. up & about no c/o pain in eye. C Shaw LPN | |
| 4/24/04 8:30 am | — Nurse Note — Denies any needs. | KA Sharp |
| 4/25/04 8:30 am | — Nurse Note — in room. | KA Sharp |
| 4/26 0800 | — MD — Wants a continuous supply of tears | Artificial tears |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT 1-G

993

FAX COMPLETED FORM TO:
(412) 937-9151



## REFERRAL REQUEST

ENTER SITE NAME: WICC
DATE: 5-10-04
REFERENCE NUMBER: 529168889
INMATE NAME: McCroy, Aaron
INMATE NUMBER: N 51882
DOB: 9-9-1960
TYPE OF REQUEST: [ ] INITIAL EVAL   [✓] FOLLOW-UP   [ ] ON-SITE

REFERRAL TO: Yeh
SPECIALTY: Ophth.
PROVIDER:
SERVICE REQUESTED: Followup

### SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)
SURGERY REQUESTED:
SURGEON:
HOSPITAL/PROVIDER:
ON-SITE: [ ] YES   [ ] NO

### SCHEDULED ADMISSION
REASON FOR ADMISSION:
ATTENDING PHYSICIAN:
HOSPITAL:

### CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
|  | O.S. post-op keratoplasty (Keratoconus) |

PATIENT COMPLIANCE: [✓] YES   [ ] NO
HEIGHT: 6'1"   WEIGHT: 250

RISK FACTORS:
CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE: Lowell Brown MD       DATE: 5-10-04
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE): Lowell Brown MD   DATE: 5-10-04
APPROVAL BY: Wexford                                  DATE: 5-10-04

5-21-04  1100 A

EXHIBIT 1-H

344

WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: 5-14-04

TO: RECORD OFFICE

FROM: HEALTH CARE UNIT

SUBJECT: MEDICAL FURLOUGH

Resident Name: McCroy Aaron   Number: N51882
S.S.#: 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   Birthdate: 9-9-60
Scheduled on Fri May 21, 2004 at 11:00 (am)/pm to see
Doctor Zeh at Prairie Eye Center
2020 W Iles Ave
Springfield IL 62704
Telephone 217-698-3030

TYPE OF FURLOUGH
Same Day Return ✓
Admission
Estimated Length of Stay
Emergency

REASON FOR FURLOUGH:
Specialist Consult
EEG
Dental
Return Appointment ✓
Post-Op Check
Surgery
Other

MEDICAL ALERT:
Epileptic
Diabetic
Hypertensive
Cardiac
Allergy
Asthmatic
Other

MEDICATION NEEDED DURING FURLOUGH: _____

INFORMATION TO ACCOMPANY:
Consultation ✓
X-Ray Films
Transfer Sheet ✓
Laboratory Tests
Other

Health Status Summary ✓
Other

PRE-FURLOUGH PREPARATION AND OR SPECIAL INSTRUCTIONS:
Security to bring information packet and inmate to HCU upon return to WIL.

_D. Fuqua RN HCUA_
Health Care Unit Administrator

cc: Health Care Unit Administrator
Medical Director
Director of Nursing HCU
Medical Records
Information Packet
7-3 Shift Commander