STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCrey Aaron   INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr Zeh
CONSULT REQUESTED BY: Dr Brown   DATE: 5-21-04   URGENT ( ) YES ( ) NO
REASON FOR CONSULT: (LIST PROBLEM)

Follow up

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:
Clear graft OS
Keratoconus OD
IOP OD 6/14 OS
Borderline cataract - OS

PROCEDURE:
Plan: ① Continue medications: Alphagan TID - OS
                                Cosopt BID - OS
                                Travatan 1xd - OS
                                Lotemax 1xd - OS

ASSESSMENT: ② Needs cte fitting - try OU.

RECOMMENDATIONS/PLANS: ③ Consider cat extract OS if unable to correct VA c̄ ctl.

DATE: 5/21/04   RTC 3mo.   [signature] 5/21/04   M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(X) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 5/25/04   [signature] Jowell Brown
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A (REV 01/89)
IL426-0027

EXHIBIT 1-I

346

FAX COMPLETED FORM TO:
(412) 937-9151



## REFERRAL REQUEST

ENTER SITE NAME: NICC
DATE: 5-26-04                REFERENCE NUMBER:
INMATE NAME: McCROY, AARON
INMATE NUMBER: N51882         DOB 9-9-1960
TYPE OF REQUEST: [ ] INITIAL EVAL  [✓] FOLLOW-UP   [ ] ON-SITE

SPECIALTY: OPHTHALMOLOGY        Dr. Lance Steahley
PROVIDER: LANCE STEAHLEY MD     Dr. James Knipp
SERVICE REQUESTED: 2ND OPINION   Midwest Eye Assc
                                 217-529-3937

### SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)
SURGERY REQUESTED:
SURGEON:
HOSPITAL/PROVIDER:
ON-SITE: [ ] YES  [ ] NO

### SCHEDULED ADMISSION
REASON FOR ADMISSION:
ATTENDING PHYSICIAN:
HOSPITAL:

### CLINICAL HISTORY

DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE
--- | ---
 | Keratoconus operation; extended exposure to MAXITROL; Glaucoma & visual loss (over the past 8 months)

PATIENT COMPLIANCE: [✓] YES  [ ] NO   HEIGHT: 6'1"   WEIGHT: 250

RISK FACTORS:

CURRENT MEDS:

Lowell Brown MD
REFERRING PHYSICIAN SIGNATURE          DATE 5-26-04

Lowell Brown MD
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)   DATE 5-26-04

APPROVAL BY                            DATE

EXHIBIT 1-J

347

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:
Last Name: McCrey    First Name: Dawn    MI:    ID#: N5188?

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/26/04 7:31 A | Nurse visit. Cheerful - up and about. No c/o pain. L Shaw LPN | |
| 5/27/04 3:15 pm | MD SICK CALL WT__ BP 135/84 T 98.4 P 68 R 16  S - O.S. Has cataract & glaucoma and (failed) corneal graft. O.D. needs contact lens. Both eyes are "out of focus". O/A - As described above, with periorbital reaction on left to the eyedrops. J Brown MD | K Kaler  Await 2nd opinion from L. Stealby. taking Lotemax, Travatan, Alphagan, Cosopt, tears  foc + noted 5.27.04 3:40 pm K Kaler |

Illinois Department of Corrections

Offender Outpatient Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:
Last Name: McCroy   First Name: Aaron   MI: ___   ID#: K51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/8/04 8 AM | Nurse Note — Remains housed in infirmary per security. Noted ↑/o c/o | A Moser RN |
| 6/8 10:00 A | — MD — No further medical need for detention. He will continue meds and see Ophth. for new opinion. | H Brown MD noted 6/8/04 @ 10:35 A Moser RN. |
| 6/8/04 10:10 AM | Eye dr — no yard or gym due to eye condition — ↓ VA | noted (Shu...) DL Anderson OD |
| 6/8/04 10:45 A | Nurse Note. Low bunk / low gally permit. Not need V.O. Dr Brow | A Moser |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

* Printed on Recycled Paper

EXHIBIT 1-L

1002

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME: McCroy Aaron    INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr Steahley
CONSULT REQUESTED BY: Dr Brown    DATE: 6-18-04    URGENT: ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

2nd opinion

( ) EVALUATION
( ) Management

FINDINGS:

VA Hms' Ou
SC
IOP 10/17 OS

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

Dx. Kerato Conus OD
Clear PK OS
Cataract OS
and Xxa. Glaucoma OS

PROCEDURE:

ASSESSMENT: Continue medications as before

RECOMMENDATIONS/PLANS.

DATE: 6-18-04    (signature) Lance P. Steahly M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 6/21/04    (signature) Powell Brown
DC7105-A(REV 01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL 426-0027

EXHIBIT 1-M

350

Midwest Eye Associates, LLC
Suite 2300
5220 South 6th Street
Springfield, Illinois 62703

---

**Patient Name:** MC CROY, AARON             **DOB:** 9/9/60
**Clinic Visit:** June 18, 2004

He is a new patient. He is at the Western Illinois Correctional Center at Mt. Sterling. He is a 43 year old male, with problems of keratoconus. He has had multiple evaluations. He has been seen by Dr. Zeh. His note, on 11/6/03, spoke of keratoconus, punctate keratopathy in the right. He is noted to have a clear graft for the OS and had previous PK. He has removed some corneal sutures. Medications were prescribed which included Maxitrol, Lotemax, Travatan, Artificial Tears. He had seen Dr. Kim on 1/8/04, who noted a steroid induced glaucoma OS. Pressures were noted to be 16 OD and 28 OS. He had noted keratoconus OU, status post PK OS. We have a referral note from 4/12/04, from Dr. Zeh, who has him on Travatan OS, Alphagan OS, Cosopt OS, Lotemax OS qday. He was to return for a fitting of a rigid contact for the OD. He notes that if his vision does not improve he would then consider cataract extraction. We have a note from Dr. Zeh, from 5/24/04, recommending continuing the Alphagan tid OS, Cosopt bid OS and Travatan one drop a day OS, Lotemax one drop a day OS. He would consider cataract extraction if he was unable to improve the vision with contact.

With his current visual situation, he has HM vision. Pressures are 10 OD and 17 OS. He has the obvious finding of keratoconus OD. He has a clear PK OS. He has lens changes as noted. The retinas appear to be attached. He has light sensitivity and does not like light in his eye.

IMPRESSION: Keratoconus.

He is currently on Travatan one drop OS qday, Alphagan one drop OS tid, Artificial Tears OU qid, Lotemax one drop OS qday, Cosopt one drop OS bid.

COMMENT: As Dr. Zeh is planning to leave the area and will be gone by August he will need to be followed by a cornea person. Actually, the only cornea persons remaining in the Springfield area would be Dr. Lee at Springfield Clinic or Dr. Lohse. I think Dr. Lee is doing most of the transplant work. It is my recommendation that he be appointed with him. I would continue the medications at the same time. Findings were reviewed with the patient.

Lance P. Steahly, M.D., F.A.C.S.
Midwest Eye Associates, LLC

LPS/jh  D: 06/18/04  T: 06/21/04

cc: Lowell Brown, M.D., c/o Western Illinois Correctional Center, Mt. Sterling, Illinois 62353

Received
JUL 06 2004
Western Illinois Corr. Center
Medical Records Dept.

EXHIBIT
1-N

351

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender information:
Last Name: McCray
First Name: Adam
MI:
ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-8-04 11A | Nurse Note - Eye Dr. no contact sports — no weight lifting over five lbs | Noted 11A [signature] DJ Anderson OD |
| 6/12/04 4A | Nurse Note HSSR completed | — L Edwards RN — |
| 6-21-04 9 15A | MD SICK CALL WT 219 BP 146/? T 95.7 P 74 R 18 S — Eye condition O — Letter from Dr. Stookey says to continue as is. A — O.D. Keratoconus O.S. Cataract, Glaucoma | C Thompson I will speak ē Dr. S. to elaborate on recommendations. [signature] Brown Rec'd & Noted A Scott LPN 6-21-04 10:55A |

FAX COMPLETED FORM TO:
(412) 937-9151

WEXFORD

## REFERRAL REQUEST

ENTER SITE NAME: W.I.C.C.
DATE: 7-8-04          REFERENCE NUMBER:
INMATE NAME: McCROY, AARON
INMATE NUMBER: N 51882          DOB 9-9-1960
TYPE OF REQUEST: [✓] INITIAL EVAL    [ ] FOLLOW-UP    [ ] ON-SITE

REFERRED TO:
SPECIALTY: Corneal Ophthalmology
PROVIDER: Lee (Springfield Clinic)
SERVICE REQUESTED: Lens for Keratoconus O.D.

### SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)
SURGERY REQUESTED:
SURGEON:
HOSPITAL/PROVIDER:
ON-SITE: [ ] YES  [ ] NO

### SCHEDULED ADMISSION
REASON FOR ADMISSION:
ATTENDING PHYSICIAN:
HOSPITAL:

### CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| Congenital | Surgery O.S. failed. Glaucoma also |

PATIENT COMPLIANCE: [✓] YES  [ ] NO    HEIGHT: 6'1"    WEIGHT: 210

DIAGNOSTIC TEST/RESULTS:

RISK FACTORS:

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE: *Lowell Brown*    DATE: 7-8-04
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE): *Lowell Brown*    DATE: 7-8-04

APPROVAL BY:    DATE:

EXHIBIT 1-P

352

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

**Offender Information:**
Last Name: McCrory
First Name: Aaron
MI:
ID#: N-1882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/21/04 10:45 A | HYPERTENSION or CARDIOVASCULAR CLINIC<br>PE Ht 6'1" Wt 218 T 97 P 80 R 18 BP 120/88<br>HEENT Keratoconus O.D.; Glaucoma<br><br>Resp Clear<br>CVS RSR<br>GI No upset<br>Ext Full R.O.M.<br>Skin Clear<br>Assessment Hypertension, controlled<br>Good - SBP less than 140    DBP less than 90<br>Fair - SBP 140 - 160    DBP 90 - 105<br>Poor - SBP greater than or equal to 160   DBP greater than 106<br>Diabetics less than 140/90 | Treatment Plan<br>1) Meds Procardia<br>   Inderal<br>   HCTZ<br><br>2) Labs - (electrolytes if on diuretic)<br>   Normal<br>   Fasting plasma<br>   glucose & A1C 7/23/0<br><br>3) Diet 2800 C.<br>4) Patient Education: i.e.,<br>   (diet counseling; risk reduction;<br>   smoking cessation; exercising) |

Distribution: Offender's Medical Record

EXHIBIT 1-Q

Rec'd & Noted
A Scattson

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1006

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY: WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: McCroy Aaron
INMATE'S NUMBER: N51882
CONSULTANT'S NAME: Dr. James Lee
CONSULT REQUESTED BY: Dr. Brown
DATE: 8-9-04
URGENT: ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

eval for Lens for Keratoconus O.D.

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:
- keratoconus           - S/p corneal transplant
- Steroid response glaucoma
- cataract

PROCEDURE:

ASSESSMENT:
- tears qid
- Cosopt 1gtt OS bid    - lotemax 1gtt OS qd
- travatan 1gtt OS qhs  - see Dr Kaiser (HCC)
- alphagan 1gtt OS tid  - see Dr Butler (glauc)

RECOMMENDATIONS/PLANS:

DATE: 8/9/04     [signature] Jany Lee M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:
(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.
( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 8/10/04    [signature] J. Brown MD
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

Dr. Knupp can manage the cataract & glaucoma.

EXHIBIT 1-R

355

<u>8/9/2004 / Aaron Mccroy / 1115051 / DOB: 9/9/1960</u>

The patient was seen on 08/09/04 for evaluation of her eyes for possible keratoconus. The patient states that his vision has been getting more blurred recently. The patient is currently taking Cosopt, Travatan, Lotemax, Alphagan, and Refresh tear drops. The patient also has eye history for significant for corneal transplant in the past.

Upon examination, the patient has counting finger visions of both eyes, intraocular pressures of 12 in the right eye and 23 in the left eye. There is no afferent pupillary defect. Anterior segment exam shows a cone-shaped cornea of the right eye with Fleischer ring anterocentrally, and the left eye shows evidence of previous corneal transplant, and the graft appears clear. The patient also has some anterior capsular opacity of the left eye. Otherwise, the rest of the exam is unremarkable.

IMPRESSION:
1. Keratoconus of the right eye.
2. Status post corneal transplant of the left eye; corneal transplant appears stable.
3. Steroid response glaucoma.
4. Early cataracts.

PLAN: Clinical findings were discussed with the patient. The patient was instructed to get hard contact lens fitted and to continue using Cosopt, Travatan, and Alphagan, and the patient was also instructed to see Dr. Butler for intraocular pressure control from his glaucoma.

James H. Lee M.D.

cc: Western Illinois Correctional Facility

jm

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

Received
SEP 14 2004
Western Illinois Corr. Center
Medical Records Dept.