E-FILED
Friday, 20 April, 2007  02:23:49 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Last Name: McCray,    First Name: Aaron    MI:    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-10-04 | MD NOTE! | |
| 150 p | #218, 95'- 74-18- 124/68 ————— | C Thompson |
| | S— Dr. Lee feels that O.S. needs | Plan to see |
| | more attention for glaucoma, & | KNAPP for O.S. |
| | O.D. needs fitted for contact. | + KINSER for O.D. |
| | O/A – As above. | |
| | J Brown | 315pm |
| | | |
| 8/10/04 | Offender w/ Convulsive Disorder | |
| 1000Am | filled for HCTZ numerous times | |
| | #10 HCTZ 25 sent from Pharmacy | |
| | received on 7-22-04. closed on 7/30/04. | |
| | HTN clinic done. New RX sent and #30 | |
| | HCTZ sent from Pharmacy on 7/22/04. | |
| | reorder called for. #10 HCTZ sent to | |
| | Pharmacy 8/2/04. New RX called c̄ | |
| | #30. HCTZ Sent to Pharmacy 7/26/04. | CO time. Bennett  |

Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT
1-5

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ALL-STATE LEGAL®

1010

FAX COMPLETED FORM TO:
(412) 937-9151



## REFERRAL REQUEST

ENTER SITE NAME: **WICC**

DATE: **8-11-04**    REFERENCE NUMBER:

INMATE NAME: **McCROY, AARON**

INMATE NUMBER: **N 51882**    DOB **9-9-1960**

TYPE OF REQUEST: ☐ INITIAL EVAL    ☑ FOLLOW-UP    ☐ ON-SITE

REFERRED TO:

SPECIALTY: **OPHth**

PROVIDER: **KINSER**

SERVICE REQUESTED: **CONTACT LENS FOR OD (KERATOCONUS)**

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE: ☐ YES    ☐ NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| Lifelong | Failed surgery O.S. |

PATIENT COMPLIANCE ☑ YES    ☐ NO    HEIGHT: **6'1"**    WEIGHT: **218**

DIAGNOSTIC TEST/RESULTS

RISK FACTORS:

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE    DATE **8-11-04**

SITE MEDICAL DIRECTOR/APPROVAL (SIGNATURE)    DATE **8-11-04**

APPROVAL BY    DATE

EXHIBIT

**1-T**

357

FAX COMPLETED FORM TO:
(412) 937-9151

MENFORD

51 ...
... ...
10-28-04    11:00 AM

## REFERRAL REQUEST

SENDER SITE NAME.        WICC

DATE.        8-11-04                    REFERENCE NUMBER: 9064266666

INMATE NAME.        McCROY, AARON

INMATE NUMBER:        N 51882                    DOB 9-9-1960

        [ ] INITIAL EVAL        [✓] FOLLOW-UP        [ ] ON-SITE

REFERRED TO:

        SPECIALTY:        OPHth

        PROVIDER:        Krager

        SERVICE REQUESTED:        CONTACT LENS FOR OD (KERATOCONUS)

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

        SURGERY REQUESTED:

        SURGEON:

        HOSPITAL/PROVIDER

        ON-SITE:        [ ] YES        [ ] NO

## SCHEDULED ADMISSION

        REASON FOR ADMISSION:

        ATTENDING PHYSICIAN:

        HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| Lifelong | Failed surgery O.S. |

PATIENT COMPLIANCE    [✓] YES    [ ] NO        ... ...    Wt.Gr. ...

DIAGNOSTIC TEST RESULTS

RISK FACTORS:

CURRENT MEDS:

Lowell Brown MD                    8-11-04
REFERRING PHYSICIAN SIGNATURE                    DATE

Lowell Brown MD                    8-11-04
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)                    DATE

Wexford                    9-17-04
APPROVAL BY

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

__Western Illinois Correctional__        Center

Offender Information:

McCray                     Haron                    ID#: N5 1852
Last Name                  First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Infirmary Admission Note: | P: |
| | Admitted by: (M.D)  N.P.  D.D.S.  Psychiatrist  Psychologist (circle one) | Diet: |
| | Admitting Physician: L / Brown M | |
| | | Frequency of Vital Signs: |
| | S: Brief History  Explosive injury left globe yesterday. Closed by optth. in Quincy. Will be seen by Farris in Springfield | Medication Orders: |
| | | |
| | | |
| | O: Physical Examination  Left Eye covered, sutured | |
| | | |
| | | Diagnostic Procedures and/or |
| | A: Admitting Diagnosis  OS Corneal laceration. Loss of lens + vitreous | Therapeutic Plan: |
| | | Activities Allowed: |
| | | |
| | | L Brown M |

Printed on Recycled Paper

EXHIBIT

I-U

ALL-STATE LEGAL®

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

1015

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

<u>Western Illinois Correctional Center</u>

Offender Information:

McCroy       Aaron                    ID#: N 51882
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/28/04 7:15 AM | Nurse Note<br>S) I/M up to door of cell for meds. A+O X3.<br>O) I/M reports pain is "4-5" on a 5 scale.<br>Tylenol given @ ⑤<br>A) post deceased corneal transplant.<br>O) ⊘ BM X 4-5 days, usually goes every other day. | PIM reports has been too woozy to walk around much until today, now is feeling better. Encouraged fluids. Metamucil given. Continue present tx. Report to MD/RN ___ Moore LPN |
| 9/28 | — MD —<br>Set for surgery soon in effort to salvage O.S. Getting tobrex + analgesics.  J. Brown MD | noted 9/28/04 @ 1:2 Moore LPN |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*



EXHIBIT

1-V

1019

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

_McCoy_ _Aaron_ ID#: _N51882_
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-3-04 12pm. | nurse note? (S)(O) eye shield in place. Eye red reddened on T&V lid to drainage from eye. (A) Post op | (P) • monitor • Eye shield in place • Eye Oint ℞ B.I.D. C. Thompson (P) |
| 10.4.04 8¹⁰A | nurse note (SO) ↑ to door for meds - ∅ ℃ (A) Post op eye surgery Deye | (P) Cont eye patch Cont' orders as directed — Dr. Drennen |
| 10/4/04 3⁰p | — MD — Will have lens fitting O.D. this week. J Crowmyou Dr Drennen 4⁰pm noted 10.4.04 | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHIBIT
1-W

1024

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| McCroy | Aaron | | ID#: N51882 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/04/04 10:00 pm | NURSE Note | P ① Cont. meds |
| | S- Ø voiced complaints — | as ordered — |
| | O- Oint. instilled ① eye as | |
| | ordered. Sclera remains very | |
| | dark red. sm amt yellow drng | |
| | cleansed from lower lid — | |
| | Eye shield replaced — | |
| | 95⁶ 60-18  122/80 | |
| | A- Post-op ① eye surgery — | — Edwards ₍ₚ₎ — |
| | — MD — | |
| 10/5 | Set for O.P. contact lens adaptation. | |
| 8AM | Wants laxative  B.P. ¹¹²/70 | Dulcolax |
| | (NiFedPiNE, INDERAL, HCTZ) although | |
| | rumor has it he shuns those meds. | |
| | | J. Brown ᴺᴰ |
| | noted 10/5/04 835Am ᴴ. Lehmann ᴿᴺ | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

EXHIBIT
1-X

1025

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

McCeay                    Aaron                    ID#: N51882
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/6/04 3 pm | NURSE NOTE. Patient in room. C/o of "not being able to sleep—worried about up coming eye surgery—wants to speak c family. A Post-op O.S. surgery. Anxiety. | P. Reassurance. DR to see. MSE will refer to neurologist. Rowlett |
| 10/6/04 8am | ——MD—— Quite distraught over his misfortunes, asking to speak to a good listener. His eye surgery is being arranged. | I asked Dr Stiler to look in. Noted 10/6/04 |



EXHIBIT
1-4

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

McCreery                    Aaron                    ID#: N51582
Last Name                  First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-6-04 | Psych Note: | |
| 8:30 Am | S: Called for a Crisis Team Member. Concerned about | P. Refer to MD to see |
| | losing his eye. Difficulty sleeping in he keeps thinking | if he can be medicated |
| | he could wait but up to rinsing eye his eye. | for sleep/anxiety. Seen |
| | The room is too quiet + at I do I think + I | urgent. |
| | can't sleep" he said he'd say so he can distract. | |
| | S/I in house. Does not want psych meds, just sleep. | J.B ST-B) |
| | H: Depression - Not at risk for S/I here. | |
| | | |
| 10/7 | — MD — | |
| | Surgery to O.S. being rescheduled. | |
| | Lens for O.D. can wait. He | DC Doxepin |
| | shuns the Doxepin. | no ct 10/7/04 |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)



EXHIBIT
1-Z

1028

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:

McCray                    Aaron                    ID#: N 51,882
    Last Name                 First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/20/04 | — MD — | |
| 9ᴬ | S— Eye status. He is despondent | Meds unchanged. |
| | over loss of O.S. | |
| | O— vision O.D. unaffected, + | |
| | will be enhanced c̄ contact lens. | |
| | A— Blind O.S. ; depressed. | |
| | _____ MD  Noted Shaw RN | |
| 10/21/04 9 AM | Nurse Note. S) Resting in bed. O) A+O x3 voiced no c/o. Eye patch intact. A) post (L) eye surgery | P) Continue present care. Plan /S Moore @ |
| 10/22/04 1 PM | Nurse note H.S.S.R completed for med furlough — | G Clinerym |
| 10/24/04 9 AM | Nurse Note S) 0.1 for meds/v/s or complaints A) Post (L) eye surgery | P) Cont inf - seg status Leibmann |



EXHIBIT

I-AA

1046