ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes
Western Illinois Correctional Center

**Offender Information:**
Last Name: McCroy
First Name: Aaron
MI: 
ID#: N-1882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/23/04 S+0 | Nurse Note — In bed. Eye shield in place. VSS. Voices 0 c/o pain/disc. A) Post eye surgery | Cont inf care — B.Bowen RN |
| 10/24/04 8AM | Nurse Note: S/O) awake for meds/VS. denies any c/o pain or discomfort. A) Post eye surgery | cont inf care — H.Lehmann |
| 10/25/04 8:00 A | O.S. eviscerated. O.D. awaiting a more satisfactory contact lens. For now, he feels more secure housed in infirmary. — J.Brown MD | May have artificial tears & lens-clean solution at bedside. |
| 10/25/04 8:05 A | Nurse Note S+0 Resting eye shield in place. VS on flow sheet. (A) Post eye surgery | Rec'd Note A.Scott LP 10-25-0 cont inf care. 8:15 A A.Scott LPN |

Distribution: Offender's Medical Record
Printed on Recycled Paper
DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT 1-BB

1048

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

**Offender Information:**
Last Name: McCray  First Name: Aaron  MI: ___  ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/27/04 8:20 A | As noted, no new problems. /s/ V. Brown RN | C/Shield A/C 12-7pm |
| 10-28-04 7:30 AM | nurse note: left per security for med furlough | CT company |
| 10/29 8:00 AM | Special lenses being prepared for O.D. We are requesting safety goggles. /s/ V. Brown RN | safety goggles Weekly Vitals noted D. Drennen 10-29-04 8:00 A |
| 10.29.04 10:00 A | Nurse note Returned Issued 1 Pr Clear protective glasses /s/ D Drennen RN | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:
McCroy, Aaron    ID#: N5138(?)

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/18/04 8 AM | Nurse Note — Gone on med furlough | E. Moore LPN |
| 10-29-04 8:30 AM | Nurse note — M % voices — up to door for meds — eye uncovered @ this x | L Drennen LPN |
| 10/30/04 7:30 AM | Nurse Note S/O) ↑ to meds / V/S. ∅ c/o @ this time. A) Post (?) eye surgery | P) cont c/w K. Bmann(?) |
| 11/1 9:00 AM | — MD — Awaiting contact lens. Has protective goggle. | Move to chronic care status [signature] Noted L Drennen LP 11-1-04 9:00 AM |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: M[illegible]    First Name: A[illegible]    MI: ___    ID#: [illegible]

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/4/04 8:30am | Nurses Note (S) "I'm doing O.K." VS [illegible] wnl. Eye patch in place to OS. No [illegible] voiced. (A) Post CJ [illegible] | (P) Cont to monitor — [signature] |
| 11/4/04 9:30 pm | — MD — Appointments for each eye are on the books. He is stable. O.S.: blunt (trauma) O.D.: keratoconus [signature] MD rec'd noted 11/4/04 9:40 pm [signature] | |
| 11-5-04 8A | Nurse Note (S&O) doing alright. Up in chair; & C/O eye patch in place (A) Post op eye surgery | (P) Cont to monitor S. Scott LPN |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

EXHIBIT 1-EE

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Last Name: McCroy   First Name: Aaron   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/04 1pm | ~~BASELINE~~ Annual HYPERTENSION or CARDIOVASCULAR CLINIC | |
| | HPI: 5 years of hypertension | Continue protective environment for vision. |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) ⊖ | |
| | Risk Factors - smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | |
| | Family History: | |
| | Smoking, caffeine, alcohol | |
| | Meds: past | |
| | Meds: present HCTZ, Nifedipine 60, Inderal 20 tid | |
| | PE Ht 6'1" Wt 225 T 97.2 P 84 R 18 BP-1 114/76 BP-2 118/82 — blurry | |
| | HEENT Blind O.S.   fundo unable | |
| | Resp Clear | |
| | CVS RSR   bruits ⊖ | |
| | GI No upset | |
| | Ext Full R.O.M. | |

Distribution: Offender's Medical Record

Noted 11/23/04 230pm

EXHIBIT 1-FF

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

1061

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

**Offender Information:**
Last Name: M<sup>c</sup>Croy   First Name: Aaron   ID#: N57882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/03/04 1pm | GU ✓ | Treatment Plan |
| | Back ✓ | 1) Meds Renew |
| | Neuro ✓ | INF. ischemia? |
| | Skin ✓ | |
| | Assessment Hypertension Keratoconus | 2) Labs - EKG / CBC, Chem 7, Lpid Panel, UA, electrolytes (if on diuretics) WNL |
| | Rationale | Additional Studies |
| | SBP - Good   less than 140     DBP less than 90 | |
| | SBP - Fair   140 - 160     DBP   90 - 105 | |
| | SBP - Poor   greater than/equal to 160   DBP greater than 106 | 3) Diet Lose 35 lbs! |
| | Diabetics   less than 135/85 | 4) Patient Education (diet counseling; risk reduction; smoking cessation; exercising) |
| | | |
| | | 5) Placement No restriction |
| | | Programs |
| | | Assignment Housed in INFIRMARY. |

Distribution: Offender's Medical Record

noted 11/03/04 2pm Browny
Hellmann

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1062

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:
McCoy (Last Name)  Armon (First Name)  MI  ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/04 1pm | MD note: Here Annual HTN clinic - See flow sheet | [signature] |
| 11/24 8:00 AM | — MD — I cautioned him on the use of darvocet for tolerable pain. It will expire within 3 weeks. [signature] | [signature] 11-24-04 9:00 AM |
| 11/24/04 8am | Nurse Note: S/O) P. taking meds. Denies c/o pain or discomfort A) post op | P) cont inj. — [signature] |
Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT 1-66

DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

1063

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:
Last Name: McCray
First Name: Aaron
MI:
ID#: N53886

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/04 8:30A | Nurse note. Up + about - no c/o noted. S - Pin not. news A - Pastor. | P. Ontrasordis Shaw RN |
| 12/23-04 8:30AM | — MD — Awaiting contact lens from folks @ Springfield Clinic. O - Vital signs stable. Occasional headache. A - Keratoconus O.D. | In "seg" status. Noted + Rec Shaw RN 12-23-04 |
| 12-24-04 9AM | Nurse Note. To Klonopin D/C'd. Wants to see psych doctor today!! — | B Bowerly |

ILLINOIS DEPARTMENT OF CORRECTIONS

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:
Last Name: McElroy  First Name: Aaron  MI: __  ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/27/04 8:00/A | — MD — Prostatism. Headaches. No lab apropos. BPH. Keratoconus. | P S A Await Lens O.D. |
| 12/27/04 8:30/A (5+0) | Nurse Note — ½ Brown. Up in room. No c/o voiced. Eye shield in place. Cooperative. (A) Post op eye surgery | Noted Scott LPN 12/27/04 8:15/A Cont as ordered. J. Scott LPN |
|  | LABORATORY DRAW Date 12/29/04  Time 8:50/A Site RHC  Sticker # ___ Test PSA  R2812800632 Signature B Bowel Rn |  |
| 12/29/04 8/A | Nurse note (s-o) ∅ c/o voiced. Cooperative c̄ VS ✓ see flow sheet. Tol lib c̄ (L) eye shield in place. (A) Post-op (L) eye surgery | (P) Cont to monitor — G ___ |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHIBIT 1-II

1077

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: McCray   First Name: Aaron   MI:   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-1-05 8:30 AM | — Nurse Note — Up & about in room, denied any needs. | K Sharp |
| 1/2/05 8:30 A | — Nurse Note — Up in room, eye patch on, denies any needs | K A Sharp |
| 1/3/05 8A | Nurse Note Up in room. No c/o voiced. Took AM meds | S Scott LPN |
| 1/3 9A | — MD — Expresses wish to see psych. Has headache, tolerable. Will check B.P. 1/5. J Brown MD | Psych so notified Noted S Scott LPN 1-3-05 9:30A |

Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

1079