E-FILED
Friday, 20 April, 2007  02:24:57 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes
Western Illinois Correctional Center

Offender Information:
Last Name: McBroy  First Name: Aaron  MI: —  ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1.5.05 9:30 am | Nurse note S: Pt to door to talk c Dr. denies c/o. Asking about going to "law library" O: eye trauma/surgery | P) Cont'd orders as directed by Dr. — [illegible] |
| 1/5/05 12:30p | — M.D — Same headaches. He may be moving to another facility. No new diagnoses or projected treatment. [signature] | [signature] Noted [illegible] 1.5.05 12:30 pm |
| 1/6/05 7:47pm | Nurse note [illegible] | [illegible] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT  1-KK

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

1080

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: McCary    First Name: Aaron    MI: ___    ID#: N-51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/7/05 8a | MD note — Asking to have possession of his contact lens, and to visit the law library. Security will study both issues. — U Brown MD | |
| | she +noted 1/7/05 8:10 Am [initials] | |
| 1/7/05 8:30 Am | Nurse note — Cooperative this Am. Contact lens issued per req. | [initials] |
| 1/7/05 5 pm | Nurse note — HSTR completed for new seg to seg | [initials] |
| 1-8-05 8:30 AM | Nurse Note — In bed ↑ for meds. Voices ⊖ %/ | BBower RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT 1-LL

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

1081

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

Men Segr
1-12-05

**Transferring Facility:** WICC Center
**Offender Information:** McCrey, Aaron  ID# N51882
**Date:** 1/7/05  **Time:** 5

### Transfer Screening (completed by transferring facility health care staff):

- **Allergies:** NKA
- **Food Handler Approved:** Yes
- **Current / Acute Conditions / Problems:** Ø
- **Chronic Conditions / Problems:** Hep C - HTN - Glaucoma - Absent OS

**Current Medications (name, dosage, frequency, and duration):**
- Acute Short-term: Artificial tears soln 3x day till 4/30/05 - Bisacodyl 5mg + god till 2/7/05
- Chronic Long-term: HCTZ 25mg dly - Nitrofurantoin 60mg dly - Boston Adv Contact Conditioning + Cleaner
- Chronic Psychotropic: Klonopin 1mg bid till 2/4/05

**Current Treatments:** (L) eye patch (shield)
**Therapeutic Diets:** Ø
**Follow-Up Care:** psych - HTN - Hep C
**Chronic Clinics:** Special needs - HTN
**Specialty Referrals:** Ø

**Significant Medical History:** Hep C - Glaucoma - HTN - Absent OS due to trauma - hx GC 2 hx - hx ORIF (R) leg 1990 - Keratoconus
**Physical Disabilities / Limitations:** (L) eye absent - OD poor vision
**Assistive Devices / Prosthetics:** Ø  ☐ Contacts  ☐ Glasses  ☒ Dentures
**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___  ☒ Hx Psych Med  ☒ Hx MPC / STC  **Substance Abuse:** ☐ Alcohol ☒ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other  ☐ Packet Complete

Print Name and Title: A. [illegible]
Signature: [signature]
Date: 1/7/05

### Reception Screening (completed by receiving facility health care staff):

- **Facility:** Menard CC
- **Date:** 1/12/05  **Time:** 530 p.m.
- **Subjective / Current Complaint:** Last lt eye 1 mo. ago.
- **Current Medications/Treatment:** Klonopin, artificial

**Objective:**
- Physical Appearance/Behavior: ___
- Deformities: Acute/Chronic: ___
- T: ___ P: ___ R: ___ B/P: ___/___

**Plan: Disposition:**
- ☐ Health Information Given   ☐ Emergency Referral: ___
- ☐ Sick Call: Urgent / Routine
  - ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  - ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
- ☐ Infirmary Placement: ___
- ☐ Other (specify): ___

### For adult transition center transfers only:

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature ___ Date ___ Time ___ ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Eff. 9/2002) (Replaces DC 873)


EXHIBIT I-mm

1082

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information: McCoy, Aaron    ID#: W51932

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/05 7:30 AM | Nurse Note ↑ for meds ā c/o | [signature] |
| 1-11-05 8A | — Nurse Note — S/O: Up + about in room, eye shield on, denies any pert management needs, no complaints voiced A: post eye surgery/trauma | P: Continue pre- [signature] |
| 1/11/05 10A | — MD — Aware of his transfer tomorrow. Wondering if keratoconus can be treated more intensively. He seems ungainly on his feet, as if drunk. Keratoconus O.D. [signature] | Continue usual meds. |

Noted 1/11/05 11 AM [signature]

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT I-NN

1083