```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF ILLINOIS
 3                    SPRINGFIELD DIVISION
 4
 5   AARON McCROY,
 6              Plaintiff,
 7        vs.                              No. 02-3171
 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                Defendants.
10
11
12
13        THE CONTINUED DEPOSITION of WILLIAM ZEH,
14   M.D., taken in the above-entitled case before Debra
15   K. Baldwin, a Notary Public of Sangamon County,
16   acting within and for the County of Sangamon, State
17   of Illinois, at 3:20 o'clock P.M., on June 22,
18   2004, at 1227 South Seventh Street, Springfield,
19   Sangamon County, Illinois, pursuant to duces
20   tecum.
21
22
           Baldwin Reporting & Legal-Visual Services
23           Serving Illinois, Indiana & Missouri
         24hrs (217)788-2835   Fax (217)788-2838
24                    1-800-248-2835
```



Page 1

```
 1   APPEARANCES:

 2       LONDRIGAN, POTTER & RANDLE
         BY:  Thomas F. Londrigan, Esq.
 3            Ms. Alexandra de Saint Phalle
              Attorney at Law
 4            1227 South Seventh Street
              Springfield, Illinois 62703
 5            On behalf of Plaintiff.

 6       MS. KELLY CHOATE
              Assistant Attorney General
 7            500 South Second Street
              Springfield, Illinois 62706
 8            On behalf of Defendant Illinois
              Department of Corrections.
 9
         HEYL, ROYSTER, VOELKER & ALLEN
10       BY:  Ms. Theresa Powell
              Attorney at Law
11            National City Bank Building, Suite 575
              Springfield, Illinois 62701
12            On behalf of Defendant Wexford Health
              Sources.
13
         HUGHES, HILL & TENNEY, LLC.
14       BY:  Carl J. Tenney, Esq.
              236 North Water Street
15            Decatur, Illinois 62525
              On behalf of Defendant Doctor David
16            Anderson.

17

18

19

20

21

22

23

24
```

```
 1                          I N D E X
 2   DEPONENT                                    PAGE NUMBER
 3   William Zeh, M.D.
 4        Examination by Ms. de Saint Phalle      5
          Examination by Mr. Londrigan           33
 5        Examination by Ms. Powell              39
          Examination by Mr. Tenney              61
 6        Examination by Ms. Choate              64
 7
 8
 9
10
11
12                          E X H I B I T S
13   NUMBER                         MARKED FOR IDENTIFICATION
14   Exhibit 1                              12
     Exhibit 2                              16
15   Exhibit 3                              19
     Exhibit 4                              31
16
17
18
19
20
21
22
23
24
```

Baldwin Court Reporting & Legal Video Services
1-800-248-2835

```
 1                    S T I P U L A T I O N

 2          It is stipulated and agreed, by and
    between the parties hereto, through their
 3  attorneys, that the deposition of WILLIAM ZEH,
    M.D., may be taken before Debra K. Baldwin, a
 4  Notary Public and Certified Shorthand Reporter and
    Registered Professional Reporter, upon oral
 5  interrogatories, on the 22nd of June A.D., 2004,
    at the instance of the Plaintiff at the hour of
 6  3:20 o'clock P.M., 1227 South Seventh Street,
    Springfield, Sangamon County, Illinois;
 7
            That the oral interrogatories and the
 8  answers of the witness may be taken down in
    shorthand by the Reporter and afterwards
 9  transcribed;

10          That all requirements of the Federal
    Rules of Civil Procedure and the Rules of the
11  Supreme Court as to dedimus, and the reading over
    and signing of the deposition by the witness, are
12  expressly waived;

13          That any objections as to competency,
    materiality or relevancy are hereby reserved, but
14  any objection as to the form of question is waived
    unless specifically noted;
15
            That the deposition, or any parts thereof
16  may be used for any purpose for which depositions
    are competent, by any of the parties hereto,
17  without foundation proof;

18          That any party hereto may be furnished
    copies of the deposition at his or her own expense.
19

20

21

22

23

24
```

```
 1                    (Whereupon the Deponent was
 2                sworn by the Notary Public.)
 3                W I L L I A M   Z E H
 4   having been first duly sworn by the Notary Public,
 5   deposeth and saith as follows:
 6                    EXAMINATION (CONT'D)
 7                BY MS. de SAINT PHALLE:
 8       Q    Doctor, you previously gave a videotaped
 9   deposition in this matter in which I believe the
10   court was asking questions. Do you recall that
11   deposition?
12       A    Yes.
13       Q    And since that time have you had an
14   opportunity to review various medical records of
15   Aaron McCroy?
16       A    Yes. The court provided medical records
17   from outside our facility and I did look through
18   those.
19       Q    Could you tell the court what specific
20   medical records that you reviewed?
21       A    These (indicating). I assume they're from
22   the healthcare facility where the patient is
23   housed.
24       Q    Could you tell us what the dates,
```

Page 5

1  approximate dates, were, the inclusive dates of the
2  medical records that you reviewed?
3      A    Well, the medical records in this
4  charting back as far as the 2000-2001. The ones
5  that I found most relevant for review were the ones
6  that since he basically--from the time that he came
7  to our practice, had his cornea transplant and his
8  subsequent care. Those were the records of my
9  focus.
10     MR. LONDRIGAN: Can I interrupt just a second.
11 Could we have a stipulation that we can refer to
12 these as Court's Exhibit A and then anybody that
13 wants to get copies of them after they're returned
14 to the clerk will be able to do that?  Do we have a
15 concurrence?
16     MR. TENNEY: I think that's fine.
17     MS. POWELL: Do they have page numbers on
18 them?
19     THE DEPONENT: No.
20     MS. POWELL: Are they bate stamped?
21     THE DEPONENT: No. Unfortunately for some of
22 its very difficult also to determine dates because
23 the pages were cut off at the margin. But I sort
24 of, by extrapolating, I was able to put times on

Page 6

1  some of them just by noting their physical location
2  between the months before and after and assuming
3  that they were then the month in between.
4      MS. de SAINT PHALLE:  Q  Just to orient us a
5  little bit to the disease process that Mr. McCroy
6  has, I think it's a disease that's called
7  keratoconus?
8      A    Keratoconus.  Correct.
9      Q    And what is the nature of that disease
10 process?
11     A    Keratoconus is an abnormality of the
12 cornea in which the cornea is weakened and begins
13 to bulge irregularly. That causes problems with the
14 way the eye bends and focuses light through the
15 creation of irregular astigmatism.
16     And the definition of irregular
17 astigmatism, simply put, would be a stigmatism that
18 you can no longer correct with spectacles. It's not
19 a simple sphere or a cylinder, it's other stuff.
20 And that's why the--. When patients who have
21 keratoconus can no longer wear spectacles to
22 correct their vision, the next step is to try
23 fitting them with a rigid contact lens.
24     The rigid lens sits on the surface of the

Baldwin Court Reporting & Legal Video Services
1-800-248-2835

 1  cornea and basically hides the abnormal shape and
 2  presents a nice, smooth spherical surface in which
 3  light is bent and focused on the back of the eye.
 4          However, it becomes difficult to fit
 5  keratoconus patients with rigid lenses simply due
 6  to the fact that the cornea is irregular, and if
 7  the disease progresses and the contact lens will no
 8  longer center appropriately, then patients can have
 9  difficulties with the lens not staying on the eye
10  or being very uncomfortable, and at whatever point
11  they become intolerant to contact lenses, then
12  usually the recommendation is to proceed with a
13  cornea transplant. And the cornea transplant
14  procedure, the rationale is to try to restore more
15  normal shape to the cornea at which point either
16  glasses or a rigid contact lens can be used to
17  correct the eye.
18      Q    Is keratoconus a progressive disease?
19      A    In some patients, yes. In the vast
20  majority of patients the disease exists and then
21  either does not progress or it progresses very
22  slowly. But in some patients there is progression.
23          There's not really a known medical
24  treatment that will arrest progression or not. It's

```
 1  thought actually that eye rubbing, among other
 2  things, is one of the main reasons that some
 3  patients progress just due to mechanical,
 4  mechanical pressure on the cornea. But some
 5  patients progress whether or not they rub their
 6  eyes.
 7          And, you know, the three tiers are
 8  basically spectacle correction, contact lens
 9  correction and cornea transplantation if the first
10  two are not feasible anymore.
11      Q   Do appropriately fitting contact lenses,
12  do they ameliorate the progression, or halt it, or
13  stop it?
14      A   They allow the correction of vision, but
15  I don't know that they necessarily have any
16  ameliorating effect on progression. That is, to fit
17  a contact lens may not necessarily arrest the
18  progression of the disease, but it will allow the
19  patient with the disease to see if the contact lens
20  fits, you know, correctly.
21      Q   Now, when did you start seeing--see the
22  patient the first time?
23      A   I saw Mr. McCroy for the first time on
24  August 29th, 2003. At that point he'd already had a
```

Page 9

1  cornea transplant in the left eye, which was
2  performed, it looks like, on February 3rd, 2003, by
3  Doctor Joe Fedor.
4      Q   In August then when you started to take
5  over for Doctor Fedor?
6      A   Correct. Doctor Fedor left the practice
7  in July and I started August 1st. So, I, at that
8  point, was taking over care.
9      Q   In November of 2003, did you make any
10 recommendations for his medical treatment?
11     A   In August, essentially, he was stable
12 with a clear transplant in the left eye. A corneal
13 topography showed that he had a very high amount of
14 a corneal astigmatism in the transplant, about 12
15 diopters, which is not extremely uncommon in
16 patients who do have cornea transplants, especially
17 before the sutures have been removed because often
18 the sutures that hold the transplant in place
19 induce some alterations in corneal curvature.
20         And his pressure in the left eye at that
21 time was normal. I asked him to return in three
22 months, or November, to remove one of two running
23 sutures. A running suture is a suture that goes
24 circumferentially around the transplant, and he had

Page 10

1  two in place securing the transplant. And I asked
2  him to return in November to have one of them
3  removed in the hopes that it would reduce some of
4  the corneal astigmatism.
5      When he returned in November, the
6  pressure in the left eye was elevated. It was
7  measured at 30 millimeters of mercury. And we went
8  ahead and tried to remove one of the sutures. The
9  patient did move during the suture removal, and, as
10 a result, both sutures had to be removed, which is
11 a little bit early compared to what I would have
12 preferred.
13     But we asked the patient to--we placed
14 him on weight limitations of not lifting more than
15 ten pounds, no bending over, and asked that he be
16 kind of isolated to a place where he would not be,
17 you know, inadvertently jostled or struck or
18 anything like that.
19     At that time my recommendations for
20 medications were to stop the Maxitrol ointment that
21 he'd been using, which is a combination of an
22 antibiotic and a steroid, and to replace it with a
23 different steroid at a lower frequency, because
24 there are some patients who become sensitive to

Page 11

1   steroids with an elevation of the pressure in their
2   eye. And I also started a glaucoma medication
3   called Travitan and asked him to return in a
4   month's time.
5       Q    Let me just stop you there. And I would
6   ask if the court reporter could mark this page, and
7   I think it's one of your records. It's page 97, one
8   of the volumes of records that we have and I'll
9   give this to you.
10                  (Whereupon said document was
11                  duly marked for purposes of
12                  identification as Exhibit 1, as
13                  of this date.)
14      THE DEPONENT: This is the consult, or summary
15  note, from the clinic that I sent back to the
16  facility with the patient that day.
17      MS. de SAINT PHALLE:    Q  Does that Exhibit 1
18  contain what your recommendations were for the
19  patient?
20      A    Yes. I'd asked that, number one, that
21  they actually continue the Maxitrol four times
22  daily for three days, which is a standard regimen
23  after a suture removal, and then to stop the
24  medication. And then to add the Lotimax, which is

Page 12

```
 1  the lower potency steroid which tends not to
 2  elevate the pressure at a dose of just once daily,
 3  to add the Travatan in the left eye once daily,
 4  artificial tears, and then essentially the weight,
 5  the weight and activity restrictions, no rubbing
 6  the eye, no bending, no lifting over ten pounds.
 7  And I asked him to return a month later and told
 8  him to call promptly for any changes in increased
 9  pain or decreased vision.
10      Q    Now, what were the reasons for telling
11  him to call with complaints of increased pain or
12  the like?
13      A    Mainly my concern about the possibility
14  of a wound dehiscence due to the fact that both
15  sutures were removed when I'd really only--I would
16  have preferred to remove only one of them.
17      Q    If there's a wound dehiscence, would that
18  require immediate treatment?
19      A    Yes.
20      Q    Given the fact that he was at Western
21  Illinois, could he get immediate treatment for
22  wound dehiscence?
23      A    That would probably be a question better
24  answered by the direct providers of his care there,
```

1  because I actually don't know if he--between the
2  time that the patient, if he were to generate a
3  complaint, how quickly it would be acted on and
4  taken care of. So I can't answer that because I
5  really am not that familiar with the circumstances
6  under which he's housed.
7      Q    Let me ask about the Maxitrol. You
8  recommended that that be continued for three days
9  and then to stop it, is that right?
10     A    That's correct.
11     Q    And why did you make that recommendation?
12     A    Well, I had a--I suspected that the
13 elevation in his pressure might be due to the use
14 of steroids. That's about ten to 15 percent of the
15 general population when steroids are used on the
16 eye will respond with an elevation of pressure in
17 the eye. It doesn't always--in those patients the
18 pressure doesn't always get to the point where
19 damage to the eye can occur, but it's certainly a
20 possibility. So if someone comes in, and most
21 people who have just glaucoma without being--you
22 know, with non-steroid related, usually have it in
23 both eyes.
24          So the fact that he developed an

Page 14

1  elevation of pressure in just one eye, and that was
2  the eye being treated with steroids, aroused my
3  suspicions that he might have a steroid-responsive
4  glaucoma, so my response was to--I still wanted him
5  to get a higher dose for a very short period of
6  time simply because we'd manipulated the eye in
7  removing sutures and that does increase the risk
8  for injection.
9      But I only wanted that to be used for
10 about three days and then to be discontinued since
11 the Dexamethasone in both Tobradex or Maxitrol is a
12 higher potency steroid, and I wanted that to be
13 used four times a day for a brief period and then
14 substituted with the Lotimax just once daily.
15   Q   Now, did you see Mr. McCroy on a
16 subsequent visit?
17   A   Yeah. He came back on December 23rd. And
18 at that point, and let me just turn on our clinic
19 note from there. I think he reported at that time
20 that he was receiving the Maxitrol four times a day
21 and that he was also receiving the Lotimax. His
22 pressure was up to a little over 40 in the left
23 eye. And I'm not sure why.  Somewhere I think the
24 patient told me that he'd been getting the Lotimax