```
 1  that were being given to the patient?
 2      A    Uh-huh.
 3      Q    And you I believe testified that the
 4  Maxitrol was being given four times a day?
 5      A    Uh-huh.
 6      Q    But the note reflects that it was being
 7  given only twice a day?
 8      A    The reason for the discrepancy I think is
 9  that my technician--.  Before the patient comes
10  into the office she writes down the medications
11  from the previous note, and this is a battle that I
12  have with her constantly is often she doesn't look
13  at the orders that I've written at the end of the
14  previous notes, she just looks to see what was
15  listed for medications at the previous note and
16  then forgets to change them at the, you know, after
17  the patient comes in and we find out what they're
18  really taking and she doesn't go back and change
19  it.  And I probably--that's something I probably
20  should have changed too.
21          But I do think that the patient stated he
22  was getting the medication four times a day.
23  Looking at that note, I'm not certain where--I know
24  that the patient told me he was getting it four
```

```
 1  times a day.
 2      Q    The Maxitrol?
 3      A    The Maxitrol four times a day.
 4      Q    And where are you getting that from?
 5      A    That's just my memory of that encounter.
 6  I don't see it documented in his note.
 7      Q    So you don't really know for sure what--
 8      A    Well, I know that after reviewing these
 9  medical records the medication records indicate
10  that the patient was getting Maxitrol four times a
11  day for 30 days.
12      Q    And it says that he was getting it four
13  times a day?
14      A    Well, there's the two notes that I've
15  referred to already that I flagged. There is a note
16  here that says, that's labeled Offender Health
17  Status Transfer Summary dated 12/23/03 that says
18  chronic log term Maxitrol ophthalmic ointment four
19  times a day, and then Lotimax four times a day
20  instead of once a day.
21      Q    What page are you looking at there?
22      A    Once again, I don't know what it's
23  numbered for you.
24      Q    Does it have a number at the very bottom
```

Page 46

1  on the right-hand side?
2       A    Oh. 81. I'm sorry. And, once again, I'm
3  not--and I don't know exactly how that happened
4  because they actually, in the transcription of this
5  note, they have Lotimax written as q.d., and in the
6  one previously referenced, dispensed--and the
7  Lotimax, which looks like it's cut off at the
8  bottom of page 4 also says q.d., but the transfer
9  summary on page 81 states Lotimax four times a day.
10           So I think that that's--that that's where
11 I got the information from that the patient was
12 receiving both medications four times a day instead
13 of just the Lotimax once a day.
14      Q    And that's on page 81, is that correct?
15      A    That's on page 81. And then as I go
16 through the medication records here, let's see,
17 Lotimax, artificial tears, Lotimax. Yeah, there's a
18 note here, and, once again, it's kind of cut off so
19 I can't tell you what page, but it's the medication
20 administration record, Diamond Pharmacy Services,
21 and it says the Maxitrol ophthalmic, apply to left
22 eye for times daily, and over here it says 6 a.m.,
23 10 a.m., 4 p.m., 9 p.m.  And this looks like it's
24 from December.

Page 47

```
 1       Q    What's the page number at the top on the
 2  right?
 3       A    I'm sorry. 137. Okay, there we go. But,
 4  on the other hand, I also don't see where anyone's
 5  initialed it that the medication was actually given
 6  at that time. That was one of the questions that I
 7  had. I couldn't always tell from these notes
 8  exactly what the date was because the dates were
 9  often cut off or eligible.
10            Here's one, the previous one, at 1:33
11  where it says Maxitrol ophthalmic ointment, apply
12  OS four times a day, and issued to--I don't know.
13  Down at the bottom it says to retrieve from IM,
14  which is I presume from inmate, 12/23.
15            I know at some point after reviewing the
16  notes there's some issue about whether the patient
17  was just given his medication so that he could take
18  them at the frequency that he wanted. Once again,
19  that's one of the things that all I can go on from
20  reviewing these notes is what's written down here
21  and I don't know what actually happened.
22       Q    Okay.
23       A    Another possibility is it could be
24  whoever, at least with respect to the Lotimax and
```

1  that being given four times a day, that could
2  simply be a transcription error for the transfer
3  summary, because certainly the administration
4  records all say Lotimax daily when you actually go
5  to the records here that talk about the drugs
6  themself.
7        But the Maxitrol definitely at one point
8  was listed as four times a day, but I don't know
9  exactly when, you know, when the patient got it
10 because there's just a note at the bottom that says
11 the tube was retrieved from the inmate and I don't
12 know if that meant that he was just given it to use
13 by himself.
14   Q  q.d. would be daily and q.i.d. would be
15 four times a day, correct?
16   A  That's correct. That's correct. So I
17 think the Lotimax four times a day on the transfer
18 summary may well just be a transcription error
19 going the other way where the patient actually got
20 it once and then it was written down as four,
21 because the medication records themselves all say
22 just once a day for the Lotimax, but the Maxitrol,
23 it does list it as being four times a day.
24   Q  Okay. And, again, you haven't talked to

Page 49

```
 1   anybody about that, right?
 2        A    I have not.
 3        Q    And you didn't talk to the prisoner about
 4   that specifically either, right?
 5        A    Well, he said he was getting the Maxitrol
 6   four times a day.
 7        Q    But you didn't document that?
 8        A    No. I think I just looked at the transfer
 9   summary and said, okay, he's getting it four times
10   a day. But I probably should have changed the
11   medical records.
12        Q    Well, Doctor, you also testified
13   regarding your recommendation that the patient be
14   fitted for contact lenses in February of 2004,
15   correct?
16        A    Correct.
17        Q    Now, when you saw the patient again in
18   May of 2004, why didn't you just fit him then?
19        A    Because I don't do that.
20        Q    You don't fit him for lenses?
21        A    No.
22        Q    Who would do that?
23        A    Doctor Blumthal, our optometrist.
24        Q    Someone else in your office?
```

Page 50

```
 1      A     That's correct. And the reason Doctor
 2   Blumthal may not have done it is either, (a), he
 3   may not have been in the office that day, or, (b),
 4   it may not have been--you know, fitting irregular
 5   corneas often requires a great deal of time and it
 6   really needs to be something that the fitter has
 7   scheduled time for.  It's not like he can
 8   necessarily accommodate someone in the middle of
 9   the day just because he happens to be there.  It
10   has to be scheduled.
11      Q     Was there anything in your previous order
12   or your previous recommendation to be fitted for
13   contact lenses that indicated that someone other
14   than yourself needed to do that?
15      A     No. I just said return for contact lens
16   fitting because our front desk knows that Doctor
17   Blumthal does that for me for transplant patients.
18      Q     And is there anyone that you would have
19   spoken with in -- Doctor, let me finish my
20   question.
21      A     And the patient had already been there
22   twice to see Doctor Blumthal for a contact lens fit
23   so it seemed obvious to me that when contact lens
24   fitting was mentioned that that was the person to
```

Baldwin Court Reporting & Legal Video Services
1-800-248-2835

```
 1  whom that would fall to.
 2      Q    Was there anyone at the correctional
 3  facility that you or someone from your office
 4  contacted to indicate that Doctor Blumthal would
 5  have to be contacted or an appointment would have
 6  to be scheduled with him specifically for the
 7  contact lens fitting?
 8      A    I'm sorry. Did I communicate with anyone
 9  directly?
10      Q    You or someone from your office
11  communicate exactly with someone at the
12  correctional facility?
13      A    I know that I did not and I do not know
14  if someone else did or they did not.
15      Q    And even since May of 2004 you still
16  haven't contacted anybody there, right?
17      A    (No response.)
18      Q    You haven't spoken with any of the
19  physicians there?
20      A    No.
21      Q    You haven't spoken with the medical
22  director?
23      A    No. I had been going under the assumption
24  that if anyone had any clarifications that they
```

Page 52

```
1    would contact me.
2         Q    And you haven't spoken to the
3    optometrists there, right?
4         A    Doctor Blumthal?
5         Q    No.  The optometrists.
6         A    At the correctional facility?
7         Q    Right.
8         A    No.
9         Q    And you don't have any specific knowledge
10   with respect to the optometrists who come to the
11   correctional facility as to whether or not they are
12   qualified to fit Mr. McCroy with the lenses, are
13   you?
14        A    I don't know what their qualifications
15   are. It may be that they might be able to.
16        Q    You don't know one way or the other?
17        A    I don't know.
18        Q    And I think you testified here today as
19   well that the result of the steroids was an
20   increase in pressure, is that correct? That's the
21   assumption?
22        A    That's the assumption. The only way to
23   know that for sure would be to have discontinued
24   the steroids completely and not treated him with
```

Page 53

1   glaucoma medications and see if it went away of its
2   own.
3       Q     But that wasn't done?
4       A     But that wasn't done because his pressure
5   was high enough that we wanted to reduce the
6   pressure as quickly as possible and make sure that
7   it was down and that's why glaucoma medications
8   were used.
9       Q     Are there other things that can increase
10  the pressure in one's eye?
11      A     Well, there are, but usually they're
12  associated with identifiable causes such as
13  inflammation or bleeding within the eye. Some
14  people have said that just the transplant, doing
15  the transplant itself has the possibility of
16  inducing glaucoma due to just an anatomic change in
17  the structure of the front part of the eye.
18            But from my experience that's pretty
19  rare. Most people who have transplants, if they
20  develop an elevation in pressure develop it because
21  they're on the steroids, and that's usually
22  determined when the steroid dose is reduced and the
23  pressure gets better. And that's been in cases
24  where the pressure elevation is not quite so high

Page 54

1    as Mr. McCroy's.
2            If he had come in and his pressure had
3    been 25 or less, then I probably would have said,
4    well, why don't we just cut back on the steroids
5    and see what happens rather than saying, well, we
6    have to rush in and start glaucoma therapy. But for
7    a pressure of 30 I think that it was more important
8    to make sure that he didn't, you know, didn't
9    suffer any damage by reducing the pressure as
10   quickly as possible.
11       Q    But he was continued on another form of
12   steroids, correct?
13       A    Correct, due to the risk. He's a young
14   person who's more likely to develop an allograft
15   rejection and treating him with a continued low
16   dose of a steroid. And Lotimax does not have the
17   same propensity to cause elevations in pressure as
18   Dexamethasone, which is a fairly potent steroid.
19       Q    Now, other than your instruction to
20   discontinue the use of the Maxitrol, you don't have
21   any other criticisms of the care that was provided
22   with respect to his eye, do you?
23       A    No.
24       Q    And, in fact, you continue to see Mr.

1  McCroy on a periodic basis, correct?
2      A    I've seen him on a regular basis
3  throughout this whole period. And if I were not
4  moving to Indianapolis, I would assume that he
5  would be coming back to see me again in the near
6  future.
7      Q    And the correctional facility and
8  healthcare providers there have had him come to
9  Springfield to see you?
10     A    That's correct.
11     Q    And they take care of any records or any
12 paperwork that needs to be done to get him here and
13 get him back, is that correct?
14     A    That's correct.
15     Q    You mentioned Doctor Fedor. He's the one
16 that did the surgery in 2003, is that correct?
17     A    2003. Correct.
18     Q    And he's also with your practice,
19 correct?
20     A    He was. I was his replacement.
21     Q    At the time that he did the surgery he
22 was with this practice, is that correct?
23     A    That's correct.
24     Q    And you don't have any criticisms of the

1  care that he provided?
2      A    No. The patient seems to have had a
3  fairly, you know, with the exception of the
4  elevation in pressure he's had a fairly uneventful
5  and regular course for a cornea transplant patient.
6           Visual rehabilitation with cornea
7  transplant patients often takes a year or more.
8  That's just the nature of cornea transplantation.
9  Often patients do have high amounts of astigmatism
10 until sutures are removed, and in most cases all
11 the sutures aren't removed for a year or more after
12 the surgery. So he's not necessarily behind
13 schedule compared to many people who have
14 transplant procedures performed.
15     Q    And the cause of the keratoconus -- is
16 that how you say it? --
17     A    Keratoconus.
18     Q    (Continuing)--keratoconus, the cause of
19 that, we don't know what the cause of that is, do
20 we?
21     A    No. In some cases it runs in families.
22 It's probably a combination of genetic and
23 environmental factors. But as far as this is--.
24 Unknown is the simple answer.

Page 57

1  Q    And do you know when he was first
2  diagnosed with keratoconus?
3  A    No. I know that he had been seen for
4  several years previously. Most people who have
5  keratoconus are diagnosed usually in the early
6  20's, although sometimes as early as the teens.
7  Q    And is it your understanding that he had
8  been diagnosed with this prior to the time that he
9  had become incarcerated?
10  A    I do not know when he was diagnosed with
11  it.
12  Q    And because you don't know--
13  A    I mean, it's not--it's a fact that really
14  doesn't affect what I do with his care.
15  Q    Right. It doesn't affect what you do.
16       Do you know what any of his care and
17  treatment had been prior to the time that he had
18  become incarcerated?
19  A    No. I just know what, you know, what
20  exist in the notes and the chart. I don't even know
21  how long he's been incarcerated. I actually try not
22  to find out too many details about why they're in
23  jail for fear that it may--you know, I don't want
24  to be prejudiced or biased against someone, I want

Page 58

```
 1   to try to treat them the same as the next person
 2   and I'd just rather not know what they did, or why
 3   they're there, or how long, or whatever.
 4        Q    Do you know whether or not your nurse had
 5   had any verbal contact with any of the nurses or
 6   staff at the department of corrections and their
 7   healthcare status?
 8        A    Oh, I do believe that they had when they
 9   called in to ask about substitution of various
10   generic medications for the ones that I had
11   written. Typically I use Tobrex ointment, which is
12   another steroid antibiotic combination simply
13   because I found that the Neomycin and the Maxitrol
14   tends to give a lot of people either toxic or
15   hypersensitive reactions and I don't intend to get
16   that as much with that. But I think that one is an
17   acceptable substitute for the other as long as no
18   problems do develop.
19             Then also there's a substitution of
20   generic Brimonidine for the trade name Alphagan,
21   which, once again, I think is an acceptable
22   substitution. But those are really the only
23   interactions that I'm aware of or just with
24   questions about medications and whether or not a
```

Page 59

1  substitution was permissible.

2  Q   Do you know whether it's possible that
3  your nurse had looked at the prior chart and
4  indicated to the nursing staff or someone at the
5  department of corrections to indicate that the
6  Maxitrol was to be continued just as she wrote on
7  the note for December 23rd, 2003?

8  A   Michelle's pretty meticulous and always
9  checks what I write down and she had a copy of what
10 I had written down, that the medication go for
11 three days and then be discontinued. Once again, I
12 didn't overhear her conversation so I can't say for
13 sure what she was told, but I know that from
14 working with my technician she's pretty meticulous
15 about checking the chart to make sure that what she
16 tells someone is what I've written down.

17 Q   You weren't part of any conversation that
18 she might have had?

19 A   I was not a part of any conversation that
20 she had.

21 MS. POWELL: I don't think I have any other
22 questions. Thank you, Doctor.

23 MR. TENNEY: Doctor, my name is Carl Tenney and
24 I represent Doctor David Anderson and I don't think