```
 1  contact lenes and so forth.  And I wasn't allowed to go.  He
 2  allowed me to go without contact lenses or contact lens,
 3  well, lenses actually for over two years, well, for the
 4  period that he was employed at Western.  That's all I can
 5  recall right now.
 6       Q.  All right.  And you said that he was obstructing
 7  something?  What was he obstructing?
 8       A.  My care.
 9       Q.  Okay.  How did he do that?
10       A.  As medical director, he was, it was my belief that
11  he was in power to insure that I would receive care that was
12  recommended.
13       Q.  And what care was that?
14       A.  Follow-up visits, transplants, the surgeries, and
15  so on and so forth.
16       Q.  What about Dr. Brown?  What are your complaints
17  with respect to Dr. Brown?
18       A.  He never evaluated me.  Put restrictions, put
19  restrictions on me.
20       Q.  What restrictions specifically did Dr. Brown place
21  on you?
22       A.  Well, I don't know.  Again, I don't know who put
23  the yard restrictions and commissary restrictions, the TV
24  restrictions, or whether having me to place it under the
```

1  sunlight and cause me pain and knowing I was light
2  sensitive.  I don't know.  And, again, as medical director,
3  it was his job to insure that I receive the treatment, and
4  under his care I missed numerous appointments.
5      Q.  What apointments do you believe you missed under
6  Dr. Brown's care?
7      A.  All of the appointments that, that I was scheduled
8  that were recommended and scheduled for me to go to while he
9  was the medical director for the short period of time that I
10 was there.
11     Q.  Well, what appointments were those?  What
12 appointments do you believe were recommended that you didn't
13 get?
14     A.  I was recommended to be fitted for contact lenses
15 and be evaluated.  I was -- also, at one point my glaucoma
16 in my left eye had became uncontrollable.  And Dr. Lee or
17 Dr. Kim at Springfield Clinic recommended that I be
18 evaluated for surgery to correct the glaucoma before it
19 caused me blindness, and he took no action on that.
20     Q.  Where you getting that information from?  Why do
21 you think that Dr. Kim recommended another surgery?
22     A.  He told me.  He said after he took the the pressure
23 on my eye and he found out that I was taking so many drops
24 for glaucoma and it still wasn't being controlled, he told

1  me that I was being disfigured by all of the drops.
2      Q. Who said you were being disfigured by the drops?
3      A. It was apparent. You could look in the mirror and
4  see the side effects from the drops that I was taking. It
5  was disfiguring my pigments to my face. It caused certain,
6  it would cause certain after-effects.
7      Q. Did any of your physicians say that the drops were
8  causing any disfigurement?
9      A. Yes.
10     Q. Who said that?
11     A. Dr. Kim had told me because you could tell when
12 I -- it was a distinct difference in my asymmetry of my
13 face. You could tell. And it was -- I believe it is marked
14 in my medical records that the drops were causing that.
15     Q. Did Dr. Kim stop the drops?
16     A. They couldn't stop the drops.
17     Q. So even though they may have been causing this
18 disfigurement, you still had to use them, right?
19     A. Yes.
20     MR. LONDRIGAN: What drops are we talking about?
21     A. The Alphagan, the Cosopt, and there is one more.
22 There is one more glaucoma drop. It has been so long since
23 I took them I can't remember, but it was three drops, three
24 glaucoma drops I was taking.

1  Q. And what sort of surgery did you think that
2  Dr. Kim was recommending?
3  A. It was an operation to the eye to whereas I would
4  no longer need the drops, that the excess fluid would drain
5  out of my eye on its own. I just can't remember. I don't
6  know if it was Dr. Kim or Dr. Lee. I can't -- it was at the
7  Springfield Clinic.
8  Q. All right.
9  A. Because after I stopped going to the Prairie Eye
10 Clinic, I started going, I started being treated by doctors
11 at Springfield Clinic both for contact lenses fitting and
12 for the keratoconus.
13 Q. Did you ever meet Dr. Lochard?
14 A. No.
15 Q. Do you have any complaints regarding Dr. Lochard?
16 A. Other than that he appears to have put restrictions
17 on me without evaluating me or giving me a medical
18 evaluation. And as far as that, I know of no other actions.
19 Q. And what restrictions are we talking about?
20 A. He made me medically unassigned. And I think he
21 did something, something else. Again, I don't have access
22 to all that yet, so I would have to --
23 Q. What about Nurse Practitioner Mills?
24 A. Nurse Mills, she, during the time that Hill

1  Correctional, I mean, Western Correctional Center didn't
2  have a medical director, she for all intents and purposes
3  was the medical director. She caused me, she, during all of
4  the pain that I was having, I was prescribed medications she
5  canceled. Doctors prescribed me medications. She canceled
6  them without their approval and allowed me to suffer.
7      Q. What prescriptions did she cancel?
8      A. I had prescriptions. After my surgery I had a
9  prescription for Darvocet for my pain. I asked for it one
10 night. And she happened to be on duty. And she canceled it
11 because it was a narcotic. But during the time that I was
12 seeing the doctor before my transplant, she was saying that
13 I didn't need the transplant and so on and so forth. Again,
14 any other action that she took, I am not aware of.
15     Q. Do you think Nurse -- well, do you have any
16 specific knowledge that Nurse Practitioner Mills had any say
17 whatsoever in whether or not you received your corneal
18 transplant?
19     A. She had said in -- maybe. I don't know. I don't
20 know what her capacity was. Again, as I said, she for all
21 intents and purposes was the medical director.
22     Q. You already had your transplant at that point in
23 time?
24     A. Right. Right. So, but, what she had a say in I

84

```
 1  can't say.  But I do know that at Western while I was in the
 2  infirmary, I suffered greatly.  And no one to this date has
 3  been accountable or said who was responsible.  So I can't
 4  say if it was Nurse Mills who put certain restrictions or
 5  harassed me or retaliated against me or not.  At this date I
 6  can't say.
 7       Q.  All right.  Well, you're telling me that you
 8  suffered greatly while you were at Western.  Tell me exactly
 9  what you are talking about.
10       A.  Pain.
11       Q.  Pain from what?
12       A.  My eyes.
13       Q.  Okay.  During what time frame?
14       A.  During the duration that I was there.  During the
15  duration that I was there.  My condition is --
16       Q.  Is keratoconus painful?
17       A.  Yes, it is.
18       Q.  Was your eye surgery painful?
19       A.  The surgery, no; the after care, yes.
20       Q.  Is your eye still painful?  Your right eye?
21       A.  Oh, my right eye, yes.
22       Q.  So what is it that you are saying that they did or
23  didn't do?
24       A.  They switched medications or cleaners on me.  They
```

```
 1  failed to give me proper medications.  And in regards to
 2  artificial tears and understanding about the pain medication
 3  for my migraine headaches, they assumed that I was abusing,
 4  or as an inmate I'm not going to say what they assumed.  I
 5  don't know.  But they failed to give me medications for the
 6  migraine headaches that I would get from my disease.  They
 7  failed to give me the eye drops because my cornea is
 8  protruded past my eye lids, and they have a tendency to dry
 9  out.  And once they dry out it becomes painful.  They would
10  not give me the eye drops on time.  My medications would be
11  slow in coming.
12         Again, I was denied commissary, yard, phone
13  privileges, just the things that other inmates and other
14  people in the infirmary were given.
15     Q.  Do you know why you didn't have phone privileges?
16     A.  No, I don't.  I wasn't under any restrictions or
17  anything.  I wasn't in seg.
18     Q.  Well, and you have told me that you did have
19  commissary privileges?
20     A.  Yeah.
21     Q.  Right?
22     A.  Yeah.
23     Q.  And did you have yard privileges?
24     A.  Yeah, but they wouldn't allow me to go.
```

1   Q.  Who is they?  Who is this they?

2   A.  I don't know.

3   Q.  Well, I don't know either.

4   MR. LONDRIGAN:  We are trying to find out.  And let the record reflect that this witness has not read all of the depositions, much less some of the depositions have not yet been taken.  You're asking him for information that only you and counsel have at the table, but it is documented, and some of it isn't even --

10  MS. CHOATE:  He sued these people, Tom.

11  MR. LONDRIGAN:  He has made allegations in his original complaint, and it is one thing to put people under oath and find out what they admit and what they don't admit.  So what I am saying is you can't ask him about those specifics things outside his original complaint.  He doesn't yet have that information.

17  MS. CHOATE:  But, Tom, he is the one that --

18  MR. LONDRIGAN:  What I am saying is that I object to asking him questions other than about his original allegations he filed in his pro se complaint.  He is not privy to all of the discovery that we have had.  I will attach that to your motion for summary judgement in support of the current complaint that we filed.  And at the time we will dismiss a number of these people.  I have told you that

```
 1  after I get a chance to talk with the inmate and get his
 2  approval for doing that.  But much of what you are asking
 3  him about, he doesn't know about.
 4      Q.  Let me ask but Nurse Shaw.  Do you have any
 5  specific complaints about Nurse Shaw?
 6      A.  Well, Nurse Shaw, besides from being generally
 7  hostile and not allowing, not allowing me to get my
 8  medications when I came to med line and not allowing me to
 9  order them and saying I was using them too fast when I
10  wasn't, she, she through Correctional Officer Wilson, I
11  overheard them, or Nurse Shaw telling Correctional Officer
12  Wilson about I was suing her and so on and so forth.  And I
13  believe that she precipitated a lot of the retaliation that
14  came down from Correctional Officer Wilson.
15      Q.  What are you talking about?  Tell me every specific
16  act that you're aware of that you believe was retaliation.
17      A.  I was being shaken down every five days.  Although
18  not required to clean the infirmary, I did for every inmate
19  there because most were dying although they have porters to
20  do that.  Correctional Officer Wilson demanded that I had to
21  do it and wrote me tickets when I wouldn't.  She constantly
22  left lights on outside the cell although she had been told
23  that I was light sensitive.  She would leave the lights on.
24      Q.  Who did that?
```

    A.  CO Wilson.  And she would tie up the curtain when they forced her to cut the light out.

    Q.  I just want to know about Nurse Shaw.

    A.  Nurse Shaw, the reason why I say that, I believe she precipitated this because CO Wilson is the union representative for Wexford.  And I believe she took a, and IDOC for that matter, when Nurse Shaw told CO Wilson that I was suing someone that, I guess, whatever, this precipitated.  I believe that they would -- she gave her specific medical information about me when she was not supposed to.  I overheard her give that information to her.  And that's it.

    Q.  What specifically did Nurse Shaw do?  I don't care about what someone else did based on a conversation they may have had with Nurse Shaw.  What did Nurse Shaw do?

    A.  Other than to deny me medication, nothing.

    Q.  Okay.  When you say "deny me my medication," what medication are you specifically referring to?

    A.  My contact lenses and cleaners.

    Q.  Now, explain to me how your inability to participate in the early release program affected the medical condition of your eye?

    A.  I think it didn't.

    Q.  Okay.  Would the same be true with respect to your

```
 1   ability to exercise your yard privileges or your commissary
 2   privileges?  They don't have anything to do with the status
 3   of your medical condition of your eye, do they?
 4        A.  No.
 5        Q.  No one in your family has ever had keratoconus?
 6        A.  No.
 7        Q.  Have you ever seen -- had you ever been diagnosed
 8   with keratoconus during a time frame that you were not
 9   incarcerated?
10        A.  No.
11        Q.  Before September 23 of 2004 had you ever been
12   involved in an altercation with another inmate?
13        A.  No.
14        Q.  Have you been involved in an altercation with
15   another inmate since that date?
16        A.  No.
17        MR. LONDRIGAN:  To clarify, by altercation do you mean
18   a fight?
19        Q.  Any sort of physical contact?  Unwanted physical
20   contact with another inmate whether initiated by you or by
21   another person?
22        A.  No.
23        Q.  How much did you weigh at the time of this fight?
24        A.  I believe 240.
```

```
 1    Q.  And how much did Mr. Durham weigh?
 2    A.  I don't know.  I have no idea.
 3    Q.  Was he smaller than you or bigger than you?
 4    A.  Smaller.
 5    Q.  Did you tell a nurse at any time that you were a
 6  Muslim?
 7    A.  No.
 8    Q.  Okay.  There is a note in the record that says that
 9  you were on a hunger strike because of your Muslim faith?
10    A.  No.
11    Q.  Did you ever say that?
12    A.  No.
13    Q.  Did you ever go on a hunger strike?  Did you ever
14  go on a hunger strike as part of a religious expression?
15    A.  No.
16    MR. LONDRIGAN:  Wait.  He attempted to answer further a
17  previous question, and you stepped on his response.  Were
18  you about to say something?
19    A.  I used to be a Muslim, but I never did go on a
20  hunger strike for my religious faith.
21    Q.  Did you ever tell a nurse that you were?
22    A.  No.
23    Q.  When were you a Muslim?
24    A.  When was the last time I was a Muslim?
```

```
 1      Q.  Yeah.
 2      A.  I think I re-evaluated my religious philosophy
 3  maybe five years ago or six years ago.
 4      Q.  Okay.  So back in 2001 maybe?
 5      A.  Yeah.
 6      Q.  All right.  So before 2001 you might have been a
 7  Muslim?
 8      A.  Yeah.
 9      Q.  Okay.  And then at the point in time when you had
10  this altercation with Mr. Durham you had switched to being a
11  Christian?
12      A.  Yes.
13      Q.  And that's why you had a Bible?  Is that accurate?
14      A.  Yes.
15      Q.  Okay.  Did you participate in any religious
16  services while you were incarcerated?
17      A.  Yes, I did.
18      Q.  Okay.  What sort of religious services did they
19  have at Western?
20      A.  Well, I didn't participate in any at Western.
21      Q.  And was there some event in particular that led you
22  to convert to Christianity?
23      A.  An epithany, I guess.  I don't know.
24      Q.  Well, who gave you the Bible?
```

92

```
 1        A.   My sister.

 2        Q.   Okay.  Is anyone in your family a Muslim?

 3        A.   No.

 4        Q.   So that was something that you did on your own?

 5        A.   Yes.

 6        Q.   Okay.  When you were in the infirmary were your

 7   meals served to you or did you have to go to the chow line

 8   to get your food?

 9        A.   They were served to me.

10        Q.   What other -- oh, how many inmates were you housed

11   with while you were in the infirmary?

12        A.   Sometimes three others and sometimes alone.

13        Q.   And do you remember what dates you were housed with

14   other people as opposed to when you were by yourself?

15        A.   No, I do not.

16        Q.   Okay.  And when you were housed with the three

17   other people while you were in the infirmary, did you have

18   any problems with them?

19        A.   No.

20        Q.   Tell me the difference between being housed in the

21   infirmary and being housed in general population.

22        A.   The difference?

23        Q.   Yes.

24        A.   Is that --
```

```
 1        Q.  Let me ask it like this:  You were released from
 2   the infirmary in 2004, right?
 3        A.  Right.
 4        Q.  Do you remember the date that you went back into
 5   the general population?
 6        A.  Yes.
 7        Q.  What date was that?
 8        A.  June 8.
 9        Q.  Okay.  That's what it says in your medical records;
10   that you were released on June 8.  Is that the same day that
11   you went to a cell?
12        A.  Yes.
13        Q.  And were you immediately housed with Mr. Durham?
14        A.  No.
15        Q.  Who were you housed with initially?
16        A.  I can't recall.  I had three or four different
17   cellies.
18        Q.  Okay.  So there were different people that you were
19   with before Mr. Durham?
20        A.  Yes.
21        Q.  Did you have any problems with them?
22        A.  No.
23        Q.  All right.  And tell me when you were sent to
24   general population, what was different about being in that
```

94