E-FILED
Friday, 20 April, 2007  03:59:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISPOSITIVE MOTION**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRAH K. FUQUA, DENNIS HOCKADAY, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their motion for enlargement of time to complete dispositive motion. In support thereof, defendants state as follows:

1. The trial in this case was moved to the fall of 2007 based on Defendant Fuqua's unavailability and Plaintiff's subsequent inability to secure her deposition.

2. At the direction of the court, the parties set new dispositive motion and response dates, which included April 20, 2007 for dispositive motions and twenty-one days for plaintiff's response. At the time those dates were agreed upon, the undersigned did not know she would be spending seven days of the two weeks prior to the deadline out of the office.

3. Even though there has been additional time allotted, and even though the undersigned has completed the motion and statement of material facts, and has worked diligently on the motion, she will be unable to complete the memorandum of law and argument by the end of business today.

4. Additionally, the undersigned is scheduled to be at Tamms Correctional Center for depositions Monday, April 23, 2007, and to begin trial in E. St. Louis before Magistrate Judge Wilkerson on Tuesday, April 24, 2007. The trial will probably last three days. The undersigned is in the final stages of prepping this trial and could not do so if she continued to work on this dispositive motion.

5. Because this Honorable Court moved the Donald Lehn trial to May 7, 2007, the week prior to that date is clear for trial prep and completion of the dispositve motion in the instant case.

6. This motion is not made for purpose of delay, and plaintiff should not suffer any prejudice as a result of the enlargement, as the trial in this matter is still several months away.

7. Of course defendants have no objection to any additional time required by plaintiff's counsel to respond to the summary judgment motion when it is filed.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court, grant them up to and including May 4, 2007 in which to complete and file their dispositive motion.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRAH K. FUQUA, DENNIS HOCKADAY, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS,

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, I electronically filed a Motion for Enlargement of Time to Complete Dispositive Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan  
Londrigan, Potter & Randle, P.C.  
tom@lprpc.com

Douglas J. Quivey  
Londrigan, Potter & Randle, P.C.  
doug@lprpc.com

Theresa Powell  
Heyl, Royster, Voelker & Allen  
tpowell@hrva.com

Carl J. Tenney  
Hughes, Hill & Tenney, L.L.C.  
ctenney@hhtlaw.com

April Gowdy Troemper  
atroemper@hrva.com

Carissa A. Haning  
carissa@lprpc.com

and I hereby certify that on April 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,  
 s/ Kelly R. Choate  
Kelly R. Choate, #6269533  
Assistant Attorney General  
Attorney for Defendants  
500 South Second Street  
Springfield, Illinois 62706  
Telephone: (217) 782-9026  
Facsimile: (217) 524-5091  
E-Mail: kchoate@atg.state.il.us