...ois Department of Corrections

## Health Status

Transferring Facility: HillCC
Date: 10/30/01
Time: 5:30 AM

Name: McCray, Aaron
Number: N51882
Race: B  W  H  Other
Age: 41  Date of Birth: 9/9/60   Sex: M / F

Allergies: NKA
Food Handler Approved: 9-24-00

Current/Acute Conditions/Problems: _____
Chronic Conditions/Problems: HCV  HTN
Current Medications - Name, Dosage, Frequency, Duration:
  Acute Short-term Medications: Chronic meds - Adalat CC 30mg q AM x 90 days
  ~~HyZaar~~ HCTZ 25mg q AM x 30 days
  Chronic Long-term Medications: Ribavirin 600mg AM et 600 mg PM x 24 wks
  α-Interferon 2B 3,000,000 u SQ 3x weekly x 24 wks
  Chronic Psychotropic Medications: Ø

Current Treatments: Lubriderm x 3 months    THERAPEUTIC DIETS: Low Na 2200 cal

FOLLOW-UP CARE NEEDED: _____

CHRONIC CLINICS: HTN/Cardiac    SPECIALTY REFERRALS: _____

Significant Medical History: ORIF BLE 1990  Keratoconus OU

Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø  Contacts worn 2x/wk  Glasses: Contacts  Dentures: _____
Mental Health Issues:    Hx Suicide Attempt: ☐ Date: __/__/__   Hx Psych Med ☐   Hx MPC/STC ☐
Substance Abuse:  Alcohol: ☐  Drugs: ☒

R & C Use Only
☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental   ☐ Packet Complete
☐ MEDS ☐ MH   ☐ Other

Signature and Title: _____

### Transfer Reception Screening

Facility: WICC
Date: 10/31/01  Time: 6:20 AM/PM

S: Current Complaint: Hx HTN

Current Medications/Treatment: Adalat
adalat 30mg daily  HCTZ 25mg daily
Rule stateful demeanor

O: Physical Appearance/Behavior:
Contacts / post-plate R.
psych - Ø meds

Deformities: Acute/Chronic _____

T 98  P 70  R 18  B/P 140/60
intake screen
250 #

P: Disposition:
1) [✓] Health Information Given
2) [ ] Emergency Referral _____
3) [✓] Sick Call:
     Urgent / Routine
     [ ] Medication Evaluation
     [ ] Therapeutic Diet
     [ ] Special Housing
     [ ] Work/Program Limitation
     [ ] Specialty Referrals
     [ ] Chronic Clinics
     [ ] Other  DSC 11/1/01
4) [ ] Infirmary Placement _____
5) [ ] Other _____

Signature and Title: Shaw RN

373 (Rev. 10/92) IL 426-17170

Reminding - Rule Bussy -

EXHIBIT

739

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:
McCray, Aaron       ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/10/02 9:30 AM | Nurse Practitioner Note<br>Chart only reviewed for B.P. monitoring from HTN clinic 11/27/02.<br>LJ<br>12/1/02  138/92<br>12/4/02  160/96<br>12/8/02  158/92 | please schedule NPSC appt to evaluate med. compliance<br>L. Mills APN |
| 12-11-02 2:00 p.m. LC | Nurse Note<br>Seen to inform of approval for corneal transplant. — D. Fuqua RN HCUA | Noted 12/10/02 9:45 AM [signature] |

Distribution: Offender's Medical Record
Printed on Recycled Paper
DOC 0084 (Eff. 9/20
(Replaces DC 714
EXHIBIT 1-B
786

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**
Last Name: McCroy   First Name: Aaron   MI: _   ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-12-02 2:10 pm | NURSE PRACTITIONER<br>96.5 - 82 - 18 - 144/82<br>(W) WT. 249# HT. 6'1"<br>(S) presents due to ↑ B.P. Reports compliance c̄ meds. Takes Indicid PRN for HA. Takes approximately three every four days.<br>(O) 42 YO B/M in no acute distress. Well-appearing. B.P. > than guideline recommendation for systolic<br>(A) HTN | C.Thompson<br>(P)<br>① please continue to monitor B.P. 1x week × 4 then chart review.<br>② patient Education<br>- Medication Compliance<br>- Smoking Cessation<br><br>R Mill APN BC<br><br>noted<br>C.Thompson |



EXHIBIT 1-C

787

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

**Offender Information:**
Last Name: McCroy
First Name: Aaron
ID#: N57883

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-20-03 8A | Nurse Note. Up in room. Denies no needs. M.Abbott, RN | |
| 8-20-03 12:35p | Nurse note. NSSR completed for med. packages. C. Thompson | |
| 8/21/03 9:45 am | Nurse practitioner. (S) pt. just returning from showering when infirmary rounds made. Only c/o occasional dizziness. (O) Eyes - sclera s redness. No lid edema noted. (A) Keratoplasty (P) HCV - receiving Interferon | (P) CPM R. [illegible] FNP |
| 8/21/03 8A | Nurse Note - Up @ bedside, denies any needs. | Received & noted 8-21-03 4:50p M.Abbott, RN / K.Ashcraft |



EXHIBIT 1-D

911

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:
McCoy, Aaron    ID#: N51852

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-22-03 7:55 AM | Nurse Note — up for meds. Voices ø c/o | K Kahn |
| 8-23-03 7:30 AM | Nurse Note — voices ø c/o | K Kahn |
| 8-25-03 7:30 A | Nurse Note — Up in room, No c/o voiced | S Scott LPN |
| 8-26-03 7:30 A | Nurse Note — up et about No c/o VS on flow sheet ø c/o | S Scott LPN |
| 8/26/03 8:45 AM | Nurse practitioner note — no complaints. Questions about removal of sutures ® eye. Peg-Intron 165 mg SC weekly initiated 3-19-03. To re-evaluate @ 24 weeks — at week 20 now. To have F.U. Keratoplasty 8-29-03 Ⓐ Hepatitis C Ⓑ Keratoplasty | Ⓟ CPM R. Mills APN-BC NP Rec'd & noted / HSAN |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT 1-E

912

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: McCray    First Name: Aaron    MI: —    ID#: N51982

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/30/03 7:30 pm | nurse note. Awoken for meds, no c/o reported. Eye non-reddened & - drainage. | C. Thompson |
| 8-31-03 7:00 pm | nurse note. Eye lids cleansed for oint. & redness or drainage. | C. Thompson |
| 9-1-03 8 AM | — Nurse Note — Up @ bedside, denies any needs | K. Ashcraft |
| 9-2-03 7³⁰ A | nurse note. Cheerful - Took meds up Talking / Showered | ointment 2 gtt PO BID |
| 9-2-03 4 pm | N/A Note (S) states that sutures in left eye need to remain 6 more months. Request renewal of antihistamine. (O) NAD well-appearing Ambulating steady | PRN x 30 days R. Mills APN BC-NP |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:
Last Name: McCrory  First Name: Aaron  MI: ___  ID#: N57/382

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-13-03 7:15 AM | Nurse Note up for meds, voices Ø c/o — | KKalin |
| 9-14-03 7:20 AM | Nurse Note condition remains unchanged — | KKalin |
| | LABORATORY DRAW Date 9/15/03 Time 8:30 AM Site ___ Sticker # ___ Test CBC Signature [illegible] | |
| 9-15-03 7:3⁰/A | Nurse Note Up in room, No c/o Cooperative — | S Scott LPN |
| 9-15-03 1:15 P | Nurse Note Several dry, red areas on abd @ injection sites | S Scott LPN |
| 9/15/03 3 PM | N.P. note c/o irritated area from weekly injection. no acute open wound. (A) dry & red dermatitis | ⓟ Use TAO and hydrocortisone cream to affected area. R. Mill, CNP noted |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

**Offender Information:**
Last Name: McCroy    First Name: Aaron    MI: ___    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-16-03 7:30 A | Nurse Note<br>Up in Room No c/o | S. Scott LPN |
| 9/16/03 11:20 | Nurse Note<br>P.C from Lab Corp (Shab)<br>Platelet 97 (140-415)<br>WBC 3.2 (4.0-10.5)<br>Poly 36 (40-74)<br>Mono 20 (4-13)<br>Poly ABS 1.2 (1.8-7.5)<br>Nurse Practitioner Mills notified | S Moore LPN |
| 9/16/03 3:30 pm | Nurse practitioner<br>Has completed 26th week of peg interferon. | Refer to M.D. needs evaluation of TX effectiveness 9-17-03<br>R. Mills CNP |



EXHIBIT 1-H

919

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: McCray    First Name: Aaron    MI:    ID#: N-51582

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-21-03 7:30 AM | Nurse notes: Eye shield removed for bint to (L) eye. O redness no drainage. | L Thompson |
| | Mandatory PPD Date/Time Given: 9-22-03 12:25p Site: LFA  Lot: C1930AD Exp Date: 8/05  Manufacturer: Aventis Signed: J Scott LPN Date/Time Read: 9-25-03 Results: 0mm Signed: C Shaw LPN  FOOD HANDLER APPROVED YES XX NO ___ | |
| 9/22/03 1:40pm | Nurse practitioner Chart only reviewed. Completed week 27 of Peg-Intron | C consulted c Dr Lochard - Schedule 9-23-03 CBC, liver profile, Thyroid profile, BMP, and HCV viral load Restart Ritonavir 200mg BID c Peg-Intron |



E Mill CWP  
noted 9/22/03 @ 25  
Amore LPN

DOC 0085 (Eff. 9/2002)  
(Replaces DC 7147)

Distribution: Offender's Medical Record    Printed on Recycled Paper

EXHIBIT I-I

921

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:
McCroy, Aaron   ID#: N51887

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **LABORATORY DRAW** Date 9/23/03 Time 9:00am Site HTC Sticker # Test CBC, LFT, Thyroid Profile, BMP, HCV viral load Signature S. Moore LPN | |
| 9/23/03 8 AM | — Nurse Note — ↑ in room, denies any needs. _Ashcraft_ | |
| 9/23/03 2 PM | Nurse practitioner (S) Requesting continuation of metamucil due to constipation. States hydrocortisone cream not helping rash on abdomen. Requesting refill of Temovate cream. (O) NAD, well-appearing. Abdomen c̄ pale pink macular areas x 3-4. Abdomen soft, BS+, no masses or organomegaly. (A) ① Constipation ② Local irritation to regulation ③ ... | (P) ① Metamucil 1 packet PO daily x 30 days. ② Temovate 0.05% cream - apply to rash BID x 60 days ③ Awaiting lab results to evaluate HCV treatment R. Mill CNP Required noted |

922