**E-FILED**
Friday, 20 April, 2007  03:39:46 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

McCray    Jason    ID#: N51882
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/03 8ᴬᴹ | – Nurse Note – Mᵗ in room, denies any needs — | KAShawyft |
| 9/28/03 8ᴬᴹ | – Nurse Note – Pᵗ absent in room, no %o discomfort — | KAShawyft |
| 9/29/03 9³⁰ᴬ | nurse practitioner (S) ran out of maxtral. awaiting evaluation of HCV treatmt. (O) NAD, well-appearing no change PE (A) HCV – completed week 28 | (P) ① Had blood work 9/23/0? to evaluate reg. slator treatmt ② continue maxtral tintmt R Mills CNP |



EXHIBIT
1-K
ALL-STATE LEGAL®

"BEGIN USING FROM BOTTOM UP

*I NF          NKA*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCRORY, Aaron_     Reg. # _N 51882_     Date: _8/29/03_

Problem _____

ORDER: (Physician's Signature After Last Order) _①_ Maxitrol oint BID

_②_ Muro 128 ophthalmic soln to O.S. _⑤_

+ gtt  O.D.  q 3 hr

_③_ Artificial Tears // + gtt O.S. q 2 hrs

DEA/Illinois Lic. # _____ Physician (Print) _SHUTE  May (     )_ M.D.

☑ May Substitute _R.H. Shute_ M.D.

☐ May Not Substitute

DCA 7000
IL 426-1417     Noted by: _Brooke LPN_     Date: _8/29/03_

---

*NKA*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_     Reg. # _N51882_     Date: _8/27/03_

Problem _____ HTN _____

ORDER: (Physician's Signature After Last Order) _____

N. Fed. P.a XL  30 mg  Po  QD     D/C  11-30-03

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _L Rayford MD / R mills APN/RVP_ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417     Noted by: _C Thompson_     Date: _8/27/0_

---

*inf  NKA*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _McCroy, Aaron_     Reg. # _N51882_     Date: _8/18/03_

Problem _CONSTIPATION_

ORDER: (Physician's Signature After Last Order) _Metamucil 1 TBSP PO qd X 30d_

'Illinois Lic. # _____ Physician (Print) _____ M.D.

☐ May Substitute _____

☐ May Not Substitute _____ M.D.

JCA 7000
IL 426-1417     Noted by _KAshcraft_     Date: _8/18/03_

STATE LEGAL®     **EXHIBIT**     1-L

566

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

McCroy        Aaron                        ID#: N51882
Last Name                First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-6-03 7³⁰/A | Nurse Note lip in room. No c/o voiced Alert et Cooperative — S Scott LPN | |
| 10-6-03 8³⁵ Am | Offers no complaint — other than Ribavirin causing headaches & peg Intron causing "flu like" episode. 10-8-2001 Liver Biopsy HCV Genotype 1A 6-20-2001 > 850,000 9-23-03 Viral > 1,060,000 IU/ml ALT + AST rising platelets have dropped < 100,000 | Ⓟ Consult ē Dr Fochard for evaluation Peg Intron treatment for HCV R Mill CN1 |
| 10-6-03 9⁵⁰ | Nurse practitioner | Consulted ē Dr doch. Hold Intron & Ribavirin CBC liver profile BMP, Thyroid profile & UA today R Mills CN7 18-6-03 |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT

1-M

927

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

_____     _____     ____     ID#: _____
Last Name                   First Name            MI

| Date/Time | Subjective. Objective. Assessment | Plans |
|---|---|---|
| 10/26/03 | nurse note: | |
| 8am | Eye shield removed for eye oint. | |
| | he refused dr dressing. bted. — | compane |
| 10/27/03 | nurse practitioner | |
| 9am | monitral contract needs | monitral contract |
| | renewal. | B.D to OS |
| | Rec ¿ Noted | x 2 months |
| | 10-27-03 @ 9:20 | |
| | | R nulls cut |
| 10.27.03 | NURSE NOTE (Late entry) | |
| 8⁰⁰ Am | Eye shield removed for ointment | |
| | application. Ø redness noted | |
| | Ø %'s _____ | Powell |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)



942

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:

_____ Mc Cray _____ Aaron _____ ID#: A51882
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-16-03 | | |
| 8AM | | |
| | | (Thompson) |
| | | |
| 11-16-03 | Nurse Note | |
| 7³⁰pm | eye care done per self. Voices ō c/o | KKahn |
| 11-17-03 | Nurse note | |
| 8⁰⁰am | P in room — Takes eye (gtts – oral) | |
| | ō c/o | (Brennan gpr) |
| 11-17-03 | Nurse practitioner | |
| 10³⁰am | Infirmary rounds. | Ⓟ |
| Ⓢ | Requests something for pruritic | ① Colace 100u |
| | rash ō abdomen. Has been | ± po QHS x |
| | present since receiving Interferon | 30 days. |
| | to abdomen. | |
| | c/o having to strain ō b.m. — | ② Hydrocortisone |
| | requests stool softener after | cream 1% apply |
| | hunger strike. | small amt to |
| Ⓞ | NAD, well-appearing | affected area x30d |
| | left eye covered | |
| | abdomen ō half dollar sized | |
| | pink area | |
| Ⓐ | ① constipation; | |
| | ② pruritic | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

R Mills CNP
Noted (Brennan gpr)
11-17-03 1⁰⁰pm

EXHIBIT
1-0

963

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

_McCray_____ _Aaron_____  ID#: _N9158_
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/20/03 9am | Nurse Note. Up et about cell voiced no C/O | S Moore RN |
| 11-21-03 8:30pm | P to cell door for meds did eye gtts. Voiced # c/o | A Brennan RN |
| 11-21-03 2:15pm | Call placed to Dr. Zeh, Received order that offender can be placed in Seg (single-cell) | T.O. Dr. Zeh / A Brennan CEA |
| 2:20pm | Discussed case c Mills, NP Agreed with to discharging McCray from infirmary to place in Seg. A Brennan RN | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper



EXHIBIT

1-P

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

___Western Illinois Correctional___ Center

| Offender Information: | | |
|---|---|---|
| McCroy | Aaron | ID#: N 51882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-03 | Infirmary Discharge Note | Plan: |
| JT | Discharged by: (circle one)   M.D.  (N.P.)  D.D.S.  Psychiatrist | Continue present treatment |
| | | ✓ |
| | Summary of Reason for Admission: | |
| | Needs placement to protect eye from injury. Avoid general population. | Follow-up as needed from |
| | Course in Infirmary: | single cell in Segregation ✓ |
| | Noneventful. | |
| | Eye drops. | |
| | Discharge Diagnosis: | |
| | Healing process post Keratoplasty | |
| | | /. |
| | Patient Education: | |
| | Avoid yard or activity c others so as to protect Keratoplasty site. | R Mill CNP |
| | | noted comments C Thompson |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ALL-STATE LEGAL® EXHIBIT 1-Q

966

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Last Name: McCray    First Name: Aaron    MI:    ID#: N₅J882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/29/03 | OPTOMETRIST ERROR | |
| | | |
| | | |
| / | | |
| | | |
| 12/9/03 | N.P. note | |
| 1³⁰ Pm | Chart review | |
| | the doctors conducted collegial | |
| | review ē Dr Owens' 12.9.03 | |
| | at 10:23 a.m. | |
| | F.u. Keratoplasty approved. | R Mills ⊂NP |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ALL-STATE LEGAL®    EXHIBIT    1-R

968

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

McCoy                Aaron                    ID#: N5/___
Last Name            First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/18/04 8³⁰ᵃ | — Nurse Note —  ↑ in room, denies any needs. ——————  K. B. ____ | |
| 3-19-04 3:25 pm | MD NOTE: here for HTN clinic. 95'-88-18- 138/78. wt # 210 —— S - Hypertension, on NIFUD 60 RCT 2, Inderol 20 tid. Has glaucoma + other eye issues. O — Normotensive, somewhat overweight Lutes are normal. No lipid testing HCV genotype 1a c modest ALT elevation. A — Hypertension, controlled. | L. Thompson Pa lipid profile HCTZ Continue BP Meds |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)



EXHIBIT
1-5

989

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

_McCray_ (Last Name)   _Aaron_ (First Name)   ___ (MI)   ID#: _N51862_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/12/04 Continued promises | Offender requesting new HCTZ. Promptly card RX 7/30/04 and 8/9/04 for refills. Call pharmacy. Short action. No cards or has medication from #40 HCTZ given approximately 17 day Order. For 9 day Charlotte Rhoes APN for review of possible water take. MD Notified | _MD Brown_ _MD Brown Rt_ _Blaeny RN, LCPT_ |
| 8/12/04 3:15 PM | N.P. note chart reviewed. see above note. | make oral medication watch take. R mill cup |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)


EXHIBIT
1-T

1011