ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes
Western Illinois Correctional Center

**Offender Information:**
Last Name: McCray
First Name: Aaron
MI:
ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-13-04 8:40 AM | N.P. note — Call was received from same nurse as above — Taken by nurse Thompson RN stating they consulted ē another Doctor who stated Dulcolax OK. | Dulcolax was reinstated yesterday. |
| 10-13-04 10 AM | (S) c/o constipation — Last B.M. 3 days ago and he had to manually remove that. (O) NAD, shield in place to OS. HOB ↑ 30 degrees. Abdomen soft — ē firm felt ⓠ quads. B.S. hyperactive. Rectal ✓ revealed small pieces hard stool. (A) ① Post evisceration OS 10-11-04 ② Constipation 2° pain med and ↓ mobility | ① d/c ② Dulcolax suppository now ③ metamucil ē packet TIDX? watch take w ③ if no results today ē suppository give fleet enema ④ R mill cup noted B Bower |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:

Last Name: McCoy    First Name: Aaron    MI:    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-14-04 12:10 pm | N.P. Note (S) pt. seen on Infirmary rounds this a.m. around 8:30 am (O) Continues to c/o constipation. Eye shield in place on left. Abdomen soft, B.S.+, (A) constipation 2° pain med | Fleet Enema Today. Above not available at this. OK to give fleets phospho soda 20 cc/Pat this x R mills GNP 10/14 [signature] 10/14 |
| 10-14-04 12/pm | — Nurse Note — 20cc Fleets phospho soda po given as ordered, I/M followed by 2-8 oz glasses of H₂O. — | [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)



EXHIBIT I-V

1040

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

**Offender Information:**

Last Name: McRay   First Name: [illegible]   MI: [illegible]   ID#: C51182

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/16/04 8 AM | N/V per Nate. S) ? f/o meds. Denies any c/o pain or discomfort — A) post-op | P) inf — [signature] Lebmann NURSE PRACTITIONER |
| 11/17/04 9 AM | B. 108/70 18 T 97⁴ — S) denies HA. O) up in chair at bedside c earphones on. Voicing concern about not having follow-up c Dr. Farm yet — Believed he was to go out 1 month ago A) POST OP OS | [signature] P) Have Dr Brown discuss c patient any needed follow up scheduled. According to Medical Records no follow-up scheduled R mills c/o rec + noted 11/11/04 9:10 AM [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

<u>Western Illinois Correctional Center</u>

Offender Information:
Last Name: McCray  First Name: Aaron  MI: ___  ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/17/04 7:30 AM | Nurses note<br>(S) I'm doing O.K. today.<br>(O) VS per flow sheet. (L) eye shield in place. Ø c/o voiced<br>(A) Post op OS surgery | (P) Cont to monitor — (illegible) |
| 12-15-04 3:45 pm | N.P. Note<br>(S) Has shield over left eye. Awaiting prosthesis. C/o headaches - requesting narcotics.<br>(O) NAD, well-appearing. Laying on right side. Shield over left eye.<br>(A) Awaiting prosthesis left eye | (P) CPM<br>R mild c/p<br>rec/noted 12/14/04 4pm (illegible) |
| 12/15/04 4:55 pm | Psych note<br>Still c/o headache & requesting Darvocet which has... | |



EXHIBIT 1-X

1071