1  least two people here who could do that, but
2  whether contractually they're able to see the
3  patient I do not know.
4      Q    You brought with you--.
5           Why don't we have this document marked.
6                   (Whereupon said document was
7                   duly marked for purposes of
8                   identification as Exhibit 4, as
9                   of this date.)
10     MS. de SAINT PHALLE:  Q  Could you identify
11 what that is?
12     A    This is a copy of my clinic note from
13 May the 21st, 2004.
14     Q    And is that the last visit that you had
15 with Mr. McCroy?
16     A    McCroy, yes. That's the last time I saw
17 Mr. McCroy.
18     Q    And does that--. What was his condition
19 at that point in time?
20     A    At that point my impression was, number
21 one, status post cornea transplant left eye, stable
22 with irregular astigmatism with a recommendation of
23 proceeding with a rigid contact lens fitting for
24 that eye. Number two, a cataract in the left eye of

1  possible visual significance. And that would be
2  determined by the vision after a successful contact
3  lens fitting.
4        So my recommendations were rigid contact
5  lens fitting left eye, consider cataract surgery if
6  unable to improve visual acuity with the rigid
7  contact lens, to continue his medications unchanged
8  since his pressure was stable, and to followup
9  again at our practice in three months to see one of
10 the doctors for a cornea check.
11     Q   Now, with regard to the contact lens
12 placement did you have any particular place or
13 person that you recommend that he--
14     A   I had assumed that he would return to see
15 Doctor Blumthal in our practice just because that's
16 who does those types of contact lens fits for our
17 practice, but I don't know if the department of
18 corrections has someone else to whom they delegate
19 that.
20     MR. LONDRIGAN: I think Alex has covered most
21 of these questions that Mr. McCroy has asked be
22 covered, but there's a couple of things that I'd
23 like to have you clarify for me, Doctor.
24

Page 32

                        EXAMINATION

            BY MR. LONDRIGAN:

Q   What do the records reflect on August 29th of 2003 about Doctor Blumthal's recommendations with respect to completing fittings as far as the contact lenses were concerned?

A   August 29th?

Q   2003.

A   Right. I saw the patient on that date, not Doctor Blumthal. Doctor Blumthal saw the patient on June 24th.

Q   What was recommended at that time that he saw you with respect to completion of the fittings for the contact lenses?

A   He, to my knowledge, he did not see me for the--. What I assume is that when Doctor--. Let me turn back in time to the note from Doctor Fedor from April of 2003. Actually, I missed one here. Doctor Fedor saw him in April, said doing great, postop left eye ready for RGP contact lens, advise Maxitrol ointment left eye twice a day except while wearing contact lens and to followup in two months.

So that would have been then a medical

```
 1   followup with him in May aside from the contact
 2   lens fitting.  When he saw him--.  So Doctor Fedor
 3   saw him again May 9th and basically recommended--
 4   things had not changed much.  The patient had a
 5   little bit of a dry eye. He recommended that he
 6   continue the Maxitrol twice daily. He added Mirro,
 7   128, which is a hypertonic saline, otherwise graft
 8   looks great, keratoconus right eye per optometrist
 9   written instructions given. And he actually did not
10   address the contact lens fitting at all in that
11   note. So I don't know why he did not. If he ordered
12   it at the visit in April, why he didn't mention it
13   at the return in May.
14        Q    What about the August 29th visit?
15        A    Okay. Well, let's see. Then he did see
16   Doctor Blumthal June 24th at which point Doctor
17   Blumthal basically said request Rose K fitting set,
18   and the patient did not, you know, didn't come
19   back. And then he saw--. I'm sorry.  He saw both
20   Doctor Blumthal it looks like and myself. Let's
21   see.  Patient here for keratoconus contact lens fit
22   with Rose K fitting set. Patient states left eye
23   foggy, doesn't want to clear up, also stitches
24   scratching him.
```

Page 34

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | So I think basically I discussed since                       |
| 2  | the patient had 12 diopters of astigmatism, I                |
| 3  | believe what happened that day is he was scheduled           |
| 4  | to see both Doctor Blumthal and myself and I told            |
| 5  | Doctor Blumthal that I thought it would be more              |
| 6  | likely to be successful if we removed sutures and            |
| 7  | tried to decrease the corneal astigmatism down to a          |
| 8  | lower level. And I think that's why the contact              |
| 9  | fitting wasn't done August 9th.                              |
| 10 | To me, it looks like Doctor Blumthal saw                     |
| 11 | him on June 24th, ordered the Rose K set, patient            |
| 12 | came back two months later, and because I wanted to          |
| 13 | take stitches out to reduce the astigmatism, the             |
| 14 | contact lens fitting wasn't done then.                       |
| 15 | Then after that the problem with the                         |
| 16 | glaucoma supervened and the contact lens fit was             |
| 17 | not dealt with during that time because he had               |
| 18 | another more important problem to deal with. After           |
| 19 | that was controlled, then I recommended the contact          |
| 20 | lens fitting again, but at this point that hasn't            |
| 21 | happened.                                                    |
| 22 | Q    You recommended the contact lens fitting                |
| 23 | after the steroid induced glaucoma was treated and           |
| 24 | discussed?                                                   |

Page 35

```
 1       A    That's correct.
 2       Q    You did that on February 24th--
 3       A    That's correct.
 4       Q    (Continuing)--of this year, is that
 5  right?
 6       A    That's correct.
 7       Q    And you did that again on May 21st of
 8  2004?
 9       A    That's correct.
10       Q    Do you know why he has not been fitted
11  based upon that history?
12       A    No. No, I don't. I know that the--.
13  Ordinarily a non-correctional patient, if I saw him
14  in the office, or her in the office, and
15  recommended a contact lens fit, I would just go up
16  to the front desk, write down on my, you know,
17  out-take sheet return for contact lens fitting with
18  Doctor Blumthal, you know, next available and then
19  see me at what whatever time period I thought
20  necessary, one month, two months, four months.
21            With the department of corrections
22  patients we actually are not supposed to schedule
23  that visit because, technically, the patient has to
24  have that visit approved before they come back. I
```

1  imagine there have been problems where patients
2  have returned for a scheduled visit without having,
3  without having had it approved by the department of
4  corrections. I don't know if that's true, but I
5  think that is the reason that that's our office
6  policy is that if the appointment's not scheduled t
7  that it goes back on the sheets.
8        There should be consult sheets from those
9  two dates too that say recommend contact lens fit.
10 I don't know if those are available. Yeah. Here's
11 my sheet from February 24th, 2004, and the plan to
12 continue the various medications.  And then number
13 five is return for fitting of RGP contact lens left
14 eye.
15       And then so at that point we were waiting
16 for the patient to come back for a contact lens
17 fit, but then the next time he appeared back in the
18 clinic was to see me in May. And I don't know why
19 that recommendation, I don't know what happened to
20 that or who did not act on that or decided it
21 didn't need to be acted upon. I don't know.
22    Q   For any medical reasons, did you give
23 directions to the department of correction that
24 your patient and their prisoner, McCroy, should be

Page 37

```
 1   kept in confinement for his own safety and not
 2   allowed to attend classes from which he may earn
 3   credit towards early release and also credit for
 4   courses that might help him rehabilitate himself in
 5   anticipation of early release?
 6        A    I did place him on restrictions
 7   immediately after the suture removal because of my
 8   concerns about a wound dehiscence since the sutures
 9   were removed a little bit ahead of schedule. But by
10   the time he was--from the interval from November up
11   through February, at which point he was a year
12   after the transplant, which is the point at which I
13   would normally remove all sutures from a patient
14   anyway, at that point I don't think he necessarily
15   had to be on restrictions anymore.
16             I will state that he never conveyed to me
17   that my having him placed on restrictions was in
18   any way impeding his ability to participate in any
19   sort of rehabilitation classes or anything like
20   that. He never complained about the restrictive
21   nature of that.
22        Q    Well, have you ever been consulted by
23   anyone from the department of corrections about
24   whether or not for his own medical well-being he
```

```
 1   should be kept from attending classes or normal
 2   recreation that didn't risk some type of impact to
 3   the eye?
 4       A    No one's ever contacted me about that.
 5       MR. LONDRIGAN: I think that's all I have.
 6       MS. POWELL: Doctor, my name's Theresa Powell
 7   and I represent Wexford Health Sources in this
 8   case.
 9                    EXAMINATION
10                    BY MS. POWELL:
11       Q    Have you spoken with any of the
12   physicians at the correctional facility about Mr.
13   McCroy's eye problems?
14       A    Never.
15       Q    Have you spoken with any of the nurses at
16   the department of corrections?
17       A    No. If there's a question about the
18   orders, essentially they get my technicians and my
19   technicians ask me.  Say, in the event the case
20   where I had initially written for one medication
21   and then they said they didn't have that so asked
22   if another could be substituted. But, no, I've not
23   talked with any of the healthcare providers at the
24   institution directly.
```

Page 39

1    Q    Now, you indicated previously that in
2    November of, I think it was November the 6th of
3    2003, that the prescription for Maxitrol was to be
4    discontinued after three days and giving it to him
5    four times a day, is that correct?
6    A    Correct.
7    Q    And you read a note that came after that
8    that indicated a nurse had advised Doctor Lochard,
9    or someone had advised Doctor Lochard that the
10   prescription was for 30 days. Do you recall reading
11   that note?
12   A    Uh-huh. Yes. I have both of those flagged
13   here.
14   Q    That was in the infirmary notes?
15   A    Yeah. One, the offender infirmary
16   progress note, and the other one is the
17   prescription order. So it's chart copy and not a
18   prescription.
19   Q    And did either of those notes indicate
20   who transcribed the order?
21   A    The offender infirmary progress note, it
22   says nurse note up at the top. Down at the bottom
23   it look like it says M. Robert, RN.
24   Q    And that also indicates that Doctor

Page 40

1  Lochard was advised of that order, is that correct?
2     A   It says Doctor Lochard advised BMP, a
3  liver profile, c.b.c. at the bottom. But, yeah, it
4  says up at the top Doctor Lochard notified of
5  orders received from Doctor Zeh.
6     Q   To your knowledge, did Doctor Lochard
7  ever receive anything, either verbally or written,
8  from you personally to indicate what those orders
9  were in contrast to what the nurse transcribed?
10    A   All I can say is I wrote my orders on the
11 prison consult sheet. If he read it, then he got
12 it, and if he didn't read it, then he didn't get
13 it. I don't know who gets those or what's done with
14 them.
15    Q   So you don't know whether or not he would
16 receive that and review it or whether or not a
17 nurse would receive it and take the orders off of
18 it?
19    A   Correct.
20    Q   So you don't have any information, as you
21 sit here today, whether anyone other than a nurse
22 transcribed that order, is that correct?
23    A   That's correct.
24    Q   Also, Doctor, you indicated in your prior

Page 41

```
 1   testimony that as of November 6th of 2003 the
 2   plaintiff's elevation in pressure already existed,
 3   correct?
 4        A    As of November 6th, that's correct. He
 5   came in with a high pressure that day.
 6        Q    And that would correspond with the
 7   diagnosis of steroid induced glaucoma?
 8        A    That's the most likely thing. I mean,
 9   there are other things where patients who don't
10   have, you know, have a normal pressure can suddenly
11   develop a higher pressure, but it's usually in the
12   context of having inflammation in the eye, or blood
13   in the eye, or some other identifiable problem to
14   have an eye that looks exactly the same that it did
15   before and, you know, looks like the other eye and
16   the only difference between them is the use of
17   topical steroids, presumably it's steroid induced
18   glaucoma.
19        Q    Now, you had also indicated that after
20   the corneal transplant in February of 2003,
21   plaintiff, Mr. McCroy, would have been given
22   steroids from that time all the way through
23   November, is that correct?
24        A    That's correct. And the records do
```

        indicate that he was receiving steroid ointment that whole time. Or steroid medications that whole time.

        Q    And so we know that he was continued on that medication basically 27 days beyond what you had recommended, is that correct?

        A    That's what the records indicate.

        Q    Can you say, as you sit here today, to a reasonable degree of medical certainty, that the continuation of those steroids for an additional 27 days had any effect, in and of itself, on his vision?

        A    I can't say with certainly. I don't know what effect, if any, it's had on his vision because we don't know how long the pressure was elevated. We know that it wasn't elevated in August, but it was in November. Somewhere in that three month period the pressure went up.

        Whether or not an additional, you know, 27 days did anything beyond that, I don't think, you know, we just don't have before and after data like that that we can compare and say clearly here he was thus, he was thus, therefore the difference must be due to high pressure. We just don't have

Page 43

1  those kind of data for this kind of problem.
2        It's a possibility, but he certainly, you
3  know, he certainly had had the steroids used for a
4  long period of time and the elevation of pressure
5  could have been, you know, he could have been
6  developed it in August and it could have been going
7  on for three months already.
8        It would have been better for it not to
9  continue, but I cannot say with certainly that it
10 damaged the patient's eye. Because glaucoma, as I
11 mentioned before, is really a disease of months and
12 years in most cases rather than hours and days.
13    Q    Okay. Now, Doctor, I think you'd also
14 testified regarding--
15    A    I'd like to just make the comment that
16 the one thing that has the sticker on it is
17 actually my original clinic note. I think it was
18 this one, which I'll eventually need back.
19    Q    Exhibit 4?
20    A    Yeah, Exhibit 4. Although I suppose I
21 could accept a photocopy if you need the thing with
22 the sticker on it. That would be okay.
23    Q    Doctor, in your note of 12/23/03 you had
24 provided some testimony regarding the medications

Page 44

```
 1   that were being given to the patient?
 2        A    Uh-huh.
 3        Q    And you I believe testified that the
 4   Maxitrol was being given four times a day?
 5        A    Uh-huh.
 6        Q    But the note reflects that it was being
 7   given only twice a day?
 8        A    The reason for the discrepancy I think is
 9   that my technician--.  Before the patient comes
10   into the office she writes down the medications
11   from the previous note, and this is a battle that I
12   have with her constantly is often she doesn't look
13   at the orders that I've written at the end of the
14   previous notes, she just looks to see what was
15   listed for medications at the previous note and
16   then forgets to change them at the, you know, after
17   the patient comes in and we find out what they're
18   really taking and she doesn't go back and change
19   it. And I probably--that's something I probably
20   should have changed too.
21             But I do think that the patient stated he
22   was getting the medication four times a day.
23   Looking at that note, I'm not certain where--I know
24   that the patient told me he was getting it four
```

Page 45