1    put in this patient.

2         Now, because -- quote, unquote -- the

3    patient said the previous lens was messed up, I

4    don't use standard contact lenses like I do on a

5    patient who doesn't have this condition.

6         What I do is I particularly use a lens

7    called Rose K lens, which is a contact lens

8    specifically designed for keratoconus patients.

9         Now, those sets at that point in time we

10   did not have one.  So I had to request it from the

11   lab that manufacturers my contact lenses.

12   Q.    Okay.  Prior to seeing Mr. McCroy on June

13   24, 2003, did you know you would need the Rose K --

14   A.    No.

15   Q.    -- fitting?

16   A.    No, no.  Because I had never seen the

17   patient before.

18   Q.    Okay.  And no one else would have known

19   that he needed that then either, would they?

20   A.    No.

21   Q.    And you can't fit the lens without the

22   settings?

23   A.    Correct.  That's how we assess -- it's a

24   trial fitting set lens of different curvatures.

1    All the same power.  And he -- you get the

2    appropriate fit and then you do what's called an

3    overrefraction over the lens to come up with the

4    appropriate lens power.  And then with those

5    parameters in hand, the lab manufacturers the lens

6    to your specific request.

7        Q.    Was it your understanding at the time that

8    you were the only optometrist seeing the patient?

9        A.    Yes.  You mean in this office --

10       Q.    Right.

11       A.    -- or anywhere?

12       Q.    Well, for this particular contact lens

13   fitting.

14       A.    As far as I knew, yes.

15       Q.    Okay.  You were not coordinating with some

16   other physician --

17       A.    No.

18       Q.    -- in order to do this --

19       A.    No.

20       Q.    -- right?

21       A.    No.

22       Q.    Did you order the Rose K fitting on that

23   date?

24       A.    We ordered the set from the lab.  As far

1    as I know, that says request for Rose K fitting

2    set.

3        Q.    Okay.  Did you --

4        A.    When was that done, I can't give you a

5    date because that would have been a phone

6    conversation probably not recorded in the record

7    saying we've ordered this lens fit from the lab and

8    we wouldn't have scheduled the patient until we had

9    it back in.

10        Q.    Okay.  And then I see that the next visit

11    is August 29, 2003.

12        A.    That's correct.

13        Q.    And that would have been your next and

14    last visit with this patient; is that accurate?

15        A.    That's accurate.

16        Q.    And from what I see in that record, again,

17    looks like the same assistant filled out the --

18        A.    Right.

19        Q.    -- chief complaint portion?

20        A.    Correct.

21        Q.    And it reads that patient here for

22    keratoconus contact lens fit --

23        A.    Yes.

24        Q.    -- with Rose K fitting set --

1        A.    Uh-huh.

2        Q.    -- status post-keratoplasty --

3        A.    Uh-huh.

4        Q.    -- left eye, 2-3-03, correct?

5        A.    Yes.

6        Q.    Patient states, left eye gets foggy and

7   doesn't want to clear up.  Also, stitches are

8   scratching left eye?

9        A.    Correct.

10       Q.    Okay.  At that point did you have the Rose

11  K fitting?

12       A.    Yes, we did.

13       Q.    Okay.  Did you actually place it on that

14  date?

15       A.    No.

16       Q.    And can you tell me why it was that the

17  contact lens was not fitted on August 29, 2003?

18       A.    Okay.  This is where my notes are

19  incomplete, so I can only surmise as what I did.

20             We took a mapping again of his eye for

21  that particular day.  And my notes are absent from

22  the rest of that record.  But I can surmise from

23  the fact that Dr. Zeh did something with his --

24  because the same day, Dr. Zeh saw him.  And it was

1    about sutures.

2         And I think what I may have done is, based

3    upon the patient's complaint that his eye was

4    scratchy, I wanted to make sure he didn't have a

5    suture loose.  Because if he did and they're going

6    to cut it, it would have changed a lot of things,

7    the whole shape of the eye.

8         So even though my notes don't reflect that

9    we did anything, I mean, my notes are absent and he

10   saw Dr. Zeh the same day.  He probably within a few

11   minutes afterwards -- I can only -- accepted his

12   sutures were rubbing.

13        Q.   Okay.  Did you --

14        A.   And that's essentially what he -- well,

15   I'm trying to read his writing.  May have been

16   saying is it okay to fit this lens, because he

17   makes a note about may limit ability to fit his

18   contact lens, based upon the topography.

19        Sometimes it's based on the shape of what

20   you're left with post-operatively.  Sometimes some

21   eyes are nearly impossible to fit.

22        Q.   Okay.  Now, when I look at Dr. Zeh's note

23   of 8-29-03 on the part that he actually wrote under

24   plan, it says number one, can you tell me what that

1    is.

2         A.    Remove one to two sutures today.

3         Q.    Number one, where it says under plan.

4         A.    (No response.)

5         Q.    I guess you're looking at a different page

6    than I am.  I'm looking at 8-29-03.  Right here.

7         A.    Oh, sorry.  That's this one.

8         Q.    Okay.  Can you tell me what --

9         A.    Okay.  Under plan?

10        Q.    What is that?

11        A.    Good question.  What does C.P.M. mean?

12        Q.    I couldn't tell if it was a C or an L.

13        A.    Either either a C or -- okay.  If you look

14   at the way he shapes his letters, below number two,

15   those two letters look identical.  That says return

16   to care in three months.  Oh.  Continue

17   prescription medications, is what that means.

18        Q.    Okay.  All right.

19        A.    I write C.M.T., which is continue medical

20   treatment.  Some doctors -- that's what it looks

21   like he means.  That would be continue current

22   medications, return in three months.  Remove one to

23   two running sutures if unable to get R.G.P. fit on

24   left eye as is.

29

1      Q.    Okay.  And so we know that Dr. Zeh did

2  remove one of the two sutures, correct?

3      A.    But not at that day, I don't think.

4      Q.    On another date, right?

5      A.    Yes.

6      Q.    And you were not able to fit the contact

7  lens on August 29th --

8      A.    Correct.

9      Q.    -- of 2003?

10     A.    Correct.

11     Q.    And you did not see him again after --

12     A.    That's correct.

13     Q.    -- that date?

14     A.    That's correct.

15     Q.    You were never asked to see him again,

16  were you?

17     A.    No.

18     Q.    Would it be fair to assume that neither

19  Dr. Zeh nor anyone else affiliated with Prairie

20  requested you to see him during the time that

21  Mr. McCroy was a patient at Prairie Eye Center?

22     A.    After that point?

23     Q.    Correct.

24     A.    Correct.

1        Q.    All right.  If they wanted you to, they

2   could have simply referred him back to you --

3        A.    Correct.

4        Q.    -- through the desk?

5        A.    Right.  Because they would have at least

6   made some notation, even in here, saying okay to

7   fit contact lens on patient or time to fit patient

8   with contact lens.

9        Q.    Okay.  Would it also be fair to assume

10  that the reason he's not being fitted for a contact

11  lens is that his eye was not in a stable condition

12  to receive that lens?

13       A.    Based upon review of the records, I would

14  say yes.

15       Q.    And you would want his eye to be stable so

16  that you could do the corneal topography and fit it

17  for a contact lens that he could keep for a

18  significant period of time?

19       A.    Correct.

20       Q.    Because as the eye encounters these

21  conditions, topography would change and the fit

22  would therefore change, correct?

23       A.    To some degree, yes.  He had a lot of

24  medical problems.  I mean, he -- all the sudden he

1   developed glaucoma -- elevated eye pressures.  He

2   had some surface problems with discomfort -- I mean

3   with -- with drying.  And until you got a stable

4   transplant and a stable tear film, you can't put a

5   contact lens on that eye.

6          There's a note here, number six, there's a

7   note.  Patient wonders when to see Dr. Blumthal.

8   The thing about it was is this guy had an eye that

9   really was very unstable.

10     Q.    And that note was made on November 6th of

11  '03 --

12     A.    Uh-huh.

13     Q.    -- by someone else, correct --

14     A.    Correct.

15     Q.    -- when the patient was seeing Dr. Zeh?

16     A.    Uh-huh.  That was a notation.  Whoever was

17  the technician that wrote up the initial why the

18  patient was coming in --

19     Q.    Right.

20     A.    -- he must have made that remark to them.

21  And if they make that remark, they'll put it in the

22  record.

23     Q.    Right.  And there's no suggestion on

24  November 6th of '03 --

32

1      A.    Huh-uh.

2      Q.    -- that the patient should have been

3    referred for the contact lenses?

4      A.    Right.   Because there's no reference in

5    here because it talks about return to care to --

6    for things relating to what they were doing.

7      Q.    Okay.

8      A.    Follow up one -- says follow up one month.

9    Topography.   Check I.O.P.   But no reference to any

10   contact lens fitting.

11     Q.    And doctor, as far as you're aware with

12   respect to your care and treatment of the patient,

13   the patient was brought back when you requested him

14   to be returned for these follow-up visits with you,

15   right?

16     A.    Yeah, as far as I know.   I mean, I --

17   these are -- the only visits he saw me for -- I saw

18   him twice.   Yeah.   I mean, I'm sorry.   Repeat your

19   question.   See if I answered it correctly.

20     Q.    As far as you're aware, the patient was

21   returned to the Prairie Eye Center --

22     A.    Correct.

23     Q.    -- as requested --

24     A.    Correct.

1      Q.    -- for his follow-up visits, correct?

2      A.    Correct.

3      Q.    Okay.  Would it be fair to say, as well,

4   that the opinions you've given us today regarding

5   the eye conditions of Mr. McCroy are to a

6   reasonable degree of medical certainty?

7      A.    Yes.

8            MS. POWELL:  Okay.  I think that's all I

9   have.

10            MS. CHOATE:  I just have a curiosity

11   question.

12                    EXAMINATION CONDUCTED

13                    BY:  MS. CHOATE

14      Q.    Are all of your patients, other than

15   Mr. McCroy, are they all from just right here in

16   Springfield?

17      A.    No.

18      Q.    About how far do some of your patients

19   travel to get here?

20      A.    My patients come from as far away as --

21   let's see.  As far south as Litchfield, okay?

22   Actually as far south as Marion.  I have a couple

23   that come from Marion.  As far east as Paris and

24   Mattoon.  And as far north as Canton.

1        Q.    So it's not unusual for patients with

2    certain eye conditions to have to travel quite a

3    ways to see their doctors?

4        A.    Correct.

5            MS. CHOATE:  Nothing further.

6        A.    Based upon their preferences.  If they

7    found a doctor they like, they're going to follow

8    them.

9            MS. CHOATE:  Thank you.

10                   EXAMINATION CONDUCTED

11                   BY:  MS. POWELL

12        Q.    Only other question I had, doctor, do you

13    know why Mr. McCroy was not seen by Prairie Eye

14    Center after October of 2004?

15        A.    That's probably a question you're going to

16    have to ask Dr. Farris, because he was a doctor of

17    care at that time.

18        Q.    Right.

19        A.    And he knows how to read his writing

20    better than I do.

21        Q.    And I will ask him about that, but I just

22    wondered if you knew.

23            MS. POWELL:  Thank you.  That's all.

24        A.    But I mean, as far as -- if you look at

1    the notes and follow through, there's a note from

2    Dr. Odin in September about blunt trauma and then

3    there's a note from Dr. Farris -- if you notice on

4    the back side it says no follow-up appointment

5    made, so -- and I -- I have no idea what that -- at

6    that point what -- I mean, his note makes sense.

7    Patient states he has lots of pain.  Unable to turn

8    head from side to side.  Bandage in place.  And

9    you'll have to have him interpret this.

10       Q.   Okay.  I will do that.

11          MS. POWELL:  Thank you.

12       A.   Yeah, that's because -- that's the last --

13    yeah, okay.

14          MS. POWELL:  That's all I have.  Thank you

15    very much, doctor.

16          MR. TENNEY:  I got a question, too.

17    Carissa, do you have any?

18          MS. HANING:  I have none.

19               EXAMINATION CONDUCTED

20                  BY:  MR. TENNEY

21       Q.   The first time you saw him was June 24th

22    '04; in other words, you never saw him before that

23    date?

24       A.   Correct.

1          Q.    And just to clarify this, no one ever

2     suggested to you or directed you to evaluate the

3     right eye for a contact lens fitting, did they?

4          A.    Here in the office, or from outside the

5     place?

6          Q.    I guess anywhere.

7          A.    Well, he came in with a couple of -- with

8     no lenses in either eye, okay?  So the assumption

9     was based upon the patient's response is that with

10    no lens, okay, I would try to fit both eyes.

11         Q.    Okay.  But no one --

12         A.    But no one directed me to say, fit the

13    right eye.  That was my personal opinion and my

14    personal choice.  The patient coming in and saying,

15    my lens was a crumby fit, I don't put that -- I

16    don't put any credence behind that for the simple

17    fact that based upon patient's complaints, I have

18    no idea why he felt that way and we didn't -- we

19    didn't pursue that.  Because we were more concerned

20    about his left eye than his right eye.

21         Q.    Okay.  So did you -- I guess you never --

22         A.    Never assessed the fit because he didn't

23    have a lens with him when he came in.

24         Q.    And so you -- just to make sure the

1    question and answer are clear on the record, you

2    never made any assessment of the fit --

3         A.   That's correct.

4         Q.   -- in his right eye?

5         A.   That's correct.

6         Q.   And also, so that we're clear on this,

7    August 29th of '03 visit, that was one where it

8    appeared that maybe he was there for --

9         A.   He was there initially because we received

10   the fitting that --

11        Q.   Right.

12        A.   It was time for him to be fit with the

13   lens.  But based upon the patient's complaints, I

14   won't put a lens on a patient that comes in saying

15   I have a scratchy eye.  I won't -- I'll take a look

16   at that and see if I can see why.  And if it's

17   something I cannot manage, then I'll find a

18   practitioner in the practice that will manage that

19   for me.

20        Q.   Might it also have been the case that

21   Dr. Zeh would have said, let's not take the --

22   let's not fit him yet until we get the sutures out?

23        A.   That's probably correct.  Because his --

24   his -- his notation says he was going to remove

1    sutures.  And when you remove -- there's a

2    reference in there earlier about corneal folds,

3    okay?  And if the sutures are tight and the eye's

4    healing, sometimes it's like a piece of cellophane.

5    If it's pulled too tight, you'll see folds in the

6    cornea.  And they'll cut a suture in there and

7    relax that and all the sudden the cornea will look

8    clear.

9        Q.   And it would make sense then to make sure

10   that problem was resolved --

11       A.   Correct.

12       Q.   -- before you try to put a lens --

13       A.   Correct.

14       Q.   And it wasn't just the sutures that were a

15   complication for him.  If I understood, he had --

16   you referred to his eye as being unstable --

17       A.   Correct.

18       Q.   -- and that he had --

19       A.   He had -- when they complain of scratchy

20   eyes, usually you have surface disease, meaning

21   that for some reason or another the relationship

22   between the lid and interface with the cornea was

23   causing some tissue to be moved and scratched open.

24   And until that's stable and in tact and clear, you

1    can't put a lens on that.  In other words, you

2    don't put a lens on an eye that has any potential

3    compromise of its medical condition.

4    Q.   So the only reason that you never put a

5    lens in Mr. McCroy's left eye was because --

6    A.   Wasn't healed yet.

7    Q.   -- he was never in a position you thought

8    was appropriate to put one in?

9    A.   Correct.

10    Q.   And you also said that sometimes with

11    people who have had this surgery, their eyes are

12    nearly impossible to fit.

13    A.   Well, depends on what you end up with in

14    terms of -- I mean, if -- some of these

15    topographies are so -- I mean, today we have a

16    lens.  But back in 2003, you're limited in what you

17    can fit.  And if you have a significant curvature

18    disparity, I wouldn't attempt to fit the lens.

19    Q.   Did you ever come to that determination or

20    conclusion as regards to Mr. McCroy that he just

21    wasn't --

22    A.   Not -- not at that point because he -- he

23    still wasn't healed.

24    Q.   Did you ever see him after he got --

1      A.    No.

2      Q.    -- quote, completely --

3      A.    No.

4      Q.    -- healed?  And we don't know why that --

5   we don't know why you never saw him again after --

6      A.    Well, I think -- from the -- from the

7   looks of the records, he had surface complications

8   that they had to resolve.

9            I mean, if you look at the notes and you

10  find that you follow through, the major complaint

11  is -- I mean, under Dr. Zeh's care, you know, he

12  had problems with respect to eyes feeling scratchy.

13  He talked about shadows and he talked about all of

14  those things.  He had problems with trying to get

15  his eye pressure under control.

16           Those are all things that was being

17  managed by Dr. Zeh.  Until you get that all

18  under -- until you get that patient -- the eye

19  pressure controlled, corneal surface clear and

20  you -- you feel as if the sutures are in the

21  appropriate place, then you can refer him back to

22  appropriate care to me.

23     Q.    Okay.

24     A.    But up until that point, it looks to me

1    like from the records that they never reached that

2    point, okay, of referring him back to me because I

3    think his -- his cornea never completely

4    stabilized.

5        Q.    And have we identified a date which would

6    have been the last time that Mr. McCroy was seen by

7    anybody here at --

8        A.    Uh-huh.

9        Q.    -- this clinic?

10       A.    Yeah.  October 15th.  That's the last note

11    in the record, it looks like.

12       Q.    That would be of 2003?

13       A.    Four, 2004.  Yeah, because it says,

14    post-evaluation left eye from surgery of 10-11 --

15    or post-op evaluation from the left eye from the

16    previous -- 11-11-04.  And this is 10-15 of '04.

17       Q.    So October 15th of '04 was the last time

18    he was seen at this clinic?

19       A.    From my understanding from the last record

20    in the -- in the -- the last written record in the

21    chart, yes.

22       Q.    Who saw him that day?

23       A.    Dr. Farris.

24          MR. TENNEY:  Okay.  Thank you very much.

42

1          THE WITNESS:  Anybody else?

2          MR. TENNEY:  Nope.

3          MS. HANING:  Nothing.

4          MS. POWELL:  Thanks, doctor.

5

6

7                    *****

8

9     (Whereupon deposition concluded at 2:35 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

43

```
 1    STATE OF ILLINOIS)
                       )
 2    COUNTY OF MACON  )

 3
           I, Dana Jo Rowe, a Notary Public in and for the
 4    County of Macon, State of Illinois, do hereby
      certify that ROBERT J. BLUMTHAL, O.D., the deponent
 5    herein, was by me first duly sworn to tell the
      truth, the whole truth and nothing but the truth,
 6    in the aforementioned cause of action.
           That the foregoing deposition was taken on
 7    behalf of the Defendant, on the 14th day of
      February, 2007.  That said deposition was taken
 8    down in stenograph notes and afterwards reduced to
      typewriting under my instruction; and that it is a
 9    true and accurate record of the testimony given by
      the deponent.
10         I do hereby certify that I am a disinterested
      person in this cause of action; that I am not a
11    relative of any party or any attorney of record in
      this cause, or an attorney for any party herein, or
12    otherwise interested in the event of this action,
      and am not in the employ of the attorneys for
13    either party.
           IN WITNESS WHEREOF, I have hereunto set my hand
14    and affixed my notarial seal this 14th day of
      February, 2007.

15                        Dana Jo Rowe, RPR

16
                          Dana Jo Rowe, RPR
17                        Notary Public

18

19

20    "OFFICIAL SEAL"
      Dana Jo Rowe Notary Public, State of Illinois
21    My commission expires:  10/31/09

22

23

24
```