

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

April 2, 2007

Mr. Tom Londrigan
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
Springfield, Illinois 62705

    Re:   *Aaron McCroy, #N-51882 vs. IDOC, et al.*
           USDC-CD Ill. No. 02-3171

Dear Mr. Londrigan:

    The enclosed grievances are all that the Administrative Review Board had in their files. As noted in my e-mail to you last week, these greivances, along with the grievances sent to you with the interrogatories, are all that are in the Department's files regarding Aaron McCroy. If Mr. McCroy has other grievances, the Department does not have them and cannot produce them.
    I have also enclosed the paragraph from the minutes of the Quarterly Review Meeting from September of 2002 that discuss corneal transplants. You will note that there is no mention of McCroy or any other particular inmate. I have asked Dr. Elyea to look through the minutes from June or July of 2002 that were referenced during his deposition. If he can find any discussion relevant to Aaron McCroy's issues, I will forward that to you as well.

    This will also serve as my formal, written objection to the discovery requests sent on March 15, 2007 by fax. I did not agree in writing to receiving service of this discovery request by fax, and according to rule, service by fax is unacceptable if not consented to in writing. Additionally, as discovery was to be completed by March 15, 2007, the request was untimely. I also object to the substance of the request, specifically to request number 3, which asked for the minutes of the quarterly review meetings as irrelevant to the extent the information does not reference Aaron McCroy. Moreover, to produce such minutes would compromise the ability of the Department to candidly discuss internal medical issues in order to make positive changes. Not withstanding this objection, as I told you previously, I have provided the excerpt of the quarterly meeting that references corneal transplants



500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

Mr. Tom Londrigan                              -2-                                April 2, 2007

and will provide any others from that time frame if they are found.  Additionally, to my knowledge you have everything referencing Aaron McCroy that my defendants have that is not privileged.

    Regarding the Fourth Supplemental Request for Production, the defendants object to the extent that request asked for all of the reports from the Warden to the Director as irrelevant to anything in this case.  Notwithstanding this objection, should those reports reference Aaron McCroy, we will provide that portion of the report to counsel.  Defendants have already produced the job descriptions of the various defendants in this case.

    Sincerely,

    Kelly Choate
    Assistant Attorney General

KC



# ILLINOIS DEPARTMENT OF CORRECTIONS
## Office of Health Services
### ~~Telefax Transmission~~

**TO:** Kelly Choate

**FROM:** W. Elyea, M.D.

**SUBJECT:** _____

**DATE:** 3-29-07

**FAX NUMBER:** (217)-782-8767

**Number of pages transmitted including this sheet:** 2

**MESSAGE:** Please note the policy and statement did not refer to a particular case or vendor. Thanks

*ILLINOIS ATTORNEY GENERAL*
*GENERAL LAW BUREAU*
*SPRINGFIELD*
*RECEIVED MAR 29 2007*

**IMPORTANT:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and properly dispose of same.
Thank you.

For assistance regarding this transmittal call:
Doris Vance
PHONE: (312) 814-3233
FAX: (312) 814-2186



Kelly -
Remainder of minutes redacted from page 4. This is all that was said at the meeting of September 18, 2002.

*[signature]*

Corneal Grafting -- Dr. Elyea stated that corneal transplantation or grafting is to be a vendor utilization issue and expense. It is not a transplant under the Department Rule of organ transplants.

4