E-FILED
Thursday, 03 May, 2007  04:11:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE OVER THE PAGE LIMIT**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRAH K. FUQUA, DENNIS HOCKADAY, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby submit their Motion for Leave to File Over the Page Limit, pursuant to L.R. 7.1(B)(2). In support thereof Defendants state as follows:

1.  Defendants' motion for summary judgment is due on or before May 4, 2007.

2.  Defendants' memorandum of law in support of their motion for summary judgment is 37 double spaced pages.

3.  Defendants' memorandum addresses five counts, eight defendants and numerous separate arguments. Fifteen pages was insufficient for the defendants to fully address and support their arguments.

4. Neither the court, nor the Plaintiff will be prejudiced by the additional pages.

WHEREFORE, for the above and forgoing reasons, Defendants pray this honorable Court grant their Motion for Leave to File Over the Page Limit.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS, JULIUS FLAGG, SANDRA FUNK, DEBRAH K. FUQUA, DENNIS HOCKADAY, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS,

        Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 3, 2007, I electronically filed a Motion for Leave to File Over the Page Limit with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
atroemper@hrva.com

Carissa A. Haning
carissa@lprpc.com

and I hereby certify that on May 3, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us