IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| -vs- | )    No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRAH K. FUQUA, DENNIS HOCKADAY, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Fed. R. Civ. P. 56(b), hereby submit their motion for summary judgment. In support thereof, defendants state as follows:

    1.    Summary judgment is proper in this case.

    2.    Count II, and any complaint for damages for violations of Plaintiff's constitutional rights by Defendants in their official capacities are barred by the Eleventh Amendment.

    3.    Plaintiff cannot show, as a matter of law, that any of the defendants caused him to be placed in general population or with his cell mate and faced a substantial risk of serious harm. The defendants who were told of the risk took reasonable steps to abate that risk.

    4.    Plaintiff cannot show, as a matter of law, that any of these defendants were deliberately indifferent to Plaintiff's serious medical needs, and to the extent co-defendants' motions for summary judgment address Plaintiff's medical care, Defendants adopt any facts and arguments asserted by co-defendants in this count.

5. Plaintiff cannot show, as a matter of law, that the Department of Corrections, or any of these defendants in their official capacities violated Plaintiff's rights under the Americans With Disabilities Act or the Rehabilitation Act.

6. Defendants are entitled to qualified immunity.

7. Plaintiff is not entitled to injunctive relief as there is no ongoing constitutional violation.

8. Defendants' statement of facts claimed to be undisputed is attached hereto and incorporated herein.

9. Defendants memorandum of applicable law and argument is attached hereto and incorporated herein.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for summary judgment.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, JULIUS FLAGG, SANDRA FUNK, DEBRAH K. FUQUA, DENNIS HOCKADAY, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2007, I electronically filed a Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
atroemper@hrva.com

Carissa A. Haning
carissa@lprpc.com

and I hereby certify that on May 4, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

    Respectfully Submitted,
    s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us