3:02-cv-03171-HAB-BGC   # 380-9   Page 1 of 2

2/16/07   McCroy v. Illinois Dept. of Corrections
Sandra Funk

E-FILED
Friday, 04 May, 2007 02:23:43 PM
Clerk, U.S. District Court, ILCD

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                   SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6           Plaintiff,

 7       vs.                            No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
             Defendants.
10

11

12

13           THE DEPOSITION of SANDRA FUNK, taken in

14   the above-entitled case before Debra K. Baldwin, a

15   Notary Public of Sangamon County, acting within and

16   for the County of Sangamon, State of Illinois, at

17   1:40 o'clock P.M., on February 16, 2007, at 3000

18   Montvale, Springfield, Sangamon County, Illinois,

19   pursuant to notice.

20

21

22
             Baldwin Reporting & Legal-Visual Services
23              Serving Illinois, Indiana & Missouri
        24hrs (217)788-2835   Fax (217)788-2838
24                     1-800-248-2835
```



Page 1

```
1      A    If it wasn't an emergency grievance and
2  they would respond with an answer, then we'd
3  respond to the inmate with a response. If it was
4  normal grievance procedures, it went on to the
5  grievance officer.  They came to me to review,
6  concur or not concur with that. If I didn't concur
7  with it and needed more information or something,
8  it was referred that way. If I concurred, then it
9  would get back to the offender.
10     Q    As far as the healthcare unit is
11 concerned, what were your duties regarding the
12 healthcare unit?
13     A    Basically oversee the--if there were
14 any -- what do I want to say? -- if there were
15 really any issues in there that I could deal with.
16 I mean, obviously I can't handle the medical
17 issues.  I'm not licensed in that respect.
18     Q    And what type of issues would it be that
19 you could deal with?
20     A    I was immediate supervisor for the
21 healthcare unit administrator.
22     Q    Do you recall who that was while you were
23 there?
24     A    Debbie Fuqua.
```

Page 21