3:02-cv-03171-HAB-BGC    # 380-12    Page 1 of 13

3/8/07                McCroy v. Illinois Dept. of Corrections
Barb Bowers

E-FILED
Friday, 04 May, 2007  02:25:55 PM
Clerk, U.S. District Court, ILCD

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                     SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6           Plaintiff,

 7      vs.                              No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
             Defendants.
10

11

12

13           THE DEPOSITION of BARB BOWERS, taken in

14   the above-entitled case before Debra K. Baldwin, a

15   Notary Public of Sangamon County, acting within and

16   for the County of Sangamon, State of Illinois, at

17   12:40 o'clock P.M., on March 8, 2007, at Western

18   Illinois Correctional Center, Mt. Sterling, Brown

19   County, Illinois, pursuant to notice.

20

21

22
          Baldwin Reporting & Legal-Visual Services
23          Serving Illinois, Indiana & Missouri
        24hrs (217)788-2835   Fax (217)788-2838
24                    1-800-248-2835
```



Page 1

3/8/07                              McCroy v. Illinois Dept. of Corrections
Barb Bowers

```
1      APPEARANCES:

2              LONDRIGAN, POTTER & RANDLE
               BY:  Thomas F. Londrigan, Esq.
3                   1227 South Seventh Street
                    Springfield, Illinois 62703
4                   On behalf of Plaintiff.

5              MS. KELLY CHOATE
                    Assistant Attorney General
6                   500 South Second Street
                    Springfield, Illinois 62706
7                   On behalf of Defendant Illinois
                    Department of Corrections.
8
               HEYL, ROYSTER, VOELKER & ALLEN
9              BY:  Ms. Theresa Powell
                    Attorney at Law
10                  National City Bank Building, Suite 575
                    Springfield, Illinois 62701
11                  On behalf of Defendant.

12             HUGHES, HILL & TENNEY, LLC.
               BY:  Ms. Lyndsay Dudgeon
13                  Attorney at Law
                    236 North Water Street
14                  Decatur, Illinois 62525
                    On behalf of Defendant Doctor David
15                  Anderson.

16

17

18

19

20

21

22

23

24
                                        Page 2
```

```
 1                       I N D E X

 2    DEPONENT                              PAGE NUMBER

 3    Barb Bowers

 4        Examination by Mr. Londrigan           5

 5

 6

 7

 8

 9

10                    E X H I B I T S

11    NUMBER                       MARKED FOR IDENTIFICATION

12    (None.)

13

14

15

16

17

18

19

20

21

22

23

24
                              Page 3
```

1           S T I P U L A T I O N

2           It is stipulated and agreed, by and between the parties hereto, through their
3    attorneys, that the deposition of BARB BOWERS may be taken before Debra K. Baldwin, a Notary Public
4    and Certified Shorthand Reporter and Registered Professional Reporter, upon oral interrogatories,
5    on the 8th of March A.D., 2007, at the instance of the Plaintiff at the hour of 12:40 o'clock P.M.,
6    Western Illinois Correctional Center, Mt. Sterling, Brown County, Illinois;
7
             That the oral interrogatories and the
8    answers of the witness may be taken down in shorthand by the Reporter and afterwards
9    transcribed;

10           That all requirements of the Federal Rules of Civil Procedure and the Rules of the
11   Supreme Court as to dedimus, and the reading over and signing of the deposition by the witness, are
12   expressly waived;

13           That any objections as to competency, materiality or relevancy are hereby reserved, but
14   any objection as to the form of question is waived unless specifically noted;
15
             That the deposition, or any parts thereof
16   may be used for any purpose for which depositions are competent, by any of the parties hereto,
17   without foundation proof;

18           That any party hereto may be furnished copies of the deposition at his or her own expense.
19

20

21

22

23

24

```
 1                    (Whereupon the Deponent was

 2                    sworn by the Notary Public.)

 3                B A R B   B O W E R S

 4   having been first duly sworn by the Notary Public,

 5   deposeth and saith as follows:

 6                    EXAMINATION

 7                    BY MR. LONDRIGAN:

 8       Q    Is it Ms. or Mrs. Bowers?

 9       A    I'm divorced.

10       Q    Okay. You prefer?

11       A    It doesn't matter.

12       Q    I'm court appointed counsel for Aaron

13   McCroy who was a prisoner here at this institution.

14   We saw your name on some documents based upon an

15   incident and that's the reason that I came over

16   here ask you some questions today. Have you ever

17   gone through this process?

18       A    No.

19       Q    This lady will transcribe my questions

20   and your answers, and you'll have a chance later

21   on, if you want to, to read and see if you feel

22   there have been any transcription errors. You'll be

23   placed under oath.  And if you don't understand any

24   of my questions, I'll be happy to reframe them and
```

Page 5

```
1    ask them differently so that we understand each
2    other.
3         A    Okay.
4         Q    Do you work here at the penitentiary now?
5         A    Yes.
6         Q    You do.
7              Tell me a little bit about your
8    background. When did you graduate from school,
9    where did you go to--
10        A    I graduated from school in 2003. Oh. '93.
11   I'm sorry. 1993. I work at Blessing Hospital for a
12   while. Then I worked at a nursing home until I--in
13   Quincy. Then I worked at one, Good Shepherd in
14   Golden, because that's close to where I live, and
15   then I came here.
16        Q    And you're an RN?
17        A    Yes.
18        Q    Is that right?
19        A    Yes.
20        Q    And you've always been--. Well, when was
21   it you came here?
22        A    2000.
23        Q    Who was your immediate supervisor when
24   you came here in 2000?
```

```
1       A    Janice Hendricks.

2       Q    And did she continue to be your

3    supervisor throughout or did that change?

4       A    No. She wasn't--. I can't remember how

5    long she was here. It wasn't probably more than a

6    year and--. No, it was more than a year. Maybe a

7    year and a half. And then Jennifer Blazing.

8       Q    Okay. And is she currently--

9       A    No.

10      Q    (Continuing)--your supervisor?

11      A    No.

12      Q    Who is today?

13      A    Carolyn Mull. And she just started like a

14   week ago.  We were without a director of nursing

15   for several months. Maybe eight or nine months.

16      Q    Do you recall an inmate who was also a

17   patient in the infirmary by the name of Aaron

18   McCroy?

19      A    I recall the name. I don't recall any

20   specifics or anything as a rule.

21      Q    Do you recall that he was a patient--

22      A    Right.

23      Q    (Continuing)--with eye problems when he

24   was here?
```

Page 7

1       A    Yes.  Yes.

2       Q    And do you recall that while he was in
3  the infirmary that he had a television set with
4  him?

5       A    I don't recall that. I don't know.

6       Q    Do you recall an incident where you
7  signed off on a report about a dispute that he had
8  with someone while in the infirmary in the
9  healthcare unit?

10      A    No, I don't recall that. I don't recall
11  that.

12      Q    You were there on a daily basis in 2003
13  and 2004, weren't you?

14      A    Well, I worked four days a week.

15      Q    And how are people assigned in to and out
16  of the healthcare unit in the infirmary?

17      A    It's by the doctor's order.

18      Q    And when you say "the doctor", who do you
19  mean?

20      A    I'm not sure.

21           Was Doctor Sims here at this time?
22  Perhaps he was here.

23      Q    No, I don't believe he was.

24           In the absence of--

Page 8

1    A    Then Doctor Brown I would say.

2    Q    Was there a period of time between
3 Doctor Sims and Doctor Brown where there--

4    A    When we had no doctor?

5    Q    Yes.

6    A    Yes. There was a long period.

7    Q    And who was making the decisions then
8 about who would come and go from the infirmary?

9    A    A lot of times it was Doctor Lochard. I
10 think he was the doctor on call.

11    Q    Do you ever recall telling the patient --
12 and I'm talking about Aaron McCroy now -- that he
13 had been discharged from the infirmary?

14    A    No. I don't recall that.

15    Q    What normally happens when a person is
16 discharged from the infirmary?

17    A    They go to the housing unit or they stay
18 in the infirmary until they can find a cell for
19 them.

20    Q    Who would be responsible for finding a
21 cell for a patient after that patient had been
22 discharged from the infirmary?

23    A    Placement.

24    Q    And how would placement be notified that

1    they needed to find a cell for a patient?

2         A    We tell the shift commander that he's

3    been discharged and I assume the shift commander

4    calls placement. We also call the armory, so maybe

5    perhaps they call placement.

6         Q    What about paperwork?

7         A    Oh, we fill out a discharge paper.

8         Q    Now, assuming that when you discharge

9    this person they are medically unassigned because

10   they're unable to physically carry out any job

11   duties. Is that information provided to the

12   placement people?

13        A    I'm sure it is because they know who is

14   medically unassigned and who isn't.

15        Q    All right.

16        A    I'm not sure about after discharge. The

17   doctor has to write the order after discharge for

18   them to be medically--. Well, I don't know. If he

19   writes it while they're in there, I guess it's good

20   until he writes that it's discontinued.

21        Q    What I'm trying to get at is what type of

22   information does medical provide to the placement

23   people about the health and risk to health of the

24   placement people?

```
 1      A    Nothing.
 2      Q    And that's never been required here at
 3  this institution, is that right?
 4      A    No. Not that I'm aware of.
 5      Q    Were you aware that Aaron McCroy had a
 6  corneal transplant?
 7      A    Yes.
 8      Q    And you understand what that involves?
 9      A    Yes.
10      Q    And when he was there, were you aware
11  that he was to avoid any type of contact with that
12  eye, including even rubbing it himself?
13      A    Yes. But he went to the yard at his
14  insistence.
15      Q    And did he get in a fight with anybody at
16  the yard?
17      A    Not that I'm aware of. But people get
18  injured at the yard every day. It's like being out
19  in population. You've got a whole bunch of other
20  inmates out there at the same time.
21      Q    Are you aware of any fights that occurred
22  where people were injured here at Western between
23  cellmates?
24      A    It happens all the time.
```

Page 11

1    Q    Are you aware of whether or not, in this
2    case, there was any medical information that
3    accompanied Aaron McCroy at the time he was placed
4    in general population to avoid the possibility of
5    he being placed in a cell with another prisoner who
6    had a history of violence?
7    A    I'm not aware of that.
8    Q    Are you aware of any process here where
9    medical transmits information on health risks to
10   the patient to the placement office?
11   A    No.
12   MR. LONDRIGAN: I think that's all.
13   MS. POWELL: I don't have anything.
14   MS. CHOATE: I don't have anything.
15   MS. DUDGEON: I don't have anything.
16   MS. POWELL: We'll waive.
17                FURTHER DEPONENT SAITH NOT.

```
1   STATE OF ILLINOIS  )
                       )  SS
2   COUNTY OF SANGAMON )
```

3                C E R T I F I C A T E

4        I, Debra K. Baldwin, a Notary Public and

5   Certified Shorthand Reporter and Registered

6   Professional Reporter in and for said County and

7   State do hereby certify that the Deponent herein,

8   BARB BOWERS, prior to the taking of the foregoing

9   deposition, and on the 8th of March A.D., 2007, was

10  by me duly sworn to testify to the truth, the whole

11  truth and nothing but the truth in the cause

12  aforesaid; that the said deposition was on that

13  date taken down in shorthand by me and afterwards

14  transcribed, and that the attached transcript

15  contains a true and accurate translation of my

16  shorthand notes referred to.

17       Given under my hand and seal this 23rd

18  day of March A.D., 2007.

19                    *signature: Debra K. Baldwin*

20                    Notary Public and
                      Certified Shorthand Reporter and
21                    Registered Professional Reporter

22

23  License No. 084-002128

OFFICIAL SEAL
DEBRA K. BALDWIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2006

24

Page 13