E-FILED
Friday, 04 May, 2007 02:26:58 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON McCROY,

Plaintiff,

vs. No. 02-3171

ILLINOIS DEPARTMENT OF CORRECTIONS, et al,

Defendants.

THE DEPOSITION of CINDY THOMPSON, taken in the above-entitled case before Debra K. Baldwin, a Notary Public of Sangamon County, acting within and for the County of Sangamon, State of Illinois, at 11:00 o'clock A.M., on March 8, 2007, at Western Illinois Correctional Center, Mt. Sterling, Brown County, Illinois, pursuant to notice.

Baldwin Reporting & Legal-Visual Services
Serving Illinois, Indiana & Missouri
24hrs (217)788-2835 Fax (217)788-2838
1-800-248-2835

COPY

nurse practitioner, would then bring that to you for notation. What requires that that be done? Is there a regulation or a rule?
A I'm sure there's a regulation. I mean, whenever a doctor or a nurse practitioner writes a note, a nurse, whether it be an RN or an LPN, needs to note it off. And I'm sure it is a regulation.
Q Who was it that was discharging this patient/inmate from the care of the healthcare unit?
A Well, it looks to be like Nurse practitioner Mills.
Q Does she have authority under the rules and regulations to do that?
A Yes.
Q Explain that. Explain how that works. Who gives her that authority?
A Well, she's working here as the nurse practitioner, which is just right under the doctor, so it would either be a doctor or, as you read across the top here, an MD, a nurse practitioner, a dentist, or psychiatrist can dismiss somebody from the infirmary.
Q And who did that in this case?

and I don't care how long until I get an answer to that type of question.

Q You can either say "I don't know" or you can tell me what was done.

A I told you I don't know.

Q All right. Do you understand whether or not there is any policy that exists in this institution where healthcare professionals are required to share information on risk to a patient that's discharged to the placement office?

A If the doctor writes a specific order.

Q So it would require a doctor to write a specific order and for that specific order to be transmitted to the placement office?

A If there was a specific order written.

Q Do you know if that was done in this case?

A If the doctor wrote a specific order?

Q Yes. Or anyone. Anyone in healthcare.

A I can see my notes here. It says no further medical need for detention. He will continue meds and see ophthalmologist for new opinion.

Q Yes. I've seen that.

Now, would you read back the question that I asked her.

(Whereupon the requested portion of the record was read back by the Reporter.)

THE DEPONENT: I guess I don't know.

MR. LONDRIGAN: Q Do you know if that's ever done here, as a matter of policy, to give information to the placement office about specific health risks that the inmate has?

A (No response.)

Q Have you ever known that to happen?

A No. If they order a low bunk, low galley for somebody, that is told--paperwork, plus a phone call to placement that we do not give out that medical information why they need a low bunk.

Q When you say "we", we don't give out that information, you're referring to who?

A The nurses.

Q And do you include the doctors?

MS. POWELL: Do you include the doctors in what? In that group of "we"?

MR. LONDRIGAN: Yes.

THE DEPONENT: (No response.)

punished for fighting with cellmates before?

If that's the type of word game you want to play, I'll answer--I'll ask this question in a hundred different ways, and if I can't get an answer, I'll go to the court and we'll be back here again.

Q Now, you've explained to me about providing medical reasons for placement in segregation.

A Uh-huh.

Q Is there any reason why you wouldn't provide the same type of medical information on a patient to the placement office to avoid him being placed with another violent cellmate?

A Only if it was ordered by a doctor.

Q You mean the doctor could do that?

A If he thought it was necessary.

Q And have you ever seen that happen in the past?

A No.

Q Who staffs the placement office?

A You mean who appoints the placement office personnel?

Q Who are the person--. What are the

placement office?
A No, because then you get into HIPAA.
Q That would be a rule that would prohibit you from providing them with information. Is that true?
A Right.
Q Would anyone in the healthcare unit, including yourself, have any role in placing Mr. McCroy in a particular cell in the general population?
A No.
Q You provided some testimony earlier in this case regarding Exhibit Number 1 and that your signature appears at the bottom and you indicated that you noted off those orders. Right?
A Yes.
Q Could you just let us know what "noting off orders" means?
A When a doctor, or nurse practitioner, dentist, or psychiatrist writes a note in the progress note, they always bring the chart to the desk for the nurse to sign off so that we are aware of, you know, anything new, what they seen. Anything that's written, you know, by a doctor or a

Mr. McCroy would do while in his cell?
A Well, I know--. Can you repeat the question?
Q Sure. Did you ever observe Mr. McCroy while he was in his cell?
A Yes.
Q Did you ever see Mr. McCroy reading in his cell?
A Yes.
Q When he was reading, did he ever need anyone to assist him in doing so?
A He never asked me.
Q Did you ever see anyone assisting him when he was reading?
A No.
Q Did you ever see Mr. McCroy ambulating?
A Yes.
Q Did he ever have any difficulties in ambulating?
A No.
Q Was Mr. McCroy able to dress himself every day?
A Yes.
Q Did he feed himself?

A Yes.
Q Was he able to walk from the healthcare unit to the yard?
A I believe he did go to the yard and to the library.
Q When he went to the yard and/or to the library, did anyone have to assist him?
A I don't recall seeing anybody.
Q Okay. When inmates travel from the infirmary in general to somewhere like the yard, the commissary, or to the library, are they always escorted?
A No.
Q So if a note in a record indicates that someone such as Mr. McCroy left the infirmary and went to the library, they could do so on occasion unescorted?
A Yes.
Q When Mr. McCroy was in the infirmary, did he ever make any complaints to you about being in a cell with three other inmates?
A No. Not to me.
Q Did he ever ask you or indicate to you that he would like to have a job?

A He voiced to me he'd like to be out in general population and not in the infirmary.
Q Did he indicate why?
A He felt like he was being locked up.
Q Would an inmate have more privileges in the general population than they would in the infirmary?
A They're still able to go to the yard. They're still able to go to the library. They do not go to dietary from the infirmary.
Q What things could you do if you were in the general population that you couldn't do if you were in the infirmary, in general?
A Go to dietary on your own. That's all I can think of.
Q Did Mr. McCroy have a conversation with you as to why he would prefer to be in the general population?
A Well, he always said that he felt like he was locked up.
Q Anything other than that?
A Not that I can recall.
Q Would you play any role in moving Mr. McCroy from the infirmary back into the general