3:02-cv-03171-HAB-BGC    # 380-15    Page 1 of 10

9/9/07    MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

E-FILED
Friday, 04 May, 2007 02:27:26 PM
Clerk, U.S. District Court, ILCD

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                   SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6             Plaintiff,

 7        vs.                          No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
               Defendants.
10

11

12

13        THE DEPOSITION of KENNETH KELLERMAN,

14   taken in the above-entitled case before Debra K.

15   Baldwin, a Notary Public of Sangamon County, acting

16   within and for the County of Macon, State of

17   Illinois, at 1:30 o'clock P.M., on February 9,

18   2007, at Decatur Correctional Center, Springfield,

19   Sangamon County, Illinois, pursuant to notice.

20

21

22
         Baldwin Reporting & Legal-Visual Services
23          Serving Illinois, Indiana & Missouri
       24hrs (217)788-2835    Fax (217)788-2838
24                  1-800-248-2835
```

COPY

Page 1

9/9/07                    MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
 1                    (Whereupon the Deponent was
 2                    sworn by the Notary Public.)
 3              K E N N E T H   K E L L E R M A N
 4     having been first duly sworn by the Notary Public,
 5     deposeth and saith as follows:
 6                         EXAMINATION
 7                         BY MS. HANING:
 8         Q    Can I get your full name for the record,
 9     please.
10         A    Kenneth Edward Kellerman.
11         Q    And I don't want to know where you went
12     to high school or what the name of the city was,
13     but can you tell me if you completed high school
14     and when?
15         A    Yes. 1987.
16         Q    And have you had any college education,
17     applying the same rules? I don't need to know
18     where, but if you had some and when you would have
19     had it.
20         A    No.
21         Q    And how long have you worked for the
22     Illinois Department of Corrections?
23         A    Since January of '89.
24         Q    So is this your only job after high
```

Page 5

9/9/07　　　　　　　　　　MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
 1    school?
 2         A    Yes.
 3         Q    And when you started, what was your job
 4    title?
 5         A    Correctional officer.
 6         Q    And is that your current job title?
 7         A    Yes.
 8         Q    So you've not--not to say that you
 9    haven't moved up, but you still have the same job
10    title as when you began?
11         A    Right.
12         Q    Have your duties changed at all from the
13    time you began until now?
14         A    No.
15         Q    Can you describe some of your duties or,
16    if possible, a quick description of all of your
17    duties.
18         A    Let's see. Observe, maintain safety and
19    security. Just in general, just that I guess.
20         Q    Okay. And your current rank? It's my
21    understanding there's some sort of ranking system.
22         A    Just correctional officer.
23         Q    Just correctional officer?
24         A    Yes.
```

Baldwin Court Reporting & Legal Video Services
1-800-248-2835

3:02-cv-03171-HAB-BGC    # 380-15    Page 4 of 10

9/9/07                    MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

1    Q    And is there any divisions in the
2    department of corrections? I'm trying to get some
3    of my own understanding at the moment as well
4    because I have two different stories coming at me.
5    A    Divisions?
6    Q    Yes. I guess the divisions would be
7    inside the department of corrections. I realize
8    there's one overarching department of corrections
9    or the State of Illinois. Could you be sent to any
10   prison inside that overarching Illinois Department
11   of Corrections?
12   A    Could I be sent? No. No.
13   Q    Is there a reason for that, or is it just
14   you get to pick and choose, you've been with them
15   so long you have some sort of seniority at this
16   point?
17   A    Right.
18   Q    And which correctional centers have you
19   worked at?
20   A    Western and Decatur.
21   Q    How long were you at Western?
22   A    I just transferred here in August, so 17
23   years and eight months I guess at Western.
24   Q    And you transferred here for what reason?

Page 7

3:02-cv-03171-HAB-BGC    # 380-15    Page 5 of 10

9/9/07                          MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
1      A    To be closer to my family.
2      Q    Let's hone down your years at Western
3   Illinois Correctional Center. So you were there for
4   the years 2001 until 2005, is that correct?
5      A    Correct.
6      Q    And during that time who was your direct
7   supervisor, if there was one person?
8      A    There wasn't just one person.
9      Q    Okay. How did you know when you went in
10  to work who your supervisor would be?
11     A    That would be named at role call.
12     Q    So it changed daily?
13     A    Yes.
14     Q    Do you recall an inmate by the name of
15  Aaron McCroy?
16     A    I do not recall.
17     Q    So you recall having no conversations
18  with Mr. McCroy in 2004 regarding his cellmate?
19     A    No.
20     Q    Do you recall an inmate by the name of
21  Brandon Durham?
22     A    No.
23     Q    Let's try this. Do you have any
24  understanding of how cellmates are chosen at
```

Page 8

3:02-cv-03171-HAB-BGC    # 380-15    Page 6 of 10

9/9/07                          MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
 1    Western, Illinois?
 2        A    No.
 3        Q    And did inmates--had an inmate ever come
 4    to you and asked to be transferred out of his cell
 5    for his own safety?
 6        A    Yes.
 7        Q    Okay. And Aaron McCroy is not that inmate
 8    that you recall?
 9        A    I do not, no.
10        Q    If an inmate comes to you and verbally
11    tells you he wants a change of cell for his own
12    safety, what procedures did you then follow?
13        A    Protocol is for me to notify my zone
14    lieutenant.
15        Q    And then the zone lieutenant would take
16    care of it?
17        A    Yes.
18        Q    So you would step out of it at that
19    point?
20        A    Right.
21        Q    So beyond notifying your zone lieutenant
22    you would have no authority in any cell transfers
23    or anything else?
24        A    No. Absolutely not.
```

Page 9

3:02-cv-03171-HAB-BGC   # 380-15   Page 7 of 10

9/9/07                              MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
 1      Q    And your zone lieutenant changed daily,
 2  correct?
 3      A    Yes.
 4      Q    What is investigative confinement, if you
 5  know?
 6      A    I really don't know.
 7      Q    Do you know of any policies at Western
 8  Illinois Correctional Center that would require two
 9  cellmates to have a fight first before they could
10  be moved?
11      A    No.
12      Q    When you worked at Western Illinois
13  Correctional Center, did any of your duties ever
14  involve administering urine tests or assisting with
15  them?
16      A    No.
17      Q    Give me one second here. The no's have
18  it.
19                (Discussion off the record.)
20      MS. HANING:  Q   When were you first informed
21  that you had to give any testimony here today?
22      A    It would have been Monday.
23      Q    And did anyone talk to you about the
24  testimony you were going to give today?
```

Page 10

3:02-cv-03171-HAB-BGC    # 380-15    Page 8 of 10

9/9/07                           MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
 1       A    No. Just--

 2       Q    Just other than meeting with your

 3  attorney?

 4       A    Right.

 5       Q    And you didn't review any records or

 6  documents?

 7       A    No.

 8       MS. HANING: I have nothing further for Officer

 9  Kellerman.

10                      EXAMINATION

11                      BY MS. CHOATE:

12       Q    Do you know what is referred to as

13  refusing housing?

14       A    Yes.

15       Q    What is that?

16       A    Inmates just refusing his cell

17  assignment.

18       Q    And then what happens to the inmate, if

19  you know?

20       A    It just depends on the circumstances.

21       Q    Okay. Is that different than someone just

22  saying they want to change cellmates?

23       A    Is that different?

24       Q    Yes.
```

Page 11

3:02-cv-03171-HAB-BGC    # 380-15    Page 9 of 10

9/9/07                MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
1      A    Yes, it is different. Absolutely.

2      Q    How so?

3      A    Refusing housing is usually--. How should

4   I put it? Well, first of all, they don't allow them

5   just to change cellmates. That's not something

6   that, you know--that's not policy at all.

7      Q    Okay. So when you were asked earlier

8   about inmates asking you for their own safety to

9   change cellmates, would that be more of a refusing

10  housing situation or just wanting to change

11  cellmate situation?

12     A    As far as just wanting to change cellmate

13  situation. Definitely.

14     Q    So they have to do more in order to

15  refuse housing?

16     A    Right.

17     Q    Is it fairly common for inmates to want

18  to change their cellmates?

19     A    All the time. Yeah. Constantly actually.

20     Q    Kind of like a divorce.

21          I have nothing else.

22     MR. TENNEY: I don't have any. Thanks.

23     MS. TROEMPER: I have nothing.

24     MS. HANING: I have a couple of followup
```

Page 12

9/9/07  MCCroy vs. ILL. Dept. of Corections,et,al.
Kenneth Kellerman

```
1    questions.
2                    EXAMINATION (CONT'D)
3                    BY MS. HANING:
4        Q    To refuse housing, what would be required
5    of the inmate at that point?
6        A    Well, that decision would be made by the
7    lieutenant or above. That would not be made by me.
8    I'm just the go-between.
9        Q    Is there any decisions that are made by
10   you?
11       A    No. As far as placement? Absolutely not.
12       Q    Safety decisions maybe, but other than
13   placement, no?
14       A    No.
15       Q    And you said that what occurred when they
16   refused housing depends on the circumstances. Can
17   you elaborate a little bit more on that?
18       A    Well, it's basically--the decision's not
19   the wing officer's decision. There are--. The
20   policy is they go up the chain of command to the
21   lieutenant and then the lieutenant takes it from
22   there.
23       Q    And do they have to refuse their housing
24   when they go to be put in the cell or can they
```

Page 13