E-FILED
Friday, 04 May, 2007  02:29:40 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional    Center

| Offender Information: | | | |
|---|---|---|---|
| McCoy | Sum | | ID#: N5)882 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-30-06 12:45p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED ~~SEE DCA 7157~~ | [signature] |
| 2-10-06 10A | I/P, I ask <br> S: ∅ <br> O: I/m not seen on <br> NSC - is on another <br> pass <br> A: NSC cancellation | P: NSC rescheduled. |
| 2-12-06 9:30ᵃ | I/P Note                    NSC <br> S) I want some ointment for these <br> cuts + bruises - My vision is poor and <br> I keep bumping into things. <br> O) this nurse looked at so called bumps <br> + cuts - No Bumps, cuts, or Bruises - I/m left angry? <br> A) Refusal of NSC | P) Refusal signed by officer <br> and this nurse. <br> Suggested to I/m he put in to <br> see eye MD <br> [signature] |



EXHIBIT
1

1153

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional Center

Offender Information:

McCroy          Aaron          ID#: N151882
Last Name        First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-16-06 10:30 a | LPN Note          NSC<br>S) No<br>O) Refuses NSC<br>A) NSC refusal | P) Refuses NSC. Refuses to sign refusal. officer signs c̄ nurse.<br><br>B. Galen |
| 2/16/06 1:50pm | **OPTOMETRY NOTE**<br>See Exam Form | M. Williams (9) |
| 2/8/06 1145 | PSYCH. NOTE:<br>PSYCH. EVAL. CONDUCTED<br>SEE DOC 0182 | See Doch order |
| 2-27-06 0955 | LAB LINE<br>BLOOD DRAWN FROM LAC<br>FOR BMP for clinic<br>PLAN 1) AWAIT RESULTS<br>2) RETURN TO HEALTHCARE FOR PROBLEMS AT PUNCTURE SITE | FZL 12510110 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Western Illinois Correctional Center

Offender Information:

_____    _____    _____    ID#: _____
Last Name                                First Name                        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/ 3/04 | PSYCH. NOTE: PSYCH. EVAL. CONDUCTED SEE DC 0073 | See DOC p, evaluation |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional    Center

| Offender Information: | | |
|---|---|---|
| McCross _____ | Aaron _____ | ID#: N51882 |
| Last Name | First Name MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/2/06 1:10 p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED SEE DCA 7157. | Tamara Todd BSW intern Tracy Stevens MS.Ed,LPC |
| 03-11-06 15³⁰ pm | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED SEE DCA 7157 | M. J Pru Noted R Kropeac 3/11/06 8.00 p |
| 3/17/06 10³⁰ a | Howard Poli· Responded to a grievance R/t wanting an ADA Cell. | Ø order for ADA Cell offender not in W/C C. Brown LT. fA |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PNX CC

| Offender Information: | | |
|---|---|---|
| McCroy | Aaron | ID#: N51882 |
| Last Name | First Name   MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-20-06 1215 | **S.** HYPERTENTION/CARDIOVASCULAR CLINIC: | **P.** Htg 25mg PO QD Procardia XL 60mg PO QD both until 8-1-06 |
| | RISK FACTORS: RACE B SEX M | |
| | FAMILY HISTORY: HTN (+)   DIET R DIABETES Ø OBESITY Ø CAFFINE USE (+) EXERCISE (+) SMOKING (+) | |
| | MEDICATIONS PAST/PRESENT | |
| | | |
| | **O.** FUNDOSCOPIC ____  DATE ____ CARDIOVASCULAR: HEART ✓✓  RHYTHM NSR | |
| | MURMURS/GALLOP ✓ | |
| | PULSES ✓✓ BRUITS Ø | |
| | LUNGS/CHEST: PERCUSSION AUSC. | DIET: Regular |
| | LAST DOCUMENTED EPISODE/ATTACK: DATE Ø | PT. EDUCATION: |
| | LABS   CBC | Med compliance——✓ Exercise———————— |
| | CHEM 7 | Stop smoking———— Weight reduction—✓ |
| | | |
| | **A.** CARDIOVASCULAR DISEASE | MD. SIGNATURE |

Distribution: Offender's Medical Record

Printed on Recycled Paper

Noted KBoyd 3-20-06

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

1157

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Pinckneyville Correctional Center

Offender Information:

| | | |
|---|---|---|
| McCrey | Aaron | ID#: N51882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/23/06 5:00pm | OPTOMETRY NOTE (S)Need to renew contact lens solutions. (A) Gas permeable Contact lens OD | (P) Rx for ①Boston Cleaner + ②Boston conditioning solution till 8/31/06. M. Williams OD B.fell |
| 3-28-06 12:30p | PSYCH. NOTE. MENTAL HEALTH EVAL. CONDUCTED SEE DCA 7157 | Z Wallace M.S., MHP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| McCroy | Aaron | ID#: N51882 |
| ↳ Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-9-06 | LPN Note          NSC | P) 2 Voucher signed |
| 9³⁰ | S) feel pressure + pain ®eye | Tylenol 325mg tt̄ P.O. q̄ 4-6° |
| | and messes c̄ my vision | X 10 tabs. |
| | O) A+O x 3 - States unable to | To see eye MD 1st |
| wht 220 ly | Wear contacts because of ill | avail appt. |
| 9⁸ | fit and pain. States bumps | Stay out ears!. |
| 140/90-81-16 | his head freq - Wants to see | |
| No drainage No redness to ®eye | MD because of this. No marks | |
| | on bald Head. C/o ® ear pain | |
| to | Ø lymph edema, Denies sore throat | |
| | or cold. Ø drainage - Outside canal | |
| | Clean + dry and Normal color | |
| | Wears protective glasses | |
| | A) alteration in comfort | |
| | Vision problems - Hx of | Ø |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional          Center

Offender Information:

McCoy          Aaron          ID#: N51882
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-18-06 | LPN note | @ 200/copay |
| 10/5 | S- I've been having HA's, I also have eye infection | MD |
| 98² | O- Alert, eyes clear | |
| 76-18 | Ø redness for eyes | |
| 140/88 | eyes wnl. Reid | |
| 230# | Ø drainage. I'm scared my eye infection are not what you use too. I have cornea problem. | |
| | A: SK. eye infection | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional    Center

Offender Information:

| Last Name | First Name | MI | ID# |
|---|---|---|---|
| McElroy | Aaron | | NS1882 |

## PA Note

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/6 0920 | WT 230 B/P 128/84 P 80 R 20 T 98  Date: 4/20/6  Time: _____ | P: ① Discussed findings ō Pt. |
| | S: on line for eye infection - ⊘ eye pain ⊘ eye discharge - "I need to see the eye doctor about my ® catact lens" also ℅ ® ear pain yesterday - ⊘ pain @ this time | ② Pt. can put in request to see eye Dr. regarding contacts |
| | | ③ offered Tylenol for ear pain  - pt refused  see refusal |
| | O: gen: A&O X 3 in NAD)  HEENT: A: WC/WD  E: PERRL EOMI  sclera clear ⊘ injection  Ear: EAC WNL  TM: P/L ⊘ erythema ⊘ effusion  UT: WNL | ④ F/U prn |
| | A: S/R Ear Pain | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Pinckneyville Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCoy | Aarin | | ID#: N51882 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-24-06 | | |
| 1:5p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED SEE DCA 7157 | _signature_ Kevilhamg Usympnse |
| | | |
| 4/27/06 | **OPTOMETRY NOTE** | |
| 1:45pm | ⊙ Patient concerned about s/k previous case of corneal hydrops OD 2 weeks ago, about s/k poor fit of contact lens & decreased wearing time, about need for polishing of ocular prosthesis, and revoking of his ADA cell permit. Received CL on 6/2/05. | (P) Vision is stable & has ranged from 20/80 to 20/100 over last 12 months. Fit of contact is good & hasn't changed. No residue on prosthesis; no medical need to have prosthesis polished. Recommend having contact lens polished to ↑ comfort & wearing time. HCUA not available today. Will discuss tomorrow the possibility of ADA cell & physically challenged permit. |
| | (O) Prosthetic left eye has no film or residue on it. VA w/CL 20/100+1 OD SLE: ⊖ corneal hydrops or infection Good fit with GP contact lens. Doesn't displace with blinking. | |
| | (A) S/P Keratoconus OD; stable | _signature_ M. Villum OD |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pinckneyville Correctional    Center

Offender Information:

McGrey , Aaron                ID#: N51882
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/4/06 5:00pm | OPTOMETRY NOTE | |
| | (S) Discussed previous week's concerns with HCUA. | (P) No action. |
| | (A) Dr. Feinerman already wrote an order on 1/16/06 for ADA call, low bunk, low gallery, + physically challenged. | M. Wilson, OD |
| 5/20/06 11:15 | Psychm See DOC 0282 | Meds as per + prescribe ords F/U 8weeks noted 5/20/06 1330 |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0054 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional     Center

| Offender Information: | | |
|---|---|---|
| , McCroy | Aaron | ID#: N51882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-23-01 | | |
| 1200p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED SEE DC# 7157 | Ty Wellower, rn, MSS |
| | | |
| 5/29/06 0930 | LPN Note | P) 1% spray applied. - NSC PRN. |
| | S) c/o HA's, ear pain, loss of appetite for past 2 months. S/R it is because of hydiopsis to both eyes. | |
| Wt. 220 99°-216 160/110 | O) Q significant weight loss noted. B/P ↑ - S/R took B/P meds this AM approx. 8 AM Qc/o CP, radiating pain or dizziness. UTA eyes D/T Q otoscope or penlight. Q redness or edema to eyes. | |
| | A) alt. in comfort. ↑ B/P. | K. Baylor, LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Pinckneyville Correctional         Center

Offender Information:

McCoy                    Aaron              ID#: N-51882
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/9/06 2:30p | Nurse Note: responded to a grievance R/t ADA cell placement | CB Brown |
| 6/15/06 12:30 pm | Medical Records Note Copied chart per a request that our legal person in Records Office received from the Attorney General's Office. Copied from October 2004 to present. — A Bruns, MedRecDir | |
| 6-20-06 1115a | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED | (signature) |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1165

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional Center

Offender Information:

McCray     Aaron     ID#: N57882
Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/23/04 9:05 am | LPN Note | |
| | S) "I have an infection in my eye, my vision is all blurry, bumping into things, I can't study, have a HA, I bump into things all the time, look at my bruises" | |
| 201 BP 120/76 P-88 RR-20 | O) I/M states ® eye has a lot of pressure, giving him a HA. I/M states concern about wt loss. Small bruise (~ dime size) on top of head, med. size purple bruise on ® shin (~ 1½ x 2 cm), A+O x 3. I/M states unable to eat | see back page for plan |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional _____ Center

Offender Information:

McCoy _____ _____ ID#: N/51882

Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/03/04 9° am | O) d/t H/A and blur bes. A) w/o Hx of visual losses and Keratoconus A) alt in comfort | P) Schedule MD follow up |
| 6/25/04 | LPN note S: ⊘ O: EKG nor done Due to no supplies A: EKG nor done | Q: EKG will be rescheduled Q |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional ___ Center

Offender Information:

| | | |
|---|---|---|
| McCray | Aaron | ID#: N51882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | MD CALL LINE | |
| | WT 202  B/P 100/72 P 84  R 16  T 99.0 | |
| | Date: 6/27/010  Time: _____ | |
| | | ① Chart review of ADA cell, |
| | (S) "c/o WT loss / HA's / multiple | low bunk, low gallery & physically |
| | bruises due to bumping into | challenged recommended by Dr. |
| | things. State eye/vision worsening | Feinerman but I/m still |
| | due to progression of keratoconus. State | waiting. Will contact appropriate |
| | HA's generalized, not like other HA's. | (placement) authority to settle can arrange. |
| | Pulsating / light trigger / pain severe "migraine" | E.M. RN - spoke of electronyst, I/m asks to write to warden |
| | State HA's result from being hard. | I/m informed of performed. |
| | ① History migraines in past. Pain 8/0 | ② Refer to ophthalmologist |
| | in bumping into things in cell. | for further eval hydrops |
| | ① HEENT - ① eye prosthesis in place | of eye. |
| | ® cornea appears to have fluid | |
| | accumulation consistent w/ hydrops | |
| | Unable to visualize retina. Pupil | |
| | irregular & poorly reactive. Vision | |
| | poor. | ② F/U prn |
| | CHEST - clear   COR - RRR s̄ | |
| | ① ① Keratoconus ® eye | |
| | ② Hydrops ® eye | |
| | ③ Visual impairment  ④ HA | |

ﬀﬁ Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1168

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional _____ Center

Offender Information:

| | | |
|---|---|---|
| Mc Croy | Aaron | ID#: NS1882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | PLAN 1) AWAIT RESULTS | |
| | LAB LINE | |
| 10/28/06 @ | BLOOD DRAWN FROM 2) RETURN TO HEALTHCARE | |
| | FOR PROBLEMS AT | |
| 10:00am | FOR CBC Cmp PUNCTURE SITE | |
| | fast Lipid UA | Ethaler |
| | | |
| | | |
| 6/29/06 | **OPTOMETRY NOTE** | |
| 1:10 pm | (S) Eval. for corneal hydrops. | (P) should immediately |
| | (O) See Exam form. | refer all s/k cases of |
| | No sign of corneal edema or | hydrops or infection to eye |
| | conjuctival ciliary injection. | doctor in order to |
| | (A) Doesn't have Corneal Hydrops. | disprove their validity |
| | | + existence. |
| | | M. Williams |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pinckneyville Correctional _____ Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| McGroy | Aaron | | NS188? |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/3/6 1140A | RN Note<br>S: Ø<br>O: EKG done<br>A: EKG | P: HCU prn.<br><br>M. L |
| 7/13/06 2:30pm | **OPTOMETRY NOTE**<br>see Exam Form | M. Williams |
| 7-18-02 12:20p | **PSYCH. NOTE:**<br>MENTAL HEALTH EVAL. CONDUCTED | J. Velling ? psy Dr.s |
| 7/19/06 3:15 pm | Medical Records Note<br>Copied from 6/15/06 to today per request that our<br>legal person in Records Office received from the<br>Attorney General's Office. I just copied June's<br>MAR because that's what in the chart for now.<br><br>S. Bruns, Med Rec Dir |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional    Center

| Offender Information: | | |
|---|---|---|
| McCrory | AARON | N51852 |
| ½ Last Name | First Name | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/22/06 | | |
| 215p | | |
| #190 | | |
| 104/8 | | |
| 104 | | |
| 98 4° | | |
| 16 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 7/3/06 | Psychiatry cancelled – Reschedule | |
| 3pm | Sea Austin LCSW | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1171

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Pinckneyville Correctional _____ Center

Offender Information:

, MC ÐROY            AARON            ID# N61882
Last Name              First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/22/6 | S. HYPERTENSION/CARDIOVASCULAR CLINIC: | P. |
| | RISK FACTOR: Race A/A Sex M | ① HCTZ 25 my po, daily |
| 2:6 | FAMILY HISTORY: HTN ⊕ DIET neg | ② Procardie XL 60 my po, |
| | DIABETES ⊖ | daily. |
| | OBESITY ⊖ | |
| | CAFFINE USE ⊕ | |
| | EXERCISE ⊗ | D/c 12/1/6 |
| | SMOKING ⊕ | |
| | MEDICATIONS PAST/PRESENT: | ③ Wishes diet/Exercise |
| | | X 3 months. |
| | O.FUNDOSCOPIC WNL DATE 7/22/6 | |
| | CARDIOVASCULAR: HEART S1S2 RHYTHM reg | |
| | MURMURS/GALLOP ⊖ | DIET: regular |
| | PULSES ④ BRUITS ⊖ | |
| | LUNGS/CHEST: PERCUSSION clear | PT. EDUCATION: MED COMPLIANCE____ |
| | AUSC. clear | EXERCISE____ |
| | LAST DOCUMENTED EPISODE/ATTACK: DATE____ | STOP SMOKING ✓ |
| | | WEIGHT REDUCTION____ |
| | LABS CBC | |
| | CHEM 7 Reviewed | |
| | NL | |
| | | AN Eval po _____ |
| | A. CARDIOVASCULAR DISEASE | MD. SIGNATURE |

① If TN = Controlled
   on med
② Dyslipidemia
   will continue c̄ Diet/Exercise
③ Lost 30 lbs wt.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Pinckneyville Correctional          Center

Offender Information:

McCroy          Aaron          N51882
Last Name        First Name        MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 08-07-06 15:15pm | PSYCH. NOTE: PSYCH. EVAL. CONDUCTED | Noted N Knopel 8/7/06 7:00p |
| | PSYCHIATRIST | |
| 8-22-06 12:50p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED | Z Wallace MS/MHP |
| 09-04-06 10:05 AM | (PSYCH. NOTE: PSYCH. EVAL. CONDUCTED | |
| | PSYCHIATRIST | Noted 9-4-06 B falen |
| 7-8-06 2:30pm | Inmate S: Ø O: Received request for walking stick et contact lense unable to determine will place on line for eye doctor to eval Request for Dr Pain Vision | 1. Referred to Eye Doctor on next available visit HCU pm |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Distribution: Offender's Medical Record          Printed on Recycled Paper

1173

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional        Center

| Offender Information: |
|---|
| McCroy        Aaron        ID#: N51882 |
| Last Name        First Name        MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-12-06 | Labs drawn for PE await return results | Rescheduled EKG ↓ excessive bleeding ↓ |
| 9-12-06 230P | LAB LINE        PLAN: 1) Read in 48-72 PPD (LOT # C2078AA  2) Repeat annually Exp. Date 4-5-07) 3) Update FH when 0.1 cc given in (L) read. Forearm. | E Harbor |
| 9-14-06 230 | PPD READ        PLAN—Food Handler Results: 0 mm  (Approved) Non Approved | E Harbor |
| 9-19-06 | | |
| 12:15p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED | Ty Wallace pur mar |
| 9/22/06 | RN Note | R: Rescheduled — |
| left | S: ∅ | |
| Entry | O: PF Lab, Nurse Hx | |
| 130 pm | EKG Rescheduled — | |
| | A: Rescheduled | Tonne RN |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_PNKCC_ _____ Center

Offender Information:

1. McElroy    2. Last Name    Aaron    First Name    MI    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/22/06 | — MD Note — | |
| 10:00 | ⓢ c/o inability to eat/not been | ① May have ADA cell as per *(is available)* |
| | due to constant HA's, nausea. | Dr Funiemano's order 1-16-06 |
| 288 | Due to vision problem constantly | to 1-16-07. *(Explained/understand WC priority for ADA cell availability)* |
| 100 | bumping into objects in cell, bumps | |
| 18 | head & exacerbate HA's/nausea | ② Walking stick (for blind) to |
| 106 | Has lost ~50 lbs over intake. | prevent bumping into objects |
| 58 | Migraine HA's (unchanged symptoms) for years" | ③ Flex pass |
| 172 lbs | ⓞ NAD, A&O x3 | |
| | HEENT: ⓛ eye prosthesis; very limited | |
| | vision ® eye; unable to visualize retina | |
| | NECK: supple FERM | Noted Kbqdues 9/22/06 |
| | CHEST - clear    COR-RRR | |
| | ⓐ ① Vision impaired | |
| | ② Weight loss | |
| | ③ Migraine HA's | |
| | ④ Nausea 2° migraines | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC-0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_PNKCC_ Center

| Offender Information: |
|---|
| McElroy Aaron MI ID#: N51882 |
| Last Name First Name |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/4/06 1pm 15 | Medical Records Note Copied chart from 7/18/06 to today per request that our legal person in Records Office received from the Attorney General's Office. — J. Bruns, Med Rec Dir | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ P W K C C _____ Center

Offender Information:

Mc Croy — Last Name    Aaron — First Name    MI ___    ID#: N 51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/5/06 | **OPTOMETRY NOTE** | |
| 1:15 pm | (S) Offender self-reports that due to poor vision, he bumps into things, which causes him headaches, which causes him nausea, which causes him to lose weight. He reports having had been diagnosed with Keratoconus in 1993 and that vision is still getting worse. (O) See Exam Form (A) Vision and severity of disease do not appear to have gotten worse over last 1½ years. | (P) Changing of gas permeable contact lens will not ↑ vision. Rx for Art. Tears given to try to ↑ wearing time of lens. Concerning the nature of Keratoconus, Vision loss and progression of disease are greatest in the earliest stage of disease and there isn't always necessarily a significant progression in the disease after having it for 13 years or longer. Currently, nothing further can be done to slow progression of disease. (OVER) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

1177

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ PNKCC _____ Center

| Offender Information: |
| McCroy (Last Name)  Aaron (First Name)  (MI)  ID#: N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/5/06 1:15 pm. | (Continued) | (P) I fully explained fully the patient's condition to the MD & PA today. I encouraged offender to send requests to specific people for specific reasons only when some type of treatment can be given so that he won't be referred around in circles and that he better utilize his counselor, teacher, social workers, etc. to help with assistance at school, cell placement, etc. M. Willia... |

Distribution: Offender's Medical Record

Noted Magooon 10/5/06 4:18

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1178

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pinckneyville Correctional    Center

Offender Information:

McCroy                    Aaron
Last Name                First Name        MI    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-12-06 11:40A | IPN note<br>S: "I" Jr" just want to know about my walking stick"<br>1. I/M refuses to sign<br>2. voucher, refuses to sign refusal<br>A: Refusal | ① Refusal witnessed<br><br>J. Phoenix LPN |
| 10-17-06 12:15p | PSYCH. NOTE:<br>MENTAL HEALTH EVAL. CONDUCTED | Ty Wallace MS, MHP |
| 10/19/06 0830 | LAB LINE    PLAN 1) AWAIT RESULTS<br>BLOOD DRAWN FROM    2) RETURN TO HEALTHCARE<br>LAE    FOR PROBLEMS AT<br>FOR BMP    PUNCTURE SITE | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional Center

Offender Information:

| Last Name | First Name | MI | IDOC: |
|-----------|-----------|-----|-------|
| MaCroy | Aaron | | N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/26/06 | OPTOMETRY NOTE | |
| 3:00 pm | (S) Need to renew contact lens solution RX. | ® Renew RX for: |
| | | ① Boston cleaner |
| | (A) Gas permeable contact lens wearer. | ② Boston conditioning solution |
| | | x 6 months. |
| | | M. Williams |
| | | Need refill 10/27/06 |
| 10-30-06 | LPN note | |
| 0915 | S: I've been loosing up for 4 months, trouble swallowing | |
| | I cant swallow it tightens up | |
| | I cant sleep I'm up all the time | |
| | O. Alert skin W/D color natural, Am | Con |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pinckneyville Correctional _____ Center

Offender Information:

McCoy                    Aaron              ID#: N 5 / 88
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/30/06 0915 | LPN cont reports swallowing diff. S/R when P eat its frequent diarrhea | Ⓠ 200/ CPA; MD referral Eval swallowing , wt L0000 |
| 982 70-18 120/ 174# | S/R Ⓟ feel Better if Ⓟ not eat - front Ⓑ neck area appears Swollen C/O diff swallowing S/R feels as though it gets stuck w/ front of throat had to has to force it ↓ Ⓐ C/O wt loss | m ____ LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pincknsyville Correctional    Center

Offender Information:

*McCray*        *Aaron*        ID#:
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-2-06 | LPN note | ⊙ V.O. Dr Mathis |
| 1230 | S: Q | reschedule |
| | O. I'm not Seen MD SC | |
| | time available | |
| | A. reschedules | m. A LPN |
| 4/7/6 | MD note attached | |
| 1:05 p | c/ Dt c/o difficulty | ① |
| 75 | swallowing food. | ① Serum Thyroid Profile |
| 16 | Food sticking to | ② Serum Albumin |
| 120/72 | esophagus @ at times | ↓ Pre albumin level |
| Wt 170 lb | if try to force food | ① c-spine |
| | then vomit | |
| 98F° | wt loss ① > 50 lbs | ② Barium esophagogram |
| | in last 6 mth. | 4 above work up |
| | poor appetite. feet cold. | is negative |
| | all the time. | |

Distribution: Offender's Medical Record

*noted aburoshi 11/19/06*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1182

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pincknevville Correctional_____ Center

| Offender Information: | | | |
|---|---|---|---|
| /. McCroy Last Name | Aaron First Name | MI | IDB: N/S 1882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/7/0 | MD/note Continued | |
| | O/E | ① F/u R wk. |
| | ∅ lid lag | |
| | Neck fullness ⊕ | ② Anti-fungal cream |
| | Mildly enlarged thyroid Gland | apply locally BiD |
| | ⊕ bruit | ∅ diuretic |
| | Htout. C1/S2 ⊕ reg | ③ Management plan discussed |
| | ⊕ tenderness | c̄ pt, agrees c̄ |
| | heg. exx | above |
| | ∅ spts. ⊖ Tremors | |
| | ∀① wt loss . (Multifactoral) | |
| | Thyroid / Hepatitis / | |
| | local structural / | |
| | Malignance | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1183

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Pinckneyville Correctional Center

| Offender Information: | | |
|---|---|---|
| McCroy | Aaron | N 51882 |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-10-06 | PSYCH. NOTE:<br>PSYCH. EVAL. CONDUCTED<br>M J Paw<br><br>PSYCH. | *noted N Knowles*<br>11/10/06 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

1184

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional _____ Center

Offender Information:

McCroy          Aaron          ID#: N01882
Last Name          First Name          MI

PA Note

| Date/Time | S. Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-16-06 | S. HYPERTENSION/CARDIOVASCULAR CLINIC: see flow sheet | P. HCTZ 25g P.O. daily in A.m. |
| | RISK FACTOR: Race B  Sex ♂ | Procardia XL 60mg P.O. daily until 4-1-07 |
| | FAMILY HISTORY: HTN + DIET ___ DIABETES + | |
| | OBESITY ∅ CAFFINE USE + | |
| | EXERCISE min. SMOKING + | Stop Smoking |
| ⊕ | MEDICATIONS PAST/PRESENT: see MAR | ↓ Na⁺ ∅added salt |
| | | ↓ commissory suselle |
| | O. FUNDOSCOPIC 10/5/6 Dr. Williams O.D. DATE see other notes gen Nox 3 in w/d | |
| | CARDIOVASCULAR: HEART Regular rate S1 S2 RHYTHM | |
| | MURMURS/GALLOP ∅ PULSES WNL BRUITS ∅ | DIET: ___ |
| | LUNGS/CHEST: PERCUSSION CTA B/C AUSC. | PT. EDUCATION: MED COMPLIANCE ✓ EXERCISE ✓ |
| | LAST DOCUMENTED EPISODE/ATTACK: DATE ___ | STOP SMOKING Stop ✓ WEIGHT REDUCTION ✓ |
| | LABS CBC see CHEM 7 all flowsheet | |
| | A. CARDIVASCULAR DISEASE Hx HTN | MD. SIGNATURE Gary A Gerst PA-C |

Distribution: Offender's Medical Record

Printed on Recycled Paper

M. Lau 11/16/6 130Pm

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

PNKCC _____ Center

Offender Information:

| | | |
|---|---|---|
| MCCOY (Last Name) | Aaron (First Name) | (MI) ID#: N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-19-06 | MD Note | |
| 1154 A | S) Seen in Grp | |
| | Rash ant neck | Pl: Hydrocortis |
| 172# | Has been using anti fungl cream. | Cream 1% apply ? hs |
| 105/80 | notes mild-mod pruritus | use Prn x 2 wks |
| 92 | O) NAD skin | |
| 97.6 | with Rennble s ant neck up to beard + to chunds c mild Superfil Dj of scaling, dryness o pigment ∆ — | 2 wks RX ofo labs + Rash |
| 18 | A) Dermatitis neck area w/lot Hxn NB labs not yet available | |

noted as answer 11/19/06

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

PNKC _____ Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|
| McCroy | Aaron | | N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11-20-06 9:30a | C-spine order given 11-7-06: not put on my book until 11-19-06 C-spine x-ray done | P. Baum RN |
| 11/22/6 945A | LAB LINE PLAN 1) AWAIT RESULTS BLOOD DRAWN FROM 2) RETURN TO HEALTHCARE PAC FOR PROBLEMS AT FOR Albumin PUNCTURE SITE Thyroid HIV- request | 4877 5039 N. Lin |
| 11-28-06 11:55A | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED | J Wallace LCPC MHP |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_PNK Ce_ Center

Offender Information:

_Mc Croy   Aaron_ ID#: _N 57882_
Last Name      First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-3-06 | nrs Note | |
| 11⁵⁰ᵃᵐ ⌐ | 46 y Cmp Rash | |
| | ned area, | (P) Hydrocortisone Tab |
| | & itching | Pro crem |
| 167⁴ | - states has so | B/P to Rash |
| | trouble swallowing, | x 2 wks |
| 118/72 | had C spine x-ry | |
| | + labs drawn, | nrs C 2 weeks |
| 64 | x-ry - mild dj d | |
| 16 | labs not yet in chart | |
| 97² | smoker | |
| | O) USS NAD | |
| | plays c ned - | |
| | mild ant fullw | |
| | Rash appears dry ant | |
| | ned = chest d cor | |
| | A) ant, ned Rash | |
| | S/R trouble swallowing | |
| | c labs. Re- | |

noted
a/b/nurse Jr
10/31/02

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

Offender Information:

McCroy          Clarm                    ID#: N51880
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/11/06 | mr nes | |
| 12u | s/c Discunual x ray | r wkln wt     done 3 Hour |
| | | x f |
| | x ray cspra → S/D | |
| 15u/88 | | Rev one sch 1/5/00 |
| 78-16 | ∅ % trouble swallowing | monbe |
| wt | past few month | |
| 167 | - "worls food thru | |
| | lus nech " | |
| 8ᵗ | % wt loss | |
| | A Dys phogia | ∅ R  mD |
| | noted abruns pm 12/11/00 | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

**Offender Information:**

| Last Name | First Name | MI | ID#: N51882 |
|---|---|---|---|
| mccray | aaron | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/13/06 0930 | LPN note<br>S: I don't really<br>need to But is my<br>hydrocortizone order<br>any good<br>O: Alert Hydro<br>order & current<br>P/m is #1 on day<br>of appt.<br>A ? | Pharmacology def.<br><br>m. [illegible] LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_PNCC_ _____ Center

Offender Information:

McCray              Aaron              ID#: N51882
_Last Name_         _First Name_    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/16/06 | MD Note | |
| 12²⁰ pm | S 46 yo M seen for | |
| | Eyp - Wt loss. | Pt c/o Pt wt loss |
| 1165# | c/o throat constricts, | • Zantac 150, |
| 978 | Hx to force food | BID × 6 days |
| 72 | down " states when | • MOM 3 wks POA |
| 18 | tries to eat too much | • Hx ↑ Po uan |
| 118/72 | feels like will throw | dry ↓ skin |
| | Sudden × 30 yr. | q Wt & Rwk × 2wk |
| | O) NAD VSS - played | |
| | well ∫ mm | |
| | mild Rash improved | |
| | Chest clear /2 | |
| | cn m obd Q tend | |
| | ⊕ mass | |
| | A) Wt loss | |
| | Dysphagia | |
| | Esther | Noted Dr.___ 12/16/06 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pinckneyville Correctional Center

Offender Information:

McCROY                 Aaron                 ID#: 751882
Last Name              First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-18-06 9:15a | CXR done | P Baur NP |
| 12-26-06 1:45p | PSYCH NOTE: | Typ lacy us NP |
| 1-5-07 8¹⁰a | S) Seen in f/u States slugish bowels. Notes | P) Lab CBC · CMP · H pylori AB · Lipase |
| 10² /60 | Eating + swallowing | |
| 60 20 | a little better | RTSC 2 weeks |
| 98⁶ | on tarton still | |
| 170# | c̄ Sx at times | |
| | O) VSS NAD | |
| | neck ↓ | |
| | chest cl | |
| | cor n | |

Noted M. Cuory
1/5/07
9:00a

Distribution: Offender's Medical Record

Printed on Recycled Paper

DCC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Pinckneyville Correctional _____ Center

Offender Information:

McCroy _____ Aaron _____ ID#: NS1882
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/4/7 | RN Note: Flu Shot | P: May have soreness at vaccination site for 1-2 days. May have fever malaise myalgia for 1-2 days. |
| 1230 P | S: Denies history of hypersensitive to chicken eggs, chicken, chicken feathers or chicken dander. | RTC PRN HCU |
| | Denies hypersensitive to thimerosal (mercury derivative), polymyxin, neomycin or betapropiolactone. | Protocol/Dr. Feinerman |
| | O: Offender qualifies or has requested flu vaccine.. Influenza virus vaccine | |
| | Fluvirin 2005-2006 formula trivalent types A & B 0.5 ml IM given Lt. deltoid. Tolerated well. | |
| | Lot # 2F60811 | |
| | Exp. Date: 8/07 | |
| | A: Influenza Virus vaccine | M. L |
| | | |
| 1/9/7  9 Am | ~~LAB LINE        PLAN 1) AWAIT RESULTS~~ ~~BLOOD DRAWN FROM    2) RETURN TO HEALTHCARE~~ ~~                    FOR PROBLEMS AT~~ ~~FCR                  PUNCTURE SITE~~ | |
| | Rescheduled D/T lockdown | M. Lan |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper



ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

Offender Information:

| Last Name | First Name | MI | ID#: NJ 1882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-5-07 | my Note | |
| 8:00 | Confined | |
| | on ohd BS ⊕ | |
| | Self Reports | |
| | n/p. | |
| | GU c hemu omm | |
| | Scott ⊕ exam | |
| | heme O 5hr | |
| | → S/R ohd dimpled | |
| | + trouble smelling | |
| | state Sx improved | |
| | c Zantac | |
| | ✓ labs · c f/u | |
| | | not/d McCoy 1/5/07 9.00pm |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_P.NKCC_ _____ Center

Offender Information:

_McCrosy_          _Aaron_          _N 51882_
             Last Name        First Name        MI        ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-10-07 8A | LAB LINE — BLOOD DRAWN FROM FOR    PLAN 1) AWAIT RESULTS  2) RETURN TO HEALTHCARE FOR PROBLEMS AT PUNCTURE SITE | |
| | _Rescheduled 2/t lockdown JPher_ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

_____ Center

Offender Information:

McCroy          Aaron          ID#: N57882
Last Name        First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/15/07 10:30A | LPN Note | P= Re-schedule for |
| | S= Ø | MD call line |
| | O= Scheduled on MD call | |
| | line for F/U — | |
| | A= Not seen due to level 1 lockdown — | |
| | MD aware — Orders received | Banish PN 1/15/07 |
| 1-18-07 12:45P | LAB LINE     PLAN 1) AWAIT RESULTS BLOOD DRAWN FROM     2) RETURN TO HEALTHCARE FOR PROBLEMS AT PUNCTURE SITE FOR CBC, CMP, Lipase H. pylori | McCroy 8227-67 N57882 B Johnson LPN |
| 1-18-07 8:15P 180# 118/70 74 98.6 16 | my Note ① States swallowing in the same — Eating better. Wt noted Smiles. State sx improved on Zantac continued | O/ nose 2 tabs here (Labs) Zantac 150, BW x 2 months |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

Offender Information:

McCray _____ Aaron _____ ID#: N51882
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-18-07 | no note | |
| 8:15pm | Continued | |
| | (S) NAD | |
| | head Ⓒ | |
| | chest clear/z | |
| | cor m | |
| | abd Ⓢ/nd | |
| | A) wt loss | |
| | Regain | |
| | award lb | |
| | Sx Cir Refuse | |
| | on zube | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_PNK CC_ _____ Center

| Offender Information: | | | |
|---|---|---|---|
| McCroy | Aaron | | ID#: N51882 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/29/7 130? | mq note | |
| | (4) S/c Discussed lab | |
| #0 # 175 # 97-68-16 | | √/p observe |
| | M+ ⟶ 86 | |
| 11/8/8? | Has already been treated unsuccessfully in 2001 | Physically Challenges In bunk In gallery |
| | ? S/p ttx | |
| | — unsuccessful Treatment | |
| | | m. Lu 1/29/7 140P |
| 2-8-07 | | |
| 2:50p | PSYCH. NOTE: MENTAL HEALTH EVAL. CONDUCTED | Ty Wallow, LCSW MSW |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)