E-FILED
Monday, 07 May, 2007 01:48:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE PLAINTIFF'S RESPONSE TO ALL
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Comes now Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, and in support of his Motion for an Extension of Time in which to file Plaintiff's Response to All Defendants' Motions for Summary Judgment, states as follows:

1. On March 23, 2007, Plaintiff filed a Motion to Compel the Deposition of Debra Fuqua and to Compel IDOC Defendants to Fully Comply with Plaintiff's Request for Production of Documents.

2. On March 30, 2007, Plaintiff filed Motions to Determine Answers to Plaintiffs' Requests for Admissions directed to Defendants.

3. The Court has not yet ruled on either of Plaintiff's motions.[1]

4. That on April 18, 2007, Defendant Wexford filed its Motion for

---

[1] Part of Plaintiff's Motion to Compel has essentially been addressed by the Court when the trial was continued. Other aspects, however, to include Plaintiff's request to have Defendant's affirmative defense of exhaustion be stricken are pending.

Summary Judgment; on April 19, 2007, Defendant Dr. Hughes Lochard filed his Motion for Summary Judgment; and on April 20, 2007, Defendants Rhonda Mills and Lowell Brown, M.D. filed their Motions for Summery Judgment.

5. That on May 4, 2007, the IDOC Defendants filed their Motion for Summary Judgment and all supporting documents.

6. Plaintiff's Response to the Motion for Summary Judgment filed by Defendant Wexford is currently due on May 9, 2007.

7. Plaintiff's Response to the Motion for Summary Judgment filed by Defendant Lochard is currently due on May 10, 2007.

8. Plaintiff's Responses to Motions for Summary Judgment filed by Defendants Mills and Brown are currently due on May 11, 2007.

9. Plaintiff's Response to the Motion for Summary Judgment filed by Defendants IDOC, Flagg, Funk, Fuqua, Hockaday, Law, Walker, and Winters is currently due on May 25, 2007.

10. Rulings on Plaintiff's Motions to Determine Answers to Plaintiff's Requests for Admissions and Motion to Compel are needed to properly respond to Defendants' motions.

11. Plaintiff responding to all pending motions for Summary Judgment on one date will be more economical to both the parties and the Court.

12. The final pre-trial in this matter is set for October 22, 2007.

13. Trial in this matter is set for October 29, 2007.

14. Plaintiff's counsel has spoken with the attorneys for all Defendants and they have no objection to the granting of this extension.

WHEREFORE, Plaintiff respectfully prays this Court enter an Order extending the deadline for the filing his Response to All Defendants' Motions for Summary Judgment until twenty-one (21) days after the entry of an order on Plaintiff's Motion to Determine Answers to Plaintiff's Requests for Admission and Motion to Compel Deposition and Documents directed towards the IDOC Defendants.

        Respectfully submitted,

        AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan

        THOMAS F. LONDRIGAN, Bar No.
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        tom@lprpc.com

Certificate of Service

The hereby certify that a on May 7, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy - N51882
P. O. Box 999
Pinckneyville, IL 62274

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com