IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, ROGER E. | ) | |
| WALKER, JR., (in his official | ) | |
| capacity only), DENNIS HOCKADAY, | ) | |
| KEVIN WINTERS, SANDRA FUNK, | ) | |
| DEBORAH FUQUA, LIEUTENANT BRYON | ) | |
| LAW, KENNETH KELLERMAN, JULIUS | ) | |
| FLAGG, all in their official and | ) | |
| individual capacities, WEXFORD | ) | |
| HEALTH SOURCES, Inc., | ) | |
| Dr. LOWELL BROWN, MD., | ) | |
| Dr. HUGHES LOCHARD, MD., and | ) | |
| RHONDA MILLS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO IL DEPT. OF CORRECTION DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS TO DETERMINE THE ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS AND MOTION TO COMPEL DEFENDANTS TO FULLY COMPLY WITH PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff, AARON MCCROY, by his attorney, DOUGLAS J. QUIVEY of LONDRIGAN, POTTER, & RANDLE, P.C., and in response to Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motions to Determine the Answers to Plaintiff's Requests for Admissions and Motion to Compel Defendants to Fully Comply

with Plaintiff's Request for Production of Documents states:

1. Plaintiff has no objection to Defendants Debra K Fuqua, Roger E Walker, Jr, Kevin Winters, Sandra Funk, Lt Law, Julius Flagg, IL Dept of Corrections and Dennis Hockaday's Motion for Extension of Time to File Response/Reply as to Motion to Determine the Answers to Plaintiff's Requests for Admissions directed to IDOC Defendants and Motion to Compel Deposition and Documents.

        Respectfully submitted,
        AARON MCCROY, Plaintiff

        By: s/Douglas J. Quivey
        DOUGLAS J. QUIVEY, Bar No. 6225888
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        doug@lprpc.com

## Certificate of Service

The hereby certify that on May 7, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

        By: s/Douglas J. Quivey
        DOUGLAS J. QUIVEY, Bar No. 6225888
        Attorney for Plaintiff
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South Seventh Street
        Post Office Box 399
        Springfield, IL 62705
        Telephone: (217) 544-9823
        doug@lprpc.com