IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO WEXFORD DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DETERMINE ANSWERS AND REQUESTS TO ADMIT

Plaintiff, AARON MCCROY, by his attorney, DOUGLAS J. QUIVEY of LONDRIGAN, POTTER, & RANDLE, P.C., and in response to Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion to Determine Answers and Requests to Admit states:

1. Plaintiff has no objection to Defendants Rhonda Mills, Lowell Brown, Hughes

Lochard, and Wexford Health Sources Inc.'s Motion for Extension of Time to Respond to Plaintiff's Motion to Determine Answers and Requests to Admit.

                                              Respectfully submitted,
                                              AARON MCCROY, Plaintiff

                                              By: s/Douglas J. Quivey
                                              DOUGLAS J. QUIVEY, Bar No. 6225888
                                              Attorney for Plaintiff
                                              LONDRIGAN, POTTER & RANDLE, P.C.
                                              1227 South Seventh Street
                                              Post Office Box 399
                                              Springfield, IL 62705
                                              Telephone: (217) 544-9823
                                              doug@lprpc.com

## Certificate of Service

The hereby certify that on May 7, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, Reg. #N51882
P.O. Box 999
Pinckneyville, IL 62274

By:    s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com