UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,

    Plaintiff,

v.                            02-CV-3171

ILLINOIS DEP'T OF
CORRECTIONS et al.,

    Defendants.

**Order**

IT IS ORDERED THAT:

1) IDOC Defendants' motion for extension to respond to requests for admission and supplemental document requests is denied as moot (d/e 335), as the requested extension has passed and it appears the requests have been answered (though the adequacy of those answers is in dispute).

2) Plaintiff's motion to compel the deposition of Defendant Fuqua is denied with leave to renew, in light of Defendant Fuqua's medical condition at the present time (d/e 356). The motion may be renewed. Defendant Fuqua is directed to notify Plaintiff when she is able to attend her deposition.

3) Defendant Fuqua's motion for protective order is granted (d/e 358).

4) Attorney Sholar's motion to withdraw as attorney of record for Wexford et al. is granted (d/e 367).

5) Defendant Wexford et al.'s response (d/e 376) to Plaintiff's motion to determine admissions (d/e 363) will be considered. Accordingly, Wexford's unopposed motion for extension to file response is denied as moot (d/e 369).

6) Defendant IDOC's response (d/e 377)) to Plaintiff's motion to determine admissions (d/e 363) will be considered. Accordingly, IDOC's unopposed motion for extension to file response is denied as moot (d/e 368).

      7) Plaintiff's motion to amend scheduling order, represented as agreed to by the parties, is granted (d/e 370).

      8) Defendant IDOC's motion for an extension to May 4, 2007, to file a summary judgment motion is granted (d/e 374), subject to timely objections by Plaintiff (his response time has not yet passed).

      9) Defendant IDOC's motion for leave to file over the page limit is granted (d/e 378), subject to timely objections by Plaintiff (his response time has not yet passed).

      10) Plaintiff's motions to determine answers remain pending and will be addressed in a separate order (d/e's 361, 363).

      Entered this 8th day of May, 2007.

                                                  **s\Harold A. Baker**

                                                  HAROLD A. BAKER
                                    UNITED STATES DISTRICT JUDGE