

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

May 8, 2007

**FILED**

MAY 0 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The Honorable John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 East Monroe Street
Springfield, Illinois 62701

Re:   *Aaron McCroy, #N-51882 vs. IDOC, et al.*
      USDC-CD Ill. No. 02-3171

Dear Clerk Waters:

Enclosed please find the attachments for Defendants IDOC, et al.'s Statement of Material Facts Claimed to be Undisputed [doc 380] filed on May 4, 2007. Please feel free to contact me at (217) 782-9026 if you have any questions.

Sincerely,

s/Kelly R. Choate

Kelly R. Choate
Assistant Attorney General

KRC/jle
enclosure