UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY, Plaintiff,        )
                                )
vs.                             )    NO. 02-3171
                                )
ILLINOIS DEPARTMENT OF          )
CORRECTIONS et al., Defendants. )

### FIFTH AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Tuesday, August 7, 2007**, at **2:00 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the offices of the Attorney General, 3000 Montvale Drive, Springfield, Illinois. **The Deponent is to bring to this deposition:**

1. Any and all documents that include a job description or protocol for any job that you have held with the Illinois Department of Corrections including your current job and any job which has made you a party to this lawsuit.

2. Any and all weekly, monthly, quarterly and/or yearly reports from January 1, 2002 through 2004 given to the warden or any IDOC supervisor for the time that the Plaintiff was housed at Western Illinois Correctional Center.

3. Copies of all official communications and directives authorized, signed by, e-mailed, or copied to you by other IDOC employees or employees of Wexford Health Systems with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

4. Copies of all official communications and directives authorized, signed by, e-mailed, or copied by you, with regard to the care, treatment, placement, or discipline of the patient/prisoner Aaron McCroy.

5. Minutes of the Quarterly Medical Review Meetings for the years 2002 - 2004.

6. Copies of Dr. Elyea's findings and report on those findings authored by Dr. Elyea in response to the request by the Administrative Review Board as outlined in their correspondence of June 23, 2004 in response to Aaron's grievance.

***** **This deposition was previously set for March 8, 2007.** *****

                    Respectfully submitted,
                    AARON MCCROY, Plaintiff

        By:    s/Thomas F. Londrigan
               THOMAS F. LONDRIGAN, Bar No. 1686542
               Attorney for Plaintiff
               LONDRIGAN, POTTER & RANDLE, P.C.
               1227 South Seventh Street
               Post Office Box 399
               Springfield, IL 62705
               Telephone: (217) 544-9823
               tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy,#N51882
>Receiving Cell 15
>P. O. Box 900
>Ina, IL 62846

By:   s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com