E-FILED
Wednesday, 25 July, 2007  03:36:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et. al., | ) |
| Defendants. | ) |

**OBJECTION TO PLAINTIFF'S FIFTH NOTICE OF DEPOSITION**

NOW COMES the Defendant, DEBRAH K. FUQUA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Fed. R. Civ. P. 26(b)(2)(C), hereby submits her objection to Plaintiff's Fifth Notice of Deposition. In support thereof, Defendant states as follows:

1.  The deposition of Defendant Fuqua has been set by agreement of the parties on August 7, 2007 at 2:00 p.m. The deposition was delayed for several months due to a serious medical condition of Ms. Fuqua.

2.  The Notice of Deposition, filed with this Court as document #388, includes a number of documents that Plaintiff's counsel expects Ms. Fuqua to bring to the deposition.

3.  All of the documents listed in the Notice of Deposition, with the possible exception of a job description for Ms. Fuqua, have already been produced to Plaintiff. Ms. Fuqua will bring a copy of her job description to the deposition. Ms. Fuqua objects

to the Notice of Deposition to the extent she is asked to bring documents to her deposition already in possession of Plaintiff's counsel.

    4.    Ms. Fuqua does not object to answering questions posed by Plaintiff's counsel regarding these documents to the extent she has personal knowledge regarding them.

    Respectfully submitted,

    DEBRAH K. FUQUA,

      Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

By:  s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed an Objection to Plaintiff's Fifth Notice of Deposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
atroemper@hrva.com

Carissa A. Haning
carissa@lprpc.com

and I hereby certify that on July 25, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us