# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY, Plaintiff,** | ) |
| | ) |
| vs. | )  NO. 02-3171 |
| | ) |
| **ILLINOIS DEPARTMENT OF** | ) |
| **CORRECTIONS et al., Defendants.** | ) |

## SIXTH AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Tuesday, August 7, 2007**, at **2:00 p.m.**, we shall cause the deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the offices of the Attorney General, 3000 Montvale Drive, Springfield, Illinois.  After reviewing the Defendant's Objection to Plaintiff's Fifth Amended Notice of Deposition, **the Deponent is to bring to this deposition:**

1.  A job description or protocol for all positions that you held with the Illinois Department of Corrections, including your current job position.

2.  Any and all documents reviewed by the Defendant, Debra Fuqua, in preparation for the deposition.

Respectfully submitted**,**
AARON MCCROY, Plaintiff

By:  s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ms. Theresa Powell
>Heyl, Royster, Voelker & Allen
>National City Center, Ste. 575
>1 North Old State Capitol Plaza
>PO Box 1687
>Springfield, IL 62705-1687
>
>Lisa Madigan, Illinois Attorney General
>Attn: Kelly Choate, A.A.G.
>500 South Second Street
>Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Aaron McCroy,#N51882
>Receiving Cell 15
>P. O. Box 900
>Ina, IL 62846

By:    s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com