## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, Plaintiff, | ) |
| | ) |
| vs. | ) NO. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., Defendants. | ) |

### NOTICE OF CONTINUATION OF DEPOSITION

PLEASE TAKE NOTICE that on **Friday, August 24, 2007**, at **10:00 a.m.**, we shall cause the continuation of the August 7th deposition of **Debra Fuqua** to be taken before a certified shorthand reporter in the above-entitled cause at the offices of the Attorney General, 3000 Montvale Drive, Springfield, Illinois. **The Deponent is to bring to this deposition:**

    1. A job description or protocol for all positions that you held with the Illinois Department of Corrections, including your current job position.

    2. Any and all documents reviewed by the Defendant, Debra Fuqua, in preparation for the deposition.

Respectfully submitted**,**
AARON MCCROY, Plaintiff

By:   s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

By:    s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com