UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No. 02-CV-3171 |
| | ) |
| ILLINOIS DEPT. OF | ) |
| CORRECTIONS, et al. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

CARISSA A. HANING, of LONDRIGAN, POTTER & RANDLE, P.C., respectfully moves this Court for leave to withdraw as counsel of record for the Plaintiff. For her motion, Carissa A. Haning states as follows:

1.   Carissa A. Haning is leaving the firm of Londrigan, Potter & Randle, P.C. in order to pursue employment with the law firm of Leighton & Mobley, in Bloomington, Illinois.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Carissa A. Haning leave to withdraw her appearance.

Respectfully submitted,

AARON MCCROY, Plaintiff

By:   s/Carissa A. Haning
CARISSA A. HANING, Bar No. 6278923
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
carissa@lprpc.com

Certificate of Service

The hereby certify that on August 17, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following;

    Ms. Theresa Powell
    Heyl, Royster, Voelker & Allen
    National City Center, Ste. 575
    1 North Old State Capitol Plaza
    PO Box 1687
    Springfield, IL 62705-1687

    Lisa Madigan, Illinois Attorney General
    Attn: Kelly Choate, A.A.G. &
    Julie L. Morgan. A.A.G.
    500 South Second Street
    Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Aaron McCroy, Reg. #N51882
    P.O. Box 999
    Pinckneyville, IL 62274

By:    s/Carissa A. Haning

    CARISSA A. HANING, Bar No. 6278923
    Attorney for Plaintiff
    LONDRIGAN, POTTER & RANDLE, P.C.
    1227 South Seventh Street
    Post Office Box 399
    Springfield, IL 62705
    Telephone: (217) 544-9823
    carissa@lprpc.com