IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #–51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF COMPLIANCE**

NOW COMES the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, BYRON LAW, KENNETH KELLERMAN, JUDITH WILSON, PAMELA A. GRUBMAN, and JULIUS FLAGG, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby submit their Notice of Compliance to this Court's Order of July 26, 2007 [390].

1. In its Order of July 26, 2007, this Court ordered Defendants to amend certain answers to Plaintiff's motion for admissions. Defendants have complied with that order and have served the amended answers upon Plaintiff's counsel by placing the response in a postage paid envelope on August 20, 2007.

2. The Court also ordered the undersigned, on behalf of the defendants, to review any weekly, monthly, quarterly, and/or yearly reports from the Warden of Western Illinois Correctional Center to the Director of the Illinois Department of Corrections and to amend their response to Plaintiff's Fourth Request for the Production of Documents.

3. The undersigned was informed by legal counsel for the Illinois Department of Corrections that the only reports responsive to this request were the Warden's monthly reports to the Director.

1

4. Because this request encompassed three months in 2001, twelve months in each of the years 2002, 2003 and 2004, and one month in 2005, and because each report was approximately 100 pages, the undersigned enlisted three additional Assistant Attorneys General to assist her in reviewing these records. The records were retrieved by the Illinois Department of Corrections and reviewed on August 17, 2007.

5. As supplement to Plaintiff's Fourth Request for the Production of Documents, defendants state as follows: only one record was found that mentioned Aaron McCroy, and that document did not contain any information relevant to this claim, as it only noted he was on a hunger strike (see Affidavits of Choate, Lurkins, Hildebrand, and Rupcich).

6. However, the undersigned will provide a copy of that page to Mr. Londrigan at the deposition of Defendant Fuqua on August 24, 2007.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., DENNIS HOCKADAY, KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL, SANDRA FUNK, DEBRAH FUQUA, BYRON LAW, KENNETH KELLERMAN, JUDITH WILSON, PAMELA A. GRUBMAN, and JULIUS FLAGG,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 20, 2007, I electronically filed a Notice of Compliance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

April Gowdy Troemper
atroemper@hrva.com

and I hereby certify that on August 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 782-9026
    Facsimile: (217) 524-5091
    E-Mail: kchoate@atg.state.il.us