STATE OF ILLINOIS )
) ss
COUNTY OF SANGAMON )

## AFFIDAVIT

I, KELLY CHOATE, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am employed by the Illinois Attorney General as an Assistant Attorney General.

2. Pursuant to the Court's order of July 26, 2007, I, along with three other Assistant Attorneys General reviewed the Monthly Warden's Reports to the Director of the Illinois Department of Corrections.

3. I instructed the Assistant Attorneys General with me to look for any documents naming Aaron McCroy or inmate Durham, and for any documents that would be otherwise relevant to the issues in *McCroy v. IDOC*.

4. I personally reviewed the reports for all of 2004, and for the months of July, September, and November of 2002.

5. There was no reference to Aaron McCroy or Michael Durham in any of those documents, nor was there any information relevant to Plaintiff Aaron McCroy's case before this court.

FURTHER AFFIANT SAYETH NOT.

_____
KELLY CHOATE, AAG

SUBSCRIBED and SWORN to
before me this 17th Day of August, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DIANA M. DESALLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2011

STATE OF ILLINOIS )
) ss
COUNTY OF SANGAMON )

## AFFIDAVIT

I, MATTHEW LURKINS, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am employed by the Illinois Attorney General as an Assistant Attorney General.

2. Pursuant to the Court's order of July 26, 2007, I accompanied Kelly Choate and two other Assistant Attorneys General to review the Monthly Warden's Reports to the Director of the Illinois Department of Corrections.

3. I was instructed by Ms. Choate to look for any documents naming Aaron McCroy or inmate Durham, and for any documents that would be otherwise relevant to the issues in *McCroy v. IDOC*.

4. I personally reviewed the reports for October through December of 2001; for October of 2002, and for the months of June, September, and November of 2003.

5. I found only one reference to Aaron McCroy in these documents. In the November 1, 2003 Inspection Tour Log there was a notation under "comments" stating, "Hunger Strike McCroy 72 hours 4:30 p.m." There was no other reference to Aaron McCroy or Michael Durham in any of those documents, nor was there any information relevant to Plaintiff Aaron McCroy's case before this court.

FURTHER AFFIANT SAYETH NOT.

_____
MATTHEW LURKINS

SUBSCRIBED and SWORN to
before me this 17th Day of August, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DIANA M. DESALLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2011

STATE OF ILLINOIS         )
                          ) ss
COUNTY OF SANGAMON        )

## AFFIDAVIT

I, HEIDI HILDEBRAND, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am employed by the Illinois Attorney General as an Assistant Attorney General.

2. Pursuant to the Court's order of July 26, 2007, I accompanied Kelly Choate and two other Assistant Attorneys General to review the Monthly Warden's Reports to the Director of the Illinois Department of Corrections.

3. I was instructed by Ms. Choate to look for any documents naming Aaron McCroy or inmate Durham, and for any documents that would be otherwise relevant to the issues in *McCroy v. IDOC*.

4. I personally reviewed the reports for January, February, March, April, May, July, August, October and December of 2003, and December of 2002.

5. There was no reference to Aaron McCroy or Michael Durham in any of those documents, nor was there any information relevant to Plaintiff Aaron McCroy's case before this court.

FURTHER AFFIANT SAYETH NOT.

_____
HEIDI HILDEBRAND, AAG

SUBSCRIBED and SWORN to
before me this 17th Day of August, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DIANA M. DESALLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2011

STATE OF ILLINOIS            )
                             ) ss
COUNTY OF SANGAMON           )

## AFFIDAVIT

I, JOE RUPCICH, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am employed by the Illinois Attorney General as an Assistant Attorney General.

2. Pursuant to the Court's order of July 26, 2007, I accompanied Kelly Choate and two other Assistant Attorneys General to review the Monthly Warden's Reports to the Director of the Illinois Department of Corrections.

3. I was instructed by Ms. Choate to look for any documents naming Aaron McCroy or inmate Durham, and for any documents that would be otherwise relevant to the issues in *McCroy v. IDOC*.

4. I personally reviewed the reports for January through June of 2002, and August of 2002.

5. There was no reference to Aaron McCroy or Michael Durham in any of those documents, nor was there any information relevant to Plaintiff Aaron McCroy's case before this court.

FURTHER AFFIANT SAYETH NOT.

_____
JOE RUPCICH

SUBSCRIBED and SWORN to
before me this 17th Day of August, 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
DIANA M. DESALLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2011