UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE PLAINTIFF'S RESPONSE TO ALL
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, and in support of his Motion for an Extension of Time in which to file Plaintiff's Response to All Defendants' Motions for Summary Judgment states as follows:

1. Plaintiff's response to the various motions for summary judgment is due Friday, August 31, 2007.

2. Plaintiff's Counsel has conferred with defense counsel and they do not object to a short extension.

3. The deposition of Defendant Fuqua was not completed until Friday, August 24, 2007 and the transcript was not received until Monday, August 28, 2007.

4. The IDOC has been unable to respond to an outstanding subpoena *duces tecum* pertaining to organizational charts that required production at the above deposition.

5. Plaintiff's Response to Summary Judgment needs to contain an affidavit from the Plaintiff that will require Plaintiff's Counsel to travel to Big Muddy River Correctional Center to confer with Plaintiff. Time is needed in order to make this arrangement. IDOC has indicated at least 48 hours advance notice is needed to communicate by phone with the plaintiff in order to prepare his affidavit.

6. Trial in this matter is not set until October 29, 2007.

WHEREFORE, Plaintiff respectfully prays this court enter an Order extending the deadline for the filing of Plaintiff's Response to All Defendants' Motions for Summary Judgment until Friday, September 7, 2007.

Respectfully submitted,

AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## Certificate of Service

The hereby certify that a on August 28, 2007 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, #N51882
Big Muddy River Correctional Center
Receiving Cell 15
P. O. Box 900
Ina, IL   62846

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No.
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com