IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, ROGER E. | ) | |
| WALKER, JR., (in his official | ) | |
| capacity only), DENNIS HOCKADAY, | ) | |
| KEVIN WINTERS, SANDRA FUNK, | ) | |
| DEBORAH FUQUA, LIEUTENANT BRYON | ) | |
| LAW,  KENNETH KELLERMAN, JULIUS | ) | |
| FLAGG, all in their official and | ) | |
| individual capacities, WEXFORD | ) | |
| HEALTH SOURCES, Inc., | ) | |
| Dr. LOWELL BROWN, MD., | ) | |
| Dr. HUGHES LOCHARD, MD., and | ) | |
| RHONDA MILLS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE OVER THE PAGE LIMIT**

Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN, POTTER, & RANDLE,

P.C., hereby submits his Motion for Leave to File Over the Page Limit, pursuant to L.R. 7.1(B0(2).

In support thereof, Plaintiff states as follows:

1.     Plaintiff's response to the pending motions for summary judgment is due on or before

August 31, 2007.

2.     Plaintiff's joint response to the motions for summary judgment is currently 40 double

spaced pages, and is not yet completed.

3.      Plaintiff's joint response addresses each Wexford Defendants' separate motions for summary judgment (Wexford 14 pages, Mills 37 pages, Brown 42 pages, Lochard 37 pages) as well as the Joint Motion for Summary Judgment filed by the IDOC Defendants (Motion 3 pages, Memorandum 37 pages), all thirteen defendants, and numerous separate arguments.  Fifteen (15) pages was insufficient for the plaintiff to fully address the arguments made by all defendants.

4.      If Plaintiff responded to each of the thirteen defendants separately, plaintiff would be entitled to file 15 page responses for each defendant, or approximately 195 pages in total.

5.      Neither the court, nor the Defendants will be prejudiced by the additional pages requested.

WHEREFORE, for the above and foregoing reasons, Plaintiff prays this honorable Court grant his Motion for Leave to File Over the Page Limit, not to exceed fifty (50) pages.

Respectfully submitted,

AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

2

**Certificate of Service**

The hereby certify that on August 28, 2007, I presented the foregoing to the Clerk of the

Court for filing and uploading to the CM/ECF system which will send notification to such filing to

the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following
non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina,  IL 62846

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

3