EXHIBITS TO PLAINTIFF'S RESPONSES TO
SUMMARY JUDGMENT AND STATEMENT OF FACTS

| Date | Item Description | Exhibit #s |
|---|---|---|
| **Exhibit A:** | | |
| 9-4-07 | Aaron McCroy Affidavit | Ex. A 1-7 |
| **Exhibit B:** | | |
| Grievances/Letters: | | |
| 12-17-01 | Letter from Inmate McCroy to Warden Schnepel & HCUA Fuqua (2 pgs) | B1-2 |
| 3-11-02 | Emergency Grievance filed by Inmate McCroy to WICC (2 pgs) | B3-4 |
| 3-12-02 | IDOC Memorandum from Warden Hockaday to Inmate McCroy | B5 |
| 6-17-02 | Letter from Inmate McCroy to ARB in Springfield, IL (2 pgs) | B6-7 |
| 6-17-02 | Grievance filed by Inmate McCroy to WICC | B8 |
| 8-11-02 | Letter from Inmate McCroy to Warden Hockaday, Asst. Warden Funk and HCUA Fuqua | B9 |
| 8-13-02 | IDOC Memorandum from Warden Hockaday to Inmate McCroy | B10 |
| 8-23-02 | IDOC Memorandum from Warden Hockaday to Inmate McCroy | B11 |
| 10-31-03 | IDOC Adjustment Committee Final Summary Report (2 pgs) | B12-13 |
| 12-27-03 | Grievance filed by Inmate McCroy to WICC (2 pgs) | B14-15 |
| 2-24-04 | Grievance Officer's Report regarding Maxitrol prescription | B16 |
| 3-23-04 | IDOC Adjustment Committee Final Summary Report (2 pgs) | B17-18 |
| 6-7-04 | Emergency Grievance filed by Inmate McCroy to WICC re yard/recreation and TV placement (2 pgs) | B19-20 |
| 6-7-04 | Emergency Grievance filed by Inmate McCroy to WICC re going to commissary | B21 |
| 6-13-04 | Emergency Grievance filed by Inmate McCroy to WICC (2 pgs) | B22-23 |

| Date | Description | Ref |
|---|---|---|
| 6-14-04 | IDOC Grievance Officer's Report by Sue Redshaw regarding Inmate McCroy | B24 |
| 6-15-04 | Emergency Grievance filed by Inmate McCroy to WICC (2 pgs) | B25-26 |
| 8-20-04 | IDOC letter from ARB director Brian Fairchild/Roger Walker to Inmate McCroy | B27 |
| 11-12-04 | Emergency Grievance filed by Inmate McCroy to WICC Re Medical Treatment (11-30-04 Response to Grievance) (2 pgs) | B28-29 |
| 11-12-04 | Emergency Grievance filed by Inmate McCroy to WICC re 10/5/04 disciplinary report Durham issue (2pg) | B30-31 |
| 1-2-05 | Emergency Grievance filed by Inmate McCroy to WICC re: drug test (2 pgs) | B32-33 |
| 1-20-05 | Grievance filed by Inmate McCroy to WICC re: drug test (2 pgs) | B34-35 |
| 1-8-06 | Grievance filed by Inmate McCroy to Pinckneyville CC re lack of eye care treatment (2 pgs) | B36-37 |
| 1-17-06 | IDOC Memorandum from Dr. Elyea to Director Roger E. Walker Jr., IDOC | B38 |

**Exhibit C:**
McCROY MEDICAL RECORDS:

| Date | Description | Ref |
|---|---|---|
| 9-9-93 | Aaron McCroy Medical Progress Note from Optometry Clinic | C1 |
| 11-2-01 | IDOC Fuqua Memo to McCroy re: contact lenses and solutions | C2 |
| 2-27-02 | IDOC Dr. Weller Report of Consultation | C3 |
| 3-5-02 | Referral Request Form by Dr. Anderson for Inmate McCroy to see Dr. Kehoe | C4 |
| 5-13-02 | IDOC Dr. Plotner, Kehoe Eye Care, Report of Consultation | C5 |
| 5-14-02 | Referral Request Form by Dr. Anderson for Inmate McCroy to see Dr. Sieck | C6 |
| 5-15-02 | Wexford Memo to McCroy re payment of transplant | C7 |

| Date | Description | Ref |
|---|---|---|
| 7-23-02 thru 8-22-02 | E-mails to and from HCUA Fuqua to Dr. Elyea, Cindy Hobrock and Terri Anderson re: McCroy's corneal transplant (3 pgs) | C8-9-10 |
| 8-12-02 | IDOC letter from Dr. Elyea to "All Vendors" regarding Inmate McCroy's Cornea Grafting (Transplantation) (2 pgs) | C11-12 |
| 9-23-02 | Letter from A. George Schultz, II, M.D., Jacksonville Ophthalmologic Assoc., to Dr. Sims at WICC re Inmate McCroy (2 pgs) | C13-14 |
| 11-20-02 | Prairie Eye Center, Dr. Joseph Feder, Consultation Report | C15 |
| 2-3-03 | IDOC Dr. Joseph Feder, Report of Consultation | C16 |
| 2-3-03 | 6:45 a.m. first entry | C17 |
| 10-29-03 | 8:30 a.m. first entry | C18 |
| 10-29-03 | 4:30 p.m. first entry | C19 |
| 11-6-03 | IDOC Dr. Zeh, Report of Consultation | C20 |
| 11-6-03 | Dr. Zeh Maxitrol prescription for Inmate McCroy | C21 |
| 11-6-03 | 12:30 p.m. first entry | C22 |
| 11-6-03 | 12:40 p.m. first entry | C23 |
| 11-20-03 | 9:00 a.m. first entry | C24 |
| 11-21-03 | 3:00 p.m. Infirmary Discharge Note by Nurse Mills | C25 |
| 11-29-03 | WICC Memorandum from Dr. Lochard to Inmate McCroy "medically unassigned" | C26 |
| 11-29-03 | WICC memorandum from Dr. Lochard to LTS Supervisor re weight lifting and sports restrictions on Inmate McCroy | C27 |
| 12-23-03 | 7:50 a.m. first entry | C28 |
| 1-8-04 | IDOC Dr. Kim, Report of Consultation | C29 |

| Date | Description | Ref |
|---|---|---|
| 1-19-04 | 7:30 a.m. first entry | C30 |
| 2-23-04 | 3:30 p.m. first entry | C31 |
| 3-11-04 | 8:30 a.m. first entry | C32 |
| 3-29-04 | 7:30 a.m. first entry | C33 |
| 4-7-04 | 10:00 a.m. first entry | C34 |
| 4-20-04 | 8:30 a.m. first entry | C35 |
| 4-29-04 | 7:30 a.m. first entry | C36 |
| 5-5-04 | 7:40 a.m. first entry | C37 |
| 5-10-04 | Referral Request Form by Dr. Brown for Inmate McCroy to see Dr. Zeh | C38 |
| 5-10-04 | 12:30 p.m. first entry | C39 |
| 5-26-04 | Referral Request Form by Dr. Brown for Inmate McCroy to see Dr. Steahley | C40 |
| 5-29-04 | 8:30 a.m. first entry | C41 |
| 6-8-04 | WICC Memorandum from Dr. Anderson to LTS Supervisor re no contact supports (sic)-no weight lifting over 5# on Inmate McCroy | C42 |
| 6-8-04 | 8:00 a.m. first entry | C43 |
| 6-8-04 | 11:00 a.m. first entry | C44 |
| 8-11-04 | Referral Request Form by Dr. Brown for Inmate McCroy to see Dr. Kinser | C45 |
| 12-8-04 | IDOC Dr. Michael Kass, Report of Consultation | C46 |
| 1-25-05 | IDOC Offender Optometric Examination by Dr. Williams (2 pgs) | C47-48 |
| 1-27-05 | Marion Eye Center examination office records for Inmate McCroy (5 pgs) | C49, 50, 51, 52, 53 |

| | | |
|---|---|---|
| 9-6-05 | Medical Permission for low bunk/low gallery/physically challenged | C54 |
| 9-8-05 | IDOC Memorandum from Warden John Evans to Inmate McCroy re Safety Glasses | C55 |
| 1-9-06 | IDOC Memorandum from Warden Flagg to Inmate McCroy re ADA Issues | C56 |
| 1-16-05 | Medical Permission for ADA Cell | C57 |

**Exhibit D**
IDOC PRISON DOCUMENTS:

| | | |
|---|---|---|
| 10-16-01 | Transfer Report to WICC (1 pg) | D1 |
| 10-22-03 | WICC Security Reclassification Review to Clinical Services Department from Inmate McCroy | D2 |
| 3-2-04 | Transfer Report requesting placement of Inmate McCroy at Logan CC denied on 3/9/04 (2 pgs) | D3-4 |
| 1-4-05 | Transfer Report to Menard CC (2 pgs) | D5-6 |
| 8-19-05 | Transfer Report to Pinkneyville (2pgs) | D7-8 |
| | Inmate Durham Disciplinary Card (2 pgs) | D9-10 |
| 9-23-04 | Disciplinary Report of Inmate McCroy re Durham fight | D11 |

| | |
|---|---|
| **Exhibit E** | Debra Fuqua Continued Deposition, taken 8-24-07 |
| **Exhibit F** | Judith Wilson Deposition, taken 2-2-07 |
| **Exhibit G** | Kevin Winters Deposition, taken 2-26-07 |
| **Exhibit H** | David Anderson, OD, Deposition taken 12-13-06 |
| **Exhibit I** | Terry Polk Deposition, taken 2-21-07 |
| **Exhibit J** | Julius Flagg Deposition, taken 12-21-06 |

**Exhibit K**     Jennifer Blaesing Deposition, taken 3-9-07

**Exhibit L**     Stuart Farris, M.D. Deposition, taken 2-14-07

**Exhibit M**     Sandra Funk Deposition, taken 2-16-07

**Exhibit N**     David Schnepel Deposition, taken 2-9-07

**Exhibit O**     Transcript of Proceedings of 2-1-05 Preliminary Injunction Hearing