E-FILED
Friday, 07 September, 2007    04:23:21 PM
Clerk, U.S. District Court, ILCD

EXHIBIT 2
PAGE 1 OF 2

December 17, 2001

Fr:   Aaron McCroy
      Reg. No. N51882
      Western Illinois C.C.



EXHIBIT
B

To:   Assistant Warden Schnepel    and    Deborah K. Fuqua, RN,CCHP
      of Programs.                         H.C.U. Administrator
      Western Illinois C.C.                Western Illinois C.C.


Re:   Medical Treatment and dispensing of Medication.

     This letter is in regards to correction a problem I am having
with the Staff of Wexford Health Resources who operated the WIC
Health Care Unit.  To wit;

     Because I suffer from keratoconus, a degenerative cornea
disorder. I have been prescribed contact lenses to maintain/replace
my damaged corneas.  In addition to the contact lenses I have been
prescribed contact lense cleaners for daily cleaning, enzyme
cleaner for weakly use in removing protein build up, and extra
lense cases.

     Upon arriving at WICC my contact  lenses and etc. were taken
out of my property and given to Wexford Employees.  After several
days in which I was denied legally adequate vision, I was given my
contact lenses and cleaners back.  However, my prescribed enzyme
cleaners and extra case were taken.  I was told that I did not
need the enzyme cleaners or something to that effect.  The
prescribtion appears on the face of my medical file.  Wexford's
Staff stole my personal property and for non-medical reasons which
are against my treating physicians orders, and the recommendations
of both the contact lense and lense cleaner manufacturer's, refuse
to reissue my enzyme cleaner or case.

     Futhermore, I am required to turn in empty bottles of cleaning
solutions and wait numerous days for a refill.  Wexford's Staff
here at WICC has not taken into account the actual harm this polcy
causes me.  First, any days that I am unable to wear contact
lenses is a day that I am legally blind.  Second, I can not rewear
my contact lenses without cleaning them first.  As suggested by a
Nurse that I inform of this problem.  On 12-16-01 at aprx. 8 pm in
R3 C- wing.

1

EXHIBIT 2
PAGE 2 OF 2

Keratoconus is a degenerative cornea decease which causes the thinning, conning and perforating of the cornea. Contact lenses that are specially fitted maintain/replace the cornea and allows me to have limited vision. However, the fit must be check on a regular basis and the development of proteins and etc. on the lenses must be removed because this effects the fit of the lenses and lessens the time that I can wear them. Which is 10 hours under optimum conditions. Also, because Keratoconus perforates the corneas any dirt allowed to to build up on the lenses will enter my eyes thru the cornea, be trapped between them and my retinal and set up an infection. For these reasons I am given Enzyme cleaner and extra cases and my prescribtion is continual not intermittent.

In conclusion, I am asking that my property which was taken upon my arrival be given back. That my prescribtions as they apply to my eye care be followed. And that I be allow to see the Optometrist as soon as possible, in order that he may finish correcting the problems with my left contact lenses which was started by Dr. Kehoe before I left Hill C.C.

Your help in this matter would be greatly appreciated.


Thank you.

c.c/file

_____
Aaron McCroy, #N51882

# EMERGENCY GRIEVANCE

### Illinois Department of Corrections
### COMMITTED PERSON'S GRIEVANCE REPORT

| Date: 3-11-02 | Committed Person: (Please Print)  Aaron McCroy | ID #: N51882 |
|---|---|---|

| Present Facility: Western Illinois C.C. | Facility where grievance issue occurred:  same |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report - Date: _____

- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment

Transfer Denial:
- [ ] By Transfer Coordinator
- [ ] By Institution

Where Issued: _____

- [ ] Disability
- [ ] Other _____
  _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

### THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.

Brief Summary of Grievance:   This EMERGENCY GRIEVANCE is being filed because swift action is needed in order to save my eye sight and to combat Wexford Health Resource's deliberate indifference to treating my serious medical needs.   To wit;

I suffer from Kerataconus a degenerative cornea disorder which less then 1% percent of the worlds population suffers from this condition Wexford Health Resources here at WICC employs no Doctor qualified to treat the present and potential problems with my eyes, and this inability to give me adequate medical care nearly caused the loss of vision in my left eye.

Since my arrival at WICC I have had to write letters and grievances concerning Wexford's employee's deliberate indifference to my eye care needs.   It is my sincere belief that their actions are in retaliation for me complaining about their improper medical pratices.

However, the situation as it stands today is, that my left and right eyes have substained vision  threatening damage as a result of me being denied the proper cleaners for my lenses and being forced to wear ill fitted contact lenses.   The nature of my eye disorder requires that I see a qualified Optomologist on a regular basis and regularly refitted with new contact lenses.   It is imperative that I have access to a Doctor who is trained in the treatment of my rare disorder.   It should be noted, that I was complaining to Wexford Staff and warning them about what their actions would couse, and both Wexford and WICC staff ignored my warnings.   I repeatedly told the eye doctor who fitted me with galsses which go over my contacts, that I was experiencing pain in my left eye.   Yet he was unable to see the severe damage.

Finally, I wrote to Asst. Warden Schnepel and Ms. Fuqua, HCU Administrator asking to see a qualified Doctor.   Upon seeing the Doctor he had me rushed to the Quincy Clinic for treatment.   The Doctor in Quincy disclosed to me that both of my contact lenses are doing great damage to my corneas, and that I should be sent to my Doctor in Galesburg Ill., to be refitted with new contacts, if possible.

Eventhough, Wexford staff knows that I am unable to see without contacts and that my present pair has and is causing me pain and severe eye damage, including severe headaches they have yet to send me out for

Relief Requested: _____

## CONTINUED
## PAGE 1 OF 2

3

March 11, 2002

## EMERGENCY GRIEVANCE
### PAGE 2 OF 2

evaluation and forcing me to wear my right contact lense in order to
function in the sighted world.  Although, they know that me having to
wear this contact is causing more damage to my cornea.


### Relief Requested

Because the Wexford Staff here at WICC is not trained or knowledgable
in the effects and treatment of Karatoconus, and have only denied and
delayed my treatment to the pint of me almost losing vision in my left
eye and now is forcing me to damage my right eye or be legally blind.
It in imperative that I be sent to Dr. Kehoe in Galesburg, Ill., as
soon as possible and transferred to another facility that has a
Optomologist that is train in the treatment of this very serious disorder
Also, that compensation for these unlawful acts be paid to me in the
amount of $10.000

Respectfully submitted.

Aaron McCroy, #N51882

4



**Illinois**
Department of
**Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

M E M O R A N D U M

DATE:       March 12, 2002

TO:         Inmate McCroy, N51882
            R3-C-18

FROM:       Dennis L. Hockaday
            Warden

SUBJECT:    **EMERGENCY GRIEVANCE**

This is to inform you that your grievance was received in my office and found to be of an emergency nature.

Records indicate that you have been seen numerous times by Health Care Unit staff for your cornea condition. Your left contact was taken from you on 3/5/02, due to how it affected your eye, and you were given contact solution at that time also. Doctors recommend that you receive a corneal transplant or be seen by Dr. Kehoe in Galesburg for a refitting of your contacts. An order was placed by Dr. Anderson and Dr. Sims for you to be scheduled for Dr. Kehoe. That order was approved, and you have been scheduled to see Dr. Kehoe next week. You will be notified of same by the Health Care Unit.

Due to the above, it appears your situation was handled appropriately. However, if you feel your issue is still unresolved, you may continue with your grievance through routine procedures.

Dennis L. Hockaday
Warden

DLH:pam

Attachment

cc:    A/W Schnepel
       Ms. Thompson, Director of Nursing
       MRF
       Chron File
       File

June 17, 2002

Fr:   Aaron McCroy, #N51882
      P.O. Box 1000
      Western Illinois C.C.
      Mt. Sterling, Il. 62353



To:   Administrative Review Board
      c/o Office of Inmate Issues
      1301 Concordia Court
      Springfield, Il. 62794-9277

Re:   Filing of 2 grievance appeals and one Direct Grievance.

      This letter is being written in order to clarify the filing
of 2 grievance appeals and one direct grievance to Director Snyder.
To date there has been a problem with members of the ARB unlawfully
renaming grievances, ingnoring listed complaints and denying one
grievance as untimely and giving no or frivolous reasons for these
actions.

      Therefore, in order to avoid any further confusion and to
insure a clear record for review.  I've submitted the attached
grievance to the ARB and listed the following reasons in support:

      1)   An appeal of the grievance filed at WICC  concernign the
misconduct of Wexford Health Sources employees and WICC staff.
This grievance was answered and the answer was concurred to by
Warden Hockaday on 3/29/02 and submitted to the ARB by mail on
4/27/02.
      Your office despite the filing of this appeal on the 28th day
from decision and the 20th day from receipt of the decision,
renamed this grievance and denied it as untimely.
      Eventhough, the grievance appeal was timely filed under
either the 30 day from reciept rule under which the original
grievance was filed, or the 30 days from decision rule that was
instituted without notice to inmates.  Your office has unlawfully
denied the  grievance as untimely, because it was stamped received
on May 3, 2002.  I can not be held responsible for the delays of
I.D.O.C. employees.

      2)   An appeal of an emergency grievance against Wexford's
Staff at WICC and citing specific acts of misconduct.  Answered
and concurred to by Warden Hockaday on 5/20/02, submitted to ARB
by mail on 6/17/02.

      3)   An Americans with a Disabilities Act grievance filed
directly to Director Synder, against Wexford and it's Illinois
Regional Medical Director, Dr. Cleveland Rayford.  Submitted
6/17/02.

-1-

Your prompt action concerning these matters would be appreciated.

Thank you.

c.c/file

Aaron McCroy, #N51882

7

: 00100

Illinois Department of Corrections
**COMMITTED PERSON'S GRIEVANCE REPORT**

| Date: 6-17-02 | Committed Person: (Please Print) Aaron McCroy | | ID #: N51882 |
|---|---|---|---|

| Present Facility: Western Illinois C.C. | Facility where grievance issue occurred: | Wexford Health Sources, Regional Offices |
|---|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | Transfer Denial: | ☐ Disability |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☐ By Transfer Coordinator | ☐ Other _____ |
| ☐ Restoration of Good Time | ☒ Medical Treatment | ☐ By Institution | |
| ☐ Disciplinary Report - Date: | | Where issued: | |

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: This is an Grievance filed in accordance with the Americans with Disabilities Act and I.D.O.C. Rules and Regulations, against Wexford Health Sources and it's Illinois Regional Medical Director Dr. Cleveland Rayford M.D.

On May 29, 2002 after receiving copies from my medical file from the WICC Health care unit. I found out that despite the evaluations and recommendations of 3 eye Doctors, which advised that I have a serious medical need for a corneal graft/transplant in order to save the eye sight in my left eye. Dr. Rayford, the Illinois Regional Medical Director for Wexford Health Sources, the Company acting as the I.D.O.C.'s instrument in providing health care at WICC, had denied the requests to give me a corneal graft/transplant.

It should be noted that I am an American with a Disability, who's disability is caused by the degenerative eye disease called Kerataconus. Also that i have never been seen by or talked with DR. Cleveland, the person who denied the requests for corneal grafts as to costly.

Therefore, for him to reject the evaluations of 3 other Doctors, which state that I have a serious medical need for a corneal graft/transplant in order to save the eye-sight in my left eye and required to go without the surgery and be permanently blinded by a treatable disease, when other inmates are regularly give more expensive surgeries than the out-patient surgery requested for me is willfully and intentionally indifferent to the serious medical needs of my disability. In violation of Illinois Law and the 8th Amendment to the U.S. Constitution, and the ADA. All of which prohibits the cruel and unusual punishment of disabled persons.

Relief Requested: To be given a corneal graft/transplant in order save the vision in my left eye, to be transferred to a facility that has in it's HCU a qualified Optomologist to treat my Kerataconus and to be compensated in the amount of $10,000 for damages. Also for any other measures to be taken as deemed necessary.

(Attach additional pages, if necessary.)

| COUNSELOR'S RESPONSE |
|---|
| Date Received: |
| Response: |
| |
| Counselor: Signature _____ Print Name _____ Date of Response |

RECEIVED
JUN 2002
OFFICE OF INMATE ISSUES

☐ Outside jurisdiction of this facility: grievances which arose from a facility other than the committed person's present location and denial of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

Side 1

8

August 11, 2002

Fr:  Aaron McCroy, Reg. No. N51882
     R3-D21
     WICC

To:  Dennis L. Hockaday      / /      Asst. Warden Funk
     Warden of WICC                   OF pROGRAMS, wICC

     D.K. Fuqua, RN, CCHP
     Health Care Administrator WICC

Re;  Medical Treatment.

      This letter is in regards to the on going problems I am
encountering when attempting to receive the mandated and proper
medical care for my visual disability, despite my many request to
the WICC HCU. To wit;

     1)   Because I suffer from frequent eye infections I have to
take certain medications, specifically Hyoscine, this medication
effectively blinds me by freezing my pupil responses and making
the wearing of my only contact lense impossible.
     I have repeatedly informed HCU staff and Correctional Officers
that whenever I am required to to take these eye drops that because
of the effects on my vision, I am supposed to be laid in, to no
avail.

     2)   I am now only able to wear my right contact lense for 3
hours a day and the time of comfortable fit is decreasing each
day, without which I am legally blind.
     Therefore, I am requesting that I be sent out to see a
qualified Ophthalmologists as soon as possible to determine the
status of my advance Keratoconus and contact Lense fit. It should
be again noted that because I suffer from Advance Keratoconus the
mandated care by an Ophthalmologist is long overdue.

     3)   Also, in addition to the above, WICC HCU is requiring me
to pay a $2.00 medical co-payment for a cronic illness in violation
of Illinois Law and to correct their medical mistakes. Thsi is the
reason this letter is being sent seeking your assistance.

      Your help in this matter will be gratly aprreciated.

                                   Thank you.

c.c./file



George H. Ryan
Governor

Donald N. Snyder Jr.
Director

**Illinois
Department of
Corrections**

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

M E M O R A N D U M

DATE:          August 13, 2002

TO:            Inmate McCroy, N51882
               R3-D-21

FROM:          Dennis L. Hockaday
               Warden

SUBJECT:       **EMERGENCY GRIEVANCE**

This is to finalize your grievance labeled "emergency" regarding your denial for a cornea transplant.

I have contacted the Health Care Unit in regard to your issue and find that although you have been denied by the Wexford Utilization Review Physician, effective 7/25/02, your issue has been referred to Dr. Elyea, Agency Medical Director, for review and handling.  Once that review is complete, Ms. Fuqua, Health Care Unit Administrator, will be notified, and will in turn, notify you with regard to same.

If you still do not agree with how your medical issue is being handled, you may continue with your grievance through routine procedures.

Dennis L. Hockaday
Warden

DLH:pam

Attachment

cc:    A/W Funk
       MRF
       Chron File
       File

10





George H. Ryan
Governor

**Illinois**
Department of
**Corrections**

Donald N. Snyder Jr.
Director

Western Illinois Correctional Center / Rt. 99 South, P.O. Box 1000 / Mt. Sterling, IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

M E M O R A N D U M

DATE:         August 23, 2002

TO:           Inmate McCroy, N51882
              R3-D-21

FROM:         Dennis L. Hockaday
              Warden

SUBJECT:      **EMERGENCY GRIEVANCE**

This is to finalize your grievance labeled "emergency" regarding your medical treatment.

You indicate within your grievance that you cannot see any Wexford employee due to your lawsuit, and there is a court order indicating same that Wexford was violating on 8/20/02, when they called you over to the Health Care Unit. However, I have contacted the Health Care Unit in regard to your concerns and find that as of 8/20/02, no lawsuit had been served on any Health Care employee regarding same. The lawsuit was received on 8/22/02, and upon reading said lawsuit, there is no court order indicating that you cannot be seen by Wexford staff for your medical issues—only that the lawsuit cannot be discussed.

Records indicate that you did refuse your eye exam on 8/20/02, due to your lawsuit issue. You again refused treatment and patient education on 8/22/02. Unfortunately, there is no way for the Health Care Unit to help you with your condition if you continuously refuse all treatment and instruction. Per Dr. Sims' conversation with you on 8/22/02, you are going to be housed in the Infirmary for monitoring purposes on 8/26/02. This direction was given by Dr. Rowe from Wexford and has been discussed with Dr. Elyea, Agency Medical Director.

I would like to indicate to you that you may always get copies of your medical records by sending a request slip to the Medical Records Department, and you will have to pay for the said copies.

It appears by reviewing all pertinent information, that staff are handling your medical issues appropriately. However, if you still do not agree, you may continue with your grievance through routine procedures.

Dennis L. Hockaday
Warden

DLH:pam

Attachment

cc:   A/W Funk        Health Care Unit        MRF        Chron File        File

11

## STATE ( ILLINOIS --- DEPARTMENT OF C^RRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Run Date: 11/03/2003

Name: MCCROY, AARON     IDOC #: N51882     Race: Black

Hearing Date/Time: 10/31/2003   12:30 PM     Living Unit: WIL-H-01-01     Orientation Status:   N/A

Incident #: 200306295/1 - WIL     Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 10/29/2003 | 1 | WILSON, JUDITH A | HEALTH CARE UNIT | 7:40 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation or Threats | Deleted |
| 304 | Insolence | Guilty |
| 308 | Contraband/Unauthorized Property | Guilty |
| 403 | Disobeying a Direct Order | Guilty |

| Witness Type | Witness Id | Witness Name |
|--------------|------------|--------------|
| Witness Status | | Witness Statement |
| Staff | | WINSTON, MARTY     Requested By Inmate |
| Witness was called | | LT. WINSTON VERIFIED THAT INCIDENT OCCURRED AS REPORTED IN DC-7205. |

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

_____ #1001?
    Hearing Investigator

### RECORD OF PROCEEDINGS

DR-504 CHARGES READ. INMATE PLED: NOT GUILTY. "I REFUSED TO GO BECAUSE THEY DENIED ME MY HYGIENE. I NEVER HAD A PILL IN MY COAT. I WANT A CONTINUANCE TO PREPARE FOR THESE CHARGES. THIS TICKET IS A LIE. I HAD NO CIGARETTE OR MATCH."
THE ADJUSTMENT COMMITTEE NOTES THAT INMATE REQUESTED LT. WINSTON AND DR. GHOSH AS WITNESSES. DR. GHOSH DENIED DUE TO TESTIMONY BEING CUMULATIVE. CONTINUANCE ALSO DENIED DUE TO TIMELINESS.

### BASIS FOR DECISION

INMATE ADMITS TO REFUSING TO GO ON A MED FURLOUGH DUE TO NOT GETTING PROPER HYGIENE. REPORTING OFFICER WILSON'S DC-7205 REFLECTS THAT INMATE REFUSED DIRECT ORDERS TO GET READY FOR A MEDICAL FURLOUGH. INMATE STATED, "TAKE ME TO SEG, I'M TIRED OF THIS SHIT. TOBACCO PRODUCTS AND MEDICINE WERE ALSO FOUND CONCEALED IN INMATE'S PROPERTY. INMATE WAS POSITIVELY ID'D BY STATE IDOC CARD.

### DISCIPLINARY ACTION (Consecutive to any priors)

Recommended:

Demotion to C Grade 3 Month(s)
Segregation 1 Month(s)
Other : DESTROY CONTRABAND

Loss of Audio/Visual 1 Month(s)

Final:

Demotion to C grade 3 Month(s)
Segregation 1 Month(s)
Other : DESTROY CONTRABAND

Received
NOV 1 2 2003
Western Illinois Corr. Center
Record Office

Loss of Audio/Visual 1 Month(s)

### SIGNATURES

Hearing Committee

VINCENT, JULIA I - Chair Person

Signature

12

ASIAN
Race

STATE ILLINOIS — DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 11/03/2003

Name: MCCROY, AARON       IDOC #: N51882       Race: Black

Hearing Date/Time: 10/31/2003   12:30 PM       Living Unit: WIL-H-01-01       Orientation Status:    N/A

Incident #: 200306295/1 - WIL       Status: Final

## SIGNATURES

Hearing Committee

POOL, PHILLIP D .

Signature                                                    WHITE

Race

Recommended Action Approved

## FINAL COMMENTS:

KEVIN L WINTERS / WDP                                        10/31/2003

Chief Administrative Officer       Signature       Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

PEASE, SHERRY L       11/03/2003   04:00 PM

Employee Serving Copy to Committed Person       When Served - - Date and Time

*13*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## COMMITTED PERSON'S GRIEVANCE

03- 0976

| Date: 12-27-03 | Committed Person: (Please Print) Aaron McCroy | ID#: N51882 |
|---|---|---|

| Present Facility: Western Illinois C.C. | Facility where grievance issue occurred: Same |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☑ Disciplinary Report:  10 / 29 / 03        Western Illinois C.C.
Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 10-29-03 I was written an Inmate Disciplinary report by c/o Wilson for the following offenses, Threats and intimidation, Disobeying a Direct Order, Insolence and Contraband. At aprx. 7:30 a.m. on 10-29-03 while I was still in my sleeping clothes. I was informed by c/o Wilson that I had aprx. 10 minutes to be dressed and in the Administration Building for transport to an outside Medical Facility. I asked that I first by allowed to take a shower and c/o Wilson informed me that I could not.é Therefore, because of the following reasons (1) that I go on freguent medical furloughs and know that all non-emergency medical problems with c/o Wilson and have previously voiced and written many complaints and grievances alleging that c/o Wilson was harrassing and retaliation against me; and (3) I felt that c/o Wilson had purposely waited to tell me in order to cause me stress and hardship. I asked to speak with c/o Wilson's Supervisor.

CONTINUED ON REVERSE

**Relief Requested:** For the I.D.R. to be expunged and all rights and privileges restroed and for any other measures to be taken that is deemed equitable and just.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____        N51882        12 27 03
Committed Person's Signature              ID#              Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) |
|---|

14

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277. Springfield, IL 62794-9277

Response: _____

Upon Lt. Winston's arrival, I informed him that I asked that he be
called to settle c/o Wilson's denial of my State Law Right to perform
my hygiend duties before going on a Medical Furloug. Also, that I
have had many problems with c/o Wilson, so much so that I have file
for an order in Federal Court to stop her alleged unlawful actions
and plan to continue to file actions against her. Lt. Winston then
denied ne my right to wash.

Dr. Goash was present during the events that took place with c/o
Wilson and those that occurred when Lt. Winston arrived and asked
acted as an intermediate, who pleded that I at least be allowed to
wash my face and brush my teeth, his request was refused

Lt. Winston gave me a choice to either get dressed without
washing and go on the Medical Furlough or go to segregation.

I standing on my State Law Right to be allowed to take care of
the minimum minimum requirements of hygiene and which also, prohibits
Corrections from restricting said right. followed the order to be
handcuffed and was escorted to segregation.

That evening I was given an I.D.R. charging as follows:
(1)  Threats and intimidation; for saying I have and would file suit
against c/o Wilson; (2) Disobeying a Direct Order, for not going to
the Medical Furlough as ordered; (3) Insolense, for only voicing my
constitutional and statutory rights and ; (4) contraband, for having
a blovv pressure pill,2 cigarettes and matches;
three of the above charges are false, i.e.

(1)  Threats and intimidation can not be alleged against an inmate
for saying that he will enforce his 1st Amendment Right. ( This
Charge was proven to be false).

(2)  Disobeying a Direct Order, is not the authorized charge for
failure to report for transport. This is of course if you assume that
I refuse to report for transport, which I aver I did not. Failure to
report is the only I.D.O.C. approved and permitted charge.

(3)  Insolence, can not be alleged against an inmate for simply
complaining of a correctional officers unlawful actions.

For the foregoing reasons c/o Wilson's actions and false and
unauthorized offenses lodged against me and which have resulted in 1
month segregation and 3 months c-grade constitute gross misconduct
and retaliation.

15

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE** #-01-C-03

| Grievance Officer's Report |
|---|

**Date Received:** February 24, 2004

**Date of Review:** March 3, 2004

**Grievance #** (optional): 04-0120F

**Committed Person:** McCroy, Aaron

**ID#:** N51882

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Offender McCroy claims the Health Care Unit continued to give him Maxitrol after the doctor had ordered the medicine stopped causing glaucoma. He wants to be sent out to be seen by an outside doctor, compensated, and transferred.

Ms. Fuqua, HCUA, states Maxitrol order on 11/6/03 not clear as written by Dr. Zeh. Maxitrol discontinued on 12/23/03. Counselor Wear contacted to see offender for transfer request.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name

_Sue Redshaw_
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3/3/04

☒ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_Dennis Winters_
Chief Administrative Officer's Signature

3-8-04
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_signature_
Committed Person's Signature

N57882
ID#

3-12-04
Date

A/W Programs

Distribution: Master File; Committed Person

Page 1

3-12-04  3-24-04  04-0120F

16

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Run Date: 03/24/2004

Name: MCCROY, AARON

IDOC #: N51882

Race: Black

Hearing Date/Time: 03/23/2004    11:00 AM

Living Unit: WIL-H-01-02

Orientation Status:    N/A

Incident #: 200401218/1 - WIL

Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 03/16/2004 | 1 | HENDRICKS, KAROLYN K | HEALTH CARE UNIT | 9:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation or Threats | Deleted |
| 403 | Disobeying a Direct Order | Guilty |

| Witness Type | Witness Id | Witness Name | |
|--------------|------------|--------------|--|
| Witness Status | | Witness Statement | |

**No Witnesses Requested**

## RECORD OF PROCEEDINGS

DR-504 CHARGES READ.  INMATE PLED:  NOT GUILTY.  "I DID NOT REFUSE TO PUT STUFF UP.  THE C/O DOES NOT LIKE ME.  SHE TOLD ME TO PUT MY TV UP AND I SAID MY EYES CAN'T SEE LIGHT, SO IF I PUT IT UP, IT WOULD HURT MY EYE."
THE ADJUSTMENT COMMITTEE NOTES THAT INMATE REQUESTED WITNESSES AT THE TIME OF THE INCIDENT.
THE REQUEST  WAS DENIED DUE TO TIMELINESS.

## BASIS FOR DECISION

INMATE ADMITS TO BEING IN THE AREA OF THE INCIDENT AND HAVING A CONFRONTATION WITH THE OFFICER REPORTING STAFF'S DC-7205 REFLECTS THAT INMATE REFUSED DIRECT ORDERS TO PUT HIS PERSONAL ITEMS AWAY AND HIS TV ON THE SHELF.

## DISCIPLINARY ACTION  (Consecutive to any priors)

Recommended:

Demotion to C Grade 3 Month(s)
Segregation 1 Month(s)

Final:

Demotion to C grade 3 Month(s)
Segregation 20 Day(s)

## SIGNATURES

**Hearing Committee**

| | | |
|--|--|--|
| VINCENT, JULIA I  - Chair Person | Signature | ASIAN<br>Race |
| POOL, PHILLIP D | Signature | WHITE<br>Race |

Recommended Action Reduced

## FINAL COMMENTS:

17

STATE of ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 03/24/2004

**Name:** MCCROY, AARON                 **IDOC #:** N51882                 **Race:** Black
**Hearing Date/Time:** 03/23/2004   11:00 AM      **Living Unit:** WIL-H-01-02      **Orientation Status:**    N/A
**Incident #:** 200401218/1 - WIL            **Status:** Final

KEVIN L WINTERS / KLW
_____                    _____      03/23/2004
Chief Administrative Officer                                    Signature                                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

PEASE,  SHERRY  L                                03/24/2004    04:00 PM
_____                    _____
Employee Serving Copy to Committed Person                    When Served - - Date and Time

*18*

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: June 7, 2004 | Committed Person: (Please Print) Aaron McCroy | | ID#: N51882 |
|---|---|---|---|
| Present Facility: Western Illinois C.C. | | Facility where grievance issue occurred: Same | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This Emergency Grievance is filed pursuant to the American With Disability Act, to be forwarded to the Western Illinois C.C. American with Disability Cooridinator.

i have been housed in the infirmary for aprs. 18 months because of my visual disability. My visual impairments are well documented. i.e. extremely poor vision, light sensitivity, migraine headaches and etc. Furthermore, my vision has been greatly diminished by the Health Care Units Staff's deliberate indifference to my medical needs. Their actions are directly responsible for causing me to develope Glaucoma and cataract in my left eye and have delayed for over 1 year in sending me to be fitted for contact lenses to improve my vision.

Yet, in spite of Health Care Staff's continual misconduct in treating my health care needs. Either they and or I.D.O.C.'s Correctional Officer's have been retaliating against me for the filing of a Federal Complaint concernin the above described behavior. By not allowing me to go to yard or any recreation and requiring me to place my T.V. under a brightly lit window. Eventhough, they know if I do this it renders my T.V. useless to me because of my eye conditions ( Most of

**Relief Requested:**
CONTINUED ON REVERSE
INCLUDING RELIEF REQUESTED

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Committed Person's Signature    N51882    6-7-04
(Continue on reverse side if necessary)    ID#    Date

| Counselor's Response (if applicable) | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____
_____
_____
_____
_____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response _____

| EMERGENCY REVIEW | |
|---|---|
| Date Received: 6, 9, 04 | Is this determined to be of an emergency nature?  [x] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

_____ Chief Administrative Officer's Signature    06, 09, 04    Date

DOC 0046 (Eff.10/200

*19*

**COMMITTED PERSON'S GRIEVANCE** (Continued)

which were caused by them) and insuring pain and suffering.

Also, because of an incident where c/o Hendrix and nurse Bowers had me placed in segregation for the false charge of threats and intimidation and for not placing my T.V. on the shelf per so-called Institutional rule. I have sought and obtained permission to place my T.V. on a table.

Although, there is no written Institution rule stating the above. While in Segregation I had a chance to talk with Warden Funk about the situation and was told by her that if my medical records revealed my visual disability and I got approval from the medical Director Dr. Brown. I could place my T.V. on the table provided to me. This placements allows me to see it and avoids direct sunlight. Thus, also, allowing me to avoid the pain caused by having to sit in direct sunlight.

Accordingly, On April 7, 2004, I received permission from Dr. Brown to place my T.V. on a table.

and on June 4, 2004 I talked to Warden Funk about receiving permission to place my T.V. on the table as per her instructions.

Nonetheless, on June 5, 2004 nurse Bowers in a clear act of malice had my property searched because an inmate King had supposedly misplaced a plastic piece from an breathing machine.

Then on June 6, 2004 either nurse Bowers and or c/o Hendrix, despite their knowledge that I had permission to have my T.V. on the table, had the infirmary officer order me to place my T.V. on the shelf under the brightly lit window.

In regards to my yard and recreation restriction, despite my many requests to be allowed outside or indoor recreation I have been denied since December 2003.

RELIEF REQUESTED.

To be sent out to be fitted with Contact lenses per Doctor's Order's, given a written permit to have my T.V. on a table in the infirmary, allowed indoor and outdoor recreation A.S.A.P., allowed to request a transfer in writing and to receive a written response; and for all harrassment and retaliation to stop.

20.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: June 7, 2004 | Committed Person: (Please Print) Aaron McCroy | ID#: N51882 |

| Present Facility: Western Illinois CC | Facility where grievance issue occurred: Same |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify): Commissary
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____/_____/_____   _____
         Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am writing this Emergency grievance because I have not been allowed to go to commissary in aprx. three(3) weeks and do not have any hygiene products. Eventhough, I have repeatedly turned in commissary slips. I believe my ship denial is in retaliation for my filing a Federal Complaint against Western Illinois Officials and their agents.

I am housed in the infirmary. My shopping day is Fridays. However, the last date that the infirmary was allowed to shop was May 21, 2004, On May 27, 2004 I turned in my commissary slip but was not given store And on June 3, 2004, as a result of my complaints I was told to again turn in a slip and I would be allowed to shop on June 3, or 4, 2004.

However, I was not allowed to shop despite the fact that the general population of this facility has been allowed to shop a least twice during the time of my commissary request and unwarranted denials. As a result of the above I am now without soap, toothpaste, deodorant and other Hygiene products that are needed to keep myself and cloths clean. ( STORE DENIAL STARTED BEFORE JUNE 1, 2004)

**Relief Requested:** To be allowed to shop as soon as possible and for this sort of harrassment and retaliation not to be allowed to occur ever again.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    N51882    6, 7, 04
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |

Date Received: 7, 7, 04    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per OTS, Im McCroy N51882 was moved to general population housing on 6-8-04. Per Sup. Supervisor Busby, Im Commissary schedules are maintained as closely as possible allowing to time allottments and staff availability.

K. Wear CCI      K Wear      7, 7, 04
Print Counselor's Name      Counselor's Signature      Date of Response

---

| **EMERGENCY REVIEW** |

Date Received: 6, 9, 04    Is this determined to be of an emergency nature?
     ☐ Yes; expedite emergency grievance
     ☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____      6, 9, 04
Chief Administrative Officer's Signature      Date

21

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: June 13, 2004 | Committed Person: (Please Print) Aaron McCroy | ID#: N51882 |

| Present Facility: Western Illinois C.C. | Facility where grievance issue occurred: Same |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [x] Disability
- [ ] Other (specify): Discrimination

- [ ] Disciplinary Report: _____ / _____
  Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: This Emergency Grievance is filed pursuant to the American with Disability Act, to be forwarded to the American with Disability Coordinator.

On November 6, 2003 Dr. Zeh of Prairie Eye Center, recommended that I be housed in the infirmary until my vision was improved and recommended that I be sent to another Doctor to be fitted with contact lenses to achieve said improvement in my vision. Along with several other recommendations and restriction on my activities.

Dr. Zeh's recommendation for contact lens fitting is but one of many made by he, Dr. Feder and Dr. Blumthal, dating back from aprx. March of 2003 until May 2004.

Notwithstanding these Doctor's recommendations WICC medical staff have refused to allow me to be sent out for the recommended contact lens fittings to improve my vision. Despite the fact that I am functionally blind without aid of contact lenses and my medical records support same.

Furthermore, my vision has continued to diminish because of the actions of person or person's unknown in the HCU. Who's failure to

Relief Requested: ~~CONTINUED ON REVERSE~~

~~INCLUDING RELIEF REQUESTED~~

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Committed Person's Signature        N51882        6/3/04
                                                              ID#           Date

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

| Date Received: ___ / ___ / ___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

| _____ Print Counselor's Name | _____ Counselor's Signature | ___ / ___ / ___ Date of Response |

---

### EMERGENCY REVIEW

| Date Received: ___ / ___ / ___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

| _____ Chief Administrative Officer's Signature | ___ / ___ / ___ Date |

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff 10/2001)

22

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE (Continued)

follow Dr. Zeh's orders led to me developing Glaucoma and cataract in ~~my left eye and vision loss associated with the lack~~ of medical treatmen to treat the progression of Keratoconus with timely contact lens fitting ~~(See previously filed medical grievances)~~

However, on June 8, 04 Dr. Brown without any prior medical ~~examination or evaluation that I am aware of,~~ informed me that I was being release from HCU and Dr. Anderson placed me on contact sports and weight lifting restriction FOREVER. Leaving intact all restriction that prevents me from obtaining any job assignment because of medial reasons. The above listed things were done without my consent and ~~against my will.~~

I am now in general population where I am functionally and legally ~~blind, having to manually manipulate my right cornea in order to perform~~ the major life activities that must be done outside of the aprx. 2 hour ~~window that I am able to achieve adequate vision with the aid of an il-~~ fitting right contact lens.

~~IT SHOULD BE NOTED,~~ that ~~manual manipulation of my right cornea~~ can only be done for short periods of time; but because of the strain to my eye, causes me to have constant migraine headaches. My left eye ~~because of the development of Glaucoma and cataract is for all intents~~ and purposes useless.

~~Eventhough, because of the many verbal rules and restrictions,~~ being housed in the infirmary is equal to being housed in segregation. ~~I was house in the infirmary due to my visual disability and Doctor's~~ recommendations and would have remained in the infirmary per Doctor's orders despite HCU's Staff's hostility towards me and their non-complian ~~with I.D.O.C. and infirmary rules.~~ the many and ever changing non-written rules and segregation like conditions, had not Dr. Brown release ~~me to the general population.~~

Therefore, because my present inadequate vision is in whole or in ~~part due to the deliberate indifference by the HCU to providing me with~~ the proper medical care. HCU's Staff's decision to place me in general ~~population on a non-assigned wing in R3 (because I am medically unassigne~~ and the resulting pain and suffering caused me by having to navigate and move in general population, failure to provide my prescribed diet and ~~etc; can only be viewed as disability discrimination and retaliatory~~ punishment by WICC Officials for my filing a Federal Complaint.

~~Moreover, it would seem that WICC's HCU Staff and myself have cross~~ purposes where my proper health care is concerned. As illustrated by the ~~Federal Civil Complaint and the pending Preliminary Injunction presently~~ being heard, and in which I am seeking to obtain an order to stop HCU from ignoring the proper medial care needed to treat my disability.

~~Accordingly, if this grievance is found to have merit. In light of~~ the grievances that have come before it and the pending lawsuit. the ~~appropriate measure is not to give HCU Staff another chance to disregard~~ Doctor's orders, much to my detriment as described above, but to transfer ~~me to another facility in order to receive the proper and mandated~~ medical care needed to treat my disability and where I can promptly ~~enroll in the early release program.~~

### RELIEF REQUESTED

To be enrolled in a EGCC ( Early Release ) Program where my Disability will not hinder participation ( i.e. Drug treatment) or is accommodated, ~~allowed the same rights and privileges as assigned inmates wherever I~~ may be housed in WICC, put back on 2800 diet, transferred immediately to ~~a facility able and willing to care for my disability and any other~~ measures deemed needed.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: June 14, 2004        Date of Review: June 16, 2004        Grievance # (optional): 04-0557E

Committed Person: McCroy, Aaron                          ID#: N51882

...re of Grievance: ADA/Accomdations

**Facts Reviewed:** Emergency Grievance-Offender McCroy states that health care actions has delayed him for 1 year to be fitted for contacts and has caused him glaucoma. He is being forced to place his TV under a brightly lit window. Due to his disability, vision impairment, he cannot watch his TV sitting in the sunlight. He states his eyes are sensitive to light. He states he has been housed in Health Care Unit and is denied exercise and recreation by not allowing him to go to the yard. He wants to be fitted for contact lenses, permit to place TV on table, allowed recreation, and a transfer.

Offender's concerns have been reviewed and as of 6/8/04 has been moved to general population. His television issue and his recreation issue are now moot in that he can place his television anywhere in his assigned cell and his recreation restrictions are lifting and contact sports. On 5/21/04, Offender McCroy was seen by Dr. Zeh, Ophthalmologist for follow up. Dr. Zeh recommended a contact lense-fitting try on and continue his present medications. On 5/26/04, a second opinion was ordered and offender has been schedules for this month.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____        _____
Sue Redshaw                     Grievance Officer's Signature
Print Grievance Officer's Name

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable.)

| Chief Administrative Officer's Response |
|---|

Date Received: 6/16/04        ☒ I concur        ☐ I do not concur        ☐ Remand

Comments:

_____                                    6/18/04
Chief Administrative Officer's Signature                      Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____        N51882        7-9-04
Committed Person's Signature      ID#            Date

D.      A/W Programs
        n:  Master File: Committed Person

Printed on Recycled Paper        DOC 0047 (Eff. 10/2001)
                                 (Replaces DC 5657)

24

00123

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** *2 of 3*

| Date: June 15, 2004 | Committed Person: (Please Print) Aaron McCroy | | ID#: N51882 |
|---|---|---|---|
| Present Facility: Western Illinois C.C. | Facility where grievance issue occurred: | Same | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☑ Disability
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☑ Other (specify): _Discrimination_
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ / _____ / _____
                 Date of Report                 Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer**, only if EMERGENCY grievance.
    **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ~~This Emergency Grievance is filed pursuant to the American~~
~~with Disability Act, to be forwarded to the Western Illinois C.C. American~~
~~with Disability Coordinator.~~
    ~~On November 6, 2003 Dr. Zeh of Prairie Eye Center, recommended that I~~
~~be housed in the infirmary until my vision was improved and recommended~~
~~that I be sent to another Doctor to be fitted with contact lenses to~~
~~achieve said improvement in my vision. Along with several other~~
recommendations and restrictions on my activities.
    ~~Dr. Zeh's recommendation for contact lens fitting is but one of many~~
~~made by he, Dr. Feder and Dr. Blumthal dating back from aprx. March of~~
~~2003 until May 2004.~~
    ~~Notwithstanding these Doctors recommendation WICC medical staff have~~
~~refused to allow me to be sent out for the recommended contact lens~~
~~fittings to improve my vision and have disregarded all of Dr. Zeh's~~
~~recommendation of November 6, 2003. Despite the fact that I am~~
~~functionally blind without aid of contact lenses and have been seriously~~
~~harm by their deliberate indifference.~~
    ~~Furthermore, my vision has continued to diminish because of the~~

**Relief Requested:** _____

~~CONTINUED ON REVERSE~~

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_N51882_      _N51882_     _6/15/04_
    Committed Person's Signature        ID#         Date _ARB Submitted - 1-20-05_
(Continue on reverse side if necessary)       _2-14-05_

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

**RECEIVED**

**FEB 15 2005**

**OFFICE OF**
**INMATE ISSUES**

Print Counselor's Name             Counselor's Signature            Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: _6/18/04_ | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

_____        _6/18/04_
Chief Administrative Officer's Signature        Date

*25*

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE (Continued)

actions of person or persons unknown in the HCU. Who's failure to follow Dr. Zeh's orders led to me developing Glaucoma and Cataract in my left eye and vision loss associated with the lack of medical treatment to treat the progression of Keratoconus with contact lens fittings ( See previously filed medical grievances).

However, On June 8, 04, Dr. Brown without any prior medical examination or evaluation that I am aware of, informed me that I was being released from HCU and Dr. Anderson placed me on contact sports restriction and weight lifting restriction FOREVER. Leaving intact all restrictions were placed on me by Dr. Lochard, which prevents me from obtaining any job assignment for medical reasons. The above listed things were done without my consent and against my will.

I am now in general population where I am functionally and legally blind, having to manually manipulate my right cornea in order to perform the major life activities that must be done outside of the aprx. 2 hour window that I am able to achieve adequate vision with the aid of an ill-fitting contact lens and where I am experience problems with obtaining on a regular nightly basis the tape needed to apply the eye shield that must be worn on my left eye during sleep and with correctional officer who are not aware of my need to wear sunglasses indoors.

IT SHOULD BE NOTED, that manual manipulation of my right cornea can only be done for short periods of time; but because of the strain to my eye it causes me to have constant migraine headaches. My left eye because of the development of Glaucoma and Cataract is for all intents and purposes useless.

Eventhough, because of the many verbal rules and restrictions being housed in the infirmary is equal to being housed in segregation. I was housed in the infirmary due to my visual disability and Doctor's recommendations and would have remained in the infirmary per Doctor's orders despite HCU's staff's non-compliance with I.D.O.C. and infirmary Rules and the many and ever changing non-written rules and segregation like conditions, had not Dr. Brown released me to the general population.

Therefore, because my present inadequate vision is in whole or in part due to the deliberate indifference by the HCU to providing me with the proper medical care. HCU's Staff decision to place me in general population on a non-assigned wing in R3( because I am medically unassignable) and the resulting pain and suffering caused me by having to navigate and move about in general population. My inability to receive my prescribed diet and etc., can only be viewed as disability discrimination and retaliatory punishment by WICC officials for my filing a Federal Complaint.

Moreover, it would seem that WICC'S HCU Staff and myself have cross purposes where my proper health care is concerned. As Illustrated by the Federal Civil Complaint and the pending Preliminary Injunction presently being heard and in which I am seeking to obtain an Order to stop HCU from ignoring the proper medical care needed to treat my disability.

Accordingly, if this grievance is found to have merit. In light of the grievances that have come before it and the pending lawsuit. The appropriate measure is not to give HCU Staff another chance to disregard Doctor's orders, much to my detriment as described above, but to transf me to another facility in order to receive the proper and mandated medical care needed to treat my disability and where I can promptly enroll in the Early Release Program.

## RELIEF REQUESTED

To be enrolled in a EGCC (Early Release) Program where my Disability will not hinder participation (i.e. Drug Treatment) or where auxilary devices will aid participation, to be moved to an assigned wing or allowed the same rights and privileges as assigned inmates wherever I may be housed in WICC, given all medically needed items when and as they are prescribed, transferred immediately to a facility able and willing to care for my disability, given a permit to wear (weak) sunglasses indoors and any other measures deemed needed.

# Illinois
### Department of
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

August 20, 2004

Aaron McCroy
Register No. N51882
Western Illinois Correctional Center

Dear Mr. McCroy:

This is in response to your grievance received on July 14, 2004, regarding ADA (Vision problems) and Staff Conduct (Officer Hendrix, Nurse Bowers, June 6, 2004), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that you have not received proper medical care for vision problems. You also allege Officer Hendrix and Nurse Bowers made you place your television set in an area where sunlight made it difficult for you to watch and hurt your eyes.

The Grievance officer's report 04-0557E and subsequent recommendation dated June 16, 2004 and approval by the Chief Administrative Officer on June 18, 2004 have been reviewed. You have been placed in general population where you may place your TV set in a fashion that reduces glare and discomfort.

The WICC ADA Coordinator reviewed your request on June 11, 2004 and this office has examined the review.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Charges of staff misconduct could not be substantiated.

FOR THE BOARD: _____
Brian K. Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Kevin Winters, Western Illinois Correctional Center
      Aaron McCroy, Register No. N51882
      Chron. File

*27*

: 00120

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

30F3          Inf.

| Date: November 12 2004 | Committed Person: Aaron McCroy (Please Print) | ID#:#N51882 |

| Present Facility: Western Illinois C.C | Facility where grievance issue occurred: SAME |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issue not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This Emergency Grievance is filed pursuant to I.D.O.C.'s Rules governing the American With Diability Act to be forwarded either to the Warden or Western Illinois C.C. American With Disability Coordinator.

On June 8 2004 I was released from the infirmary against my treating surgeon's orders/recommendations. This recommendation was made because of the fact that my cornea transplant had not yet healed and my continual poor vision due to Keratoconus. I filed an Emergency Grievance to Warden Winter's concerning my improper placement in general population on June 15, 2004. These grievances were denied emergency status by Warden Winter's. Therefore, I resubmitted the grievances on the institutional level but as of this date not action has been taken on either grievance.

Subsequently, on September 23, 2004 I was assaulted by my cell mate inmate Durhim, who despite his extensive history of fighting his cell mates was placed in the cell with me. This cell placement

**Relief Requested:**
CONTINUED ON REVERSE
INCLUDING RELIEF REQUESTED

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | ID# N51882 | Date 11.12.04 |

(Continue on reverse side if necessary)

resubmitted 11-30-04

---

**Counselor's Response (if applicable)**

Date received: 11/30/04

ARB Submit - 1-20-05
1656
2-14-__

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** D. Fugna, HCU Admin. states that per Dr. Brown, Offender McCroy was released from the infirmary per his request. There was not a treating surgeons order violated. The eye injury was not worsened by the corneal graft. The loss of vision following the injury was trivial as his vision was 20/200 prior to the injury which is legally blind. Mr McCroy was seen 12/8/04 by a specialist who recommended right eye contact lense fitting and a prosthesis or glass eye for left eye. Wear CCT

| Print Counselor's Name K Ware CCT | Counselor's Signature | Date of Response 12/28/04 |

---

**EMERGENCY REVIEW**

Date Received: 11 12 04

**RECEIVED**
FEB 15 2005
OFFICE OF
INMATE ISSUES

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Follow-up with HCU

| Chief Administrative Officer's Signature | Date 11/19/04 |

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff. 10/2001)

28

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

was done after inmate Durhim was released from segregation after being
~~punished for first fighting with his cell mate in unit R4 and then fighting~~
with his cell mate in segregation. These I.D.R.'s are but two of the
~~numerous tickets he has received for altercations with his cell mates.~~
It goes without saying that if HCU Staff and WICC Officials would have
~~listened to the warning of Dr. Zeh concerning the fragility of my cornea~~
trasplant and the possibility of the loss of my left eye if it was hit,
together with his orders/recommendations to keep me in the infirmary until
my sugery healed and my poor vision was improved. I would still have my
left eye and it's sight.
Instead, despite pending litigation concerning Wexford's and WICC's
Staff deliberate indifference to my serious medical needs of my visual
~~disabilities.~~ Not to mention the fact that due to HCU Staff's prior
disregard for Doctor's Orders I developed cataract and Glaucoma in my left
~~ey further lessening my vision.~~ Dr. Brown and Dr. Anderson without so much
as an examination of my eyes discharged me to the general population and
~~placed me as medically unassignable, preventing me from enrolling in the~~
early release program.
See ~~Attached~~ Emergency Grievance of June 15, 2004
Now I find my self back in the infirmary with not sight in my left eye
and the mandated fit of a right contact lens having been ignored for over
three(3) years; and once again facing the hostility and retaliation of HCU
Staff and Correctional Officers assigned there. i.e.

1)   having my property search and being accused of misuse of medication
Called to internal affairs and questioned for what turn out to be anoth.
mistake made by HCU in the count of the pills given me.

2)   C/O Hendrix on 10-28-04 while I was out on a medical furlough taking
my fan without issuing me a shakedown slip or I.D.R. ( It should be noted
that I have previously file grievance concerning her harrassment)

3)   C/O Wilson on 11-01-04 without cause taking my water pitcher without
~~issuing me a shake down slip or I.D.R.~~ ( It should be noted that I have
filed many grievances concerning c/o Wilson's retaliatory actions and have
~~and will seek court decisions concerning her part in pending matters)~~

4)   Correctional and HCU Staff requiring me to place my t.v. under a
~~brightly lit window despite there knowledge that my eye is extremely light~~
sensitive and I can see it.

In total I have previously filed over 20 grievances concerning WICC's
~~deliberate indifference to my serious medical needs and as a result of~~
these grievances being ignored or overlooked I have loss the sight in my
left eye and sustained extreme damage to my right cornea.

RELIEF REQUESTED

to be given all medical records concerning the person or persons
~~responsible for my discharged from the infirmary on or about June 8, 2004~~
to be sent for a contact lens fitting for my right eye and a glass eye
fitting for my left eye as soon as possible, to be transferred to another
~~institution where I can enroll in the early release program and receive all~~
the mandated care due my disability. and any other measure deem needed.

29

ILLINOIS DEPARTMENT OF CORRECTIONS
# COMMITTED PERSON'S GRIEVANCE

| Date: November 2 2004 | Committed Person: (Please Print) Aaron McCroy | | ID#: N51882 |
|---|---|---|---|
| Present Facility: Western Illinois C.C. | Facility where grievance issue occurred: | SAME | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☒ Disciplinary Report: 10 / 05 / 04    WIC
       Date of Report       Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: _____
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: This is an Emergency Grievance file directly to Warden
Polk, concerning what I believe to be Western Illinois C.C.'s Internal
affairs Department's and the Adjustment Committee's improper
investigation of the assault committed against me by my cell mate an
inmate Durhim on September 23, 2004.

     On August 21, 2004 despite my status being medically unassignable
due to eye surgery and poor vision and inmate Durhim was assigned to
be my cell mate. Eventhough, he was just being released from segregation
for having gotten into fights with his cell mates in general population
and the one assigned to him in segregation while serving disciplinary
punishment for fighting his cell mate in R4

     On September 23, 2004 in an attempt to read my Bible I asked
inmate Durhim if he would cut down his t.v. to a reasonable level to
allow me to read. However, Mr. Durhim refused my request. Therefore,
because WIL has the unlawful policy of not allowing inmates requests
for room changes. I attempted to talk to Durhim to explain to him
that he was not the only person living in the cell and he should

Relief Requested: _____

CONTINUED ON REVERSE
INCLUDING RELIEF REQUESTED

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    N51882   11/12/04
Committed Person's Signature      ID#      Date

(Continue on reverse side if necessary)    Resubmitted 11-30-04

ARB-1-20-05

| Counselor's Response (if applicable) | |
|---|---|
| Date Received: / / | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| EMERGENCY REVIEW | |
|---|---|
| Date Received: 11/17/04 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
| Chief Administrative Officer's Signature | 11/19/04 Date |

Distribution: Master File; Committed Person      Page 1      DOC 0046 (Eff. 10/2001)

30

some consideration. While I was making this point he without
~~ing or provocation hit me in the left eye with an unknown object.~~
My eye was ruptured and turn apart.

When Lt. Logston and the Sgt. (name unknown) who was assigned to
unit 23 3pm to 11pm shift arrived at the cell, I informed them that
inmate Durhim had hit me in my left eye and I recited the events as
~~previously described in this grievance and have not change one detail~~
from that day to this.
~~However, Inmate Durhim has told four different stories to WIL~~
Officials. i.e.

1)  First he said that he did not hit me and did not know what
happened to my eye.

2)  Second that he believed that I had scratched my eye.

3)  Third, upon arrival at the HCU he then told the Lt. Logston and
~~the Sgt. that he hit me because I kissed him.~~

4)  ~~Fourth, during his Internal Affairs interview he again changed~~
his story to I choked him and he did not remember if he hit me or not

Eventhough, Inmate Durhim told four different stories to Officials
about how and why my eye got injured and has a very recent history of
~~violence towards other cell mates and etc. Internal Affairs choose to~~
ignore his violent history and previous explainations and except his
~~fourt reason as truth and charged me with fighting.~~

Subsequentley, I had an Adjustment committee hearing where I
requested that they call Lt. Logston and the Sgt. on duty that day,
~~review inmate Durhim numerous explainations and violent history, the~~
incident reports and I.A. pictures of the scene. Hearing Officer
~~Vince it said that she was denying my request for admissions of evidence~~
to support my innocence. I have yet to receive a summary report of
~~the hearing.~~

I assume that I was found guilty because I was placed in c grade
~~and spent 30 days in segregation.~~

D.O.C. Rules and Regulations mandate that it's officials
~~re iew all evidence when conducting an investigation and disciplinary~~
~~right. Yet, in my case both the Internal Affairs Department and the~~
~~Jusment Committee picked and choose what information they recorded~~
~~in order to arrive at a desired result and finding of guilt against me.~~

However, because of the importance of the excluded evidence and
~~the siriousness of the assault and my loss of an eye, combined with~~
the fact that this event has become the subject of a pending injunction
~~in Federal Court. A complete investigation report, Adjustment Committee~~
~~rehea ing and an issuance of a heretofore never received summary~~
report of finding is warranted.

RELIEF REQUESTED

either total expungement of the I.D.R. or the completion of a full
~~invest gation report that includes incident reports, statements made~~
by both inmate Durhim and myself. inmate Durhim's prior history of
~~violen e and a adjustment committee rehearing where this evidence is~~
heard and include along with my witness statements. and to be given
~~complete copies of all the above. and any other measures deem necessary.~~

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 1-2-05 | Committed Person: (Please Print) Anton M Cross | ID#: N51992 |
|---|---|---|
| Present Facility: Webster Illinois C.C. | Facility where grievance issue occurred: Same | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☑ Disciplinary Report: 12-16-09     western Illinois C.C.
         Date of Report                 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Brief Summary of Grievance: This is an emergency grievance filed directly to
the chief administrative officer Warden Terry Polk, concerning
a disciplinary action taken against me for not being able to
control my biological functions and produce enough urine for
testing on two occassion during a two hour period; and the
possible reason for these inabilities.

    The first possible reason for my inability on two(2) occassions
to produce enough urine for testing, could be caused by Hepatitis C
and it's a damaging disease to my liver. "The liver is the
bodies largest organ and responsible for digestion and is most

Relief Requested: _____

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____     N57997    1.2.05
Committed Person's Signature        ID#        Date
         (Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____    _____    _____
Print Counselor's Name        Counselor's Signature        Date of Response

---

### EMERGENCY REVIEW

Date Received: 1.6.05

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____        1.6.05
Chief Administrative Officer's Signature        Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff.10/2001)

32

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

important to metabolism (the ability to make waste.)

Dr. Bealston my once treating Gastra-interalogist and other Doctor have always advised me to drink more water than the average person due to my liver damage.

My medical file contains a liver biopsy dated 10-1-01 which states that my liver is being attack by the Hep C virus and as a result is abnormally inflammed, infected with dead tissue cirrohsis and etc.

My medical file is replat with reports to medical slaff in different I.D.O.C facilities of my nausea, vomiting, dryness of skin, diahha, inability to urinate on a regular basis and back urine. Also my blood test will show that my organ functions and body chemstic is not normal and it takes me longer to metabolize (make waste) than normal.

The second possibility for my inadequate urine could be the medication. I have always been told by Doctors that medications aggravate and worsen my liver. One such medication does this for several hours a day after I take it, Hctv a diuretic water pill. It causes me to urinate to the point of dehydration. Therefore, because I took the pill at 7:30 am and had not drank any water because I was on a call pass, but did use the restroom to urinate several time before 12:00 pm. this could account for my inability to supply enough urine to be tested on two occassions, it was simply that my body needed and used the water.

The medical statement made to the adjustment committee " that I am on medications that would hinder urination and that I have no history of not being able to urinate "

This statement is untrue, because just recently because I was on a large dosage of medication and my liver disfunctions, I became unable to urinate or have bowel movements, extraordinary measures had to be taken to free me up.

Also, because medication reacts to my body's ability to make wastes, I have been on laxatives for 2½, 1 took

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 1-20-05 | Committed Person: (Please Print) Ankon McCrox | ID#: N57882 |

Present Facility: Menord C.C.    Facility where grievance issue occurred: Western Illinois C.C.

**IE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [x] Disciplinary Report: 12 , 16 , 04    western Illinois C.C.
  Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: This Grievance is being filed concerning a disciplinary reports and actions taken against me for not being able to control my biological functions and produce enough urine for testing on two (2) occasions during a two hour period, and to provide possible reasons for my production of insufficient urine

It should be noted that I was at the time of the urine test admitted to the western Illinois infirmary recovering from the last of my left use end on apr. 7 medications including two Narcortic (prescribed) Darvocet and klonopin. Despite the above I was given two I.D.R's for 203 drugs and drug paraphernalia and 202 damage or misuse of property - for not being able to give more than the urine I produce for testing on two occassions.

Relief Requested: For the Agency medical overlook OR ELtea to sercie my medical file per Dep-mental Rules, and to either expunge the tickets or in the alternative issue the punishment in light of my placement in infirmary and Authorized use of Narcortics

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ankon M _____ Committed Person's Signature    N57882 1, 20, 05
ID#    Date

RECEIVED

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

JAN 24 2005

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

CRS ISSUES

Response: _____

_____

_____

_____

Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distr.    Master File; Committed Person    Page 1    DOC 0046 (Eff.10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

34

00135

The first possible reason for my inability to produce enough urine for testing on two occasions, could be caused by my Hepatitic C and its accompaning damage to my Liver. Because the Liver is the body's Largest organ and is responsible for digestion and is most important to metabolism "the ability to make waste" Dr. Boylston the treating gastro-entrologist and other Doctors treating my disease have always advised me to drink more water then the average person because of my Liver damage.

My medical File contains a Liver biopsy dated 10-01-01 of which states that my Liver is being attacked by the Hep.C. virus and as a result my Liver is abnormally inflammed, infected with scar tissue, Cirrhisis and etc.

My medical file is full of me reporting to medical staff in different I.D.O.C. Facilities of my nausea, vomiting, dryness of skin, inability to urinate unless I take Large dosage of water and dark urine. Also the blood tests on me show that my organ fuctions and body chemistry is not normal and it takes me Longer to metabolize "make waste" then other people.

The second possible reason for my inability to produce a large enough amount of urine could be the medications I take. I have been told by many Doctors that medications aggravate my Liver and one such medication does do this for several hours a day after I take it. It is a diuretic called HCTz (water pill) it causes me to urinate to the point of dehydration; Because I took the pill at 7:30 am and had not drank any water because I was on a call pass to 11:00 pm, but did use the restroom to urinate several times before 12:00 pm. This could account for my inability to supply enough urine for testing, my body simply used the water and expelled what it did not need, again that I received two tickets for urinating twice but not supplying enough urine for testing which proves my innocence.

Also, the medical statement made to the adjustment committee "That I am on no medication that would hinder urination and that I have no history of not being able to urinate" neglects the recent history and episode of Late or Mid 2004, where because while still in the infirmary taking Large dosages of medications and my Liver disfunction, I became unable to urinate or have a bowel movement, and extraordinary measures had to be used to allow my body to expell waste. Also, because medications reacte to my body's ability to make waste, I have be on laxitives and etc. for over one (1) year.

"It should be noted" that if I had produced more urine and had a positive test, because of the medications I am on and admittance in the infirmary, I would have been excused from any punishment

35

00136

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: Jan. 8 2006 | Committed Person: (Please Print) Aaron McCroy | | ID#: N51882 |
|---|---|---|---|
| Present Facility: Pinckneyville C.C. | | Facility where grievance issue occurred: Same | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☒ Disability  Retaliation and
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☒ Other (specify)  Discrimination
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ / _____ / _____
Date of Report                                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

**Brief Summary of Grievance:** This is an Emergency Grievance filed pursuant to the I.D.O
American with Disabilities Act Grievance procedures to be dealt with
directly by the Warden of Pinckneyville Correctional Center or the A.D.A.
Coordinator at Pinckneyville C.C.
     This ADA Grievance concerns the lack of Mandated Medical treatment
that is being refused me in order to treat my degenerative eye disease,
Keratoconus. I am being required to be treated by Dr. Williams an
Optometrist who is not qualified to treat the eye disease keratoconus.
The person whomust treat eye diseases is an Ophthalomologist who is a
medical Doctor trained to treat diseases of the eyes. I.D.O.C.,
Pinckneyville and Wexford Health sources has failed to send me to an
Ophthalmologist for over a year. This failure is both dangerous and
retaliatory because I filed a Federal Americans with Disabilities Act
Complaint.
     On or about Dec. 4 2005, Eventhough I have a chronic disability I
was required to pay a $2.00 medical co-payment in order to inform the
medical staff that I was having headaches and eye pain.
     On or about Dec. 12, 2006 I told Dr. Shepard about this eye pain and
headaches.                                  Continued on reverse

**Relief Requested:**    to be sent to an Ophthalmologist for the Mandated routine
treatment and check-up for my Keratoconus and to be reimburse the $2.00
medical co-payment and any other measures deemed necessary

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Committed Person's Signature          N51882          1, 8, 06
ID#                    Date
Resubmitted 2-21-06

---

| Counselor's Response (If applicable) | |
|---|---|
| Date Received: 1, 24, 06 | ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: PER DR. WILLIAMS (OPTOMETRIST), HE IS LICENSED AND
QUALIFIED TO TREAT YOUR CONDITION. YOU HAVE BEEN, AND
ARE CURRENTLY BEING MONITORED WITH NO INDICATION
OF UNTREATED MEDICAL CONDITIONS IN YOUR RIGHT EYE.

GOETTING                    _____    2, 3, 06
Print Counselor's Name          Counselor's Signature        Date of Response

---

| EMERGENCY REVIEW | |
|---|---|
| Date Received: 1, 13, 05 | Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance  ☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

_____                              1, 15, 06
Chief Administrative Officer's Signature                              Date

RECEIVED
JAN 2006
PINCKNEYVILLE C.C.
WARDENS OFFICE

Distribution: Master File; Committed Person                                    Page 1

**36**

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

COMMITTED PERSON'S GRIEVANCE (Continued)

headaches. However, despite me informing him of my eye disease and that my eye pain and headaches may be warnings of something more serious. Dr. Shepard only gave me 12 motrins

On or about Dec. 15, 2005, I saw Dr. Williams and told him of my painful headaches and eye pain. However, he too dismissed my illness. Eventhough, I told him of my past experiences with my left eye before I lose it and asked that I be sent to an Ophthalmologist. Dr. Williams an Optometrist's answer to me was what did I need an Ophthalmogist for when I had him.

It should be noted that a Wexford Agent Dr. Anderson, also an Optometrist tried to treat my keratoconus in the past and I almost lost my left eye to an untreated eye infection he failed to detect and now my right eye is experiencing the same symptoms.

It is my belief that because I am involved in a pending Federal ADA law suit involving I.D.O.C. and Wexford Health Sources, I am being denied the mandated treatment by an Ophthalmolgist and etc. in retaliation for my many grievances, complaints and pending federal law suit.



**Illinois**
Department of
**Corrections**

**ROD R. BLAGOJEVICH**
Governor

**Roger E. Walker Jr.**
Director

James R. Thompson Center / 100 W. Randolph Street / Suite 4-200 / Chicago, IL 60601 / Telephone: (312) 814-3017 / TDD: (800) 526-0484

Date:       January 17, 2006

To:         Director Roger E. Walker Jr.
            Illinois Department of Corrections

From:       Willard O. Elyea, M.D.
            Agency Medical Director

Subject:    ARB Response – Aaron McCroy, #N-51882

*RECEIVED FEB 0 3 2006 OFFICE INMATE*

The above offender is grieving medical care he received while housed at Western Illinois Correctional Center. The medical records and a summary from the southern region coordinator were reviewed and revealed that Offender McCroy has a long history of eye problems and is seen regularly by physicians on site and specialists. His care while at Western Illinois has been well within reasonable and acceptable standards. He has seen a number of specialists for what is a chronic and a long standing and difficult problem.

If you have any further questions regarding this offender's care, do not hesitate to call my office.

WOE: dva

cc:    Office of Inmate Issues
       File
       Chron

38

: 00109