**MEDICAL PROGRESS NO**

Resident's Name: _McCray, Aaron_   Resident's Number: _N51882_

| DATE/TIME | PROB-LEM # | S.O.A. | PLANS |
|---|---|---|---|
| 9/9/93 | | **OPTOMETRY CLINIC** | (P) ① Recomm... |
| | (S) | Vision for far is blurry | Contact Lens Fr... |
| | (O) | Distorted Corneal Curvatures | To correct the Keratoconu... |
| | (A) | Keratocondos  O.D | ② Return For C... Fitting |

COMPLAINT: No Meds, No HTD, No DM;   EOM: Intact

No Injury to Eyes, No Fam Hx of GC    NPC = 2"

CONFRONTAT... FIELDS WILL...

| | V.A. | RX V.A. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OD | 20/400 | 20/80 | CORNEA No Cell No Flare | LENS | | FUNDUS | C/D.3 A/v.8 OPT | C/D.3 A/v.8 OPT |
| OS | 20/400 | 20/80 | CLEAR OD | CLEAR OD | | | | |
| | 20/300 | 20/80 | 4+00 C OS | OS | | | | |

Present Rx  OD  -1.75   OS  -1.25    Pupillary Reflexes: M6    Pupil: PERRLA

| | | | | Final Rx | Sph | Cyl | Axis |
|---|---|---|---|---|---|---|---|
| OD | | | 20/ | | | | |
| OS | | | 20/ | | No Rx | | |
| VA OD | -1.75 | | 20/ 80 | | | | |
| VA OS | -1.00 | | 20/ 80 | | | | |

Frame ___   Color ___

Size ___

Near va: 20/    20/    Bifocal ___   Seg. Height ___

Remarks:  9-10...  PD 69

Plus   OD
Build   
Up   OS

Approved AARis

Residents Signature
Rx Rec'd
Date

| K's | OD 49.25/44.00  Δ+2 |
| | OS 43.75/53.00  Δ+2 |

EXHIBIT C

000000988

1



**Illinois**
Department of
**Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

## MEMORANDUM

DATE:        November 2, 2001

TO:          Offender McCroy N51882   4C38

FROM:        Deborah K. Fuqua, RN, CCHP
             Health Care Unit Administrator

SUBJECT:   Contact Lenses

Per the optometrist, Inmate McCroy N51882 has a medical condition that
requires him to wear contact lenses. Therefore, he is authorized to have one
(1) pair of contact lenses, one (1) storage case, one (1) bottle of cleaner and
one (1) bottle of soaking solution.


Deborah K. Fuqua, RN, CCHP
Health Care Unit Administrator

DKF:sjz

cc:  Warden Hockaday
     Assistant Warden Winters
     Assistant Warden Schnepel
     Shift Captains (7-11, 3-11, 11-7)
     Medical Records
     File

2

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron    INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Weller

CONSULT REQUESTED BY Dr Jarlik    DATE 2-26-02    URGENT (✓) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Corneal ulcer, keratoconus

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS: ① advanced keratoconus ou
② suspect apical touch od
③ strand scar centrally os, deep, susp
old hydrops (acute) crack in
Descemets membrane

PROCEDURE: ④ No ulcer

ASSESSMENT: – D/C ciloxin
– Flu c optometry to ref t with contact

RECOMMENDATIONS/PLANS: – if k's progress ≥ 55 and unable to
fit c contacts Flu c Dr Sieck for
consider + corneal transplant

DATE: 26 Feb 02    Weller MD M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 2/27/02    ____ MD
DC7105-AI(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

3

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: _3/5/02_                          Referral Number: _02003893_

Pre-Certification number given to vendor        ☐ Yes        ☐ No

Inmate No. _N51882_      Name: _Aaron McCroy_      DOB _9/9/60_

Site Doctor: _David Anderson OD_ Referred to: _Dr Peter Kehoe_ / _Contact Lenses_
                                        Specialist                          Specialty

Hospital / Facility: _Office - Galesburg Ill_ Hospital MD: _____

☒ Initial Evaluation    ☐ Follow-up    ☐ OP Surgery    ☐ In-Patient Hospital

Other: _____

Reason for Referral: _Refit if possible of CL's due to advanced Keratoconus_

Date of Onset: _____ History of Injury/Problem: _1995 - Keratoconus_

Conservative Treatment to Date: _Seen by ophthalmology for stromal scarring_
_O.U. who suggested refit of CL's if possible or corneal transplant_
_if not possible - see consult 2/21/02_

Tests and Results: _____

_appt provided for_
_scheduled 3-18-02_
_cancelled per Warden_

_D L Anderson OD  3/5/02_              _____ MD  3/5/02_
Attending Physician Signature and Date      Medical Director Signature and Date

Transmittal Date: _3-5-02_          Transmitted by: _V Lynne Shelton_

Approval Date: _3-8-02_             Approved by: _Wexford_

Med. Furlough to: _Dr Peter Kehoe_   Date/Time: _3-25-02 11AM 4-1-02 11AM_  _3-18-02 11AM 4-12-02 11AM_

Address: _4L Plaza Suite 35_         City: _Galesburg, Ill_

Telephone Number: _309 343-1179_

_3-18-02 cancelled_
_3-25-02 cancelled_
_4-1-02 cancelled_

**4**

REV 05/97 - WEX REG 73

000000536

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCroy  Aaron_    INAMATE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr Plotner  Kehoe  Eye Care_

CONSULT REQUESTED BY: _Dr_    DATE _5-13-02_ ) YES (✓ NO    URGENT

_Anderson_    ~~5/02~~

REASON FOR CONSULT (LIST PROBLEM)

### 3 wk  FU  of  CL refitting

( ) EVALUATION
( ) Management

FINDINGS.    REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

$Vc < \frac{20/30c^{-2}}{20/200}$    OR $-5.25$ sph $20/50$ os

Only Able to tolerate OS Epicon lens
1-2 hrs/day every other day.



Good Lateral Centration

fovea

Good ACL

PROCEDURE:

ASSESSMENT: (1) Good Epicon CL Fit OS but poor comfort.

RECOMMENDATIONS/PLANS (1) D/C CL wear OS. Consider corneal transplant OS at Ilm expense. Rx: Art Tears prn x 180 days. Ilm to return to Dr. Anderson staff for any eyedrops.

DATE _5/13/02_    _____ R____ DPlotner___ OD MD.

(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY.

(✓ I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: _5/13/0_    _____

DC7105-AJ(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

5

# Wexford Health Sources, Inc.
# Western Illinois Correctional Center

## Referral Request Form

Date: _5/14/02_                              Referral Number: _____

Pre-Certification number given to vendor    ☐  Yes         ☐  No

Inmate No. _N 51882_        Name: _Aaron McCroy_     DOB _9-9-60_

Site Doctor: _D1 Anderson O D_  Referred to: _Dr Sieck_ / _Cornea_
                                               Specialist        Specialty

Hospital / Facility: _____  Hospital MD: _____

  ☐  Initial Evaluation    ☐  Follow-up    ☐  OP Surgery    ☐  In-Patient Hospital

Other: _____

Reason for Referral: _Keratoconus OS ⬆ OD_

Date of Onset: _____  History of Injury/Problem: _8 yrs approx_
_Pt can no longer tolerate a CL on the left eye + we have_

Conservative Treatment to Date: _discontued wear due to intolerance, pain,_
_recurrent hydrops, stromal scarring. at this point a_
_corneal transplant should be considered._

Tests and Results: _____

_David J Anderson O D 5-14-02_          _/ My 5/14/02_
Attending Physician Signature and Date        Medical Director Signature and Date

Transmittal Date: _5-14-02_       Transmitted by: _V Lynne Shelton_

Approval Date: _____    Approved by: _____

Med. Furlough to: _____    Date / Time: _____

Address: _____    City: _____

Telephone Number: _____

REV 05/97    WEX REG 73

000000550

# WEXFORD
### MEDICINE IN CORRECTIONS

To:    Utilization Management Department, Site Medical Director and
Health Care Unit Administrator

From:   Dr. Cleveland Rayford, M.D., IL Regional Medical Director   *C.F. Rayford mo*

Date/Time:  05-15-2003 (7:15 P.M.)

Subject:  Inmate Name/Number   *Aaron McCoo*    *NC/882*
        Site/Service     *Western ILCC*    *Cornea Transplant*

Based on review of the information provided it is my medical opinion that:

| | | |
|---|---|---|
| 1. | | Approved:  The requested services are medically necessary at this time. |
| 2. | X | Non-Approved:  The requested services are not medically necessary at this time. |
| 3. | X | Alternate Plan For Service Requested   *The I.DOC nor Wexford* |

*will pay for transplantations. Suggest that patient
talk with Henaif he and/or his family is willing
to take care of the cost of transplantation.*

**NON APPROVED**

4.      Appeal Date/Time _____

5.      Telemedicine Case Conference Requested

5a.    Your telemedicine case conference is scheduled for _____ (date/time)

6.      Appeal Information _____

_____

_____

_____

_____

7.      Appeal Approved Signature _____ (date/time)

8.      Appeal Non-Approved Signature _____ (date/time)

9.      Provider Signature ____/____ (date/time) *5/20/02 12:17P*

10.    I will re-consult upon completion of alternate medical plan if indicated.
       Provider Signature _____ (date/time)
       I do not desire second opinion of non-approved appeal.

11.    Provider Signature _____ (date/time)
       I desire second opinion of non-approved appeal.

** The information contained in this report is privileged and confidential.
** Document Revised: 020201

**FAXED**

7

## FUQUA, DEBBIE

| | |
|---|---|
| From: | ELYEA, WILLARD |
| Sent: | Thursday, August 22, 2002 11:26 AM |
| To: | FUQUA, DEBBIE; HOBROCK, CINDY |
| Subject: | RE: Aaron McCroy N51882 |

The treatment for Keratoconus is contact lenses unless the cornea is thinning rapidly. The offender may receive a substantial trial of contacts prior to surgery. If the corneal graft fails, he may have worse vision than now.   Thanks WOE

----Original Message----
| | |
|---|---|
| From: | FUQUA, DEBBIE |
| Sent: | Wednesday, August 21, 2002 4:43 PM |
| To: | HOBROCK, CINDY |
| Cc: | ELYEA, WILLARD |
| Subject: | FW: Aaron McCroy N51882 |

Cindy,
We resubmitted this to Wexford on 8-19-02 after we got Dr. Elyea's memo. It came back today denied again for a corneal transplant by Dr. Rowe. I faxed it to you and Dr. Elyea for review.

----Original Message----
| | |
|---|---|
| From: | HOBROCK, CINDY |
| Sent: | Monday, August 19, 2002 11:02 AM |
| To: | FUQUA, DEBBIE |
| Subject: | RE: Aaron McCroy N51882 |

Thanks, Debbie. Keep me posted on the outcome of this.

----Original Message----
| | |
|---|---|
| From: | FUQUA, DEBBIE |
| Sent: | Monday, August 19, 2002 9:44 AM |
| To: | HOBROCK, CINDY |
| Subject: | RE: Aaron McCroy N51882 |

No, Dr. Sims will have to put it through U.R. again. I have asked him to do this today.

----Original Message----
| | |
|---|---|
| From: | HOBROCK, CINDY |
| Sent: | Monday, August 19, 2002 8:55 AM |
| To: | FUQUA, DEBBIE |
| Subject: | RE: Aaron McCroy N51882 |

So, has Wexford gave their approval for Mr. McCroy to have this procedure done?

----Original Message----
| | |
|---|---|
| From: | FUQUA, DEBBIE |
| Sent: | Monday, August 19, 2002 8:52 AM |
| To: | HOBROCK, CINDY |
| Subject: | RE: Aaron McCroy N51882 |

Cindy,
We received the letter on Friday afternoon. It said that the vendors are responsible for cornea transplants.

----Original Message----
| | |
|---|---|
| From: | HOBROCK, CINDY |
| Sent: | Monday, August 19, 2002 8:23 AM |
| To: | FUQUA, DEBBIE |
| Subject: | RE: Aaron McCroy N51882 |

Have you received the letter that went out to the vendors, HCUA's and Warden's? If so, what did the letter say?

3

1

——Original Message——
From: FUQUA, DEBBIE
Sent: Friday, August 16, 2002 1:23 PM
To: HOBROCK, CINDY
Subject: RE: Aaron McCroy N51882

No, we were waiting for the decision on this.

——Original Message——
From: HOBROCK, CINDY
Sent: Friday, August 16, 2002 1:10 PM
To: FUQUA, DEBBIE
Subject: FW: Aaron McCroy N51882

Has anything been done for this offender with Wexford?

——Original Message——
From: ELYEA, WILLARD
Sent: Friday, August 16, 2002 12:06 PM
To: HOBROCK, CINDY
Subject: RE: Aaron McCroy N51882

Corneal transplants are the responsibility of the vendor. A letter went out to the vendors and all sites (HCUAs and Wardens) this week. You should also receive a copy. Thanks WOE

——Original Message——
From: HOBROCK, CINDY
Sent: Friday, August 16, 2002 11:43 AM
To: ELYEA, WILLARD
Subject: FW: Aaron McCroy N51882

Have your heard from Mr. Castro on this case?

——Original Message——
From: ANDERSON, TERRI
Sent: Friday, August 16, 2002 11:13 AM
To: HOBROCK, CINDY
Subject: RE: Aaron McCroy N51882

Any news on this? I have another letter from the inmate.

*Terri Anderson*
*Administrative Review Board*
*Office of Inmate Issues*

——Original Message——
From: HOBROCK, CINDY
Sent: Friday, July 26, 2002 9:24 AM
To: ANDERSON, TERRI
Subject: RE: Aaron McCroy N51882

Thanks, Terri.
Dr. Elyea is having John Castro review this case. I'm sure that an response will be received soon.

——Original Message——
From: ANDERSON, TERRI
Sent: Friday, July 26, 2002 9:20 AM
To: HOBROCK, CINDY
Cc: KIBBY-BROWN, SANDRA
Subject: FW: Aaron McCroy N51882

Cindy, I thought I should bring this matter to your attention.

2

——Original Message——
From:       FUQUA, DEBBIE
Sent:       Thursday, July 25, 2002 10:50 AM
To:         ANDERSON, TERRI
Subject:    RE: Aaron McCroy N51882

Terri,

I reviewed this inmate's medical file with Dr. Sims. Inmate McCroy N51882 was sent to the Kehoe Eye Institute on April 12, 2002, and May 13, 2002. A corneal transplant was recommended. Wexford denied this and Dr. Elyea told them they have to do it. Dr. Sims, Western Medical Director has not done the necessary paper work to resubmit this inmate to Wexford for approval. I have asked him to get this done today.

——Original Message——
From:       ANDERSON, TERRI
Sent:       Tuesday, July 23, 2002 9:20 AM
To:         FUQUA, DEBBIE
Subject:    Aaron McCroy N51882

I am working on a grievance for the above inmate regarding medical treatment for his eye. The counselor indicated that a visit to Kehoe Eye Institute was scheduled for April 12, 2002. Can you bring me up to date on his condition and treatment. Thank you.

*Terri Anderson*
*Administrative Review Board*
*Office of Inmate Issues*

10

2



**Illinois
Department of
Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

James R. Thompson Center / 100 W. Randolph Street / Suite 4-200 / Chicago, IL 60601 / Telephone: (312) 814-3017 / TDD: (800) 526-0844

Date:      August 12, 2002

To:        All Vendors

From:      Willard O. Elyea, M.D.
           Agency Medical Director

Subject:   Cornea Grafting (Transplantation)

Following the recent Quarterly Health Services Meeting, the issue of cornea grafting (transplantation) was raised as to whether this procedure falls under the Department Rule for organ transplants. The contract between the Department of Corrections and the vendors states "That the Illinois Department of Corrections will be responsible for all organ transplants as governed by the Department Rule 415-80."

The following considerations have been made:

1.  In discussing the issue with legal the intent of the Department Rule was to apply organ transplants to solid organ transplantation which is done through transplant centers. This Rule has been extended to include bone marrow transplantation. Cornea transplantation on the other hand can be done by ophthalmologists anywhere.

2.  The cornea is not considered an organ as such but rather a part of an organ namely the eye.

3.  While organs are truly donated, the cornea is not specifically donated but actually the eyeball itself. The cornea is merely removed from the eyeball to be used in cornea grafting.

4.  There is no need to type a cornea donor or to find a suitable cornea donor. Anyone can donate a cornea to someone else provided your cornea is not diseased.

5.  Cornea transplantation post-operatively is actually referred to as "graft" similar to skin.

While the Office of Health Services appreciates the fact that a cornea may be construed to be an organ donation, there is obvious difference in what was intended in the contract and the Rule. As a result the decision from the Office of

*11*

Health Services is that the vendors are responsible to provide cornea transplantation through their standard utilization processes.

If there are any further questions, please do not hesitate to call my office.

WOE: dva

cc:    Associate Director George E. DeTella
       Chief Nancy Miller – Office of the Bureau Chief
       Chief Linda Dillon – Program Services
       Deputy Chief John Castro, Program Services
       Wardens
       All Health Care Unit Administrators
       Larry Hewitt, Asst. Medical Director
       Monica Becker, Public Health Coordinator
       Sherry Crone, Health Care Coordinator – Northern
       Cindy Hobrock, Health Care Coordinator – Central
       Patti White, Health Care Coordinator – Southern
       Rachel McKinzie – Legal Services
       File
       Chron

*12*

9-23-2002 6:38PM    FROM JACKSNVLL OPH ASOC 217245037F

P. 1

# JACKSONVILLE OPHTHALMOLOGIC ASSOCIATES, Ltd.

Eric A. Giebelhausen, M.D., F.A.C.S. - A. George Schultz, III, M.D., F.A.C.S.
H. Jay Bruninga, M.D. - Harvey D. Mack, O.D.

September 23, 2002

Dr. Sims
Western Illinois Correctional Center
Rt 99
Mt. Sterling, Illinois 62353

RE: Aaron McCroy
B.D. 9-9-60

Dear Dr. Sims:

I had the opportunity to see Aaron McCroy as you requested on the afternoon of September 20, 2002 regarding evaluation for "keratoconus".

Mr. McCroy is a forty-two year old male who was well spoken and cooperative. He gave a history of having long-standing poor vision in both eyes who denied previous eye surgeries or significant ocular injury. He has had known keratoconus for many years and does wear a gas permeable contact lens in the right eye for the keratoconus and has been intolerant of the contact in his left eye for the past seven to eight years. He currently is on a hypertonic saline solution and scopolamine drops in the left eye.

When examined in the office, Mr. McCroy had uncorrected visual acuities of less than 20/200 in either eye. With the insertion of his right contact lens, his vision improved to the 20/100 level. This could not be improved beyond the 20/100 level with an over-refraction or with the use of a pinhole. The vision in the left eye could not be improved by any means. His external eye examination is unremarkable. There was no conjunctival injection and his lids were in normal position. The right cornea showed an obvious keratoconus with approximately 30% loss in thickness of the central cornea but without the loss of transparency. A right corneal topography (see enclosed) showed a keratometer reading of 54.50 in one meridian and 46.50X098 in the other meridian. The patient's present right contact lens showed good 3-point touch with a steep inferior fit with bubbles compatible with the diagnosis of keratoconus. The right anterior chamber was clear and deep without inflammation and his pupillary reactions were normal and appropriate. The left cornea showed central apical scarring with approximately 80% loss of corneal thickness with a prominent Fleischer ring. Attempts at a left corneal topography were such that the machine "would not compute". His intraocular pressures seem to be in the normal range but the keratoconus made the exact measurements impossible. His visual fields were grossly full to confrontation and the remainder of his eye examination was compatible with his chronologic age.

*13*

000000564

–2–                                          September 23, 2002

It is my suggestion that Mr. McCroy continue with the topical hypertonic saline as he presently is doing. He will definitely need a left penetrating keratoplasty at some time in the future in an effort to maximize his visual acuity as the degree of keratoconus and scarring are inconsistent with a contact lens or spectacle lens correction. I would suggest that he be seen in consultation by a corneal surgeon at sometime such as Dr. Eric Lohse at the Springfield Clinic in Springfield, Illinois or with a corneal surgeon approved by the Department of Corrections.

In summary, Mr. McCroy has a chronic eye problem bilaterally, worse in left eye than the right. He is having no acute problem but his visual acuity is certainly inadequate at his present level.

Should you have any question regarding the above-mentioned information, please let me know.

Sincerely,

A. George Schultz III, M.D., F.A.C.S.

AGS/lmm

14



JO ELLEN CROFT
*Surgery Scheduling*

PRAIRIE EYE CENTER, LTD
2020 West Iles Avenue
Springfield, Illinois 62704

(217) 698-3030
(800) 761-1144 (toll-free)

~~TMENT OF CORRECTIONS~~

FACILITY

WIL

~~ORT OF COSULTATION~~

INMATE'S NAME: McCroy Aaron    INMATE'S NUMBER: N5 1882

CONSULTANT'S NAME: Dr Joseph Feder

CONSULT REQUESTED BY: Dr. Sims    DATE: 11-20-02    URGENT ( )YES ( )NO

REASON FOR CONSULT (LIST PROBLEM)

eval bilateral Keratoconus

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT - USE REVERSE SIDE IF NECESSARY

FINDINGS: Very severe keratoconus Left eye - not treatable
with contact lenses advise penetrating keratoplasty
Right eye keratoconus not as severe may be
treatable with Rigid gas perm contact lens

PROCEDURE: Patient has episodes of corneal hydrops with
acute painful swelling of cornea — For these
episodes suggest Saline Eye drops (Muro 128) q 2-3 hours while awake

ASSESSMENT: + Hyoscine 0.25% BID plus Voltaren or Acular eye drops QID

RECOMMENDATIONS/PLANS: Suggest Penetrating Keratoplasty (corneal transplant) Left eye
please contact JOEllen Croft & Toschele (217) 698-

DATE 11/20/02    Joseph M Feder M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

(✓) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE 11/20/02    (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A (REV 01/89)
IL426-0027

15

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
MCCROY, AARON
C1115136  - OSP         AMBULATO
42  09/09/30  M         TR
FEDER,JOSEPH M. MD      J
                        O-

FACILITY
WIL

## REQUEST FOR CONSULTATION – REPORT OF CONSULTATION

INMATE'S NAME: McCroy Aaron    INMATE'S NUMBER: N51882

CONSULTANT'S NAME: Dr Joseph Feder

CONSULT REQUESTED BY:         DATE    URGENT ( ) YES ( ) NO

REASON FOR CONSULT. (LIST PROBLEM)

Keratoconus (L) eye

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT - USE REVERSE SIDE IF NECESSARY

FINDINGS: Keratoconus (left) eye

PROCEDURE:

ASSESSMENT:

RECOMMENDATIONS/PLANS: In addition to of the lens will need eye shield, indoor tinted glasses, heavier out door sunglasses,

DATE: 2/3/03      _____ M.D.
(SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON:

DATE: 2/3/03      _____ MD
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV 01/89)
IL426-0027

16

000000387

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|-----------|----|----|
| McCroy | Aaron | | N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 03/03 6⁴⁵ | Nurse Note — Left on medical furlough | — Edwards RN |
| 2-3-03 3 Pm | nurse note: Nancy, from Hospital called. Inmate had ① corneal transplant. (Gen. anesthesia) To return 2-4-03 10 am to see Dr. Feder ⊂ If severe or sharp pain call Dr. Feder @ 698-3030. Head of bed ↑ 30°. ∅ lifting. To leave patch & shield in place tomor — DO NOT REMOVE. Will be returning ⊂ eye gtts — DO NOT USE — BUT TO GO ⊂ HIM ON MED Furlough 2-4-03 Dr. Feder recommends Pt. Tylenol. for pain. | C. Thompson RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0064 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

McCray     Aaron     ID#: N51882
Last Name      First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/29/03 8³⁰ AM | M.D. note — Inmate refused to go on medical furlow — to see ophthalmologist today. He insisted on having shower first. s/ Ghurl | Continue present Therophy — s/ Ghurl Noted 10/29/03 9am L. Ashcroft |
| 10/29/03 8³⁰ | — Nurse Note — I/m refused to go on med. furlough, states wants a shower but advised by security he needed to be ready in 10 minutes, thus non enough time to shower, I/m becomes irate + beligerant, moved to Rm. #3 per Lt. Winston. I/m Refused to sign refusal — | Refused vital signs. K. Ashcroft LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

McCroy                    Aaron                    ID#: N51882
Last Name                 First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/29/02 4³⁰ pm | Nurse Note<br>Declined Hunger Strike. Sgt Sherry notified et is here to speak c offender. Sgt states he will notify the Major. RN Stiles notified — offender is in Room 3 Seg status - States is declaring Hunger Strike because of difficulties encountered earlier today associated c unit — | Edwards RN — |
| 10-29-03 5³⁵ Pm | Psych Note:<br>S.O.A: Sleeping quietly. Informed she placed a Hunger Strike. Prior to hunger strike was beating on cell door. Hunger Strike. | P: See on request<br>[signature] Psy |

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME: _McCroy, Aaron_     INAMTE'S NUMBER: _N5/882_

CONSULTANT'S NAME: _Dr Zeh_

CONSUL'T REQUESTED BY: _Dr Ghosh_     DATE: _____     URGENT ( ) YES ( ) NO

REASON FOR CONSUL'T: (LIST PROBLEM)

From eye point of view   F/U   Keratoplasty

A need to know of if inmate can be moved to

( ) EVALUATION   general population   of the Correction Centre

( ) Management   A   with his impaired vision can he move freely and

independently

FINDINGS:   VA < 20/400 OD   REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)
              CF     OS

OD: Keratoconus + punctate Keratopathy ↑

OS: marked Keratopathy

clear graft

Intraocular pressure < 30 OS

PROCEDURE:                                    Fundus cup/disc 0.3 OD, 0.4 OS

① removed corneal sutures              cotton wool spot + dot hemorrhage OD

Rec  ① Maxitrol OS QID x 3 days then stop

ASSESSMENT:           ② Lotemax 0.5% OS 1 gtt q AM      ⑥ No rubbing

                      ③ Travatan OS   1 gtt q PM          eye

RECOMMENDATIONS/PLANS:   ④ Artificial Tears OU QID        ⑦ No bending

DATE: _11/6/03_          ⑤ ↓ blood pressure + serum glucose  ⑧ No lifting
                                                              > 10 lb

_____   M.D.                    ⑨ RC (month
                        (SIGNATURE OF CONSULTANT)          call ASAP f
FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:            any ↑ pain
                                                          or ↓ vision
( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.   OS.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: _#1_   _____   _S. K. Ghosh MD_
DC7105-AI(REV01/89)          (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

_20_

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

NAME  Aaron McCroy

ADDRESS _____  DATE 11/6/03

☐ Label 4  TIMES
REFILL _____
☐ May Substitute
☑ May Not Substitute

Travatan
1 gt OS qpm
0.5D ÷ bottle
Wllu

---

ROBERT BLUMTHAL, O.D.
JENNIFER M. SORTOR, O.D.
JOSEPH SABETTI, O.D.
MARC SARMIENTO, O.D.
STEPHANIE HART, O.D.

SANDRA YEH, M.D.
LANNY S. ODIN, M.D.
STUART R. FARRIS, M.D.
STEPHEN G. COOK, M.D.
WILLIAM G. ZEH, M.D.
JOHN S. KIM, M.D.

**PRAIRIE**
Eye & Lasik Center
2020 West Iles
Springfield, IL 62704
Telephone 217-698-3030

NAME  Aaron McCroy

ADDRESS _____  DATE 11/6/03

Label _____
REFILL ___0___ TIMES
May Substitute
May Not Substitute

Maxitrol ung ophthalmic
Apply OS BID x 3 days
then D/C
Disp 3.5 gm  Wllu

000000103    21

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### Western Illinois Correctional Center

Offender Information:

McCroy                    Aaron                    ID#: N51882
Last Name                 First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-6-03 | Nurse Note | |
| 12³⁰P | Dr Lochard notified of orders received | |
| | from Dr Zeh . 1 Marittrol OS qid x 3 days then stop | |
| | 2 Iravatan .19 H OS 9 PM Disp. 1 bottle | |
| | 3 Lotemax 0.5% 1 gtt t b OS qd | |
| | 4 Artificial tears 1 gtt OU qid | |
| | 5. ↓ blood pressure & serum glucose | |
| | 6. No rubbing eye | |
| | 7. No bending | |
| | 8. No lifting 7 lbs | |
| | 9. RC 1 month | |
| | 10 Call ASAP for ↑ pain OU ↓ vision OS | |
| | Dr Lochard advised B.M.P., Liver profile, CBC, | |
| | UA; uric acid & magnesium level | |
| | M Roberts RN | |
| 11-6-03 | Nurse note | |
| LATE ENTRY 12⁰⁰ noon | Inmate returned from med furlough | |
| | and refused lunch tray —— Nelbrenner RN | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| McCray Last Name | Aaron First Name | MI  ID# N51882 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/03 12⁴⁰ pm | Nurse Note Telephone order Dr. Zell for clarification of if McCray to return to housing unit or the infirmary. Dr. Zell stated that Offender needed to stay in the infirmary due to jet restrictions and also he does not want Offender to get pooled in the left to stay in infirmary for now. JB Nursing RN | |
| 11-6-03 1³⁰ pm | Nurse note WT 205# returned from med furlough Skin turgor good - Ø S/S dehydration. States he drinks plenty of H₂O - Ketones in urine ⊗ Drennen | |
| 11/6/03 2⁰⁰ pm | Nurse Note Offender May have ice should at all times per Dr. Zell. JB Nursing RN | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

23

000000062

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy                    Aaron                    ID#: NS188
Last Name                 First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/20/03 9am | Nurse Note. Up et alert cell voiced no c/o | Moore R.N. |
| 11-21-03 8:30 Am | Nurse note ↑ to Cell door for Meds and eye gtts — Voiced Ø c/o | X Kremun RN |
| 11-21-03 2:15pm | Nurse Note. Call placed to Dr. Zeh, Received order that Offender can be placed in Seg (Single-cell) ——— T.O. Dr. Zeh/ JBlissing Cont. | |
| 2:20pm | Discussed case c̄ Mills, NP agreed back to discharging McCroy from infirmary to place in Seg. JBlissing RN | |

ATTYG10101

24

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Distribution: Offender's Medical Record

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Western Illinois Correctional _____ Center

Offender Information:

Last Name: Mc Croy     First Name: aaron     MI: _____     ID#: N 51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-03 3° | Infirmary Discharge Note | Plan: |
| | Discharged by: (circle one)   M.D.  (N.P.)  D.D.S.  Psychiatrist | Continue present treatment — ✓ |
| | Summary of Reason for Admission: Needs placement to protect eye from injury. avoid general population. | Follow-up as needed from single cell in Segregatio |
| | Course in Infirmary: Noneventful Eye drops. | |
| | Discharge Diagnosis: Healing process post Keratoplasty | |
| | Patient Education: avoid yard & activity c others so as to protect Keratoplasty site. | R Mell cur nated pamter C Thompson kv |

25

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: _11-29-03_

TO: _McCray Aaron_ _N51882 - Rec?_
Inmate Name and Number

FROM: _H Leonard MD_
Physician/Health Care Unit Administrator

SUBJECT:    Medically Unassigned

You are being medically unassigned.

REASON: _Medical_

START DATE: _11/29/03_

ENDING DATE: _11/29/0X_

RE-EVALUATION DATE: _January 2004_

_H. Leonard MD_
Physician/Health Care Unit Administrator

cc:  Placement/Assignment Office
 Assignment Supervisor
 Health Care Unit Administrator
 Nurses Station
 Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579

26

000000180

# WESTERN ILLINOIS CORRECTIONAL CENTER
## MT. STERLING, ILLINOIS

**MEMORANDUM**

DATE: _11/29/07_

TO: LTS Supervisor

FROM: _H. Leonard MD_
Health Care Unit Staff

SUBJECT: RESTRICTIONS

Effective this date: _11/29/03_ _N 51881_

Inmate and Number: _McCroy Aaron — N 51882_
is to be restricted from the following activities:
_Weight lifting and sports_

Stop date: _11/29/04_

This for medical reason.

_H. Leonard MD_
Health Care Unit Staff

cc: Nurses Station
Medical Records
Housing Unit Officer _Rec. 75_
Inmate _McCroy, N 51882 — Rec 75_

DCA 230-35737 (Rev 6-98)
IL 426-18578

_27_

000000181

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McCroy    First Name: Aaron    MI:    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/03 | Nurse Note — Inf. | |
| 11:08 AM | Left inf on med furlogh — | S Moore LPN |
| 12/24/03 | Nurse note | |
| 8:30 a | Up ≠ around. No c/o — | (Fox) |
| 12/25/03 | Nurse Note — | |
| 8:00 am | ↑ in cell, denies any | |
| | needs . | Steele Jr. |
| 12/26/03 | Nurse Note | |
| 7:40 AM | ↑et about. Waiting to go to | |
| | yard. Voices to complaints — | B Beaver Rn |
| 12-27-03 | Nurse Note . | |
| 7:30 a | B/p 138/94 p 88 t. 96. 6. Told | |
| | Nurse has a mild headache. Encourage | |
| | to drink more fluids. — | M Roberts RN |
| 12-28-03 | Nurse Note | |
| 7⁵ | offers No Needs — | M Roberts RN |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

28

000000078

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

## REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME _McCoy, Aaron_    INAMTE'S NUMBER _N51882_

CONSULTANT'S NAME _Dr. Kim_

CONSULT REQUESTED BY: _Dr. Lochard_    DATE _1/8/04_    URGENT ( ) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Increased    IOP

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

FINDINGS:    IOP pneumo < 16 / 28

PROCEDURE:

ASSESSMENT:  1) Steroid Induced Glaucoma OS
2) Keratoconus OU S/P PKP OS
3) PSC OS - mild

RECOMMENDATIONS/PLANS:  — Target IOP - Low 20's OU    — ↑ Alphagan to TID
— Cont Travatan OS qHS + Lotemax OS BID.
— Start Cosopt OS BID

DATE: _1/8/04_    _Kim_ M.D.    — RTC 2wk - IOP
(SIGNATURE OF CONSULTANT)    2wk - IOP
TOP

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

( ) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE
FOLLOWING REASON.

DATE: _1/8/04_  Please forward to Dr. Lochard/Wahl

(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV04/89)/
IL426-0027

Scripts written for Alphagan, Lotemax, Cosopt &
Travatan x 3 wk

29    000000109

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

## Western Illinois Correctional Center

Offender Information:

_____ Mc Cray _____ Aaron _____ MI ___ ID#: N 51 882
Last Name                    First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-19-04 | nurse note | |
| 7:30 am | Denies c/o - self administers | |
| | own eye gtts - | C. Morgan |
| | nurse note | |
| 1-20-04 | 8A up + about - Voices no | |
| | c/o   C Shaw LPN | |
| 1-21-04 | nurse note | |
| 9:00 Am | HSSR Complete _____ Difficulties gu | |
| | nurse note | |
| 1-22-04 | Cheerful. Voices no c/o | |
| 8 A | C Shaw LPN | |
| | | |
| 1/23/04 | Nurse Note | |
| 8 am | Remains housed in inf | |
| | per Warden  A+O x 3 | |
| | Voiced no c/o _____ S. Moore RN | |

30

Distribution: Offender's Medical Record

000000085

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>**Western Illinois Correctional Center**</u>

Offender Information:

McCroy                 Aaron                        ID#: A45188
Last Name              First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/23/04 3:30 pm | MD SICK CALL  WT 112 BP 120/74 P 68 R | B Bower q |
| | Lotomax renewed per MD | B Bower q |
| 3/8/04 8 am | Nurse Note  I/M remains housed in infirmary per security. Voiced | |
| 3.9.04 9:00 Am | no c/o  Nurse Note:  Alert, plesant, housed in infirmary per security | S Mosse LPN  __ Weir |
| | LABORATORY DRAW  Date 3/10/04  Time 7:50 A  Site (R) A/c  Super #  Test  Signature S Scott LPN | NUT12800632 |

ATTYGI0119

ibution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: McCroy   First Name: Aaron   MI:   ID#: N5/882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/11/04 8:30 am | Nurse Note Remains housed in infirmary per security. Up et about cell voices no c/o | S. Moore R.N. |
| 3/12/04 8:30 Am | — Nurse Note — Denies any needs, up in room. — | K. Askew Jr |
| 3/13/04 3P | NURSE PRACTITIONER Reschedule c̄ MD per R. Mills N.P. S. Bowen |  |
| 3/16/04 5:30 pm | Nurse Note Earlier today, placed on eye posters in room & in infirmary. Per D. Fagan RN HCUA & Warden may issue all eye gtts + eye supplies to inmate in cell. Instructions given & witnessed by Security. Inmate stated he understood instructions + would comply | ATTYG10120 G. Harding |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Mc Cray    First Name: Shan    MI: ___    ID#: K 51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LABORATORY DRAW | |
| | Date 3/23/04  Time 0400 | |
| | Site ___  Sticker # ___ | NWZ1280063Z |
| | Test lipids | |
| | ___ B status bpd f/s order spin | |
| 3/29/04 | Nurse Note | |
| 730 AM | Remains housed in infirmary | |
| | (Seg Status) per security   SMoore RN | |
| 3/30/04 | — M.D. Note — | |
| 0800 | O.S. irritated, several days. It | |
| | is hypesthetic only AM, then | Patanol for 1 week |
| | painful. Vision absent # O.S. | |
| | the conjunctiva is injected. | |
| | (exposed to triple meds for | ATTYG10122 |
| | glaucoma. | |
| | — Conjunctivitis | |
| | [signature] MD | Note # 3/30/04 [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/7/04 10:45am | —— MD —— Patanol has not helped. On cosopt, alphagan, Travatan, followed by OPH+h. | TV may rest close to bed. |
| 4/8/04 10:15AM | Nurse Note: left for med furlow | SConnen |
| | ATTYG10124 | |
| 4-19-04 | | |
| 4-19-04 8:45/Am | Nurse Note ↑ to medications. Eye Shield in place | |

Printed on Recycled Paper

34

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

McCroy _____ Aaron _____ ID#: N51882
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/04 8:30 am | Nurse Note Remains housed in infirm per security. Voiced no C/O | — S Moore RN |
| 4/22/04 5:10 pm | Nurse Note Still housed in inf per Security. Voiced no C/O nurse note | — S Moore RN |
| 4-23-04 7:30 am | Up & about no C/O pain in leg CShaw RN | |
| 4/24/04 8:30 am | — Nurse Note — Denies any needs. | KAShora LPN |
| 4/25/04 8:30 am | — Nurse Note — ↑ in room. | KA Bligh |
| 4/26 800 | — MD — Wants a continuous supply of tears ATTYGI0125 | Artificial tears |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

35

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy           Aaron                    ID#: NS188
Last Name         First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/29/04 7³⁰ Am | Nurse Note Remains housed in Infirmary per security Voices no c/o | Snook RN |
| 4:30.04 7¹⁰ Am | Nurse Note Remains housed per security, Ø%'s noted | Snook RN |
| 5/4/03 7³⁰ Am | Nurse Note S) Remains housed in Infirmary per security O) Voiced no medical needs @ this time A) Housed inmate | P) No lift needed / Snook RN |

ATTYG10126

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: McCray    First Name: Aaron    Mi: ___    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5-5-04 | Nurse note | P. Cont. as ordered |
| 7⁴⁰A | Housed in infirmary - up & about | Chaw LPN |
| S/O | Cheerful no c/o pain | |
| A | Housed inm ill | |
| 5/6/04 | Nurse Note | |
| 730 Am | Remains housed in infirmary per security | |
| | Voiced no c/o | S.Moore RN |
| 5/10/04 | Nurse Note | |
| 800 am | Inm left HCU to go to Law Library He did not notify nursing staff he was leaving, or ask for meds. As a result he missed his am dose | S. Moore RN |

ATTYG10127

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

FAX COMPLETED FORM TO:
(412) 937-9151



## REFERRAL REQUEST

ENTER SITE NAME: WICC

DATE: 5-10-04

REFERENCE NUMBER: 5291668889

INMATE NAME: McCROY, Aaron

INMATE NUMBER: N 51882

DOB 9-9-1960

TYPE OF REQUEST:
[ ] INITIAL EVAL   [✓] FOLLOW-UP   [ ] ON-SITE

REFERRAL TO:

SPECIALTY: 1eH Oputh.

PROVIDER:

SERVICE REQUESTED: Follow up

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE: [ ] YES   [ ] NO

ATTYG10202

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| | O.S. post-op keratoplasty (Keratoconus) |

PATIENT COMPLIANCE [✓] YES  [ ] NO   HEIGHT: 6'1"   WEIGHT: 250

RISK FACTORS:

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE   DATE 5-10-04

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)   DATE 5-10-04

Wexford

APPROVAL BY   DATE 5-10-04

5-21-04   1100A

38

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

McCroy                Aaron                    ID#: N5188
Last Name             First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5/10/04 12:30 pm | Nurse Note Back from law library | SMoore LPN |
| 5/11/04 8 A | Nurse Note S) Housed in infirmary per house per Security O) Voiced no c/o A) Ø medical needs | P) Continue to house per Security SMoore (R) |
| 5-13-04 7:30 A 8/0 A- | nurse note no c/o discomfort - up ac about - Chapel - Housed - security | P- Cont as ordered AShaw (R) |
| 5/13/04 5:00 p | Nurse note HSSR done for med fill on 5/21/04 | HRebmanRN |

ATTYG10128

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

FAX COMPLETED FORM TO:
(412) 937-9151



## REFERRAL REQUEST

ENTER SITE NAME: **WICC**

DATE: **5-26-04**    REFERENCE NUMBER:

INMATE NAME: **McCROY, AARON**

INMATE NUMBER: **N 51882**    DOB **9-9-1960**

TYPE OF REQUEST
[ ] INITIAL EVAL    [✓] FOLLOW-UP    [ ] ON-SITE

SPECIALTY: **OPHTHALMOLOGY**    Dr. Lance Sfeahley
PROVIDER: **LANCE SFEAHLEY MD**    Dr. James Kniipp
SERVICE REQUESTED: **2ND OPINION**    Midwest Eye Assoc
217-529-3937

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE: [ ] YES    [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:    ATTYG10205

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| | Keratoconus operation ; extended exposure to MAXITROL) Glaucoma + visual loss (over the past 8 months) |

PATIENT COMPLIANCE [✓] YES  [ ] NO    HEIGHT: **6' "**    WEIGHT: **250**

RISK FACTORS:

CURRENT MEDS:

REFERRING PHYSICIAN SIGNATURE  *Lowell Brown MD*    DATE **5-26-04**

SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE)  *Lowell Brown MD*    DATE **5-26-04**

APPROVAL BY    DATE

**40**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: Mc Cray   First Name: Aaron   MI: ___   ID#: N5882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/04 8:30 A | — Nurse Note — S+O: ↑ to shower, denies any needs, housed in health care per security. P: Housed per security | P: Continue present management. Reassurance —— KAshcraft |
| 5/30/04 8:45 A | — Nurse Note — S+O: ↑ to shower, denies any needs, remains housed in health care per security P: Housed per security —— | P: Continue present management. Reassurance —— KAshcraft |

ATTYG10131

Distribution: Offender's Medical Record

Printed on Recycled Paper

41

DOC 0064 (Eff. 9/2002)
(Replaces DC 7147)

# WESTERN ILLINOIS CORRECTIONAL CENTER
## MT. STERLING, ILLINOIS

**MEMORANDUM**

DATE: _____ 6-8-04 _____

TO:        LTS Supervisor

FROM: _Dr. Anderson_
          Health Care Unit Staff

SUBJECT:      RESTRICTIONS

Effective this date: _6-8-04_

Inmate and Number: _McCroy    N51882_
is to be restricted from the following activities:
_No Contact Supports — No Weight lefting
                                    over 5#_

Stop date: _Forever_

This for medical reason.

_CShaw LPN_
Health Care Unit Staff

cc: Nurses Station
    Medical Records
    Housing Unit Officer _____
    Inmate _McCroy N51882_

DCA 230-35737 (Rev 6-98)
IL 426-18578

42

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

McCroy                Aaron              ID#: D51882
Last Name              First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/8/04 8 AM | Nurse Note Remains housed in infirmary for security reasons no C/O | A Mosse LPN |
| 6/8 10⁰⁰ A | — M D — No further medical need for detention. He will continue meds and see OPHth for new opinion. | ATTYG10133 H Crown in noted 6/8/04 @ 1035A A Mosse RN. |
| 6/8/04 10¹⁰ A | Eye Dr no yard or gym due to eye condition — ↓ VA | noted shura RN D L Anderson EO |
| 6/8/04 1045A | Nurse Note. Low bunk / low gallery permit not need V.O. Dr Bros A Mosse |  |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| McCray | Adam | ID#: N51882 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-8-04 | Nurse Note – Eye Dr | |
| 11 A | no Contact Sports | |
| | no weight lifting over five lbs | Noted 11 A _____ |
| | | D1 Anderson OD |
| 10/12/04 | Nurse Note | |
| 4 A | HSSR Completed | SEdwards RN |
| 6-21-04 | **MD SICK CALL** | |
| 915 am | WT 219 BP 146 T 95.7 P 74 R 18 | CThompson |
| | S – Eye condition | |
| | O – Letter from R. Steebley | I will speak to Dr. |
| | says to continue as is. | S. to elaborate |
| | A – O.D. Keratoconus | on recommendations |
| | O.S. Cataract, Glaucoma | J Brown ___ |
| | | Rec'd & Noted |
| | | SScott LPN |
| | | 6-21-04 |
| | ATTYG10135 | 10 SS/A |

44

Printed on Recycled Paper

DOC 0064 (Eff. 9/2002)
(Replaces DC 7147)

PH. COMPLETED FORM TO
(412) 937-9151



## REFERRAL REQUEST

ENTER SITE NAME:  WICC

DATE:  8-11-04                              REFERENCE NUMBER:

INMATE NAME:  McCROY, AARON

INMATE NUMBER:  N 51882                     DOB  9-9-1960

TYPE OF REQUEST:  [ ] INITIAL EVAL   [✓] FOLLOW-UP   [ ] ON-SITE

REFERRED TO:

SPECIALTY:  OPHth
PROVIDER:  KINSER
SERVICE REQUESTED:  CONTACT LENS FOR OD (KERATOCONUS)

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER:

ON-SITE:  [ ] YES   [ ] NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:                        ATTYG10222

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

DATE OF ONSET  |  HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE

LIFELONG  |  Failed surgery O.S.

PATIENT COMPLIANCE  [✓] YES   [ ] NO    HEIGHT: 6'1"   WEIGHT: 218

DIAGNOSTIC TEST RESULTS

RISK FACTORS

CURRENT MEDS

REFERRING PHYSICIAN SIGNATURE          8-11-04
                                        DATE

SITE MEDICAL DIRECTOR/APPROVAL SIGNATURE   8-11-04
                                        DATE

APPROVED BY                            DATE

45

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

Facility

**WIL**

## REQUEST FOR CONSULTATION - REPORT OF CONSULTATION

Inmate's Name _McCrey, Aaron_                    Inmate's Number _N51882_

Consultant's Name _Dr. Michael Kass_

Consult Requested By: _Court Ordered Evaluation_   Date: _12/8/04_    ( ) YES   ( ) NO    URGENT

REASON FOR CONSULT: (LIST PROBLEM)

_Evaluate present eye condition + recommend treatment._

☒ Evaluation
☒ Management

FINDINGS:                              REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

_Keratoconus right eye. Vision 20/400._
_SP evisceration left eye - no vision_

PROCEDURE: _needs to be fit with a special contact lens to improve his vision in the right eye. This will require at least a few visits to a_

ASSESSMENT: _provider near the correction facility_
_He needs a prosthesis for the left eye._

Date: _12/8/04_                    _Michael Kass_ M.D.
                                    (SIGNATURE OF CONSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I have reviewed the recommendations contained in this report and approve them.

( ) I have reviewed the recommendations and disapprove or choose to revise them for the following reason.

Date: _12/8/04_                    _Lovell Brown MD_
                                   (SIGNATURE OF MEDICAL DIRECTOR)

DC7105-A1 (Rev.01/89)
IL426-0027

46   010645

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Optometric Examination

_Menard_ _____ Center

☐ Baseline ☐ Annual ☐ F/U

Date: 1/26/05

Time: 12:30 ☐ a.m. ☐ p.m.

**Offender Information:** McCray, Aaron    MI ____    ID#: N 51882
Last Name    First Name

44 yo

**Chief Complaint:** Hx of Keratoconus OD

**HPI:**
- **Location:** Has an appt. tomorrow for GP contact lens fitting OD +
- **Duration:** prosthesis fitting OS.
- **Onset:** I/m only being able to wear
- **Severity:** his GP lens 1½ hrs/day
- **Timing:** due to discomfort.
- **Modifiers:**

**Ocular History:**
- ☐ Cataracts: c/m s/r photophobia in sunlight.
- ☐ Glaucoma:
- ☒ Disease: Keratoconus OD
- ☐ Trauma/Surgery: Evisceration OS (10/11/04)
- ☐ Strabismus:
- ☒ Amblyopia: OS (NLP) > OI
- ☐ Other: Left his GP contact lens in his cell.

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension

**Visual Acuity:**
Uncorrected Distance: ☐ OD 20/ CF 1' ☐ OS 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/
OU 20/
OU 20/

**Habitual Rx:** OD s/r wanting safety glasses    20/
OS for monocular protection.    20/

**Refraction:** OD s/r that Rx glasses will not    20/
OS ↑ visual acuity.    20/

**Near:** OD    20/
OS    20/

| | Type: | Date: | ☐ SV | ☐ Bifocal |
|---|---|---|---|---|
| | Type: | Date: | ☐ SV | ☐ Bifocal |
| | Type: | Date: | ☐ SV | ☐ Bifocal |

**Pupils:** ☒ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☒ Full ☐ Abnormal    **Confrontational Fields:** ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☒ NCT OD ____ Time: ____

vertical striae/scarring 2-3 OD, temp/inf


OD

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | ✕ | |
| Exo | | | Conjuctiva | ✕ | |
| Tropia | | | Iris/Ant. Chamber | ✕ | |
| Phoria | | | Lens | ✕ | |
| Ortho | | | Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | ✕ | | | | ☒ Direct |
| Vessels | ✕ | | | | ☐ BIO |
| Macula | ✕ | | ○ | ○ No eye | ☐ 78D |
| Periphery | | ✕ | | | ☐ 3 mirror |
| Vitreous | | ✕ | | | ☐ Other: |

☐ PE 2.5% Trop 1%

**Cup to disc:** OD 0.4  OS ____

Cup Depth: ☐ Deep ☒ Moderate ☐ Shallow

**Assessment/Plan:**
1. Keratoconus OD, advanced. CL fitting at Marion Eye Center for Gas Permeable contact lens. Rx for Boston contact lens
2. (1) cleaner and (2) conditioning solution x 1 year.
3. No need for CL enzyme cleaner. Will f/u after I/m
4. receives his contact lens. If I/m wants a new contact
5. lens case, I will inspect current case before ordering. (further notes are cont. on progress note)

**Medications Ordered:** ____

**Eyeglasses Ordered:** Frame: ____    Size: ____ mm    Seg Height: ____ mm

**Rx:** OD ____    Add: ☐ SV ☐ FT28 ☐ Reading Only  PD ____
OS ____

_M. Williams, OD_
Print Doctor's Name

_M. Williams (signature)_
Doctor's Signature

**Follow-Up:** 8 weeks.
Date

DOC 0081 (Eff. 8/2002)

**Distribution:** Offender's Medical Record

Printed on Recycled Paper

47

010654



01/31/2005  14:28   6159975505          MARION EYE                    PAGE  01



# MARION EYE CENTERS & OPTICAL

## FAX COVER SHEET

MARION EYE CENTERS
P.O. BOX 1178
Marion, IL  62959

**IMPORTANT:  THIS FAX IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY INFORMED THAT ANY USE, DISCLOSURE, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.**

Send to:

Attention: _Kim_

Office location:

Fax number: _618-826-2782_

From: _Kim Sharkey_

Date: _1/31/05_

Office location: _Marion_

Phone number: _618-993-5686_

Fax number: _618-997-5505_

Total pages, including cover: _DOB - 9-9-60_
_SOC : 320-609756_

COMMENTS:

_RE: Ciaron McCroy_
_Please Phone for 2 week rtn_
_apt._

_Also need apt. Dr. Bruce Cook._

_FOR prosthetic fitting_

_800-851-5462_

_Cartewille Office_

# 49

M.D. REVIEW
DATE _3/16/05_
DOCTOR _mr_
PULL CHART  ☐
SEE PATIENT  ☐
FILE  ☒

010646

**Staff**
Maqbool Ahmad, M.D.
Melib Linwong, M.D.
R. Joseph Olk, M.D.
George Ortiz, M.D.
Ukenie Umana, M.D.
Robert Kippenbrock, O.D.
Mark Barlow, O.D.
Paul Boyt, O.D.
William Fix, O.D.
Kim Gunderson, O.D.
Todd Gunderson, O.D.
Brenda Hutchison, O.D.
Richard Kellin, O.D.
Alex Monera, O.D.
Beth Westell, O.D.

**Offices - Illinois**
Carbondale
1301 Baude Dr.
Hwy. 13 West
Carbondale, IL 62901
1-800-874-3582

Carmi
1201 W. Main
Carmi, IL 62021
1-618-384-6112

Carterville
604 E. Plaza Drive
Carterville, IL 62918
1-618-985-3993

Chester
940 VanZant
Chester, IL 62233
1-800-854-0582

Eldorado
1201 IL Rt. 45 North
Eldorado, IL 62930
1-618-276-8020

Fairfield
101 E. Center St.
Fairfield, IL 62837
1-800-344-7055

Harrisburg
34-45 North
Eye Center Dr.
Harrisburg, IL 62946
1-618-253-6977

Herrin
801 South Park
Herrin, IL 62948
1-618-942-5000

Mt. Vernon
3111 Broadway
Mt. Vernon, IL 62864
1-618-244-3737

Marion
IL Rt. 13 East
Marion, IL 62959
1-800-344-7050

Metropolis
Massac Memorial Hospital
Community Clinic
Metropolis, IL 62960
1-800-344-7050

Murphysboro
1504 Walnut St.
Murphysboro, IL 62966
1-618-529-1405

Vienna
1008 W. Vine St.
Vienna, IL 62995
1-618-658-2195

West Frankfort
800 W. Main St.
West Frankfort, IL 62896
1-618-937-6400

# Axial Map

**MARION EYE CENTER**

Patient: McCroy, Aaron #125794

GEORGE ORTIZ, M.D.

NAME              DOB

| | Power: | 53.2 D |
|---|---|---|
| | Radius: | 6.35 mm |
| | **From vertex:** | |
| | Distance | 0.00 mm |
| | S-merit | 0 |
| | **From pupil:** | |
| | Distance | 0.00 mm |
| | S-merid | 0 |

**Simulated Keratometer:**
56.37 D (5.78 mm) @124?
42.50 D (7.94 mm) @34?

**Astigmatism: 15.87 D**

**CIM: 7.11**
**Shape Factor: 0.95**

**Pupil Size: 1.62 mm**

**OD**

01/27/05
4:03 PM

50

Diopter

63.0
60.5
58.0
55.5
53.0
50.5
48.0
45.5
43.0
40.5
38.0
35.5

Options

M.D. REVIEW

DATE  2/16/05

DOCTOR  MH

PULL CHART ☐

SEE PATIENT ZEISS ☐

Extrapolated 1 mm

©1993-2002 CARL ZEISS OPHTHALMIC SYSTEMS ATLAS  Version A12 (0006)

PAGE 02    MARION EYE    010647    81899575545    01/31/2005  14:28

01/31/2005  14:28  6189975505                    MARION EYE                      PAGE  03

### EYE EXAMINATION SHEET

| | |
|---|---|
| Name Aaron M<sup>c</sup>Croy | Date 1-27-05  No. 125794 |

HISTORY 44 yr old male

Ocular (O.D.: O.S): Pt c/o has keratoconus OD + wants to be fitted c CL. Pt had cornea transplant OS on Feb. 1, 2002 then couple of months later was hit in OS which led to loss of OS. Pt had vitrectomy + evisceration OS 10-11-2004. Pt now wants prosthesis OS.

Reference:                                         Rx: AT q3-4 hrs OD

Medical: (Bleeding tendency).       Diabetes       HTN ↓         CVD ↓

Cancer          Thyroidism          Arthritis          Other

⊖Flashers ⊖Floaters ⊖Pain (OU)

Surgical:

Allergies: NKA

Medication: (Steroids, Anticoagulants).

**M.D. REVIEW**
DATE                    2/16/05
DOCTOR                  mm
PULL CHART              ☐
SEE PATIENT            ☐
FILE                   ☑

Family History:        Glaucoma        Diabetes
                       Blindness       Other

Glasses:    Present glasses    years old from

### EXAMINATION

| PRESENT GLASSES | O.D. | | | O.S. | | |
|---|---|---|---|---|---|---|
| | | add | | | | add |
| Vision | 20/400 | c̄ | 20/200 | s̄ NLP | c̄ | P.H. |
| Keratometry | | | | | | |
| Pupils | 5mm R+RX ⊖ MG   OD | | | cing open OD | | |
| Motility | BMN ⊖ | | | FAS OU | | |
| Manifest Refr. | | = | | | | = |
| Cyclopleg. Refr. | | = | | | | = |
| A-Scan | | | | | | = |
| Tension | 10   Appin. | | | 51   Appin. | | |
| Fields | F+FC OD | | | unable OS | | |
| Dilation | | | | | | |

FORM NO. E3

010648

01/31/2005  14:28   6189975505        MARION EYE                    PAGE  04

| External | O.D. | O.S. |
|---|---|---|
| S   Lids | WNL | WNL |
| L   Conjunctiva | | Prosthetic shell |
| A   Cornea | Clear, 2-3+ cont iron | |
| M   A.C. | Deep | line |
| P   Iris | WNL | (as drawn) |
|   Lens | clear | |
|   Vitreous | | |

Vogts lines

| Gonioscopy | | |
|---|---|---|

**M.D. REVIEW**

DATE _____ 2/16/03

DOCTOR _____

| Opthalmoscopy | (il) | PULL CHART ☐ |
|---|---|---|
| Disc | Sharp + pink C/D = 0.35 | SEE PATIENT ☐ |
| Vessels | Normal | FILE   ☒ |
| Macula | Normal | |
| Retina | Normal | |

Diagnosis
① Keratoconus O.D.
② Anophthalmos O.S. (evisceration follow ruptured PK

Disposition
① Safety glasses mandatory !! importance stress
② Refer for C.L. fit ⇒
③ Refer for prosthesis fit O.S. (n. Cook

Meredith

52



PATANOL
TERRITORY
800-85.1
5-108
Michelle

1) Topography O.D.

2) appt c/ Cook for
   prosthesis eval O.S.

3) appt O.D. for CL
   fitting

ALLERGIC EYES STOP HERE

M.D. REVIEW
DATE_____2/16/05
DOCTOR_____mh
        PULL CHART      ☐
        SEE PATIENT     ☐
        FILE            ☒

53

MEDICAL PERMISSION

This slip is considered authorization for the following inmate to be in possession of the designated medical item for the noted period of time _only_.

INMATE'S NAME: McCroy, Aaron

INMATE'S NUMBER:    N51882 R4-C-36

AUTHORIZED MEDICAL ITEM: Low Bunk/Low Gallery/Physically Challenged

EFFECTIVE DATE: 9/10/05

EXPIRATION DATE: indefinitely

AUTHORIZING SIGNATURE:

You are responsible for returning all equipment
To the health care unit upon expiration date.

You are responsible for having in your possession this highlighted copy. Any alterations or copying of this slip will result in discipline, and will be invalid.

CC:    Medical file
       Property Nurse
       Inmate
       Placement
       File

DCA #260-53361
IL #426-22854 (rev. 09/99)

54



**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

# M E M O R A N D U M

DATE:       September 8, 2005

TO:         Aaron McCroy N51882
            R4-C-36

FROM:       John Evans
            Warden

SUBJECT:    Safety Glasses

Upon arrival at Pinckneyville Correctional Center, your safety glasses were taken until your medical file could be reviewed and confirmation was made that your safety glasses were ordered.  Please be advised, safety precautions are always taken to ensure inmate and staff safety.  After review of your medical file, confirmation was received and your safety glasses returned.

If you should have any further questions, please contact your Correctional Counselor.

cc:    D/D Meek
       Master file
       file



55



**Illinois**
Department of
**Corrections**

*tild*
*Cloud*  Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center  /  5835 State Route 154  /  Pinckneyville, IL  62274-3410  /  Telephone: (618) 357-9722  /  TDD: (800) 526-0844

# M E M O R A N D U M

DATE:      January 9, 2006

TO:        Aaron McCroy N51882
           R2-A-37

FROM:      Julius Flagg
           Acting Warden

SUBJECT:   ADA Issues

Please be advised, your letter to Deputy Director Ronald J. Meek has been
forwarded to my office to address since I am the Facility ADA Coordinator for
Pinckneyville Correctional Center.

Be advised your file was reviewed, which shows that the reason you were
removed from your ADA cell is because you do not meet the criteria. There are
inmates here with a greater need than you. However, the Placement Office has
been advised of your low bunk and low gallery permit.

If you have any other concerns, please contact your counselor.

cc:    Clinical
       Placement
       Master File
       file

56

010775

## MEDICAL PERMISSION

This slip is considered authorization for the following inmate to be in possession of the designated medical item for the noted period of time *only*.

INMATES NAME:  McCroy, Aaron

INMATES NUMBER:  N51882  R-2 A-37

AUTHORIZED MEDICAL ITEM:  ADA Cell

EFFECTIVE DATE:  01-16-06

EXPIRATION DATE:  01-16-07     ( 1-16-07 )

AUTHORIZATION SIGNATURE:  Dr. Feinerman/Sue Ferrari D.O.N

You are responsible for returning all equipment to the Health Care Unit upon expiration date.

You are responsible for having in your possession this highlighted copy. Any alterations or copying of this slip will result in discipline, and will be invalid.

CC:  Medical File
     Property Nurse
     Inmate
     Placement
     File

RECEIVED
MAY - 3 2006
OFFICE OF
INMATE ISSUES

DCA #260-53361
IL #426-22854 (rev. 12/05)

57