E-FILED
Friday, 07 September, 2007  04:25:06 PM
Clerk, U.S. District Court, ILCD

```
OERTR113                ILLINOIS DEPARTMENT OF CORRECTIONS             PAGE     1
                        OFFENDER TRACKING SYSTEM:TR              RUN DATE: 10/16/0
AS OF DATE: 10/16/01        TRANSFER REPORT                      RUN TIME:  9.18.2

NAME: MCCROY, AARON          CURRENT LOCATION: HILL
IDOC #: N51882               CURRENT SECURITY: MEDIUM             SEX:     MALE
TRANSFER ID #: 007
******************************************************************************
1. TYPE OF ACTION: TRANSFER ONLY           CURRENT TRANSFERS:  APPROVED   00
                   RECLASSIFICATION AND TRANSFER  X                PENDING    01
******************************************************************************
2. TYPE OF TRANSFER:   3. TRANSFER FROM:   4. TRANSFER TO:   5. OK'D BY MEDICAL DEPT?
                                                                YES   X   NO
   X   REQUEST          GEN POP    X        GEN POP    X
       INMATE           DIS SEG               DIS SEG          6. INMATE WANTS TRANSFER
       INST     X       PRO CUS               PRO CUS             YES            NO
       GN OFF           INVEST                INVEST              NEUT   X    UNK
       EMERGENCY        MSU                   MSU
       DISCIPLINARY     DIX STC               DIX STC          7. TRANSFER HISTORY
       ADMINISTRATIVE   WK CAMP               DIX PSY
       ADJUSTMENT       CCC                   CCC                 TOTAL TRANSFERS    004
       OTHER            OTHER                 OTHER               DISC. TRANSFERS    001
                                                                  TRANSFER DENIALS   000

8. REQ / REC  PLACEMENT (NAME/CODE)    WESTERN ILLINOIS                    / WIL
   APPROVED   PLACEMENT (NAME/CODE)    Western Ill.                        / WIL
******************************************************************************
9. REASON FOR TRANSFER:   PROVIDE EXPLANATION
   GOOD ADJUSTMENT            POOR ADJUSTMENT              DISCIPLINARY
   ADMINISTRATIVE             EDUC/VOC                     OTHER PROGRAMS
   MENTAL HEALTH              MEDICAL                      VISITATION
   ?SPACE                     OTHER            X

COMMENTS:
INMATE MCCROY IS BEING SUBMITTED FOR TRANSFER FOR
SAFETY AND SECURITY CONCERNS. MCCROY ADVISES THAT
HE FEELS INMATE JONES N18100 IS A THREAT TO HIS
SAFETY.
******************************************************************************
10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                                   MINIMUM   MEDIUM   MAXIMUM
CURRENT SECURITY/DATE   :      2        (01/26/99)                X
ASSESSED SECURITY/DATE  :      3        (10/16/01)     X

CURRENT ESC RISK/DATE   :      L        (10/16/01)     X
ASSESSED ESC RISK/DATE  :               (        )

       WARRANT FLAG/TYPE:      N                       X

            TIME TO MSR:       7 YRS  3 MOS            X
       TIME TO BOARD DATE:     0 YRS  0 MOS

       >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<                            X

       >>>EXCEPTION TO CRITERIA REQUESTED<<<
******************************************************************************
```

EXHIBIT D

1

## WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

### SECURITY RECLASSIFICATION REVIEW

**DATE:** 10-22-03

**TO:** Clinical Services Department

Received
[stamp] Western Illinois Corr. Center Record Office

**FROM:** Inmate Name: Aaron McCroy

I.D. Number: N51882

Housing Unit: H-01-C

Prior to classification and reclassification, an inmate is given the opportunity to appear before and address the Assignment Officer whenever his case is being considered except when in conflict with Institutional or Departmental priority.

Forty-eight (48) hours notice prior to the hearing is hereby being given. Such notice may be waived by checking the box and signing below; otherwise, you will be called to appear before the Assignment Officer after the expiration of 48 hours.

[X] 48 HOUR NOTICE WAIVED

[X] TRANSFER REQUESTED TO _ineligible_

_Aaron Mc N51882 on/s Reclassification_
INMATE SIGNATURE

_[signature]_
STAFF WITNESS SIGNATURE

10-22-03
DATE

10-22-03
DATE

DCA 230-35710 (Revised 1/00)
IL 426-18420

```
OERTR113                    ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE
                              OFFENDER TRACKING SYSTEM:                 RUN DATE: 03/
AS OF DATE: 03/02/04              TRANSFER REPORT                       RUN TIME: 12.4

   NAME: MCCROY, AARON        CURRENT LOCATION: WESTERN ILLINOIS
   IDOC #: N51882             CURRENT SECURITY: MEDIUM                  SEX:    MALE
   TRANSFER ID #: 008
```

1. TYPE OF ACTION: TRANSFER ONLY                CURRENT TRANSFERS:  APPROVED   00
   RECLASSIFICATION AND TRANSFER   X                                PENDING    01

2. TYPE OF TRANSFER:   3. TRANSFER FROM:   4. TRANSFER TO:    5. OK'D BY MEDICAL DEPT?
                                                                 YES   X    NO

   X  REQUEST          GEN POP    X        GEN POP    X
      INMATE    X      DIS SEG                DIS SEG           6. INMATE WANTS TRANSFER?
      INST             PRO CUS                PRO CUS              YES   X    NO
      GN OFF           INVEST                 INVEST               NEUT       UNK
      EMERGENCY        MSU                    MSU
      DISCIPLINARY     DIX STC                DIX STC          7. TRANSFER HISTORY
      ADMINISTRATIVE   WK CAMP                DIX PSY
      ADJUSTMENT       CCC                    CCC                  TOTAL TRANSFERS  005
      OTHER            OTHER                  OTHER                DISC. TRANSFERS  001
                                                                   TRANSFER DENIALS 000

8. REQ / REC PLACEMENT (NAME/CODE)  LOGAN                                   / LOG
   APPROVED PLACEMENT (NAME/CODE)   _Logan_                                 / _Log_

9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
GOOD ADJUSTMENT          POOR ADJUSTMENT          DISCIPLINARY
ADMINISTRATIVE           EDUC/VOC                 OTHER PROGRAMS   X
MENTAL HEALTH            MEDICAL                  VISITATION
BEDSPACE                 OTHER

COMMENTS:

INMATE REQUESTS PLACEMENT AT LOGAN C.C. TO
PARTICIPATE IN LOWER SECURITY PROGRAMS.

10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

|  | | | MINIMUM | MEDIUM | MAXIMUM |
|---|---|---|---|---|---|
| CURRENT SECURITY/DATE  : | 2 | (01/26/99) |  | X |  |
| ASSESSED SECURITY/DATE : | 1 | (03/02/04) |  |  | X |
| CURRENT ESC RISK/DATE  : | M | (03/02/04) |  | X |  |
| ASSESSED ESC RISK/DATE : |   | (       )  |  |  |  |
| WARRANT FLAG/TYPE: | N |  |  | X |  |
| TIME TO MSR:       | 4 YRS 7 MOS |  | X |  |  |
| TIME TO BOARD DATE:| 0 YRS 0 MOS |  |  |  |  |
| >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<< |  |  |  |  | X |
| >>>EXCEPTION TO CRITERIA REQUESTED<<<    |  |  |  |  | X |

3

00184

```
OERTR113                    ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE
                            OFFENDER TRACKING SYSTEM:T..           RUN DATE: 03/
AS OF DATE: 03/02/04              TRANSFER REPORT                  RUN TIME: 12.4

   NAME:MCCROY, AARON         CURRENT LOCATION: WESTERN ILLINOIS
   IDOC #:N51882              CURRENT SECURITY: MEDIUM              SEX:  MALE
   TRANSFER ID #: 008
```

```
11. RATIONALE FOR TRANSFER:                  14. PREV NEG ADJ AT REQ FACILITY
    1. THREAT TO INST SECURITY               15. CRITICAL MENTAL HEALTH NEEDS
    2. ESCAPE RISK DESIGNATION               16. CRITICAL MEDICAL NEEDS
    3. ADDITIONAL OBSERVATION NEEDED         17. SUBSTANCE ABUSE
    4. TIME TO MSR/MAX RELEASE DATE          18. PROXIMITY TO INMATE'S NEEDS
    5. ADDITIONAL INFORMATION                19. PC/SAFEKEEPING
    6. FELONY/IMMIGRATION WARRANTS           20. CRIMINAL HISTORY
    7. SERIOUS NATURE OF OFFENSE             21. INSUFFICIENT REASON FOR TRANSFER
    8. NATURE OF OFFENSE                     22. BEDSPACE NEEDS
    9. OVERALL POSITIVE ADJUSTMENT           23. APPROPRIATELY PLACED
   10. OVERALL NEGATIVE ADJUSTMENT           24. TRANSFER REASONS CITED ON PAGE 1
   11. RECENT POSITIVE ADJUSTMENT            25. OTHER_____
   12. RECENT NEGATIVE ADJUSTMENT            26. INMATE REQUEST WITHDRAWN
   13. PAST FAILURE IN REDUCED SECURITY      27. DENIED CCC/REVIEW ED
```

12. STAFF REVIEW
REQ / REC PLACEMENT(NAME/CODE) >>>>> _Logan_ / _Log_

|  | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|---|---|---|---|---|---|---|
| PREPARING COUNSELOR | Kidear | CCI | 3068 | 3/2/04 | LOG | 24 |
| SUPERVISOR |  | CWS | 2847 | 3/3/04 | Log | 24 |
| ASN OFF/CHM |  | CWS | 2847 | 3/3/04 | Log | 24 |
| ASN COM |  |  |  |  |  |  |
| ASN COM |  |  |  |  |  |  |
| UNIT SUPT |  |  |  |  |  |  |
| AW/PROG | Sandie Lynh | AWP | 2... | 3-4-04 | LOG | 24 |
| AW/OPS |  | AWO | 3108 | 3-4-04 | Log | 24 |

13. WARDEN ACTION:
       TRANSFER: APPROVED ✓   DENIED ____   PLACEMENT _LOG_

       IF TRANSFER IS DENIED, RATIONALE: ____

IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : ____

       _____       _3-4-04_
              WARDEN SIGNATURE                  DATE
**************** INMATE STILL NEEDS DNA TEST ****************

14. TRANSFER COORDINATOR ACTION:
                                                          FINAL
       TRANSFER: APPROVED ____   DENIED ✓    PLACEMENT _WIC_

       IF TRANSFER IS DENIED, RATIONALE: _3_

       IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN, RATIONALE: _4_

       _____       _3/9/04_
        TRANSFER COORDINATOR SIGNATURE         DATE

```
OERTR113                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE       1
                        OFFENDER TRACKING SYSTEM              RUN DATE: 01/04/05
AS OF DATE: 01/04/05       TRANSFER REPORT                    RUN TIME: 10.43.02

NAME: MCCROY, AARON        CURRENT LOCATION: WESTERN ILLINOIS
IDOC #: N51882             CURRENT SECURITY: MEDIUM           SEX:    MALE
TRANSFER ID #: 009
****************************************************************************
1. TYPE OF ACTION: TRANSFER ONLY          CURRENT TRANSFERS:  APPROVED  00
                   RECLASSIFICATION AND TRANSFER  X                      PENDING   01
****************************************************************************
2. TYPE OF TRANSFER:  3. TRANSFER FROM:  4. TRANSFER TO:  5. OK'D BY MEDICAL DEPT?
                                                             YES   X    NO
     REQUEST            GEN POP            GEN POP
     INMATE             DIS SEG    X       DIS SEG    X   6. INMATE WANTS TRANSFER?
     INST               PRO CUS            PRO CUS            YES         NO
     GN OFF             INVEST             INVEST             NEUT   X    UNK
     EMERGENCY          MSU                MSU
     DISCIPLINARY       DIX STC            DIX STC         7. TRANSFER HISTORY
     ADMINISTRATIVE     WK CAMP            DIX PSY
  X  ADJUSTMENT         CCC                CCC                TOTAL TRANSFERS  005
     OTHER              OTHER              OTHER              DISC. TRANSFERS  001
                                                              TRANSFER DENIALS 001

8. REQ / REC PLACEMENT (NAME/CODE)  MENARD                              / MEN
   APPROVED PLACEMENT (NAME/CODE)   Menard                              / Men
****************************************************************************
9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
GOOD ADJUSTMENT          POOR ADJUSTMENT          DISCIPLINARY     X
ADMINISTRATIVE           EDUC/VOC                 OTHER PROGRAMS
MENTAL HEALTH            MEDICAL                  VISITATION
BEDSPACE                 OTHER

COMMENTS:

OFFENDER RECOMMENDED FOR TRANSFER TO MENARD CC
BASED ON ISSUANCE OF IDR FOR #203.  TOTAL DISP.
RECEIVED OF 6 MOS. C GRADE; 6 MOS. SEGREGATION;
6 MOS. REVOKE GCC OR SGT; 6 MOS. CONTACT VISIT
RESTRICTION AND DISCIPLINARY TRANSFER.
****************************************************************************
10. CRITERIA REVIEW:  CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                              MINIMUM   MEDIUM   MAXIMUM
CURRENT SECURITY/DATE  :    2    (01/26/99)              X
ASSESSED SECURITY/DATE :    1    (01/04/05)                        X

CURRENT ESC RISK/DATE  :    M    (01/04/05)              X
ASSESSED ESC RISK/DATE :         (        )

      WARRANT FLAG/TYPE:   N                              X

            TIME TO MSR:   3 YRS  9 MOS                   X
      TIME TO BOARD DATE:  0 YRS  0 MOS

>>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<                              X

>>>EXCEPTION TO CRITERIA REQUESTED<<<
****************************************************************************
```

5

P119

```
OERTR113                   ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE
                           OFFENDER TRACKING SYSTEM                RUN DATE: 01/04/0
 S OF DATE: 01/04/05            TRANSFER REPORT                    RUN TIME: 10:43:0

NAME: MCCROY, AARON            CURRENT LOCATION: WESTERN ILLINOIS
IDOC #: N51882                 CURRENT SECURITY: MEDIUM       SEX: MALE
TRANSFER ID #: 009
```

11. RATIONALE FOR TRANSFER:
    1. THREAT TO INST SECURITY
    2. ESCAPE RISK DESIGNATION
    3. ADDITIONAL OBSERVATION NEEDED
    4. TIME TO MSR/MAX RELEASE DATE
    5. ADDITIONAL INFORMATION
    6. FELONY/IMMIGRATION WARRANTS
    7. SERIOUS NATURE OF OFFENSE
    8. NATURE OF OFFENSE
    9. OVERALL POSITIVE ADJUSTMENT
    10. OVERALL NEGATIVE ADJUSTMENT
    11. RECENT POSITIVE ADJUSTMENT
    12. RECENT NEGATIVE ADJUSTMENT
    13. PAST FAILURE IN REDUCED SECURITY
    14. PREV NEG ADJ AT REQ FACILITY
    15. CRITICAL MENTAL HEALTH NEEDS
    16. CRITICAL MEDICAL NEEDS
    17. SUBSTANCE ABUSE
    18. PROXIMITY TO INMATE'S NEEDS
    19. PC/SAFEKEEPING
    20. CRIMINAL HISTORY
    21. INSUFFICIENT REASON FOR TRANSFER
    22. BEDSPACE NEEDS
    23. APPROPRIATELY PLACED
    24. TRANSFER REASONS CITED ON PAGE 1
    25. OTHER_____
    26. INMATE REQUEST WITHDRAWN
    27. DENIED CCC/REVIEW ED

12. STAFF REVIEW
    REQ / REC PLACEMENT (NAME/CODE) >>>>>  Menard  ,  MEN

|                    | SIGNATURE | TITLE | CODE | DATE   | PLACEMENT | RTN |
|--------------------|-----------|-------|------|--------|-----------|-----|
| PREPARING COUNSELOR | KWean    | CCI   | 3068 | 1-4-05 | MEN       | 24  |
| SUPERVISOR         |           | CWS   | 2847 | 1/4/05 | Men       | 24  |
| ASN OFF/CHM        |           | CWS   | 2847 | 1/4/05 | Men       | 24  |
| ASN COM            |           |       |      |        |           |     |
| ASN COM            |           |       |      |        |           |     |
| UNIT SUPT          |           |       |      |        |           |     |
| AW/PROG            | Sandy Funk| AWP   | 2406 | 1-4-05 | MEN       | 24  |
| AW/OPS             |           | AWO   | 3108 | 1-5-05 | MEN       | 24  |

13. WARDEN ACTION:
    TRANSFER: APPROVED ✓  DENIED ____  PLACEMENT  MEN

    IF TRANSFER IS DENIED, RATIONALE: ____

    IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE: ____

    _____Jerry Polk_____          1-4-05
    WARDEN SIGNATURE                      DATE

14. TRANSFER COORDINATOR ACTION:
    TRANSFER: APPROVED ✓  DENIED ____   FINAL PLACEMENT  MEN

    IF TRANSFER IS DENIED, RATIONALE: ____

    IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN, RATIONALE: ____

    _____SM_____                  1-6-05
    TRANSFER COORDINATOR SIGNATURE        DATE

                                                                6
                                                              P120

```
                                                                            PAGE
RTR113                    ILLIN   DEPARTMENT OF CORRECTIONS        RUN DATE: 08/19/05
                          O   ENDER TRACKING SYSTEM:TR             RUN TIME: 12.11.58
 OF DATE: 08/19/05               TRANSFER REPORT       PNK

                               CURRENT LOCATION: MENARD              SEX:      MALE
ME   CROY, AARON               CURRENT SECURITY: MAXIMUM
OC #:N51882
 ANSFER ID #: 010                               CURRENT TRANSFERS:   APPROVED   00
                                                                     PENDING    01
 TYPE OF ACTION: TRANSFER ONLY          X
    RECLASSIFICATION AND TRANSFER

 TYPE OF TRANSFER:     3.TRANSFER FROM:   4.TRANSFER TO:  5.OK'D BY MEDICAL DEPT?
                                                             YES    X    NO
                         GEN POP            GEN POP    X
 X  REQUEST              DIS SEG            DIS SEG       6.INMATE WANTS TRANSFER?
    INMATE               PRO CUS      X     PRO CUS          YES           NO
      INST      X        INVEST             INVEST           NEUT   X     UNK
    GN OFF               MSU                MSU
    EMERGENCY            DIX STC            DIX STC       7.TRANSFER HISTORY
    DISCIPLINARY         WK CAMP            DIX PSY
    ADMINISTRATIVE       CCC                CCC              TOTAL TRANSFERS  006
    ADJUSTMENT           OTHER              OTHER            DISC. TRANSFERS  001
    OTHER                                                    TRANSFER DENIALS 001

                                                                       / PNK
  (REQ) / REC  PLACEMENT (NAME/CODE) PINCKNEYVILLE                     /
         APPROVED PLACEMENT (NAME/CODE)_____

 . REASON FOR TRANSFER:    PROVIDE EXPLANATION
                                                    DISCIPLINARY
 GOOD ADJUSTMENT           POOR ADJUSTMENT          OTHER PROGRAMS
 ADMINISTRATIVE            EDUC/VOC                 VISITATION
 ME   L HEALTH             MEDICAL
 BED  PACE                 OTHER           X                   SEP 2005
                                                              RECEIVED
 COMMENTS:                                                 PINCKNEYVILLE C.C.
                                                            RECORD OFFICE
 OFFENDER IS BEING SUBMITTED FOR TRANSFER TO
 PINCKNEYVILLE C.C. TO ALLEVIATE PROTECTIVE
 CUSTODY CONCERNS.  P.C. TO GEN. POP.

 10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA
                                                   MINIMUM  MEDIUM  MAXIMUM
                                                                       X
                                      1    (01/04/05)
 CURRENT SECURITY/DATE   :                                    X
 ASSESSED SECURITY/DATE  :            2    (08/19/05)
                                                              X
                                      M    (08/19/05)
 CURRENT ESC RISK/DATE   :
 ASSESSED ESC RISK/DATE  :                 (       )
                                                      X
     WARRANT FLAG/TYPE:    N
                                                      X
        TIME TO MSR:       3 YRS  5 MOS
        TIME TO BOARD DATE:0 YRS  0 MOS

                                                                       X
    >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<

    >>>EXCEPTION TO CRITERIA REQUESTED<<<
```

```
RTR113                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE    2
                      OFFENDER TRACKING SYSTEM: TR              RUN DATE: 08/19/05
                              TRANSFER REPORT                   RUN TIME: 12.11.58

AS OF DATE: 08/19/05

NAME   MCCROY, AARON           CURRENT LOCATION: MENARD              SEX:   MALE
DOC #: N51882                  CURRENT SECURITY: MAXIMUM
TRANSFER ID #: 010
```

**RATIONALE FOR TRANSFER:**

1. THREAT TO INST SECURITY
2. ESCAPE RISK DESIGNATION
3. ADDITIONAL OBSERVATION NEEDED
4. TIME TO MSR/MAX RELEASE DATE
5. ADDITIONAL INFORMATION
6. FELONY/IMMIGRATION WARRANTS
7. SERIOUS NATURE OF OFFENSE
8. NATURE OF OFFENSE
9. OVERALL POSITIVE ADJUSTMENT
10. OVERALL NEGATIVE ADJUSTMENT
11. RECENT POSITIVE ADJUSTMENT
12. RECENT NEGATIVE ADJUSTMENT
13. PAST FAILURE IN REDUCED SECURITY
14. PREV NEG ADJ AT REQ FACILITY
15. CRITICAL MENTAL HEALTH NEEDS
16. CRITICAL MEDICAL NEEDS
17. SUBSTANCE ABUSE
18. PROXIMITY TO INMATE'S NEEDS
19. PC/SAFEKEEPING
20. CRIMINAL HISTORY
21. INSUFFICIENT REASON FOR TRANSFER
22. BEDSPACE NEEDS
23. APPROPRIATELY PLACED
24. TRANSFER REASONS CITED ON PAGE 1
25. OTHER _____
26. INMATE REQUEST WITHDRAWN
27. DENIED CCC/REVIEW ED

12. STAFF REVIEW
REQ / REC PLACEMENT (NAME/CODE) >>>>> Pinckneyville / PNK

| | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|---|---|---|---|---|---|---|
| PREPARING COUNSELOR | James Ahrn | CCII | 2656 | 8-19-05 | PNK | 24 |
| SUPERVISOR | [signature] | CWS | 2978 | 8-19-05 | PNK | 24 |
| ASN FF/CHM | | | | | | |
| ASN COM | | | | | | |
| ASN COM | | | | | | |
| UNIT SUPT | | | | | | |
| AW/PROG | C Ward | AWP | | 8/22/05 | PNK | 24 |
| AW/OPS | | | | | | |

13. WARDEN ACTION:   TRANSFER: APPROVED ✓   DENIED ____   PLACEMENT PNK

that OK [initials]

IF TRANSFER IS DENIED, RATIONALE: ____

IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE: ____

_____[signature]_____     8/22/05
WARDEN SIGNATURE              DATE

14. TRANSFER COORDINATOR ACTION:                          FINAL PLACEMENT  PNK
    TRANSFER: APPROVED ✓   DENIED ____

IF TRANSFER IS DENIED, RATIONALE: ____

IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN, RATIONALE: ____

_____[signature]_____     _____
TRANSFER COORDINATOR SIGNATURE   DATE

8

State of Illinois -- Department of
Corrections Disciplinary Tracking Inmate
Disciplinary Card

Name: DURHAM, BRANDON

IDOC #: R14349

Transferred In: 2004-04-07   Disciplinary History from 1/1/98 through 9/24/04   Living Unit: WIL/R/01/31

| Incident Date / Incident/Summ#/Inst. / Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 11/11/02<br>200207709/1-HIL<br>Major | 202 Damage Or Misuse of Property | Guilty | 1 Months Commissary Restriction |
| 11/13/02<br>200207814/1-HIL<br>Major | 403 Disobeying A Direct Order | Guilty | 2 Months C Grade<br>6 Days Segregation |
| 1/18/03<br>200300394/1-HIL<br>Major | 307 Unauthorized Movement<br>Comments: DAYROOM POLICY<br>403 Disobeying A Direct Order<br>Comments: REFUSED HOUSING | Guilty<br><br>Guilty | 1 Months C Grade<br>1 Months Segregation<br>1 Months Commissary Restriction |
| 1/18/03<br>200300395/1-HIL<br>Major | 304 Insolence | Guilty | 2 Months C Grade<br>15 Days Segregation |
| 1/28/03<br>200300588/1-HIL<br>Major | 206 Intimidation Or Threats<br>Comments: CELLMATE<br>304 Insolence | Guilty<br><br>Guilty | 2 Months C Grade<br>1 Months Segregation<br>2 Months Commissary Restriction |
| 3/18/03<br>200301787/1-HIL<br>Major | 202 Damage Or Misuse of Property | Guilty | Restitution of $ 8.32 Paid to Hill C.C. |
| 6/4/03<br>200303348/1-HIL<br>Major | 206 Intimidation Or Threats<br>304 Insolence<br>403 Disobeying A Direct Order | Guilty<br>Guilty<br>Guilty | 1 Months C Grade<br>10 Days Segregation |
| 6/4/03<br>200303405/1-HIL<br>Major | 308 Contraband/Unauthorized Property | Guilty | 14 Days Commissary Restriction |
| 8/28/03<br>200304822/1-HIL<br>Minor | 307 Unauthorized Movement | Guilty | 1 Months C Grade |
| 10/20/03<br>200305667/1-HIL<br>Minor | 403 Disobeying A Direct Order<br>404 Violation Of Rules<br>Comments: Inmate Movement | Guilty<br>Guilty | 1 Months C Grade |
| 3/11/04<br>200403413/1-WIL<br>Major | 601.Conspiracy/301 Fighting<br>Comments: provoked and hit inmate | Guilty | 1 Months C Grade<br>1 Months Segregation<br>Revoke GCC or SGT 1 Months<br>Transfer (Disciplinary) |
| 3/11/04<br>200401183/2-HIL<br>Major | 601.Conspiracy/301 Fighting<br>Comments: Provoked and Hit Inmate | Guilty | 1 Months C Grade<br>1 Months Segregation<br>Revoke GCC or SGT 1 Months<br>Other : TRANSFER(Nature of fight) |

9

Run Date: 9/24/04 10:09:07   Page 1 of 2   : 00110

State of Illinois -- Department of
Corrections Disciplinary Tracking Inmate
Disciplinary Card

00111

Name: DURHAM, BRANDON                                                    IDOC #: R14349

Transferred In: 2004-04-07    Disciplinary History from 1/1/98 through 9/24/04    Living Unit: WIL/R/01/31

| Incident Date<br>Incident/Summ#/Inst<br>Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 7/23/04<br>200403081/1-WIL<br>Major | 301 Fighting<br>Comments: with inmate Silva R11871 | Guilty | 1 Months C Grade<br>15 Days Segregation<br>Other : KSF SILVA R11871 |
| 8/2/04<br>200403239/1-WIL<br>Major | 206 Intimidation Or Threats<br>Comments: threatened cell mate in segregation | Guilty | 1 Months C Grade<br>15 Days Segregation |

10

State of Illinois -- Department of Corrections
KEC.-31
DISCIPLINARY REPORT
Page ___ of ___

☐ Disciplinary Report _____
                          Date
☒ Investigative Report  9-23-04
                        Date

Committed Person: Durham    No. R14349    Facility: WIC

Observation Date: 9-23-04   Time: Appr 5:30   ☒ Location: 3A1?

Sgt T. Vancil # 10010
PRINT Employee's Name

SV / 9-23-04 / 840
Employee's Signature/Date/Time

Offense: 504 B
        A
        C

Observation: On the above date, I/m Durham R14349 was placed in segregation with investigative status due to an altercation with I/m McCoy N51887 in 3A18. I/m ID'd by ID card. DC434 with

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☒ Investigative Status   Reasons: To conduct an investigation

Major Carlucci
PRINT Name

Major CO   9/23/04
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comment: _____
Major S. W.
PRINT Name

_____ 9/23/04
Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
Major SW
PRINT Name

_____ 9/23/04
Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: C/O Kessing
(Adult Division Major Reports Only)    PRINT Name

C/O ___    9-26-04
Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number    Committed Person Refused to Sign ☒

C/O Foglesong 10084
PRINT Serving Employee's Name

C/O Foglesong
Serving Employee's Signature

9-23-04   11:18 am
Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

Committed Person's Signature and Number

--- (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) ---

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____   Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____   Number/Cell/Title: _____
Witness can testify to: _____

11

DC 7203 (Rev. 4/98)   Distribution: 1) Master File; 2) Committed Person;
IL 426-0361                          3) Facility; 4) Facility

Committed Person's Name and Number

00099