2/2/07  McCroy v. Illinois Dept. of Corrections
Judith Wilson

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                   SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6              Plaintiff,

 7        vs.                          No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                Defendants.
10

11

12

13        THE DEPOSITION of JUDITH WILSON, taken in

14   the above-entitled case before Debra K. Baldwin, a

15   Notary Public of Sangamon County, acting within and

16   for the County of Brown, State of Illinois, at 8:15

17   o'clock A.M., on February 2, 2007, at Western

18   Illinois Correctional Center, Mt. Sterling, Brown

19   County, Illinois, pursuant to notice.

20

21

22
          Baldwin Reporting & Legal-Visual Services
23          Serving Illinois, Indiana & Missouri
        24hrs (217)788-2835    Fax (217)788-2838
24                  1-800-248-2835
```



EXHIBIT
F

ORIGINAL

Page 1

2/2/07  McCroy v. Illinois Dept. of Corrections
Judith Wilson

```
 1   drive there, time to prepare the inmate, and
 2   they're assigned that amount of time to get that
 3   done.
 4        Q    When was he notified that he had an
 5   appointment?
 6        A    I don't know.
 7        Q    Do you know if it was before they woke
 8   him up that morning?
 9        A    I don't know. But, generally, for
10   security reasons inmates are not notified when
11   they're going to be leaving the institution ahead
12   of time.
13        Q    Did you feel this patient, or did someone
14   else, that he was a specific security risk to go
15   see the doctor based upon his current condition?
16        A    All inmates are a security risk when they
17   leave the institution.
18        Q    And that's as a matter of policy that's
19   followed by the institution?
20        A    Yes.
21        Q    Do you know how much time he was given
22   from the time he was awakened that morning?
23        A    Not exactly. I know that once an officer
24   in the infirmary knows that an inmate has a medical
```

Page 48