3:02-cv-03171-HAB-BGC    # 399-10    Page 1 of 4

12/13/06
David Anderson, O.D.
McCroy v. Department of Corrections

E-FILED
Friday, 07 September, 2007 04:27:25 PM
Clerk, U.S. District Court, ILCD

## Page 1

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF ILLINOIS
 3                    SPRINGFIELD DIVISION
 4
 5   AARON McCROY,
 6                 Plaintiff,
 7        vs.                          No. 02-3171
 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                   Defendants.
10
11
12
13        THE DEPOSITION of DAVID ANDERSON, O.D.,
14   taken in the above-entitled case before Debra K.
15   Baldwin, a Notary Public of Sangamon County, acting
16   within and for the County of Sangamon, State of
17   Illinois, at 10:45 o'clock A.M., on December 13,
18   2006, at 118 North Congress Street, Rushville,
19   Schuyler County, Illinois, pursuant to notice.
20
21
22
          Baldwin Reporting & Legal-Visual Services
23          Serving Illinois, Indiana & Missouri
         24hrs (217)788-2835   Fax (217)788-2838
24                  1-800-248-2835
```

## Page 2

```
 1   APPEARANCES:
 2       LONDRIGAN, POTTER & RANDLE
         BY:  Douglas Quivey, Esq.
 3            1227 South Seventh Street
              Springfield, Illinois 62703
 4            On behalf of Plaintiff.
 5       MR. JAKE SMITH
              Assistant Attorney General
 6            500 South Second Street
              Springfield, Illinois 62706
 7            On behalf of Defendant Illinois
              Department of Corrections.
 8
         HEYL, ROYSTER, VOELKER & ALLEN
 9       BY:  Ms. Theresa Powell
              Attorney at Law
10            National City Bank Building, Suite 575
              Springfield, Illinois 62701
11            On behalf of Defendant.
12       HUGHES, HILL & TENNEY, LLC.
         BY:  Carl J. Tenney, Esq.
13            236 North Water Street
              Decatur, Illinois 62525
14            On behalf of Defendant Doctor David
              Anderson.
15
16
17
18
19
20
21
22
23
24
```

## Page 3

```
 1                     I N D E X
 2   DEPONENT                             PAGE NUMBER
 3   David Anderson, O.D.
 4      Examination by Mr. Quivey           5, 109
        Examination by Ms. Powell              103
 5
 6
 7
 8
 9
10
11              E X H I B I T S
12   NUMBER              MARKED FOR IDENTIFICATION
13   (None.)
14
```

ORIGINAL

## Page 4

```
 1                   S T I P U L A T I O N
 2        It is stipulated and agreed, by and
     between the parties hereto, through their
 3   attorneys, that the deposition of DAVID ANDERSON,
     O.D., may be taken for discovery purposes before
 4   Debra K. Baldwin, a Notary Public and Certified
     Shorthand Reporter and Registered Professional
 5   Reporter, upon oral interrogatories, on the 13th
     of December A.D., 2006, at the instance of the
 6   Plaintiff at the hour of 10:45 o'clock A.M.,
     118 North Congress Street, Rushville, Schuyler
 7   County, Illinois;
 8        That the oral interrogatories and the
     answers of the witness may be taken down in
 9   shorthand by the Reporter and afterwards
     transcribed;
10
          That all requirements of the Civil
11   Practice Act and the Rules of the Supreme Court as
     to dedimus, and the reading over and signing of the
12   deposition by the witness, are expressly waived;
13        That any objections as to competency,
     materiality or relevancy are hereby reserved, but
14   any objection as to the form of question is waived
     unless specifically noted;
15
          That the deposition, or any parts thereof
16   may be used for any purpose for which discovery
     depositions are competent, by any of the parties
17   hereto, without foundation proof;
18        That any party hereto may be furnished
     copies of the deposition at his or her own expense.
```

EXHIBIT H

Page 13

1   A    Yes. We use general--what you would apply
2   to anybody.
3   Q    And what's the purpose of that?
4   A    To clean the lenses, to keep them
5   hydrated. Period.
6   Q    Again, talking about the general patient,
7   because these are hard lenses are they normally
8   worn 24 hours a day, or are they worn for a set
9   period of time?
10  A    Normally they're worn during normal
11  waking hours. You don't want to wear them
12  overnight.
13  Q    Doctor, what's steroid induced glaucoma?
14  A    That's a very small number of patients
15  who when given a steroid will develop glaucoma.
16       Can I clarify that?
17  Q    Sure.
18  A    Glaucoma, a steroid induced glaucoma, is
19  not very common. A patient, if you have them on
20  steroids, you will generally check them for an
21  increase in pressure. However, even if their
22  pressure increases, it's really a good thing for
23  them to know so that the next time they need a
24  steroid you can also incorporate drugs. But

Page 14

1   glaucoma does not cause any loss of vision or
2   blindness or anything like that except over a large
3   number of years.
4   Q    Once a person gets glaucoma, regardless
5   of the cause, does it go away?
6   A    If you remove the steroid, the pressure
7   goes back to normal.
8   Q    Doctor, in your roughly 30 years of
9   practice, approximately how many patients have you
10  treated that were suffering from keratoconus?
11  A    Very few.
12  Q    Give me your best estimate of range.
13  A    Five. That's a guess.
14  Q    And that includes both patients you see
15  here, your facility in Rushville, and inmates at
16  the correctional facility?
17  A    I have to take that back because at the
18  facility I think I seen probably five there,
19  probably four or five here. So I want to change
20  that a little bit. I'm sorry if I misunderstood.
21  Q    And, again, it's your best estimate. You
22  didn't go through the records. I understand that.
23       Doctor, just briefly explain to me the
24  difference between an optometrist and an

Page 15

1   ophthalmologist.
2   A    An optometrist is a non-medical eye care
3   professional. An ophthalmologist is an M.D. who has
4   gone on to become an ophthalmologist. They will do
5   surgery, other testing that we're unable, by
6   license, to perform and things like that.
7   Q    As an optometrist are you allowed by law
8   to prescribe drugs?
9   A    Yes, sir. Eye drugs.
10  Q    Right. No, I understand.
11  A    Nothing by mouth right now in Illinois.
12  No, in Illinois we're not allowed to prescribe, by
13  mouth, drugs.
14  Q    So, in other words, it has to be a
15  solution or whatever that goes into the eye?
16  A    Yes, sir.
17  Q    And how do you diagnose somebody with
18  keratoconus?
19  A    Generally speaking, you would use a
20  keratometer, which I do not have at the present.
21  But if you see a vast distortion in the target that
22  is supposed to be very clear, then you can assume
23  that you have either a poor contact lens fit or a
24  patient with keratoconus.

Page 16

1   Q    And so if you had a patient that comes in
2   to your clinic here and you suspect that they are
3   suffering from keratoconus, what would you do?
4   A    I'd put the keratometer in front of their
5   eyes and take a look.
6   Q    And then if you confirmed your diagnosis
7   that they were suffering from the disease, what
8   would you do?
9   A    We refer them to ophthalmology.
10  Q    And why would you do that?
11  A    Because I'm unable to care for that.
12  Q    And why are you unable to care for it?
13  A    Because it requires other tests. I'm not
14  qualified, in my opinion, to fit a contact lens to
15  them and so it's referred.
16  Q    And would that same basic practice be
17  what you use if there's an inmate that you suspect
18  is suffering from the disease?
19  A    Oh, yes.
20  Q    Sir, during your roughly 15 years as
21  being a contract optometrist at Western, has there
22  ever been an ophthalmologist on staff there?
23  A    No, sir.
24  Q    And so it would be fair to say that if an

### Page 17

1  inmate needs to be see an ophthalmologist they have
2  to be furloughed out to go to an ophthalmologist
3  that's practicing somewhere in the community?
4     A    Yes, sir.
5     Q    Are there any ophthalmologists practicing
6  in Rushville?
7     A    No, sir.
8     Q    To your knowledge, where is the closest
9  ophthalmologist to the prison?
10    MS. POWELL: To what prison? To Western?
11    MR. QUIVEY: To Western.
12    THE DEPONENT: Can we hold just a second? You
13 can put it down if you want. But there are some
14 ophthalmologists that will not see prison inmates,
15 so whoever is willing to see them, and we know who
16 they are, that's where we will send them.
17    MR. QUIVEY:  Q    And I guess all I'm trying to
18 get at is that that requires some travel for an
19 inmate to do that?
20    A    Yes, sir.
21    Q    There's no ophthalmologist, let's say, 30
22 miles from the prison?
23    A    There is, but they won't see them.
24    Q    Fair enough.

### Page 18

1     Sir, as you sit here today, do you know
2  who Aaron McCroy is?
3     A    Oh, yes.
4     Q    So you would recognize him if he walked
5  in the door?
6     A    Oh, yes.
7     Q    Would you agree with me that he was
8  transferred into Western in approximately
9  October 31st of 2001?
10    A    To the best of my knowledge, yes.
11    Q    Do you recall, and feel free to look at
12 any medical records, when the first time you saw
13 him at the prison?
14    A    We'll need the record on that.
15    Q    And I will state the first record that I
16 noted was in December of 2001. But I'm not saying
17 there wasn't necessarily one before that.
18    A    12/18/01.
19    Q    Sir, when you see an inmate at the
20 prison, do you have access to his medical records?
21    A    Yes, sir.
22    Q    So those are kept at the infirmary at the
23 prison?
24    A    Yes, sir. The medical records.

### Page 19

1     Q    And I'm assuming that the optometry room,
2  or office, at the prison is in the infirmary,
3  correct?
4     A    Yes, sir.
5     Q    What's your standard practice upon seeing
6  an inmate that you haven't seen before in terms of
7  what you do, if anything, to review before they
8  come in?
9     A    That depends on what I'm seeing them for.
10 If it's for a simple routine eye exam, I don't
11 review anything. I'm only given 15 minutes to see a
12 patient.
13    Q    Why are you only given 15 minutes to see
14 a patient?
15    A    That's just what they do.
16    Q    And by "they", do you mean Wexford?
17    A    I suppose you could say Wexford, yeah.
18    Q    Do you recall, as you sit here today,
19 whether or not you ever reviewed Mr. McCroy's
20 medical file of treatment for his eyes that
21 occurred prior to you seeing him in December of
22 2001?
23    A    Probably after I saw him. And you're
24 taking me back a lot of years. I would assume, and

### Page 20

1  I'm certain I did, that I would have kept his
2  record and probably over my lunch hour gone over
3  what was going on.
4     Q    And would it be fair to say that in your
5  care and treatment of patients that you rely, at
6  least on some extent, to the medical records and
7  what treatment has been done before?
8     A    Absolutely.
9     Q    Sir, I'd like to hand you a record that I
10 believe is dated, I think it's 5/15/1999. It says
11 optometry note. Do you see that?
12    A    Yes.
13    Q    Could you just tell us, as you understand
14 it, what that note is conveying.
15    A    Right. It comes from Doctor Keyho (sp)
16 and it gives his visual acuity and it says need to
17 refit left eye with new gas permeable lens.
18    Q    Doctor, what was his visual acuity as
19 noted on that record?
20    A    The right eye was 20 over 30. The left
21 eye was 20 over 40 minus.
22    Q    And do you know who Doctor Keyho is?
23    A    Yes.
24    Q    Who is he?

Page 45

1  can't wear a contact lens that they automatically
2  apply for a corneal transplant.
3      Q    No, I understand that.
4           But that's what you mean by tolerate the
5  contact, correct? It's their ability to wear it,
6  and I'm assuming that's based on discomfort or
7  pain?
8      A    Yes, sir.
9      Q    Now I want to hand you a document that is
10 entitled, Health Status, dated 2/25/02, and I just
11 simply ask do you know what that form is and what
12 it's used for?
13     A    Yeah. Uh-huh. Yes.
14     Q    What's it--what is it and what is it used
15 for?
16     A    Something we would check to see what
17 medications he's on, what diets he's on, specialty
18 referral. Everything it says here.
19     Q    And why is that form created, I guess is
20 what I'm asking?
21     A    Health status. To give you an overall
22 view of what his health is.
23     Q    And is there some requirement that this
24 be done at a particular occasion, or does it happen

Page 46

1  annually?
2      A    I have no clue.
3      MS. POWELL: What's the date on that form?
4      MR. QUIVEY: 2/25/02.
5           Q  Do you have any input into what goes
6  on with health status?
7      A    No, sir. That comes from his medical
8  record and somebody else fills out that form, not
9  me.
10     Q    How do you use this form, again, in a
11 general sense?
12     A    I'll just review it.
13     Q    And it just kind of gives you an overview
14 of the status?
15     A    Quick overview. Yes, sir.
16          Can we take a ten minute break here?
17     MR. QUIVEY: Sure.
18              (Whereupon a short recess
19              was taken at 11:35 a.m.)
20     MR. QUIVEY: Q Doctor, now I want to turn
21 your attention to March 5th, 2002. Do you have that
22 in front of you?
23     MR. TENNEY: (Indicating.) Is that right?
24     MR. QUIVEY: I just want to make sure we're on

Page 47

1  the same. I'll just hand him this one.
2      MR. TENNEY: I can find it. Here.
3      MR. QUIVEY: Q  I'm assuming from the note
4  that you saw Mr. McCroy on that date?
5      A    Yes, sir.
6      Q    And what did you do for him on March 5th,
7  2002?
8      A    Under stromal scarring, which means
9  corneal scarring, will refer to Doctor Keyho for a
10 possible fit of--refit of contact lens, if
11 possible.
12     Q    And then I believe it continues on to the
13 next page.
14     A    Patient to turn in left contact lens
15 since it should not be worn.
16     Q    And what was the reason why he should not
17 wear his left contact lens?
18     A    Because it could create more scarring, et
19 cetera. He wasn't able to wear it anyway.
20     Q    Go ahead.
21     A    Use contact lens solution which should
22 last for approximately one month.
23     Q    I'm sorry. I didn't hear the word before
24 scarring?

Page 48

1      A    Stromal.
2      Q    What does that mean?
3      A    It's underneath the under layer of the
4  cornea.
5      Q    And what do you think caused it in
6  Mr. McCroy's case?
7      A    Probably hydrops.
8      Q    And why would that--. Well, strike that.
9           What is hydrops?
10     A    Hydrops is the taking in of water through
11 the membranes in the cornea, which can be painful.
12 And it occurs very often in keratoconic patients.
13     Q    And why is that?
14     A    Because their underlying tissues are
15 compromised.
16     Q    And why does it cause pain or discomfort?
17     A    If your cornea was stretched, you would
18 suffer pain too. There are many, many pain nerve
19 endings in the cornea.
20     Q    And what is done to relieve the pain?
21     A    You give them something that will
22 hopefully not dissolve. That's the wrong word, but
23 take care of the water deposit.
24     Q    Is it a condition that kind of waxes and