3:02-cv-03171-HAB-BGC   # 399-11   Page 1 of 2

2/21/07
Terry Polk

McCroy v. Illinois Dept. of Corrections

E-FILED
Friday, 07 September, 2007 04:27:42 PM
Clerk, U.S. District Court, ILCD

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF ILLINOIS
 3                    SPRINGFIELD DIVISION
 4
 5   AARON McCROY,
 6              Plaintiff,
 7        vs.                           No. 02-3171
 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                Defendants.
10
11
12
13         THE DEPOSITION of TERRY POLK, taken in
14   the above-entitled case before Debra K. Baldwin, a
15   Notary Public of Sangamon County, acting within and
16   for the County of Sangamon, State of Illinois, at
17   1:10 o'clock P.M., on February 21, 2007, at
18   Jacksonville Correctional Center, Jacksonville,
19   Morgan County, Illinois, pursuant to notice.
20
21
22
          Baldwin Reporting & Legal-Visual Services
23          Serving Illinois, Indiana & Missouri
        24hrs (217)788-2835    Fax (217)788-2838
24                   1-800-248-2835
```

EXHIBIT
I

ORIGINAL

Page 1

Baldwin Court Reporting & Legal Video Services
1-800-248-2835

2/21/07          McCroy v. Illinois Dept. of Corrections
Terry Polk

```
1     Q    And could you give me the benefit of your
2   insight and rationale as to why you felt that it
3   was appropriate for you to be the one that actually
4   acts on the grievances?
5     A    Mainly so I would know what was going on.
6   I wanted to be more informed in that area. But
7   there was no other specific reason. I wanted to be
8   more informed, that way I'd know more what's going
9   on. Be involved.
10    Q    So if we see your name signing off on a
11  grievance, that's your signature, it's not
12  delegated to another person who writes your name in
13  and initials the side?
14    A    After Assistant Warden Funk left, my
15  signature should have been on most of them. They
16  could still sign it, like in my absence, but my
17  signature should have been on most of them after
18  she left.
19    Q    Okay. Let me hand you what's been
20  previously marked as Exhibit 14 and ask you to tell
21  me what that is.
22    A    That's a security summary of escorts.
23    Q    And what's the reason that that form is
24  maintained?
```

Page 9