3:02-cv-03171-HAB-BGC  # 399-13  Page 1 of 2

E-FILED
Friday, 07 September, 2007 04:28:38 PM
Clerk, U.S. District Court, ILCD

3/9/07
Jennifer L. Blaesing

McCroy v. Illinois Dept. of Corrections

```
1              UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF ILLINOIS

3

4

5   AARON McCROY,

6            Plaintiff,

7     vs.                          No. 02-3171

8   ILLINOIS DEPARTMENT OF
    CORRECTIONS et al.,
9
             Defendants.
10

11

12         THE DEPOSITION of JENNIFER L. BLAESING,

13  taken in the above-entitled case before Rhonda K.

14  O'Neal, CSR, RPR, a Notary Public of Sangamon

15  County, acting within and for the County of

16  Sangamon, State of Illinois, at 11:15 o'clock

17  A.M., on March 9, 2007, at One North Old State

18  Capitol Plaza, Suite 575, Springfield, Sangamon

19  County, Illinois, pursuant to notice.

20

21

22
         BALDWIN REPORTING & LEGAL-VISUAL SERVICES
23          SERVING ILLINOIS, INDIANA & MISSOURI
        24 hrs (217) 788-2835  Fax (217) 788-2838
24                  1-800-248-2835
```

EXHIBIT K

ORIGINAL

Page 1

```
1     Q    Would you read the first recommendation?
2     A    Maxitrol to the left eye four times a day
3     times three days, then stop.
4     Q    All right.  I show you this written
5     again, if you'll look at the next exhibit, which
6     is Exhibit 3.  I want you just to assume that that
7     happens to be the way this Dr. Zeh makes his
8     signature.
9     A    Okay.
10    Q    His name is circled at the top?
11    A    Yes.
12    Q    Of the Prairie Eye and Lasik Center.
13    Would you also read that prescription?
14    A    Well, there are two here.  Maxitrol,
15    looks like UNG ophthalmic, apply, OS is left, QID
16    is four days-- or four times a day times three
17    days, then D/C, dispense 3.5 grams.
18    Q    With no refills?
19    A    No refills.
20    MR. LONDRIGAN:  Okay.  That's all I have.
21    MS. POWELL:  You have the right to waive your
22    signature or review the deposition transcript to
23    make sure that everything was transcribed
24    accurately or change any answers, or you can waive
```

Page 76