1

```
            UNITED STATES DISTRICT COURT
               FOR THE CENTRAL DISTRICT
                  STATE OF ILLINOIS


AARON McCROY,

        Plaintiff,

        vs.                        No. 02-3171

THE ILLINOIS DEPARTMENT OF CORRECTIONS,
ROGER E. WALKER, JR., (in his official
capacity only), DENNIS HOCKADAY,
KEVIN WINTERS, TERRY POLK, DAVID SCHNEPEL,
SANDRA FUNK, DEBRAH FUQUA, LIEUTENANT LAW,
CORRECTIONAL OFFICER JUDITH WILSON,
PAMELA A. GRAUBEAN, JULIUS FLAGG,
(all in their official and individual
capacities), WEXFORD HEALTH SOURCES, INC.,
DR. CLEVELAND RAYFORD, M.D.,
DR. STANLEY SIMS, M.D., DR. LOWELL BROWN, M.D.,
DR. LOCHARD, M.D., RHONDA MILLS,
NURSE C. SHAW, and DR. DAVID ANDERSON, O.D.,

        Defendants.


                    DEPOSITION


        Deposition of STUART R. FARRIS, M.D.,
taken on behalf of the Defendant at the office of
Prairie Eye and Lasik Center, 2020 West Iles
Avenue, Springfield, Illinois, on February 14,
2007, before Dana Jo Rowe, RPR, Notary Public for
the State of Illinois.

        Deposition taken pursuant to the discovery
provisions of the Illinois Code of Civil Procedure
and the Rules of the Supreme Court promulgated
pursuant thereto.



                CSR # 84-003853
```



EXHIBIT L

COPY

1    A.    Well, I said that he was -- he had some
2    pain.  He was unable to turn his head from side to
3    side.  The bandage was in place.  Took the bandage
4    off.  He had some trace occumosis there.  Basically
5    the wound was healing.  The confomfer was in place.
6         When you do the surgery, you take this
7    thing that's called a conformer.  Basically it's a
8    big contact lens.  It shields the wound.  Kind of
9    forms -- helps hold things in place.  That was
10   where it was suppose to be.
11        The wound was healing.  He did have some
12   swelling, which is normal for that stage.  We put
13   him on some pain killers.  Said follow up in a
14   month.  Wound was healing well.
15   Q.   Okay.  Well, after -- I think I can sort
16   of -- you said trace occumosis.  And under that,
17   looks like conformer in --
18   A.   Place.
19   Q.   -- place.  And then what's it say under
20   that?
21   A.   Wound healing.
22   Q.   Wound healing, okay.
23   A.   Yeah.
24   Q.   And then under impression and plan, it

1   says --
2        A.   Healing wound, follow up -- oh, no, no.
3   Says follow up one week, which would make better
4   sense, since he was just out of surgery.
5             Then I put Tylenol Number III, one to two
6   P.O. Q4 to 6 hours, times three days.  And then I
7   put follow up one month.  I'm not sure why I put
8   follow up one month.  Usually I see patients three
9   days after the surgery, plus or minus a little bit.
10  And then I see them at one week and then I see them
11  at one month.
12       Q.   Okay.  And then do you know why the
13  patient never saw you again after that date?
14       A.   Do not know.
15       Q.   If Mr. McCroy wanted to come back here,
16  would you see him again?
17       A.   Oh, sure, yeah.
18       Q.   Did you have any communication with
19  Dr. Zeh regarding the patient's condition prior to
20  this injury?
21       A.   No.
22       Q.   And you didn't have any involvement in his
23  care and treatment with respect to the
24  keratoplasty?