3:02-cv-03171-HAB-BGC   # 399-15   Page 1 of 5

2/16/07
Sandra Funk
McCroy v. Illinois Dept. of Corrections

**E-FILED**
Friday, 07 September, 2007  04:29:23 PM
Clerk, U.S. District Court, ILCD

```
 1                 UNITED STATES DISTRICT COURT

 2              FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                      SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6              Plaintiff,

 7        vs.                              No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                Defendants.
10

11

12

13         THE DEPOSITION of SANDRA FUNK, taken in

14   the above-entitled case before Debra K. Baldwin, a

15   Notary Public of Sangamon County, acting within and

16   for the County of Sangamon, State of Illinois, at

17   1:40 o'clock P.M., on February 16, 2007, at 3000

18   Montvale, Springfield, Sangamon County, Illinois,

19   pursuant to notice.

20

21

22
            Baldwin Reporting & Legal-Visual Services
23            Serving Illinois, Indiana & Missouri
         24hrs (217)788-2835    Fax (217)788-2838
24                    1-800-248-2835
```

EXHIBIT M

ORIGINAL

Page 1

2/16/07  McCroy v. Illinois Dept. of Corrections
Sandra Funk

```
1    Illinois Correctional Center by the name of Aaron
2    McCroy?
3         A    Yes.
4         Q    I figured as much.
5              And, just in general terms, why would you
6    remember Mr. McCroy?
7         A    I mean, I spoke to him quite often when
8    I'd do my tours through healthcare while he was
9    housed in healthcare. I'd do tours in other areas
10   he might be at, like the library.
11        Q    And those tours, what would you do on
12   those tours?
13        A    You're looking at the areas making sure
14   security issues are okay. Maybe, you know, doing
15   checks with inmates, seeing how...
16        Q    Seeing how they were doing?
17        A    Yes. If they had any questions for me.
18        Q    And you would speak with Mr. McCroy when
19   you would do these tours?
20        A    I can't say every time.
21        Q    Not every time but--?
22        A    Uh-huh.
23        Q    Do you recall why he was in the
24   infirmary?
```

Page 12

```
1        A     I just know he had this eye--

2        Q     An eye problem?

3        A     An eye issue. Yes.

4        Q     Okay. I have this one way, but I expected

5    a different answer to the question, so I'm going to

6    skip ahead here for a minute and then come back.

7    Did you ever receive any grievances from

8    Mr. McCroy?

9        A     I know he wrote grievances.

10       Q     Were you involved in the process with the

11   of dealing with the grievances?

12       A     Yes. I was designee for the warden.

13       Q     Can you generally give me an idea how

14   that process works.

15       A     An offender writes a grievance. If it's

16   non-emergency grievance procedure, then it goes--he

17   puts it to the--in the mail to the grievance

18   officer, the grievance officer hears the grievance,

19   gets whatever background information they need, and

20   then it comes to--with their recommendations, and

21   then it comes to the warden where I would sign off

22   to the warden whether I concurred or didn't--or did

23   not concur.

24       Q     Okay. I have, unfortunately, quite a few
```

Page 13

1  grievances there because you were there for longer
2  than most. The first one I have is dated at the top
3  August 6th of 2002 and I have two sheets that go
4  with this grievance. If there's more, let me know,
5  but this is all I have. If you could look at that
6  and tell me if you signed off on anything regarding
7  that grievance.
8      A   I mean, I can't remember if I signed off
9  specifically.
10     Q   Would that be your signature though?
11     A   Yes. That is.
12     Q   So you would have, in some way -- I'm not
13 as concerned about what the grievances are
14 specifically about -- but, in some way, you would
15 have signed off on that grievance?
16     A   It's possible. This one would have been
17 written right about the time I got there and I know
18 that I was doing a lot of training when I first got
19 there.
20     Q   Okay.
21     A   But, yes, it looks like this was
22 regarding emergency grievance.
23     Q   Okay. And the same holds true for Aaron's
24 grievances dated 8/20/02. The response that I

Page 14

2/16/07                     McCroy v. Illinois Dept. of Corrections
Sandra Funk

```
1    think you signed off on is dated August 23rd, 2002?
2        A    Yes. I mean, that's my signature, yes.
3        Q    And, if I understand, the assistant
4    warden of programs prior to you, Mr. Schnepel, you
5    would sign Hockaday's name and then initial after
6    it to show that it was your name?
7        A    Correct.
8        Q    Is that how that worked?
9        A    Yes.
10       Q    Okay. Then I have a grievance dated
11   September 5th by Mr. McCroy and a response of
12   September 11th. I don't believe you signed off on
13   this response, but I want to make sure. If you
14   could look that over.
15       MS. CHOATE: And, for the record, the 8/6
16   grievance isn't a complete grievance and I believe
17   that's because you guys didn't have it and it
18   wasn't in the file because I haven't found it
19   either.  But there should be another page that
20   shows where the CAO had signed off.
21       MS. HANING: Yes.  I have some questions about
22   some of those later. I think we're working on
23   getting you a letter of all the ones we don't have
24   complete at this point.
```

Page 15