3:02-cv-03171-HAB-BGC   # 399-16   Page 1 of 2

9/9/07
David Schnepel

MCCroy vs. ILL. Dept. of Corections,et al

E-FILED
Friday, 07 September, 2007 04:29:42 PM
Clerk, U.S. District Court, ILCD

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                   SPRINGFIELD DIVISION

 4

 5   AARON McCROY,

 6              Plaintiff,

 7   vs.                              No. 02-3171

 8   ILLINOIS DEPARTMENT OF
     CORRECTIONS, et al,
 9
                Defendants.
10

11

12

13         THE DEPOSITION of DAVID SCHNEPEL, taken

14   in the above-entitled case before Debra K. Baldwin,

15   a Notary Public of Sangamon County, acting within

16   and for the County of Macon, State of Illinois, at

17   1:50 o'clock P.M., on February 9, 2007, at Decatur

18   Correctional Center, Decatur, Macon County,

19   Illinois, pursuant to notice.

20

21

22
           Baldwin Reporting & Legal-Visual Services
23            Serving Illinois, Indiana & Missouri
         24hrs (217)788-2835   Fax (217)788-2838
24                    1-800-248-2835
```

EXHIBIT N

ORIGINAL

Page 1

9/9/07                    MCCroy vs. ILL. Dept. of Corections,et,al.
David Schnepel

```
 1   regarding a grievance that had been filed that,
 2   unfortunately, our office didn't have, and I'm not
 3   sure what the whole deal on that is, but it's dated
 4   March 12th, 2002. Are those your initials?
 5       A    Uh-huh. I signed Hockaday's name and I
 6   initialed it.
 7       Q    Okay. Thank you.
 8       A    And that was about what?
 9       Q    That one?
10       A    No.
11       Q    This one was about contact lens solution
12   that he wasn't receiving, or he claims he wasn't
13   receiving.
14       A    And that he could grieve and apparently
15   he was offered it and refused it.
16       Q    I don't believe you signed this one, but
17   could you check for me. It's dated March 11th of
18   2002.
19       A    This is the ARB I guess. Yeah.  It says
20   Administrative Review Board and then the director
21   signs it. See, what would happen is if he would
22   agree with our institutional level, then he had
23   another step and that was that Administrative
24   Review Board because it says it here.
```