```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                           URBANA DIVISION


AARON MCCROY,                    )
                                 )   Docket No. 02-3171
         Plaintiff,              )
                                 )
    vs.                          )   Urbana, Illinois
                                 )
ILLINOIS DEPARTMENT OF           )   FEBRUARY 1ST, 2005
CORRECTIONS,                     )   9:30
                                 )
         Defendant.              )
```

FILED
MAR 04 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TRANSCRIPT OF PROCEEDINGS
PRELIMINARY INJUNCTION HEARING BY VIDEO
BEFORE THE HONORABLE HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE


**A P P E A R A N C E S :**

For the Plaintiff:          MR. THOMAS F. LONDRIGAN
                            Londrigan Potter & Randle
                            1227 S. 7th St.
                            Springfield, IL  62705

For the Defendant Wexford:  MS. THERESA M. POWELL
                            Heyl Royster Voelker & Allen
                            P.O. Box 1687
                            Springfield, IL  62705

For the Defendant IDOC:     MS. KELLY CHOATE
                            Assistant Attorney General

Court Reporter:             TONI M. JUDD, CSR
                            United States Court Reporter
                            201 South Vine Street
                            Urbana, Illinois  61802
                            (217) 373-5835

EXHIBIT O

Proceedings recorded by mechanical stenography; transcript produced by court reporter.

```
 1   Center.  The optometrist says that Marion Eye Center is
 2   capable of providing proper treatment to properly fit a
 3   gas permeable contact lens in the right eye.  The patient
 4   will need to return a few times to achieve proper fit.
 5              The patient doesn't need to be
 6   institutionally housed closer to his doctor's office.
 7              I will continue to monitor with lenses and
 8   fit with lenses here after the fitting process is
 9   completed.  Wearing tinted lenses would further reduce
10   visual acuity beyond a very poor current level.  Count
11   finger at one foot.  Therefore would present a possible
12   deterrent to safety.  Will reevaluate after checking
13   vision with new contact lens.  Reissue clear safety
14   glasses back to inmate for ocular protection of right eye.
15   Next follow up schedule is after contact lens fitting is
16   completed.
17        Q.   Has Mr. McCroy gone out for his contact
18   lens fitting as of yet?
19        A.   He went out for the initial evaluation at
20   Marion Eye Center on the 27th of January 05.  They have
21   recommended that he have the fitting started under another
22   physician.  They had to order, an optometrist had to order
23   a special kit.  It will be available in approximately next
24   week.
25              That appointment has been made.  He has
```

1  been referred to another Dr. Cook for the prosthetic for
2  his left eye and I was told that that will be about three
3  hours of service and he will have the prostheses at the
4  end of that appointment.
5      Q.   Now, has Mr. McCroy, to your knowledge,
6  been issued the clear safety glasses?
7      A.   Yes, they were issued last week.
8      Q.   Do the issuance of the safety, or either of
9  the glasses, the safety glasses, clear or tinted pose a
10 security problem at Menard?
11     A.   They are an unusual item that are not
12 routinely allowed within the facility without a medical
13 order or a medical need.  So the answer to that is yes.
14     Q.   You read in the optometrist's note for
15 clarification was that Dr. Williams who recommended them?
16     A.   Yes, it was.
17     Q.   You read in Dr. Williams' note that the
18 tinted glasses would not be recommended prior to his
19 contacts being fitted.  Is that correct?
20     A.   Yes, that's what is stated.
21     Q.   Was there any special permission that had
22 to be received in order for Mr. McCroy to be able to get
23 those tinted glasses once his contacts had been fitted?
24     A.   When Dr. Williams makes a medical
25 recommendation for it after the contacts, I will make