IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
|       Plaintiff, | ) |
| v. | ) 02-cv-3171 |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) |
|       Defendants. | ) |

## MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., pursuant to Fed. R. Civ. P. 15(a) moves for leave to file a Fourth Amended Complaint and in support states:

1. Plaintiff filed his Complaint August 9, 2002 naming Defendant, Cleveland E. Rayford.

2. Plaintiff filed his First Amended Complaint on March 28, 2005, still naming Defendant, Cleveland E. Rayford, M.D.

3. Plaintiff filed his Second Amended Complaint on July 17, 2006, still naming Defendant, Cleveland E. Rayford, M.D.

4. On January 9, 2007, Judge Baker set this matter for trial for May 1, 2007.

5. On January 16, 2007, because of the court setting a trial date of May 1, 2007, Plaintiff's Counsel requested to schedule depositions for the named Wexford Defendants through

e-mails to Wexford's Counsel, Theresa Powell.

6. On February 19, 2007, Wexford Counsel, Theresa Powell, indicates, "I don't know if Dr. Rayford is deceased or not. I heard that from someone, but I have no confirmation. I just got another address to try for Rayford, so I'll see what we can do there too." (*See* Ex. B-1).

7. Again on February 26, 2007, Ms. Powell states, "I am not sure what we're doing about Dr. Rayford especially if he's dead." (*See* Ex. B-3).

8. Later in the day on February 26, 2007, Ms. Powell states, "The new address is definitely not accurate. A Mr. Cleveland Rayford called me to advise that he was not a doctor. The insurance is going to send Dr. Rayford a letter advising of his need to cooperate with defense of the case. Maybe that will prompt someone to respond with a definite answer to his whereabouts. I'll let you know when I hear something." (*See* Ex. B-4).

9. Finally, on March 15, 2007, when asked by Plaintiff's Counsel's office, "Have you been able to confirm his [Rayford's] death?" Ms. Powell responds, "I am not sure on this. I am still trying to locate him. If I track him down, I'll let you know." (*See* Ex. B-6).

10. On March 20, 2007, Ms Powell requested through Plaintiff's Attorney Carissa Haning that "if we were going to let anyone out ...could we please do it by Friday". (*See* Ex. B-7).

11. Based upon Ms. Powell's assertions that she thought Cleveland Rayford was "dead", Plaintiffs dismissed Dr. Rayford in it's Third Amended Complaint filed March 22, 2007.

12. While working on the witness lists for the Pretrial Order in this matter, Plaintiff uncovered information indicating Cleveland Rayford, M.D. currently holds a professional license with the State of Illinois. (*See* Ex. C).

13. Upon further inquiry, Plaintiff located several possible addresses for Cleveland Rayford, M.D. in O'Fallon, Illinois. (*See*, Ex. D).

14. Upon further inquiry to St. Clair County vital records department, Plaintiff learned there has been no death certificate filed for Cleveland Rayford, M.D.

15.    Plaintiff's counsel also just talked to someone who claims to have seen Dr. Rayford in the last sixty (60) days.

16    Federal Rule of Civil Procedure 15(a) states leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15.

17.    The proposed Fourth Amended Complaint seeks to add one new party, Wexford's former Illinois Regional Medical Director, Cleveland Rayford, M.D., but no new causes of action or counts.

18.    Cleveland Rayford, M.D. played a part in the decision to delay an eye transplant for Plaintiff. (*See* Ex. E).

19.    If leave is granted, a delay of the trial should not be needed.

20.    Attorney Powell previously waived service of Defendant, Cleveland Rayford, M.D. on September16, 2002. (*See*, Ct. Docket #18).

21.    Enclosed as Exhibit A is the proposed Fourth Amended Complaint.

22.    A memorandum of law more fully explaining why this motion should be granted accompanies this motion.

WHEREFORE, Plaintiff prays that he be granted leave to file a Fourth Amended Complaint for the sole purpose of re-adding Cleveland E. Rayford, M.D. as a defendant.

Respectfully submitted,
AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

3

By: s/Douglas J. Quivey
DOUGLAS J. QUIVEY, Bar No. 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
doug@lprpc.com

### Certificate of Service

The hereby certify that on September 17, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com