## Paula Gentry

**From:** Theresa M. Powell [tmpowell@hrva.com]
**Sent:** Monday, February 19, 2007 4:40 PM
**To:** Paula Gentry
**Subject:** Re: Deps

Ok. I'll get you some dep dates on this as soon as I can. I don't know if Dr. Rayford is deceased or not. I heard that from someone, but I have no confirmation. I just got another address to try for Rayford, so I'll see what we can do there too.
Ghosh I think is dead, but I'm trying to get confirmation on that too.

I'll let you know when I do.
Thanks,
Theresa

Heyl, Royster, Voelker & Allen
1 N. Old State Capitol Plaza
Suite 575
P.O. Box 1687
Springfield, Illinois 62705
phone: 217-522-8822 Ext. 235
fax: 217-523-3902

tpowell@hrva.com

>>> "Paula Gentry" <Paula@lprpc.com> 2/19/2007 4:26 PM >>>
Okay, here are the ones that we need to get locked in. (of the Wexford people)

DR. SIMS:
Dr. Sims (Kelly and Tom are okay by phone. Carl indicated he'd like to have it face-to-face. Can we get a date and Carl can travel with you up to Chicago? The others could be patched in my phone? If Dr. Sims could come to Springfield, we could have him the same day as Dr. Lochard (3/6) or Rhonda Mills (3/9) at your offices. If not, here are the dates available: Wed 2/28, Fri, 3/2 (PM), Mon. 3/5, Wed. 3/7, Mon. 3/12, Tues. 3/13, or Wed. 3/14.

NURSE BLEASSING:

Will Nurse Bleassing be available on either 2/23 or 3/8 in Mt. Sterling or in Springfield on 3/6 or 3/9? If not, what are the alternative dates that she is available?

I doubt that we will be trying to get depositions of Dr. Rowe, Dr. Owens, Dr. Williams, or Dr. Farlik. We will obviously not be able to get depositions of Dr. Ghosh and Dr. Rayford since they are both deceased, right?


Thank you for your help. I will check with Kelly on the two remaining IDOC deponents that we need to get set. Let me know about dates for your people.

Paula



EXHIBIT
B

9/12/2007

## Paula Gentry

**From:** Theresa M. Powell [tmpowell@hrva.com]
**Sent:** Tuesday, February 20, 2007 9:07 AM
**To:** Paula Gentry
**Subject:** Re: Deps

I have confirmed that the Dr. Ghosh referenced in Mr. McCroy's medical records is now deceased.
Thanks,
Theresa

Heyl, Royster, Voelker & Allen
1 N. Old State Capitol Plaza
Suite 575
P.O. Box 1687
Springfield, Illinois 62705
phone: 217-522-8822 Ext. 235
fax: 217-523-3902

tpowell@hrva.com

>>> "Paula Gentry" <Paula@lprpc.com> 2/19/2007 4:26 PM >>>
Okay, here are the ones that we need to get locked in. (of the Wexford people)

DR. SIMS:
Dr. Sims (Kelly and Tom are okay by phone. Carl indicated he'd like to have it face-to-face. Can we get a date and Carl can travel with you up to Chicago? The others could be patched in my phone? If Dr. Sims could come to Springfield, we could have him the same day as Dr. Lochard (3/6) or Rhonda Mills (3/9) at your offices. If not, here are the dates available: Wed 2/28, Fri. 3/2 (PM), Mon. 3/5, Wed. 3/7, Mon. 3/12, Tues. 3/13, or Wed. 3/14.

NURSE BLEASSING:

Will Nurse Bleassing be available on either 2/23 or 3/8 in Mt. Sterling or in Springfield on 3/6 or 3/9? If not, what are the alternative dates that she is available?

I doubt that we will be trying to get depositions of Dr. Rowe, Dr. Owens, Dr. Williams, or Dr. Farlik. We will obviously not be able to get depositions of Dr. Ghosh and Dr. Rayford since they are both deceased, right?

Thank you for your help. I will check with Kelly on the two remaining IDOC deponents that we need to get set. Let me know about dates for your people.

Paula

## Paula Gentry

**From:** Theresa M. Powell [tmpowell@hrva.com]
**Sent:** Monday, February 26, 2007 9:51 AM
**To:** Paula Gentry
**Subject:** RE: Sims Deposition

Hopefully, I get Sims confirmed today and I think we are done. I am not sure what we're doing about Dr. Rayford especially if he's dead.

>>> "Paula Gentry" <Paula@lprpc.com> 2/26/2007 9:42 AM >>>

Perfect! I'll spread the word and get the notice done. Thank you! You ARE my favorite!!!!!

**From:** Theresa M. Powell [mailto:tmpowell@hrva.com]
**Sent:** Monday, February 26, 2007 9:38 AM
**To:** Paula Gentry
**Subject:** Re: Sims Deposition

Jennifer Blaesing will be available at our offices on March 9 at 11am which is a few hours before the dep. of Rhonda Mills. I thought that would work since we are all set to be here anyway that day.
Thanks,
Theresa

>>> "Paula Gentry" <Paula@lprpc.com> 2/26/2007 9:16 AM >>>

Hello everyone. I hope you all had a great weekend.

Doug tells me that there was an agreement reached on Friday to go past the deadline to take Dr. Sims' deposition. He said no date was agreed upon, but that you were looking at the 19th. Is this correct? Can we schedule his deposition for the 19th? What would be the best time - late morning, about 11?

Please advise.

Thank you.

Paula

3

9/12/2007

## Paula Gentry

**From:** Theresa M. Powell [tmpowell@hrva.com]
**Sent:** Monday, February 26, 2007 1:12 PM
**To:** Paula Gentry
**Subject:** RE: Sims Deposition

The new address is definitely not accurate. A Mr. Cleveland Rayford called me to advise that he was not a doctor. The insurance is going to send Dr. Rayford a letter advising of his need to cooperate with the defense of the case. Maybe that will prompt someone to respond with a definite answer as to his whereabouts. I'll let you know when I hear something.

Heyl, Royster, Voelker & Allen
1 N. Old State Capitol Plaza
Suite 575
P.O. Box 1687
Springfield, Illinois 62705
phone: 217-522-8822 Ext. 235
fax: 217-523-3902

tpowell@hrva.com

>>> "Paula Gentry" <Paula@lprpc.com> 2/26/2007 11:50 AM >>>

As for Dr. Rayford, you were going to try to confirm his death or you said you possibly had a new address for him. Let me know what you find out.

Thanks.

Paula

**From:** Theresa M. Powell [mailto:tmpowell@hrva.com]
**Sent:** Monday, February 26, 2007 9:51 AM
**To:** Paula Gentry
**Subject:** RE: Sims Deposition

Hopefully, I get Sims confirmed today and I think we are done. I am not sure what we're doing about Dr. Rayford especially if he's dead.

>>> "Paula Gentry" <Paula@lprpc.com> 2/26/2007 9:42 AM >>>

Perfect! I'll spread the word and get the notice done. Thank you! You ARE my favorite!!!!!

4

## Paula Gentry

**From:** Theresa M. Powell [tmpowell@hrva.com]
**Sent:** Friday, March 02, 2007 10:14 AM
**To:** Paula Gentry
**Subject:** Dr. Sims

I just spoke with Dr. Sims. I confirmed his availability for 3/19, so I suggested 3pm (which I know is somewhat late, but I have another deposition that day in Evanston at 11am). I am guessing that my deposition would be over by 1, but I don't know where we are doing this deposition, nor can I predict the traffic.

I was going to see if I could get a room from another attorney's office up there to use for this deposition.
Do you have any thoughts or suggestions on that yourself?

Let me know.
Dr. Sims lives in South Holland, so something closer to that direction would be all right too probably. He said he could make it downtown too.
Before sending notice please coordinate with me on location.

Thanks,
Theresa  I think this is everyone except for Dr. Rayford. I will keep checking on him too. Do we have notices for everyone? I have some deps set for 3/6, 3/9, 3/8 and now 3/19 for my people. This should include Dr. Brown, Nurses: Mills, Bower, Thompson, Blaesing, Dr. Lochard and now Dr. Sims.
If we are missing something, please advise.
Thanks
Theresa

## Doug Quivey

**From:** Paula Gentry
**Sent:** Thursday, March 15, 2007 3:14 PM
**To:** Tom Londrigan; Doug Quivey; Carissa Haning
**Subject:** FW: Rayford

Here is the response yet again to the question "Dead or Alive."

---

**From:** Theresa M. Powell [mailto:tmpowell@hrva.com]
**Sent:** Thursday, March 15, 2007 3:12 PM
**To:** Paula Gentry
**Subject:** Re: Rayford

I am not sure on this. I am still trying to locate him.
If I track him down, I'll let you know.
Thanks
Theresa

>>> "Paula Gentry" <Paula@lprpc.com> 3/15/2007 11:15 AM >>>

Hi Theresa. We were discussing the McCroy case and the question was raised about Dr. Rayford. Have you been able to confirm his death? Please let me know.


Thanks.


Paula

9/17/2007

## Doug Quivey

| | |
|---|---|
| **From:** | Carissa Haning |
| **Sent:** | Tuesday, March 20, 2007 10:26 AM |
| **To:** | Tom Londrigan; Doug Quivey; Paula Gentry |
| **Subject:** | FW: Stanley Michael Sims 03/19/07 - E-Transcript File Delivery |
| **Attachments:** | 031907pm.ptx |



031907pm.ptx
(26 KB)

Hey everyone,

Amazingly here is the transcript from Dr. Sims dep that I took YESTERDAY. This court reporter was amazing! Paula, this is the only way we will be receiving it if you want to print it out and keep a copy, I will keep the original e-mail in my e-mail file.

Yesterday Teresa and Kelli (through Teresa) asked if we were going to let anyone out and if so could we please do it by Friday. Teresa and Kelli have a trial with Judge Baker today and tomorrow, and would have liked to have a meeting with us and him regarding the letting out of people, I told her I would let the two of you know. I will complete the research today for the parts of the complaint we were a little iffy on if you want to meet tomorrow.

Also, a heads up, I do not think that we plan on letting Wexford out of the ADA parts of the complaint BUT Teresa is filing a Motion for Summary Judgment that they should not be a part of that only the IDOC. I am not real clear on all of that but she did fill me in, I think much if not all had to do with the count that we all agreed was a stretch anyway but I am not sure she was not very clear on what she was talking about.

Carissa A. Haning

Phone: 217-544-9823 Ext. 18
Fax: 217-544-9826


-----Original Message-----
From: Erin Johnson [mailto:erin@mcdeps.com]
Sent: Tuesday, March 20, 2007 8:32 AM
To: Carissa Haning
Cc: tpowell@hrva.com
Subject: Stanley Michael Sims 03/19/07 - E-Transcript File Delivery

Attached to this e-mail is an E-Transcript. The E-Tran file is in .ptx format. This format allows you to print your transcript in the same format as the printed transcript you have purchased. Also, in this format you can view and print the index and condensed copies ("minis").  Additionally, by right clicking on any word in the transcript you will be given the number of hits with the line & page locations.

If this is the first time you have received a .ptx format transcript, you will need to browse to http://reallegal.com/softwareDownloadETranscriptViewer.asp and download the free E-Transcript Viewer. You need only do this once. Once you have downloaded & installed the viewer, simply save the PTX file.  Double click on the PTX file which will then launch the viewer.

For assistance in this process, please dial 312-263-0052 and ask for Production. Thank you for using our services.

McCorkle Court Reporters, Inc.

<<031907pm.ptx>>

7