Print this Listing

C

9/13/2007    **Illinois Division of Professional Regulation**    3:55:38 PM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Physician, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: Rayford**

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CLEVELAND EUGENE RAYFORD MD | | 36090011 | ACTIVE | O FALLON, IL | 12/15/1994 | 07/31/2008 | N |

**Page 1**



EXHIBIT C