US Search - Search Results



The Leader in Public Records, Serving Fortune 1000 Companies

## Member Services

⊘ Not F. Lond

| Member Center | Order History | Account Information | Customer Service |

We have completed your search and the results are listed below and will be emailed to you immediately. If you regarding your search results, click here or email us.

Please click here to review our Permissible Use and Disclaimer Notices. If you have any questions about how to Time People Search Report results click here.

🖶 Printer friendly version





**US SEARCH - the information you need to make sound life decisions - for you, your family, your home.**

Below are the results of your completed search. If you have any questions regarding your search click here or email us.

| # | Name | Age | Address | Phone # | More Info |
|---|------|-----|---------|---------|-----------|
| 1 | CLEVELAND  RAYFORD | | 1677 LANCASTER DR O FALLON IL 62269 6780 | | Learn More |
| 2 | CLEVELAND  RAYFORD | | 9038 WALNUT ST O FALLON IL 62269 | | Learn More |
| 3 | CLEVELAND  RAYFORD | | 905 WALNUT B O FALLON IL 62269 | | Learn More |
| 4 | CLEVELAND E RAYFORD | | 600 MILL ST CARBONDALE IL 62901 2868 | | Learn More |
| 5 | CLEVELAND E RAYFORD | | 614 PARK ST CARBONDALE IL 62901 3853 | | Learn More |
| 6 | CLEVELAND E RAYFORD | 51 | PO BOX 2047 FAIRVIEW HEIGHTS IL 62208 0247 | | Learn More |
| 7 | CLEVELAND E RAYFORD | 51 | 847 INDIAN CREEK DR O FALLON IL 62269 7525 | | Learn More |

**EXHIBIT**

D

https://www.ussearch.com/consumer/ecustomer/status.do?loc=2&id=aY/p8I/cSGihVatFM...    9/14/2007

US Search - Search Results

| 8 | CLEVELAND E RAYFORD | | 1677 LANCASTER DR<br>O FALLON<br>IL 62269 6780 | Learn More |
| 9 | CLEVELAND E RAYFORD | 52 | PO BOX 23275<br>O FALLON<br>IL 62269 | Learn More |
| 10 | CLEVELAND E RAYFORD | | PO BOX 258<br>O FALLON<br>IL 62269 0258 | Learn More |
| 11 | CLEVELAND E RAYFORD | | PO BOX 258<br>O FALLON<br>IL 62269 0258 | Learn More |
| 12 | CLEVELAND E RAYFORD | | PO BOX 258<br>O FALLON<br>IL 62269 0258 | Learn More |
| 13 | CLEVELAND E RAYFORD | 51 | 905 WALNUT ST<br>O FALLON<br>IL 62269 2471 | Learn More |
| 14 | CLEVELAND E RAYFORD | | 905B WALNUT ST<br>O FALLON<br>IL 62269 2471 | Learn More |
| 15 | CLEVELAND E RAYFORD | 25 | PO BOX 258<br>O FALLON<br>IL 62269 0258 | Learn More |
| 16 | CLEVELAND E RAYFORD | | 100 8TH ST<br>EAST SAINT LOUIS<br>IL 62201 2989 | Learn More |
| 17 | CLEVELAND E RAYFORD | | 706 DONNA DR<br>O FALLON<br>IL 62269 7527 | Learn More |
| 18 | CLEVELAND E RAYFORD | | 1677 LANCASTER DR<br>O FALLON<br>IL 62269 6780 | Learn More |
| 19 | CLEVELAND EUGENE RAYFORD | 51 | PO BOX 258<br>O FALLON<br>IL 62269 0258 | Learn More |
| 20 | CLEVELAND EUGENE RAYFORD | | PO BOX 258T<br>O FALLON<br>IL 62269 0258 | Learn More |

Thank you for choosing US Search as your trusted information provider!
Please click here to view our Permissible Use and Disclaimer Notices.