MAY. 16. 2002 5:19PM    WEXFORD HEALTH SOURCES

# WEXFORD
### MEDICINE IN CORRECTIONS

To: Utilization Management Department, Site Medical Director and Health Care Unit Administrator
From: Dr. Cleveland Rayford, M.D., IL Regional Medical Director  *C.R. Rayford MD*
Date/Time: 05-15-2002 (2:15 P.M.)
Subject: Inmate Name/Number: Aaron McCroy   N51882
Site/Service: Western ILCC   Cornea Transplant

Based on review of the information provided it is my medical opinion that:

1. ___    Approved: The requested services are medically necessary at this time.
2. _X_    Non Approved: The requested services are not medically necessary at this time.
3. _X_    Alternate Plan For Service Requested: The IDOC nor Wexford will pay for transplantations. Suggest that patient talk with HCUA if he and/or his family is willing to take care of the cost of transplantation.

**NON APPROVED**

4. ___    Appeal Date/Time _____
5. ___    Telemedicine Case Conference Requested
5a. ___   Your telemedicine case conference is scheduled for _____ (date/time)
6. ___    Appeal Information _____

_____
_____
_____
_____

7. ___    Appeal Approved Signature _____ (date/time)
8. ___    Appeal Non-Approved Signature _____ (date/time)
9. _✓_    Provider Signature ____ (date/time) 5/20/02 12:17P
          I will re-consult upon completion of alternate medical plan if indicated.
10. ___   Provider Signature _____ (date/time)
          I do not desire second opinion of non-approved appeal.
11. ___   Provider Signature _____ (date/time)
          I desire second opinion of non-approved appeal.

** The information contained in this report is privileged and confidential.
** Document Revised: 09/2001

203 Greentree Commons • 201 Mansfield Avenue • Pittsburgh, PA 15220
412.937.8590 • Fax 412.937.8599 • www.wexfordhealth.com



EXHIBIT E

000000551

FAXED