UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AARON MCCROY,            )
                         )
    Plaintiff,           )
                         )
vs.                      )     NO. 02-CV-3171
                         )
ILLINOIS DEPARTMENT OF   )
CORRECTIONS et al.,      )
                         )
    Defendants.          )

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Plaintiff, AARON MCCROY, by and through his attorney LONDRIGAN POTTER & RANDLE, P.C. in support of his motion for leave to file fourth amended complaint states as follows:

### I. PROCEDURAL POSTURE

Plaintiff seeks to file an amended complaint solely to add Dr. Cleveland Rayford as a Defendant. Dr. Rayford was a named defendant in all of the Compalints prior to the one filed March 22, 2007. The sole reason he was dropped as a party Defendant was because his Counsel gave Plaintiff's Counsel the impression he was dead. (*See*, e-mails attached as Ex. B to Motion filed herewith). Plaintiff's Counsel has now learned that Dr. Rayford is not dead.

### II. ARGUMENT

Pursuant to Fed. R. Civ. P. 15, leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). A mere delay does not operate to preclude a motion to amend a complaint. **Clark v. Universal Builders, Inc.**, 501 F.2d 324, 339 (7th Cir. 1974). Whether leave shall be given is a matter of discretion for the trial judge.

In this case, granting the motion to amend supports justice. First, Dr. Rayford played a

key role in the delayed surgery. (*See*, Ex. E attached to Motion filed herewith). Second, he was previously a party and will not be prejudiced by being named again. Third, the only reason he was dismissed was because Defendant's Counsel indicated that he was deceased. Fourth, Plaintiff's counsel just learned he is not deceased. Lastly, amending the Complaint will not result in the trial being delayed.

    WHEREFORE, Plaintiff prays that his Motion for Leave to File a Fourth Amended Complaint be ALLOWED.

>Respectfully submitted,
>
>AARON MCCROY, Plaintiff
>
>By: s/Thomas F. Londrigan
>THOMAS F. LONDRIGAN, Bar No.
>Attorney for Plaintiff
>LONDRIGAN, POTTER & RANDLE, P.C.
>1227 South Seventh Street
>Post Office Box 399
>Springfield, IL 62705
>Telephone: (217) 544-9823
>tom@lprpc.com

## Certificate of Service

The hereby certify that on September 17, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

> By: s/Thomas F. Londrigan
> THOMAS F. LONDRIGAN, Bar No. 1686542
> Attorney for Plaintiff
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South Seventh Street
> Post Office Box 399
> Springfield, IL 62705
> Telephone: (217) 544-9823
> tom@lprpc.com