STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility: WJCC

Inmate's Name: McCray Aaron     Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 6/1/02 10 AM | Nurse Note S: "I need to see the Dr about my H/A's & about how often I can take Midrin" BP 140/94  92-72-16 No c/o nausea, dizziness or blurred vision. Has current order for Midrin though not satisfied Q - how many can take in a time period. A. Chronic H/As | P. Received to DSC 6/3/02 for further evaluation [illegible] |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: McCroy    Inmate's Number: _____

| Date/Time | S O A | PLANS |
|---|---|---|
| 6/4/02 2pm | MD SICK CALL [illegible] WT 249 BP 144/90 T 96.6 P 76 R 16 NAD NMB | PC Accucheck - 152 |
| 6/4/02 2:20 | Pt c/o chronic HA unrelieved by actual Medrx Ikint Fundi no papilledema PERLLA neuro- grossly intact A① HCV Pt still refused α Interferon ribavarin Rx | ① Toradol 10mg NOT ① PRN HA × 1mo ③ Eye referral [signature] Noted 6/4/02 [signature] |
| 6/11/02 1:00PM | OPTOMETRIST pt reports headache past 3 mos & poss hydrops O.S. past 2 days. OS appears quiet today c̄ no sign of any change since last visit, no ciliary spasm | ck Eyes - Headache |

OC 7147 (3-84)
IL 426-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: McCray, Aaron   Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 6/11/02 | noted, ant ch clear, no papilledema noted, no change in cornea noted. I will re√ in 1 wk in case hydrops develops and told pt to return PRN | |
| | OPTOMETRIST | D L Anderson OD |
| 6-18-02 1:20PM | Re√ OS - pt reports only minor irritation. No change noted since last visit - will re√ next wk | ch ⓁEye see next wk. |
| | | D L Anderson OD |
| | | OPTOMETRIST |

DC 7147 (2-84)
IL 426-0017

764

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: McCroy, Aaron     Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 8/20/02 11:50a | Doctor Sickcall T- 96.5 80 78 - BP 138/88 Ashys WT 248 mn Note | |
| 8/20/02 1:10p | Dr Rowe, MD called requesting further information about the extent of his visual acuity, 1° dominant eye, telling that eye exam with and without contacts, activities of daily living. Pt became emotional refusing eye exam and threatening law suits. | P ⓘ CPM |

(signature) MD

Note seen 8/20/02 A Shangh

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: McCray, Aaron
Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 8/20/02 1:10p | Nurse Note — Instructed to do eye exam c̄ reading eye chart, I/M refuses to attempt to read eye chart, states, "I'm not going to help you out that way." Started talking of law-suits, Demands a lay-in, + to know when he is going out to see opthamologist. — E Ashcraft — | |

DC 7147 (2-84)
IL 426-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: MCCROY, AARON   Inmate's Number: N51

| Date/Time | SOA | PLANS |
|---|---|---|
| 8/22/02 1:31pm | MD Note. Pt was brought to HCU reluctantly and started to instruct HCU staff that he was brought here against his will and that Wexford employees had no right to treat him at this point and that all correspondence and pt care instructions should be through attorneys. | PO Admit to infirmary next week for contact lens prescription education and for compliance. [signature] |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WD

Inmate's Name: McCroy, Aaron   Inmate's Number: N57882

| Date/Time | SOA | PLANS |
|---|---|---|
| 8-26-02 10:30 A | Nurse Note — Placed in infirmary Rm 2 per Dr Sims | — S Scott LPN |
| 8/26/02 3:10 pm | Nurse Note — Received Rt eye contact from inmate. Inmate states does not have a left eye contact, "they took it away 7 mos ago when it was bothering my cornea." | P 1) Contact case with right lens placed in pharmacy — D Edwards RN |
| 8/26/02 9:45 p | Nurse note — Refuses Isopto Hyosine eye gtts and refuses to take Inderal. States only takes Inderal when he has a headache. Used artificial tears as directed | P 1) Cont. inf care as directed — D Edwards RN |
| 8/27/02 | Nurse Note — Refuses Isopto Hyosine eye gtts | — D Edwards RN |

OC 7147 (2-84)
R 426-0017

769