E-FILED
Friday, 21 September, 2007  01:51:09 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility: WECC

Inmate's Name: MCCROY, AARON    Inmate's Number: N57882

| Date/Time | SOA | PLANS |
|---|---|---|
| 8/27/02 10:16A | MD Note — S/W BM was admitted to WCC for CL preparation. Pt doesn't have (L) CL which apparently D/C'd as per optometry 2° Pt's inability to tolerate it. Pt now says he can wear (R) CL approx. 4h already but he needs to have it re-fitted. | (1) Case discussion with Optometry today. <br><br> D/ius MD <br> Rec'd + filed <br> 8-27-02 10:55 <br> C Thompson |
| 8-28-02 9<sup>a</sup> | Nurse note — inmate given C/cta & lens filed for 40-45 min no c/o pain or problem. C Shaw LPN | |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: MCCROY, AARON   Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 8/28/02 1250 | MD Note. Pt instructed to wear (R)CL today for 45min. Pt agreeable to wearing C CL daily for increasing time periods. Nursing staff will issue CL and retrieve daily | 8/29/02 ① Day 3 wear R CL 1h 8/30 ② Day 4 " " " 1½h 8/31 ③ Day 5 " " " 2h 9/1 ④ Day 6 " " " 2½h 9/2 ⑤ Day 7 " " " 3h 9/3 ⑥ Day 8 " " " 3½h 9/4 ⑦ Day 9 " " " 4h 9/5 ⑧ Nursing staff to issue R CL daily and collect it at allotted time 8-28-02 [signature] MD |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: McCraig Aaron    Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 8-29-02 9A | Contact lens in R eye - for 1° - Removed @ 10A. No c/o pain or problems — C Shaw LPN — | |
| 8/29/02 11:10A | MD Note S: This B/m c̄ Pt Keratoconus, HCV, 1° HTN presents c̄ complaints PE HEENT - c̄ keratoconus both cornea A① Keratoconus both cornea Pt still agreeable reluctantly to continuing lens break in period Pt to wear lens 1½ h tomorrow | P① Cont break-in period Pt to wear lens in ® ② Pt not to leave HCU until discharge  11:15A 8-29-02 C Shaw LPN |

772

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility: WICC

Inmate's Name: McCrey Aaron

Inmate's Number: N51882

| Date/Time | S O A | PLANS |
|---|---|---|
| 8-30-02 | Nurse note | P. Contact as ordered |
| 8:30 A | c/o headache & | — Shaw LPN — |
| | S/O eye pain - T. Van - | |
| | Contacts given to inmate | |
| | A eye problems | |
| | | |
| 8/31/02 8:20 am | nurse note: Ⓑ contact placed per inmate | C Thompson |
| | | |
| 8/31/02 10:30 am | nurse note: Ⓑ contact removed per inmate; Denies c/o | C Thompson |
| | | |
| 9-1-02 8:15 am | nurse note: Ⓡ contact placed per inmate. | C Thompson |
| | | |
| 9-1-02 10:45 am | nurse note: Ⓑ contact removed per inmate, Denies c/o | C Thompson |

DC 7147 (3-84)
IL 426-0017

773

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: LWICC

Inmate's Name: Mc Craig, Aaron

Inmate's Number: 125882

| Date/Time | SOA | PLANS |
|---|---|---|
| | LABORATORY DRAW<br>Date 9/5/02 Time — Refused to take<br>Site ___ Sticker # ___<br>Test LFT, Glucose tolerance test<br>Signature ___ | |
| 9/5/02<br>3:30 am | Nurse note:<br>Refused Glucose<br>Tolerance test. — B. Tate LPN | |
| 9/5/02<br>1010A | MD note<br>Pt released yesterday from infirmary. Pt was non compliant with break in period regarding KCL usage. Pt still adamant about need for cornea transplant | BC await ophtho consult<br><br>Nur Nai 9/5/02 |
| 9/5/02<br>10:15 | Nurse Note<br>Contact lens + solution issued to keep in possession. — K Ashy LPN | |

OC 7147 (3-84)
IL 426-0017

774

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY

WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron   INAMTE'S NUMBER N51882
CONSULTANT'S NAME: Dr Weller
CONSULT REQUESTED BY: Dr Jarlik   DATE 2-26-02   URGENT (✓) YES ( ) NO

REASON FOR CONSULT: (LIST PROBLEM)

Corneal ulcer, keratoconus

( ) EVALUATION
( ) Management

REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY)

FINDINGS:
① advanced keratoconus OU
② suspect apical touch OD
③ stromal scar centrally OS, deep, suspect old hydrops (acute) crack in descemets membrane
④ No ulcer.

PROCEDURE:

ASSESSMENT: – D/C c loxin
– F/U c optometry to refit with contacts

RECOMMENDATIONS/PLANS: – if K's progress >55 and unable to fit c contacts F/U c Dr Sieck for consideration of corneal transplant

DATE: 26Feb02    [signature] Weller MD
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 2/27/02    [signature] MD
DC7105-AI(REV01/89)    (SIGNATURE OF MEDICAL DIRECTOR)
IL426-0027

1292

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

FACILITY WIL

REQUEST FOR CONSULTATION – REPORT OF COSULTATION

INMATE'S NAME McCroy Aaron INAMTE'S NUMBER N51882

CONSULTANT'S NAME Dr Plotner Kehoe Eye Care

CONSULT REQUESTED BY Dr Anderson DATE 5-13-02 ~~5702~~ URGENT ( ) YES (✓) NO

REASON FOR CONSULT: (LIST PROBLEM)

3wk FU of CL refitting

( ) EVALUATION
( ) Management

FINDINGS: REPORT OF CONSULTANT (USE REVERSE SIDE IF NECESSARY

Vc 20/30-2, 20/200 OR -5.25 sph 20/50 OS

Only Able to tolerate OS Epcon lens 1-2 hrs/day every other day.

Good Lateral Centration
touch
Good AEL

PROCEDURE:

ASSESSMENT: (1) Good Epcon CL fit OS but poor comfort.

RECOMMENDATIONS/PLANS: (1) D/C CL wear OS Consider corneal transplant OS at I/m expense. Rx. Art Tears gtt on x 180 days. I/m to return to Dr. Anderson stat for any hydrops.

DATE: 5/13/02 [signature] OD M.D.
(SIGNATURE OF OCNSULTANT)

FOR CORRECTIONAL CENTER MEDICAL DIRECTOR ONLY:

(✓) I HAVE REVIEWED THE RECOMMENDATIONS CONTAINED IN THIS REPORT AND APPROVE THEM.

( ) I HAVE REVIEWED THE RECOMMENDATIONS AND DISAPPROVE OR CHOOSE TO REVISE THEM FOR THE FOLLOWING REASON.

DATE: 5/13/02 [signature]
(SIGNATURE OF MEDICAL DIRECTOR)

DC7105-AI(REV01/89)
IL426-0027

# JACKSONVILLE OPHTHALMOLOGIC ASSOCIATES, Ltd.

*Eric A. Giebelhausen, M.D., F.A.C.S. - A. George Schultz, III, M.D., F.A.C.S.*
*H. Jay Bruninga, M.D. - Harvey D. Mack, O.D.*

September 23, 2002

Dr. Sims
Western Illinois Correctional Center
Rt 99
Mt. Sterling, Illinois 62353

RE: Aaron McCroy
B.D. 9-9-60

Dear Dr. Sims:

I had the opportunity to see Aaron McCroy as you requested on the afternoon of September 20, 2002 regarding evaluation for "keratoconus".

Mr. McCroy is a forty-two year old male who was well spoken and cooperative. He gave a history of having long-standing poor vision in both eyes who denied previous eye surgeries or significant ocular injury. He has had known keratoconus for many years and does wear a gas permeable contact lens in the right eye for the keratoconus and has been intolerant of the contact in his left eye for the past seven to eight years. He currently is on a hypertonic saline solution and scopolamine drops in the left eye.

When examined in the office, Mr. McCroy had uncorrected visual acuities of less than 20/200 in either eye. With the insertion of his right contact lens, his vision improved to the 20/100 level. This could not be improved beyond the 20/100 level with an over-refraction or with the use of a pinhole. The vision in the left eye could not be improved by any means. His external eye examination is unremarkable. There was no conjunctival injection and his lids were in normal position. The right cornea showed an obvious keratoconus with approximately 30% loss in thickness of the central cornea but without the loss of transparency. A right corneal topography (see enclosed) showed a keratometer reading of 54.50 in one meridian and 46.50X098 in the other meridian. The patient's present right contact lens showed good 3-point touch with a steep inferior fit with bubbles compatible with the diagnosis of keratoconus. The right anterior chamber was clear and deep without inflammation and his pupillary reactions were normal and appropriate. The left cornea showed central apical scarring with approximately 80% loss of corneal thickness with a prominent Fleischer ring. Attempts at a left corneal topography were such that the machine "would not compute". His intraocular pressures seem to be in the normal range but the keratoconus made the exact measurements impossible. His visual fields were grossly full to confrontation and the remainder of his eye examination was compatible with his chronologic age.

*2000 West Morton Avenue - Jacksonville, IL 62650 - Telephone (217) 245-6814*

1321

It is my suggestion that Mr. McCroy continue with the topical hypertonic saline as he presently is doing. He will definitely need a left penetrating keratoplasty at some time in the future in an effort to maximize his visual acuity as the degree of keratoconus and scarring are inconsistent with a contact lens or spectacle lens correction. I would suggest that he be seen in consultation by a corneal surgeon at sometime such as Dr. Eric Lohse at the Springfield Clinic in Springfield, Illinois or with a corneal surgeon approved by the Department of Corrections.

In summary, Mr. McCroy has a chronic eye problem bilaterally, worse in left eye than the right. He is having no acute problem but his visual acuity is certainly inadequate at his present level.

Should you have any question regarding the above-mentioned information, please let me know.

Sincerely,

A. George Schultz III, M.D., F.A.C.S.

AGS/lmm

1322