IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO AMEND
## DEFENDANTS' SUMMARY JUDGMENT MOTION AND
## SUPPORTING MEMORANDUM OF LAW BY INTERLINEATION

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, KENNETH KELLERMAN, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Motion to Amend Defendants' Summary Judgment Motion and Supporting Memorandum of Law by Interlineation state the following:

1.  In their Motion for Summary Judgment and supporting Memorandum of Law, Defendant Kenneth Kellerman was inadvertently left out of the list of defendants for whom the undersigned was filing the Motion and supporting Memorandum of Law.

2.  This failure to include Defendant Kenneth Kellerman was inadvertent.

3.  The body of the summary judgment Motion and supporting Memorandum of Law was not affected as it referenced Defendant Kenneth Kellerman and his arguments, as did Plaintiff's response to the summary judgment.

1

4. Because of the number of pages required to refile the amended summary judgment motion and supporting memorandum of law, it would serve judicial economy to allow the amendment by interlineation to simply add Defendant Kenneth Kellerman.

5. Adding Defendant Kenneth Kellerman will not prejudice Plaintiff.

WHEREFORE, Defendants respectfully request that this honorable Court grant their Motion to Amend Defendants' Summary Judgment Motion and supporting Memorandum of Law by Interlineation and include Defendant Kenneth Kellerman as moving for summary judgment.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, KENNETH KELLERMAN, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2007, I electronically filed a Motion to Amend Defendants' Summary Judgment Motion and Supporting Memorandum of Law by Interlineation with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Thomas Londrigan
    Londrigan, Potter & Randle, P.C.
    tom@lprpc.com

    Douglas J. Quivey
    Londrigan, Potter & Randle, P.C.
    doug@lprpc.com

    Theresa Powell
    Heyl, Royster, Voelker & Allen
    tpowell@hrva.com

    Carl J. Tenney
    Hughes, Hill & Tenney, L.L.C.
    ctenney@hhtlaw.com

and I hereby certify that on September 24, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us