3:02-cv-03171-HAB-BGC   # 408    Page 1 of 1            E-FILED
                                                    Thursday, 04 October, 2007  03:15:38 PM
                                                         Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>AARON MCCROY v IDOC | CASE NO.<br><br>02-3171 | Beginning Date of Trial:<br><br>OCT. 25, 2007 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF BIG MUDDY RIVER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Aaron McCroy | N 51882 | BIG MUDDY | 10/25/07 | 10:00 - 11:30 |
| Thomas Londrigan/Pla's cnsl | N/A | CONCORDIA | 10/25/07 | 10:00 - 11:30 |
| Julie Morgan/Dfts' cnsl | N/A | CONCORDIA | 10/25/07 | 10:00 - 11:30 |
| Kelly Choate/Dfts' cnsl | N/A | CONCORDIA | 10/25/07 | 10:00 - 11:30 |
| Theresa Powell/Dfts' cnsl | N/A | CONCORDIA | 10/25/07 | 10:00 - 11:30 |
| Judge Baker | N/A | URBANA COURTROOM 1 | 10/25/07 | 10:00 - 11:30 |
| | | | | |

**Dated:** October 4, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/K.Wynn_____
           DEPUTY CLERK

cc: Aaron McCroy
    Thomas Londrigan
    Julie Morgan
    Kelly Choate
    Theresa Powell