IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and ) | |
| RHONDA MILLS, ) | |
| Defendants. ) | |

**ORDER**

THIS CAUSE COMING before the Court on Joint Motion for Extension of Time to File Final Pretrial Order, and the Court being fully advised in the premises,

IT IS THEREFORE ORDERED that the Joint Motion for Extension of Time File Final Pretrial Order is GRANTED. The deadline for filing the Final Pretrial Order is extended up to and including October 11, 2007.

**IT IS SO ORDERED.**

**DATED:**_____

_____
United States Magistrate Judge