E-FILED
Thursday, 04 October, 2007 03:34:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA

AMENDED VIDEO WRIT

| CASE NAME: AARON MCCROY v IDOC | CASE NO. 02-3171 | Beginning Date of Trial: OCT. 24, 2007 | Type of Trial: <br> Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF BIG MUDDY RIVER**
WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Aaron McCroy | N 51882 | BIG MUDDY | 10/24/07 | 10:00 - 11:30 |
| Thomas Londrigan/Pla's cnsl | N/A | CONCORDIA | 10/24/07 | 10:00 - 11:30 |
| Julie Morgan/Dfts' cnsl | N/A | CONCORDIA | 10/24/07 | 10:00 - 11:30 |
| Kelly Choate/Dfts' cnsl | N/A | CONCORDIA | 10/24/07 | 10:00 - 11:30 |
| Theresa Powell/Dfts' cnsl | N/A | CONCORDIA | 10/24/07 | 10:00 - 11:30 |
| Judge Baker | N/A | URBANA COURTROOM 1 | 10/24/07 | 10:00 - 11:30 |

Dated: October 4, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/K.Wynn
         DEPUTY CLERK

cc: Aaron McCroy
    Thomas Londrigan
    Julie Morgan
    Kelly Choate
    Theresa Powell

Format and wording approved by IDOC Legal Counsel 2/11/98