UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **AARON MCCROY, Plaintiff,** ) | |
| ) | |
| vs. ) | NO. 02-3171 |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS et al., Defendants.** ) | |

### NOTICE OF VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that on **Monday, October 15, 2007**, at **1:00 p.m.**, we shall cause the videotaped deposition of **Dr. William Zeh** to be taken before a certified shorthand reporter and videographer in the above-entitled cause at the offices of **Baker &Daniels, 600 E. 96th Street, Suite 600, Indianapolis, Indiana.**

Respectfully submitted,

AARON MCCROY, Plaintiff

By:    s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com