# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY | WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| Plaintiff | |
| | CASE NO. 02-3171 |
| vs | |
| IDOC, et al. | |
| Defendants | |

TO:  THE WARDEN of Big Muddy River Correctional Center at Ina, Illinois

**WE COMMAND** that you produce the body of AARON MCCROY, Register No. N-51882, in your custody, before the United States District Court at the U.S. Courthouse, 201 South Vine Street, Urbana, Illinois, on Monday, October 29, 2007, at 9:00 a.m.  **(NOTE:  All inmates must arrive at the U.S. Courthouse at least one-half hour prior to the beginning of the hearing)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted.  At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  October 9, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:      s/ C. Cathcart
         Deputy Clerk