E-FILED
Thursday, 11 October, 2007  05:21:44 PM
Clerk, U.S. District Court, ILCD

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 1 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Group Ex. 1 | Comprehensive Health Care Contract between IDOC and Wexford Health Sources, Inc. with amendments & budget schedules for contract term1/16/00 through 3/15/05 (Pages 1-93) | | X | Defendants object to the relevance of certain portions of the Contract between IDOC and Wexford. FRE 401, 403 |
| Group Ex. 2 | Comprehensive Healthcare Contract between IDOC and Wexford Health Sources, Inc. for contact term 3/15/05 through 3/15/09 (Bates #1-132) | | | Defendants object to the relevance of the Contract between IDOC and Wexford for these dates. FRE 401, 403 |
| Group Ex. 3 | Contract for Services Between Illinois Healthcare and Family Services, Illinois Department of Corrections and Wexford Health Sources, Inc. 2006-05-001, for contract term 2 years beginning 12/15/05. (Bates #317-478) | | | Defendants object to the relevance of the Contract between IDOC and Wexford for these dates. FRE 401, 403 |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| **McCroy v. IDOC, et al.** | **Case No. 02-CV-3171** | **Page 2 of 23** |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Group Ex. 4 | ADA Training Manual (provided to us by Attorney Choate on 1/23/07) (Bates #1-300) | | | Defendants object to the relevance of all or part of this manual. FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 3 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Group Ex. 5 | Aaron McCroy Prison Medical File (Pages 1-130) (see attached sheet for page by page listing) Also add, Bates #□s 881-889, 891-909, 911-931, 568, 569, 934-936, 939-943, 294, 295, 296-316, 946-953, 959-964, 968, 970, 971, 972, 973, 975, 976, 977, 978, 989 317, 322, 323, 327-330, 333, 336, 337, 339, 983, 984, 341, 992, 342, 344, 345, 998, 349, 352, 577, 1005, 1008, 1007, 1009, 354-358, 1012, 1014-1016, 270-273, 801, 1340, 1344, 1353 & 1360. (The following pages of this exhibit (by Bates #'s) Plaintiff proposes will be redacted 123, 317, 568, 763, 794, 881, 891, 894, 899, 904, 906, 911, 912, 921, 922, 923, 927, 936, 940, 941, 946, 952, 963) | x | x | Defendants object to any redaction to these medical records. |
| Ex. 6 | U.S. Department of Health & Human Services, National Vital Statistics Reports, US Life Tables, Vol. 54, Number 14, 2003 (revised as of 3/28/07) (Pages 1-4) | | x | Defendants object to the use of Exhibit 6 in that it is not relevant in this case.  FRE 401,403 |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 4 of 23 |
| --- | --- | --- |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
| --- | --- | --- | --- | --- |
| Ex. 7 | U.S. Department of Labor, Bulletin 3135-36, Bloomington-Normal, IL, National Compensation Survey, April 2006. (Pages 1-6) | | | Defendants object to the use of Exhibit 7 as there is no foundation for this document. It is not relevant to the plaintiff's claim and constitutes hearsay. FRE 401, 403, 801, 802 |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 5 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Ex. 8 | 8/9/02 Pro Se Complaint filed by Aaron McCroy, Case No. 02-3171, attachments included. (Pages 1-54) | | | Defendants object to Exhibit 8 as substantive evidence by the Plaintiff. It is not relevant. It is hearsay. FRE 401, 403, 801, 802. Exhibit 8 may be used to cross examine plaintiff and may be used as an admission against interest to the extent applicable as same are exceptions to the hearsay rule. FRE 801(d)(2) |
| Ex. 9 | 3/19/04 through 9/29/04 docket entries in Central District Case No. 02-3171 (5 pgs) | | | Defendants Object to these docket entries being used as exhibits. They are not relevant to prove any element of plaintiff's case and may be unfairly prejudicial and confusing. FRE 401, 403. |
| Ex. 10 | 7/24/02 Psychologist Report for Brandon Durham prepared by IDOC employee, Dr. Richard Ibe (2 pgs) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants. FRE 401, 403. To the extent this exhibit may be |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 6 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | relevant to some parties, but not others, Defendants seek a limiting instruction. In addition, use of such an exhibit may violate HIPAA laws as Mr. Durham has not waived his rights of confidentiality. These laws are particularly strict as it pertains to mental health information. |
| Ex. 11 | 7/30/03 IDOC Internal Classification Form for Brandon Durham (2 pages) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants. FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |
| Ex. 12 | 1/23/03 Hearing Incident Report of Brandon Durham (2 pgs) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 7 of 23 |
| --- | --- | --- |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
| --- | --- | --- | --- | --- |
|  |  |  |  | defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 13 | 1/28/03 IDOC Disciplinary Report of Brandon Durham |  |  | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 14 | 2/4/03 IDOC Final Summary Report of Brandon Durham (2 pgs) |  |  | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 8 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
|  |  |  |  | defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 15 | 3/11/04 IDOC Disciplinary Report of Brandon Durham |  |  | Defendants object to the relevance of this report.  There is no evidence to indicate this information was known to any of the defendants. |
| Ex. 16 | 3/17/04 IDOC Final Summary Report of Brandon Durham (2 pgs) |  |  | Relevance |
| Ex. 17 | 3/24/04 IDOC Transfer Report regarding Brandon Durham (2 pgs) |  |  | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 9 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 18 | 6/4/03 IDOC Disciplinary Report of Brandon Durham (2 pgs) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants. FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 19 | 7/25/04 IDOC Disciplinary Report of Brandon Durham (2 pgs) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants. FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 10 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 20 | 8/2/04 IDOC Incident and Disciplinary Report of Brandon Durham (3 pgs) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 21 | 8/5/04 IDOC Final Summary Report of Brandon Durham | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |

## 2nd AMENDED EXHIBIT LIST FOR PLAINTIFF

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 11 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 22 | IDOC Disciplinary Card of Brandon Durham from 1/1/98 through 9/24/04 (2 pgs) | | | Defendants object to the relevance of all or part of this report. There is no evidence to indicate this information was known to any of the defendants.  FRE 401, 403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802. |
| Ex. 23 | 12/17/01 Letter from Plaintiff to A/W Schnepel & D. Fuqua (2pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802 |

## 2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 12 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Ex. 24 | 2/8/02 Letter from Plaintiff to A/W. Schnepel & D. Fuqua (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802 |
| Ex. 25 | 8/11/02 Letter from Plaintiff to Warden Hockaday, A/W Funk and D. Fuqua re Medical Treatment | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be ruled relevant to some parties, but not others, Defendants seek a limiting instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802 |
| Ex. 26 | 8/16/02 through 8/21/02 Debbie Fuqua E-mail messages re McCroy corneal transplant (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 13 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | instruction. Such information also constitutes hearsay as offered by plaintiff. FRE 801,802 |
| Ex. 27 | 10/16/01 IDOC OTS Transfer Report | | | Defendants Object to the relevance of this exhibit. FRE 401, 403.  Defendants have already stipulated that Mr. McCroy was transferred to WICC on or about this date. |
| Ex. 28 | 10/22/03 WICC Security Reclassification Review | | | Defendants object to the relevance of this letter. FRE 401,403.  There is no evidence that any of the parties in this case participated in a Security Reclassification Review. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |
| Ex. 29 | 10/29/03 IDOC Disciplinary Segregation Double Celling Screening Form | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 14 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Defendants seek a limiting instruction. |
| Ex. 30 | 3/2/04 IDOC OTS Transfer Report (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |
| Ex. 31 | 3/2/04 IDOC OTS Security Reclassification/Escape Risk (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |
| Ex. 32 | 3/2/04 IDOC OTS Inmate Data Summary (3 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Said document |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 15 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | may also contain hearsay.  FRE 801,802 |
| Ex. 33 | 3/16/04 Disciplinary Segretation Double Celling Screening Form | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Said document may also contain hearsay.  FRE 801,802 |
| Ex. 34 | 12/16/04 Record of Substance Abuse Testing | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. |
| Ex. 35 | 1/4/05 IDOC OTS Transfer Report (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 16 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Defendants seek a limiting instruction. Said document may also contain hearsay. FRE 801,802 |
| Ex. 36 | 1/5/05 Good Conduct Report | | | Defendants object to the relevance of this letter. FRE 401,403. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. Said document may also contain hearsay. FRE 801,802 |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 17 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Ex. 37 | 8/19/05 IDOC OTS Transfer Report (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document may also contain hearsay.  FRE 801,802 |
| Ex. 38 | Dr. Kwedar's demonstrative exhibit used in his deposition in this case taken on 9/11/06 (pp. 128-129) | ` | | Defendants object to the use and reference to Exhibit 30 by anyone other than Dr. Kwedar. The exhibit may be irrelevant in other contexts. FRE 401,403 |
| Group Ex. 39 | Selected Regulations & Ill.Adm. Code Rules (Pages 1-25) | | | Defendants object to the blanket reference to the Administrative Code as not all are relevant to all of the defendants in this matter.  FRE 401, 403 |
| Group Ex. 40 | Medication Administration Records (Bates #010678, 671, 675, 668, 676) | x | x | |
| Group | All McCroy Grievances and | | | Defendants object to the |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 18 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Ex. 41 | Responses to those grievances from 11/29/01 through 11/4/06 (individual page list will follows as soon as it is finished) | | | relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said documents also contain hearsay.  FRE 801,802 |
| Ex. 42 | 10/22/03 OTS Security Reclassification/Escape Risk (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document also contains hearsay.  FRE 801,802 |
| Ex. 43 | 12/23/03 Wexford Certification of Service (1 pg) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document |

## 2nd AMENDED EXHIBIT LIST FOR PLAINTIFF

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 19 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | also contains hearsay.  FRE 801,802 |
| Ex. 44 | Incident Reports from 10/29/03 incident by c/o Wilson (3 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document also contains hearsay.  FRE 801,802 |
| Ex. 45 | 8/6/04 Disciplinary Report (1 pg) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document also contains hearsay.  FRE 801,802 |
| Ex. 46 | 8/12/02 Memo from Dr. Elyea to All vendors re cornea grafting (transplantation) (2 pgs) | | x | Defendants object to the relevance of this document as it pertains to the claims against Defendants Mills, Lochard and Brown as none played any role in determining whether or not |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 20 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | plaintiff received a corneal transplant. Defendant Wexford objects to this exhibit as Wexford was only referenced in the claims based upon the ADA and Rehabilitations Act. Defendant Wexford objects to allowing plaintiff to amend his complaint at the time of the final pretrial order to include Wexford in counts for deliberate indifference. FRE 401,403 IDOC defendants have no objection. |
| Ex. 47 | 9/16/02 Wexford Fax transmission from Ruth Kwiatkowski re memo from Dr. Rayford to Dr. Sims regarding McCroy-memo attached (2 pgs) | | | Defendants object to the relevance of this document as it pertains to the claims against Defendants Mills, Lochard and Brown as none played any role in determining whether or not plaintiff received a corneal transplant. Defendant Wexford objects to this exhibit as Wexford was only referenced in the claims based upon the ADA and Rehabilitations Act. |

## 2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 21 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Defendant Wexford objects to allowing plaintiff to amend his complaint at the time of the final pretrial order to include Wexford in counts for deliberate indifference. FRE 401,403 IDOC defendants object to this document for relevance and hearsay. |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 22 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Ex. 48 | 3/29/07 IDOC memo from Dr. Elyea to Kelly Choate with attachment (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document also contains hearsay.  FRE 801,802 |
| Ex. 49 | 4/11/05 e-mails between Sherry Benton, Pam Grubman & Dr. Elyea (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 23 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | also contains hearsay.  FRE 801,802 |
| Ex. 50 | Aaron's Disciplinary Card (2 pgs) | | | Defendants object to the relevance of this letter. FRE 401,403.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  Said document also contains hearsay.  FRE 801,802 |
| Ex. 51 | 5/1/98 IDOC Adm. Directive, 04.03.100A-J | | | Defendants Object to the relevance of this Administrative Directive. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  FRE 401,403.  Evidence that such rules have not been followed does is not equivalent to liability for any of the claims at issue. |
| Ex. 52 | 1/1/95 IDOC Adm. Directive, 04.03.101A-J | | | Defendants Object to the relevance of this |

**2ⁿᵈ AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 24 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Administrative Directive.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  FRE 401,403.  Evidence that such rules have not been followed does not equivalent to liability for any of the claims at issue. |
| Ex. 53 | 1/1/95 IDOC Adm. Directive, 04.03.103A-J | | | Defendants Object to the relevance of this Administrative Directive.  To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction.  FRE 401,403.  Evidence that such rules have not been followed does not equivalent to liability for any of the claims at issue. |
| Ex. 54 | 10/1/94 IDOC Adm. Directive 04.03.120A-J | | | Defendants Object to the relevance of this |

**2nd AMENDED EXHIBIT LIST FOR PLAINTIFF**

| McCroy v. IDOC, et al. | Case No. 02-CV-3171 | Page 25 of 23 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| | | | | Administrative Directive. To the extent this exhibit may be relevant to some parties, but not others, Defendants seek a limiting instruction. FRE 401,403. Evidence that such rules have not been followed does is not equivalent to liability for any of the claims at issue. |
| | All exhibits used by Defendant. | | | |