JOINT EXHIBIT LIST FOR DEFENDANTS

| Case Name: McCroy v. IDOC | Case No. No. 02-3171 | Page 1 of 2 |
|---|---|---|

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Group Ex. 1 | Aaron McCroy's medical records | | | X (see attached page for specific pages objected to and requested to be redacted) |
| Ex. 2 | Illinois Administrative Code 20 SECTION 415.80 | | X | |
| Ex. 3 | 7/23/02 - 8/22/02 Defendant Fuqua,'s e-mail messages re McCroy transplant/responses to/from Hobrock and Dr. Elyea | X | | |
| Ex. 4 | Offender Tracking System "Keep separate from" list for Aaron McCroy | | | X* |
| Ex. 5 | McCroy Disciplinary history | | | X* |
| Ex. 6 | July 17, 2001 letter from C/O T. Bennett to Mark Pierson Re: Transfer Recommendation/Inmate McCroy Aaron | | | X* |
| Ex. 7 | McCroy Disciplinary report 10/14/97 & Adjustment Committee Summary | | | X* |
| Ex. 8 | March 12, 2003 letter to Plaintiff from Terri Anderson | | | X* |
| Ex. 9 | McCroy Sentence Calc. Mittimus OTS Report | | | X* |
| Ex. 10 | Transfer packet from Hill to Western Illinois C.C. | | | X* |
| Ex. 11 | McCroy 5/19/03 Mental Health Evaluation | | | X* |
| Ex. 12 | 9/8/05 Memo from John Evans to McCroy re: Safety glasses at Pinckneyville C.C. | | | X* |
| Ex. 13 | November 22, 2004 ARB response to Plaintiff | | | X* |
| Ex. 14 | August 12, 2002 memo from Dr. Elyea | | | X* |
| Ex. 15 | McCroy's cumulative counseling summary | | | X* |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| Ex. 16 | March 12, 2003 ARB response from Terri Anderson | | | X* |
| Ex. 17 | June 30, 2006 ARB response from Brian Fairchild | | | X* |
| Ex. 18 | Crary incident report dated 10/5/04 | | | X* |
| Ex. 19 | ARB response from Brian Fairchild dated 8/20/04 | | | X* |
| Ex. 20 | Disciplinary report of Hendricks dated 3/16/04 | | | X* |
| Ex. 21 | Incident report of B. Bower dated 3/16/07 | | | X* |
| Ex. 22 | Incident report of K. Hendricks dated 3/16/04 | | | X* |
| Ex. 23 | Disciplinary report of J. Wilson dated 10/29/03 | | | X* |
| Ex. 24 | Incident Reports of J. Wilson dated 10/29/03 | | | X* |
| Ex. 25 | Memo to McCroy from Hockaday dated 3/12/02 | | | X* |
| Ex. 26 | Disciplinary Report by Crary dated 10/5/04 | | | X* |
| Ex. 27 | ARB response to McCroy dated 4/5/02 | | | X* |
| | All of Plaintiff's Exhibits to the extent admitted | | | |
| | All of co-defendants' Exhibits to the extent admitted | | | |
| | All depositions for purposes of cross examination and impeachment purposes and substantive evidence as to Aaron Mccroy | | | |
| | Rebuttal evidence as needed. | | | |

*Plaintiff's counsel was not provided this Exhibit list until 4:04 p.m. on 10/11/07 and cannot respond as to whether or not there is an objection to this exhibit.

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EX. 1:**

PLAINTIFF'S SPECIFIC PAGE OBJECTIONS TO DEFENDANT'S EX. 1-TO HAVE REMOVED FROM EXHIBIT

Bates #'s 1, 2, 124, 125, 206, 210, 216, 218, 221-222, 223, 227, 235, 238-239, 241, 242, 252, 261, 265, 281, 282, 283, 408, 447, 468, 475, 476, 477, 485, 509, 518, 532-537, 543-549, 615, 616, 623-626, 638, 651-652, 654, 657-658, 680, 682-688, 692, 693, 703, 704, 706, 707, 710-717, 719-720, 726, 729, 733-736, 739, 740, 745, 749, 751, 755, 778, 782, 790, 869, 871, 880, 890, 932, 937, 938, 1072, 1075, 1108, 1116, 1126-1127, 1130, 1131, 1151, 1157, 1172, 1185, 1186, 1188, 1191, 1283, 1285, 1338

PLAINTIFF'S OBJECTIONS-TO REDACT PORTIONS OF THE PAGE, BUT KEEP THE PAGE IN THE RECORD:

Bates #s 123, 317, 412, 512, 568, 571, 741, 763, 794, 803, 806, 832, 851, 852, 857, 861-866, 873, 875, 877, 879, 881, 891, 894, 899, 904, 906, 911, 912, 921, 923, 927, 936, 940, 941, 946, 952, 963, 1031, 1047, 1067, 1082, 1085, 1086, 1087, 1099, 1117, 1125, 1183