05415-N3293
TMP/llw

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), WEXFORD | ) |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, | ) |
| M.D., DR. HUGHES LOCHARD, M.D., and | ) |
| RHONDA MILLS, | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE
MOTIONS IN LIMINE**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorneys, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC); JULIUS FLAGG; SANDRA FUNK; DEBRA K. FUQUA; DENNIS HOCKADAY; KENNETH KELLERMAN; BYRON LAW; ROGER E. WALKER, JR.; and KEVIN WINTERS by their attorney, KELLY CHOATE, Assistant Attorney General, with consent, and for their Motion For Extension of Time to File Motions in Limine, state:

1. The local Central District rules suggest that motions in limine are to be filed at least fourteen (14) days prior to the start of trial. This would be October 15, 2007.

**HEYL ROYSTER
VOELKER
& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/llw

2. Counsel for all parties have been working on the final pre-trial order for the last week or more.

3. In addition, the evidence deposition of Dr. Elyea is being taken on Monday, October 15, 2007, in Indianapolis. Accordingly, defense counsel is not going to be available during that day to make sure that all motions in limine have been reviewed and filed.

4. Defendants, therefore, request an additional seven (7) days to complete their motions in limine.

5. It should also be noted that Ms. Choate is working on preparing for two trials other than this case.

6. The undersigned counsel has been out of the office at the Tamms Correctional Center, Robinson Correctional Center, and in Chicago on other matters in the last week.

7. Accordingly, the undersigned attorneys would greatly appreciate some additional time to complete these motions.

WHEREFORE, the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; RHONDA MILLS; by their attorneys, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC); JULIUS FLAGG; SANDRA FUNK; DEBRA K. FUQUA; DENNIS HOCKADAY; KENNETH KELLERMAN; BYRON LAW; ROGER E. WALKER, JR.; and KEVIN WINTERS by their attorney, KELLY CHOATE, Assistant Attorney General, with consent, pray that the Court grant them additional time within which to file their motions in limine.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/llw

        Respectfully submitted,

        WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

        HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:   /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail: tpowell@hrva.com

        And With Consent

        ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, KENNETH KELLERMAN, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

By:   s/ Kelly R. Choate
       Kelly R. Choate, #6269533
       Assistant Attorney General
       Attorney for Defendants
       500 South Second Street
       Springfield, IL 62706
       Telephone: (217) 782-9026
       Facsimile: (217) 524-5091
       E-Mail: kchoate@atg.state.il.us

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/llw

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed **Motion For Extension of Time to File Motions in Limine** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Douglas J. Quivey
    doug@lprpc.com

    Thomas F. Londrigan
    tom@lprpc.com

    Kelly R. Choate
    kchoate@atg.state.il.us

    Julie L. Morgan
    jlmorgan@atg.state.il.us

    Alexandra de Saint Phalle
    alex@lprpc.com

and I hereby certify that on October 12, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

    None

    /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:    (217) 523-3902
    E-mail: tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822