```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
                   SPRINGFIELD DIVISION


AARON MCCROY, #N51882,            )
                                  )
            Plaintiff,            )
                                  )
       vs.                        )   No. 02-3171
                                  )
ILLINOIS DEPARTMENT OF            )
CORRECTIONS, et al.,              )
                                  )
            Defendants.           )
```

DEPOSITION

The deposition of AARON MCCROY was taken pursuant to Notice and pursuant to the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before Retha R. Meyerhoff, CSR, and a Notary Public in and for Randolph County, Illinois, taken at the Pinckneyville Correctional Center, same being located at 5835 State Route 154, Pinckneyville, Illinois, on Friday, March 16, 2007, beginning at approximately 11:10 a.m.

```
          RETHA R. MEYERHOFF, CSR #084-002901
                      P.O. Box 263
                   Percy, IL  62272
```


PLAINTIFF'S EXHIBIT 1

1

```
1      Q.   And how much did Mr. Durham weigh?
2      A.   I don't know.  I have no idea.
3      Q.   Was he smaller than you or bigger than you?
4      A.   Smaller.
5      Q.   Did you tell a nurse at any time that you were a
6  Muslim?
7      A.   No.
8      Q.   Okay.  There is a note in the record that says that
9  you were on a hunger strike because of your Muslim faith?
10     A.   No.
11     Q.   Did you ever say that?
12     A.   No.
13     Q.   Did you ever go on a hunger strike?  Did you ever
14  go on a hunger strike as part of a religious expression?
15     A.   No.
16     MR. LONDRIGAN:  Wait.  He attempted to answer further a
17  previous question, and you stepped on his response.  Were
18  you about to say something?
19     A.   I used to be a Muslim, but I never did go on a
20  hunger strike for my religious faith.
21     Q.   Did you ever tell a nurse that you were?
22     A.   No.
23     Q.   When were you a Muslim?
24     A.   When was the last time I was a Muslim?
```

91

1  Q. Yeah.

2  A. I think I re-evaluated my religious philosophy
3  maybe five years ago or six years ago.

4  Q. Okay. So back in 2001 maybe?

5  A. Yeah.

6  Q. All right. So before 2001 you might have been a
7  Muslim?

8  A. Yeah.

9  Q. Okay. And then at the point in time when you had
10 this altercation with Mr. Durham you had switched to being a
11 Christian?

12 A. Yes.

13 Q. And that's why you had a Bible? Is that accurate?

14 A. Yes.

15 Q. Okay. Did you participate in any religious
16 services while you were incarcerated?

17 A. Yes, I did.

18 Q. Okay. What sort of religious services did they
19 have at Western?

20 A. Well, I didn't participate in any at Western.

21 Q. And was there some event in particular that led you
22 to convert to Christianity?

23 A. An epithany, I guess. I don't know.

24 Q. Well, who gave you the Bible?