Illinois Department of Corrections
## Disciplinary Segregation Double Celling Screening Form
Western Illinois Correctional Center

DATE: 3/16/04    SCREENED BY: _____ / _____ CWS
                              Name                        Title

INMATE NAME: McCroy    INMATE #: N51882

I. MASTER FILE CHECKED: Yes ✓ No ___    OTS CHECKED: Yes ✓ No ___

DOCUMENTED PROTECTIVE CUSTODY ISSUES: None

DOCUMENTED ENEMIES AT WESTERN C.C.: (Name – Number – Location): None

SPECIAL ISSUES: AGE 43  RACE: Blk  HEIGHT: 6'1"  WEIGHT: 250

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: None

DATE/REASON FOR SEGREGATION PLACEMENT: 3/16/04 D.D.O.

SEG. RELEASE DATE: _____

II. MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes ✓ No ___ If yes, explain: Eye surgery — C Thompson

BY: S Scott LPN

PSYCHIATRIC RECOMMENDED FOR SINGLE CELL: Yes ___ No ✓ If yes, explain: _____

BY: S Scott LPN

MEDICAL RECORDS CHECKED: Yes ✓ No ___

III. RECOMMENDED: SINGLE ✓ DOUBLE ___    _____ 3/17/04
                                         CWS/CSS Signature - Date

FINAL DETERMINATION
SINGLE ✓ DOUBLE ___  _____
                    Assistant Warden of Operations/Duty Administrative Officer – Date

Original: Masterfile    cc: Placement Office
                            Segregation Lt.

PLAINTIFF'S EXHIBIT 2