Illinois Department of Corrections
## Disciplinary Segregation Double Celling Screening Form
Western Illinois Correctional Center

DATE: 9-25-04    SCREENED BY: Cowick                                                    cc5
                                  Name                                                 Title

INMATE NAME: McCrory                                       INMATE #: N51882

I. MASTER FILE CHECKED: Yes ✓ No ___        OTS CHECKED: Yes ✓ No ___

DOCUMENTED PROTECTIVE CUSTODY ISSUES: none

DOCUMENTED ENEMIES AT WESTERN C.C.: (Name – Number – Location): None

SPECIAL ISSUES: AGE 44   RACE: BLK   HEIGHT: 6'1"   WEIGHT: 250

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: none

DATE/REASON FOR SEGREGATION PLACEMENT: IS 9-24-04
Alleged fight

SEG. RELEASE DATE: unk

II. MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes ___ No ✓ If yes, explain:

BY: [signature]

PSYCHIATRIC RECOMMENDED FOR SINGLE CELL: Yes ✓ No ___ If yes, explain:
Given his recent celling difficulty with past cellys, recommend single celling.

BY: [signature]

MEDICAL RECORDS CHECKED: Yes ✓ No ___

III. RECOMMENDED: (SINGLE) ✓   DOUBLE ___

[signature] 9/27/04
CWS/CSS Signature - Date

FINAL DETERMINATION

[signature] Major McKee 9/28/04
Assistant Warden of Operations/Duty Administrative Officer – Date

(SINGLE) X   ~~DOUBLE~~ ___

Original: Masterfile    cc: Placement Office
                            Segregation Lt.

PLAINTIFF'S EXHIBIT 3