Illinois Department of Corrections
## Disciplinary Segregation Double Celling Screening Form
Western Illinois Correctional Center

DATE: 12/17/04  SCREENED BY: Brenda Shepard (Name)  CCH (Title)

INMATE NAME: McCroy, Aaron  INMATE #: N51882

I. MASTER FILE CHECKED: Yes X No ___   OTS CHECKED: Yes X No ___

DOCUMENTED PROTECTIVE CUSTODY ISSUES: None

DOCUMENTED ENEMIES AT WESTERN C.C.: (Name – Number – Location): None

SPECIAL ISSUES: AGE 44  RACE: Blk  HEIGHT: 6'1"  WEIGHT: 250 lbs

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: None

DATE/REASON FOR SEGREGATION PLACEMENT: 12-16-04 Drugs + Drug paraph. Failed to produce

SEG. RELEASE DATE: Unk

II. MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes ✓ No ___ If yes, explain: ___

BY: S Scott LPN

PSYCHIATRIC RECOMMENDED FOR SINGLE CELL: Yes ___ No ✓ If yes, explain: ___

BY: S Scott LPN

MEDICAL RECORDS CHECKED: Yes ✓ No ___

III. RECOMMENDED: SINGLE ___ DOUBLE ✓   _____ CWS/CCS Signature - Date

### FINAL DETERMINATION

SINGLE ___ DOUBLE ✓  Sandra Funk  12-17-04
Assistant Warden of Operations/Duty Administrative Officer – Date

Original: Masterfile   cc: Placement Office
                           Segregation Lt.

PLAINTIFF'S EXHIBIT 4

P.87

WIL-0050 (EFF. 11/01)