DISCIPLINARY SEGREGATION DOUBLE CELLING SCREENING FORM

DATE: 2-1-05     SCREENED BY: Owens CCII
                              Name        Title

TO: MASTERFILE OF INMATE
McCoy, Aaron                 N51882
        Name                 Number

FROM: ASSISTANT WARDEN – MENARD CORRECTIONAL CENTER

- Medical Records Checked:       Yes/No
- Master File Checked:           Yes/No
- O.T.S. Checked:                Yes/No
- Placement Office Checked:      Yes/No
- Current Cell Location:         North II 1-41

PREDATORY/PASSIVE HOMOSEXUALITY CONCERNS: None noted

AGGRESSION LEVEL PRIOR TO SEGREGATION PLACEMENT: MED
MEDICALLY RECOMMENDED FOR SINGLE CELL: Yes/No If Yes Explain:

PSYCHIATRIC: RECOMMENDED FOR SINGLE CELL: Yes/No If Yes Explain:

By: Joseph Phillips
DOCUMENTED PROTECTIVE CUSTODY ISSUES: None noted

DOCUMENTED ENEMIES AT MENARD C.C.: (Name-Number-Location): Per OTS: 8
None noted

SPECIAL ISSUES: AGE: 44 RACE: B HEIGHT: 6'1 WEIGHT: 225
GANG AFFILIATION/RANK: None noted
REASON FOR SEGREGATION PLACEMENT: 1-12-05
203 - Drugs
                                    SEG. RELEASE DATE: 6-16-05

CASEWORK SUPERVISOR REVIEW AND RECOMMENDATION
RECOMMENDED: SINGLE/DOUBLE   M Sanders   2-2-5
                             C.W.S. SIGNATURE/DATE

RECOMMENDED: SINGLE/DOUBLE _____
                             UNIT SUPERINTENDENT/DATE

FINAL DETERMINATION

RECOMMENDED: SINGLE/DOUBLE   _____ 2-2-05
                             ASSISTANT WARDEN/DATE

IL 426-17367 DCA 130-3-515 (REV 8/19/98)    P.86

PLAINTIFF'S EXHIBIT 5