```
M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOT
SID/IL44336060
ATN/MOTE
    THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-
IL44336060 BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME.
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                        ILLINOIS STATE POLICE
                     CRIMINAL HISTORY RECORD INFORMATION
    STATE ID NO.   FBI NO.    CHICAGO IR NO.    DATE REQUESTED
    STATE USE ONLY  DATE: 07/24/2002 ORI: IL099015C TYPE: 0000 TCN:
    ILLINOIS STATE POLICE
    INFORMATION TECHNOLOGY COMMAND
    260 NORTH CHICAGO STREET
    JOLIET, IL 60432-4075
    CRIMINAL HISTORY OF: DURHAM, BRANDON  JERMAINE     (LAST KNOWN NAME)
    STATE IDENTIFICATION NUMBER :   IL 44336060
    CONVICTION STATUS : PENDING DISPOSITION OR UNKNOWN
    CUSTODIAL STATUS:    DATE:
    ALIAS NAME(S)    DATE OF BIRTH
    DURHAM, BRANDON JER
    DURHAM, BRANDON JERMAINE
    SUBJECT IDENTIFICATION DATA
    SEX:    MALE
    RACE:   BLACK
    HEIGHT:  509    DATE REPORTED: 03/05/2000    FBI#: 745662MB3
    WEIGHT:  149    DATE REPORTED: 03/05/2000    CHICAGO IR#:
    EYES:   BROWN
    HAIR:   BLACK
    SKIN:   DARK
    SCARS/MARKS/TATOOS   PLACE OF BIRTH   DRIVERS LICENSE NUMBER   DL STATE
                        ILLINOIS                                   IL
    SOCIAL SECURITY NUMBER  MISCELLANEOUS NUMBER   PALM PRINTS AVAILABLE

    PHOTO AVAILABLE   IDOC#   FOID#   INS#
    AURORA POLICE DEPARTMENT
    OCCUPATION   DATE REPORTED
    EMPLOYER   DATE REPORTED
    BASIS FOR CAUTION   DATE REPORTED
    CRIMINAL HISTORY DATA
    ---------------------------------------------------------------
    ARREST
    DCN: L39799527    DATE OF ARREST: 03/27/2002
    NAME: DURHAM, BRANDON JERMAINE      DATE OF BIRTH:
    RESIDENCE:

END OF PAGE 001 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C  OPR/KM  PUR/C  REQ/MOTE
SID/IL44336060
 (CONTINUED FROM PREVIOUS RESPONSE)

ARRESTING AGENCY: AURORA POLICE DEPARTMENT    NCIC: IL0450100
    AGENCY CASE #: 119003   OFFICER BADGE #: 240   PHOTO AVAILABLE: YES
    INDICTMENT #: 2002-007249
    ARREST CHARGES
    COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
    1       720 ILCS 5.0/18-2-A-1   ARMED ROBBERY/NO FIREARM   C   2
    ARREST TYPE: ON-VIEW ARREST    DATE OF OFFENSE:
    BOND INFORMATION
    DATE BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:
    ---------------------------------------------------------------
    ARREST
    DCN: L27015771    DATE OF ARREST: 04/27/2001
    NAME: DURHAM, BRANDON JERMAINE      DATE OF BIRTH:
    RESIDENCE:

    ARRESTING AGENCY: AURORA POLICE DEPARTMENT    NCIC: IL0450100
    AGENCY CASE #: 103003   OFFICER BADGE #: 111   PHOTO AVAILABLE: YES
    INDICTMENT #: 2001-009577
    ARREST CHARGES
    COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
    1       720 ILCS 5.0/12-30-A   VIOLATE ORDER OF PROTECTION   C
    ARREST TYPE: BOND FORFEITURE WARRANT   DATE OF OFFENSE:
    COURT CASE #: 01DM2455
    COUNTY ISSUING WARRANT: KANE
    BOND INFORMATION
```

PLAINTIFF'S EXHIBIT 8

```
ARREST
DCN: L27015586   DATE OF ARREST   4/25/2001
NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
RESIDENCE:
ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
AGENCY CASE #: 102869   OFFICER BADGE #: 216   PHOTO AVAILABLE: YES
END OF PAGE 002 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C   OPR/KM   PUR/C   REQ/MOTE
SID/IL44336060
(CONTINUED FROM PREVIOUS RESPONSE)

INDICTMENT #: 2001-009591
ARREST CHARGES
COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
1       720 ILCS 5.0/12-30-A-2   VIOLATE ORDER OF PROTECTION   O   A
ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE:
BOND INFORMATION
DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:
STATES ATTORNEY SECTION
FILING DECISION: FILED   DECISION DATE: 04/25/2001
COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
1       720 ILCS 5.0/12-30-A-2   VIOLATE ORDER OF PROTECTION   O   A
AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
------------------------------------------------------------
ARREST
DCN: L14152570   DATE OF ARREST: 02/13/2000
NAME: DURHAM, BRANDON JERMAINE   DATE OF BIRTH:
RESIDENCE:
ARRESTING AGENCY: AURORA POLICE DEPARTMENT   NCIC: IL0450100
AGENCY CASE #: 20003794   OFFICER BADGE #: 317   PHOTO AVAILABLE: NO
ARREST CHARGES
COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
1       720 ILCS 5.0/31-1   RESIST PEACE OFFICER   O   A
ARREST TYPE: ON-VIEW ARREST   DATE OF OFFENSE: 02/13/2000
BOND INFORMATION
DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:
STATES ATTORNEY SECTION
FILING DECISION: FILED   DECISION DATE: 02/13/2000
COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
1       720 ILCS 5.0/31-1   RESIST PEACE OFFICER   O   A
AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
FILING DECISION: FILED   DECISION DATE: 02/13/2000
COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS
2       720 ILCS 5.0/31-1   RESIST PEACE OFFICER   O   A
END OF PAGE 003 -- MORE DATA WILL FOLLOW

M/R14349
02.205 15.31.27
IL099115C   OPR/KM   PUR/C   REQ/MOTE
SID/IL44336060
(CONTINUED FROM PREVIOUS RESPONSE)

AGENCY NAME: KANE COUNTY STATE'S ATTORNEY   NCIC: IL045013A
======END OF RAPSHEET======
STATE   USE   ONLY
------------------------------------------------------------
END OF PAGE 004 -- END OF RECORD
```