### IDOC INTERNAL CLASSIFICATION FORM
### MAXIMUM SECURITY FACILITES

I. BACKGROUND DATA

Interview Date: 07-30-02 (Month, Day, Year)    Current Facility: HIL

Inmate's Name: Dunham Brandon    IDOC Number: R14349

Primary Offense: Armed Robbery    Class: X    Sent. Length: 6 yrs

IDOC Admit Date: 7-24-02    MSR/MAX Date: 2-24-05

Current Age: 21    Transferred From: NRC    Transfer Date: 07-25-02 (Month, Day, Year)

Transfer Reason:
___ Disciplinary    ___ Inmate Request
___ Medical    ___ Keep Separate From
✓ Initial Class    ___ PC to Gen Pop
___ Other _____

Type of Internal Classification Review: ✓ Initial    ___ R class

Current Classification/Supervision and Disciplinary Grade Information
(Circle the current designation for each item listed below)

Escape Level: (L:)    M:    H:    EXH:
Security: MN:    (MD:)    MX:
Grade: (A:)    B:    C:

Enemies checked by: ___ Interview    ✓ OTS    ___ Other

Number of known enemies at this correctional center: 0

If there are known enemies at this correctional center, please list below:

1. _____ Name _____ IDOC#    4. _____ Name _____ IDOC#
2. _____ Name _____ IDOC#    5. _____ Name _____ IDOC#
3. _____ Name _____ IDOC#    6. _____ Name _____ IDOC#

II. CRIMINAL AND BACKGROUND FACTORS

A. Current Security Level:    Maximum – 2 pts., Medium – 1 pt., Minimum – 0 pts.    1

B. Current Offense(s) Involved Violence Against Others: (If yes and time served less than 1 year, score 6 pts. If yes and time served 1 year or more, score 2 pts. If no, score 0 pts.)    6

C. Current Detainer/Warrant for Violence Against Others. (Do not score convictions scored in B above.) Yes = 1 pt., No = 0 pts.    0

D. Current Age:
Under 23 = 3 pts., 23-25 = 2 pts., 26-30 = 1 pt., 31+ = 0 pts.    3

Section II Subtotal: 10



PLAINTIFF'S EXHIBIT 9

III. INSTITUTIONAL ADJUSTMENT FACTORS

A. Failure to Adjust to Min/Med Facility During Past Two Years (if involved in assault, score 3 pts., if involved in fighting, score 2 pts., otherwise score 1 pt., if no failure, score 0 pts.) ___0___

B. Segregation to Segregation Transfers During Past Two Years (if yes, score 5 pts., if no, score 0 pts.) ___0___

C. Maximum Security Segregation Placements Past 2 Years: (Indicate whether a segregation placement has occurred for the offenses listed in the table below. Calculate total points using the appropriate weights for each offense and time frame shown in each cell of the table.)

SEG DAYS

| TYPE OF INCIDENTS | 31-90 Days | | 91-180 Days | | 181- Days | |
|---|---|---|---|---|---|---|
| Incident Time Frame | Last 12 months | 13-24 months | Last 12 months | 13-24 months | Last 12 months | 13-24 months |
| 1. Staff Assaults | 6 | 4 | 8 | 6 | 10 | 8 |
| 2. Inmate Assaults | 6 | 4 | 8 | 6 | 10 | 8 |
| 3. Dangerous Disturbance | 6 | 4 | 8 | 6 | 10 | 8 |
| 4. Fighting | 6 | 4 | NA | NA | NA | NA |
| 5. Threat or Intimidation | 6 | 4 | 8 | 6 | NA | NA |
| 6. Dangerous Contraband | 6 | 4 | 8 | 6 | 10 | 8 |
| 7. Violent State/Federal Violations | 6 | 4 | 8 | 6 | 10 | 8 |
| 8. Arson | 6 | 4 | 8 | 6 | 10 | 8 |
| 9. Gang Activity | 6 | 4 | 8 | 6 | NA | NA |
| Total Points | | | | | | |

Section III Subtotal ___0___

TOTAL SCORE (Sections II, III) ___10___

IV. ASSESSED CLASSIFICATION LEVEL:

A. Scored Aggression Level:   LOW          (MODERATE)      HIGH
   (Circle One)                0-5 pts.      6-11 pts.        12+ pts.

B. Recommended Aggression Level:  LOW       (MODERATE)      HIGH
   (Circle One)                0-5 pts.      6-11 pts.        12+ pts.

C. If Different From Scored Level, Reasons If Any: _____

D. Screened by: _____ Date: 7-30-02
                                   Mo., Day, Year

E. Reviewed by: _____ Date: 8-1-02
                                   Mo., Day, Year

F. Concur __X__ Nonconcur ____

G. If Different from Recommendation, Reasons If Any: _____

H. Final Aggression Level Designation: Low    Moderate    High

I. Next Scheduled Review: _____
                          Mo., Day, Year          Effective Date: ____

DC # applied for (9-00)