E-FILED
Monday, 15 October, 2007 03:03:07 PM
Clerk, U.S. District Court, ILCD

Incident #: 20030039471 - HIL

Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| [illegible]/2003 | 1 | BIRD, TROY R | R1 HOUSE, WING C | 6:27 PM |

| Offense | Violation | Final Result |
|---|---|---|
| [illegible]7 | Unauthorized Movement<br>Comments: DAYROOM POLICY | Guilty |
| [illegible] | Disobeying a Direct Order<br>Comments: REFUSED HOUSING | Guilty |

| Witness Type | Witness Id | Witness Name |
|---|---|---|
| Witness Status | | Witness Statement |

No Witnesses Requested

RECORD OF PROCEEDINGS

IDR Read Inmate Durham plead guilty stated.
He was in R-3 waiting on information about his diploma then he was moved to R-1.Inmate Durham stated when he moved to R-1 he and his cell mate wasn't getting along and told him to get out of the room,Inmate Durham stated he walked himself due to he feared for his safety and wanted to avoid a fight.

BASIS FOR DECISION

The Committee finds Inmate Durham guilty based the following listed charges.
*The admission from the Inmate he was refusing his housing due to conflict with his cell mate.
*The observation by the reporting Officer of Inmate Durham refusing to return to his cell.

DISCIPLINARY ACTION (Consecutive to any priors)

| Recommended: | Final: |
|---|---|
| Demotion to C Grade 1 Month(s) | Demotion to C grade 1 Month(s) |
| Segregation 1 Month(s) | Segregation 1 Month(s) |
| Loss of Commissary 1 Month(s) | Loss of Commissary 1 Month(s) |

SIGNATURES

Hearing Committee

| Name | Signature | Race |
|---|---|---|
| CAROTHERS, JAMES M - Chair Person | [signature] | WHITE |
| SANGSTER, CLIFFORD D | [signature] | BLACK |

[ ] Recommended Action Approved

FINAL COMMENTS:



Incident #: 200300394/1 - 1BL

Status: Final

ANHY JAIMET / DAH
ief Administrative Officer

Signature: [signature]

01/23/2003
Date

he committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

ILEY, DEBRA I

01/26/2003 12:48 PM

mployee Serving Copy to Committed Person

When Served - - Date and Time