State of Illinois - Department of Corrections
**DISCIPLINARY REPORT**

☒ Disciplinary Report: 1-25-03     ☐ Investigative Report: _____
Committed Person: Durham    No: A14299    Facility: HillCC
Observation Date: 1-25-03    Time: 1100 pm    Location: Seg wing Cell 31

E. Henderson 9700                          [signed] 1-25-03 1125
PRINT Employee's Name                       Employee's Signature/Date/Time

Offense: 504 A: 206 Intimidation or threats   B: 304 Insolence   C: _____

Observation: On the above date and approximate time, This reporting officer heard screaming coming from segregation cell 31. This reporting officer went to seg cell 31. Durham was in a very heated argument with inmate [redacted]. Durham stated several times "I ain't afraid of you, you big pussy, I will fuck you up if you touch me."

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reason: _____

_____                                    _____
PRINT Name                                  Shift Supervisor's Signature and Date
                                            (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

_____                                    _____
PRINT Name                                  Signature/Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

Capt Nett                                   Capt Nett 1-25-03
PRINT Name                                  Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: D. John    _____ 1/30/03
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a campus rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number        Committed Person Refused to Sign ☒
E.G. Bas 9773                                   1-25-03
PRINT Serving Employee's Name   Serving Employee's Signature   Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____
                                            Committed Person's Signature and Number

- - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                              Date

NAME OF WITNESS: _____    Number/Cell Time: _____
Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell Time: _____
Witness can testify to: _____

DC 7204 (Rev 4/88)   Distribution: 1) Master File; 2) Committed Person;
IL 426-0061                         3) Facility; 4) Facility

Committed Person's Name

**PLAINTIFF'S EXHIBIT 11**