E-FILED
Monday, 15 October, 2007  03:03:42 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 02/05/

Name: DURHAM, BRANDON J.          IDOC #: R14349          Race: Black
Hearing Date/Time: 02/04/2003  08:38 AM   Living Unit: HIL-S-01-31   Orientation Status: N/A
Incident #: 200300588/1 - HIL    Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 01/28/2003 | 1 | ANDERSON, EDWIN W | SEGREGATION | 11:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation or Threats | Guilty |
|  | Comments: CELLMATE |  |
| 304 | Insolence | Guilty |

Witness Type        Witness.Id   Witness Name
  Witness Status                 Witness Statement

No Witnesses Requested

RECORD OF PROCEEDINGS
  IDR Read Inmate Durham plead guilty.
  Stated, He and his cell mate did exchange heated words and the Officer did stop it before they fought.

BASIS FOR DECISION
  The Committee finds Inmate Durham guilty of the listed charges based on the following.
  *The observation by the reporting Officer of Inmate Durham and his cell mate in a heated verbal exchange.
  *His admission that he and his cell mate did have words and would have fought.

DISCIPLINARY ACTION  (Consecutive to any priors)
Recommended:                                       Final:

Demotion to C Grade 2 Month(s)                     Demotion to C grade 2 Month(s)
Segregation 1 Month(s)                             Segregation 1 Month(s)
Loss of Commissary 2 Month(s)                      Loss of Commissary 2 Month(s)

SIGNATURES
  Hearing Committee

  CAROTHERS, JAMES M - Chair Person                                          WHITE
                                           Signature                         Race

  SANGSTER, CLIFFORD D                                                       BLACK
                                           Signature                         Race

  Recommended Action Approved

FINAL COMMENTS:

PLAINTIFF'S EXHIBIT
12

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 02/

Name: DURHAM, BRANDON J.
Hearing Date/Time: 02/04/2003   08:36 AM
Incident #: 200300588/1 - HIL

IDOC #: R14349
Living Unit: HIL-S-01-31
Status: Final

Race: Black
Orientation Status: N/A

DANNY JAIMET / DAH
Chief Administrative Officer

Signature                                02/05/2003
                                         Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F

HAHN, DANIEL E
Employee Serving Copy to Committed Person

02/05/2003   11:00 AM
When Served -- Date and Time