State of Illinois - Department of Corrections
**DISCIPLINARY REPORT**

Page ___ of ___

☒ Disciplinary Report __March 11, 2004__  ☐ Investigative Report _____
                           Date                                                                         Date

Committed Person: __DURHAM, BRANDON__ No. __R14349__    Facility: __Hill Correctional C__

Observation Date: __3-11-04__ Time: __9:00 AM__ ☒ am ☐ pm Location: __Operations / Internal Affairs__

PRINT Employee's Name: __Lt. D. Price 9875__    Employee's Signature/Date/Time: __Lt D. Price    March 11, 2004 9:00 A__

Offense: 504  (A)
        B  __301 Fighting / 601 Aiding and Abetting, Attempt, Solicitation or Conspiracy__
        C

Observation: On March 8, 2004 at approximately 1:15 PM inmates DURHAM R14349 and K[redacted] were playing basketball while located on the East basketball court in the Hill C.C. gymnasium which resulted in a verbal and physical altercation. Three Confidential Sources were interviewed regarding this verbal and physical altercation who substantially stated the following: The Confidential Sources stated that they observed DURHAM and K[redacted] engage in a heated verbal argument at which time DURHAM threw the basketball striking K[redacted] in body. The Confidential Sources stated that DURHAM stated "Come on, let's go." At which time K[redacted] replied "Let's take it back to the house." The Confidential Sources stated that DURHAM then approached K[redacted] in an aggressive manner with closed fists with K[redacted] reacting by striking DURHAM once in the face with a closed [fist]

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

PRINT Name _____    Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

PRINT Name _____    Signature/Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Pro___ Unit

PRINT Name __D. Sest__    Reviewing Officer's Signature and Date __3/11/04__

☒ Reviewed by Hearing Investigator: __D. Hahn__
(Adult Division Major Reports Only)    PRINT Name    Signature and Date __3/15/04__

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number _____    Committed Person Refused to Sign ☒

PRINT Serving Employee's Name __S. Ginks 9773__    Date and Time Served __3-11-04   9:40 am__

**PLAINTIFF'S EXHIBIT 13**

I hereby agree to waive 24-hour notice of charges prior to the __

00069