E-FILED
Monday, 15 October, 2007  03:04:20 PM
Clerk, U.S. District Court, ILCD

## STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTE
### FINAL SUMMARY REPORT

Run Date: 03/18/2004

Name: DURHAM, BRANDON J.          IDOC #: R14349          Race: Black

Hearing Date/Time: 03/17/2004   08:45 AM      Living Unit: HIL-OR-01-32      Orientation Status:   N/A

Incident #: 200401183/1 - HIL          Status: Final

RECEIVED
Clinical
Services

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 03/11/2004 | 1 | PRICE, DUANE A | OPERATIONS | 9:00 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 601.301/Conspiracy | Fighting | Guilty |
| | Comments: Provoked and Hit Inmate | |

| Witness Type | Witness Id | Witness Name | |
|--------------|------------|--------------|---|
| Witness Status | | Witness Statement | |
| Inmate | ███ : G████ | | Requested By Inmate |
| Witness was called | | Inmate G████████ stated he did see Inmate K██ shove Inmate Durham before the incident occurred. | |

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

_____ TR
Hearing Investigator

### RECORD OF PROCEEDINGS

'DR Read Inmate Dur... plead Not guilty.
Stated Inmate K██ pushed him to the ground. Inmate Durham did admit he pushed back and did hit Inmate K██ only to defend himself stated he has had trouble with inmate K██ for a long time not getting along and Inmate Durham stated Inmate K██ was always trying to engage him into a confrontation.

### BASIS FOR DECISION

The Committee finds Inmate Durham Guilty for the Charge 301 for fighting as well as the Charge 601 for provoking the incident based on the Following.
*Inmate Durhams admission during the hearing he did hit Inmate Kyle.
*Internal Affairs appeared before the Committee and provided testimony from Confidential Sources who's names are being withheld for their safety and has been used in past incidents therefore is deemed reliable was interviewed separately and their testimony corroborated that Inmate Durham was engaged in a heated argument while playing basketball in the Gym which Inmate Durham threw the basketball and struck inmate K██ in the body which Inmate Durham then stated "come on lets go"which after they returned to the unit Inmate Durham was observed approaching inmate K██ with closed fists which both Inmates exchanged closed fist blows.
*Inmate Durhams injuries was that consistent with a fight and was positively identified by Photo I.D.card and I.D number and was in the area where the incident occurred.

### DISCIPLINARY ACTION  (Consecutive to any priors)

Recommended:

Demotion to C Grade 1 Month(s)
Segregation 1 Month(s)
Revoke GCC or SGT  1 Month(s)
Other : TRANSFER(Nature of fight)

Final:

Demotion to C grade 1 Month(s)
Segregation 1 Month(s)
Revoke GCC or SGT 1 Month(s)
Other : TRANSFER(Nature of fight)

### SIGNATURES

Hearing Committee

CAROTHERS, JAMES M  - Chair Person

SANGSTER, CLIFFORD D

| | Signature | WHITE | Race |
| | Signature | BLACK | Race |

Recommended Action Appro...

PLAINTIFF'S EXHIBIT
14

...ne 1 of 2

STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Run Date: 03/18/20

Name: DURHAM, BRANDON J.                    IDOC #: R14349                    Race: Black

Hearing Date/Time: 03/17/2004   08:45 AM          Living Unit: HIL-OR-01-32          Orientation Status:    N/A

Incident #: 200401183/1 - HIL                    Status: Final

FINAL COMMENTS:

DONALD A HULICK / DAH

Chief Administrative Officer                    Signature                    03/17/2004

                                                                          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

HAHN, DANIEL E                    03/18/2004   01:09 PM

Employee Serving Copy to Committed Person          When Served - - Date and Time