```
OERTR113                    ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE
AS OF DATE: 03/24/04        OFFENDER TRACKING SYSTEM:TR        RUN DATE: 03/2
                                  TRANSFER REPORT              RUN TIME:  9.4

NAME: DURHAM, BRANDON J.        CURRENT LOCATION: HILL
IDOC #: R14349                  CURRENT SECURITY: MEDIUM              SEX:  MALE
TRANSFER ID #: 002
```

1. TYPE OF ACTION: TRANSFER ONLY    X      CURRENT TRANSFERS:  APPROVED  00
                   RECLASSIFICATION AND TRANSFER                       PENDING   01

2. TYPE OF TRANSFER:    3. TRANSFER FROM:    4. TRANSFER TO:    5. OK'D BY MEDICAL DEPT
                                                                    YES  X    NO
      REQUEST              GEN POP              GEN POP
      INMATE               DIS SEG    X         DIS SEG   X     6. INMATE WANTS TRANSF
      INST                 PRO CUS              PRO CUS            YES        NO
      GN OFF               INVEST               INVEST             NEUT  X    UNK
      EMERGENCY            MSU                  MSU
  X   DISCIPLINARY         DIX STC              DIX STC         7. TRANSFER HISTORY
      ADMINISTRATIVE       WK CAMP              DIX PSY
      ADJUSTMENT           CCC                  CCC                TOTAL TRANSFERS  00
      OTHER                OTHER                OTHER              DISC. TRANSFERS  00
                                                                   TRANSFER DENIALS 00

8. REQ / REC  PLACEMENT (NAME/CODE)   WESTERN ILLINOIS                          / WIL
       APPROVED PLACEMENT (NAME/CODE)  Western Illinois                         / WIL

9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
   GOOD ADJUSTMENT        POOR ADJUSTMENT           DISCIPLINARY   X
   ADMINISTRATIVE         EDUC/VOC                  OTHER PROGRAM
   MENTAL HEALTH          MEDICAL                   VISITATION
   BEDSPACE               OTHER

COMMENTS:

IM DURHAM IS BEING SUBMITTED FOR A DISCIPLINARY
LEVEL 2 TRANSFER TO WESTERN ILLINOIS CC.  IM
PROVOKED A CONFRONTATION AND FIGHT WITH IM KYLE
K62180.  IM KYLE STRUCK IM DURHAM ONE TIME IN THE
FACE W/CLOSED FIST.  NO INJURIES NOTED.  KSF NOTED.
IM DURHAM REC'D 1 MO ATB AND A LEVEL 2 TRANSF.

10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                                  MINIMUM   MEDIUM   MAXIMUM
CURRENT SECURITY/DATE   :    2     (07/26/02)
ASSESSED SECURITY/DATE  :          (       )                  X

CURRENT ESC RISK/DATE   :    L     (07/06/03)
ASSESSED ESC RISK/DATE  :          (       )        X

       WARRANT FLAG/TYPE:    N                                X

            TIME TO MSR:     0 YRS  6 MOS
       TIME TO BOARD DATE:   0 YRS  0 MOS                     X

>>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<                      X

>>>EXCEPTION TO CRITERIA REQUESTED<<<

PLAINTIFF'S EXHIBIT 15

```
OERTRI13                  ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE
                          OFFENDER TRACKING SYSTEM-TR             RUN DATE: 03/
AS OF DATE: 03/24/04           TRANSFER REPORT                    RUN TIME:  9.2

NAME: DURHAM, BRANDON J.        CURRENT LOCATION: HILL
IDOC #: R14349                  CURRENT SECURITY: MEDIUM
TRANSFER ID #: 002                                                SEX:   MALE
***************************************************************************

11. RATIONALE FOR TRANSFER:                14. PREV NEG ADJ AT REQ FACILITY
    1. THREAT TO INST SECURITY             15. CRITICAL MENTAL HEALTH NEEDS
    2. ESCAPE RISK DESIGNATION             16. CRITICAL MEDICAL NEEDS
    3. ADDITIONAL OBSERVATION NEEDED       17. SUBSTANCE ABUSE
    4. TIME TO MSR/MAX RELEASE DATE        18. PROXIMITY TO INMATE'S NEEDS
    5. ADDITIONAL INFORMATION              19. PC/SAFEKEEPING
    6. FELONY/IMMIGRATION WARRANTS         20. CRIMINAL HISTORY
    7. SERIOUS NATURE OF OFFENSE           21. INSUFFICIENT REASON FOR TRANSFE
    8. NATURE OF OFFENSE                   22. BEDSPACE NEEDS
    9. OVERALL POSITIVE ADJUSTMENT         23. APPROPRIATELY PLACED
   10. OVERALL NEGATIVE ADJUSTMENT         24. TRANSFER REASONS CITED ON PAGE
   11. RECENT POSITIVE ADJUSTMENT          25. OTHER_____
   12. RECENT NEGATIVE ADJUSTMENT          26. INMATE REQUEST WITHDRAWN
   13. PAST FAILURE IN REDUCED SECURITY    27. DENIED CCC/REVIEW ED
***************************************************************************
12. STAFF REVIEW
    REQ / REC PLACEMENT(NAME/CODE) >>>>>   Western IL        /  WIL
```

|                     | SIGNATURE | TITLE | CODE | DATE    | PLACEMENT | RTN |
|---------------------|-----------|-------|------|---------|-----------|-----|
| PREPARING COUNSELOR | Johnston  | CCII  | 2814 | 3-24-04 | WIL       | 24  |
| SUPERVISOR          |           | CSS   | 1197 | 3-25-04 | WIL       | 24  |
| ASN OFF/CHM         |           |       |      |         |           |     |
| ASN COM             |           |       |      |         |           |     |
| ASN COM             |           |       |      |         |           |     |
| UNIT SUPT           |           |       |      |         |           |     |
| AW/PROG             |           | AWP   | 3007 | 3-25-04 | WIL       | 24  |
| AW/OPS              |           |       |      |         |           |     |

```
13. WARDEN ACTION:
         TRANSFER:  APPROVED  X    DENIED _____     PLACEMENT  WIL

         IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE: _____
    _____    3-26-04
              WARDEN SIGNATURE                    DATE
    ***************** INMATE STILL NEEDS DNA TEST *****************
14. TRANSFER COORDINATOR ACTION:
         TRANSFER:  APPROVED _____  DENIED _____    FINAL PLACEMENT  WIL

         IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN, RATIONALE: _____
    _____    3-31-04
         TRANSFER COORDINATOR SIGNATURE           DATE
```