State of Illinois — Department of Corrections
DISCIPLINARY REPORT

OR-27   Page 1 of 2

☒ Disciplinary Report: 6/4/03     ☐ Investigative Report: _____

Committed Person: DURHAM   No. R14349   Facility: HILL C.C.

Observation Date: 6/4/03   Time: App 5:12 p   Location: WALK IN FRONT DIETARY

Lt D. HORNBAKER 9798    Lt D. Hornbaker  6/4/03 App 7:30p
PRINT Employee's Name            Employee's Signature/Date/Time

Offense: 504 B 403 DISOBEYING DIRECT ORDER  304 INSOLENCE  206 INTIMIDATION OR THREAT

Observation: ON THE ABOVE DATE AND APP TIME, THIS LT OBSERVED INMATE DURHAM R14349 EXIT DIETARY. WHILE EXITING THE BUILDING, HE WAS STUFFING HIS LEFT HAND THEN HIS RIGHT HAND DOWN THE FRONT OF HIS TROUSERS AS IF PUTTING SOMETHING INSIDE HIS CLOTHING. THIS LT STOPPED HIM AND ASKED HIM WHAT HE WAS STUFFING. HE REPLIED NOTHING. THIS LT DIRECTED HIM TO PULL HIS PANTS UP WHERE THEY BELONG. HE REFUSED. THIS LT THEN

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement  ☐ Investigative Status   Reasons: Seriousness of Offense

CAPT R. GOODWIN 723 1259                  [signature] 723  6-04-05
PRINT Name                                 Shift Supervisor's Signature and Date
                                           (For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comment: _____
[signature]                                  [signature]  6-5-03
PRINT Name                                   Signature/Date

☒ MAJOR, submitted to Adjustment Committee  ☐ MINOR, submitted to Program Unit

CAPT R. GOODWIN 723 1259                   [signature] 723  6-04-03
PRINT Name                                  Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator:  O'Riley       O'Riley  6-8-03
(Adult Division Major Reports Only)   PRINT Name    Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS
You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

X Brandon Durham R14349                    ☐ Committed Person Refused to Sign
Committed Person's Signature and Number

C/O SHINN 9795              [signature]         6-5-03   11:55 am
PRINT Serving Employee's Name  Serving Employee's Signature   Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____
                                             _____
                                             Committed Person's Signature and Number

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                            Date
NAME OF WITNESS: _____
                              Number/Call Time: _____
Witness can testify to: _____

NAME OF WITNESS: _____
                              Number/Call Time: _____
Witness can testify to: _____

PLAINTIFF'S EXHIBIT 16

DC 7205 (Rev. 4/98)  Distribution: 1) Master File; 2) Committed Person;
IL 426-0381                       3) Facility; 4) Facility

Committed Person's Name and Number

:00145

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
(Continuation Page)

Page 2 of 2

☒ Disciplinary Report   ☐ Disciplinary Summary

Committed Person: DURHAM          No. R14349
Offense Date: 6/4/03   Time: App 5:17 am/pm   Location: WALKFRONT OF DIETARY   Facility: HILL CC

STATED TO INMATE DURHAM TO TURN AROUND SO HE COULD BE PAT SEARCHED. FINDING NOTHING HIDDEN, THIS LT DIRECTED DURHAM TO GET BACK INTO R2 B WING CHOW LINE RETURNING TO R2 FROM DIETARY. DURHAM THEN STATED IN A BELIGERANT TONE OF VOICE, OFFICER WHAT YOU DOIN ME LIKE THAT! THIS LT REPLIED TO DURHAM THAT HE WAS NOT TALKING TO AN OFFICER. DURHAM STATED ALRIGHT WHITE SHIRT! THIS LT NOT GETTING DURHAM TO GET BACK IN LINE VERBALLY, GRABBED HIS RIGHT ARM TO DIRECT HIM BACK TO HIS LINE TO RETURN TO R2 HOUSE. DURHAM THEN JERKED HIS ARMS UP AND STATED DON'T PUT YOUR HANDS ON ME!

THIS LT THEN DIRECTED DURHAM TO TURN AROUND AGAIN AND TO CUFF UP. INMATE DURHAM WAS CUFFED AND ESCORTED TO SEG UNIT.

Reviewed by
[signature] 725
6-4-03   125F

DC 7212 (Eff. 4/98)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

00146