State of Illinois—Department of Corrections
## DISCIPLINARY REPORT

Page 1 of 2

☒ Disciplinary Report  07/25/2004 _____     ☐ Investigative Report _____
    Date                                               Date

Committed Person: Durham _____  No. R14340 _____  Facility: Western Illinois C.C. _____

Observation Date: 07/23/2004 ___  Time: 12:30 ☐ am  ☒ pm  Location: R4a18 _____

C/O Jennings #10124 _____        #10124        07/25/04  09:30 ☒ am ☐ pm
PRINT Employee's Name          Employee's Signature          Date      Time

          ☒ A
Offense: 504 ☐ B  301 Fighting _____
          ☐ C

Observation:  On 7-23-04, R4 staff received information from a confidential source, alleging that R4A18 occupants I/M
S_____ and I/M Durham R14871 were involved in an argument, which escalated in to the occupants putting their hands
on each other in a aggressive manner in their cell at approximately 12:30pm. Both I/Ms were placed in Investigative Status
on 7-23-04. Both I/Ms were interviewed, and through their own admittance, admitted to being involved in a heated argument,
during which I/M S_____ placed his hands in I/M Durham's face in a provacative manner several times. Durham reacted by
shoving S_____ hand away each time. Both I/Ms stated that no punches were thrown, but S_____ admitted putting

Witnesses, if any: _____

NOTE:  Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement       ☐ Investigative Status
Reasons: _Nature of offense_

_MAJOR. McGee_ _____                   _Maj. McGee_  7/25/04
PRINT Name                                    Shift Supervisor's Signature      Date
                                              (For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comments: _seriousness of the offense_
_LT. McDONALD_ _____                    _Lt. McDonald_  7-25-04
PRINT Name                                    Signature              Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit
_LT  McDONALD_ _____                     _Lt. McDonald_  7-25-04
PRINT Name                                    Reviewing Officer's Signature    Date

☒ Reviewed by Hearing Investigator: C/O J. Akmad    C/O ____  7-26-04
   (Adult Division Major Reports Only)  PRINT Name     Signature    Date

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges.  You may present relevant
physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing.  You may ask that
witnesses be questioned along lines you suggest.  You must indicate in advance of the hearing the witnesses you wish to have interviewed
and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment
Committee.  You may have staff assistance if you are unable to prepare a defense.  You may request a reasonable extension of time to
prepare for your hearing.  If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges,
and/or be required to make restitution.  In addition, juveniles may receive a delay in recommended parole.

                                              Committed Person Refused to Sign ☒
_____  _____
Committed Person's Signature    Number

_c/o Burns_        _c/o Burns_             7-15-04 APP 8:18 ☐ am ☒ pm
PRINT Serving Employee's Name   Serving Employee's Signature    Date    Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____
                              Committed Person's Signature        Number
      (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                                    Date

NAME OF WITNESS: _____  Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____  Number/Cell/Title: _____

Witness can testify to: _____

                              Committed Person's Signature        Number

DC 7205 (Rev. 5/00)  Distribution:  1) Master File; 2) Committed Person
IL 426—561                          3) Facility;  4) Facility

PLAINTIFF'S
EXHIBIT
17

: 00124

State of Illinois—Department of Corrections
DISCIPLINARY REPORT                                    Page  2   of  2

☒ Disciplinary Report      ☐ Investigative Report

Committed Person: Durham _____ No. R14340 _____ Facility: Western Illinois C.C. _____

Observation Date: 07/23/2004 _____ Time: 12:30 ____ ☐ am  ☒ pm  Location: R4s18 _____

On his boots in preparation for a fight; and Durham admitted removing his false tooth as he was expecting to fight before R4 staff intervened. Despite the lack of punches being thrown a fight is substantiated as there was physical contact in a agressive situation between two cellmates. The confidential source is being deemed reliable due to the corroboration with the involved I/M's admissions. The name and number of the confidential source is being withheld for the safety and security of this institution. D.C. 434 written. Both I/Ms were positively identified by their IDOC IDs.

: 00125