STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

Institution/Program: WESTERN IL C.C.   Date and Time of Incident: 8-2-04 Approx 12:45 Am

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☒ NO ☐   C. Was Property Damaged: YES ☐ NO ☒
D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒   E. Were Arrests Made: YES ☐ NO ☒
F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☒

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| I/m Durham | R11871 | | |
| I/m R▇▇ | ▇▇▇▇▇ | | |

**Witnesses to Incident:**

| Name | I.D.# |
|---|---|

**Statement of Facts: (NARRATIVE)**

ON THE ABOVE DATE & APPROX TIME, THIS R/E HEARD TWO INMATES ON RECEIVING WING YELLING, AND THEN ONE INMATE YELLING, "C.O. C.O. - CELL 14". THIS R/E RESPONDED TO RECEIVING CELL 14 (SEG. CELL) TO FIND I/m DURHAM R11871, STANDING AT THE CELL DOOR OBSERVATION WINDOW. I/m DURHAM STARTING YELLING TO THIS R/E IN EXPLANATION, THAT HE CANNOT LIVE WITH HIS CELLIE, I/m R▇▇. I/m DURHAM STRESSED THAT HE AND I/m R▇▇ ARE ABOUT TO GO TO BLOWS IF THEY ARE NOT SEPERATED. I/m DURHAM STATED TO THIS R/E, "I'M TIRED OF HIS (R▇) SHIT, TELLING ME WHAT I CAN AN CANNOT DO." I/m DURHAM ALSO STATED TO THIS R/E THAT I/m R▇▇ "HE HAS ALREADY PUT HIS HANDS ON ME". THIS R/E NOTIFIED LT. BIGLEY-ZONE SUPERVISOR, TO 10.25 RECEIVING-WING-VIA RADIO, LT. BIGLEY ARRIVED APPROX 2 MINUTES LATER, HAVING THIS R/E CUFF UP I/m DURHAM AND REMOVING HIM FROM REC. 14. AFTER A SHORT CONFRENCE WITH I/m DURHAM, WITH LT. BIGLEY, LT. BIGLEY INSTRUCTED THIS R/E TO PLACE I/m DURHAM INTO REC. 28, ALONG WITH HIS LEGAL PROPERTY BOX AND BEDDING.
DC 7205 - ALSO COMPLETED.

C/O M. DEWITT #10068

Reporting Employee: Michael DeWitt   Date/Time: 8-2-04/1:15 AM   Person Calling in Report: [signature]   Person Accepting Report: [signature]   Date/Time: 8-2-4 6:15

Administrative Assessment: _____

Chief Administrative Officer: _____   Date/Time: _____

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits

PLAINTIFF'S EXHIBIT 18

DC 434 (4/83)
IL 426-0410

00120

(Corrected copies to I/m 8/2/04
Pages 1-2 given to I/m 8/2/04    RW
C/O Aleman    Page 1 of 2

**State of Illinois -- Department of Corrections**
**DISCIPLINARY REPORT**

☒ Disciplinary Report: 8-2-04    ☐ Investigative Report: _____
Date                                     Date

Committed Person: I/m Durham    No: R14349    Facility: Western IL C.C.

Observation Date: 8-2-04   Time: Approx 12:45 ☒am ☐pm   Location: REC 14

C/O Dewitt 10068                         [signature] 8/2/04 1:10 AM
PRINT Employee's Name                    Employee's Signature/Date/Time

Offense: 504 (A)(C) #206 - INTIMIDATION or THREATS

Observation: On the above date & approx time, this C/O was assigned to segregation wing. Heard two inmates on receiving wing yelling "C.O. C.O.—cell 14". This C/O responded to receiving cell 14 (seg. cell). I/m Durham R14349 was standing at the cell door yelling in explanation that he cannot live in the same cell with I/m R_____. I/m Durham stated that he & I/m R____ are about to go to blows — "I'm tired of his (R____) shit", telling me what I can & cannot do. This C/O notified zone supervisor.

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement  ☐ Investigative Status  Reasons: _____

_____                    _____
PRINT Name                                 Shift Supervisor's Signature and Date
                                           (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment: _____

_____                    _____
PRINT Name                                 Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit

E. Buron                                   [signature] 8-2-04
PRINT Name                                 Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator:  C/O J. Aleman         [signature] 8-2-04
(Adult Division Major Reports Only)  PRINT Name            Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

                                                    Committed Person Refused to Sign ☒
_____                    _____
Committed Person's Signature and Number

S. _____                S. _____       8-2-04    5:45 ☐am ☒pm
PRINT Serving Employee's Name   Serving Employee's Signature    Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
                                 Committed Person's Signature and Number

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                                                    Date

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

                                           _____
                                           Committed Person's Name and Number

DC 7205 (Rev. 4/96)  Distribution: 1) Master File; 2) Committed Person;
IL 426-0361          3) Facility; 4) Facility

00117

State of Illinois - Department of Corrections
**DISCIPLINARY REPORT / SUMMARY**
(Continuation Page)

Page 2 of 2

[X] Disciplinary Report   [ ] Disciplinary Summary

Committed Person: F/m Durham     No. A-H87R14349

Offense Date: 8-2-04   Time: 12:45 am   ap/lux   Location: REC 14   Facility: WESTERN IL C.C.

LT. BIGLEY, TO (M.D.) RESPOND TO RECEIVING WING. THIS C/O THEN CUFFED UP F/m DURHAM, REMOVED HIM FROM REC. 14 AND LODGED HIM IN REC. 28, PER ORDERS FROM LT. BIGLEY.

F/m DURHAM WAS POSITIVELY IDENTIFIED BY HIS IDOC ID

DC 7212 (EFF. 06/88)   Distribution:   1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

00118