STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Name: DURHAM, BRANDON J    IDOC Number: R14349    Race: BLK
Hearing Date/Time: 8/5/04  11:29 AM    Living Unit: WIL-R-01-28    Orientation Status: N/A
Incident Number: 200403239/1 - WIL    Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 8/2/04 | 200403239/1-WIL | DEWITT, MICHAEL W | RECEIVING | 12:45 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |

Comments: threatened cell mate in segregation

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

### RECORD OF PROCEEDINGS
DR504--CHARGES READ--I/M PLED NOT GUILTY AND STATES "MY CELLIE VICTIMIZED ME. MY CELLIE GOT REAL CONTROLLING IN CELL AND DISRESPECTED ME. HE THREATENED ME AND HIT ME IN THE HEAD. I SAID TO THE C/O THAT MY CELLIE IS IN A CELL LIKE HE HAS NO CELLIE."

### BASIS FOR DECISION
I/M ADMITS TO NOT GETTING ALONG WITH HIS CELLIE R████████ IN RECEIVING/SEG CELL 14.  WRITING STAFF'S DC7205 REFLECTS THAT WHILE HE WAS ASSIGNED TO THE RECEIVING WING THE ABOVE NAMED INMATE CALLED THE OFFICER OVER TO CELL AND SAID IF YOU DON'T MOVE ME OUT OF THIS CELL(REC 14) WE ARE GOING TO COME TO BLOWS. INMATE WAS PROPERLY IDENTIFIED BY HIS STATE ID. INMATE HAS TWO PRIOR 206 CHARGES.

### DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 15 Days Segregation | 15 Days Segregation |

### Signatures
Hearing Committee

POOL, PHILLIP D - Chair Person    Signature/Date 8/10/04    WHI Race
EDWARDS, STIRLING O    Signature/Date 8/13/04    BLK Race

Recommended Action Approved

Final Comments: N/A

Kevin Winters / KLW  8/9/04
Chief Administrative Officer    Signature    Date 8/12/4

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person    When Served -- Date and Time

PLAINTIFF'S EXHIBIT 19

Run Date: 8/10/04 07:22:28    Page 1 of 1    00419