State of Illinois -- Department of
Corrections Disciplinary Tracking Inmate
Disciplinary Card

Name: DURHAM, BRANDON  
IDOC #: R14349  
Transferred In: 2004-04-07  
Disciplinary History from 1/1/98 through 9/24/04  
Living Unit: WIL/R/01/31

| Incident Date / Incident/Summ#/Inst / Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 11/11/02<br>200207709/1-HIL<br>Major | 202 Damage Or Misuse of Property | Guilty | 1 Months Commissary Restriction |
| 11/13/02<br>200207814/1-HIL<br>Major | 403 Disobeying A Direct Order | Guilty | 2 Months C Grade<br>6 Days Segregation |
| 1/18/03<br>200300394/1-HIL<br>Major | 307 Unauthorized Movement<br>Comments: DAYROOM POLICY<br>403 Disobeying A Direct Order<br>Comments: REFUSED HOUSING | Guilty<br><br>Guilty | 1 Months C Grade<br>1 Months Segregation<br>1 Months Commissary Restriction |
| 1/18/03<br>200300395/1-HIL<br>Major | 304 Insolence | Guilty | 2 Months C Grade<br>15 Days Segregation |
| 1/28/03<br>200300588/1-HIL<br>Major | 206 Intimidation Or Threats<br>Comments: CELLMATE<br>304 Insolence | Guilty<br><br>Guilty | 2 Months C Grade<br>1 Months Segregation<br>2 Months Commissary Restriction |
| 3/18/03<br>200301787/1-HIL<br>Major | 202 Damage Or Misuse of Property | Guilty | Restitution of $ 8.32 Paid to Hill C.C. |
| 6/4/03<br>200303348/1-HIL<br>Major | 206 Intimidation Or Threats<br>304 Insolence<br>403 Disobeying A Direct Order | Guilty<br>Guilty<br>Guilty | 1 Months C Grade<br>10 Days Segregation |
| 6/4/03<br>200303405/1-HIL<br>Major | 308 Contraband/Unauthorized Property | Guilty | 14 Days Commissary Restriction |
| 8/28/03<br>200304822/1-HIL<br>Minor | 307 Unauthorized Movement | Guilty | 1 Months C Grade |
| 10/20/03<br>200305667/1-HIL<br>Minor | 403 Disobeying A Direct Order<br>404 Violation Of Rules<br>Comments: Inmate Movement | Guilty<br>Guilty | 1 Months C Grade |
| 3/11/04<br>200403413/1-WIL<br>Major | 601 Conspiracy/301 Fighting<br>Comments: provoked and hit inmate | Guilty | 1 Months C Grade<br>1 Months Segregation<br>Revoke GCC or SGT 1 Months<br>Transfer (Disciplinary) |
| 3/11/04<br>200401183/2-HIL<br>Major | 601 Conspiracy/301 Fighting<br>Comments: Provoked and Hit Inmate | Guilty | 1 Months C Grade<br>1 Months Segregation<br>Revoke GCC or SGT 1 Months<br>Other : TRANSFER(Nature of fight) |

PLAINTIFF'S EXHIBIT 20

State of Illinois -- Department of
Corrections Disciplinary Tracking Inmate
Disciplinary Card

Name: DURHAM, BRANDON

IDOC #: R14349

Transferred In: 2004-04-07     Disciplinary History from 1/1/98 through 9/24/04     Living Unit: WIL/R/01/31

| Incident Date<br>Incident/Summ#/Inst<br>Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 7/23/04<br>200403081/1-WIL<br>Major | 301 Fighting<br>Comments: with inmate Silva R11871 | Guilty | 1 Months C Grade<br>15 Days Segregation<br>Other : KSF SILVA R11871 |
| 8/2/04<br>200403239/1-WIL<br>Major | 206 Intimidation Or Threats<br>Comments: threatened cell mate in segregation | Guilty | 1 Months C Grade<br>15 Days Segregation |