E-FILED
Friday, 19 October, 2007  03:07:50 PM
Clerk, U.S. District Court, ILCD

05415-N3293
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ROGER E. WALKER, JR. (in his official capacity only), | ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) | |
| (all in their official and individual capacities), WEXFORD | ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, | ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and | ) | |
| RHONDA MILLS, | ) | |
| Defendants. | ) | |

### FIRST MOTION IN LIMINE

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their First Motion in Limine, state:

1.     Any and all grievances filed by the Plaintiff with the Department of Corrections should not be admitted as substantive evidence by the Plaintiff as the contents thereof constitute hearsay pursuant to Federal Rule of Evidence 801 and 802.

2.     To counter any argument by the Plaintiff that such a document would constitute an exception under Federal Rule of Evidence 803(6) as a business record exception, this exception applies to documents made by a person with knowledge if kept in the course of a regularly conducted business activity.  Mr. McCroy is not a person with knowledge keeping a document in the regular course of a business activity.  While the Department of Corrections may maintain copies of such

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

documents in the course of their business, Mr. McCroy is not a person with knowledge within the

context of the Department of Corrections. In addition, it is not the practice of the business to make

such memoranda, but only to document their responses.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES

LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, pray that this Court will

prohibit Plaintiff from using grievances as substantive evidence to the extent Plaintiff may be

attempting to use such documents to prove the truth of the statements contained therein.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.;
HUGHES LOCHARD, M.D.; LOWELL
BROWN, M.D.; and RHONDA MILLS,
Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants,

BY:    /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed **First Motion in Limine** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on October 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822