05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), WEXFORD | ) |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, | ) |
| M.D., DR. HUGHES LOCHARD, M.D., and | ) |
| RHONDA MILLS, | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION IN LIMINE

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Response to Plaintiff's Motion in Limine, state:

1. With respect to Plaintiff's Motion in Limine regarding Plaintiff's religious beliefs, Defendants have no objection to Plaintiff's Motion in Limine regarding the Plaintiff's religious beliefs. Defendant do not intend to present any evidence with respect to this issue.

2. Defendants have no objection to Paragraph 2 of Plaintiff's Motion in Limine as Defendant have no intention of eliciting any evidence regarding Mr. McCroy's sexual orientation.

3. Defendants take no position on Paragraph 3 of Plaintiff's Motion in Limine as the history of Plaintiff's prior drug use does not appear to be relevant to any of the claims made against Defendants. However, to the extent Plaintiff is basing any of his claims upon a predicted life

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

expectancy, Defendants object to excluding any and all evidence regarding Plaintiff's prior use as same may be relevant to Plaintiff's life expectancy.

4. Defendants do not intend to present any evidence that Mr. McCroy either has or has not been tested for HIV. There is no evidence that Mr. McCroy is HIV positive. Accordingly, Defendants have no objection to Paragraph 4 of Plaintiff's Motion in Limine to the extent it relates to HIV status and the testing for that disease.

5. Defendants object to Paragraph 5 of Plaintiff's Motion in Limine in that Plaintiff's hepatitis C is relevant to the extent Plaintiff is seeking any claim of long-term or permanent injuries. Plaintiff's hepatitis C status may not only affect his life expectancy, but may be relevant to its effect on his overall health in conjunction with other medical conditions. Likewise, other medical conditions Mr. McCroy suffers from may affect his life expectancy and would be relevant for a jury to assess in terms of Plaintiff's claims of permanent injuries. Moreover, the fact that Plaintiff has refused treatment for some of his other medical conditions is relevant, not only to Plaintiff's life expectancy, but also as to his vision.

6. Defendants do not intend to produce any evidence regarding the Plaintiff's use or failure to use an alias in the past. Accordingly, Defendants have no objection to Paragraph 6 of Plaintiff's Motion in Limine.

7. Defendants have no objection to Paragraph 7 of Plaintiff's Motion in Limine and do not intend to submit any evidence of Plaintiff's prior lawsuits. However, to the extent Plaintiff attempts to admit evidence of filings of prior lawsuits and grievances, Defendants reserve the right to cross examine Mr. McCroy on such evidence.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

   8.  Defendants agree that evidence that Plaintiff has been convicted of a felony is relevant pursuant to Federal Rule of Evidence 609. Defendant do not intend to submit any evidence regarding the specific facts of the crime or crimes of which Mr. McCroy was convicted.

   WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, pray that the Court will rule on Plaintiff's Motions in Limine consistent with Defendants' responses thereto.

                 Respectfully submitted,

                 WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

                 HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY: /s/Theresa M. Powell
   Theresa M. Powell, #6230402
   HEYL, ROYSTER, VOELKER & ALLEN
   Suite 575, National City Center
   P. O. Box 1687
   Springfield, IL 62705
   Phone: (217) 522-8822
   Fax: (217) 523-3902
   E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed **Response to Plaintiff's Motion in Limine** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Douglas J. Quivey
>doug@lprpc.com
>
>Thomas F. Londrigan
>tom@lprpc.com
>
>Kelly R. Choate
>kchoate@atg.state.il.us
>
>Julie L. Morgan
>jlmorgan@atg.state.il.us
>
>Alexandra de Saint Phalle
>alex@lprpc.com

and I hereby certify that on October 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

>/s/Theresa M. Powell
>Theresa M. Powell, #6230402
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:   (217) 523-3902
>E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822