IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**IDOC DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION IN LIMINE**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, KENNETH KELLERMAN, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, by and through their attorney, Lisa Madigan, and in response to Plaintiff's Motion in Limine [419], submit the following:

1.  Trial is set in this matter for October 29, 2007.

2.  Plaintiff filed a Motion in Limine asking this Court to prohibit the defendants from putting on any evidence on the following issues:  1) Plaintiff's religious beliefs; 2) allegations that Plaintiff is a homosexual and/or engaged in homosexual activity; 3) Plaintiff's use of illegal drugs and related conduct; 4) HIV and other disease testing on Plaintiff; 5) allegations Plaintiff has Hepatitis C or any sexually transmitted diseases; 6) allegations Plaintiff has used aliases; and 7) the details of Plaintiff's criminal history.

1

3. Defendants have no intent to offer any evidence of Plaintiff religious beliefs, sexual orientation or history, details of Plaintiff's criminal history, or allegations that Plaintiff has used aliases, as suggested in numbers one (1), two (2), six (6) and seven (7), except to the extent Plaintiff first opens the door to those issues.

4. To the extent Plaintiff seeks to keep out evidence of his prior drug use, including disciplinary tickets, Defendants object to the Motion in Limine. Plaintiff has placed this at issue by including allegations in his complaint that he received a disciplinary ticket and was subsequently transferred for failing to produce enough urine for a drug test. Plaintiff alleges the test and transfer were for an improper purpose. Defendants are entitled to a defense as to this issue, which would necessarily include his prior history of failing drug tests. If Plaintiff were to drop any allegations surrounding the drug test and subsequent transfer, Defendants would have no reason to offer any evidence of his drug history except to the extent it might impact on Plaintiff's life expectancy (see paragraph 5).

5. To the extent Plaintiff seeks to exclude any evidence of his current medical status, Defendants also object to the Motion in Limine. Plaintiff has listed documents on his exhibit list to be used to determine life expectancy for permanent damages. Because of this, to the extent Plaintiff claims, and plans to offer evidence, that he is permanently disabled and requires lifetime medical care, Plaintiff's entire medical history and health status is therefore relevant to the issue to any computation of permanent damages.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court deny Plaintiff's Motion in Limine.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, KENNETH KELLERMAN, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS,

        Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

By:  s/ Kelly R. Choate
      Kelly R. Choate, #6269533
      Assistant Attorney General
      Attorney for Defendants
      500 South Second Street
      Springfield, Illinois  62706
      Telephone:  (217) 782-9026
      Facsimile:   (217) 524-5091
      E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed IDOC Defendants' Response to Plaintiff's Motion in Limine with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

Carl J. Tenney
Hughes, Hill & Tenney, L.L.C.
ctenney@hhtlaw.com

and I hereby certify that on October 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us