IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THE ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, ROGER E. )<br>WALKER, JR., (in his official )<br>capacity only), DENNIS HOCKADAY, )<br>KEVIN WINTERS, SANDRA FUNK, )<br>DEBORAH FUQUA, LIEUTENANT BRYON )<br>LAW,  KENNETH KELLERMAN, JULIUS )<br>FLAGG, all in their official and )<br>individual capacities, WEXFORD )<br>HEALTH SOURCES, Inc., )<br>Dr. LOWELL BROWN, MD., )<br>Dr. HUGHES LOCHARD, MD., and )<br>RHONDA MILLS, )<br>)<br>    Defendants. ) | 02-CV-3171 |

**PLAINTIFF'S RESPONSE TO
THE COURT'S ORDER OF OCTOBER 17, 2007**

    Plaintiff, Aaron McCroy, by one of his attorneys, states as follows in response to the Court's Order of October 17, 2007:

    1.    The following Plaintiff non-party witnesses by agreement can appear at trial via video at the listed locations:

| | |
|---|---|
| Barb Bowers | (Western Illinois Correctional Center) |
| Delores Drennen | (WICC) |
| Susan Moore | (WICC) |
| Cindy Thompson | (WICC) |
| Karen Wear | (WICC) |
| Judith Wilson | (WICC) |

2. The following Plaintiff non-party witnesses will be or have been subpoenaed to appear at trial in person:

    Jennifer Blaesing
    Dr. Willard Elyea
    Warden Kevin Gilson (Records Custodian WICC to bring Durham's Master File)
    Debbie Isaacs (HCUA at Big Muddy Corr. Center to bring medical records)
    Terry Polk
    Dr. Cleveland Rayford
    Connie Shaw
    Dr. Stanley Sims
    Ernest Van Zandt (Records Custodian BMCC to bring Plaintiff's Master File)

3. The following Plaintiff non-party witnesses will appear for trial voluntarily:

    Franklin Fortier
    Pam Fortier-Johnson
    Dr. Steven Kwedar (Plaintiff Expert)

4. Dr. William Zeh will appear via videotaped deposition and Dr. David Anderson, deceased, will appear via written deposition.

Respectfully submitted,

AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

**Certificate of Service**

    The hereby certify that on October 19, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

                                        By: s/Thomas F. Londrigan
                                        THOMAS F. LONDRIGAN, Bar No. 1686542
                                        Attorney for Plaintiff
                                        LONDRIGAN, POTTER & RANDLE, P.C.
                                        1227 South Seventh Street
                                        Post Office Box 399
                                        Springfield, IL 62705
                                        Telephone: (217) 544-9823
                                        tom@lprpc.com