IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   02-cv-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, ROGER E. | ) |
| WALKER, JR., (in his official | ) |
| capacity only), DENNIS HOCKADAY, | ) |
| KEVIN WINTERS, SANDRA FUNK, | ) |
| DEBORAH FUQUA, LIEUTENANT BRYON | ) |
| LAW,  KENNETH KELLERMAN, JULIUS | ) |
| FLAGG, all in their official and | ) |
| individual capacities, WEXFORD | ) |
| HEALTH SOURCES, Inc., | ) |
| Dr. LOWELL BROWN, MD., | ) |
| Dr. HUGHES LOCHARD, MD., and | ) |
| RHONDA MILLS, | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION TO BAR
CERTAIN DEFENSE WITNESSES FOR NON-DISCLOSURE**

Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN, POTTER, & RANDLE, P.C., pursuant to Fed. R. Civ. P. 26 & 37(c)(1) moves to bar certain defense witnesses from testifying and in support states as follows:

    1.    As part of the proposed final pre-trial order, Defendants named Dr. Tom Lundquist and Mark Pierson as witnesses.

    2.    Previous to the submission for the proposed final pre-trail order, Defendants did not name Dr. Lundquist and Mark Pierson in their initial Rule 26 disclosures, in answer to interrogatories asking them to list witnesses, or in supplemental disclosures.

3. In its initial Rule 26 disclosure, the IDOC Defendants did purport to disclose: "Employees and/or Contractual individuals noted in the medical records." (IDOC Initial Disclosures Para 8; Exhibit A).

4. Plaintiff's Counsel has been unable to identify a reference to Dr. Lundquist or Mr. Pierson in Plaintiff's medical records.

5. In no way shape or form did Defendants ever identify the subject matter that Dr. Lundquist or Mr. Pierson would testify.

6. Because Plaintiff does not know the subject matter of their testimony and was prevented from deposing them during discovery, he is obviously prejudiced and subjected to unfair surprise.

7. Rule 37(c)(1) states that unless the omission of a witness is harmless, "without substantial justification" a party cannot use a witnesses that is not disclosed. Fed. R.Civ.P. 37(c)(1).

8. In this case, the omissions are not harmless and Plaintiff knows of no reason why the omissions would be justified.

9. In the absence of harmlessness or substantial justification, exclusion pursuant to Rule 37(c)(1) is automatic. ***Salgado v. General Motors Corp***, 150 F.3d 735, 742 (7th Cir. 1998).

WHEREFORE, Plaintiff prays that Dr. Lundquist and Mark Pierson be prohibited from testifying as witnesses for the Defendants.

Respectfully submitted,

AARON MCCROY, Plaintiff

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com

## Certificate of Service

The hereby certify that on October 19, 2007 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

By: s/Thomas F. Londrigan
THOMAS F. LONDRIGAN, Bar No. 1686542
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
tom@lprpc.com