MAR 2 0

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON MCCROY, #N-51882, )
　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
-vs- )  No. 02-3171
　　　　　　　　　　　　　　　　)
ILLINOIS DEPARTMENT OF )
CORRECTIONS, et al., )
　　　　　　　　　　　　　　　　)
　　　　Defendants. )

## DEFENDANTS' INITIAL DISCLOSURES

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), TARA BARR, DEBRAH K. FUQUA, DENNIS HOCKADAY, DAVID SCHNEPEL, DONALD SNYDER, NANCY TUCKER, and GREGORY KENT VOREIS, by their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby submit their initial disclosures.

### Names of Persons with Knowledge:

1. Defendant Donald Snyder, Jr. - May be contacted through counsel.

Subject matter of knowledge: general policies of the Illinois Department of Corrections.

2. Defendant Dennis Hockaday - May be contacted through counsel.

Subject matter of knowledge: policies of Western Illinois Correctional Center through his tenure.

3. Defendant David Schnepel - May be contacted through counsel.

Subject matter of knowledge: policies of Western Illinois Correctional Center during his tenure.


EXHIBIT A

4.   Defendant Tara Barr - May be contacted through counsel.

Subject matter of knowledge: Grievance Procedures and Responses to Plaintiff's grievances received by Ms. Barr.

5.   Defendant Greg Voreis - May be contacted through counsel.

Subject matter of knowledge: Grievance procedure and any personal responses to Plaintiff's grievances made by him.

6.   Defendant Debra Fuqua - may be contacted through counsel.

Subject matter of knowledge: Health Care Unit policies and procedures, any contacts with Plaintiff as noted in medical records and/or grievance responses, conversations regarding Plaintiff's corneal transplant.

7.   Defendant Nancy Tucker - may be contacted through counsel.

Subject matter of knowledge: Administrative Review Board policies and practices during her tenure, any responses to Plaintiff's grievance appeals noted to have been handled by this defendant.

8.   Employees and/or Contractual individuals as noted in the medical records

Subject matter of knowledge: medical care or contacts made by these individuals as noted in the medical records.

9.   Dr. Willard Elyea - IDOC Agency Medical Director - May be contacted through Illinois Department of Corrections Legal Services, 1301 Concordia Court, Springfield, Illinois 62794.

Subject matter of knowledge: Agency medical services including Plaintiff's corneal transplant.

## Documents in the Possession, Control or Custody of Defendants:

1.   Plaintiff's medical records - available to plaintiff upon his request

2.   E-mails from and/or to Debra Fuqua regarding Plaintiff's corneal transplant

3.   Plaintiff's grievances/responses

4.   Incident Reports regarding September, 2004 incident