05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON McCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ROGER E. WALKER, JR. (in his official capacity only), | ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) | |
| (all in their official and individual capacities), WEXFORD | ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, | ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and | ) | |
| RHONDA MILLS, | ) | |
| Defendants. | ) | |

## SECOND MOTION IN LIMINE

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and Defendants, JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, ILLINOIS DEPARTMENT OF CORRECTIONS, KENNETH KELLERMAN, BYRON LAW, and KEVIN WINTERS, by consent of their counsel, KELLY R. CHOATE, and for their Second Motion in Limine, state:

1. Defendants request that counsel refrain from referring to himself as "appointed counsel." Whether or not Plaintiff's counsel was hired by Mr. McCroy or appointed by the Court is irrelevant to the claims in this case. Advising a jury that Plaintiff's counsel has been appointed does not tend to prove or disprove any of the elements of any counts in this case. Accordingly, it is irrelevant and could be considered overly prejudicial to the Defendants.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; RHONDA MILLS; JULIUS FLAGG; SANDRA FUNK; DEBRA K. FUQUA; DENNIS HOCKADAY; ILLINOIS DEPARTMENT OF CORRECTIONS; KENNETH KELLERMAN; BYRON LAW, and KEVIN WINTERS, pray that this Court will enter a Motion in Limine directing counsel to refrain from referring to himself as appointed counsel and advise his witnesses to refrain from such references as well.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

WITH CONSENT:

JULIUS FLAGG, SANDRA FUNK
DEBRA K. FUQUA, DENNIS HOCKADAY,
ILLINOIS DEPARTMENT OF CORRECTIONS,
KENNETH KELLERMAN, BYRON LAW, and
KEVIN WINTERS, Defendants

LISA MADIGAN, Attorney General,
State of Illinois

BY:   s/ Kelly R. Choate

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail: kchoate@atg.state.il.us

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed **Second Motion in Limine** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on October 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822