05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and ) | |
| RHONDA MILLS, ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO THE COURT'S
ORDER OF OCTOBER 17, 2007**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and Defendants, JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, ILLINOIS DEPARTMENT OF CORRECTIONS, KENNETH KELLERMAN, BYRON LAW, and KEVIN WINTERS, by consent of their counsel, KELLY R. CHOATE, and state as follows in response to the Court's Order of October 17, 2007:

1. The following Defendant non-party witnesses by agreement can appear as follows:

| | |
|---|---|
| Karen Wear | by video - Western Illinois Correctional Center |
| Phillip Crary | by video - Western Illinois Correctional Center |
| Judith Wilson | by video - Western Illinois Correctional Center |
| Karolyn Hendricks | by video - Western Illinois Correctional Center |
| Dr. Adrian Feinerman | by video - Menard Correctional Center |
| Dr. Zeh | by deposition |
| Barb Bowers | by video - Western Illinois Correctional Center |

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

| | |
|---|---|
| Jennifer Blaesing | by video or deposition - outside Plaintiff's subpoena range of 100 miles |
| Susan Moore | by video - Western Illinois Correctional Center |
| Terry Polk | live |
| Cleveland Rayford | by video at East St. Louis, if possible - outside Plaintiff's subpoena range of 100 miles |
| David Schnepel | by video if called |
| Connie Shaw | by video or by deposition |
| Dr. Stanley Sims | by video - Thompson Center - outside Plaintiff's subpoena range of 100 miles |
| Cindy Thompson | by video - Western Illinois Correctional Center |
| David Anderson | by deposition |
| Retha Meyerhoff, CSR | in person, if necessary |
| Kathy Genenbacher, CSR | in person, if necessary |
| Dr. Farris | by deposition |
| Dr. Tom Lundquist | by video |
| Terry Anderson | by video - Concordia, if called |
| Mark Pierson | by video, if called |
| Dr. Williams | by video - Menard Correctional Center, if called |
| Pam Grubman | by video - Menard Correctional Center |
| Dr. Kehoe and staff | not being called |
| Dr. Blumthal | by deposition |

2. The following Defendant non-party witnesses will be or have been subpoenaed to testify as follows:

Dr. Willard Elyea     by video

3. The parties will appear live.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/Theresa M. Powell
Theresa M. Powell, #6230402

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

WITH CONSENT:

JULIUS FLAGG, SANDRA FUNK
DEBRA K. FUQUA, DENNIS HOCKADAY,
ILLINOIS DEPARTMENT OF CORRECTIONS,
KENNETH KELLERMAN, BYRON LAW, and
KEVIN WINTERS, Defendants

LISA MADIGAN, Attorney General,
State of Illinois

BY:   s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail: kchoate@atg.state.il.us

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed **Defendants' Response to the Court's Order of October 17, 2007** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Douglas J. Quivey
>doug@lprpc.com
>
>Thomas F. Londrigan
>tom@lprpc.com
>
>Kelly R. Choate
>kchoate@atg.state.il.us
>
>Julie L. Morgan
>jlmorgan@atg.state.il.us
>
>Alexandra de Saint Phalle
>alex@lprpc.com

and I hereby certify that on October 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

>/s/Theresa M. Powell
>Theresa M. Powell, #6230402
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:    (217) 523-3902
>E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822