05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and ) | |
| RHONDA MILLS, ) | |
| Defendants. ) | |

**FIRST MOTION TO BAR**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and Defendants, JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, ILLINOIS DEPARTMENT OF CORRECTIONS, KENNETH KELLERMAN, BYRON LAW, and KEVIN WINTERS, by consent of their counsel, KELLY R. CHOATE, and for their First Motion to Bar, state:

Defendant, by their attorneys, seek an order from the Court instructing Plaintiff and his counsel not to mention, refer to, elicit answers from any witnesses, voluntarily answer or infer at any time during these proceedings, either directly or indirectly, the following information:

1. Plaintiff's expert, Dr. Kwedar, should be prohibited from giving any opinions critical of Defendant Rhonda Mills.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

2.  Attached hereto is a copy of Dr. Kwedar's expert disclosure report attached to his deposition. This disclosure makes no reference to Rhonda Mills in any capacity.

3.  In addition, in Dr. Kwedar's deposition, he testified as follows:

    Q. All right. Okay. Ronda Mills, do you know who Ronda Mills is?

    A. Ronda Mills? Ronda Mills? Ronda Mills? Boy, this would have been a lot easier if you would have given me their names before and I could have gone through and then we could have just whipped right through this.

    No, I don't have anything on Ronda Mills at this time.

    Q. And you would agree Ronda Mills' name is not referenced in Exhibit 1?

    A. Ronda Mills' name is not referenced to in Exhibit 1. (Kwedar deposition, p. 48.)

4.  Since Dr. Kwedar's deposition taken on September 11, 2006, no subsequent disclosures have been received suggesting that Dr. Kwedar would be giving opinions critical of Rhonda Mills. Accordingly, it is Defendants' position that no disclosures have been made pursuant to either Federal Rule 26 or pursuant to Rule 702, 703, 704, and 705.

5.  Defendants also argue that Dr. Kwedar is not qualified to testify against a Nurse Practitioner as he has no experience in the field of nursing.

6.  In addition, Defendants move to prohibit Dr. Kwedar from testifying as to any opinions or facts that have not been set forth in either his deposition or his disclosure attached to his deposition taken on September 11, 2006.

7.  Federal Rule 26(a)(2)(b) requires that Plaintiff (or any party) provide a report to Defendants which contains

    > a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; qualifications of the witness,

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

> including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as a witness at trial or by deposition within the preceding four years. Federal Rule 26(a)(2)(b)

8. As the Plaintiff has not provided any information which would suggest that Dr. Kwedar would be providing opinions critical of Rhonda Mills, no such opinions may be provided at trial.

9. Likewise, Defendants seek a Motion in Limine to prevent Dr. Kwedar from attempting to provide additional opinions at trial with respect to any of the Defendants who remain in this case for which there is no disclosure or opinion provided per Federal Rule 26(a).

10. To the extent Dr. Kwedar has failed to identify any specific opinions relating to any of the individual Defendants in this case, no opinions should be elicited at trial.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; RHONDA MILLS; JULIUS FLAGG; SANDRA FUNK; DEBRA K. FUQUA; DENNIS HOCKADAY; ILLINOIS DEPARTMENT OF CORRECTIONS; KENNETH KELLERMAN; BYRON LAW, and KEVIN WINTERS, pray that this Court will enter a Motion in Limine directing counsel to refrain from referring to himself as appointed counsel and advise his witnesses to refrain from such references as well.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

                                                BY:   /s/Theresa M. Powell
                                                                    Theresa M. Powell, #6230402
                                                                    HEYL, ROYSTER, VOELKER & ALLEN
                                                                    Suite 575, National City Center
                                                                    P. O. Box 1687
                                                                    Springfield, IL  62705
                                                                    Phone: (217) 522-8822
                                                                    Fax:    (217) 523-3902
                                                                    E-mail:tpowell@hrva.com

WITH CONSENT:

JULIUS FLAGG, SANDRA FUNK
DEBRA K. FUQUA, DENNIS HOCKADAY,
ILLINOIS DEPARTMENT OF CORRECTIONS,
KENNETH KELLERMAN, BYRON LAW, and
KEVIN WINTERS, Defendants

LISA MADIGAN, Attorney General,
State of Illinois

BY:   s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9026
Facsimile:  (217) 524-5091
E-Mail: kchoate@atg.state.il.us

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed **First Motion to Bar** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on October 22, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822