41

1    A. I do not. I don't know. All I have is
2 what is in front of me.
3    Q. Okay. Basically, are you saying that the
4 orders don't match?
5    A. Correct.
6    Q. Okay. Are you giving any other opinions
7 regarding that specific order?
8    A. I don't understand what your question is.
9    Q. How did that affect Mr. McCroy?
10    A. The patient had steroid induced glaucoma.
11 That's a potent steroid that he was being -- he was
12 taking.
13    Q. You never saw the patient yourself, right?
14    A. I already testified to that.
15    Q. Okay. And do you feel that you're in a
16 better position in reviewing these records then
17 Doctor Zeh would have been in actually seeing the
18 patient?
19    A. Not at all. Doctor Zeh said to use it
20 four times a day.
21        What did it say on there? Three days
22 and then stop?
23        Yeah, three days then stop, and that
24 order was written on the 6th of November. One

42

1 would think the three days would probably have been
2 the 9th or the 10th.
3    Q. Do you think that Mr. McCroy was given
4 this medication intentionally?
5    A. I have no idea, and I also don't know that
6 he got the medication, because I wasn't there.
7    Q. And do you know how it affected his
8 vision, if at all?
9    A. I know his pressure went up on the next
10 time he was seen.
11    Q. Are you aware that your opinion disagrees
12 or differs from that of Doctor Zeh as provided in
13 his deposition?
14    A. Doctor Zeh --
15       MR. LONDRIGAN: I object to that
16 characterization.
17       THE DEPONENT: No.
18       MR. LONDRIGAN: Object to the form of the
19 question, but you can go ahead and answer.
20       THE DEPONENT: Doctor Zeh said his
21 pressure was 40 I think when he saw him when he
22 came back. That's what I'm testifying to. I
23 believe that's in his deposition. I could search
24 it out.

43

1 BY MS. POWELL:
2    Q. Is it your understanding that you believe
3 Doctor Zeh thought that the glaucoma or increased
4 pressure was related to this medication?
5    A. I believe he testified in his deposition
6 that way. He also said, it's possible too that it
7 could occur after a corneal transplant, but it
8 would have probably occurred earlier, and I believ
9 he -- I believe he testified that he was a steroid
10 responder in his deposition.
11    Q. Do you know how long Mr. McCroy had been
12 on --
13    A. Since his surgery I would think.
14    Q. Do you know how long Mr. McCroy had been
15 on steroids prior to the time that this verbal
16 order was entered?
17    A. Since his surgery I would think.
18    Q. And you don't know the type of steroids
19 that he was going to be on? Do you know what type
20 of steroids he was on after the surgery?
21    A. Topical.
22    Q. But do you know the type though, as
23 opposed to Maxitrol, what it was?
24    A. I don't know. That was not -- that

44

1 information was not provided to me.
2    Q. Do you know whether or not he had actually
3 been on Maxitrol itself before he had been given
4 this new order?
5    A. I think he was on Maxitrol when Zeh had
6 him as -- got him as a patient.
7    Q. Okay. And do you know whether or not the
8 patient had increased pressures before he'd ever
9 received --
10    A. Zeh's got a thing in there in the summer
11 sometime that he saw him his pressure was like 1
12 or 18, and then he came back in November and the
13 pressure was up. He thought he was a steroid
14 responder. You know, he went to take a stitch out
15 because his eye was irritated, and he took out two
16 stitches, you know, and now he's really worried,
17 which I would be too, because he's not that far
18 after corneal transplant. He's worried that wound
19 is going to dehisce, you know, and he wants to --
20 and he's got a steroid responder on his hands, and
21 he's worried. I would be. Every ophthalmologist
22 in the world would be.
23    Q. Was the pressure increased at the time
24 that Doctor Zeh saw him before that order was

```
                                    45
 1  given?
 2      A.  On the date that he wrote that order, the
 3  pressure was increased.
 4      Q.  And when he saw him again it was still
 5  increased?
 6      A.  It was higher.
 7      Q.  Was there any medication given in November
 8  to decrease the pressure?
 9      A.  Yes, yes.
10      Q.  What was that medication?
11      A.  I wrote it down.  And he actually, what he
12  did, he did two things.  He put him on a steroid
13  that has less pressure rising affect, to a little
14  weaker steroid, and he switched him.  He put him on
15  that and he put him on, what was it here, Lotemax.
16  That's that.  Travatan, and -- no, that was
17  different.  That was later.  Let me look here.
18  Travatan.
19      Q.  He was on Travatan on November the 6th?
20      A.  He put him on November the 3rd.
21      Q.  November the 3rd?
22      A.  That's what -- well, I think that's what
23  he wrote.  Let me see.  He wrote the order on
24  November 3rd. Travatan, right there, and Lotemax
```

```
                                    46
 1  November, that was on November the 6th.  Excuse me,
 2  November the 6th.  I can't read.  You'll have to
 3  excuse me.  I'm presbyopic and these are just out
 4  of my focus.  Both of these orders were written on
 5  11/6/03 not 11/3/03.  Let me correct and go back.
 6  They're all 11/6 and I'm really, please forgive me.
 7  You guys, when you get older, you'll find out.
 8  It's hard to see up close.
 9      Q.  Are you giving any other opinions relating
10  specifically to Doctor Lochard?
11      A.  Well, I don't know.  Let me -- I just
12  found that one.  Let me just see here.
13              Not at this time.
14      Q.  And, Doctor, the date of the order that's
15  written by the nurse, a verbal order?
16      A.  Uh-huh.
17      Q.  Is that also November the 6th of '03?
18      A.  No.  It's 12/9/03.
19      Q.  Okay.  That doesn't make any sense to me.
20              Why -- how would that come about?
21      A.  Well, you know, that's one of the problems
22  that I found.  That made no sense to me either.
23              Would you like to see it?
24      Q.  Yeah.  I want to see what you're referring
```

```
                                    47
 1  to.
 2      A.  Right here.  Right there.
 3              Now, you understand part of my
 4  frustration.  It's really hard to tell who did
 5  what, because, first of all, the names are
 6  illegible.
 7      Q.  Well --
 8      A.  Well what?
 9      Q.  The order that you're looking at is an
10  order from 12/9/03, right?
11      A.  That's correct.
12      Q.  Okay.  Well, what about the orders that
13  reference 11/6/03?
14      A.  Find them.
15      Q.  Well, I'm asking you.  Did you see one?
16  Are you relying on one?
17      A.  No.  I'm telling you that he shouldn't
18  have been on that medication at that time.  He
19  should have been off of that on the 9th.
20      Q.  Okay.  You don't see the order that was
21  from 11/6/03?
22      A.  No, ma'am.
23      Q.  Okay.
24      A.  That's the only thing I see.
```

```
                                    48
 1      Q.  All right.  Okay.  Ronda Mills, do you
 2  know who Ronda Mills is?
 3      A.  Ronda Mills?  Ronda Mills?  Ronda Mills?
 4  Boy, this would have been a lot easier if you would
 5  have given me their names before and I could have
 6  gone through and then we could have just whipped
 7  right through this.
 8              No, I don't have anything on Ronda
 9  Mills at this time.
10      Q.  And you would agree Ronda Mills name is
11  not referenced in Exhibit 1?
12      A.  Ronda Mills name is not referenced to in
13  Exhibit 1.
14      Q.  Okay.  Connie Shaw?
15      A.  Same answer.
16      Q.  Okay.  And, again, you would agree that
17  she is not referenced in your Exhibit 1, is that
18  correct?
19      A.  That is correct.
20      Q.  Okay.  What about Wexford Health Sources?
21      A.  Are we going to play the buck stops here?
22      Q.  I'm just --
23      A.  Are we going to be like -- someplace the
24  bucks got to stop.
```

49

1  Q. Well, I'm just asking you whether you are
2  going to give any opinions relating to Wexford
3  itself?
4  **A. Well, you know, it's really hard to see,**
5  **because their name doesn't appear in the chart as a**
6  **provider.**
7  Q. Okay. And you would agree that your
8  Exhibit 1 doesn't reference Wexford Health Sources?
9  **A. I'm not sure of that.**
10  Q. Well, if it does, would you show me in
11  Exhibit 1 where it does?
12  **A. It's not mentioned specifically, but it's**
13  **not excluded either.**
14  Q. Well, neither am I, but that could be
15  anybody?
16  **A. That's correct.**
17  Q. Would you agree with me that would be hard
18  for me to read Exhibit 1 and tell what opinions
19  you're going to have relating to Wexford Health
20  Sources?
21  **A. Well, you haven't asked me. You haven't**
22  **really asked me.**
23  MR. LONDRIGAN: I'm going to make a
24  continuing objection.

50

1  MS. POWELL: I am asking you right now.
2  THE DEPONENT: Okay.
3  MR. LONDRIGAN: And I'm not going to
4  repeat it. We do not have to offer specific
5  testimony, and this witness is not offering
6  specific testimony at this time with regard to all
7  of Wexford's employees.
8  No one has come forward yet and
9  identified who made these critical decisions,
10  either in the records or in testimony.
11  This witness is here to testify that
12  Wexford by and through its agents and employees,
13  and that's the only way that a corporation can take
14  action, departed from the ophthalmologic prescribed
15  treatment for this patient.
16  Now, the fact that no one has come
17  forward and said, I did it, I'm the one that made
18  that decision, doesn't get Wexford off the hook.
19  Having said that, and I'm not going to
20  repeat it again, that's a continuing objection
21  throughout the remainder of this deposition.
22  THE DEPONENT: That's what my problem is.
23  MS. POWELL: I object to your speaking
24  objection. That is not a legal objection, and I

51

1  also object to you indicating that something is
2  contained in this exhibit that is not contained in
3  the exhibit.
4  This is our time to depose an expert
5  who is supposed to be disclosed under Federal
6  Rule 26, and this, as I've already filed a Motion
7  to object and strike this, does not comply with
8  Federal Rule 26 and give those specific opinions.
9  And I would disagree with your statement that it
10  does and that you are not required to provide us
11  with that information, because I believe that you
12  are.
13  MR. LONDRIGAN: Theresa, this can be used
14  for evidentiary purposes, and may well be used for
15  evidentiary purposes. The court is going to make
16  ruling on what you filed, and also with regard to
17  motions that we filed for the incompleteness of the
18  records.
19  MS. POWELL: That doesn't have anything to
20  do with me, sir, so if you have a legal
21  objection --
22  MR. LONDRIGAN: We can only work with wha
23  we've been provided.
24  MS. POWELL: That's fine. That's fine.

52

1  THE DEPONENT: That's why I'm -- I can't
2  answer it.
3  BY MS. POWELL:
4  Q. That's okay. All right.
5  Other than the specific reference that
6  you gave to Doctor Lochard, did you have any other
7  specific documents relating to him that you can
8  recall?
9  **A. Not at this time.**
10  Q. Okay. What about Doctor Lowell Brown,
11  what opinions do you intend to give with respect to
12  him?
13  **A. Well, we've already discussed. Where is**
14  **my thing here?**
15  Q. Do you want this page back?
16  **A. Yeah. Give me that page.**
17  **You know, when he was -- you know,**
18  **there was an order written in November of '03 tha**
19  **Mr. McCroy was to be put in, it's like the**
20  **infirmary or confined area, where he was not in tl**
21  **general population. He was not to lift weights.**
22  **He was not to take gym. He was not to exercise,**
23  **and that was -- and that was supposedly for a yea**
24  **And when you have a corneal transplant, the**

53

cornea's a very privileged, privileged area. It doesn't have any blood vessels in it and that's why we're able to do transplants. We can take a cornea from your eye and put it in my eye and it will take, and it's really wonderful, because the homograph rejection just doesn't occur, well, it does occur, but you can -- it's so rare, and it's just a wonderful operation.

But there is a flip side. There are no blood vessels in the cornea. That's why you can do this. The blood vessels are necessary for healing, and this eye was, you know, it's been on steroids, which slows healing. It has no blood vessels. It was a clear graft, you know, and this eye is not healed, and this eye is very liable to rupture, and that's why he was put on restrictions.

And, yeah, I do have objection of placing him in the general population without a doctor's order, without an ophthalmologist order. I do have objection to that.

And not only that, but it sounds from the tone of what I read in here and I don't know exactly who assigned him, because you're going to ask me, but I don't know who assigned him to that

54

cell. I don't know who did that.

But, from reading McCroy's things, it leads me to believe that this cellmate of his had a history of violent behavior towards his other -- other roommates or cellmates that he had had.

And this would be for a one -- for a guy who has got a cornea that you're really, really worried about and it could pop, this would really be inappropriate behavior.

I don't know who that is. If that's one of the people you've asked me about, I'm going to say that that person, because I don't know who did that.

Q. Okay. So --
A. See, that could have been one of those people you asked me and I don't know who they are. That's why I hedge, because I don't know who did that, but somebody did that.
Q. But with respect to Doctor Brown, are you just referring to an entry that he made?
A. No.
Q. I'm asking you about Doctor Brown.
A. Well, isn't that the order that did it?
Q. I'm just asking you what opinions you're

55

going to give with respect to Doctor Brown.
A. I'm going to say that that was inappropriate behavior to put in inappropriate placement. I do feel that medically.
Q. What was inappropriate?
A. To take him out. I believe that -- I believe this is. You explain to me, because I don't know all the lingo here.
MR. LONDRIGAN: Just a second.
Can we identify what you're looking at right now as to what portion of an exhibit, and also what the entry is that you're trying to determine?
THE DEPONENT: I'm looking at an entry 6/8. It says M.D. on the top of it, 10:00 a.m. It says no further medical need for detention.
Now, I assume, I'm making an assumption, that that detention means away from the general population. He will continue meds and see ophthalmologist for new opinion, and then Brown, and he ended up sending him to Eric Anderson, I mean, he ended up sending him to Lance Staley, and Lance saw him, and there is never any notes back and forth about anything after that concerning

56

that. Now, Anderson stepped in. You're going to ask me about Anderson too. Anderson stepped in here and Anderson --
BY MS. POWELL:
Q. Let me stop you, Doctor, before you keep going. Let me just ask you a question.

You just referenced an entry made by Doctor Brown that indicates no further medical need for detention, correct?
A. That's correct.
Q. Your criticism of Doctor Brown or your opinion relating to Doctor Brown is what?
A. I'm saying that the no further need for detention ended up costing him his eye.
Q. Let me ask you this. What in your opinion, what is your understanding of where Mr. McCroy had been at the time that order was written?
A. I believe he was in the infirmary or some area where he was protected from the general priso population. I do not know where he was specifically.
Q. And it's your understanding --
A. He may have been in solitary confinement.
Q. Okay. And that he would have been in the

                                            57

1  infirmary since, at least since the time he
2  received the corneal transplant --
3     A.  Correct.
4     Q.  -- in February of '03, correct?
5     A.  Correct.
6     Q.  And do you know as you sit here today
7  whether or not there are other inmates in the
8  infirmary?
9     A.  I would assume there are, but I do not
10 know that as a fact.
11    Q.  And when Mr. McCroy was -- departed the
12 infirmary, do you know whether or not he requested
13 to be sent out, back to the infirmary?
14    A.  I do not know.
15    Q.  Okay.  And as a physician, if a person in
16 the general public had this type of surgery, would
17 you let them go home to be with other people?
18           MR. LONDRIGAN:  Hold on just a second.
19 BY MS. POWELL:
20    Q.  Would you let people be around other
21 people?
22           MR. LONDRIGAN:  Just a second.
23           Are you asking him for an opinion as a
24 Department of Corrections employee --

                                            58

1            MS. POWELL:  No.
2            MR. LONDRIGAN:  -- or a doctor or medical
3  person hired by Wexford or are you asking him for a
4  lay opinion?
5  BY MS. POWELL:
6     Q.  No.
7            I'm asking you, as a physician, are
8  people who receive corneal transplants allowed to
9  be around other people?
10    A.  Absolutely.
11    Q.  So if someone had this and let's say after
12 a year's time would they be allowed to go to a
13 grocery store?
14    A.  Probably be allowed to go to a grocery
15 store a lot earlier than that.  I may not want them
16 lifting, but they could certainly go to the grocery
17 store.
18    Q.  Okay.  They could go to the mall?
19    A.  Yes.
20    Q.  Do they have any restriction as to being
21 around large numbers of people?
22    A.  No.
23    Q.  Okay.
24    A.  But I wouldn't let them box.

                                            59

1     Q.  Okay.
2            MR. TENNEY:  While you're in between
3  questions, can we mark that exhibit or mark this
4  paper as an exhibit?
5            MS. POWELL:  Sure.  That's the 6/8/04
6  entry from Doctor Brown.
7            MR. TENNEY:  Right.
8            MS. POWELL:  If you want to mark that as
9  Exhibit 2, that's fine.
10           MR. LONDRIGAN:  Just for continuity,
11 because other people will be looking at this, why
12 don't you mark it as 1A, because actually it's a
13 page that came out of one?
14           MS. POWELL:  Okay.  That's fine.
15           MR. LONDRIGAN:  I think one is this.
16           MS. POWELL:  This whole thing is
17 Exhibit 1.
18           MR. TENNEY:  Should the binder be Exhibit
19 2?
20           MS. POWELL:  We'll make the binder at the
21 end an entire exhibit, but it's already got
22 everything listed, and I'll make a note for the
23 record.
24           MR. LONDRIGAN:  Trial prep for you.

                                            60

1            MS. POWELL:  Well, that's actually part of
2  it, and I'll figure it out from looking at the time
3  line.
4            MR. TENNEY:  Okay.  So this is now going
5  to be Number 2?
6            MS. POWELL:  We'll make it Exhibit 2 for
7  the record now.
8            Okay.  I'll put, at the end I'll look
9  at it and find out exactly where it is in here,
10 because it's probably also something else.
11           We'll just have to get an agreement
12 that I'm going to want that copied as an
13 attachment.
14           MR. LONDRIGAN:  We're going to use it as a
15 request for further documents that are not
16 contained in it.
17           MS. POWELL:  That's okay.  I just want to
18 know before we end what it was that we had here and
19 that time line should all.
20           MR. LONDRIGAN:  We'll copy it and send you
21 a bill.
22           MS. POWELL:  Okay.
23           (Defendant's Exhibit No. 2 was
24            marked for identification.)

61

BY MS. POWELL:
Q. Do you know anything about the people who were in the infirmary with Mr. McCroy?
A. No.
Q. Do you know anything about how much contact he was having with other inmates --
A. No.
Q. -- in the infirmary?
And when Doctor Brown indicates that there is no further need for detention, does that indicate in any way to you, do you have any specific knowledge as to what that meant? What Doctor Brown meant by that?
A. Well, I gave you my interpretation of send him back to the general population.
Q. Okay. And when --
A. That's my interpretation of that. If that's incorrect, I'm really sorry. I've done Doctor Brown a terrible disservice.
Q. When you say general population, what is your understanding of the term general population?
A. Well, you know, you know, I have to tell you only from what I've seen on TV. Okay. I've never been in a prison, so I don't know what the

62

general population of a prison is like.
But I would assume the infirmary is a separate unit from the prison population in which they're more, probably more closely watched, and less -- less violent, not necessarily less violent people that are there, but less violent when they're there.
You know, I think the general population, I'm sure that you've got grades of A, B, C, and D population, but I don't know about that.
Q. Okay. Would you say that putting Mr. McCroy in a cell with one other person, are you criticizing that?
A. Well, all I know is that he was supposed to be, according to the doctor that had seen him, okay, Doctor Zeh or Zeh, okay, restricted for a year. Okay. That restriction was lifted, and he was -- it was, the restriction was lifted. He was placed back in the other population.
Q. Well, when you say that a restriction was lifted, what restriction was lifted?
A. Restricted him out of the -- you're playing with words with me.

63

Q. Well, I need to know, Doctor, what you are saying, because I'm not sure you understand exactly what happened.
A. I guess I don't know. Tell me what happened.
Q. Well, that's what I want to know.
How can you criticize somebody if you don't know what happened? So I want to know what you're --
A. Here's what I think happened. I think he was released into the general population of the prison because of this order. I think the choice of roommates that he was given was, as an ophthalmologist, I shudder to think that you -- that he was placed in with somebody that had a history of having hit and fought with his other roommates. I just shudder that, with this guy wi a corneal transplant that, you know, is not well healed, I just shudder to think of that, and I think that was incorrect and that's what I'm testifying to.
Q. Well, again, you don't know who Mr. McCroy was living with before --
A. No.

64

Q. -- before he was put in a cell with one other person, right?
A. Correct.
Q. And you don't know if he was with two people or three people or four people?
A. Correct. It could have been a dozen. It could have been in a true infirmary.
Q. Right. He could have been with a lot of people, right?
A. Correct.
Q. Okay. So he may actually have been reduced to less people?
A. That's correct.
Q. And you don't even know if the person that he was put in with in the cell was in the infirmary during anytime that he was in the infirmary?
A. That's also correct.
Q. Okay. And previously you'd said something about restrictions being lifted.
What is your understanding of the restrictions placed by Doctor Zeh that were no longer going to be in effect once the patient was released from the infirmary back to his cell?
A. Well, that's why I complimented Doctor

```
                                              65                                                 67
 1  Anderson here, for making sure that he didn't lift.    1  transplant is going to -- it's right after he took
 2  Isn't that on here? Is that some other note? No        2  the sutures out. He's afraid the thing is going to
 3  yard, gym due to eye condition and decreased           3  fall off. Okay. I would be too. That's a
 4  vision. Okay. I think -- I think that was good.        4  soft eye. It's a soft eye. I mean, it's not a
 5       Q.  But were there any -- are you aware of any    5  soft eye, but the healing is soft around it. No.
 6  restrictions after him --                              6  I'll find that.
 7       A.  He wasn't supposed to lift -- no. I think     7       Q.  But wouldn't you agree, Doctor, that
 8  he still had the five pound restriction on him. I      8  Doctor Zeh may have wanted the patient to be in the
 9  think. That's not mentioned in there.                  9  infirmary for a while to be monitored by the
10       Q.  Well, it was your words. You said that he   10  medical staff?
11  had all restrictions lifted and I'm just trying to   11       A.  Well, he had to have a lot of medication
12  figure out --                                        12  put in his eyes. Probably a lot easier to do it in
13       A.  No, I don't believe I said that. Did I     13  the infirmary. I would think that too.
14  say that he had all restrictions lifted?             14       Q.  At some point in time the medication needs
15           Could you read back my answer? I           15  might be different than they were when he was
16  don't believe I ever said that. I don't want to be   16  immediately released?
17  argumentative with you.                              17       A.  That's correct.
18           MR. LONDRIGAN: Either he did or he         18       Q.  And did Doctor Zeh's order in any way
19  didn't. Let's go forward.                            19  reference the number of inmates that the patient
20  BY MS. POWELL:                                       20  was supposed to be around?
21       Q.  Well, are you saying that?                 21       A.  Not that I saw.
22           I need to know. Are you saying that       22       Q.  And are you saying that this inmate, in
23  that's a criticism?                                   23  your opinion, should have always been kept in
24       A.  My criticism is that he lifted the        24  solitary confinement away from every other inmate

                                              66                                                 68
 1  restriction and put him out in the general             1  for the entire time that he would be incarcerated?
 2  population, and he was not supposed to have that.      2       A.  I don't know that I can say that.
 3       Q.  When you say --                               3       Q.  And what if the inmate requested to be out
 4       A.  Per the order -- per order on, I can find     4  with other people, would you allow that as a
 5  the order for you if you really want to look, but      5  physician?
 6  there was an order around December that said that,     6       A.  I think first I'd talk to him about what
 7  for a year.                                            7  out and about was, meant, and I don't know quite
 8       Q.  Okay. And you're talking about an order       8  what that means.
 9  that was written by Doctor Zeh, is that correct?       9       Q.  Would it be reasonable to explain to Mr.
10       A.  Uh-huh.                                    10  McCroy or any inmate with his condition that he
11       Q.  Is that a yes?                              11  needed to keep his eye protected?
12       A.  Yes.                                        12       A.  I would think that would be very
13       Q.  Okay. And do you know the specific words   13  reasonable.
14  that Doctor Zeh wrote?                                14       Q.  Okay. And that if he were to be around
15       A.  No, but I saw the order. The order is in   15  other people, that he should keep that in mind,
16  here someplace, where it was transcribed on a sheet   16  right?
17  much like this.                                      17       A.  I think that would be reasonable.
18       Q.  Okay. And does that order reference in    18       Q.  Okay. Do you have any other opinions that
19  any way why he wants the patient in the infirmary?   19  you're going to reference with respect to Doctor
20       A.  Well, I think the event speaks for itself, 20  Brown?
21  don't you?                                            21       A.  No, I don't think so.
22       Q.  Well, I'm asking you.                      22       Q.  Up until June 8 of 2004, beginning with
23       A.  Yes, it does. It speaks for itself. He    23  February of 2003, had Mr. McCroy had any
24  had a corneal transplant. He's afraid the corneal   24  significant problems with his eye between February
```

69
1  of '03 and June of '04?
2     A.  Well, yeah, he had.
3     Q.  What problems was he having with respect
4  to his recuperation?
5     A.  Now, you're talking about --
6     Q.  I'm talking about the time frame and
7  follow-up to the corneal transplant?
8     A.  After the -- well, he had the glaucoma.
9          You talking about in addition to that?
10    Q.  Right.
11    A.  Because we've talked about that.
12    Q.  Was there ever a time that he didn't have
13 glaucoma?
14    A.  Yes.
15    Q.  Was that before the corneal transplant?
16    A.  Yeah, and I don't know that he had an
17 elevated pressure until he was seen in November
18 after the corneal transplant.  I mean, there was no
19 reference --
20    Q.  Okay.
21    A.  -- to that.
22    Q.  After the corneal transplant, would it be
23 fair to say that his pressures were always
24 elevated?

70
1     A.  No, it would not be fair to say that.  His
2  corneal transplant, he had a retrobulbar hemorrhage
3  when they went to do his corneal transplant in
4  January and they sent him home, and they brought
5  him back in February.  They did his transplant on
6  February the 3rd.  Presumably, I didn't see all
7  those records, but presumably his pressures were
8  normal until he was seen on 11/3.
9     Q.  Okay.
10    A.  So that would not be fair to say that.
11    Q.  Well, you don't know what the pressures
12 were on February 3rd of '03, right?
13    A.  Yes, I do.  They were elevated.  Zeh said
14 that in his deposition.
15    Q.  No.  I'm talking about --
16    A.  Excuse me, November of '03 --
17    Q.  Right.
18    A.  -- they were elevated.  February, no, I do
19 not know.
20    Q.  Okay.  You don't know what they were.  But
21 on November 3 of '03 they were elevated?
22    A.  That was the first time they were
23 elevated, yeah.
24    Q.  Okay.  And after that they were always

71
1  elevated until he lost his eye, is that correct?
2     A.  Yeah.  I think so.  They were pretty well
3  controlled.  About two months after they stopped
4  the Maxitrol and added another glaucoma medicine
5  the pressures came down.  They were pretty well
6  controlled at that point.
7     Q.  Even after, let's talk about the time
8  frame after the pressures came down, which would
9  have been in early 2004.
10    A.  Uh-huh.
11    Q.  Was Mr. McCroy ever able to see very well
12 out of his eye?
13    A.  He never was fit for a contact lens.  This
14 man really needs a contact lens.  He needs to have
15 contact lenses or now a contact lens for his other
16 eye.  You just don't understand how bad this guy's
17 vision is, you know.
18    Q.  Let me just ask you about this time frame
19 when he's, between the time that he received the
20 corneal transplant and the time that he lost his
21 eye.
22    A.  Okay.
23    Q.  Did the records ever indicate that the
24 glaucoma left no affects on his eye?

72
1          Do you ever get rid of glaucoma?
2     A.  Yeah, you can sometimes, but there is, you
3  know, it's really hard to tell if there was damage
4  done during that time.
5          There is some reference, and I'd have
6  to dig it out, but there is some reference in there
7  that his optic nerve preop, the optic nerve
8  probably looked pretty much the same.  But the vie
9  of the optic nerves looking through two eyes that
10 have Keratoconus is really difficult to see, and
11 I'll demonstrate that for you in a little bit but.
12         And there is some reference made
13 after, after the -- I think it was Doctor Kim,
14 afterwards that the cup, the nerve may have
15 actually had some loss of tissue in it.  But it's
16 really hard to tell, and I don't know whether he
17 had any vision loss or any loss of nerve tissue as
18 related to the glaucoma.  It's pretty hard to tell
19 at this point.
20         If he'd had his cataract operated on,
21 which he probably would have ended up having to
22 have and the eye had healed up, then maybe you
23 could have seen if he had some loss from the
24 glaucoma, but at this point it's pretty hard to

**73**

1 tell.
2   Q.  And he had a cataract in addition to the
3 corneal transplant, correct?
4   A.  Yes.
5   Q.  And with the cataract, wouldn't it be very
6 difficult to see?
7   A.  Yeah.  It was hard to see.  But there is a
8 note in the chart someplace that he saw and he
9 thought there was some asymmetry of the cups and
10 the left eye was greater.
11   Q.  And you can't guarantee even with a
12 contact lens that he would have been able to see
13 very well, can you?
14   A.  With which eye?
15   Q.  The left eye?
16   A.  I've seen a lot better.  He had six or
17 eight diopter or the stigmatism after the suture
18 was taken out.  He might have seen better.  I don't
19 know.  It was never done.  It's a mute point.  And
20 Fedder, who did the corneal transplant, asked for
21 him to be fitted with a contact lens in February,
22 March.  How was this?
23       He asked him in January, February,
24 March, April the 8th.

**74**

1   Q.  And you would agree, Doctor, that that
2 lens would have to be fitted by the
3 ophthalmologist, right?
4   A.  No.  An optometrist could do it also.
5   Q.  Or an optometrist?
6   A.  Uh-huh.
7   Q.  With those specific qualifications, right?
8   A.  Well, it would have to be somebody that
9 was used to doing them.  These are very, very
10 difficult to fit.
11   Q.  Okay.
12   A.  Extremely difficult.  And that's one of
13 the reasons.  I mean, he was supposed to have been
14 refit with a contact lens for his other eye, right
15 eye starting as late as '02, and I don't know that
16 he's ever gotten one.  That's one of my main
17 objections here.  Here's a guy who in March of '02
18 or something is supposed to have been refit for his
19 good eye now and, to my knowledge, he hasn't had
20 that contact.
21   Q.  Well, Doctor, you don't know as you sit
22 here today why the lens wasn't provided to the
23 inmate when he went to the ophthalmologist, do you?
24   A.  The ophthalmologist probably didn't fit,

**75**

1 and the optometrist that saw him didn't have a
2 Keratoconus set.  These are funny lens and nobo(dy)
3 keeps them.
4   Q.  Do you know as you sit here why he wasn't
5 given that contact lens?
6   A.  Well, I know that when he went to see a
7 couple of optometrists they had to send off for a
8 Rose K set.  They got the Rose K set.  He came ba(ck)
9 and, you know, they fit him and then, basically,
10 there is no follow-up.  I don't know what happen(ed)
11       But you don't fit somebody with one (of)
12 these things and you got to look at them.  These
13 are really hard to fit.  He didn't -- there is a
14 whole number of times in the chart, not the chart
15 in the record that he complains that he can't -- h(e)
16 can't see.  He can't tolerate the contact in his
17 right eye, which is his good eye, and his
18 uncorrected vision is awful in that eye and it's
19 not very good corrected.
20       Michael Kass, when Michael saw him,
21 said he needed to have a contact lens fitted for
22 his right eye, which was his only eye then, and h(e)
23 still doesn't have that contact.  Now, I don't kno(w)
24 who is responsible for that.

**76**

1   Q.  Well, let me ask you this.  Why do you say
2 he doesn't have a contact lens in his right eye?
3   A.  I don't know that he's ever been fitted
4 with one.  I've never been provided with that
5 information.
6   Q.  You don't know, right?
7       You don't know what care was provided?
8   A.  Well, I know as of, excuse me, but I kno(w)
9 as of the last date here, now mind you, I can
10 annotate this in the record to someplace in 2002.
11 As of January, January the 25th of '06, there is n(o)
12 mention of anything that I've been provided that
13 he's ever had a new contact lens and never had a
14 follow-up.
15   Q.  Okay.
16   A.  Now, I don't know who is responsible for
17 that.  That could have been some of those people
18 that you named that I don't know who they are.
19   Q.  Do you know where he is an inmate
20 currently?
21   A.  I -- the last I heard was Pinkneyville.
22 Is that where he is?  I don't know if that's where
23 he is.
24   Q.  I'm asking you if you know where he is?

**Page 77**

A. Well, I don't know. I know there is something from Pinkneyville.

Do you have a prison down there?

Q. I don't have any prisons.

A. I'm sorry, I don't mean that.

MR. LONDRIGAN: We're going to continue to provide information to this doctor as we receive it.

MS. POWELL: That's fine.

MR. LONDRIGAN: Including statements from your people as to what they did or didn't do interpreting these entries.

THE DEPONENT: Counselor, it's really hard. This stuff is illegible. This is worse than -- some of this writing is worse than mine, and that's really bad, because mine's illegible.

BY MS. POWELL:

Q. Doctor, what's your understanding of the patient's medical status apart from his eye?

A. I have no opinion on that.

Q. Do you have -- do you have any knowledge?

A. No, and to be honest with you, I purposely didn't read anything about that, because my field was limited ophthalmology and that's all I'm going

**Page 78**

to talk about. I cannot talk about anything else. I didn't read it. When I saw something related to other things, I purposely skipped it.

Q. Well, what if the patient has diabetes, wouldn't that affect his eyes?

A. Yes.

Q. If the patient had hepatitis, may that affect his eyes if he's on medication for that?

A. The medication could.

Q. Okay. Wouldn't that affect his vision, whether or not he takes that medication or doesn't take that medication?

A. Not necessarily, depends on what the medication is.

Q. It could affect it though, right?

A. Not necessarily. Could it? Yes, it could, of course.

Q. And you might want to know what medications he's on or not on, right?

A. That's correct.

Q. Okay. It's my understanding that Keratoconus is a progressive condition.

Would you agree with that?

A. In some patients.

**Page 79**

Q. Okay. Would you agree that it's a progressive condition in this patient?

A. Yes.

Q. And that even with treatment, can't stop the progression?

A. Yeah. I think in this case that that's true, this specific case.

Q. And that the form of treatment of Keratoconus changes over time? You may want to try conservative measures before actually going to the corneal transplants?

A. Correct.

Q. And that's the standard procedure for treating this condition, correct?

A. Yes.

Q. All right. And would you agree with Doctor Kass's opinion that he would not recommend corneal transplant for the right eye so long as he is incarcerated?

A. I agree with what Michael said, that unless he could be provided a secure environmen I believe that's what he said, something close to that. Yes, I would agree.

Q. And as you sit here today, you don't

**Page 80**

recall having any specific disagreements with what Doctor Kass had in his report, is that correct?

A. No. I had none.

Q. Okay. And what about with respect to the testimony you read of Doctor Zeh, are you going to differ from what he said with respect to his medical opinions?

MR. LONDRIGAN: I'm going to object to that type of comprehensive.

THE DEPONENT: Well, that's a little too comprehensive.

MR. LONDRIGAN: If you have a specific opinion or any portion of that deposition you want him to look at, he'll be able to answer that, but that isn't a fair question.

THE DEPONENT: Were you the one that sneaked in the question about Doctor Anderson in that deposition, or was that you?

Because there was a question about if he had any opinions about Doctor Anderson much like you did me, and I know he was sitting there worried. The guy's sweating blood. I know he was in that case, because he's got steroid induced glaucoma and the patient has got the sutures out,