E-FILED
Monday, 22 October, 2007 09:04:57 AM
Clerk, U.S. District Court, ILCD

LONDRIGAN, POTTER & RANDLE, P.C.
ATTORNEYS AT LAW

THOMAS F. LONDRIGAN
JAMES R. POTTER
CRAIG A. RANDLE
ALEXANDRA DE SAINT PHALLE
DOUGLAS J. QUIVEY
CARISSA A. HANING

1227 SOUTH SEVENTH STREET
POST OFFICE BOX 399
SPRINGFIELD, IL 62705
TELEPHONE: (217) 544-9823
FACSIMILE: (217) 544-9826
WWW.LPRPC.COM
DOUG@LPRPC.COM

TIMOTHY J. LONDRIGAN
- - -
JAMES T. LONDRIGAN (OF COUNSEL)
- - -
JOSEPH A. LONDRIGAN (1919-1970)
JAMES E. LONDRIGAN (1923-1975)

TMA/PEW/AGT

August 30, 2006

Theresa M. Powell
Heyl, Royster, Voelker & Allen
P.O. Box 1687
Springfield, IL 62705

Kelly R. Choate
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Carl J. Tenney
Hughes, Hill & Tenney
236 N. Water St.
P. O. Box 560
Decatur, IL 62525-0560

RE: McCroy v. IDOC, et al.

Dear Counsel:

Enclosed are copies of Dr. Kwedar's report. In terms of dates, if September 11, 2006 will not work, please provide dates that you are available to go to Florida in late September or October.

Thanks.

Yours truly,

LONDRIGAN, POTTER & RANDLE, P.C.

Douglas J. Quivey

DJQ:ycn
Enclosures

DEFENDANT'S
EXHIBIT
1
9/11/06

To Whom It May Concern:

RE:   Aaron McCroy

I, Dr. Stephen A. Kwedar, 2325 Lantern Lane, Naples, Florida, 34102, make the following report:

1. That the PRISONER/PATIENT, Aaron McCroy, suffers from Keratoconus, which has been aggravated by the Department of Illinois Department of Corrections (IDOC) failure to provide proper care and treatment during his incarceration.

2. That the PRISONER/Patient's condition was further aggravated by IDOC's failure to isolate him from other inmates in order to prevent physical injury to his eye.

3. That agents and employees of IDOC significantly departed from the care and treatment of the PRISONER/PATIENT recommended by Dr. Michael Kass (court appointed expert).

4. That the PRISONER/PATIENT is currently at risk for further vision loss which may make him unemployable upon his release.

5. As noted in the medical records, PRISONER/Patient's current eyesight is significantly reduced, limiting his ability to see.

6. The foregoing opinions are based upon my background and training in ophthalmology and my review of the prison and medical records of this PRISONER/PATIENT.

7. My Curriculum Vitae is attached.

8. In regards to compensation, I have not required a retainer, but expect to be paid on a *quantum meriut* basis with my hourly rate to be determined.

9. I have not authored any publications or testified as an expert witness in the last ten years.

3:02-cv-03171-HAB-BGC # 430-6 Page 3 of 11
Aug 30 06 07:11a Stephen Kwedar 941-435-1126 p.2

Date: 29-Aug-06

DR. STEPHEN A. KWEDAR

# CURRICULUM VITAE

## STEPHEN A. KWEDAR, M.D.

PERSONAL:

Born: December 2, 1940 in Springfield, Illinois

Wife: Rebecca J. Kwedar

EDUCATION:

Northwestern University, B.A., 1962
Northwestern University Medical School, M.D. 1966
Northwestern University Medical School, M.S. 1966 (Neuroanatomy)
University of Oregon Medical School, 1966-1967 Internship
Washington University Medical School – Barnes Hospital – 1967-1970
    Residency in Ophthalmology

MILITARY SERVICE:

Rank, Major
Chief, Division of Ophthalmology, Fairchild AFB, Spokane, WA 1970-1971
Chief, Division of Ophthalmology, U Ta Pao AFB, Thailand 1971-1972
Chief, Division of Ophthalmology, Clark AFB, Philippine Islands, 1972

SOCIETIES:

Fellow: American Academy of Ophthalmology and Otolaryngology, 1972
Fellow: American College of Surgeons, 1981

American Intra-Ocular Implant Society
Kerato-Refractive Society
Contact Lens Association of Ophthalmologists
American Medical Association
Illinois Association of Ophthalmology
Sangamon County Medical Society

UNIVERSITY APPOINTMENTS:

Chairman, Division of Ophthalmology, Southern Illinois University School of Medicine, 1972-1986

Clinical Assistant Professor, 1972-1975
Clinical Associate Professor, 1975-1984
Clinical Professor, 1984-1994

PRACTICE:

Chairman, Department of Ophthalmology, Springfield Clinic, Springfield, Illinois. 1972-1994

LICENSE:

State of Illinois, 1972 - Present

HOSPITAL APPOINTMENTS:

St. Johns Hospital, Springfield, IL 1972-1994
Memorial Medical Center, Springfield, IL 1972-1990

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

**Western Illinois Correctional Center**

Offender Information:

McCroy Aaron — Last Name / First Name / MI — ID#: [illegible]518

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/8/04 8 AM | Nurse Note Remains housed in infirmary per security Noted no C/O | [signature] LPN |
| 6/8 10:00 A | — M.D. — No further medical need for detention. He will continue meds and see Ophth. for new opinion. | DEFENDANT'S EXHIBIT 2 9/11/06 [initials] [signature] MD |
| 6/8/04 10:10 AM | Eye Dr: no yard or gym due to eye condition — DVA | noted 6/8/04 @ 1055 [signature] RN. noted [signature] DL Anderson OD |
| 6/8/04 1045A | Nurse Note. Low bunk / low galley permit not need V.O. Dr Broo[illegible] | [signature] |

Distribution: Offender's Medical Record

DEFENDANT'S EXHIBIT 3

*BEGIN USING FROM BOTTOM UP

DEFENDANT'S EXHIBIT 5 9/10/08

NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 12-23-03

Problem

ORDER: (Physician's Signature After Last Order)
Lotemax OS BID
Travatan OS QPM
Brimonidin OS BID
} until seen by Dr Kim
Dr Santos / BBowers Rn

DEA/Illinois Lic. # Physician (Print) Santos
☐ May Substitute Dr Lochard MD / Rx mike cmt M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: BBowers Rn Date: 12-28-03

EXHIBIT 27

NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 12-9-03

Problem

ORDER: (Physician's Signature After Last Order) Travatan gtt OS QPM
Maxitrol opth ointment apply OS QID
Artificial tears gtt OU QID
Lotemax 0.5% gtt OS QD
} x 60 days
TO Dr Lochard / BBowers Rn

DEA/Illinois Lic. # Physician (Print) Lochard
☐ May Substitute M.D.
☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: BBowers Rn Date: 12-9-03

[illegible] NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient McCroy Aaron Reg. # N51882 Date: 11-26-03

Problem UTN

ORDER: (Physician's Signature After Last Order)
[illegible]
[illegible]
[illegible]

DEA/Illinois Lic. # Physician (Print)
☐ May Substitute

05415-N3243

TMP|PEN|AGT

Kwedar Depo

GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
217 East Monroe, Suite 101
Springfield, Illinois 62701
(217) 523-8244

October 16, 2006

Ms. Kelly Choate
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
Attorneys at Law
575 National City Bank Building
One North Old State Capitol Plaza
Springfield, Illinois 62701

Mr. Carl Tenney
Hughes, Hill & Tenney
Attorneys at Law
236 North Water Street
Decatur, Illinois 62525

In Re: McCroy vs Illinois DOC, et al.
U.S. District Court No. 02-3171
Deposition of Dr. Stephen Kwedar taken on September 11, 2006

Enclosed please find the signed errata sheet in connection with the above captioned matter.

Very truly yours,

Connie S. Golembeck

Enclosure

cc: Attorney Thomas Londrigan

McCROY vs. IL DOC. No. 02-3171 Deposition taken on Sept 11, 2006. Attorneys Ms. Powell, Ms. Choate, Mr. Tenney, Mr. Londrigan.

STATE OF FLORIDA )
)
COUNTY OF )

I, DR. STEPHEN KWEDAR, deponent herein, do hereby certify that I have read the foregoing deposition and that it is a true and accurate translation of the questions asked of me, and the answers given by me, with the following change(s):

PAGE 73, LINE 16

CHANGE DESIRED I've → He'd

REASON FOR CHANGE ____________

PAGE 121, LINE 8

CHANGE DESIRED Price → Practice

REASON FOR CHANGE ____________

PAGE ____, LINE ____

CHANGE DESIRED ____________

REASON FOR CHANGE ____________

[signature]
DR. STEPHEN KWEDAR

Subscribe and sworn to before me this 6th day of October, A.D., 2006.

[signature: Paula K. Gentry]
NOTARY PUBLIC

OFFICIAL SEAL
PAULA K. GENTRY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-30-2010

## ATTACHMENT

I, Dr. Stephen A. Kwedar, supplement my report dated August 29, 2006, as follows:

1. Based upon my medical training as a board certified opthamologist, my medical experience, and my review of the IDOC medical records, I hold the following opinions within a reasonable degree of medical certainty and the rationale for them as found on pages 18-21, 35-36, 40-41, 52-56, 62-63, 65-68, 71, 73-74, 79-80, 101-102, 110, and 121-127 of my deposition given on September 11, 2006.

11-5-06
Date

Dr. Stephen A. Kwedar