05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), WEXFORD | ) |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, | ) |
| M.D., DR. HUGHES LOCHARD, M.D., and | ) |
| RHONDA MILLS, | ) |
| Defendants. | ) |

## SECOND MOTION TO BAR

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and Defendants, JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, ILLINOIS DEPARTMENT OF CORRECTIONS, KENNETH KELLERMAN, BYRON LAW, and KEVIN WINTERS, by consent of their counsel, KELLY R. CHOATE, and for their Second Motion to Bar, state:

1. Defendants seek to preclude any testimony or reference to Dr. Michael Kass as Dr. Kass's opinions are not relevant to the cause of action against the Defendants.

2. To begin, the Court appointed Michael Kass as a court-appointed witness pursuant to Federal Rule 706(a). Pursuant to that rule, the Court circumscribed the duties of the expert witness to be limited to the "Plaintiff's present eye condition and the recommendation for treatment

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

for his eye from this point forward, not on past diagnoses or past treatment decisions." (See Court's Order of November 29, 2004.)

3. As a result of that Order, the Plaintiff was seen by Dr. Kass on December 8, 2004. Dr. Kass made findings that the Plaintiff suffered from keratoconus in his right eye and recommended that the patient needed to be fit with a special contact lens to improve his vision in his right eye and also recommended a prosthesis for his left eye.

4. Dr. Kass's report and recommendation for care was based upon information provided to him by the Plaintiff. No opportunity for cross examination has been made to the Defendants regarding any findings made by Dr. Kass.

5. In addition, Mr. McCroy has been fitted with a special contact lens in his right eye and has received a prosthesis for his left eye.

6. This was done after Plaintiff was transferred to the Menard Correctional Center in January of 2005.

7. Dr. Brown did not treat the Plaintiff once he was transferred to the Menard Correctional Center.

8. The claims against Dr. Lochard and Nurse Mills do not relate to care and treatment provided after December 8, 2004.

9. Accordingly, any documentation from Dr. Kass is unnecessary and not pertinent to the claims pending against the undersigned Defendants.

10. In addition, the Plaintiff did not identify Dr. Kass as a retained expert witness as Plaintiff did not prepare a Rule 26(a)(2) disclosure for Dr. Kass.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

11. Defendants reserved the right to object to Dr. Kass's report as set forth in the Court's Order of November 29, 2004.

12. Defendants object to allowing Dr. Kass to testify via any documentation without his appearance in court so that a proper cross examination may be conducted.

13. During the deposition of Plaintiff's expert, Dr. Kwedar, Dr. Kwedar suggested that he was the individual who actually recommended Dr. Kass to serve as the court-appointed witness. Accordingly, Defendants object to Dr. Kass being labeled a court-appointed witness as that would suggest that he was an independent physician as opposed to having connections with the Plaintiff and his counsel.

14. In addition, the Order from November 24, 2004 indicates that per Attorney Thomas Londrigan, Dr. Kass agreed to be the court's appointed witness. If that is the case, then he should be readily available to appear live at trial for cross examination with respect to any documents.

15. Otherwise, any and all reports by Dr. Kass are hearsay and should not be admitted during the trial in this case.

16. Accordingly, Defendants pray that the Court will prohibit any reference to Dr. Kass as such would violate Federal Rules 401, 403, 801, and 802.

    Respectfully submitted,

    WEXFORD HEALTH SOURCES, INC.; HUGHES LOCHARD, M.D.; LOWELL BROWN, M.D.; and RHONDA MILLS, Defendants,

    HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

    BY: /s/Theresa M. Powell

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

        Theresa M. Powell, #6230402
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL  62705
        Phone: (217) 522-8822
        Fax:    (217) 523-3902
        E-mail:tpowell@hrva.com

WITH CONSENT:

JULIUS FLAGG, SANDRA FUNK
DEBRA K. FUQUA, DENNIS HOCKADAY,
ILLINOIS DEPARTMENT OF CORRECTIONS,
KENNETH KELLERMAN, BYRON LAW, and
KEVIN WINTERS, Defendants

LISA MADIGAN, Attorney General,
State of Illinois

BY:   s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail: kchoate@atg.state.il.us

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed **Second Motion to Bar** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on October 22, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822