ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Western Illinois Correctional Center

Offender Information:
Last Name: McCroy    First Name: Aaron    MI: —    ID#: N51882

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/03 12:40 pm | Nurse Note. Telephone order Dr. Zel for clarification of if McCroy to return to housing unit or the infirmary. Dr. Zel stated that offender needed to stay in the infirmary due to jut restrictions and also he doesn't want offender to get pokd in the left (S) stay in infirmary for now. J Blasingame | |
| 11-6-03 1:30 pm | Nurse note. Wt 205# returned from med furlough. Skin turgor good. Ø S/S dehydration. States he drinks plenty of H₂O. Ketones in urine 80 — D Dreanus | |
| 11/6/03 2:00 pm | Nurse Note. Offender may have ice chips at all times per Dr. Zel. J Blasingame | |

Distribution: Offender's Medical Record
Printed on Recycled Paper
DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

000000062