IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 02-cv-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY TO DEFENDANTS', IDOC & WEXFORD
RESPONSES TO PLAINTIFF'S MOTION *IN LIMINE***

     Plaintiff, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., pursuant to Local Rule 7.1 seeks leave to file a Reply and in support states as follows:

     1.     Plaintiff has moved *in limine* to bar reference to evidence regarding prior drug use and unrelated medical conditions such as Hepatitis C.

     2.     In response, Defendants assert that Defendants' entire medical history and health status are relevant to computation of damages because it impacts Plaintiff's life expectancy. (*See*, IDOC Resp. Para. 5)

     3.     A reply is needed because Defendants do not cite any legal authority for their

posture and because of Defendants' failure to name an expert on the issue.

 4. Attached as Exhibit A, is the Reply Brief Plaintiff seeks leave to file.

WHEREFORE, Plaintiff seeks leave to file a Reply to Defendants' responses to his Motion *in Limine*.

    Respectfully submitted,
    AARON MCCROY, Plaintiff


    By: s/Thomas F. Londrigan

    THOMAS F. LONDRIGAN, Bar No. 1686542
    Attorney for Plaintiff
    LONDRIGAN, POTTER & RANDLE, P.C.
    1227 South Seventh Street
    Post Office Box 399
    Springfield, IL 62705
    Telephone: (217) 544-9823
    tom@lprpc.com

**Certificate of Service**

    The hereby certify that on October 23, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Julie L. Morgan. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

                                                  By: s/Thomas F. Londrigan
                                                  THOMAS F. LONDRIGAN, Bar No. 1686542
                                                  Attorney for Plaintiff
                                                  LONDRIGAN, POTTER & RANDLE, P.C.
                                                  1227 South Seventh Street
                                                  Post Office Box 399
                                                  Springfield, IL 62705
                                                  Telephone: (217) 544-9823
                                                  tom@lprpc.com