E-FILED
Tuesday, 23 October, 2007 04:24:38 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 1 7 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR PHYSICAL EXAMINATION

NOW COMES the Plaintiff, Aaron McCroy, by his court appointed attorneys Londrigan, Potter & Randle pursuant to Rule 35 (a) of the Federal Rules of Civil Procedure, and moves this court for an order for physical examination based upon good cause as alleged herein.

In support of its motion the Plaintiff states the following:

1. That the Plaintiff has been diagnosed with a rare congenital progressive eye disease that if not properly treated could result in blindness.

2. That since diagnosis the Plaintiff has been over prescribed steroids and has now been diagnosed with "steroid induced" glaucoma.

3. That while in custody the Plaintiff has missed numerous appointments with treating physicians due solely to the wanton and intentional disregard to the serious medical needs of McCroy's disability by the employees of the Illinois Department of Corrections (DOC).

EXHIBIT A

4. That as a result of his *pro se* allegations made in these proceedings Plaintiff has been subjected to discriminatory treatment, including but not limited to, denying him access to classroom courses that would earn him college credit and also credit toward early release.

5. That the Plaintiff has been denied, without cause fittings for contact lenses necessary to partially correct his failing vision and prevent further deterioration of sight.

6. That Plaintiff is indigent and in custody and therefore without funds and the means to pursue competent medical assistance to evaluate and treat his condition.

WHEREFORE, Plaintiff asks that this court to order a physical examination and report by a qualified optometrist and that the report be filed with the court with copies provided to all parties. Because of the Plaintiff's progressive condition and because this involves a request for preliminary injunction Plaintiff asks that priority be given this motion and request for relief.

Respectfully submitted,
AARON MCCROY, Plaintiff

BY _____
One of his Attorneys

THOMAS F. LONDRIGAN
ALEXANDRA DE SAINT PHALLE
LONDRIGAN, POTTER & RANDLE
1227 S. 7th Street
Springfield, IL 62703
(217) 544-9823

## Proof of Service

The undersigned hereby certifies that a copy of the foregoing was mailed by placing same in an envelope and by depositing in the United States mail, Springfield, Illinois, on August 17, 2004, with postage fully pre-paid addressed to:

Mr. Patrick Londrigan
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Lisa Choate, A.A.G.
500 South Second Street
Springfield, IL 62706

Mr. Carl J. Tenney
Hughes, Hill & Tenney L.L.C.
236 N. Water Street
PO Box 560
Decatur, IL 62525-0560