# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>AARON MCCOY v IDOC | CASE NO.<br><br>02-3171 | Beginning Date of Trial:<br><br>OCT 25, 2007 | Type of Trial:<br><br>Length of Trial:<br>  days |
|---|---|---|---|

**TO: THE WARDEN OF BIG MUDDY RIVER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Aaron McCoy | N 51882 | BIG MUDDY | 10/25/07 | 2:30 - 5:00 |
| Thomas Londrigan/Pla's cnsl | N/A | CONCORDIA | 10/25/07 | 2:30 - 5:00 |
| Kelly Choate/Dfts' cnsl | N/A | CONCORDIA | 10/25/07 | 2:30 - 5:00 |
| Theresa Powell/Dft's cnsl | N/A | CONCORDIA | 10/25/07 | 2:30 - 5:00 |
| Judge Baker | N/A |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: October 24, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____
     **DEPUTY CLERK**

Format and wording approved by IDOC Legal Counsel 2/11/98