# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME: MCCROY v. IDOC, et al. | CASE NO. 02-3171 | Beginning Date of Trial: 10/29/07 | Type of Trial: Civil  Length of Trial: 3 days |
|---|---|---|---|

TO: IDOC, The Thompson Center, Chicago, IL; US Courthouse, East St. Louis, IL

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Dr. Stanley Sims | N/A | Thompson Center Chicago, IL | 10/29/07 | 1:00-5:00 |
| Dr. Willard Elyea | N/A | Thompson Center Chicago, IL | 10/29/07 | 1:00-5:00 |
| Dr. Rayford | N/A | U.S. Courthouse East St. Louis, IL | 10/29/07 | 1:00-5:00 |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, IL | 10/29/07 | 1:00-5:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:    October 25, 2007                    JOHN M. WATERS, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY:    s/ C. Cathcart
                                                     DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98