E-FILED
Thursday, 25 October, 2007  05:20:00 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>MCCROY v. IDOC, et al. | CASE NO.<br><br>02-3171 | Beginning Date of Trial:<br><br>10/30/07 & 10/31/07 | Type of Trial:<br><br>Civil<br><br>Length of Trial:<br>3 days |
|---|---|---|---|

**TO:** IDOC, The Thompson Center; WARDENS OF Western Illinois Correctional Center and Menard Correctional Center; US Courthouse, Ft. Myers, FL

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Dr. Stanley Sims | N/A | Thompson Center Chicago, IL | 10/30 & 10/31/07 | 9:00-5:00 |
| Dr. Willard Elyea | N/A | Thompson Center Chicago, IL | 10/30 & 10/31/07 | 9:00-5:00 |
| Dr. Steve Kludder | N/A | U.S. Courthouse Ft. Myers, FL | 10/30/07 | 1:30 p.m. (CST) |
| Connie Shaw | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Jennifer Blaesing | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Barb Bowers | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Phillip Crary | N/A | Western Illinois Correctional Center | 10/30 & 10/31//07 | 9:00-5:00 |
| Delores Drennen | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Karolyn Hendricks | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Susan Moore | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Cindy Thompson | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |

| Name | | Location | Date | Time |
|---|---|---|---|---|
| Karen Wear | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Judith Wilson | N/A | Western Illinois Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Dr. Adrian Feinerman | N/A | Menard Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Pam Grubman | N/A | Menard Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Dr. Williams | N/A | Menard Correctional Center | 10/30 & 10/31/07 | 9:00-5:00 |
| Terry Anderson | N/A | Concordia Springfield, Illinois | 10/30 & 10/31/07 | 9:00-5:00 |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, IL | 10/30 & 10/31/07 | 9:00-5:00 |

Dated:    October 25, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:    s/ C. Cathcart
         DEPUTY CLERK