IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N-51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Matthew Lurkins, Assistant Attorney General, State of Illinois, and hereby enters his appearance as additional counsel on behalf of the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, JULIUS FLAGG, SANDRA FUNK, DEBRA K. FUQUA, DENNIS HOCKADAY, KENNETH KELLERMAN, BYRON LAW, ROGER E. WALKER, JR., and KEVIN WINTERS, in the above cause.

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois

By:   s/Matthew Lurkins
    Matthew Lurkins, #6286756
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9014
    Facsimile:   (217) 524-5091
    E-Mail:  mlurkins@atg.state.il.us

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Thomas Londrigan<br>Londrigan, Potter & Randle, P.C.<br>tom@lprpc.com | Douglas J. Quivey<br>Londrigan, Potter & Randle, P.C.<br>doug@lprpc.com |
| Theresa Powell<br>Heyl, Royster, Voelker & Allen<br>tpowell@hrva.com | Carl J. Tenney<br>Hughes, Hill & Tenney, L.L.C.<br>ctenney@hhtlaw.com |

and I hereby certify that on October 31, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

Respectfully Submitted,
 s/ Matthew Lurkins
Matthew Lurkins, #6286756
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9014
Facsimile: (217) 524-5091
E-Mail: mlurkins@atg.state.il.us