E-FILED
Friday, 09 November, 2007 03:45:55 PM
Clerk, U.S. District Court, ILCD

*McCroy v. IDOC*

If you find in favor of the plaintiff and against any defendant on any of the plaintiff's claims, then you must proceed to determine what damages, if any, the plaintiff has suffered as a result of the defendant's or defendants' conduct against whom you found.  A plaintiff may have several legal bases for his claims of liability but he is entitled to only one recovery for damages.

We, the jury, assess the plaintiff's compensatory damages as

$  _810,000.00_.

We further assess punitive damages, if any,  as follows:

Against the following named defendants in these amounts:

| Defendant | Amount |
|---|---|
| Dennis Hockaday | $ _____ |
| Kevin Winters | $ 10,000.00 |
| Sandra Funk | $ 10,000.00 |
| Deborah K. Fuqua | $ 20,000.00 |
| Byron Law | $ _____ |
| Kenneth Kellerman | $ _____ |
| Julius Flagg | $ _____ |
| Lowell Brown, M.D. | $ 50,000.00 |
| Hughes Lochard, M.D. | $ _____ |
| Rhonda Mills, R.N. | $ _____ |

FILED
NOV - 9, 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IDOC and Wexford are not subject to punitive damages because they are agencies of

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror

s/Juror

s/Juror                          s/Foreperson

45

FILED

NOV 0 9 2007

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dennis Hockaday

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____.    No_____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____    No_____

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror

s/Juror

s/Juror                    s/Foreperson

## Lowell Brown, M.D.

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes ~~No~~    No_____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes ~~No~~    No_____

s/Juror                              s/Juror

s/Juror                              s/Juror

s/Juror                              s/Juror

s/Juror

s/Juror

s/Juror                              s/Foreperson

<u>IDOC</u>

Has the plaintiff proved his ADA retaliation claim against the IDOC in conjunction with the Fourteenth Amendment right of equal protection of the law?

Yes _____     No_____

Has the plaintiff proved his ADA claim against the IDOC for denial of participation in or benefits of services, programs and activities in conjunction with the Fourteenth Amendment right of equal protection of the law?

Yes _____     No_____

<u>s/Juror</u>                          <u>s/Juror</u>

<u>s/Juror</u>                          <u>s/Juror</u>

<u>s/Juror</u>                          <u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>                          s/Juror

<u>s/Juror</u>                          <u>s/Foreperson</u>

## Kevin Winters

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____    No ~~⟋⟍⟋⟍~~

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror                          s/Juror

s/Juror

s/Juror                          _____

s/Juror                          s/Foreperson

33

<u>Sandra Funk</u>

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____        No_____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____        No_____


                                        s/Juror

s/Juror                                 s/Juror

s/Juror                                 s/Juror

s/Juror

s/Juror

s/Juror                                 s/Foreperson

s/Juror

<u>Deborah K. Fuqua</u>

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____     No_____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____     No_____

<u>s/Juror</u>                           <u>s/Juror</u>

<u>s/Juror</u>                           <u>s/Juror</u>

<u>s/Juror</u>                           <u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>                           <u>s/Foreperson</u>

<u>Bryon Law</u>

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____    No_____

<u>s/Juror</u>                                <u>s/Juror</u>

<u>s/Juror</u>                                <u>s/Juror</u>

<u>s/Juror</u>                                <u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>                                <u>s/Foreperson</u>

36

## Kenneth Kellerman

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____     No_____

| | |
|---|---|
| s/Juror | s/Juror |
| s/Juror | s/Juror |
| s/Juror | s/Juror |
| s/Juror | — |
| s/Juror | |
| s/Juror | s/Foreperson |

37

<u>Julius Flagg</u>

Has the plaintiff proved any one of his First Amendment claims against this defendant?

<u>s/Juror</u>                           <u>s/Juror</u>

<u>s/Juror</u>                           <u>s/Juror</u>

<u>s/Juror</u>                           <u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>                           <u>s/Foreperson</u>

38

## Wexford Health Sources, Inc.

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____    No___~~/~~_____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes___~~/~~_____    No_____

s/Juror                              s/Juror

s/Juror                              s/Juror

s/Juror                              s/Juror

s/Juror

s/Juror

s/Juror                              s/Foreperson

<u>Hughes Lochard, M.D.</u>

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____    No _____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____    No _____

<u>s/Juror</u>                              <u>s/Juror</u>

<u>s/Juror</u>                              <u>s/Juror</u>

<u>s/Juror</u>                              <u>s/Juror</u>

<u>s/Juror</u>                              <u>s/Juror</u>

<u>s/Juror</u>

<u>s/Juror</u>                              <u>s/Foreperson</u>

<u>Rhonda Mills, R.N.</u>

Has the plaintiff proved any one of his First Amendment claims against this defendant?

Yes_____      No_____

Has the plaintiff proved either one of his Eighth Amendment claims against this defendant?

Yes_____      No_____

| | |
|---|---|
| <u>s/Juror</u> | <u>s/Juror</u> |
| <u>s/Juror</u> | <u>s/Juror</u> |
| <u>s/Juror</u> | <u>s/Juror</u> |
| <u>s/Juror</u> | |
| <u>s/Juror</u> | ror |
| <u>s/Juror</u> | <u>s/Foreperson</u> |