AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

Aaron McCroy v. IDOC

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-3171

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A Baker | Tom Londrigan + Ray Quivy | Theresa Powell + Kelly Chockla |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Oct 29 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/29/07 | ✓ | ✓ | Contract |
| 2 | | 11/2/07 | ✓ | ✓ | HCVA - job description - 33, 34, 35 |
| 3 | | 11/1/07 | | | |
| 4 | | 11/2/07 | ✓ | ✓ | ADA Training Manual |
| 5 | | Group 10/30 | ✓ | ✓ | Group 5 is listed on last page |
| 6 | | 11/5/07 | ✓ | ✓ | National Vital Statics Report - 4/19/86 |
| 7 | | 11/5/07 | ✓ | ✓ | National Compensation Survey - 4/06 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| | | 11/2/07 | ✓ | ✓ | Resceplinary Card Tracking Inmate |

clude a notation as to the location of any exhibit not held with the case file or not available because of size.

|  | vs. | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| +23 | | 11/2/07 | ✓ | ✓ | Ltr - McCroy to Schnepel - 12/17/01 |
| +24 | | 11/2/07 | ✓ | ✓ | Ltr - McCroy to Schnepel - 2/8/02 |
| +25 | | 11/2/07 Generally | ✓ | ✓ | Ltr from Pla to Warden Hockaday - 8/11/02 |
| +26 | | 10/2/07 | ✓ | ✓ | e-mail from Dr Elyea to Fuqua |
| 27 | | | | | |
| 28 | | | | | |
| +29 | | 11/1/07 | ✓ | ✓ | page 1,2,3,4 10/29/03 IDOC Disciplinary Segregation |
| +30 | | 10/3/07 | ✓ | ✓ | IDOC - Current Location 03/2/04 |
| +31 | | 10/31/07 | ✓ | ✓ | IDOC - Offender Tracking System 3/2/04 |
| +32 | | 10/31/07 | ✓ | ✓ | IDOC - Offender Tracking System redacted - 3/2/04 |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | 10/30/07 | ✓ | ✓ | Ltr - 154, 160, 164, 180, 134, 135 listed or lost page page 25, 143, 71, 53, 57, 133, 140, 141, 153 |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |
| +46 | | 10/30/07 | ✓ | ✓ | Ltr - 8/12/02 |
| +47 | | 10/29/07 | ✓ | ✓ | Wexford Health Source - 9/16/07 |
| 48 | | | | | |
| 49 | | | | | |

Page ___ of ___ Pages

AO 187A (REV. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  | | vs. | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 50 | | | | | |
| 51 | | | | | |
| 52 | | | | | |
| 53 | | 11/1/07 | ✓ | ✓ | IDOC Adm Directive 04.03.103 A-J page 2 |
| 54 | | | | | |
| 55 | | 11/1/07 | ✓ | ✓ | Regulation 6/04/04 Central Management Services |
| | 1 | 11/2/07 | ✓ | ✓ | Pla offers admits Dfts' ex 1 - pages - 742, 743, 36, 41 |
| 56 | | 11/2/07 | ✓ | ✓ | Offender Tracking System - 3/24/04 |

| | | | | vs. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES ||
| 5 (throup) | | 10/30/07　10/31/07　11/2/07 | ✓　✓ | ✓　✓ | Pages 19, 37, 38, 2, 4, 12, 13, 14, 15, 16, 17, 18, 21, 23, 24, 25, 26, 28, 30, 33, 34, 35, 40, 41, 43, 47, 48, 52, 54, 56, 59, 63, 6, 7, 8, 126, 127, 141, 142, 143, 144, 146, 154, 155, 157, 160, 162, 173, 176, 177, 178, 186, 194, 196, 197, 199, 201, 203, 209, 210, 192, 205, 206, 212, 222, 231, 118, 244, 246, 242, 37, 38 ||
| 41 (throup) | | 10/30-31/07　11/1/07　11/2/07 | ✓ | ✓ | Lev pages, 25, 143, 71, 53, 57, 133, 140, 141, 153, 154, 160, 161, 180, 134, 135, 137, 66, 61, 62, 21 ||