# United States District Court

DISTRICT OF ———

Aaron McCroy v. IDOC

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 02-3171

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A Baker | Tom Londrigan + Rosy [?] | Steven Powell + Kelly Choate |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Oct 29 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Pages 1, 297, 320, 956 |
| | 2 | 11/6/07 | ✓ | ✓ | Admin. Code |
| | 3 | | | | |
| | 4 | 11/6/07 | ✓ | ✓ | ORM - Keep Separate 10/25 |
| | 5 | 11/6/07 | ✓ | ✓ | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| Group | 10 | 11/5/07 | ✓ | ✓ | Offender Tracking System 10/16/01 |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | 10/31/07 | ✓ | ✓ | McCroy's Pages 6, 7 Cumulative Counseling Summary |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |
| | 19 | | | | |
| | 20 | 11/6/07 | ✓ | ✓ | Disciplinary Report 3/16/04 |
| | 21 | | | | |
| | 22 | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

| | | | vs. | | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 23 | 11/6/07 | ✓ | ✓ | Ticket | |
| | 24 | | | | | |
| | 25 | | | | | |
| | 26 | 11/5/07 | ✓ | ✓ | Disciplinary Report – 10/5/04 | |
| | 27 | | | | | |
| | 28 | | | | | |
| | 29 | | | | | |
| | 30 | 11/6/07 | ✓ | ✓ | ADA – Cell – 4 pages | |
| | 31 | | | | | |
| | 32 | | | | | |
| | 33 | | | | | |
| | 34 | | | | | |
| | 35 | | | | | |
| | 36 | | | | | |
| | 37 | | | | | |
| | 38 | | | | | |
| | 39 | | | | | |
| | 40 | | | | | |
| | 41 | | | | | |
| | 42 | | | | | |
| | 43 | | | | | |
| | 44 | | | | | |
| | 45 | | | | | |
| 1 | | 11/1/07 | ✓ | ✓ | Medical Records – IDOC | |
| 1 | | 11/6/07 | ✓ | ✓ | Medical Records – Wexford | |
| 303 | | 11/6/07 | ~~✓~~ | | Offender Infirmary Progress Notes | |

Page ___ of ___ Pages