3:02-cv-03171-HAB-BGC   # 450   Page 1 of 4
3:02-cv-03171-HAB-BGC   # 420   Page 62 of 121
E-FILED
Friday, 09 November, 2007  04:21:08 PM
Clerk, U.S. District Court, ILCD

If you find in favor of Plaintiff, then you must determine the amount of money that will fairly compensate Plaintiff for any injury that you find he sustained and is reasonably certain to sustain in the future as a direct result of his injuries and disability caused by the Defendants. These are called "compensatory damages".

Plaintiff must prove his damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

1. The present value of the care and supplies that Plaintiff is reasonably certain to need and receive in the future.

2. The present value of the wages, salary, profits, earning capacity that Plaintiff is reasonably certain to lose in the future because of his inability to work.

When I say "present value," I mean the sum of money needed now which, together with what that sum may reasonably be expected to earn in the future, will equal the amounts of those monetary losses at the times in the future when they will be sustained.

3. The physical and mental/emotional pain and suffering and disability/loss of a normal life that Plaintiff has experienced and is reasonably certain to experience in the future. No evidence of the dollar value of physical or mental/emotional pain and suffering or disability/loss of a normal life has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and suffering. You are to determine an amount that will fairly compensate the Plaintiff for the injury he has sustained.

*Refused 11/6/07*

If you find in favor of Plaintiff but find that the plaintiff has failed to prove compensatory damages, you must return a verdict for Plaintiff in the amount of one dollar ($1.00).

Pl's Instruction No. 49<br>
7th Cir. P.I. 7.23

If you find that Defendant strongly suspected that things were not as they seemed, yet shut his eyes for fear of what he would learn, you may conclude that he was deliberately indifferent. You may not conclude that Defendant was deliberately indifferent if he was merely careless in failing to discover the truth.

*Refused 11/6/07*

Pl's Instruction No. 40<br>
7th Cir. PI 7.14 Committee Comment<br>
Ostrich Instruction

An inmate has a constitutional right to receive needed medical treatment and that right is not impacted by which entity or person is responsible for paying for the needed medical treatment.

*Refused 11/6/07*

Pl. Instruction No. 51
*City of Revere v. Massachusetts General Hospital*,
463 U.S. 239 245 (1983)