E-FILED
Friday, 09 November, 2007 04:30:33 PM
Clerk, U.S. District Court, ILCD

Judge Baker,

Instructions on Pg. 25/26, it reads like ALL #'s have to be violated, to prove yes.

On individual defendents pgs 32-43 it is written to prove any ONE of these.

Which is correct

Presiding Juror

Hal Warrick