E-FILED
Friday, 09 November, 2007  04:31:28 PM
Clerk, U.S. District Court, ILCD

McCroy v. IDOC 02-3171

You asked:
Instructions on Pg. 25/26, it reads like ALL #'s have to be violated to prove yes.

On individual defendants pgs 32-43 it is written to prove any one of these.

Which is correct?

Answer:
If I understand you, the instructions on pg. 25 tell you what three propositions must be proved to recover on a First amendment claim. The instruction on p. 4 tell you that the plaintiff makes three different claims under the First Amendment. To recover under the First Amendment he has to prove all three of the propositions about any one of his claims described on p. 4.

The instructions on pg. 26 tell you what propositions must be proved to recover on the Eighth Amendment claim of indifference to a serious medical need. He makes a second claim under the Eighth Amendment about failure to protect.

The questions ask whether he has proved any one of his claims under the First Amendment and either one of his claims under the Eighth Amendment.

_____
Harold A. Baker
U. S. District Judge

FILED

NOV 0 8 2007

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL