Judge Baker,

Is it possible to get a list of the attorneys (sp) so we may keep there names correct?

Is it possible to get a printout of what the court recorder has so far, so we may review what has been said?

Is it possible to get a copy of the depositions?

                                      Warrick 127

FILED
NOV 0 9 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL