AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**AARON MCCROY,**
**Plaintiff,**

vs.

**ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.,**
**Defendants.**

Case Number: **02-3171**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Aaron McCroy and against the defendants Illinois Department of Corrections, Wexford Health Sources, Inc., Lowell Brown, Kevin Winters, Sandra Funk, and Deborah Fuqua jointly and severally in the amount of $810,000.00 plus cost of the case.

**IT IS FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against the defendant Lowell Brown in the additional amount of $50,000.00.

**IT IS THEREFORE FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against the defendant Kevin Winters in the additional amount of $10,000.00.

**IT IS THEREFORE FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against defendant Sandra Funk in the additional amount of $10,000.00.

**IT IS THEREFORE FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against defendant Deborah Fuqua in the additional amount $20,000.00.

ENTER this 13th day of November 2007.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

s/K. Wynn
BY: DEPUTY CLERK