IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02-CV-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ROGER E. ) | |
| WALKER, JR., (in his official ) | |
| capacity only), DENNIS HOCKADAY, ) | |
| KEVIN WINTERS, SANDRA FUNK, ) | |
| DEBORAH FUQUA, LIEUTENANT BRYON ) | |
| LAW, KENNETH KELLERMAN, JULIUS ) | |
| FLAGG, all in their official and ) | |
| individual capacities, WEXFORD ) | |
| HEALTH SOURCES, Inc., ) | |
| Dr. LOWELL BROWN, MD., ) | |
| Dr. HUGHES LOCHARD, MD., and ) | |
| RHONDA MILLS, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR BILL OF COSTS

The jury having arrived at a verdict in the above entitled action on November 9, 2007, and judgment having been entered in the above entitled action on November 13, 2007, against the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS, WEXFORD HEALTH SOURCES, INC., LOWELL BROWN, KEVIN WINTERS, SANDRA FUNK, AND DEBORAH FUQUA, jointly and severally. the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.00

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,256.00

Fees of the court reporter for all or any part of the transcript
necessarily obtained for use in the case ................................................. $244.20

Fees and disbursements for printing ........................................................ 0.00

Fees for witnesses (itemize on reverse side) .............................................. $2,150.89

Fees for exemplification and copies of papers necessarily obtained
for use in the case ............................................................................ $6,657.40

Docket fees under 28 U.S.C. §1923 ........................................................ 0.00

Costs as shown on Mandate of Court of Appeals ........................................ 0.00

Compensation of court-appointed experts ................................................. 500.00

Compensation of interpreters and costs of special interpretation
services under 28 U.S.C. §1828 ............................................................ 0.00

Other costs (please itemize)
- Postage/Fed Ex ............................................. $835.35
- Telephone .................................................... $278.30
- Parking ....................................................... 0.00
- Hotel/Meals during trial ................................ $1,614.04
- Travel (plane, rental car, cab)depositions/client mtg.  $3,443.14
- Mileage (307.80 miles total x 37.5 cents) .......... $115.43
- Mileage (131.40 miles total x 44.5 cents) .......... $58.47
- Mileage (1,949.30 miles total x 48.5 cents) ........ $945.41

**TOTAL OF OTHER COSTS  $  7,290.14**

**GRAND TOTAL COSTS $18,098.63**

**Pursuant to 42 U.S.C.A. §1988, Attorney's Fees and Other Costs will be submitted at a later date.**

WHEREFORE, the Plaintiff, AARON McCROY prays the court for costs of $18,098.63.

    Respectfully submitted,
    AARON MCCROY, Plaintiff

    By: <u>s/Thomas F. Londrigan</u>
    THOMAS F. LONDRIGAN, Bar No. 1686542
    Attorney for Plaintiff
    LONDRIGAN, POTTER & RANDLE, P.C.
    1227 South Seventh Street
    Post Office Box 399
    Springfield, IL 62705
    Telephone: (217) 544-9823
    tom@lprpc.com

## Certificate of Service

The hereby certify that on November 20, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G. &
Matthew Lurkins. A.A.G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

By: s/Thomas F. Londrigan

THOMAS F. LONDRIGAN
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
Tom@lprpc.com

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

AARON MCCROY, Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL

**BILL OF COSTS**

Case Number: 02-CV-3171

Judgment having been entered in the above entitled action on __11/13/07__ against IDOC, Wexford Health Sources, Lowell Brown, Kevin Winters, ~~Sandra Funk, & Deborah~~ Fuqua the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 1,256.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | ~~244.20~~ |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page 2,3,4) | 2,150.89 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 6,657.40 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 500.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 7,290.14 |
| **TOTAL** | $ ~~18,098.63~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

Pursuant to 42 U.S.C.A. S1988, Attorney's Fees and Other Costs will be submitted at a later date.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.   KChoate@atg.state.il.us
                                                             tpowell@hrva.com
                                                             mlurkins@atg.state.il.us
☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    s/Thomas F. Londrigan

Name of Attorney:    THOMAS F. LONDRIGAN

For:    AARON MCCROY                                         Date: _____
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____                By: _____           _____
Clerk of Court                         Deputy Clerk                        Date

- 1 -

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dr. William Zeh (subpoena for deposition) Indianapolis, IN | 1 | 20.00 | | | | | $20.00 |
| Philip Crary (subpoena for deposition) Mt. Sterling, IL | 1 | 40.00 | | | | | $40.00 |
| Karen Wear (subpoena for deposition) Mt. Sterling, IL | 1 | 40.00 | | | | | $40.00 |
| Karolyn Hendricks (subpoena for deposition) Mt. Sterling, IL | 1 | 40.00 | | | | | $40.00 |
| Dr. Willard Elyea (subpoena for deposition) Chicago, IL | 1 | 40.00 | | | | | $40.00 |
| Jennifer Blaesing (subpoena for deposition) Mt. Sterling, IL | 1 | 40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $220.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

AO 133   (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jennifer Blaesing (subpoena for trial) Mt. Sterling, IL | 1 | 40.00 | | | 308 | 149.38 | $189.38 |
| Dr. Stanley Sims (subpoena for trial) Tinley Park, IL | 1 | 40.00 | | | 252 | 122.22 | $162.22 |
| Dr. Cleveland Rayford (subpoena for trial) O'Fallon, IL | 1 | 40.00 | | | 352 | 170.72 | $210.72 |
| Barb Bowers (subpoena for trial) Mt. Sterling, IL | 1 | 40.00 | | | 308 | 149.38 | $189.38 |
| Cindy Thompson (subpoena for trial) Mt. Sterling, IL | 1 | 40.00 | | | 308 | 149.38 | $189.38 |
| Susan Moore (subpoena for trial) Mt. Sterling, IL | 1 | 40.00 | | | 308 | 149.38 | $189.38 |
| | | | | | | TOTAL | $1,130.46 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

⚖AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dr. Willard Elyea (subpoena for trial) Chicago, IL | 1 | 40.00 | | | 338 | 163.93 | $203.93 |
| Delores Drennen (subpoena for trial) Mt. Sterling, IL | 1 | 40.00 | | | 308 | 149.38 | $189.38 |
| Kevin Gilson (subpoena for trial) Mt. Sterling, IL | 1 | 40.00 | | | 318 | 154.23 | $194.23 |
| Connie Shaw (subpoena for trial) Rushville, IL | 1 | 40.00 | | | 274 | 132.89 | $172.89 |
| Dr. William Zeh (subpoena for trial) Indianapolis, IN | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $800.43 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-CV-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## BILL OF COSTS
## ITEMIZATION OF OTHER COSTS

| | |
|---|---|
| Postage/Federal Express | $835.35 |
| Telephone | $278.30 |
| Hotel/Meals | $1,614.04 |
| Travel | $3,443.14 |
| Mileage (307.80 miles total x. 37.5 cents) | $115.43 |
| Mileage (131.40 miles total x. 44.5 cents) | $58.47 |
| Mileage (1,949.30 miles total x. 48.5 cents) | $945.41 |

**TOTAL OTHER COSTS $7,290.14**