| | | | | | 3353 | |
|---|---|---|---|---|---|---|
| 00119 Randolph County Sheriff | | | | | | |
| Voucher | Date | Invoice Description | | Matter | Amount | |
| 1515 | 02/15/06 | McCroy | | 104171100 | 26.00 | |

| | | | | |
|---|---|---|---|---|
| 02/15/06 | Total Paid | | | 26.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by  NJQuen

Date  2-14-06

Date needed  2-15-06 - Morning please

Amount  $26.00

Payee  Randolph County Sheriff

Charge  McCroy          104171

Special Wording for Draft Statement: _____

_____

_____

LAWMAN © 2004 IDS Applications

## **Return of Service**
**Randolph County Sheriff's Ofc.**
200 W. Buena Vista
Chester, IL 62233
phone (618) 826-5484   fax (618) 826-4732

Generated on February 24, 2006 @ 13:39:33

Civil Process Number:**2006-000445** Date Originated: **2/17/2006**
Process Type:**Summons**

Court:**United State District, Central Div** Docket:**60 days** Case:**2002-CV-3171**
**Aaron McCroy Vs Illinois Dept. of Corrections**

|  | *Fees:* |  |  |  |
|---|---|---|---|---|
| *Bill To:* Londrigan, Potter & Randle | Process Served | 2/21/2006 @ 09:40:00 | Served by Michael L. Hoelscher, deputy sheriff. Returned to attorney 2/24/06. | $26.00 |
| 1227 S. Seventh St. Springfield, IL 62705 | Payment | 2/17/2006 @ 09:56:05 | ck # 3353 Thomas Londrigan | $26.00- |
|  |  |  | Total Due | $.00 |

*Requested Service To:*
Pam Grubman
711 Kaskaskia Rd.
Menard, IL 62259

| DOB | Age | Sex | Race | HGT | WGT | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| N/A |  | F | W |  |  |  |  |  |

*Served To:*
Patty Barone
711 Kaskaskia Rd.
Menard, IL 62259

| DOB | Age | Sex | Race | HGT | WGT | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| N/A |  | F | W |  |  |  |  |  |

Relationship:**Employer**
Served At:**Menard Correctional Center**
Comments:**Dep Hoelscher contaacted attorney & service on Patty Barone is OK.**

THIS DOCUMENT IS PROOF OF SERVICE

**Barbi Quinley**

| | |
|---|---|
| **From:** | Yvonne Nass |
| **Sent:** | Wednesday, February 15, 2006 3:43 PM |
| **To:** | Barbi Quinley |
| **Subject:** | McCroy Check |

**Barbi:** The check to the Sangamon County Sheriff's office was wrong. It should only be for $60.00. Can you void out the $90.00 check, issue a $60.00 and then Candace can take it over tomorrow and pick up the $90.00 check and bring it back. (Whew!) Thanks, Yvonne

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3354

00060 Sangamon County Sheriff

| Voucher | Date | Invoice Description | | Matter | 3354 |
|---|---|---|---|---|---|
| 1517 | 02/15/06 | McCroy | | 104171100 | Amount |
| | | | | | 60.00 |

| 02/15/06 | Total Paid | 60.00 |
|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

2/15/2006

DEAR SIR:

The **SUMMONS 02-CV-3171** Served: **02-24-06**

for service in this County on
**POLK, TERRY WARDEN**

has been received and duly served. The fees for said service are

$ **32.00** The above has been returned to:

**X** Your office

_____ Circuit Clerk's Office

_____ Other

Yours very truly,
James Robson, Jr., Sheriff

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING    OUNT

3 3 5

00119 Morgan County Sheriff

| Voucher | Date | Invoice Description | Matter | 3357 Amount |
|---|---|---|---|---|
| 1520 | 02/21/06 | McCroy | 104171100 | 32.00 |

| 02/21/06 | Total Paid | | 32.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _DJQ\ycn_

Date _2-21-06_

Date needed _Today_

Amount _$32.00_

Payee _Morgan County Sheriff_

Charge _McCroy_   _104171_

Special Wording for Draft Statement: _____

DEAR SIR:

We are returning your _____ **SUMMONS 02-CV-3171** _____ for the
following reason:

_____ Subject moved to: _____

_____ Subject moved, leaving no forwarding address.

__X__ Other

Remarks: _____ **RECALLED BY ATTORNEY** _____

_____

Yours very truly,
JAMES ROBSON, JR., Sheriff

**LONDRIGAN, POTTER & RANDLE, P.C.**
ATTORNEYS AT LAW

THOMAS F. LONDRIGAN
JAMES R. POTTER
CRAIG A. RANDLE
ALEXANDRA DE SAINT PHALLE
DOUGLAS J. QUIVEY
CARISSA A. HANING

1227 SOUTH SEVENTH STREET
POST OFFICE BOX 399
SPRINGFIELD, IL 62705
TELEPHONE: (217) 544-9823
FACSIMILE: (217) 544-9826
WWW.LPRPC.COM

TIMOTHY J. LONDRIGAN
- - -
JAMES T. LONDRIGAN (OF COUNSEL)
- - -
JOSEPH A. LONDRIGAN (1919-1970)
JAMES E. LONDRIGAN (1923-1975)

February 23, 2006

Morgan County Sheriff's Department
300 W. Court St.
Jacksonville, IL 62650

    RE:   McCroy v. Illinois Department of Corrections, et.al.
          02-cv-3171

Dear Sir or Madam:

    Enclosed you will find original and one copy of a Summons along with a Complaint. Please serve these documents at your early convenience and forward the return of service to us in the enclosed, self-addressed, stamped envelope. I have enclosed this firm's check in the amount of $31.00 for service of these documents.

    Thank you in advance for your prompt attention to this request. Should there be any questions, please do not hesitate to contact us.

          Very respectfully yours,

          LONDRIGAN, POTTER & RANDLE, P.C.

          Paula K. Gentry
          Legal Assistant to Douglas J. Quivey

pkg
Enclosures

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3361

| 00060 Sangamon County Sheriff | | | | 3361 |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | Amount |
| 1524 | 02/23/06 | McCroy | 104171100 | 30.00 |

02/23/06      Total Paid                                          30.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3362

| 00119 Morgan County Sheriff | | | | 3362 |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | Amount |
| 1525 | 02/23/06 | McCroy | 104171100 | 31.00 |

02/23/06      Total Paid                                          31.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_

Date _2/23/06_

Date needed _2/23/06   ASAP_

Amount _#30_

Payee _Sangamon County Sheriff_

Charge _____ _McCroy_

60

104171

Special Wording for Draft Statement: _for service of Summons_
_on Dr. Lochard's home_

_Voided_

## CHECK REQUEST

Requested by _Paula_

Date _2/23/06_

Date needed _2/23/06   ASAP_

Amount _#31_

Payee _Morgan County Sheriff_

Charge _McCroy_                    104171

Special Wording for Draft Statement: _Service of Summons_
_on Dr. Lochard's business_

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

**Aaron McCroy**                              **Feb. 17, 2006**

**VS.**

**Illinois Dept. of Corrections**            **Case #  2002-CV-3171**

**To:  Officer Judith Wilson**

### SUMMONS

**To:  Kristi Lanning, Records at W.I.C.C.**

Date of Service:   Feb. 16, 2006
Service by:        Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | |
| Postage for return of service and mailing copy | $ | 1.00 |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

## SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

**Aaron McCroy**                              **Feb. 17, 2006**

**VS.**

**Illinois Dept. of Corrections**            **Case #  2002-CV-3171**

**To. Lieutenant Bryon Law**

## SUMMONS

**To:  Kristi Lanning, Records at W.I.C.C.**

Date of Service:  Feb. 16, 2006
Service by:         Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $ 35.00 | |
| Mileage | $ | |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ 35.00 | |

Please remit fees.  Thank you for your
cooperation.

Attorney:     Londrigan, Potter & Randle, P.C.
                   1227 South Seventh Street
                   P.O. Box 399
                   Springfield, IL  62705
                   217-544-9823

## SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011


Aaron McCroy                                Feb. 17, 2006


VS.


Illinois Dept. of Corrections              Case #   2002-CV-3171

To. Officer Kenneth Kellerman


### SUMMONS

To:  Kristi Lanning, Records at W.I.C.C.

|                          | Date of Service: | Feb. 16, 2006               |
|                          | Service by:      | Chief Deputy Tom Snowden    |

| Service & Return          | $  35.00 |
| Mileage                   | $        |
| Postage for               |          |
| return of service         |          |
| and mailing copy          | $        |
| Mailing Fee               |          |
| Total                     | $  35.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:    Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823



# Hancock County Sheriff's Office

**John H. Jefferson**
Sheriff

**William Ferrill**
Chief Deputy

Hancock County Sheriff's Office / 98 Buchanan St., PO Box 66 / Carthage, IL 62321
Telephone: (217) 357-2115  Fax: (217) 357-3035

## SHERIFF'S BILLING STATEMENT

_Aaron McCray_

CASE # _02CV3171_

VS

_Il dept of Corrections_

Name of Person to be served: _Kevin Winters_

___X___ Subject was served on        DATE _3/2/06_   TIME _2044 hr_

_____ Subject was not served

Fees:
    Service and/or Return  _15⁰⁰_
    Mileage                _17⁰⁰_
    Copies                 _____
    Abode                  _____                    104171

    TOTAL DUE          _$32⁰⁰_

PLEASE REMIT THIS COPY WITH PAYMENT:
Make remittance payable to
**Hancock County Sheriff**

Sheriff's Service Book page number _141_

SSP FROM:                                         TO:12175449826                P:3

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois 62353
(217) 773-2011

Aaron McCroy                          Feb. 27, 2006

VS.

Illinois Dept. of Corrections          Case #  2002-CV-3171

To:  Dr. Lowell Brown, M.D.


## SUMMONS

### To:  Kristi Lanning, Records at W.I.C.C.

Date of Service:  Feb. 27, 2006
Service by:       Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $ 35.00 | |
| Mileage | $  1.00 | |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ 36.00 | |

Please remit fees.  Thank you for your
cooperation.

Attorney:    Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P. O. Boxy 399
Springfield, Illinois  62705
217-544-9823

10
104171

*Barbi –*
*I checked and we*
*do owe this bill.*
*Please issue payment.*
*Thank you!*
*Paula*
*4/27/06*



# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois   62353
(217) 773-2011


**Aaron McCroy**                         **March 28, 2006**


**Vs.**


**Illinois Dept. of**                    Case#  **02-CV-3171**
**Corrections**

**To:  Dr. Lowell Brown, M.D.**

## SUMMONS

### To: Dr. Lowell Brown, M.D.

|  |  |
|---|---|
| Date of Service: | March 28, 2006 |
| Service by: | Special Deputy Marcia A. Taylor |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Thomas F. Londrigan & Douglas J. Quivey
1227 S. Seventh Street
P.O. Box 399
Springfield, Illinois   62705
217-544-9823

119
104171

OK to pay
PCG
3/30/06

Civil Paper

DATE : 07/30/2006
TIME : 09:40PM

**CLINTON COUNTY SHERIFFS DEP**

# BILLING

Page 1 of 1

## Civil Information

| | |
|---|---|
| Docket: | 02CV3171 |
| Court: | **CIRCUIT COURT** |
| Plaintiff: | MCCROY, AARON |
| Address: | |
| Phone: | |

Entry Date: 07/21/2006          Sheriff #:  **7019171**
Paper Type: **CIVIL PROCESS**      Origin Date: 07/17/2006

County:  **US DIST COURT, CEN**      Zone:

City/State:  , . 0

Fax:

## Defendant

US DIST COURT, CENTR

| | |
|---|---|
| Defendant: | FLAGG, JULIUS |
| Address: | CENTRALIA CORRECTIONAL CENTER |
| Address: | CENTRALIA, IL. 62801- |
| Person To Serve: | JULIUS FLAGG, ASSISTANT WARDEN |
| Court Date: | Time: |

Sub-Division:

Days To Expire:      20.00

Assigned To:

## Serving Data

| | |
|---|---|
| Paper Status: | **ACTIVE** |
| Who Served: | MICHELLE TAPHORN (SECRETARY) |
| Address: | CENTRALIA CORRECTIONAL CENTER |
| Address: | CENTRALIA, IL. 62801- |

Race:  W      Sex:  F      Age: 44.00

S.S.N.:                          Served By:**162  - ELLIS, TOM**

Served Date: 07/25/2006      Served Time:13:05      How Served: **SERVED BY OFFICER**
Mileage Fee:          Process Fee:  0.00        TOTAL:    0.00

## Requested Service

| | |
|---|---|
| Business: | LONDRIGAN, POTTER & RANDLE |
| Address: | 1227 SOUTH SEVENTH  POB 399 |
| Phone: | |

Name:  LONDRIGAN, THOMAS F
Address:  SPRINGFIELD, IL. 62705-
Fax:

## Returning Data

| | |
|---|---|
| Returned Date: | Time: |
| Name: | , |
| Address: | SAME AS REQUESTING |

Officer:
Phone:
Address: , .

## Payment Data

| | |
|---|---|
| Payment Date: | Time: |
| Officer ID: | |
| Refund Date: | Time: |
| Check Number: | Receipt: |
| Receipt Number: | **0** |

Payment:    70.00
PayMethod:
Officer ID:
Amount:    0.00
Receipt Date:            Receipted By:

## Comments

United States District Courth, Central District / Summons / Corporation service / mailed 073006

RETURN TO:    Sheriff Mike **Kreke**
Clinton County **Sheriff**
810 Franklin St.
Carlyle, IL. 62231

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
*200* Court St. – Room *#1*
Mt. Sterling, Illinois  62353
(217) 773-2011

DEC 0 8 2006

**Aaron McCroy**                              **December 7, 2006**

Vs.

**Il. Dept. of Corr.**                          **Case # 02-CV-3171**

**To:  Philip M. Crary**

## SUBPOENA

**To:  Philip M. Crary**

Date of Service:  Dec. 6, 2006
Service by:       Special Deputy Marcia A. Taylor

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | |
| Postage for | | |
| return of service | | |
| and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 35.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:  Londrigan, Potter & Randle, P.C.
           1227 South Seventh Street—P.O. Box 399
           Springfield, IL  62705
           217-544-9823

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

JAN 1 2 2007

**Aaron McCroy**                         **January 10, 2007**

VS.                              .

**I.D.O.C.—Karen Wear**                        **Case # 02-V-3171**

## SUBPOENA

|                |   |                                      |
|----------------|---|--------------------------------------|
| Served:        |   | **Kathleen Eveland, Litigations at W.I.C.C.** |
| Date of Service: |  | **Jan. 10, 2007**                    |
| Service by:    |   | **Chief Deputy Tom Snowden**         |

| Service & Return | $ | 35.00 |
|------------------|---|-------|
| Mileage          | $ | 1.00  |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee      |   |       |
| Total            | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Douglas J. Quivey
1227 S. Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

OK to Pay
BY
1-15-07

AUG 2 7 2007

**PII, PROCESS DIVISION (PII)**                    Tax ID 20-4344695
1337 W. WABASH AVENUE
SPRINGFIELD, IL, 62704        Phone (217)-483-8845    Fax (217)-483-5491

Customer
LONDRIGAN POTTER & RANDALL
1227 S 7TH STREET
SPRINGFIELD, IL, 62704      Phone: (217)-544-9823   Fax: (217)-544-9826

## Invoice#    17067
Date Of Invoice:   8/22/2007

Plaintiff: AARON MCCROY
Court CaseID:   02CV3171      Firm#  GENTRY        Case Returned Date:  8/24/07
Process Server:   EDWARD S STARRICK               ProcessType:   SUBPOENA

| Defendant:#1  CUSTODIAN OF RECORDS IDOC % | Type Of Service:  CORPORATE SERVICE |
| Person Served:   MARGARET PARKER, REG AGNT | Date Of Service:  8/17/2007   Time:  12:35 PM |
| Sex FEMALE  Age  52      Height 505      Build  THIN | Hair Color RED       Race WHITE |

| Defendant:#2 | Type Of Service: |
| Person Served: | Date Of Service: |
| Sex        Age        Height        Build | Hair Color          Race |

Location   1301  CONCORDIA COURT, SPRINGFIELD, IL,       Type Of Premise:

| Delivery Charge | $0.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $40.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $0.00 |

Payment Received Date:

**Total:  $40.00**      Check No

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                                3835
ATTORNEYS AT LAW - OPERATING ACCOUNT                       LIEN

00160 PII, Process Division
Voucher    Date      Invoice Description                Matter         3835
2074      08/29/07    McCroy                          104171100      Amount
                                                                        40.00

08/29/07    Total Paid                                              40.00

DELUXE BUSINESS FORMS   1-800-328-0304   www.deluxeforms.com

## CHECK REQUEST

Requested by _AMK_          Date _10·5·07_

Date needed _Now_          Amount $ _75.00_

Payee _Excel Investigations_     Tax ID# _____

Address _7020 Centennial Dr, Tinley Park, IL 60477_

File charged _McCroy_          File # _____

Special wording for draft statement: _____

_____

_____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3876

00119 Excel  Investigations                                    3876
Voucher      Date        Invoice Description         Matter        Amount
2123         10/05/07     McCroy                     104171100         75.00

10/05/07     Total Paid                                              75.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



## CHECK REQUEST

Requested by _Amk_          Date _10-9-07_

Date needed _ASAP_          Amount $ _60.00_

Payee _____          Tax ID# _____

Address _Kellerman Investigations, Ltd_

File charged _McCroy_          File # _____

Special wording for draft statement: _____

_____

_____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT                    3886

| 00119 Kellerman Investigations, Ltd. | | | | 3886 |
| Voucher | Date | Invoice Description | Matter | Amount |
| 2133 | 10/09/07 | McCroy | 104171100 | 60.00 |

| 10/09/07 | Total Paid | | 60.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## <u>CHECK REQUEST</u>

Requested by _____AMK_____    Date _____10-9-07_____

Date needed _____ASAP_____    Amount $ _____90.00_____

Payee _Hurst Investigation Service Inc_  Tax ID# _____

Address _____

File charged _____McCroy_____    File # _____

Special wording for draft statement: _____

_____

_____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT                                    3887

| 00119 Hurst Investigation Service, Inc. | | | | | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | 3887 |
| 2134 | 10/09/07 | McCroy | | 104171100 | Amount |
| | | | | | 90.00 |

10/09/07    Total Paid                                    90.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _____ A MK _____          Date _____ 10-9-07 _____

Date needed _____ TO ASAP _____        Amount $ _____ 65.00 _____

Payee _____ AV Investigations, Inc _____   Tax ID# _____

Address _____

File charged _____ McCroy _____          File # _____

Special wording for draft statement: _____

_____

_____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3888

| 00119 AV Investigations, Inc. | | | | 3888 | |
| Voucher | Date | Invoice Description | | | Amount |
| 2135 | 10/09/07 | McCroy | Matter 104171100 | | 65.00 |

| 10/09/07 | Total Paid | | 65.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

OCT 1 5 2007

**PII, PROCESS DIVISION (PII)**
1337 W. WABASH AVENUE
SPRINGFIELD, IL, 62704          Phone (217)-483-8845    Fax (217)-483-5491

Tax ID 20-4344695

**Customer**
LONDRIGAN POTTER & RANDALL
1227 S 7TH STREET
SPRINGFIELD, IL, 62704        Phone:  (217)-544-9823  Fax: (217)-544-9826

## Invoice#      17776

Date Of Invoice:   10/12/2007

Plaintiff: AARON MCCROY
Court CaseID:  02CV3171     Firm#  ANDREA        Case Returned Date:  10/29/07
Process Server:  JOHN J PENNELL              ProcessType:    SUBPOENA IN A CIVIL CASE

| Defendant:#1  TERRY POLK % JACKSONVILLE | Type Of Service:  PERSONAL SERVICE |
|---|---|
| Person Served:    TERRY POLK | Date Of Service:  10/10/2007  Time:  3:30 PM |
| Sex MALE    Age 53    Height 508    Build  MEDIUM    Hair Color  GRY    Race WHITE | |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:    Time: |
| Sex    Age    Height    Build    Hair Color    Race | |

Location    2268 E MORTON AVE, JACKSONVILLE, IL, 62650      Type Of Premise:

| | | | |
|---|---|---|---|
| Delivery Charge | $45.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $0.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $36.00 |

Payment Received Date:            **Total:  $81.00**      Check No

**THE INFORMATION IS DEEMED RELIABLE BUT IS NOT GUARANTEED.**
**PAYMENT UPON RECIEPT.  THERE WILL BE A LATE CHARGE APPLIED AT THE RATE OF 9% PER**

160
104171

AMK

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3895

00160 PII, Process Division                                3895
Voucher    Date      Invoice Description          Matter          Amount
2142      10/17/07    McCroy                      104171100        81.00

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois   62353
(217) 773-2011

Aaron McCroy                                  Oct. 12, 2007

Vs.

Susan Moore                                   02-CV-3171

## SUBPOENA

| | |
|---|---|
| **Served:** | **Kathy Easley, Litigation at W.I.C.C.** |
| **Date of Service:** | **Oct. 11, 2007** |
| **Service by:** | **Chief Deputy Tom Snowden** |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
            1227 South Seventh Street
            P.O. Box 399
            Springfield, IL   62705
            217-544-9823

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

**Aaron McCroy**                                                    **Oct. 12, 2007**

Vs.

**Cindy Thompson**                                                  **02-CV-3171**

## SUBPOENA

| **Served:** | **Kathy Easley, Litigation at W.I.C.C.** |
| **Date of Service:** | **Oct. 11, 2007** |
| **Service by:** | **Chief Deputy Tom Snowden** |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for | | |
| return of service | | |
| and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:  Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL  62705
217-544-9823

*OK to pay*
*10/16/07*

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

Aaron McCroy                                        Oct. 12, 2007

Vs.

Delores Drennan                                    02-CV-3171

### SUBPOENA

| | | |
|---|---|---|
| Served: | | Kathy Easley, Litigation at W.I.C.C. |
| Date of Service: | | Oct. 11, 2007 |
| Service by: | | Chief Deputy Tom Snowden |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:  Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

OK to pay
10/16/07

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011


**Aaron McCroy**                                    **Oct. 12, 2007**


Vs.


**Judith Wilson**                                    **02-CV-3171**


### SUBPOENA

|  |  |  |
|---|---|---|
| **Served:** | **Kathy Easley, Litigation at W.I.C.C.** | |
| **Date of Service:** | **Oct. 11, 2007** | |
| **Service by:** | **Chief Deputy Tom Snowden** | |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:    Londrigan, Potter & Randle, P.C.
             1227 South Seventh Street
             P.O. Box 399
             Springfield, IL   62705
             217-544-9823

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois   62353
(217) 773-2011


**Aaron McCroy**                                **Oct. 12, 2007**


Vs.


**Karen Wear**                                  **02-CV-3171**


## SUBPOENA

| | |
|---|---|
| **Served:** | **Kathy Easley, Litigation at W.I.C.C.** |
| **Date of Service:** | **Oct. 11, 2007** |
| **Service by:** | **Chief Deputy Tom Snowden** |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

*OK to Pay 10-16-07 pky*

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois   62353
(217) 773-2011

OCT 1 6 2007

Aaron McCroy

Oct. 12, 2007

Vs.

Barb Bowers

02-CV-3171

## SUBPOENA

| | |
|---|---|
| Served: | **Kathy Easley, Litigation at W.I.C.C.** |
| Date of Service: | **Oct. 11, 2007** |
| Service by: | **Chief Deputy Tom Snowden** |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for | | |
| return of service | | |
| and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:  Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

OK to pay
10-16-07
pkg

## CHECK REQUEST

Requested by ___AMK___        Date ___10-19-67___

Date needed ___ASAP___        Amount $ ___50.00___

Payee ___Kellerman Investigations___ Tax ID# _____
___Ltd.___

Address _____
___119___

File charged ___McCroy___     File # ___104171___

Special wording for draft statement: _____

_____

_____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT                    3907

00119 Kellerman Investigations, Ltd.

| Voucher | Date | Invoice Description | | Matter | 3907 |
|---|---|---|---|---|---|
| 2154 | 10/19/07 | McCroy | | 104171100 | Amount |
| | | | | | 50.00 |

10/19/07     Total Paid                                50.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Kellerman Investigations, Ltd

Greg Kellerman
6611 State Rt. 162
Maryville, IL. 62062
IL. Lic: 115-001758



WE HAVE MOVED! PLEASE NOTE
OUR NEW ADDRESS.

| | Invoice | |
|---|---|---|
| Date | Invoice # | |
| 10/30/2007 | 19649 | |

**Bill To**

LONDRIGAN, POTTER & RANDLE
1227 SOUTH 7TH ST., PO BOX 399
SPRINGFILED, IL 62705

| Web Site, Enter To Attain Status | |
|---|---|
| http://www.kellermaninvestigations.com/ | |
| WEB LOGIN ID | |
| WEB PASSWORD | |

MEMO:

| Terms | Project | E-mail | Kellerman Inv. F.E.I.N.: 35-2222438 |
|---|---|---|---|
| | | klaxon_greg1@yahoo.com | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Summons | 1 | PROCESS SERVE RUSHVILLE, IL<br><br>CENTRAL DISTRICT OF ILLINOIS 02-CV-3171 46087   CONNIE SHAW R.N @ CULBERTSON HOSPITAL IL - PERSONAL 10/27/2007<br><br>PAID BY CHECK #3907<br><br>SMF | 50.00 | 50.00 |

PLEASE VISIT OUR WEBSITE AND USE YOUR LOGIN AND PASSWORD TO VIEW THE STATUS OF YOUR JOB, THE ACTUAL AFFIDAVIT AND COMMUNICATE WITH US THROUGH OUR WEBSITE PARTICULAR DETAILS OF YOUR REQUEST FOR SERVICE ORDERS.

| **Total** | $50.00 |
|---|---|
| **Job Balance Due** | $0.00 |

| Phone # | Fax # |
|---|---|
| (618) 288-9996 | (618) 288-6668 |

Customer Total Balance Due          $0.00



## Excel Investigations

19150 S. 88th Ave., Mokena, IL 60448

(708) 326-1410
Toll Free: (866) EXCEL-IL
Fax: (708) 478-5415

info@excelinvestigations.com ■ www.excelinvestigations.com ■ Lic.# 117-000898

**FEIN No.: 36-4132096**
Tuesday, October 30, 2007

**Londrigan, Potter & Randle, P.C. - Attorneys at Law**
**1227 South 7th Street Post Office Box 399**
**Springfield, IL 62705**

### Invoice # 292631
*** *Please include invoice number upon remittance* ***

**Aaron McCroy vs. Illinois Department of Corrections, et al.,**

Case No.: 02 CV 3171

### Subpoena on M.D., Stanley Sims

| | |
|---|---|
| *Person Served:* | **M.D., Stanley Sims** |
| *Address of Service:* | **16526 Luella Avenue South Holland, Illinois  60473** |
| *Date & Time of Service:* | **10/27/2007 at 3:24 PM** |

*Description of M.D., Stanley Sims:*

| | |
|---|---|
| *Sex:* | **Male** |
| *Race:* | **African American** |
| *Approximate Age:* | **51** |

Service of Process     1 @     $55.00
**DUE ON RECEIPT: $55.00**

***** *A Late Charge of 1.5% per month will be added to all open balances on the 31st day after the Invoice date* *****
*** *Please include invoice number upon remittance* ***

## Thank You
## We Appreciate Your Business!

Kellerman Investigations, Ltd

Greg Kellerman
6611 State Rt. 162
Maryville, IL. 62062
IL. Lic: 115-001758



| | Invoice | |
|---|---|---|
| Date | Invoice # | |
| 10/19/2007 | 19650 | |

**WE HAVE MOVED! PLEASE NOTE OUR NEW ADDRESS.**

| Bill To |
|---|
| LONDRIGAN, POTTER & RANDLE<br>1227 SOUTH 7TH ST., PO BOX 399<br>SPRINGFILED, IL. 62705 |

| Web Site, Enter To Attain Status | |
|---|---|
| http://www.kellermaninvestigations.com/ | |
| WEB LOGIN ID | |
| WEB PASSWORD | |

| MEMO: | |
|---|---|

| Terms | Project | E-mail | Kellerman Inv. F.E.I.N.: 35-2222438 |
|---|---|---|---|
| | | klaxon_greg1@yahoo.com | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Summons | 1 | PROCESS SERVE JENNIFER A REISSUED SUBPOENA<br><br>STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS 02-CV-3171<br>46285  JENNIFER BLAESING IL - PERSONAL 10/25/2007<br><br>SMF | 45.00 | 45.00 |

119
10/5/71

McCroy
OK to pay
pkg

PLEASE VISIT OUR WEBSITE AND USE YOUR LOGIN AND PASSWORD TO VIEW THE STATUS OF
YOUR JOB, THE ACTUAL AFFIDAVIT AND COMMUNICATE WITH US THROUGH OUR WEBSITE
PARTICULAR DETAILS OF YOUR REQUEST FOR SERVICE ORDERS.

| **Total** | $45.00 |
|---|---|
| **Job Balance Due** | $45.00 |

| Phone # | Fax # |
|---|---|
| (618) 288-9996 | (618) 288-6668 |

Customer Total Balance Due       $45.00