**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

| 00119 Toni Judd | | | | 2943 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1063 | 03/02/05 | McCroy | | 104171100 | 244.20 |

| 03/02/05 | Total Paid | 244.20 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Tim_          Date _3/2/05_

Date needed _3/3/05_        Amount $_244.20_

Payee _Toni Judd_           Tax ID# _____

Address _____

File charged _McCroy_       File # _10417_

Special wording for draft statement: _____