**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

2601

| Voucher | Date | Invoice Description | Matter | 2601 Amount |
|---|---|---|---|---|
| 00119 Dr. William Zeh | | | | |
| 668 | 05/17/04 | McCroy | 104171100 | 20.00 |

05/17/04     Total Paid                                            20.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Chuck_                Date _5-17-04_

Date needed _5-17-04_              Amount $_20.00_

Payee _Dr. William Zeh_            Tax ID# _____

Address _____

File charged _McCroy_              File # _104171_

Special wording for draft statement: _____

| 00119 Philip M. Crary | | | | | 3607 | |
|---|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | | Amount |
| 1822 | 12/04/06 | McCroy | | 104171100 | | 40.00 |

12/04/06    Total Paid                                                         40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_          Date _12/4/06_

Date needed _12-6/06_          Amount $ _40.00_

Payee _Philip M. Crary_        Tax ID# _____

Address _c/o Western Illinois Correctional Center_
_RR 4, Box 196, Mount Sterling, IL 62353_

File charged _McCroy_          File # _104171_

Special wording for draft statement: _Subpoena Witness Fee for Deposition_

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3630

| 00119 Karen Wear | | | | | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1848 | 01/08/07 | McCroy | | 104171100 | 40.00 |

01/08/07    Total Paid                                    40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_            Date _1-8-07_

Date needed _1-8-07_            Amount $ _40.00_

Payee _Karen Wear_              Tax ID# _____

Address _c/o Western Ill. Correctional Center_
_R.R. 4, Box 196, Mount Sterling, IL 62353_

File charged _McCroy_           File # _104171_

Special wording for draft statement: _Subpoena Witness Fee for Deposition_

| 00119 Karolyn Hendricks | | | | 3680 | |
| --- | --- | --- | --- | --- | --- |
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1900 | 02/27/07 | McCroy | | 104171100 | 40.00 |

02/27/07     Total Paid                                       40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_                Date _2/26/07_

Date needed _Wed. 2/28/07_           Amount $ _40.00_

Payee _Karolyn Hendricks_            Tax ID# _____

Address _c/o ~~Ill. Attorney General~~ Kelly Choate, 500 S. 2nd St., Spfld, IL 62706_

File charged _McCroy_                File # _104171_

Special wording for draft statement: _Deposition Subpoena Witness Fee_

```
00119 Dr. Willard Elyea                                                     3681
Voucher    Date       Invoice Description              Matter          Amount
 1901    02/27/07     McCroy                         104171100          40.00
```

```
02/27/07    Total Paid                                                  40.00
```

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by **Paula**          Date **2/26/07**

Date needed **Wed 2/28/07**    Amount $ **40.00**

Payee **Dr. Willard Elyea**    Tax ID# _____

Address **c/o Kelly Choate** ~~Ill. Attorney General~~ **500 S. 2nd St., Spfld, IL 62706**

File charged **McCroy**         File # **104171**

Special wording for draft statement: **Deposition Subpoena Witness Fee**

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN
ATTORNEYS AT LAW - OPERATING ACCOUNT

3682

| 00119 Jennifer Blaesing | | | | 3682 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1902 | 02/27/07 | McCroy | | 104171100 | 40.00 |

02/27/07   Total Paid                                           40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __Paula__     Date __2/26/07__

Date needed __Wed. 2/28/07__    Amount $ __40.00__

Payee __Jennifer Blaesing__    Tax ID# _____

Address __c/o Theresa Powell, Heyl Royster Voelker & Allen, National City Center, Suite 575, 1 N. Old State Capitol Plaza, P.O. Box 1687, Springfield, IL 62705-1687__

File charged __McCroy__    File # __104171__

Special wording for draft statement: __Deposition Subpoena Witness Fee__

10/1/71

## McCroy – Witness/Mileage Fees

Terry Polk            $162.22 ✓          VOIDED

Rhonda Mills          $238.85 ✓          VOIDED

Jennifer Blaesing     $189.38 ✓

Stanley Sims, M.D.    $162.22 ✓

Kevin Winters         $205.87 ✓          VOIDED
                      $138.94 ✓          VOIDED

Dennis Hockaday       $110.81 ✓          VOIDED

Cleveland Rayford, M.D.  $210.72 ✓

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN  
ATTORNEYS AT LAW - OPERATING ACCOUNT

3868

00119 Jennifer Blaesing

| Voucher | Date | Invoice Description | Matter | 3868 Amount |
|---|---|---|---|---|
| 2115 | 10/05/07 | McCroy | 104171100 | 189.38 |

*Blaesing*

10/05/07  Total Paid                             189.38

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN  
ATTORNEYS AT LAW - OPERATING ACCOUNT

3869

00119 Stanley Sims, M.D.

| Voucher | Date | Invoice Description | Matter | 3869 Amount |
|---|---|---|---|---|
| 2116 | 10/05/07 | McCroy | 104171100 | 162.22 |

*Sims*

10/05/07  Total Paid                             162.22

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**HOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**  
ATTORNEYS AT LAW - OPERATING A    ͻUNT

3872

| | | | | |
|---|---|---|---|---|
| 00119 Dennis Hockaday | | | | |
| Voucher | Date | Invoice Description | Matter | 3872 |
| 2119 | 10/05/07 | McCroy | 104171100 | Amount 110.81 |

Hockaday – VOIDED

10/05/07    Total Paid    110.81

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**  
ATTORNEYS AT LAW - OPERATING A    ͻUNT

3873

| | | | | |
|---|---|---|---|---|
| 00119 Cleveland Rayford, M.D. | | | | |
| Voucher | Date | Invoice Description | Matter | 3873 |
| 2120 | 10/05/07 | McCroy | 104171100 | Amount 210.72 |

Rayford

10/05/07    Total Paid    210.72

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __AMK__  Date __10-8-07__

Date needed __ASAP__  Amount $ __189.38__

Payee __Barb Bowers__  Tax ID# _____

Address _____

File charged __McCroy__  File # __104171__

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3877

| 00119 Barb Bowers | | | | 3877 | |
| Voucher | Date | Invoice Description | | Matter | Amount |
| 2124 | 10/08/07 | McCroy | | 104171100 | 189.38 |

10/08/07    Total Paid    189.38

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com



## CHECK REQUEST

Requested by __AMK__                    Date __10-8-07__

Date needed __ASAP__                    Amount $ __189.38__

Payee __Cindy Thompson__                Tax ID# _____

Address _____

File charged __McCroy__                 File # __104171__

Special wording for draft statement: _____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                                    3878
ATTORNEYS AT LAW - OPERATING A    OUNT

| 00119 Cindy Thompson | | | | 3878 | |
| Voucher | Date | Invoice Description | Matter | Amount |
| 2125 | 10/08/07 | McCroy | 104171100 | 189.38 |

10/08/07    Total Paid                                                    189.38

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __AMK__      Date __10-5-07__

Date needed __ASAP__      Amount $ __189.38__

Payee __Susan Moore__      Tax ID# _____

Address _____

File charged __McCroy__      File # __10417/__

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**      3879
ATTORNEYS AT LAW - OPERATING ACCOUNT

| 00119 Susan Moore | | | | 3879 |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | Amount |
| 2126 | 10/08/07 | McCroy | 104171100 | 189.38 |

10/08/07    Total Paid                189.38



DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by **AMK**    Date **10-8-07**

Date needed **ASAP**    Amount $ **203.93**

Payee **Willard Elyea MD**    Tax ID# _____

Address _____

File charged **McCroy**    File # **10417**

Special wording for draft statement: _____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**    3880
  ATTORNEYS AT LAW - OPERATING ACCOUNT

| 00119 Willard Elyea, M.D. | | | | 3880 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 2127 | 10/08/07 | McCroy | | 104171100 | 203.93 |

10/08/07    Total Paid    203.93

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by  AMK  Date 10-9-07

Date needed  ASAP  Amount $ 189.39

Payee  Delores Drennen  Tax ID# _____

Address _____

File charged  McCroy  File # _____

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**  3889
  ATTORNEYS AT LAW - OPERATING ACCOUNT

| 00119 Delores Drennen | | | | 3889 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 2136 | 10/09/07 | McCroy | | 104171100 | 189.39 |

10/09/07    Total Paid                                          189.39

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

CHECK REQUEST

Requested by  AMK                    Date  10-19-07

Date needed  ASAP                    Amount $  194.23

Payee  Kevin Gilson                  Tax ID# _____

Address _____

File charged  McCroy                 File # _____

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                                3903
ATTORNEYS AT LAW - OPERATING ACCOUNT

00119 Kevin Gilson                                                           3903
Voucher    Date       Invoice Description              Matter                Amount
2150       10/19/07   McCroy                           104171100             194.23

10/19/07   Total Paid                                                        194.23

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by **AMK**                    Date **10-19-07**

Date needed **ASAP**                    Amount $ **172.89**

Payee **Connie Shaw**                   Tax ID# _____

Address _____

File charged **McCroy**                 File # _____

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING A____ UNT

3906

00119 Connie Shaw

| Voucher | Date | Invoice Description | | Matter | 3906 Amount |
|---|---|---|---|---|---|
| 2153 | 10/19/07 | McCroy | | 104171100 | 172.89 |

10/19/07    Total Paid                                                   172.89

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## Paula Gentry

**From:** Beth Knotts [Beth@HFMFM.com]
**Sent:** Monday, October 08, 2007 12:18 PM
**To:** Paula Gentry
**Subject:** RE: Deposition Answer

Paula, Dr. Zeh's fee is $300/hour. I presume the deposition will be two hours (isn't there a time limit on depositions in Illinois of two hours?) plus the two hours before the deposition for his meeting with Tom and at least one hour of prep time for reviewing the records. Can you have Tom bring a check payable to Dr. Zeh for $1500? Thanks! Beth

Beth Knotts
Hill Fulwider McDowell Funk & Matthews
One Indiana Square, Suite 2000
Indianapolis IN 46204
317-488-2000

**From:** Paula Gentry [mailto:Paula@lprpc.com]
**Sent:** Friday, October 05, 2007 3:52 PM
**To:** Beth Knotts
**Subject:** Deposition Answer

Hello again, Beth. I spoke to Tom Londrigan and he confirmed that we will pay Dr. Zeh "ordinary and reasonable fees" for his time. Just let Tom know what that will be.

Thank you.

Paula Gentry
Legal Assistant to Thomas F. Londrigan
LONDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh St.
P. O. Box 399
Springfield, IL  62705
(217) 544-9823  Phone
(217) 544-9826  Fax

180
104171

Barb –
Charge to McCroy

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ?OUNT

3881

| 00180 William Gordon Zeh | | | | |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | 3881 |
| 2128 | 10/08/07 | McCroy 104171100 | 104171100 | Amount 1,500.00 |

$40 is witness fee on Bill of Costs. Balance to be included in later submission/pl

10/08/07    Total Paid                                                                1,500.00

DELUXE BUSINESS FORMS   1-800-328-0304   www.deluxeforms.com