## Downstairs Copier Log:

| File | File # | Code # | # of Copies | Total |
|---|---|---|---|---|
| NRA | | 1 | 8 | 1.60 |
| | | 2 | 68 | 13.60 |
| | | 3 | 11 | 2.20 |
| | | 4 | 8 | 1.60 |
| | | 5 | 316 | 63.20 |
| | | 7 | 12 | 2.40 |
| Our Bush | | 8 | 5 | 1.00 |
| | | 15 | 44 | 8.80 |
| Tom | | 16 | 184 | 36.80 |
| | | 20 | 89 | 17.80 |
| Judy Shani | | 22 | 22 | 4.40 |
| NRA | | 24 | 2 | .40 |
| | | 25 | 1 | .20 |
| | | 26 | 26 | 5.20 |
| Heitman | 03-113 | 33 | 3 | .60 |
| McGee | 03-117 | 107 | 1035 | 207.00 |
| | | | 55 | 5 | 1.00 |
| | | 110 | 63 | 12.60 |

## Date Read: 4/26/04

| File | File # | Code # | # of Copies | Total |
|---|---|---|---|---|
| Amentech | 14697 | 117 | 4 | .80 |
| Plainview | 03-110 | 122 | 148 | 29.60 |
| Fischer | 03-115 | 126 | 191 | 38.20 |
| Easter | 14626 | 129 | 1 | .20 |
| Robinson | 203165 | 200 | 2 | .40 |
| McCrory | 104171 | 206 | 33 | 6.60 |
| TL-CE | 03-104 | 215 | 9 | 1.80 |
| Doney-Alkalfa | 20686-001 | 311 | 2 | .40 |
| V. Shisser | 24539 | 315 | 44 | 8.80 |
| Donovan | 24615 | 321 | 706 | 141.20 |
| Keith/NRA | 3055/14644 | 324 | 870 | 174.00 |
| Brown | 24530 | 328 | 6 | 1.20 |
| Pawley | 24879 | 330 | 3 | .60 |
| Stelle | 24790 | 335 | 49 | 9.80 |
| McHarry | 24786 | 337 | 735 | 147.00 |
| Fitzgerald | 24489 | 342 | 160 | 32.00 |
| P. Broughton | 24594 | 351 | 36 | 7.20 |
| Am. Central Insur | 24833 | 355 | 18 | 3.60 |

G:\FORMS\OFFICE\Downstairs Copy Log.wpd

**Downstair Copier Log:**

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 000 | | | 10401 | 2020.20 |
| 002 | | | 340 | 68.00 |
| 003 | | | 46 | 9.20 |
| 004 | | | 4 | .80 |
| 005 | | | 25 | 5.00 |
| 007 | | | 58 | 11.60 |
| 015 | | ?ly | 10 | 2.00 |
| 016 | | ?ng | 28 | 5.60 |
| 020 | | Ton | 320 | 64.00 |
| 0?? | | ??? | 3 | .60 |
| 0073 | | | 9 | 1.70 |
| 106 | 103112 | Koehne | 503 | 100.60 |
| 117 | 14697 | Amentech | 93 | 18.60 |
| 133 | 103110 | Rainwind | 122 | 24.90 |
| 136 | 103115 | Fischer B/W | 59 | 11.70 |
| 24 | 103111 | East | 22 | 4.40 |
| 206 | 104171 | D'McCoy | 3 | .60 |
| 315 | 103109 | TLCaseEval | 3 | .60 |

**Date Read:**  9/04

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 315 | 24539 | StssxEstat | 95 | 19.00 |
| 320 | 220200 | Wilcox | 4 | .70 |
| 351 | 24594 | Broughton ? | 14 | 2.70 |
| 362 | 24363 | Alphonse Dev | 1 | .20 |
| 370 | 232206 | Kovasdes | 143 | 28.70 |
| 379 | 24008 | IP Case Eval | 114 | 22.80 |
| 385 | 24857 | Champion | 3 | .60 |
| 406 | 23760 | Oil Filter | 3 | .60 |
| 508 | 34808 | Crabill | 637 | 127.40 |
| 601 | 134923 | Allen | 95 | 19.00 |
| 628 | 1349?? | ??D Misc | 1086 | 217.20 |
| 628 | 134953 | Leonard | 265 | |
| 700 | 53479 | ASP Case Eval | 267 | 53.40 |
| 704 | 54794 | Crea Powell | 191 | 38.20 |
| 705 | 54807 | Galvez | 266 | 53.20 |
| 711 | 54912 | Gibson | 7 | 1.40 |
| 712 | 54745 | Downey | 43 | |
| 715 | 54796 | Elston | 345 | 19.90 |

Downstair Copier Log:

Date Read: 11/23

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 106 | 10311 2 | Koehne | 1 | .20 |
| 110 | 103117 | McAfee | 52 | 10.40 |
| 117 | 14697 | Amritet | 3 | .60 |
| 122 | 103110 | Plainview | 5148 | 1029.60 |
| 126 | 103115 | Trieko | 17 | 3.40 |
| 182 | 203147 | Nine Mile | 14 | 2.80 |
| 191 | 103156 | Boercker | 3 | .60 |
| 206 | 104171 | McCory | 451 | 90.20 |
| 213 | 204177 | Settmer | 7 | 1.40 |
| 215 | 103104 | Case Eval | 4 | .80 |
| 304 | 20686 | Darling | 165 | 33.00 |
| 311 | 2068600 | Darling | 9 | 1.80 |
| 315 | 24539 | Strain | 116 | 23.20 |
| 324 | 24915 | Busch | 342 | 68.40 |
| 326 | 24708 | Barber | 43 | 8.60 |
| 335 | 24790 | Abell | 681 | 136.20 |
| 370 | 23206 | Knautta | 1887 | 377.40 |
| 389 | 24963 | Nachtwey | 128 | 25.60 |

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 399 | 24887 | Taylor | 102 | 20.40 |
| 505 | 31757 | CR Misc | 12 | 2.40 |
| 507 | 34916 | Nanetti | 170 | 34.00 |
| 508 | 34808 | Credill | 8 | 1.60 |
| 513 | 34900 | Delving | 7 | 1.40 |
| 524 | 23055 | NRA | 94 | 18.80 |
| 542 | 34738 | Watkins | 136 | 27.20 |
| 620 | 34942 | DQ Case Eval | 8 | 1.60 |
| 700 | 53479 | Cuyp Case Eval | 243 | 48.60 |
| 704 | 54794 | Cree | 135 | 27.00 |
| 705 | 54807 | Maling | 292 | 58.40 |
| 706 | 54620 | Brennan | 74 | 14.80 |
| 708 | 54767 | Carlson | 190 | 38.00 |
| 713 | 54745 | Downing | 631 | 126.20 |
| 715 | 54746 | Elston | 82 | 16.40 |
| 718 | 54914 | Hastings | 162 | 32.40 |
| 723 | 54817 | Flock | 291 | 58.20 |
| 724 | 54821 | Burton | 499 | 99.80 |

Downstair Copier Log:

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 113 | 10314 | AEG | 4 | .80 |
| 186 | 10315 | Fischer Bahl | 915 | 183.00 |
| 169 | | | 18 | 3.60 |
| 181 | 10344 | Tom Misc | 8 | 1.60 |
| 204 | 204469 | Calvari | 6 | 1.20 |
| 206 | 104717 | McCann | 5 | 1.00 |
| 215 | 163104 | TL Case Eval | 7 | 1.40 |
| 314.5 | 20780 | DX Misc | 315 | 63.00 |
| 311 | 2060000 | Dulau Alfalfa | 2 | .40 |
| 315 | 24539 | Slosser | 494 | 98.80 |
| 311 | 24913 | Hammick | 6 | 1.20 |
| 313 | 24932 | Elston | 10 | 2.00 |
| 324 | 24915 | Busch | 158 | 31.60 |
| 351 | 24594 | Broughton P. | 121 | 24.20 |
| 355 | 24833 | Amy VanCentre | 85 | 17.00 |
| 3160 | 24603 | Rain Prktyte | 1 | .20 |
| 361 | 24846 | Egan | 4 | .80 |
| 3162 | 24857 | BUS | 36 | 7.20 |

Date Read:  3/05

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 310 | 23206 | Kerasotes | 20 | 4.00 |
| 318 | 24458 | MTP Form | 15 | 3.00 |
| 384 | 24661 | Smedley | 113 | 22.40 |
| 388 | 240 Th | Broughton | 61 | 12.20 |
| 389 | 24603 | Nachbaur | 3 | 1.60 |
| 395 | 23760 | APR | 7 | 1.40 |
| 401 | 20163 | CLB | 3 | 6.40 |
| 406 | 23760 | Oil Filter | 28 | 5.60 |
| 411 | | | 2 | .40 |
| 416 | 4985 | Vern Sisson | 153 | 30.60 |
| 434 | 23505 | Gehres | 357 | 71.40 |
| 510 | 24894 | Calvani | 158 | 31.60 |
| 233 | 23300001 | Kerasotes | 77 | 15.90 |
| 161 | 134908 | Allen | | .40 |
| 162 | 134904 | Creighton Pl | 11 | 2.20 |
| 164 | 13488 | Bigelow | | .20 |
| 169 | 13493 | Marmurpthur | 52 | 10.40 |
| 163 | 13498 | Gilmore | 6 | 1.20 |

G:\FORMS\OFFICE\Downstairs Copy Log.wpd

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

Total = 20.60

DATE  11/7/05

CASE  McCroy

MATERIAL COPIED  Ass't'd Corr, Contract
& disclosure to send to
client

AMOUNT  97    19.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

ATE  11/10/05

ASE  McCroy

MATERIAL COPIED  Letter

AMOUNT  4    .80

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

**COPY CHARGES**

DATE        12/6/05

CASE        McCroy

MATERIAL COPIED    Pleading / Corr

AMOUNT    17        3.40

BY        pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

Total = 28.80

DATE        12/15/05

CASE        McCroy

MATERIAL COPIED    Corr & Disc.

AMOUNT    105        21.00

BY        pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

**COPY CHARGES**

DATE    McCroy    12/20/05

CASE        McCroy

MATERIAL COPIED    Ltr & disc.

AMOUNT    22        4.40

BY        pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

### COPY CHARGES

DATE  1 - 06

CASE  Mc Croy  104171

MATERIAL COPIED

AMOUNT  117.80

BY  ad

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1/19/06

CASE

MATERIAL COPIED McC*ruy*

969    193.80

AMOUNT

BY

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 2/3/06

CASE McCroy

MATERIAL COPIED Ltr & Pleadings

AMOUNT 15          3.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

Total = 59.40

DATE 1/30/06

CASE McCroy

MATERIAL COPIED Pleading & Ltr

AMOUNT 7          1.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 2/13/06

CASE McCroy

MATERIAL COPIED Greivances, Corr, records, pleadings

AMOUNT 160          32.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 2/13/06

CASE McCroy

MATERIAL COPIED Corr

AMOUNT 15          3.00

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

COPY CHARGES

DATE 2/23/06

CASE McCroy

MATERIAL COPIED Summons/Complaint & letters

AMOUNT 60     12.00

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

COPY CHARGES

DATE 2/23/06

CASE McCroy

MATERIAL COPIED Copies of Pleadings & Corr.

AMOUNT 40     8.00

BY pkg



**Sangamon County Circuit Clerk**
Anthony P. Libri, Jr., C.G.F.M.
200 South Ninth Street, Room 405
Springfield, IL 62701

| Case Number: 2005-MR-000572 | Date: 03/10/2006 | Receipt Number: 9769594 Page 1 |
|---|---|---|

| Defendant | | OFFICE OF ATTY GENERAL |
|---|---|---|
| ROGER E. WALKER JR<br>1301 CONCORDIA COURT<br>SPRINGFIELD, IL 62794 | | JOHN J. WEATHERS<br>500 S 2ND ST<br>SPRINGFIELD, IL 62706 |

| Agency: | Ticket: |
|---|---|

| Item | Fee | Category | | Payor |
|---|---|---|---|---|
| 001 | 12.25 | Copies | 2001 | ROGER E. WALKER JR |
| Total | 12.25 | | | |

| Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|
| COPIES | 12.25 | | 12.25 | |
| Total | 12.25 | | 12.25 | |
| | | | Bond Used | |
| | | | Cash | |
| Check # 3379 | Check Date 03/09/2006 | | Check | 12.25 |
| | | | Total Tendered | 12.25 |
| | | | Change Due | |
| | | | Balance Due | .00 |

By:
Deputy Clerk: TP 835

Batch 03-106-002 Date 03/10/2006 Time 15:38:03

**Customer Copy**

**THOMAS F. LONDRIGAN / TIMOTHY I. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3379

00059 Sangamon County Circuit Clerk

| Voucher | Date | Invoice Description | Matter | 3379 Amount |
|---------|------|---------------------|--------|-------------|
| 1542 | 03/09/06 | McCroy | 104171100 | 12.25 |

| | | | |
|--|--|--|--|
| 03/09/06 | Total Paid | | 12.25 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  2/24/06

CASE  McCroy

MATERIAL COPIED  Am- Complaint

AMOUNT  125        (25.00)

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**
Total = 51.60

DATE  2/24/06

CASE  McCroy

MATERIAL COPIED  Summons

AMOUNT  20        (4.00)

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  3/10/06

CASE  McCroy

MATERIAL COPIED  Pleadings

AMOUNT  43        (8.60)

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  2/28/06

CASE  McCroy

MATERIAL COPIED  Discovery & Ltr.

AMOUNT  51        (10.20)

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

**COPY CHARGES**

DATE  3-06

CASE  McCroy   104171

MATERIAL COPIED

AMOUNT  .20

BY

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  3/8/06

CASE  McCroy

MATERIAL COPIED  Pleadings

AMOUNT  18    3.60

BY  PKg

**LONDRIGAN, POTTER, & RANDLE, P.C.**
1227 South 7th Street
Springfield, Illinois

10417 1

**COPY CHARGES**   8/60

DATE 3/27/06

CASE McCroy

MATERIAL COPIED Pleading & Ltr

AMOUNT 13    2.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, P.C.**
1227 South 7th Street
Springfield, Illinois

10417 1

**COPY CHARGES**   Total €16.00

DATE 3/27/06

CASE McCroy

MATERIAL COPIED Summons / Ltr

AMOUNT 7    1.40

BY pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417 1

Copy
~~TELEPHONE~~

DATE: 4/25/06

CASE: McCroy

Disclosure by Δ

AMOUNT: 5    1.00

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417 1

Copy
~~TELEPHONE~~

19/60

DATE: 4/19/06

CASE: McCroy

Recent Pleadings

AMOUNT: 32    6.40

pkg

Downstair Copier Log: 4/27/66.

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 102 | 103148 | NRA | 228 | 45.60 |
| 110 | 103117 | Mc'Gee | 153 | 30.60 |
| 120 | 103115 | Fisher-Pam | 1 | .20 |
| 31 | 103146 | Tom Misc | 3 | .60 |
| 306 | 104171 | McCroy | 33 | 9.60 |
| 015 | 103164 | TL Case End | 11 | 2.20 |
| 202 | 25094 | Kelso | 46 | 9.20 |
| 304 | 24086 | Danley | 4 | .80 |
| 305 | 25080 | TRP Misc | 47 | 9.40 |
| 306 | 245103 | BOS-DeXou | 6 | 1.20 |
| 307 | 25040 | Merawoll | 133 | 26.60 |
| 310 | 24819 | O'Brian | 2 | .40 |
| 313 | 25658 | Huff-May | 3 | .60 |
| 317 | 24913 | Pannick | 5 | 1.00 |
| 324 | 24915 | Busch | 807 | 161.40 |
| 333 | 25010 | McGlasson | 1069 | 213.80 |
| 350 | 25634 | Mulder | 913 | 182.60 |
| 361 | 25685 | Nude Estate | 12 | 2.40 |

693.20

Date Read:

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 370 | 23200 | Kerosenes | 257 | 51.40 |
| 374 | 23005 | Willey | 16 | 3.20 |
| 378 | 23058 | MSP Farms | 2 | .40 |
| 384 | 24106 | Smedley | 52 | 10.40 |
| 316 | 24185 | Vern Shisser | 102 | 20.40 |
| 405 | 25685 | LeQue | 1833 | 366.60 |
| 513 | 34900 | Spring | 84 | 16.80 |
| 533 | 33085 | Kerosde560 | 35 | 5.00 |
| 574 | 33134 | CR Case End | 214 | 42.80 |
| 1001 | 13588 | Santos | 4 | .80 |
| 1005 | 131978 | Dillon | 3 | 1.10 |
| 1008 | 13489 | Fehmuyer | 106 | 21.20 |
| 1009 | 134931 | Murrwather | 431 | 86.20 |
| 1012 | 13588 | Land | 8 | 1.60 |
| 1013 | 13568 | TMSIF-Wg3 | 24 | 4.80 |
| 1020 | 134942 | DD Case End | 18 | 3.60 |
| 1024 | 134416 | Gall | 8 | 1.60 |
| 1033 | 13500 | Synthers | 38 | 7.60 |

1338.00

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 5/1/06

CASE: McCroy

Disclosure

AMOUNT: 52 + 13 = 65 + 8 = 73

pkg (14.60)

---

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

Copy
~~TELEPHONE~~    Total = 28.00

DATE: 5-06

CASE: McCroy
104171

AMOUNT: 3.60

---

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 5/19/06

CASE: McCroy

Corr/Releases for
Med Recs.

AMOUNT: 7 X 2 = 14    (2.80)

pkg

---

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 5/12/06

CASE: McCroy

Pleadings/Greivances

AMOUNT: 35    (7.00)

pkg

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

Copy
TELEPHONE

DATE: 5/24/06

CASE: McCroy

For Consult Review

AMOUNT: 260    52.00

pkg

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171
Total =
57.20

Copy
TELEPHONE

DATE: 5/23/06

CASE: McCroy

2nd AC

AMOUNT: 26    5.20

pkg

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 7/7/06

CASE: McCroy

Corr & Enc.

AMOUNT: 8    (1·60)

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~    (Total = 64·60)

DATE: 7/12/06

CASE: McCroy

Greivances

AMOUNT: 236    (47.20)

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 6/30/06

CASE: McCroy

Disc.

AMOUNT: 19    (3.80)

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 7/6/06

CASE: McCroy

Med Auth
& Corr

AMOUNT: 60    (12.00)

pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

## COPY CHARGES

DATE 7/27/06

CASE    McCroy

MATERIAL COPIED   Letter

AMOUNT   3          .60

BY    pkg

---

**LONDRIGAN, POTTER & RANDLE, C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~   Total 18.40

DATE: 7/26/06

CASE: McCroy

Med Releases
& Aaron's log

73 6 Copies

AMOUNT: pkg          14.60

---

**LONDRIGAN, POTTER & RANDLE, C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE:          7/28/06

CASE:

McCroy — Discovery

AMOUNT: 16          3.20

pkg

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING AC   UNT

352

00119 Illinois Attorney General

| Voucher | Date | Invoice Description | Matter | 3524 Amount |
|---------|------|---------------------|--------|-------------|
| 1718 | 08/31/06 | McCroy | 104171100 | 100.85 |

|  | 08/31/06 | Total Paid | | 100.85 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**Barbi Quinley**

| | |
|---|---|
| **From:** | Doug Quivey |
| **Sent:** | Thursday, August 31, 2006 4:08 PM |
| **To:** | Paula Gentry |
| **Cc:** | 'KChoate@atg.state.il.us'; Barbi Quinley |
| **Subject:** | FW: Documents in McCroy |

104171

Paula,
Please obtain and send Kelly the check in the amount requested.  Make it payable to the Illinois Attorney General.  Please make sure the receipt gets sent to the Court.

Thanks

Doug Quivey
Londrigan, Potter, & Randle, P.C.
1227 S. Seventh Street
P.O. Box 399
Springfield, IL 62705
217-544-9823
217-544-9826 (fax)

---

**From:** Choate, Kelly R. [mailto:KChoate@atg.state.il.us]
**Sent:** Thursday, August 31, 2006 4:04 PM
**To:** Doug Quivey
**Subject:** Documents in McCroy

Doug,

I've been unable to get with my secretary today to figure out exactly what documents we have and don't have (She has two attorneys other than myself, and has been preparing and filing documents all day for all of us).  I do know that currently we have 839 pages of documents copied and ready to go. These include copies of all of the documents you flagged at both Pinckneyville and Western Illinois Correctional Center. The cost for copying the documents is $125.85 (15¢ a copy).  We will, of course, subtract the $25.00 we owe you for our copy of the February 1, 2005 transcript.  As soon as we receive the copying fee, we will send these documents to you.

I have sent inquiries to Pinckneyville regarding the ADA documents.  As far as the internal affairs investigation, I believe we have already sent that report to you via an earlier production request.  Should additional documents surface (and I will ask again if there are any more, including any photographs), I will send those to you.

Thanks for your patience.

Kelly

8/31/2006

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417

COPY
~~TELEPHONE~~

DATE: 9/11/06

CASE: McCroy

Timeline/Pleadings

AMOUNT: 177    35.40

pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

COPY CHARGES    Total 327.60

DATE 9/8/06

CASE McCroy

MATERIAL COPIED  Production

AMOUNT 1386    277.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

COPY CHARGES

DATE 9/18/06

CASE McCroy

MATERIAL COPIED

Scheduling Info

AMOUNT 63    12.60

BY pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417

COPY
~~TELEPHONE~~

DATE: 9/11/06

CASE: McCroy

Notice

AMOUNT: 12    2.40

pkg



# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

September 21, 2006

Thomas Londrigan
Doulgas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, Illinois 62705

RE:   *Aaron McCroy, #N-51882 vs. IDOC, et al.*
      USDC-CD Ill. No. 02-3171
      Discovery Documents

Statement for the following charges:

Photocopying

998 pages @15 cents per page . . . . . . .$149.70

Please make check payable to:

Office of the Attorney General
State of Illinois
500 South Second Street
Springfield, Illinois   62706

104171

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**

DATE 10/6/06

CASE McCroy

MATERIAL COPIED

Corr

AMOUNT 6          (1.20)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**    Total=
(185.80)

DATE 10/26/06

CASE McCroy

MATERIAL COPIED    Records

AMOUNT 169 x 2 = 338   (67.60)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**

DATE 10/4/06

CASE McCroy

MATERIAL COPIED

Med Records

AMOUNT 105        (21.00)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**

DATE 10/6/06

CASE McCroy

MATERIAL COPIED    Errata sheets & Corr

AMOUNT 4          (.80)

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 9/28/06

CASE McCroy

MATERIAL COPIED Med Recs.

AMOUNT 352          70.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/2/06

CASE McCroy

MATERIAL COPIED

Supp. Disclosure

AMOUNT 12 + 5          3.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 9/27/06

CASE McCroy

MATERIAL COPIED

Dep - Kwedar

AMOUNT 94 + 5          20.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 9/28/06

CASE McCroy

MATERIAL COPIED Corr.

AMOUNT 5          1.00

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE  11/9/06

CASE  McCroy

MATERIAL COPIED

Exhibits

AMOUNT  34          6.80

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  12-4-06

CASE  McCroy

MATERIAL COPIED  Summons & Subpoena

AMOUNT  23 45          9.00

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**  Total = $257.60

DATE  11/30/06

CASE  McCroy

MATERIAL COPIED

Production

AMOUNT  923          184.60

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  11/30/06

CASE  McCroy

MATERIAL COPIED  Letters

AMOUNT  5          1.00

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  12-20-06

CASE  McCroy

MATERIAL COPIED  Dep Exhibits

AMOUNT  315          63.00

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  1-8-07

CASE  McCroy

MATERIAL COPIED  Pleadings / Ex.

AMOUNT  38        7.60

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

Total = 775.80

DATE  1-8-07

CASE  McCroy

MATERIAL COPIED  Dep Notices, Corr

AMOUNT  112        22.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**CCPY CHARGES**

DATE  1-3-07

CASE  McCroy

MATERIAL COPIED  E-mails

AMOUNT  36        7.20

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  1/5/97

CASE  McCroy

MATERIAL COPIED  Corr & Pleadings

AMOUNT  38        7.60

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 12/29/06

CASE McCroy

MATERIAL COPIED Production

AMOUNT 82    16.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1-2-07

CASE McCroy

MATERIAL COPIED Production

AMOUNT 80 67    13.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 12/28/06

CASE McCroy

MATERIAL COPIED Med Records

AMOUNT 357    71.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 12/29/06

CASE McCroy

MATERIAL COPIED Med Records/Producti

AMOUNT 2488    497.60

BY plcg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

## COPY CHARGES

DATE 1-11-07

CASE McCroy

MATERIAL COPIED Dep Transcript

AMOUNT 161          32.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

## COPY CHARGES

DATE 1-15-07

CASE McCroy

MATERIAL COPIED

Dep Notices

AMOUNT 52          10.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

## COPY CHARGES

DATE 1-11-07

CASE McCroy

MATERIAL COPIED Med Records

AMOUNT 448          89.60

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1-29-07

CASE McCroy

MATERIAL COPIED Notices of Deposition
& Supp Req to Produce

AMOUNT 60     12.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**
Total 513.20

DATE 1-29-07

CASE McCroy

MATERIAL COPIED Corr, Production

AMOUNT 368     73.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/1/07

CASE McCroy

MATERIAL COPIED

Dep Prep

AMOUNT 449     89-80

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2-1-07

CASE McCroy

MATERIAL COPIED Req. to Admit
& Exhibits & Corr

AMOUNT 412     82.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2-9-07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 57      (11.40)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2-7-07

CASE McCroy

MATERIAL COPIED Dep

AMOUNT 47      (9.40)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2/9/07

CASE McCroy

MATERIAL COPIED Dep Notices

AMOUNT 18      (3.60)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2/8/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 235      (47.00)

BY pkg

**LUNDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE  2-15-07

CASE  McCroy

MATERIAL COPIED

Dep. Transcript
& Dep Exhibits

AMOUNT  62      12.40

BY  pkg

---

**LUNDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE  2/12/07

CASE  McCroy

MATERIAL COPIED  Dep Notices

AMOUNT  96      19.20

BY  pkg

---

**LUNDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE  2/16/07

CASE  McCroy

MATERIAL COPIED  dep prep

AMOUNT  112      22.40

BY  pkg

---

**LUNDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE  2-16-07

CASE  McCroy

MATERIAL COPIED  Dep Prep

AMOUNT  16      3.20

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/21/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 23          4.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/19/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 66          13.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/23/07

CASE McCroy

MATERIAL COPIED Dep Exhibits

AMOUNT 74          14.80

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/22/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 471          94.20

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

488.60

DATE  3-24-07

CASE  McCroy

MATERIAL COPIED  Discovery

AMOUNT  23 + 13 36    7.20

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

Total =

**COPY CHARGES**  525.40

DATE  3-07

CASE  McCroy    104171

MATERIAL COPIED

AMOUNT  36.80

BY

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  3/26/07

CASE  McCroy

MATERIAL COPIED  Expert

AMOUNT  73    14.60

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  3/23/07

CASE  McCroy

MATERIAL COPIED  RTP / Disc.

AMOUNT  264    52.80

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE  3-16-07

CASE  McCroy

MATERIAL COPIED  Dep Prep

AMOUNT  324          64.80

BY  plcy

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE  3/15/07

CASE  McCroy

MATERIAL COPIED  RTP & Dep Prep

AMOUNT  69+8  77      15.40

BY  plcy

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE  3/22/07

CASE  McCroy

MATERIAL COPIED  3rd AC & Motion

AMOUNT  87          17.40

BY  plcy

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE  3/21/07

CASE  McCroy

MATERIAL COPIED  Grievances / Ex. for
Expert / Complaints & Motion

AMOUNT  165          33.00

BY  plcy

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 3/2/07

CASE McCroy

MATERIAL COPIED Dep Notices

AMOUNT 82 88    17.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 3/1/07

CASE McCroy

MATERIAL COPIED Dep Prep / Dep Notices
Exhibits

AMOUNT 45    9.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 3/14/07

CASE McCroy

MATERIAL COPIED Complaint, Disc.

AMOUNT 141    28.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 3/5/07

CASE McCroy

MATERIAL COPIED Dep Exhibits / Prep

AMOUNT 1143    228.60

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 4-2-07

CASE McCroy

MATERIAL COPIED E-Mails & dep

AMOUNT 324252    10.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

Total = 479-60

DATE 3/30/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 185    37.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 4/3/07

CASE McCroy

MATERIAL COPIED Ex. for Pleading

AMOUNT 43    8.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 4/2/07

CASE McCroy

MATERIAL COPIED IDOC Production

AMOUNT 422    84.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE   4-11-07

CASE   McCroy

MATERIAL COPIED   Dep Summ

AMOUNT   6        1.20

BY   pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE   4/4/07

CASE   McCroy

MATERIAL COPIED   Pleadings & Corr

AMOUNT   88        17.60

BY   pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE   4/20/07

CASE   McCroy

MATERIAL COPIED   Pleadings

AMOUNT   565        113.00

BY   pkg / cah

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE   4/19/07

CASE   McCroy

MATERIAL COPIED   S J Motions

AMOUNT   1037        207.40

BY   pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

COPY CHARGES
25580

DATE 5/3/07
CASE McCroy
MATERIAL COPIED Timeline, Summaries,
SJ Info for Mtg w/client

AMOUNT 208      41.60

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

COPY CHARGES
Total = 673.60

DATE b-07
CASE McCroy 104171
MATERIAL COPIED

AMOUNT 2051      410.20

BY

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

COPY CHARGES

DATE 5/14/07
CASE McCroy
MATERIAL COPIED Corr; Grievance

AMOUNT 13      2.60

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

COPY CHARGES

DATE 5/4/07
CASE McCroy
MATERIAL COPIED Pleading & Exhibits

AMOUNT 1043      208.60

BY plcg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

1 0 4 1 7 1

### COPY CHARGES

DATE 06/18/07

CASE McCroy

MATERIAL COPIED ADA training manual

AMOUNT 35          7.00

BY Colleen

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

1 0 4 1 7 1

### COPY CHARGES

DATE 5/9/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 15          3.00

BY PKg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

1 0 4 1 7 1

### COPY CHARGES

DATE 06/19/07

CASE McCroy

MATERIAL COPIED Summary Judgment

AMOUNT 3

BY Colleen          .60

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

169.80

DATE 6/27/07

CASE McCroy

MATERIAL COPIED Production

AMOUNT 849    169.80

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  8/21/07

CASE  McCroy

MATERIAL COPIED  Corr & enc.

AMOUNT  9      1.80

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**  Total = 188.40

DATE  8/21/07

CASE  McCroy

MATERIAL COPIED  SJ Motions
Drafts Response

AMOUNT  402      80.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  8/13/07

CASE  McCroy

MATERIAL COPIED  Draft Response

AMOUNT  66      13.20

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  8/17/07

CASE  McCroy

MATERIAL COPIED  Subpoena

AMOUNT  8      1.60

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 8/6/07

CASE McCroy

MATERIAL COPIED Dep Ex & Prep

AMOUNT 457    91.40

BY pkg

**Downstairs Copier Log:**  9/27/07

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 306 | 10471 | McCook | 502 | 100.40 |
| 365 | 20780 | IRP misc. | 195 | 39.00 |
| 366 | 35167 | Okuno | 7 | 1.40 |
| 308 | 25187 | Cole Estate | 450 | 90.00 |
| 332 | 25070 | McMahon | 1126 | 225.20 |
| 340 | 35116 | Altamirano | 130 | 26.00 |
| 341 | 35215 | Venerio | 3216 | 643.20 |
| 346 | 35184 | McClelland | 181 | 36.20 |
| 349 | 35191 | Barker, Ann | 62 | 12.40 |
| 362 | 35168 | Crowell | 6 | 1.20 |
| 364 | 34354 | PSB | 43 | 8.60 |
| 371 | 35155 | BAS-Hennessy | 69 | 13.80 |
| 381 | 35189 | McDermott | 2270 | 454.00 |
| 399 | 31981 | Taylor | 875 | 175.00 |
| 401 | 30102 | CGB | 124 | 24.80 |
| 404 | 35170 | Wilson | 2 | .40 |
| 421 | 35348 | Hayes | 64 | 12.80 |
| 423 | 35003 | Galbi | 13 | 2.60 |

1927.00

**Date Read:**

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 507 | 35193 | Hayde | 23 | 4.60 |
| 519 | 35214 | McClelland | 608 | 131.60 |
| 529 | 33717 | CAR Pers. | 8 | 1.60 |
| 532 | 35411 | Newlen | 395 | 79.00 |
| 564 | 35316 | Behne | 107 | 21.40 |
| 577 | 33131 | CAR Coordina | 14 | 2.80 |
| 603 | 35391 | Thompson | 72 | 14.40 |
| 612 | 35208 | Rand | 18 | 3.60 |
| 616 | 35111 | McGrath | 207 | 41.40 |
| 618 | 35190 | Lewis/Craig | 4 | .80 |
| 619 | 35322 | Davis | 6 | 1.20 |
| 620 | 34949 | DiCoco Estate | 26 | 5.20 |
| 624 | 34946 | Gall | 367 | 73.40 |
| 627 | 35186 | DiCocco | 763 | 152.60 |
| 701 | 35029 | ASP Misc. | 16 | 3.20 |
| 705 | 35328 | Bradley | 123 | 24.60 |
| 708 | 35484 | Wilson | 607 | 121.40 |
| 800 | 15534 | Washington | 309 | 61.80 |

2661.60

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE        9/20/07

CASE        McCroy

MATERIAL COPIED    Witness Files and
Pleadings & Legal
Research

AMOUNT    567          113.40

BY        pkg


**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**
Total    224.40

DATE        9-24-07

CASE        McCroy

MATERIAL COPIED
Exhs. for trial

AMOUNT    555          111.00

BY        AmK

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/1/07

CASE McCroy

MATERIAL COPIED Exhibits / Research

AMOUNT 47         9.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

Total = 409.20
104171

**COPY CHARGES**     408.90

DATE 9/28/07

CASE McCroy

MATERIAL COPIED Witness Files

AMOUNT 72         14.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/5/07

CASE McCroy

MATERIAL COPIED Dep materials

AMOUNT 75         15.00

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/2/07

CASE McCroy

MATERIAL COPIED Exhibits - Grievances

AMOUNT 53         10.60

BY plcg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10/12/07

CASE McCroy

MATERIAL COPIED E-mails for file
drafts, final Pre-Trial Prep

AMOUNT 263        52.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10-8-07

CASE McCroy

MATERIAL COPIED

Drennon & Ashcraft
Med Rds

AMOUNT 437        87.40

BY AmK

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10/17/07

CASE McCroy

MATERIAL COPIED Corr, records,

AMOUNT 42        8.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10/15/07

CASE McCroy

MATERIAL COPIED Mot in Limine W/exhibits
Jury Instr.

AMOUNT 442        88.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10471

**COPY CHARGES**

DATE 10/23/07

CASE McCroy

MATERIAL COPIED Pleadings, expert prep

AMOUNT 271          54.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10471

**COPY CHARGES**

DATE 10/22/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 344          68.80

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 11/2/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 4

pkg

.80

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**
Total = 813.40

DATE 11/6/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 2

BY pkg

.40

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/26/07

CASE McCroy

MATERIAL COPIED Trial Exhibits

AMOUNT 2008   2+16  2153

BY pkg

430.60

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/27/07

CASE McCroy

MATERIAL COPIED Exhibits

AMOUNT 60+9=69

BY pkg

13.80

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 11/12/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 99     19.80

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 10/25/07 – 10/26/07

CASE McCroy

MATERIAL COPIED Trial Exhibits (2 sets)

AMOUNT 1740     348.00

BY pkg