E-FILED
Tuesday, 20 November, 2007 04:04:42 PM
Clerk, U.S. District Court, ILCD

**THOMAS F. LONDRIGAN**
**TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW
OPERATING ACCOUNT
1227 S. SEVENTH
SPRINGFIELD, IL 62703

PRAIRIE STATE BANK & TRUST
SPRINGFIELD, IL 62707
70-1476-711

3947

11/20/07

PAY TO THE ORDER OF  Washington University in St. Louis    $  *******$500.00

*FIVE HUNDRED AND 00/100 DOLLARS*    DOLLARS

Washington University in St. Louis
Department of Ophthalmology
660 S. Euclid, Campus Box 8096
St. Louis MO 63110

MEMO

⑈003947⑈ ⑉071114763⑉ 40 008 096⑈

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**    3947
ATTORNEYS AT LAW - OPERATING ACCOUNT

00182 Washington University in St. Louis    3947
| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 2200 | 11/20/07 | McCroy | 104171100 | 500.00 |

11/20/07    Total Paid    500.00

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**    3947
ATTORNEYS AT LAW - OPERATING ACCOUNT

00182 Washington University in St. Louis    3947
| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 2200 | 11/20/07 | McCroy | 104171100 | 500.00 |

11/20/07    Total Paid    500.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

# Washington University in St. Louis
## School of Medicine

Department of Ophthalmology
and Visual Sciences

November 16, 2007

To Whom It May Concern:

Aaron McCroy was seen by Michael Kass, M.D. on 12-8-2004 as a court-appointed expert witness. The fee for this service is $500.00 which is payable to:

Washington University
Department of Ophthalmology
660 S. Euclid Campus box 8096
St. Louis, MO 63110

Sincerely,

Connie Wilson
Washington University Eye Service
Clinical Manager

Enclosed: Medical report
          Court document

Campus Box 8096, 660 South Euclid Avenue, St. Louis, Missouri 63110
Direct TEL: 314-362-5122