**E-FILED**
Tuesday, 20 November, 2007  04:07:08 PM
Clerk, U.S. District Court, ILCD

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: _4 - 04_

CASE: _Mc Croy_
_104171_

AMOUNT: _1.11_

**)NDRIGAN, POTTER & RANDLE  C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 5|04

CASE: MaCroy
10-1171

AMOUNT: 5.53

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 6 - 0 4

CASE: Mc Croy
10417

AMOUNT: 4.07

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 7 - 04

CASE: Mc Croy
10417/

AMOUNT: 1 - 66

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 8 - 04

CASE: Mc Croy
1 0 4 1 7 1

AMOUNT: 1 . 8 5

**LC..DRIGAN, POTTER & RANDLE, P.._.**
1227 S. Seventh Street
Springfield, Illinois

---

### POSTAGE

DATE: _9 - 0 Y_

CASE: _McCroy_
_104171_

AMOUNT: _1.48_

**L. .DRIGAN, POTTER & RANDLE, 1  .**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: __10 - 04__

CASE: __McCroy__
__10417__

AMOUNT: __1·85__

**L⸱⸱DRIGAN, POTTER & RANDLE, ⸱⸱⸱**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 11-04

CASE: McCroy
10417l

AMOUNT: 5.96

**L.. .RIGAN, POTTER & RANDLE, P.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 12·04

CASE: Mc Croy
104171

AMOUNT: 1-57

LOCHRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 1 - 05

CASE: Mc Croy
104171

AMOUNT: 1 . 8 5

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: _3 - 0 5_

CASE: _mc Croy_
_1 0 4 1 7 1_

AMOUNT: _11 . 6 5_

L ..NDRIGAN, POTTER & RANDLE, .. ..
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 3/28/05

CASE: 55014100

M'Cray

ASP

AMOUNT: .37

**ᴐNDRIGAN, POTTER & RANDLE, ᴐ.C.**
1227 S. Seventh Street
Springfield, Illinois

### POSTAGE

DATE: 3-28-05

CASE: 104171100
  M'Cray
  Tom

AMOUNT: 4.96

LU..DRIGAN, POTTER & RANDLE, I .  .
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 4 - 0 5

CASE: Mc Croy
104171

AMOUNT: 2.58

**LOGRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE |
| --- |
| DATE: 5 . 0 5 |
| CASE: mc Croy |
| 104171 |
| |
| |
| |
| |
| |
| |
| AMOUNT: . 8 3 |

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 10 - 05

CASE: Mc Croy

AMOUNT: .60

LL..DRIGAN, POTTER & RANDLE, P...
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 10|05

CASE: McCroy

104171

AMOUNT: 13.45

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 11/29/05

CASE: 104171100

McCroy

AMOUNT: 11.28

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 12/6/06

CASE: 104171100

McCroy

AMOUNT: 1.11

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 12-22-05

CASE: 104171100

McCroy

AMOUNT: 7.48

LO..DRIGAN, POTTER & RANDLE, F. ..
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE |
| --- |

DATE: 2 - 06

CASE: Mc Croy
104171

AMOUNT: 29,28

LONDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: __3 - 0 6__

CASE: __McCroy__
__10417/__

AMOUNT: __5, 01__

ONDRIGAN, POTTER & RANDLE, .C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 4/28/06

CASE: 104171100

M°Cray

AMOUNT: 8.88

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 5-06

CASE: Mc Croy
10417/0

AMOUNT: 2.52

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 5-06

CASE: Mc Croy
10417/

AMOUNT: 3.72

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 6/06

CASE: McCroy
104171100

AMOUNT: 1.98

**L   JDRIGAN, POTTER & RANDLE,   ᴵ   ᴸ.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 7/06

CASE: McCray
        104171

AMOUNT: 13.77

LANDRIGAN, POTTER & RANDLE, C.
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE | |
|---|---|
| DATE: 5\18\ | |
| CASE: McCray - 104171 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| AMOUNT: 7.5\ | |

**NDRIGAN, POTTER & RANDLE,   C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 9/06

CASE: McCray - 104171100

AMOUNT: 4.53

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 10\10\_

CASE: McCray - 104171

AMOUNT: 6.87

**LANDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE |
| --- |

DATE: 1/18

CASE: McCroy   104171

AMOUNT: 1.17

NDRIGAN, POTTER & RANDLE, C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 12/12

CASE: M⁴Coy  104171100

AMOUNT: 5.64

LC..DRIGAN, POTTER & RANDLE, P...
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 1 - 07

CASE: Mc Croy

104171

AMOUNT: 17.34

LONDRIGAN, POTTER & RANDL. P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 2/07

CASE: 10417100 - McCray

AMOUNT: 26.93

NDRIGAN, POTTER & RANDLE, ɪ.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 3|07

CASE: McCray 104171100

AMOUNT: 11.22

**L      DRIGAN, POTTER & RANDLE, F**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 4-07

CASE: mc Croy
1 0 4 1 7 4

AMOUNT: 11.76

L. DRIGAN, POTTER & RANDLE, P.
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 5-07

CASE: McCroy -104171

AMOUNT: 1.58

1  NDRIGAN, POTTER & RANDLE, . .
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 6 - 07

CASE: Mc Croy
104174

AMOUNT: 1.4 8

**LC..DRIGAN, POTTER & RANDLE, P...**
1227 S. Seventh Street
Springfield, Illinois

---

### POSTAGE

DATE: _8 - 07_

CASE: _Mc Croy_
_104171_

AMOUNT: _2.22_

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 9-07

CASE: McCroy
104171 0

AMOUNT: .58 + 7.45

LONDRIGAN, POTTER & RANDLE, P. C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 10-07

CASE: Mc Croy
10 3171

AMOUNT: 29.12

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 11 - 07

CASE: McCray
        104171

AMOUNT: 5.62