**E-FILED**
Tuesday, 20 November, 2007  04:07:54 PM
Clerk, U.S. District Court, ILCD

**ƆNDRIGAN, POTTER & RANDLE, ͻ.C.**
1227 S. Seventh Street
Springfield, Illinois

---

### TELEPHONE

DATE: 5|04

CASE: McCray
104171

AMOUNT: 15

---

**L~ ~DRIGAN, POTTER & RANDLE, ~ ~.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 6 - 0 4

CASE: Mc Croy
1 0 4 1 7 1

AMOUNT: l - 3 7

**LO..ORIGAN, POTTER & RANDLE, P. _.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 7 - 0 4

CASE: mcCroy
10417

AMOUNT: . 3 0

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| TELEPHONE |
| --- |

DATE: __8 - 04__

CASE: __Mc Croy__
__104171__

AMOUNT: __.11__

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

---

### TELEPHONE

DATE: 10-04

CASE: Mc Croy
10417

AMOUNT: .22

L..  ..ORIGAN, POTTER & RANDLE, I.  ..
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: _11 - 04_

CASE: _Mc Croy_
_(04174)_

AMOUNT: _4. 08_

LC JRIGAN, POTTER & RANDLE, P. .

1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 12-04

CASE: Mc Croy
10417/

AMOUNT: 12.51

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 1 - 0 5

CASE: Mc Croy
    104171

AMOUNT: . 6 6

**LU..DRIGAN, POTTER & RANDLE, P...**
1227 S. Seventh Street
Springfield, Illinois

---

### TELEPHONE

DATE: 3 - 0 5

CASE: mc Croy
      104171

AMOUNT: 11.42

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 3|28|05

CASE: 55014100
McCroy
PSP

AMOUNT: 13.50

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 3/28/05

CASE: 104171100
McCray
Tom

AMOUNT: 1.19

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 4~05

CASE: Mc Croy
10417/

AMOUNT: 19.28

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 5 - 05

CASE: Mc Croy
104171

AMOUNT: 14.92

**L~NDRIGAN, POTTER & RANDLE, ₁.₍.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 11/29/05

CASE: 104171100

McCray

AMOUNT: 4.80

**LᴜᴖDRIGAN, POTTER & RANDLE, ʜᴖ.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 3 - 0 6

CASE: Mc Croy
104171

AMOUNT: 2 3.51

ƆNDRIGAN, POTTER & RANDLE   .C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 4/28/06

CASE: 104171100

McCray

AMOUNT: 8.21

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 5 - 0 6

CASE: Mc Croy
104171

AMOUNT: 5.31

**L NDRIGAN, POTTER & RANDLE,   C.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 7 0

CASE: McCoy
104171

AMOUNT: 7.89

**_DRIGAN, POTTER & RANDLE,** C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 8/16

CASE: McCray 104171

AMOUNT: 110

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| TELEPHONE |
| --- |
| DATE: 9/8 |
| CASE: McCray - 10417100 |
| |
| |
| |
| |
| |
| |
| |
| AMOUNT: .88 |

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 10-06

CASE: McCroy
104171

AMOUNT: 13.14

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 11/10

CASE: McCray 104171

AMOUNT: 195

**NDRIGAN, POTTER & RANDLE,   C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 12|0

CASE: M Gay 104171100

AMOUNT: .21

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 1 - 0 7

CASE: mc Croy
104171

AMOUNT: · 65

**LANDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 2|07

CASE: 10417|100 McCray

AMOUNT: 17.66

**NDRIGAN, POTTER & RANDLE,**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 3\07

CASE: McCoy 104171100

AMOUNT: 18.82

**LO..JRIGAN, POTTER & RANDLE, P..**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 5-07

CASE: McCroy - 104171

AMOUNT: 18.59

**L NDRIGAN, POTTER & RANDLE, ...C.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 6 - 07

CASE: Mc Croy
1041710

AMOUNT: 4.23

LO..DRIGAN, POTTER & RANDLE, P. .
1227 S. Seventh Street
Springfield, Illinois

| TELEPHONE |
| --- |

DATE:____9-07____

CASE:____Mc Croy____
____104171____

_____

_____

_____

_____

_____

_____

AMOUNT:__4.3¢__

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 11-07

CASE: Mc Croy
104171

AMOUNT: 67.30