PRIVATE CLIENT GROUP
ONE NCC PKWY KA162B
KALAMAZOO, MI 49009-8002

**PRIVATE CLIENT GROUP SUMMARY**

| New Balance | Total Amount Due | Due Date |
|---|---|---|
| 1,973.53 | 49.00 | 11/30/07 |

Account number  4489 0903 0900 0720

Amount Enclosed $ _____

Address change? Print new address on back of statement

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN
ATTORNEYS AT LAW - OPERATING ACCOUNT

3934

| 00051 National City | | | | | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | 3934 Amount |
| 2183 | 11/13/07 | McCroy | | 104171100 | 889.80 |

11/13/07  Total Paid                                          889.80

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

### TRANSACTIONS

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/06 | 10/06 | 24323008RFRYZYA68 | BUFFALO WILD WINGS SPR SPRINGFIELD IL | 77.00 |
| 10/12 | 10/12 | 24013398Y0EHZVHFJ | BENTWOOD TAVERN NEW BUFFALO MI | 65.12 |
| 10/12 | 10/12 | 24164078XJ2M6WB4W | ONE STOP 2  00276071 MOUNT VERNON IL | 10.00 |
| 10/12 | 10/12 | 24492798X3DWMM8MS | KENDALL JACKSON       707-5444000 CA | 79.99 |
| 10/13 | 10/13 | 24138298Z9GPNDABD | LOWE'S #195 MICHIGAN CITY IN | 66.66 |
| 10/13 | 10/13 | 24792628Z8B39K9WP | YE OLD BENNY'S MICHIGAN CITY IN | 51.93 |
| 10/14 | 10/14 | 2444500910J40DPQG | HACIENDA RESTAURANT H-6 MICHIGAN CITY IN | 39.47 |
| 10/15 | 10/15 | 241640790BKFK7STV | BP OIL    35333947 WHITESTOWN IN | 22.43 |
| 10/15 | 10/15 | 244273390LYHNDTZA | TA # 173 WHITESTOWN WHITESTOWN IN | 12.66 |
| 10/16 | 10/16 | 2407105924K9HMEPX | SOE CAFE SAWYER MI | 63.00 |
| 10/16 | 10/16 | 241640792P8QMK730 | AMOCO OIL   07900046 ST JOSEPH MI | 28.80 |
| 10/16 | 10/16 | 2444500920K8ZNW14 | ALS SUPERMKT-KARWICS2E MICHIGAN CITY IN | 76.34 |
| 10/17 | 10/17 | 2422638929A6R4MPL | WAL MART MICHIGAN CITY IN | 54.53 |
| 10/18 | 10/18 | 24228999420AE6WM0 | DUNELAND BEACH MICHIGAN CTY IN | 143.90 |
| 10/19 | 10/19 | 242669696WGNG0V96 | THE 19TH HOLE LIQUOR STOR MICHIGAN CITY IN | 68.64 |
| 10/21 | 10/21 | 244273397LM89H754 | QIK'N EZ #61 SPRINGFIELD IL | 42.33 |
| 10/28 | 10/28 | 24427339ELM897VZS | QIK'N EZ #61 SPRINGFIELD IL | 30.30 |
| 10/28 | 10/28 | 24717059DMAMMJW0M | AMPERSAND PROG POPULIST STORM LAKE IA | 30.00 |
| 10/29 | 10/29 | 24046249E2KS6R523 | MANZELLA'S ITALIAN CHAMPAIGN IL | 75.28 |
| 11/01 | 11/01 | 24013399K0F3WDTB9 | TANG DYNASTY URBANA IL | 45.35 |
| 11/02 | 11/02 | 24323019K7853Y5T7 | HISTORIC LINCOLN HOTEL URBANA IL | 889.80 |
| 10/30 | 10/30 | F4215009F00CHGDDA | AUTO-PAY - THANK YOU 639948302 | 2,205.31CR |

McCroy Trial 10/28/07 - 11/2/07

CUSTOMER SERVICE 1-800-558-8472
LOC#16-0928, PO BOX 182354, COLUMBUS OH 43218-2354
Notice: See reverse side for important information on your account and its renewal.

5170  0002  SZD     1    7  3    071105       Page 1 of 2       4215  0900  P101  01AB5170     3075

Historic Lincoln Hotel

209 South Broadway Avenue  
Urbana, IL 61801  
217-384-8800  FAX 217-384-9001  
www.historiclincolnhotel.com

Page 1 of 2

Tomas Londrigan  
1227 S 7th St  
Springfield, IL 62703

| Room | Folio | CheckIn | CheckOut | Balance |
|---|---|---|---|---|
| 222 | 76846 | 11/04/2007 | 11/08/2007 | 0.00 |
| Master Folio | | Weekday: 45.00  Weekend: 65.00 | | |

| Date | Room | Description / Voucher | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 11/04/2007 | 222 | KEY CHARGED-CREDIT CARD | 5.00 | 0.00 | 5.00 |
| 11/04/2007 | 218 | ROOM TAXABLE | 45.00 | 0.00 | 50.00 |
| 11/04/2007 | 218 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 52.25 |
| 11/04/2007 | 218 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 54.95 |
| 11/04/2007 | 221 | ROOM TAXABLE | 45.00 | 0.00 | 99.95 |
| 11/04/2007 | 221 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 102.20 |
| 11/04/2007 | 221 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 104.90 |
| 11/04/2007 | 222 | ROOM TAXABLE | 45.00 | 0.00 | 149.90 |
| 11/04/2007 | 222 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 152.15 |
| 11/04/2007 | 222 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 154.85 |
| 11/05/2007 | 218 | ROOM TAXABLE | 45.00 | 0.00 | 199.85 |
| 11/05/2007 | 218 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 202.10 |
| 11/05/2007 | 218 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 204.80 |
| 11/05/2007 | 221 | ROOM TAXABLE | 45.00 | 0.00 | 249.80 |
| 11/05/2007 | 221 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 252.05 |
| 11/05/2007 | 221 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 254.75 |
| 11/05/2007 | 222 | ROOM TAXABLE | 45.00 | 0.00 | 299.75 |
| 11/05/2007 | 222 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 302.00 |
| 11/05/2007 | 222 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 304.70 |
| 11/06/2007 | 222 | RESTAURANT CHARGE - Rm Chrg Tap Tkt # 8053 | 48.17 | 0.00 | 352.87 |
| 11/06/2007 | 218 | ROOM TAXABLE | 45.00 | 0.00 | 397.87 |
| 11/06/2007 | 218 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 400.12 |
| 11/06/2007 | 218 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 402.82 |
| 11/06/2007 | 221 | ROOM TAXABLE | 45.00 | 0.00 | 447.82 |
| 11/06/2007 | 221 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 450.07 |
| 11/06/2007 | 221 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 452.77 |
| 11/06/2007 | 222 | ROOM TAXABLE | 45.00 | 0.00 | 497.77 |
| 11/06/2007 | 222 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 500.02 |
| 11/06/2007 | 222 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 502.72 |
| 11/07/2007 | 222 | RESTAURANT CHARGE - Alumni Tap Chrg Tkt # 8061 | 13.05 | 0.00 | 515.77 |
| 11/07/2007 | 222 | RESTAURANT CHARGE - Rm Chrg Tkt # 963 | 90.99 | 0.00 | 606.76 |
| 11/07/2007 | 221 | ROOM TAXABLE | 45.00 | 0.00 | 651.76 |
| 11/07/2007 | 221 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 654.01 |
| 11/07/2007 | 221 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 656.71 |
| 11/07/2007 | 222 | ROOM TAXABLE | 45.00 | 0.00 | 701.71 |
| 11/07/2007 | 222 | COUNTY ROOM/BED TAX -  5.000% | 2.25 | 0.00 | 703.96 |
| 11/07/2007 | 222 | STATE OF ILL ROOM/BED TAX -  6.000% | 2.70 | 0.00 | 706.66 |

SJV  
11/08/2007   08:58 AM

**THANK YOU FOR CHOOSING OUR HOTEL**

Historic Lincoln Hotel

209 South Broadway Avenue
Urbana, IL 61801
217-384-8800  FAX 217-384-9001
www.historiclincolnhotel.com

Tomas Londrigan
1227 S 7th St
Springfield, IL 62703

| Room | Folio | CheckIn | CheckOut | Balance |
|---|---|---|---|---|
| 222 | 76846 | 11/04/2007 | 11/08/2007 | 0.00 |
| Master Folio | | Weekday: 45.00  Weekend: 65.00 | | |

| Date | Room | Description / Voucher | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 11/08/2007 | 222 | RESTAURANT CHARGE - TK973 | 22.58 | 0.00 | 729.24 |
| 11/08/2007 | 222 | KEY RETURNED--CREDIT CARD | 0.00 | 5.00 | 724.24 |
| 11/08/2007 | 222 | VISA/MASTERCARD | 0.00 | 724.24 | 0.00 |
| | | **Balance Due** | | | **0.00** |
| | | **Summary and Taxes** | | | |
| | | Taxable Sales | | | 495.00 |
| | | COUNTY ROOM/BED TAX  5.00% | | | 24.75 |
| | | STATE OF ILL ROOM/BED TAX  6.00% | | | 29.70 |

SJV
11/08/2007   08:58 AM

**THANK YOU FOR CHOOSING OUR HOTEL**