# Memo

**To:**       Barbi

**From:**     Paula

**Date:**     November 15, 2007

**Subject:**  McCroy Costs - Mileage

---

Attached are mileage claims for Doug and Tom. Please add these to the costs. They do not want checks issued to them for the mileage. Tom may later on, but not right now. They do need these amounts posted to the file as costs.

For Tom:

2/1/05          Trip to Urbana for hearing. 91.2 miles one way.
                91.2 x. 2 = 182.40 miles x 40 ½¢ per mile = $73.87

4/22/04         Trip to Mt. Sterling, WICC 62.7 miles one way
                62.7 x. 2 = 125.40 miles x 40 ½¢ per mile = $50.79

For Doug:

12/19/06        Trip to Rushville for deposition of defendant Anderson 65.7 miles one way
                65.7 x 2 = 131.40 miles x 40 ½¢ per mile = $53.22

*posted (11-15-07)*

# Memo

**To:** Barbi

**From:** Paula

**Date:** November 16, 2007

**Subject:** McCroy Costs - Mileage

---

Attached are mileage claims for Doug and Tom which I have just gotten. Please post these to the file costs.

<u>For Doug:</u>

| | |
|---|---|
| 10/28/07 | Trip to Urbana for trial   94 miles one way<br>94 x. 48.5¢ per mile = $ 45.59 |
| 11/2/07 | Return trip to Springfield 94 miles one way<br>94 x. 48.5¢ per mile = $45.59 |
| 11/4/07 | Trip to Urbana for trial of defendant Anderson 94 miles one way<br>94 x 48.5¢ = $ 45.59 |
| 11/7/07 | Return trip to Springfield 94 miles one way<br>94 x. 48.5¢ per mile = $45.59 |
| 11/8/07 | Round trip to Urbana and back to Springfield (94 x 2 = 188 miles)<br>188 x 48.5¢ per mile = $91.18 |
| 11/9/07 | Round trip to Urbana and back to Springfield (94 x. 2 = 188 miles)<br>188 x 48.5¢ per mile = $91.18 |

<u>For Tom:</u>

| | |
|---|---|
| 2/2/07 | Round trip to Mount Sterling for depositions (132 miles round trip)<br>132 x 48.5¢ per mile = $64.02 |
| 2/21/07 | Round trip to Mount Sterling for depositions (132 miles round trip)<br>132 x 48.5¢ per mile = $64.02 |
| 3/8/07 | Round trip to Mount Sterling for depositions (132 miles round trip)<br>132 x 48.5¢ per mile = $64.02 |

| | |
|---|---|
| 10/15/07 | Round trip to Indianapolis from Long Beach, IN for Dr. Zeh's deposition<br>352.2 miles round trip<br>352.2 x 48.5¢ per mile = $170.82 |
| 10/28/07 | Travel to Urbana for trial (94 miles one way)<br>94 x 48.5¢ = $45.59 |
| 11/2/07 | Travel to Springfield (94 miles one way)<br>94 x 48.5¢ = $45.59 |
| 11/4/07 | Travel to Urbana for trial (94 miles one way)<br>94 x 48.5¢ = $45.59 |
| 11/8/07 | Travel to Long Beach (167.1 miles one way)<br>167.1 x 48.5¢ = $81.04 |