05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and ) | |
| RHONDA MILLS, ) | |
| Defendants. ) | |

**MOTION FOR BILL OF COSTS**

NOW COME the Defendants, HUGHES LOCHARD, M.D., and RHONDA MILLS, by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Costs Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, request their costs:

| | |
|---|---:|
| Fees of the Clerk | 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,384.60 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 1,906.00 |
| Docket fees under 28 U.S.C. § 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

| | |
|---|---:|
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | 0.00 |

Other costs (please itemize)

| | |
|---|---:|
| Postage/UPS | 0.00 |
| Telephone | 0.00 |
| Parking | 0.00 |
| Hotel/Meals during trial | 1,837.00 |
| Travel ((724 miles x 48.5 cents) | 351.16 |
| Total of Other Costs | 2,188.16 |
| **GRAND TOTAL COSTS** | **$ 8,478.76** |

**Pursuant to 42 U.S.C.A. § 1988, attorneys' fees and other costs will be submitted at a later date.**

WHEREFORE, Defendants, HUGHES LOCHARD, M.D., and RHONDA MILLS, pray that this Court will award their aforementioned costs.

Respectfully submitted,

HUGHES LOCHARD, M.D., and RHONDA MILLS, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed **Motion for Bill of Costs** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Douglas J. Quivey
> doug@lprpc.com
>
> Thomas F. Londrigan
> tom@lprpc.com
>
> Kelly R. Choate
> kchoate@atg.state.il.us
>
> Julie L. Morgan
> jlmorgan@atg.state.il.us
>
> Alexandra de Saint Phalle
> alex@lprpc.com

and I hereby certify that on November 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822