McCroy v. IDOC, et al.                                            02-CV-3171

| Date | Deponent | Cost |
|---|---|---|
| 11/05/03 | Aaron McCroy | 31.20 |
| 03/19/04 | Report of Proceedings | 42.00 |
| 06/22/04 | Dr. William Zeh | 165.20 |
| 09/11/06 | Dr. Stephen Kwedar | 289.20 |
| 12/13/06 | Dr. David Anderson | 216.20 |
| 02/02/07 | Judith Wilson, Bryon Law, and Philip Crary | 304.20 |
| 02/09/07 | Kenneth Kellerman and David Schneppel | 130.70 |
| 02/14/07 | Dr. Robert Blumthal | * |
| 02/14/07 | Dr. Stuart Farris | * |
| 02/16/07 | Susan Funk | 94.40 |
| 02/21/07 | Dennis Hockaday and Terry Polk | 314.15 |
| 02/23/07 | Susan Moore, Karen Wear, and Connie Shaw | 369.50 |
| 02/26/07 | Kevin Winters | 177.00 |
| 03/06/07 | Dr. Hughes Lochard | 180.00 |
| 03/07/07 | Dr. Elyea | 163.85 |
| 03/08/07 | Dr. Lowell Brown, Karolyn Hendricks, Cindy Thompson, and Barb Bowers | 414.90 |
| 03/09/07 | Jennifer Blaesing and Rhonda Mills | 268.30 |
| 03/16/07 | Aaron McCroy | 492.70 |
| 03/19/07 | Dr. Stanley Sims | 129.80 |
| 08/07/07 | Deborah Fuqua | 92.95 |
| 08/24/07 | Deborah Fuqua | 317.35 |
| 10/15/07 | Dr. William Zeh | 191.00 |
| | **TOTAL DEPOSITION TRANSCRIPT COSTS** | **4,3684.60** |

* Will supplement as information is not currently available.