**NA L. NOTTINGHAM, C.S.**
CERTIFIED SHORTHAND REPORTER
924 RIM ROAD
QUINCY, ILLINOIS 62305
Telephone: (217) 224-7009
S.S. 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

November 11, 2003

TO:
Mr. Patrick J. Londrigan
Heyl, Royster, Voelker & Allen
Suite 575, First of America Center
Springfield, IL 62705

RE:
Aaron McCroy vs.
Illinois Department of
Corrections, et al
No. 02-3171

---

November 5, 2003

THE DEPOSITION of AARON MCCROY,
Copy of transcript, 21 pages @ $1.20     $ 25.20
Postage                                    6.00
                              TOTAL              $31.20

Reported by Kathy A. Genenbacher, CSR
THANK YOU!

02-CV-3171

PLEASE RETURN YELLOW COPY



Area Wide Reporting Service
(Paulson Reporters, Ltd.)
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789

Tax I.D. #37-1191539

05415-N3293
,DJL

INVOICE: #71926
DATE:      3/22/04

Mr. Patrick Londrigan, Attorney
Heyl, Royster, Voelker & Allen
One North Old State Capitol Plaza
Suite 575
Springfield IL 62705

Case Name: McCroy v. Illinois Department of Corrections     Case # 02 CV 3171

| 3/19/04 | Report of Proceedings | Transcript (copy) | 28 pages | $42.00 |
|---|---|---|---|---|

Thank You For Choosing Area Wide Reporting Service

| BALANCE DUE | $42.00 |
|---|---|

TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT

₣ 101⁰⁰

02-CV-3171
Admiral

05415 - N3293
PJL
Admiral Ins. Co
02 CV 3171

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL  62701

Inv Date   07/08/2004
Invoice#       28063
Client#         2593
Job/File#       R-11


Re: McCroy    Illinois Dept. of Corrections
Assignment Date: June 22, 2004


Trans Copy of Dr. William Zeh

                          Total Amount $     165.20
   Interest At A Rate Of 1.50% After 30 Days $       0.00
                             Total due $     165.20


****************************************************************
***                                                          ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                          ***
****************************************************************
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

05415-N3293
TMP/AUTYPE

GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
217 East Monroe, Suite 101
Springfield, Illinois  62701
(217) 523-8244
SS# 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

September 26, 2006

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
Attorneys at Law
575 National City Bank Building
One North Old State Capitol Plaza
Springfield, Illinois  62701

FOR SERVICES RENDERED:
    In Re:  Aaron McCroy vs Illinois Department of
              Corrections, et al.
    U.S. District Court No. 02-3171


September 11, 2006 Deposition of Dr. Stephen Kwedar,
covered by Donna Dodd

| | |
|---|---|
| TRANSCRIPT:  (Copy) | |
| 136 pages | $ 204.00 |
| | |
| XEROX CHARGES:  (Copying of exhibits) | |
| 8 copies | $ 2.00 |
| (Medical records notebook) | |
| Notebook binder | $ 4.00 |
| 103 tab index pages | $ 15.45 |
| 255 copies | $ 63.75 |
| TOTAL | $ 289.20 |

TMP



#10132



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL  62701

Inv Date  02/15/2007
Invoice#       31482
Client#         2593
Job/File# R-11


Re: McCroy    Dept. of Corrections
Assignment Date: February 09, 2007


Trans Copy of Kenneth Kellerman & David Schneppel

                              Total Amount $    130.70
     Interest At A Rate Of 1.50% After 30 Days $      0.00
                                 Total due $    130.70
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

05415-N3293
TMP/AGT

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL 62701

Inv Date   12/27/2006
Invoice#      31334
Client#        2593
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: December 13, 2006

Trans Copy of Dr. David Anderson

|  |  |
|---|---|
| Total Amount $ | 216.20 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 216.20 |

We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

April Troemper, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
SUITE 575 NATIONAL CITY CENTER
Springfield, IL 62701

Inv Date    02/20/2007
Invoice#    31492
Client#     2401
Job/File#   R-11

Re: McCroy   Department of Corrections
Assignment Date: February 02, 2007

Trans Copy of Judith Wilson, Bryon Law & Philip Crary

                              Total Amount $      304.20
      Interest At A Rate Of 1.50% After 30 Days $   0.00
                                 Total due $      304.20
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL 62701

Inv Date   03/02/2007
Invoice#      31524
Client#        2593
Job/File# R-11


Re: McCroy    Illinois Dept of Corrections
Assignment Date: February 23, 2007

Trans Copy of Susan Moore, Karen Wear & Connie Shaw

```
                         Total Amount $     369.50
   Interest At A Rate Of 1.50% After 30 Days $       0.00
                            Total due $     369.50
```
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

April Troemper, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
SUITE 575 NATIONAL CITY CENTER
Springfield, IL 62701

Inv Date  03/12/2007
Invoice#     31553
Client#       2401
Job/File# R-11

Re: McCroy   Illinois Dept. of Corrections
Assignment Date: February 16, 2007

Trans Copy of Sandra Funk

| | |
|---|---|
| Total Amount $ | 94.40 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 94.40 |

We specialize in "Focus Group" studies

OK AG

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


April Troemper, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
SUITE 575 NATIONAL CITY CENTER
Springfield, IL 62701

Inv Date   03/14/2007
Invoice#      31571
Client#        2401
Job/File# R-11


Re: McCroy    Illinois Dept. of Corrections
Assignment Date: February 21, 2007


Trans Copy of Dennis Hockaday & Terry Polk

```
                       Total Amount $    314.15
    Interest At A Rate Of 1.50% After 30 Days $      0.00
                         Total due $    314.15
```
We specialize in "Focus Group" studies

OK AG

#10125

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

April Troemper, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
SUITE 575 NATIONAL CITY CENTER
Springfield, IL  62701

Inv Date   03/16/2007
Invoice#      31581
Client#        2401
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: February 26, 2007

Trans Copy of Kevin Winters

|                                             |          |
|---------------------------------------------|----------|
| Total Amount $                              | 177.00   |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00     |
| Total due $                                 | 177.00   |

We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL 62701

Inv Date   03/16/2007
Invoice#      31578
Client#        2593
Job/File# R-35


Re: McCroy   Illinois Dept. of Corrections
Assignment Date: March 09, 2007

Trans Copy of Jennifer Blaesing & Rhonda Mills

                              Total Amount $    268.30
    Interest At A Rate Of 1.50% After 30 Days $      0.00
                                 Total due $    268.30
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

# *In Totidem Verbis*, LLC

ID#:
35-2173034

Phone/Fax:
815/453-2260

Doris Kennay
Owner

Certified Court Reporters
8991 South Prairie Road
Ashton, Illinois 61006

# Invoice

DATE
3/26/07

| BILL TO | RE |
|---|---|
| Attorney Theresa Powell<br>HEYL, ROYSTER, VOELKER & ALLEN<br>National City Center, Suite 575<br>1 North Old State Capitol Plaza<br>Springfield, IL  62705-1687 | McCroy v. IDOC |

| INVOICE # | DATE TAKEN |
|---|---|
| 07JE50 | 3/7/07 |

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSCRIPT COPY OF DR. ELYEA W/EXHIBITS: | 159.30 |
| POSTAGE: | 4.55 |

| Total | 163.85 |
|---|---|

### THANK YOU FOR CHOOSING ITV!
*(Please make checks payable to In Totidem Verbis, LLC and return with copy.)*

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL  62701

Inv Date   03/26/2007
Invoice#      31601
Client#        2593
Job/File# R-11


Re: McCroy   Illinois Dept of Corrections
Assignment Date: March 06, 2007


Trans Copy of Dr. Hughes Lochard

                            Total Amount $    180.00
    Interest At A Rate Of 1.50% After 30 Days $    0.00
                            Total due $    180.00
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

TMP/AGT/MH

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL  62701

Inv Date   03/27/2007
Invoice#      31606
Client#        2593
Job/File# R-11

Re: McCroy   Illinois Dept of Corrections
Assignment Date: March 08, 2007

Trans Copy of Dr. Lowell Brown, Karolyn Hendricks

Trans Copy of Cindy Thompson and Barb Bowers

                          Total Amount $     414.90
    Interest At A Rate Of 1.50% After 30 Days $       0.00
                            Total due $     414.90
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

05410

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL 62701

Inv Date  03/27/2007
Invoice#      31604
Client#        2593
Job/File# R-243

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: March 19, 2007

Trans Copy of Dr. Stanley Sims

                              Total Amount $    129.80
     Interest At A Rate Of 1.50% After 30 Days $      0.00
                                 Total due $    129.80
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

# INVOICE



## Retha R. Meyerhoff
Social Security No. 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
### Certified Shorthand Reporter

P.O. Box 263
Percy, Illinois 62272

Phone (618) 965-367

April 2, 2007

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
P.O. Box 1687
Springfield, IL  62705

    RE:   McCroy vs. Dept. of Corrections, et al.
          No. 02-3171
          US District Court-Central District

For deposition taken March 16, 2007, at Pinckneyville Correctional Center, Pinckneyville, Illinois:

| | |
|---|---:|
| Original transcript, Aaron McCroy, with index | $412.50 |
| Appearance Fee & Time | 75.00 |
| Postage and Handling | $   5.20 |
| TOTAL AMOUNT DUE | $492.70 |



1

## Thank You!

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL  62701

Inv Date  08/09/2007
Invoice#     32174
Client#       2593
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: August 07, 2007

Trans Copy of Deborah Fuqua

```
                       Total Amount $    92.95
  Interest At A Rate Of 1.50% After 30 Days $     0.00
                         Total due $    92.95
```
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Theresa Powell, Esq.
HEYL, ROYSTER, VOELKER & ALLEN
575 National City Center
Springfield, IL  62701

Inv Date   08/27/2007
Invoice#       32254
Client#          2593
Job/File# R-33

Re: McCroy     Dept. of Corrections
Assignment Date: August 24, 2007

Trans Copy of Deborah Fuqua

```
                      Total Amount $     317.35
Interest At A Rate Of 1.50% After 30 Days $       0.00
                        Total due $     317.35
```
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy