11/21/2007 11:05 AM

# HRVA  TRANSACTION LISTING

Search for: 05415-N3293   Search by: Matter ID   Stage: WIP   Type: All costs

| Date / Trans. No. | Prof | MatterID/Client Sort  Matter Description / Narrative | Component Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| **Date: 8/8/2007** | | | | | | | |
| 8/8/2007 3112915 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**  Photocopy (S) (230 @ .15) (copy of deposition transcripts and records sent to Lochard, Mills, and Brown for pretrial review) | 012 | 230.00 | 0.15 | 34.50 | 34.50 |
| | | Date: 8/8/2007 | | 230.00 | | 34.50 | 34.50 |
| **Date: 8/9/2007** | | | | | | | |
| 8/9/2007 3114200 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**  Photocopy (S) | 012 | 12.00 | 0.15 | 1.80 | 1.80 |
| | | Date: 8/9/2007 | | 12.00 | | 1.80 | 1.80 |
| **Date: 9/7/2007** | | | | | | | |
| 9/7/2007 3136319 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**  Court Reporter Fee - Baldwin Reporting Service - Deposition of Deborah Fuqua taken 08/07/07 | 14 | 1.00 | 92.95 | 92.95 | 92.95 |
| | | Date: 9/7/2007 | | 1.00 | | 92.95 | 92.95 |
| **Date: 9/21/2007** | | | | | | | |
| 9/21/2007 3158297 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**  Photocopy (S) | 012 | 16.00 | 0.15 | 2.40 | 2.40 |
| | | Date: 9/21/2007 | | 16.00 | | 2.40 | 2.40 |
| **Date: 9/26/2007** | | | | | | | |
| 9/26/2007 3154831 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**  Court Reporter Fee - Baldwin Reporting Service - Invoice #32254 - Deposition of Deborah Fuqua taken 08/24/07 | 14 | 1.00 | 317.35 | 317.35 | 317.35 |
| | | Date: 9/26/2007 | | 1.00 | | 317.35 | 317.35 |

Page: 1

11/21/2007 11:05 AM

# HRVA TRANSACTION LISTING

Page: 2

Search for: 05415-N3293   Search by: Matter ID   Stage: WIP   Type: All costs

| Date<br>Trans. No. | Prof | MatterID/Client Sort   Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| **Date: 10/10/2007** | | | | | | | |
| 10/10/2007<br>3202027 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 9.25 | 9.25 | 9.25 |
| 10/10/2007<br>3202028 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 5.77 | 5.77 | 5.77 |
| 10/10/2007<br>3202029 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 133.44 | 133.44 | 133.44 |
| | | Date: 10/10/2007 | | 3.00 | | 148.46 | 148.46 |
| **Date: 10/11/2007** | | | | | | | |
| 10/11/2007<br>3202016 | TMP | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 1.78 | 1.78 | 1.78 |
| 10/11/2007<br>3202017 | TMP | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 9.29 | 9.29 | 9.29 |
| 10/11/2007<br>3202030 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 0.99 | 0.99 | 0.99 |
| 10/11/2007<br>3202031 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 2.77 | 2.77 | 2.77 |
| 10/11/2007<br>3202032 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 23.51 | 23.51 | 23.51 |
| | | Date: 10/11/2007 | | 5.00 | | 38.34 | 38.34 |
| **Date: 10/14/2007** | | | | | | | |
| 10/14/2007<br>3202018 | TMP | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 1.03 | 1.03 | 1.03 |
| 10/14/2007<br>3202019 | TMP | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 0.46 | 0.46 | 0.46 |
| 10/14/2007<br>3202020 | TMP | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 3.59 | 3.59 | 3.59 |

11/21/2007 11:05 AM

# HRVA  TRANSACTION LISTING

Page: 3

Search for: 05415-N3293    Search by: Matter ID    Stage: WIP    Type: All costs

| Date<br>Trans. No. | Prof | MatterID/Client Sort<br>Narrative | Matter Description | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|---|
| | | | Date: 10/14/2007 | | 3.00 | | 5.08 | 5.08 |
| **Date: 10/17/2007** | | | | | | | | |
| 10/17/2007<br>3187299 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>Photocopy (S) | | 012 | 62.00 | 0.15 | 9.30 | 9.30 |
| | | | Date: 10/17/2007 | | 62.00 | | 9.30 | 9.30 |
| **Date: 10/19/2007** | | | | | | | | |
| 10/19/2007<br>3190327 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>Photocopy (S) | | 012 | 30.00 | 0.15 | 4.50 | 4.50 |
| 10/19/2007<br>3202021 | TMP | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>On-Line Research (P) | | 261 | 1.00 | 0.24 | 0.24 | 0.24 |
| 10/19/2007<br>3202022 | TMP | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>On-Line Research (P) | | 261 | 1.00 | 0.23 | 0.23 | 0.23 |
| 10/19/2007<br>3202023 | TMP | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>On-Line Research (P) | | 261 | 1.00 | 21.44 | 21.44 | 21.44 |
| 10/19/2007<br>3202024 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>On-Line Research (P) | | 261 | 1.00 | 2.37 | 2.37 | 2.37 |
| 10/19/2007<br>3202025 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>On-Line Research (P) | | 261 | 1.00 | 3.75 | 3.75 | 3.75 |
| 10/19/2007<br>3202026 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>On-Line Research (P) | | 261 | 1.00 | 37.80 | 37.80 | 37.80 |
| | | | Date: 10/19/2007 | | 36.00 | | 70.33 | 70.33 |
| **Date: 10/20/2007** | | | | | | | | |
| 10/20/2007<br>3189207 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>United Parcel Service - Express Mail - Inv. No. 00005E8926427 | | 07 | 1.00 | 17.67 | 17.67 | 17.67 |
| 10/20/2007<br>3190445 | | 05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.<br>Photocopy (S) | | 012 | 39.00 | 0.15 | 5.85 | 5.85 |

11/21/2007 11:05 AM

# HRVA  TRANSACTION LISTING

Page: 4

Search for: 05415-N3293    Search by: Matter ID  Stage: WIP  Type: All costs

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 10/20/2007<br>3190446 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) | 012 | 4.00 | 0.15 | 0.60 | 0.60 |
| 10/20/2007<br>3190447 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) | 012 | 13.00 | 0.15 | 1.95 | 1.95 |
| | | Date: 10/20/2007 | | 57.00 | | 26.07 | 26.07 |

**Date: 10/22/2007**

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 10/22/2007<br>3193997 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) (146 @ .15) (copy of Deposition transcripts of Dr. Lochard and Jennifer Blaesing copied to send to each, respectively, for review prior to trial) | 012 | 146.00 | 0.15 | 21.90 | 21.90 |
| 10/22/2007<br>3194029 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) (81 @ .15) (copy of Deposition transcripts of Dr. Lochard and Jennifer Blaesing copied to send to each, respectively, for review prior to trial) | 012 | 81.00 | 0.15 | 12.15 | 12.15 |
| | | Date: 10/22/2007 | | 227.00 | | 34.05 | 34.05 |

**Date: 10/25/2007**

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 10/25/2007<br>3195123 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) | 012 | 21.00 | 0.15 | 3.15 | 3.15 |
| | | Date: 10/25/2007 | | 21.00 | | 3.15 | 3.15 |

**Date: 10/26/2007**

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 10/26/2007<br>3195549 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) | 012 | 1,390.00 | 0.15 | 208.50 | 208.50 |
| 10/26/2007<br>3195565 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (S) | 012 | 1,328.00 | 0.15 | 199.20 | 199.20 |
| | | Date: 10/26/2007 | | 2,718.00 | | 407.70 | 407.70 |

**Date: 10/31/2007**

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 10/31/2007<br>3189987 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>United Parcel Service - Express Mail - Inv. No. 00005E8926437 | 07 | 1.00 | 20.06 | 20.06 | 20.06 |

11/21/2007 11:05 AM

# HRVA  TRANSACTION LISTING

Page: 5

Search for: 05415-N3293    Search by: Matter ID  Stage: WIP  Type: All costs

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 10/31/2007<br>3189988 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>United Parcel Service - Express Mail - Inv. No. 00005E8926437 | 07 | 1.00 | 32.95 | 32.95 | 32.95 |
| 10/31/2007<br>3204574 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 1.15 | 1.15 | 1.15 |
| 10/31/2007<br>3204575 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>On-Line Research (P) | 261 | 1.00 | 10.82 | 10.82 | 10.82 |
| | | Date: 10/31/2007 | | 4.00 | | 64.98 | 64.98 |

**Date: 11/6/2007**

| 11/6/2007<br>3210824 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Photocopy (U) | 013 | 9.00 | 0.15 | 1.35 | 1.35 |
|---|---|---|---|---|---|---|---|
| | | Date: 11/6/2007 | | 9.00 | | 1.35 | 1.35 |

**Date: 11/19/2007**

| 11/19/2007<br>3219974 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Mileage Expense 10/28/07 - 11/02/07 Travel to/from Urbana, IL 181 mi. (.485/mi.) Attend Jury Trial - T. Powell | 04 | 1.00 | 87.79 | 87.79 | 87.79 |
|---|---|---|---|---|---|---|---|
| 11/19/2007<br>3219975 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Lodging Expense 10/28/07 - 11/02/07 Attend Jury Trial in Urbana, IL - T. Powell | 28 | 1.00 | 715.95 | 715.95 | 715.95 |
| 11/19/2007<br>3219976 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Lodging Expense 10/28/07 - 11/02/07 Charges for Rhonda Mills lodging during jury trial in Urbana, IL (Per Authorization of Bob Johnston & Joe Ebbitt) - T. Powell | 28 | 1.00 | 715.95 | 715.95 | 715.95 |
| 11/19/2007<br>3219977 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Meals 10/28/07 - 11/02/07 Attend Jury Trial in Urbana, IL (no detail $8.00, 10/29 Lunch $8.21, 10/31 Lunch $15.55, Dinner $10.77, 11/1 Dinner $6.47) - T. Powell | 08 | 1.00 | 49.00 | 49.00 | 49.00 |
| 11/19/2007<br>3219978 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Mileage Expense 11/5-6/07 Travel to/from Urbana, IL 181 mi. (.485/mi.) Attend Jury Trial - T. Powell | 04 | 1.00 | 87.79 | 87.79 | 87.79 |
| 11/19/2007<br>3219979 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Lodging Expense 11/5-6/07 Attend Jury Trial in Urbana, IL - T. Powell | 28 | 1.00 | 308.58 | 308.58 | 308.58 |

11/21/2007 11:05 AM

# HRVA  TRANSACTION LISTING

Page: 6

Search for: 05415-N3293    Search by: Matter ID  Stage: WIP  Type: All costs

| Date<br>Trans. No. | Prof | MatterID/Client Sort    Matter Description<br>Narrative | Component<br>Task | Units | Price | Value | |
|---|---|---|---|---|---|---|---|
| 11/19/2007<br>3219980 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Meals 11/5-6/07 Attend Jury Trial in Urbana, IL (11/5 Lunch $10.53, 11/6 Lunch $16.47) - T. Powell | 08 | 1.00 | 27.00 | 27.00 | 27.00 |
| 11/19/2007<br>3219981 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Mileage Expense 11/08/07 Travel to/from Urbana, IL 181 mi. (.485/mi.) Attend Jury Trial - T. Powell | 04 | 1.00 | 87.79 | 87.79 | 87.79 |
| 11/19/2007<br>3219982 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Meals 11/08/07 Attend Jury Trial in Urbana, IL (Lunch) - T. Powell | 08 | 1.00 | 9.47 | 9.47 | 9.47 |
| 11/19/2007<br>3219983 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Mileage Expense 11/09/07 Travel to/from Urbana, IL 181 mi. (.485/mi.) Attend Jury Trial - T. Powell | 04 | 1.00 | 87.79 | 87.79 | 87.79 |
| 11/19/2007<br>3219984 | | **05415-N3293 / Aaron McCroy v. Illinois Department of Corrections, Roger E.**<br>Meals 11/09/07 Attend Jury Trial in Urbana, IL (Lunch) - T. Powell | 08 | 1.00 | 12.05 | 12.05 | 12.05 |
| | | Date: 11/19/2007 | | 11.00 | | 2,189.16 | 2,189.16 |
| | | Grand Total | | 3,416.00 | | 3,446.97 | 3,446.97 |