IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 02-3171 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW, OR IN THE ALTERNATIVE,
MOTION FOR A NEW TRIAL**

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), SANDRA FUNK, DEBRA K. FUQUA, ROGER E. WALKER, JR., and KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rules of Civil Procedure 50(b) and 59, hereby submit their Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for a New Trial.  In support thereof, Defendants state as follows:

1.     There was insufficient evidence to find liability against Defendants Winters, Funk, or Fuqua on either of the Eighth Amendment Claims.

2.     There was insufficient evidence to find against the Illinois Department of Corrections for violations of the Americans With Disabilities Act.

3.     The Court erred in allowing a claim against the Illinois Department of Corrections for retaliation in violating the Americans With Disabilities Act, as such a claim against the Department of Corrections was barred by the Eleventh Amendment.

4. The Court erred in its evidentiary rulings and jury instructions.

5. There was no ruling by the Court on the issue of injunctive relief, and there is no evidence of an ongoing constitutional violation, such that injunctive relief should be available.

6. The individual defendants were entitled to qualified immunity on all claims.

7. Because of the aforementioned insufficiency of the evidence, the defendants are entitled to judgment as a matter of law.

8. In the alternative, because of the aforementioned legal errors, the defendants are entitled to a new trial.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their renewed motion for judgment as a matter of law or, in the alternative, grant them a new trial.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS, SANDRA FUNK, DEBRA K. FUQUA, ROGER E. WALKER, JR., and KEVIN WINTERS,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 02-3171 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed Defendants' Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for a New Trial with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

and I hereby certify that on November 27, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us