E-FILED
Monday, 03 December, 2007  09:18:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02-CV-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ROGER E. ) | |
| WALKER, JR., (in his official ) | |
| capacity only), DENNIS HOCKADAY, ) | |
| KEVIN WINTERS, SANDRA FUNK, ) | |
| DEBORAH FUQUA, LIEUTENANT BRYON ) | |
| LAW, KENNETH KELLERMAN, JULIUS ) | |
| FLAGG, all in their official and ) | |
| individual capacities, WEXFORD ) | |
| HEALTH SOURCES, Inc., ) | |
| Dr. LOWELL BROWN, MD., ) | |
| Dr. HUGHES LOCHARD, MD., and ) | |
| RHONDA MILLS, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S ITEMIZATION OF EQUITABLE ISSUES

Plaintiff, AARON MCCROY, by one of his attorneys, in response to the Court's Order regarding equitable relief states as follows:

1. On November 13, 2007, the Court gave Plaintiff until December 3, 2007 to itemize the equitable issues that remain following trial.

2. Plaintiff asserts that the following equitable issues remain:

   a. <u>Attorney Fees and Costs</u>. Pursuant to 42 U.S.C. § 1988, Plaintiff will file a motion for attorney fees and costs (those costs in addition to Rule 54 costs available to all prevailing parties that have already been filed) within the time frames allowed in Local Rule 54.1.

    b. <u>Declaratory/Injunctive Relief</u>.  Plaintiff requests the following declaratory/injunctive relief that is not related to attorney fees and costs:

    a. An order declaring that Plaintiff is a qualified individual with a disability within the meaning of both the ADA and the RA;

    b. An order declaring that Defendant IDOC's actions towards Plaintiff violated both Title II of the ADA and the RA;

    c. An order requiring the IDOC to accommodate Plaintiff's disability while he remains in IDOC institutional custody (his expected release date in December 14, 2007) by housing him in an ADA cell or in another cell that enables him to avoid injury further injury;

    d. An order requiring the IDOC to make all post-confinement/parole programs that are available to similarly situated non-disabled parolees available to Plaintiff for as long as Plaintiff remains under IDOC control.

  WHEREFORE, Plaintiff prays that the Court enter equitable relief in his favor as outlined above.

Respectfully submitted,

AARON MCCROY, Plaintiff,

By:  /S/ DOUGLAS J. QUIVEY
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com

3

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed the foregoing, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ms. Theresa Powell
    Heyl, Royster, Voelker & Allen
    National City Center, Ste. 575
    1 North Old State Capitol Plaza
    PO Box 1687
    Springfield, IL 62705-1687

    Lisa Madigan, Illinois Attorney General
    Attn: Kelly Choate, A.A.G.
    Julie L. Morgan. A.A.G. &
    Matthew Lurkins, A.A.G.
    500 South Second Street
    Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy, #N51882
Receiving Cell 15
P. O. Box 900
Ina, IL   62846

                                          By: /s/ Douglas J. Quivey
                                          Douglas J. Quivey Bar Number: 6225888
                                          Attorney for Plaintiff
                                          LONDRIGAN, POTTER & RANDLE, P.C.
                                          1227 South Seventh Street
                                          P.O. Box 399
                                          Springfield, IL 62705
                                          Telephone:  (217) 544-9823
                                          Fax:  (217) 544-9826
                                          E-Mail: doug@lprpc.com