IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 02-cv-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, ROGER E. | ) |
| WALKER, JR., (in his official | ) |
| capacity only), DENNIS HOCKADAY, | ) |
| KEVIN WINTERS, SANDRA FUNK, | ) |
| DEBORAH FUQUA, LIEUTENANT BRYON | ) |
| LAW, KENNETH KELLERMAN, JULIUS | ) |
| FLAGG, all in their official and | ) |
| individual capacities, WEXFORD | ) |
| HEALTH SOURCES, Inc., | ) |
| Dr. LOWELL BROWN, MD., | ) |
| Dr. HUGHES LOCHARD, MD., and | ) |
| RHONDA MILLS, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO THE WEXFORD
DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF
LAW PURSUANT TO RULE 50(b), OR IN THE ALTERNATIVE
MOTION FOR A NEW TRIAL PURSUANT TO RULE 59**

Plaintiff, AARON MCCROY, by one of his attorneys, in response to the Wexford Defendants' Motion pursuant to Fed. R. Civ. P. 50(b) and 59 states as follows:

1. The Wexford Defendants' motion should be denied because:

    a. Plaintiff presented sufficient evidence that a Wexford custom or policy sanctioned the maintenance of prison conditions and/or deficient medical treatment that infringed upon Plaintiff's constitutional rights;

    b. Plaintiff presented sufficient evidence to establish that as a result in the delay in receipt of a corneal transplant, he suffered an injury;

      c.      Plaintiff presented sufficient evidence that Defendant Brown retaliated against Plaintiff for exercising his First Amendment rights;

      d.      Plaintiff presented sufficient evidence as it relates to Defendant Brown and the 8th Amendment finding;

      e.      Plaintiff presented sufficient evidence for the jury to award punitive damages against Defendant Brown and said award was not excessive;

      f.      The Court properly instructed the jury. Alternatively, if there were instruction errors, none warrant a new trial;

      g.      There were no evidentiary errors. Alternatively, if there were errors, none warrant a new trial.

2. Accompanying this Response is a Memorandum of Law more fully setting forth why Defendants' motion should be denied.

WHEREFORE, Plaintiff prays that Defendants' Motion be denied.

Respectfully submitted,

AARON MCCROY, Plaintiff

/s/ Douglas J. Quivey
Douglas J. Quivey, #6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com

**Certificate of Service**

The hereby certify that on December 4. 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
Julie L. Morgan. A.A.G. &
Matthew Lurkins, A.A. G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

/s/ Douglas J. Quivey
Douglas J. Quivey, #6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com