05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), WEXFORD | ) |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, | ) |
| M.D., DR. HUGHES LOCHARD, M.D., and | ) |
| RHONDA MILLS, | ) |
| Defendants. | ) |

**OBJECTION TO PLAINTIFF'S BILL OF COSTS**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC. and LOWELL BROWN, M.D., by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Objection to Plaintiff's Bill of Costs, state:

1. Under § 1920, certain items may be taxed as costs and requested following a successful outcome at trial.

2. First, there is a definition as to the type of costs that may be allowed. These are identified on the Court's form used by the Plaintiff. See also, Crawford Fitting Co. v. J. T. Gibbons, Inc., 42 U.S. 437, 441-442 (1987).

3. In addition, the costs and expenses must both be reasonable and necessary. Northbook Excess and Surplus Ins. Co. v. Procter & Gamble Co., 924 F.2d 633, 642 (7th Cir. 1991).

4. Defendants object initially to all of the costs identified as "other" as none of these fall within the categories identified under § 1920.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

5. Specifically, hotel/meals and travel, as well as mileage, are not considered costs under § 1920.

6. With respect to those fees which would fall under § 1920, Defendants object to subpoenas for deposition for Dr. William Zeh in the amount of $20 as this subpoena is not valid as Dr. Zeh was more than a hundred miles away from the courthouse.

7. In addition, Defendants object to subpoenas issued to Jennifer Blaesing, Dr. Stanley Sims, Dr. Cleveland Rayford, Barb Bowers, Cindy Thompson, Susan Moore, Willard Elyea, Delores Drennen, Kevin Gilson, Connie Shaw, and Dr. William Zeh again as these fees were inappropriately incurred by the Plaintiff and unreasonable as the Plaintiff even identifies that each of these individuals, the miles were more than a hundred each way.

8. In addition, Defendants object to charges to Excel Investigations for $75. There was no explanation for this, nor is this part of costs specified in § 1920.

9. Likewise, Defendants object to the fees of $60 Kellerman Investigations, Ltd.; $90 to Hurst Investigation Service, Inc.; and $65 to AV Investigations, Inc.

10. Defendants object to service fees for delivering subpoenas to individuals who were not called at trial and were more than a hundred miles away from the courthouse. This included Cindy Thompson, Delores Drennen, Judith Wilson, and Barb Bowers.

11. Additionally, Defendants object to a $50 charge associated with Kellerman Investigations. None of these amounts fall within § 1920 costs.

12. Defendants also object to the FedEx charges which suggest that priority overnight shipping occurred on various occasions. Such costs are not reasonable and necessary as regular mail could have been used. In addition, Plaintiff does not identify the specific reasons for using FedEx

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

shipments, nor does Plaintiff identify what is being sent.  Specifically, Defendants object to FedEx charge of $16.37 for mailing something to the courthouse as all filings in federal court are done electronically.

13.    Defendants object to charges of $56.69 for documents sent to Plaintiff's expert by FedEx.

14.    Defendants object to all FedEx requests to the expert by priority overnight, which is an additional charge in the amount $23.50.

15.    Defendants object to the charge of $9.80 of materials sent to Mr. Londrigan and his office from 3885 Mercantile Avenue, Naples, Florida.  There is no indication as to why or how this was related to the Plaintiff's case.

16.    Defendants object to all such requests.

17.    In addition, Defendants object to Mr. Londrigan mailing documents to himself by FedEx priority overnight.  It appears that there is a charge from October 6, 2006 from Mr. Londrigan to Mr. Londrigan to the same address.  The amount is $25.49.  This is not reasonable, nor would it appear to be necessary.

18.    Defendants object to all mailings from Londrigan & Londrigan to Mr. Londrigan in Michigan City, Indiana.  These mailings do not appear to be necessary nor reasonable.

19.    Likewise, Defendants object to documents being sent to the College of Trial Lawyers in Irvine, California.

20.    Defendants object to all such mailings from Londrigan & Londrigan to Mr. Londrigan in Michigan City, Indiana, and any other location where Mr. Londrigan's office is mailing documents to him for his convenience.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-N3293
TMP/ej

21. Defendants object to all postage references as Plaintiff does not specify exactly what is being mailed to whom nor from whom or for what reasons.

22. Defendants also object to all telephone charges as same is not considered to be part of the costs under § 1920.

23. Defendants object to the use of McClellan Aviation Company and all transportation costs as these are not considered to be proper costs under § 1920.

24. Defendants are aware that certain travel expenses may be taxed as part of attorneys' fees, but are not taxed as costs.

25. Should Plaintiff file a separate motion requesting attorneys' fees, Defendants will further elaborate with respect to their arguments regarding whether or not such fees are reasonable. Defendants would specifically object to the reasonableness and consider that Plaintiff's use of a personal airplane with a pilot and jet fuel would be a luxury item and not reasonable and necessary. Defendants will further elaborate when necessary.

26. Nevertheless, Defendants object to any and all charges associated with travel, hotel fees, and food as again, such costs are not recoverable under § 1920.

27. Defendants adopt all arguments of co-defense counsel as and for their own.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC. and LOWELL BROWN, M.D., pray that this Court will deny Plaintiff's requests for costs under § 1920 to the extent those costs do not fall squarely within the confines of the statute.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC. and
LOWELL BROWN, M.D., Defendants,

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-N3293
TMP/ej

                                      HEYL, ROYSTER, VOELKER & ALLEN,
                                      Attorneys for Defendants,

BY:   /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed **Objection to Plaintiff's Bill of Costs** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on December 5, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822