CONTINENTAL REPORTING SERVICE, INC.             I N V O I C E
Tax ID: 91-1485168
(206) 624-3377  Fax: (206) 623-7228

Send Billing Inquires to:          Remit Payment to:
500 Union Street, Suite 926        P.O. Box 50245
Seattle, WA  98101                 Bellevue, WA 98015

                                   Invoice No. :    569607
                                   Invoice Date:    3/02/07

Client ID: 121838
Robert Johnston
ADMIRAL INSURANCE COMPANY
1255 Caldwell Road
Cherry Hill NJ 08034 USA

                                   Note: Please mail a copy of invoice
                                         with payment and include the
                                         invoice number from above on
TERMS: DUE UPON RECEIPT                  the check.

---

RE: AARON MCCROY v WEXFORD HEALTH SOURCES
No: 023171

DEPONENT NAME                          JOB NO.      TAKEN
                         Rate   Qty                           Charges

ROBERT BLUMTHAL, D.O.                  124060.1    2/14/2007

Delivery
                         10.00  1.00                           10.00
Transcription, O&1 Medical/Technical
                         4.10   43.00                          176.30

STUART FARRIS, M.D.                    124060.2    2/14/2007

Delivery
                         10.00  1.00                           10.00
Transcription, O&1 Medical/Technical
                         4.10   76.00                          311.60

            TOTAL AMOUNT DUE.................$    507.90

Note: C072586

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all costs and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.