IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 02-cv-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, ROGER E. | ) |
| WALKER, JR., (in his official | ) |
| capacity only), DENNIS HOCKADAY, | ) |
| KEVIN WINTERS, SANDRA FUNK, | ) |
| DEBORAH FUQUA, LIEUTENANT BRYON | ) |
| LAW,  KENNETH KELLERMAN, JULIUS | ) |
| FLAGG, all in their official and | ) |
| individual capacities, WEXFORD | ) |
| HEALTH SOURCES, Inc., | ) |
| Dr. LOWELL BROWN, MD., | ) |
| Dr. HUGHES LOCHARD, MD., and | ) |
| RHONDA MILLS, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO THE WEXFORD
DEFENDANTS' MOTION FOR BILL OF COSTS**

Plaintiff, AARON MCCROY, by one of his attorneys, in response to the Wexford Defendants' Motion For Bill of Costs pursuant to Fed. R. Civ. P. 55(d) states as follows:

1. Pursuant to Fed. R. Civ. P. 54(d), a prevailing party is entitled to costs allowable by statute. Thus, Wexford's costs are limited to what is allowable pursuant to 28 U.S.C. § 1920.

2. In its objection to Plaintiff's Motion for Costs, the Wexford Defendants' assert that hotel, meals, travel, and mileage are not allowable pursuant to 28. U.S.C. § 1920. Yet, they seek $2, 188.16 in their motion for costs. They cannot have it both ways.

3. Plaintiff agrees that hotel, meals, travel, and mileage are not allowable as

costs pursuant to 28 U.S.C. § 1920.  They are, however, allowable costs pursuant to 42 U.S.C. § 1988.  In Plaintiff's motion for attorney fees and costs, Plaintiff will specify which of its costs are allowable pursuant to 28 U.S.C. § 1920 and which are allowable pursuant to 42 U.S.C. § 1988.

4. In regard to the Wexford Defendants' court reporter fees of $4,892.50, Plaintiff has no objection.

5. In regard to the Wexford Defendants' request for copy charges of $1,906.00 Plaintiff objects.  Based upon the supporting documentation submitted, the amount should be $1,818.60.

6. Plaintiff objects to the Wexford Defendants' suggestion that it is entitled to attorney fees and costs pursuant to 42 U.S.C. § 1988.  Specifically, a prevailing defendant is entitled to attorney fees and costs only if the claims against it were vexatious, frivolous, or brought to harass or embarrass the defendant.  *Hensley v. Eckerhart*, 461 U.S. 424, 429 (1983).  Although Plaintiff did not prevail against and Dr. Lochard and Nurse Mills, his claims against them were not frivolous.

WHEREFORE, for the reasons stated above, Plaintiff objects to the Wexford Defendants Motion For Bill of Costs.

Respectfully submitted,

AARON MCCROY, Plaintiff
/s/ Douglas J. Quivey
Douglas J. Quivey, #6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com

**Certificate of Service**

The hereby certify that on December 10, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
Julie L. Morgan. A.A.G. &
Matthew Lurkins, A.A. G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

/s/ Douglas J. Quivey
Douglas J. Quivey, #6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com