AO 133    (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

CENTRAL      District of      ILLINOIS

AARON MCCROY, Plaintiff

V.

IDOC, et al., Defendants

**BILL OF COSTS**

Case Number:  02-3171

Judgment having been entered in the above entitled action on ___11/13/2007___ against ___Aaron McCroy, Plaintiff___ ,
<br>Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,673.20 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL    $ | 4,673.20 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:      s/ Kelly R. Choate

Name of Attorney:      Assistant Attorney General Kelly R. Choate

For:  Flagg, Grubman, Hockaday, Kellerman, Law, Polk, Schnepel, Walker, Wilson      Date:      12/13/2007
<br>Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court       By: _____       _____
<br>Deputy Clerk       Date

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
     "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
     "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
     "Entry of the judgment shall not be delayed for the taxing of costs."

*Aaron McCroy, #N-51882 vs. IDOC, et al.*
USDC-CD Ill. No. 02-3171

| Date taken | Deponent | Cost |
|---|---|---|
| 11/5/2003 | Aaron McCroy | 131.40 |
| 3/19/2004 | Report of Proceedings | 42.00 |
| 6/22/2004 | Dr. William Zeh | 125.70 |
| 9/11/2006 | Dr. Stephen Kwedar | 472.95 |
| 12/13/2006 | Dr. David Anderson | 209.90 |
| 12/21/2006 | Julius Flagg | 123.05 |
| 2/2/2007 | Judith Wilson, Bryon Law and Philip Crary | 304.20 |
| 2/9/2007 | Kenneth Kellerman and David Schneppel | 130.70 |
| 2/14/07 | Dr. Robert Blumthal and Dr. Stuart Farris | 348.20 |
| 2/16/2007 | Sandra Funk | 94.40 |
| 2/21/2007 | Dennis Hockaday and Terry Polk | 314.15 |
| 2/23/2007 | Susan Moore, Karen Wear, and Connie Shaw | 369.50 |
| 2/26/2007 | Kevin Winters | 177.00 |
| 3/6/2007 | Dr. Hughes Lochard | 180.00 |
| 3/7/2007 | Dr. Elyea | 163.35 |
| 3/8/2007 | Dr. Lowell Brown, Karolyn Hendricks, Cindy Thompson, and Barb Bowers | 414.90 |
| 3/9/2007 | Jennifer Blaesing and Rhonda Mills | 268.30 |
| 3/16/2007 | Aaron McCroy | 200.20 |
| 8/7/2007 | Deborah Fuqua | 92.95 |
| 8/24/2007 | Deborah Fuqua | 317.35 |
| 10/15/2007 | Dr. William Zeh | 193.00 |
| | **TOTAL DEPOSITION TRANSCRIPT COSTS** | **$4,673.20** |

# GINA L. NOTTINGHAM, C.S.R.
## CERTIFIED SHORTHAND REPORTER
924 RIM ROAD
QUINCY, ILLINOIS 62305
Telephone: (217) 224-7009

November 11, 2003

TO:
Ms. Kelly Choate
Office of the Attorney General
500 South Second Street
Springfield,, IL 62706

RE:
Aaron McCroy vs.
Illinois Department of
Corrections, et al
No. 02-3171

November 5, 2003
DISCOVERY DEPOSITION of AARON MCCROY,
Original transcript, 21 pages @ $2.40          $ 50.40
Attendance fee                                   75.00
Postage                                           6.00
                                    TOTAL                  $131.40
Reported by Kathy A. Genenbacher, CSR
THANK YOU!

PLEASE RETURN YELLOW COPY



Area Wide Reporting Service
(Paulson Reporters, Ltd.)
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789

INVOICE: # 71927
DATE:    3/22/04

Ms. Kelly Choate, Attorney
Assistant Attorney General
500 S. Second Street
Springfield IL 62706

Case Name: McCroy v. Illinois Department of Corrections    Case # 02 CV 3171

| 3/19/04 | Report of Proceedings | Transcript (copy) | 28 pages | $42.00 |
|---------|----------------------|-------------------|----------|--------|

**Thank You For Choosing Area Wide Reporting Service**

| BALANCE DUE | $42.00 |
|-------------|--------|

TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date   07/08/2004
Invoice#      28062
Client#       2984
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: June 22, 2004

Trans Copy of Dr. William Zeh

|  |  |  |
|---|---|---|
| Total Amount $ | 125.70 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 125.70 |

```
**************************************************************************
***                                                                  ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                                  ***
**************************************************************************
```
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES

BRS Original

GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
217 East Monroe, Suite 101
Springfield, Illinois   62701
(217) 523-8244

September 26, 2006

Ms. Kelly Choate
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois   62706

FOR SERVICES RENDERED:
    In Re:  Aaron McCroy vs Illinois Department of
                        Corrections, et al.
        U.S. District Court No. 02-3171


September 11, 2006 Deposition of Dr. Stephen Kwedar,
covered by Donna Dodd

APPEARANCE:
    2-1/2 hours                    $  62.50

TRANSCRIPT:  (Original)
    136 pages                      $ 340.00

COPYING OF EXHIBIT:   (Medical records notebook)
    Notebook binder            $   4.00
    103 tab index pages         $  15.45
    255 copies                  $  51.00


                    TOTAL      $ 472.95

                    Thank you

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date  01/02/2007
Invoice#     31351
Client#       2984
Job/File# R-11


Re: McCroy   Illinois Dept. of Corrections
Assignment Date: December 13, 2006


Trans Copy of Dr. David Anderson

| | |
|---|---|
| Total Amount $ | 209.90 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 209.90 |

We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

# Keefe Reporting Company

# Invoice

11 North 44th Street
Belleville, Illinois 62226-5543
Phone:(618) 277-0190/ (800) 244-0190
Fax:277-9284  reporter@keefereporting.com

| | Date | Invoice # |
|---|---|---|
| TID# | 1/8/2007 | 58734 |

| Bill To | Job |
|---|---|
| Office of the Attorney General<br>Kelly Choate, Esq.<br>500 South Second Street<br>Springfield, IL 62706 | Aaron McCroy<br>vs<br>Illinois Department of Corrections, et al |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Copy of Julius Flagg | 83 | 1.35 | 112.05 |
| Copy of Exhibit(s) | 20 | 0.25 | 5.00 |
| Postage (UPS) | | 6.00 | 6.00 |

| Reporter | Job Taken | Case Number |
|---|---|---|
| KEW | 12/21/2006 | 2002-3171 |

| Total | $123.05 |
|---|---|
| **Balance Due** | **$123.05** |

Mastercard and Visa accepted. Please
return copy of invoice with remittance.

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street                    Inv Date  02/20/2007
Springfield, IL 62706                      Invoice#     31491
                                           Client#       2984
                                           Job/File# R-11


Re: McCroy    Department of Corrections
Assignment Date: February 02, 2007


Trans Copy of Judith Wilson, Bryon Law & Philip Crary

                          Total Amount $      304.20
        Interest At A Rate Of 1.50% After 30 Days $        0.00
                             Total due $      304.20
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date   02/15/2007
Invoice#      31480
Client#        2984
Job/File# R-11


Re: McCroy   Dept. of Corrections
Assignment Date: February 09, 2007


Trans Copy of Kenneth Kellerman & David Schneppel

| | |
|---|---|
| Total Amount $ | 130.70 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 130.70 |

We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

CONTINENTAL REPORTING SERVICE, INC.                    I N V O I C E
TAX ID:
(206) 624-3377 Fax: (206) 623-7228                     Reprint

Send Billing Inquires to:              Remit Payment to:
500 Union Street, Suite 926            P.O. Box 50245
Seattle, WA  98101                     Bellevue, WA  98015

                                       Invoice No. :     569608
                                       Invoice Date:    3/02/07

    Client ID: 132339
    Kelly Choate, Esq.
    ATTORNEY GENERAL'S OFFICE
    500 South Second Street
    Springfield IL  62706 USA

                        Note: Please mail a copy of invoice
                              with payment and include the
                              invoice number from above on
TERMS: DUE UPON RECEIPT               the check.

---

RE: AARON MCCROY v WEXFORD HEALTH SOURCES
No: 023171

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| ROBERT BLUMTHAL, D.O. | 124060.1 | 2/14/2007 | |
| Delivery and Handling | | | 15.00 |
| Transcript, 1 cc | | | 120.40 |
| STUART FARRIS, M.D. | 124060.2 | 2/14/2007 | |
| Transcript, 1 cc | | | 212.80 |
| INVOICE ACTIVITY | 9999999.1 | | |
| 2007-4-30 DANIEL HYNES 2007-4-30  Re: 3366132 | | | (348.20) |

                    TOTAL AMOUNT DUE................$        .00

Note:
Reprint processed on: 12/10/2007

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all costs and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date  03/12/2007
Invoice#      31554
Client#        2984
Job/File# R-11


Re: McCroy   Illinois Dept. of Corrections
Assignment Date: February 16, 2007


Trans Copy of Sandra Funk

|  |  |
|---|---|
| Total Amount $ | 94.40 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 94.40 |

We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date  03/14/2007
Invoice#     31570
Client#       2984
Job/File# R-11


Re: McCroy   Illinois Dept. of Corrections
Assignment Date: February 21, 2007


Trans Copy of Dennis Hockaday & Terry Polk

                              Total Amount $     314.15
        Interest At A Rate Of 1.50% After 30 Days $       0.00
                                 Total due $     314.15
We specialize in "Focus Group" studies




BALDWIN REPORTING SERVICES

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street                    Inv Date  03/02/2007
Springfield, IL  62706                     Invoice#    31522
                                           Client#      2984
                                           Job/File# R-11


Re: McCroy    Illinois Dept of Corrections
Assignment Date: February 23, 2007


Trans Copy of Susan Moore, Karen Wear & Connie Shaw

                          Total Amount $      369.50
        Interest At A Rate Of 1.50% After 30 Days $        0.00
                             Total due $      369.50
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street                    Inv Date  03/16/2007
Springfield, IL  62706                     Invoice#     31580
                                           Client#       2984
                                           Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: February 26, 2007

Trans Copy of Kevin Winters

                              Total Amount $      177.00
      Interest At A Rate Of 1.50% After 30 Days $        0.00
                                 Total due $      177.00
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street                    Inv Date  03/26/2007
Springfield, IL  62706                     Invoice#      31599
                                           Client#        2984
                                           Job/File# R-11


Re: McCroy   Illinois Dept of Corrections
Assignment Date: March 06, 2007


Trans Copy of Dr. Hughes Lochard

                              Total Amount $      180.00
        Interest At A Rate Of 1.50% After 30 Days $        0.00
                                Total due $      180.00
We specialize in "Focus Group" studies




BALDWIN REPORTING SERVICES

Return Copy

*In Totidem Verbis, LLC*

ID#:

Phone/Fax:
815/453-2260
Doris Kennay
Owner

*Certified Court Reporters*
*8991 South Prairie Road*
*Ashton, Illinois 61006*

# Invoice

| DATE |
|---|
| 3/26/07 |

| BILL TO | RE |
|---|---|
| Attorney Kelly Choate, AAG<br>Illinois Attorney General's Office<br>500 S. Second Street<br>Springfield, IL  62706 | McCroy v. IDOC |

| INVOICE # | DATE TAKEN |
|---|---|
| 07JE50 | 3/7/07 |

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSCRIPT COPY OF DR. ELYEA W/EXHIBITS: | 159.30 |
| POSTAGE: | 4.05 |

| | Total | 163.35 |
|---|---|---|

### THANK YOU FOR CHOOSING ITV!

*(Please make checks payable to In Totidem Verbis, LLC and return with copy.)*

**BALDWIN REPORTING SERVICES**
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street                    Inv Date  03/27/2007
Springfield, IL  62706                     Invoice#    31608
                                           Client#      2984
                                           Job/File# R-11


Re: McCroy    Illinois Dept of Corrections
Assignment Date: March 08, 2007


 Trans Copy of Dr. Lowell Brown and Karolyn Hendricks


Trans Copy of Cindy Thompson and Barb Bowers

                              Total Amount $     414.90
        Interest At A Rate Of 1.50% After 30 Days $       0.00
                                Total due $     414.90
We specialize in "Focus Group" studies







BALDWIN REPORTING SERVICES

Return Copy

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date  03/16/2007
Invoice#     31576
Client#       2984
Job/File# R-35

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: March 09, 2007

Trans Copy of Jennifer Blaesing & Rhonda Mills

|  |  |
|---|---|
| Total Amount $ | 268.30 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 268.30 |

We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES

BRS Original

# INVOICE



## Retha R. Meyerhoff

### Certified Shorthand Reporter

P.O. Box 263
Percy, Illinois 62272

Phone (618) 965-3671

April 2, 2007

Ms. Kelly R. Choate
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

RE:  McCroy vs. Dept. of Corrections, et al.
     No. 02-3171
     US District Court-Central District

For deposition taken March 16, 2007, at Pinckneyville
Correctional Center, Pinckneyville, Illinois:

Copy of transcript, Aaron McCroy, with index     $195.00
Postage and Handling                             $  5.20

TOTAL AMOUNT DUE                                 $200.20

1

## Thank You!

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date  08/09/2007
Invoice#      32173
Client#        2984
Job/File# R-11


Re: McCroy    Illinois Dept. of Corrections
Assignment Date: August 07, 2007


Trans Copy of Deborah Fuqua

                    Total Amount $     92.95
    Interest At A Rate Of 1.50% After 30 Days $     0.00
                       Total due $     92.95
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL 62706

Inv Date  08/27/2007
Invoice#    32253
Client#     2984
Job/File# R-33


Re: McCroy   Dept. of Corrections
Assignment Date: August 24, 2007


Trans Copy of Deborah Fuqua

|  |  |
|---|---|
| Total Amount $ | 317.35 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 317.35 |

We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES

BRS Original

**BALDWIN REPORTING SERVICES**
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Kelly Choate, Esq.
ATTORNEY GENERAL'S OFFICE
500 South Second Street
Springfield, IL  62706

Inv Date  10/24/2007
Invoice#    32522
Client#      2984
Job/File# VR-11 & 80

Re: McCroy   Illinois Dept. of Corrections
Assignment Date: October 15, 2007

Trans Copy of Dr. William Zeh

| | |
|---|---|
| Total Amount $ | 193.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 193.00 |

We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES

BRS Original