IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MCCROY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   02-CV-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW, KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

### PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

      Plaintiff, AARON MCCROY, by his attorneys, LONDRIGAN, POTTER & RANDLE, P.C., move pursuant to 42 U.S.C. §1988 and 42 U.S.C. §12205 for attorney fees and costs and in support states as follows:

      1.    Following a jury trial, on November 13, 2007, this Honorable Court entered judgment in favor of Plaintiff and against the Defendants, Illinois Department of Corrections, Wexford Health Sources, Inc., Dr. Lowell Brown, Warden Kevin Winters, Assistant Warden Sandra Funk, and Unit Health Care Administrator Deborah Fuqua, jointly and severally in the amount of $810,000.00.

      2.    The jury also awarded Plaintiff punitive damages in the amount of $90,000 against various Defendants as follows: Defendant Brown $50,000; Defendant Winters $10,000; Defendant

Funk $10,000, and Defendant Fuqua $20,000.

3.  More specifically, the jury held: (1) Defendant IDOC directly violated the American's With Disabilities Act (ADA) in conjunction with the Fourteenth Amendment and retaliated against Plaintiff in violation of the ADA in conjunction with the Fourteenth Amendment; (2) Defendant Wexford violated the Eighth Amendment; (3) Defendant Brown violated the First and Eighth Amendments; and (4)Defendants Winters, Funk, and Fuqua, violated the Eighth Amendment. The Jury determined that Defendants Hockaday, Law, Kellerman, Lochard, and Mills were not liable.

4.  Absent very unusual circumstances, a prevailing plaintiff in an 42 U.S.C. §1983 and/or ADA case is entitled to attorney fees and costs. 42 U.S.C. §1988; 42 U.S.C. §12205; **Farrar v. Hobby**, 506 U.S. 103, 109 (1997).

5.  A plaintiff "prevails" if he or she succeeds on any significant issue in the case and the recovery is more than nominal. **Hensley v. Eckerhart**, 461 U.S. 424, 433 (1983).

6.  In this case, because all of the claims involved a common core of facts, Plaintiff's counsel is entitled to fees on all reasonable hours worked on the entire case to include time spent on the unsuccessful claims. **Zabkowicz v. West Bend Co., Div. of Dart Industries, Inc.**, 789 F. 2d 540, 551 (7th Cir. 1986).

7.  Thus, the only remaining issue is the amount of Plaintiff's reasonable attorney fees and costs.

8.  The loadstar method is the starting point to determine reasonable fees. **Blanchard v. Bergeron,** 489 U.S. 87, 94 (1989). In this case, Plaintiff counsels' reasonable hourly rate ranges from $150 to $250 per hour and they reasonably expended 1627.50 hours for a total of $324,987.50. Attached as Exhibit A are billing records showing time expended, after making cuts for billing

judgment, at normal rates.  (Ex. A).  Supporting the reasonableness of the fees are affidavits from Attorneys Metnick, Leahy, Olmstead, Londrigan, and Quivey.  (Exhibits B,C,D,E & F)

9. Because this is a prisoner case, however, the Prisoner Litigation Reform Act, 42 U.S.C. §1997(e)(d), caps attorney fees at $138 per hour.  Attached as Exhibit G is a time sheet showing hours worked after $138 per hour for a total of $224,595.00.

10. In terms of costs, attached as Exhibit H is a chart showing all reasonable costs incurred, $49,022.77, and whether or not they are recoverable pursuant to Fed. R. Civ. P. 54 as well as 42 U.S.C. § 1988.  (Ex H).

11. Attorney fees and costs combined total $273,617.77. (Exhibits G & H).

12. Attached as Exhibit I is a contract between Plaintiff and his attorneys.  The contract does not impact attorney fees and costs recoverable pursuant to 42 U.S.C. §1988 and 42 U.S.C. §12205.  (Ex I).

13. Accompanying this Motion is a Memorandum of Law that more fully sets forth the reasons why the Motion should be granted.

WHEREFORE, Plaintiff prays for an award of attorney fees and costs in the amount of $273,617.77.

Respectfully submitted,
AARON MCCROY, Plaintiff,

By: /S/ DOUGLAS J. QUIVEY
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 13, 2007, I electronically filed the foregoing, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
Julie L. Morgan. A.A.G. &
Matthew Lurkins, A.A. G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

                                                By:  /s/ DOUGLAS J. QUIVEY
                                                Douglas J. Quivey Bar Number: 6225888
                                                Attorney for Plaintiff
                                                LONDRIGAN, POTTER & RANDLE, P.C.
                                                1227 South Seventh Street
                                                P.O. Box 399
                                                Springfield, IL 62705
                                                Telephone:  (217) 544-9823
                                                Fax:  (217)544-9826
                                                E-Mail: doug@lprpc.com