E-FILED
Thursday, 13 December, 2007  04:02:01 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS     )
                            )   SS

COUNTY OF SANGAMON     )

## AFFIDAVIT

MICHAEL B. METNICk, first being sworn on oath, states and deposes as follows:

1.     I am an attorney licensed to practice law in the State of Illinois.  I am a principal in the law firm Metnick, Cherry, Frazier, Sabin & Perrin, LLP, Suite 200, One W. Old State Capitol Plaza, Springfield, IL 62701.

2.     I have been practicing law in Illinois for thirty (30) years, and during that time I have had a general practice, concentrating in criminal defense and civil litigation.

3.     I am familiar with the usual and customary rates generally charged by attorneys in Central Illinois for representation in complex civil matters, including civil rights litigation.

4.     Two Hundred to Three Hundred Fifty Dollars ($200-$350) per hour is a fair and reasonable billing rate for representation in civil rights litigation.

FURTHER AFFIANT SAYETH NOT.

_____
Michael B. Metnick

Subscribed and sworn to before me, a Notary Public, this 28th day of November, 2007.

_____
Notary Public

OFFICIAL SEAL
PAULA K. GENTRY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-30-2010

EXHIBIT
B