## AFFIDAVIT OF MARY LEE LEAHY

Mary Lee Leahy, being first duly sworn under oath states:

1. I have been licensed to practice law in the State of Illinois since 1966.

2. From 1966-1969, I practiced law with the firm of Lightenberg, DeJong and Leahy in Chicago. In 1969 and 1970, I served as a Delegate to the Sixth Constitutional Convention of the State of Illinois. In 1971 and 1972, I taught law as full-time faculty at Chicago-Kent College of Law, Illinois Institute of Technology. I returned to Kent and taught one class of Advance Legal Research in the fall of 1996 and spring of 1997. In 1973 and 1974, I served as Assistant to the Governor of the State of Illinois. From August of 1974 until February of 1977, I served as Director of the Department of Children and Family Services of the State of Illinois. From 1977 to 1981, I served as a consultant with the American Public Welfare Association.

3. From the Spring of 1977 until July of 1986, I practiced law as a partner in the firm of Leahy and Leahy in Springfield, Illinois, and am now sole owner of that firm's successor, Leahy Law Offices; approximately three-fourth's of the firm's practice involves civil rights matters in both federal and state courts as well as before the Illinois Department of Human Rights and the Illinois Human Rights Commission.

4. I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the Supreme Court of Illinois and have conducted litigation in each such court

1


EXHIBIT C

and numerous appellate and circuit courts of Illinois and before the Illinois Department of Human Rights and the Illinois Human Rights Commission.

5. I have been a principal attorney in litigation involving 42 **U.S.C.** 1983 cases, other civil rights cases employment discrimination cases, marital matters, probate and numerous cases representing the Challenge Delegation in the delegate selection process of the 1972 Democratic National Convention and have been involved in numerous cases involving election practices.

6. I have also been involved in numerous cases involving public employee procedural and substantive rights.

7. I have handled numerous employment discrimination cases, including sex discrimination, sexual harassment and discrimination against the handicapped.

8. I am familiar with the usual and customary rates generally charged by attorneys in Central Illinois for representation in civil rights litigation.

9. Two Hundred to Three Hundred Fifty Dollars ($200-$350) per hour is a fair and reasonable billing rate for representation in civil rights litigation.

FURTHER AFFIANT SAYETH NOT.

_____
MARY LEE LEAHY

SUBSCRIBED AND SWORN to before me this 26 day of November, 2007.

_____
NOTARY PUBLIC

Official Seal
Candice Remington
Notary Public State of Illinois
My Commission Expires 08/04/08

2