STATE OF ILLINOIS )
) ss
COUNTY OF CHAMPAIGN)

### AFFIDAVIT

BRETT N. OLMSTEAD, first being sworn on oath, states and deposes as follows:

1. I am an attorney licensed to practice law in the State of Illinois. I am a principal in the law firm Beckett and Webber, P.C., 508 S. Broadway Avenue, Urbana, IL 61801.

2. I have been practicing law in Illinois for thirteen (13) years, and during that time I have had a general practice, concentrating in criminal defense and civil litigation, including civil rights litigation.

3. I am familiar with the usual and customary rates generally charged by attorneys in Central Illinois for representation in civil rights litigation.

4. Two Hundred to Two Hundred Seventy-Five Dollars ($200-$275) per hour is a fair and reasonable billing rate for representation in civil rights litigation.

FURTHER AFFIANT SAYETH NOT.

_____
Brett N. Olmstead

Subscribed and sworn to before me, a Notary Public, this 26 day of November, 2007.

_____
Notary Public

OFFICIAL SEAL
SHARON COLETTE RAWDIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-18-2008



EXHIBIT
D