STATE OF ILLINOIS    )
                     )  ss
COUNTY OF SANGAMON )

## AFFIDAVIT

THOMAS F. LONDRIGAN, first being sworn on oath, states and deposes as follows:

1. I am an attorney licensed to practice law in the State of Illinois. I am a principal in the law firm Londrigan, Potter, & Randle, P.C, 1227 S. Seventh Street, Springfield, Illinois, 62705.

2. I have been practicing law in Illinois for forty-five (45) years, and during that time I have had a general practice, concentrating in product liability and civil litigation, including civil rights matters.

3. I am one of Aaron McCroy's attorneys in **McCroy v. IDOC, et al**, 02-cv-3171.

4. I have tried civil litigation cases in the United States District Court for both the Central and Southern Districts of Illinois and argued them before the United States Court of Appeals for the Seventh Circuit.

5. My hourly rate is $275 per hour for civil rights litigation.

6. My firm purchased, or otherwise made use of a private plane and pilot for business purposes over the past twenty (20) years. Members of the firm regularly make use of a plane and pilot to travel distances in excess of 60 miles. This mode of travel reduces total cost to the client by limiting lawyer's travel time.



EXHIBIT E

7. I recently purchased an older home in Long Beach, Indiana, which required my time and attention. On occasion it was necessary that I personally perform work for my clients at this location. When doing so, conveyance of material by Federal Express with my office in Springfield, Illinois, enabling me to meet court deadlines and was the lowest cost alternative available to me to transport work product revisions to my office.

8. During the course of my representation of Mr. McCroy, I did my best to minimize expense and exercise billing judgment.

FURTHER AFFIANT SAYETH NOT.

_____
Thomas F. Londrigan

Subscribed and sworn to before me, a Notary Public, this 12th day of December, 2007.

_____
Paula K. Gentry
Notary Public

OFFICIAL SEAL
PAULA K. GENTRY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-30-2010