E-FILED
Thursday, 13 December, 2007 04:02:54 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  ss |
| COUNTY OF SANGAMON | ) |

### AFFIDAVIT

DOUGLAS J. QUIVEY, first being sworn on oath, states and deposes as follows:

1. I am an attorney licensed to practice law in the State of Illinois and the State of Colorado. I am an attorney with Londrigan, Potter, & Randle, P.C, 1227 S. Seventh Street, Springfield, Illinois, 62705.

2. I have been practicing law in Illinois for thirteen (13) years, and during that time I have had a general practice, concentrating in commercial litigation, employment discrimination, criminal defense, and general civil litigation, including civil rights matters.

3. I am one of Aaron McCroy's attorneys in **McCroy v. IDOC, et al**, 02-cv-3171.

4. I have tried civil litigation cases in the United States District Court for both the Central and Southern Districts of Illinois and argued them before the United States Court of Appeals for the Seventh Circuit.

5. My hourly rate ranges from $275 per hour to $92 per hour for CJA cases. My normal hourly rate for civil rights and employment discrimination cases when I first started working on this case was $200.

6. The normal billing rate for Alexandra De Saint Phalle, licensed to practice since 1977, ranges from $200 to $300 with most matters billed at $250. The normal billing rate for Tim Londrigan, licensed to practice since 1983, ranges from $200 to $275 with most matters billed at $250. The normal billing rates for associates Carissa Haning,


EXHIBIT F

licensed since 2003, and Amy Williams licensed since 2006, while employed by Londrigan, Potter, and Randle, P.C. ranges from $100 to $150, with most matters billed at $150.

7. During the course of my representation of Mr. McCroy, I did my best to exercise billing judgment and to supervise the work of Ms. Haning and Ms. Williams.

8. Because we were appointed pro bono counsel, we attempted to prosecute Mr. McCroy's claims in the most time efficient manner possible while still providing him good representation. We had absolutely no incentive to expend any additional time than was necessary.

9. Londrigan, Potter, & Randle, P.C. has access to three private airplanes and two pilots and we routinely use them in our practice. Two of the planes are also extensively used by our clients. Our practice requires the need for frequent travel. The use of private airplanes saves time and reduces travel time. During the time period I represented Mr. McCroy, I used said planes in a variety of other cases and billed the clients. My use of private planes in other cases has included many trips that were shorter than the trips private planes were used in this case. I am also familiar with other attorneys in Central Illinois using private planes in their practice.

FURTHER AFFIANT SAYETH NOT

_____
Douglas J. Quivey

Subscribed and sworn to before me, a Notary Public, this 13th day of December, 2007.

_____
Notary Public

OFFICIAL SEAL
PAULA K. GENTRY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-30-2010

2