**E-FILED**
Thursday, 13 December, 2007  04:03:51 PM
Clerk, U.S. District Court, ILCD

## COSTS EXPENDED

| DESCRIPTION | AMOUNT | FRCP 54 | 42 U.S.C.A.§1988 |
|---|---|---|---|
| Fees of the Clerk | $150.00 | X | X |
| Fees for service of summons and subpoena | $1,181.00 | | X |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Itemization attached) | $9,719.30 | X | X |
| Fees and disbursements for printing and witnesses (Itemization attached) | $3,416.66 | X | X |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $6,657.00 | X | X |
| Docket fees under 28 U.S.C. §1923 | -0- | X | X |
| Costs as shown on Mandate of Court of Appeals | -0- | | X |
| Compensation of court-appointed experts | $500.00 | X | X |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. §1828 | -0- | X | X |
| Postage/Fed Ex. | $882.30 | | X |
| Telephone | $278.30 | | X |
| Parking | -0- | | X |
| Hotel/Meals | $1,750.63 | | X |
| On-Line Research | $9.95 | | X |
| Plaintiff Expert Fees | $19,915.18 | | X |
| Travel Expenses (Plane, rental car, cabs, mileage) | $4,562.45 | | X |
| TOTAL | $49,022.77 | | |

EXHIBIT
H