**E-FILED**
Thursday, 13 December, 2007  04:04:06 PM
Clerk, U.S. District Court, ILCD

# Memo

**To:**        File

**From:**      Paula

**Date:**      November 27, 2007

**Subject:**   Filing Fees

---

I spoke to Christy in the Springfield Office of the US District Clerk's office.  She looked up the history of this case and advised that Aaron's initial filing fee was $150.  To date he has paid $116.11, with a balance of $33.89 remaining.

EXHIBIT

H - 1