E-FILED
Thursday, 13 December, 2007  04:04:29 PM
Clerk, U.S. District Court, ILCD

**McCroy v. IDOC, et al.**                           02-cv-3171

### FEES FOR SERVICE OF SUMMONS AND SUBPOENAS

| DATE | PROVIDER | PARTY/WITNESS | COST |
|------|----------|---------------|------|
| 2/15/06 | Randolph Cty. Sheriff | Grubman | $26.00 |
| 2/15/06 | Sangamon Cty. Sheriff | Lochard (Home) | $60.00 |
| 2/21/06 | Morgan Cty. Sheriff | Polk | $32.00 |
| 2/23/06 | Morgan Cty. Sheriff | Lochard (Business) | $31.00 |
| 2/28/06 | Brown Cty. Sheriff | Wilson, Law, Kellerman | $106.00 |
| 3/8/06 | Hancock Cty. Sheriff | Winters | $32.00 |
| 3/8/06 | Morgan Cty. Sheriff | Refund for recalled Lochard summons | ($21.00) |
| 4/5/06 | Brown Cty. Sheriff | Dr. Brown | $36.00 |
| 4/28/06 | Brown Cty. Sheriff | Dr. Brown | $36.00 |
| 8/8/06 | Clinton Cty. Sheriff | Flagg | $70.00 |
| 12/20/06 | Brown Cty. Sheriff | Crary | $35.00 |
| 1/22/07 | Brown Cty. Sheriff | Wear | $36.00 |
| 8/29/07 | PII Process Division | IDOC Custodian of Records | $40.00 |
| 10/9/07 | Kellerman Investigations | Blaesing | $60.00 |
| 10/9/07 | Hurst Investigation Service | Rayford | $90.00 |
| 10/9/07 | AV Investigations | Elyea | $65.00 |
| 10/17/07 | PII Process Division | Polk | $81.00 |
| 10/17/07 | Brown Cty. Sheriff | Moore, Thompson, Drennan, Wilson, Wear, Bowers | $216.00 |
| 10/19/07 | Kellerman Investigations | Shaw | $50.00 |
| 11/6/07 | Kellerman Investigations | Blaesing | $45.00 |
| 11/6/07 | Excel Investigations | Sims | $55.00 |
| TOTAL | | | $1,181.00 |



EXHIBIT
H-2

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

335

00119 Randolph County Sheriff

| Voucher | Date | Invoice Description | | Matter | 3353 |
|---------|------|--------------------|--|--------|------|
| | | | | | Amount |
| 1515 | 02/15/06 | McCroy | | 104171100 | 26.00 |

| | 02/15/06 | Total Paid | | | 26.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

## CHECK REQUEST

Requested by _NJQ/yen_

Date _2-14-06_

Date needed _2-15-06 - Morning please_

Amount _$26.00_

Payee _Randolph County Sheriff_

Charge _McCroy_                    _104171_

Special Wording for Draft Statement: _____

_____

_____

LAWMAN © 2004 IDS Applications

## Return of Service
### Randolph County Sheriff's Ofc.
200 W. Buena Vista
Chester, IL 62233
phone (618) 826-5484  fax  (618) 826-4732

Generated on February 24, 2006 @ 13:39:33

Civil Process Number:**2006-000445** Date Originated: **2/17/2006**
Process Type:**Summons**

Court:**United State District, Central Div** Docket:**60 days** Case:**2002-CV-3171**
**Aaron McCroy Vs Illinois Dept. of Corrections**

| Bill To: | Fees: | | | |
|---|---|---|---|---|
| Londrigan, Potter & Randle | Process Served | 2/21/2006 @ 09:40:00 | Served by Michael L. Hoelscher, deputy sheriff. Returned to attorney 2/24/06. | $26.00 |
| 1227 S. Seventh St. Springfield, IL 62705 | Payment | 2/17/2006 @ 09:56:05 | ck # 3353 Thomas Londrigan | $26.00- |
| | Total Due | | | $.00 |

*Requested Service To:*

Pam Grubman
711 Kaskaskia Rd.
Menard, IL 62259

| DOB | Age | Sex | Race | HGT | WGT | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| N/A | | F | W | | | | | |

*Served To:*
Patty Barone
711 Kaskaskia Rd.

Menard, IL 62259

| DOB | Age | Sex | Race | HGT | WGT | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| N/A | | F | W | | | | | |

Relationship:**Employer**
Served At:**Menard Correctional Center**
Comments:**Dep Hoelscher contaacted attorney & service on Patty Barone is OK.**

THIS DOCUMENT IS PROOF OF SERVICE

## Barbi Quinley

**From:**   Yvonne Nass
**Sent:**   Wednesday, February 15, 2006 3:43 PM
**To:**     Barbi Quinley
**Subject:** McCroy Check

Barbi:  The check to the Sangamon County Sheriff's office was wrong.  It should only be for $60.00.  Can you void out the $90.00 check, issue a $60.00 and then Candace can take it over tomorrow and pick up the $90.00 check and bring it back. (Whew!)  Thanks, Yvonne

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3354

| 00060 Sangamon County Sheriff | | | | |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | 3354 Amount |
| 1517 | 02/15/06 | McCroy | 104171100 | 60.00 |

02/15/06    Total Paid                                                            60.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

DEAR SIR:

The <u>SUMMONS 02—CV—3171</u>  Served: _____ <u>02—24—06</u>

for service in this County on

<u>POLK, TERRY WARDEN</u>

has been received and duly served.  The fees for said service are

$<u>   32.00   </u>    The above has been returned to:

<u>   X   </u>        Your office

<u>   .   </u>        Circuit Clerk's Office

<u>_____</u>        Other                    02/24/06

Yours very truly,
James Robson, Jr., Sheriff

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING    OUNT

335

00119 Morgan County Sheriff

| Voucher | Date | Invoice Description | | Matter | 3357 |
|---|---|---|---|---|---|
| 1520 | 02/21/06 | McCroy | | 104171100 | Amount |
| | | | | | 32.00 |

| 02/21/06 | Total Paid | | 32.00 |
|---|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _DJQ/ycn_

Date _2-21-06_

Date needed _Today_

Amount $_32.00_

Payee _Morgan County Sheriff_

Charge _McCoy_  104171

Special Wording for Draft Statement: _____

DEAR SIR:

    We are returning your ___SUMMONS 02-CV-3171_____ for the following reason:

_____ Subject moved to: _____ 02/27/06

_____ Subject moved, leaving no forwarding address.

$10.00

___X___ Other

Remarks: _____RECALLED BY ATTORNEY_____

Yours very truly,
JAMES ROBSON, JR., Sheriff

LONDRIGAN, POTTER & RANDLE, P.C.
ATTORNEYS AT LAW

THOMAS F. LONDRIGAN
JAMES R. POTTER
CRAIG A. RANDLE
ALEXANDRA DE SAINT PHALLE
DOUGLAS J. QUIVEY
CARISSA A. HANINO

1227 SOUTH SEVENTH STREET
POST OFFICE BOX 399
SPRINGFIELD, IL 62705
TELEPHONE: (217) 544-9823
FACSIMILE: (217) 544-9826
WWW.LPRPC.COM

TIMOTHY J. LONDRIGAN
- - -
JAMES T. LONDRIGAN (OF COUNSEL)
- - -
JOSEPH A. LONDRIGAN (1919-1970)
JAMES E. LONDRIGAN (1923-1975)

February 23, 2006

Morgan County Sheriff's Department
300 W. Court St.
Jacksonville, IL 62650

RE:    McCroy v. Illinois Department of Corrections, et.al.
       02-cv-3171

Dear Sir or Madam:

Enclosed you will find original and one copy of a Summons along with a Complaint. Please serve these documents at your early convenience and forward the return of service to us in the enclosed, self-addressed, stamped envelope. I have enclosed this firm's check in the amount of $31.00 for service of these documents.

Thank you in advance for your prompt attention to this request. Should there be any questions, please do not hesitate to contact us.

Very respectfully yours,

LONDRIGAN, POTTER & RANDLE, P.C.

Paula K. Gentry
Legal Assistant to Douglas J. Quivey

pkg
Enclosures

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3361

00060 Sangamon County Sheriff

| Voucher | Date | Invoice Description | | Matter | 3361 Amount |
|---------|------|--------------------|--|--------|-------------|
| 1524 | 02/23/06 | McCroy | | 104171100 | 30.00 |

02/23/06    Total Paid                          30.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3362

00119 Morgan County Sheriff

| Voucher | Date | Invoice Description | | Matter | 3362 Amount |
|---------|------|--------------------|--|--------|-------------|
| 1525 | 02/23/06 | McCroy | | 104171100 | 31.00 |

02/23/06    Total Paid                          31.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_

Date _2/23/06_

Date needed _2/23/06 ASAP_

Amount _#30_

Payee _Sangamon County Sheriff_

Charge _____ _____ McCroy_

Special Wording for Draft Statement: _for service of Summons_
_on Dr. Lochard's home_

*Voided*

60
104171

## CHECK REQUEST

Requested by _Paula_

Date _2/23/06_

Date needed _2/23/06 ASAP_

Amount _#31_

Payee _Morgan County Sheriff_

Charge _McCroy_

Special Wording for Draft Statement: _Service of Summons_
_on Dr. Lochard's business_

104171

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

Aaron McCroy                                      Feb. 17, 2006

VS.

Illinois Dept. of Corrections          Case #  2002-CV-3171

To:  Officer Judith Wilson

## SUMMONS

To:  Kristi Lanning, Records at W.I.C.C.

Date of Service:  Feb. 16, 2006
Service by:       Chief Deputy Tom Snowden

| Service & Return | $ 35.00 |
| Mileage | $ |
| Postage for return of service and mailing copy | $ 1.00 |
| Mailing Fee | |
| Total | $ 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
            1227 South Seventh Street
            P.O. Box 399
            Springfield, IL  62705
            217-544-9823

106

## SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011


Aaron McCroy                                   Feb. 17, 2006


VS.


Illinois Dept. of Corrections          Case #  2002-CV-3171

To. Lieutenant Bryon Law


### SUMMONS

To:  Kristi Lanning, Records at W.I.C.C.

Date of Service:  Feb. 16, 2006
Service by:        Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $  35.00 | |
| Mileage | $ | |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $  35.00 | |

Please remit fees.  Thank you for your cooperation.

Attorney:    Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL  62705
217-544-9823

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011


Aaron McCroy                                    Feb. 17, 2006


VS.


Illinois Dept. of Corrections                 Case #   2002-CV-3171

To. Officer Kenneth Kellerman


## SUMMONS

### To:  Kristi Lanning, Records at W.I.C.C.

Date of Service:   Feb. 16, 2006
Service by:         Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $ 35.00 | |
| Mileage | $ | |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ 35.00 | |

Please remit fees.  Thank you for your cooperation.

Attorney:     Londrigan, Potter & Randle, P.C.
              1227 South Seventh Street
              P.O. Box 399
              Springfield, IL   62705
              217-544-9823



# Hancock County Sheriff's Office

**John H. Jefferson**
Sheriff

**William Ferrill**
Chief Deputy

Hancock County Sheriff's Office / 98 Buchanan St., PO Box 66 / Carthage, IL 62321
Telephone: (217) 357-2115  Fax: (217) 357-3035

## SHERIFF'S BILLING STATEMENT

*Aaron McCray*

CASE # 02CV3171

VS

*Il dept of Corrections*

Name of Person to be served: _Kevin Winters_

__X__ Subject was served on          DATE _3/2/06_    TIME _2044hr_

_____ Subject was not served

Fees:
Service and/or Return  _15⁰⁰_
Mileage  _17⁰⁰_
Copies  _____
Abode  _____

104171

TOTAL DUE  _$32⁰⁰_

PLEASE REMIT THIS COPY WITH PAYMENT:
Make remittance payable to
Hancock County Sheriff

Sheriff's Service Book page number  _141_

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois 62353
(217) 773-2011

**Aaron McCroy**                                **Feb. 27, 2006**

VS.

**Illinois Dept. of Corrections**              **Case #  2002-CV-3171**

**To: Dr. Lowell Brown, M.D.**

## SUMMONS

### To:  Kristi Lanning, Records at W.I.C.C.

Date of Service:  Feb. 27, 2006
Service by:       Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees. Thank you for your
cooperation.

Attorney:    Londrigan, Potter & Randle, P.C.
             1227 South Seventh Street
             P. O. Boxy 399
             Springfield, Illinois 62705
             217-544-9823

16
104171

*Barbi—*
*I checked and we*
*do owe this bill.*
*Please issue payment.*
*Thank you!*
*Paula*
*4/27/06*

**SHERIFF OF BROWN COUNTY**
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

**Aaron McCroy**                                    **March 28, 2006**

**Vs.**

**Illinois Dept. of**                    Case#  02-CV-3171
**Corrections**

To:  Dr. Lowell Brown, M.D.

## SUMMONS

### To: Dr. Lowell Brown, M.D.

Date of Service:  March 28, 2006
Service by:        Special Deputy Marcia A. Taylor

| | | |
|---|---|---|
| Service & Return | $  35.00 | |
| Mileage | $    1.00 | |
| Postage for | | |
| return of service | | |
| and mailing copy | $ | |
| Mailing Fee | | |
| Total | $  36.00 | |

Please remit fees.  Thank you for your
cooperation.

Attorney:   Thomas F. Londrigan & Douglas J. Quivey
1227 S. Seventh Street
P.O. Box 399
Springfield, Illinois  62705
217-544-9823

119
104171

OK to pay
pkg
3/30/06

Civil Paper

CLINTON COUNTY SHERIFFS DE...

# BILLING

DATE : 07/30/2006
TIME : 09:40PM

Page 1 of 1

## Civil Information

| | | | | |
|---|---|---|---|---|
| | | | Sheriff #: | **7019171** |
| Docket: | 02CV3171 | Entry Date: 07/21/2006 | Origin Date: | 07/17/2006 |
| Court: | **CIRCUIT COURT** | Paper Type: **CIVIL PROCESS** | | |
| Plaintiff: | MCCROY, AARON | County: **US DIST COURT, CEN** | Zone: | |
| Address: | | City/State: , . 0 | | |
| Phone: | | Fax: | | |

## Defendant

US DIST COURT, CENTR

| | |
|---|---|
| Defendant: | FLAGG, JULIUS |
| Address: | CENTRALIA CORRECTIONAL CENTER |
| Address: | CENTRALIA, IL. 62801- |
| Person To Serve: | JULIUS FLAGG, ASSISTANT WARDEN |
| Court Date: | Time: |

Sub-Division:
Days To Expire: 20.00
Assigned To:

## Serving Data

Paper Status: **ACTIVE**
Who Served: MICHELLE TAPHORN (SECRETARY)
Address: CENTRALIA CORRECTIONAL CENTER

Address: CENTRALIA, IL. 62801-          Race: W     Sex: F     Age: 44.00
S.S.N.:                    Served By:**162 - ELLIS, TOM**

Served Date: 07/25/2006          Served Time:13:05     How Served: **SERVED BY OFFICER**
Mileage Fee:      Process Fee: 0.00     TOTAL: 0.00

## Requested Service

Business: LONDRIGAN, POTTER & RANDLE          Name: LONDRIGAN, THOMAS F
Address: 1227 SOUTH SEVENTH POB 399          Address: SPRINGFIELD, IL. 62705-
Phone:                    Fax:

## Returning Data

Returned Date:          Time:          Officer:
Name: ,                    Phone:
Address: SAME AS REQUESTING          Address: , .

## Payment Data

Payment Date:          Time:          Payment: 70.00
Officer ID:                    PayMethod:
Refund Date:          Time:          Officer ID:
Check Number:          Receipt:          Amount: 0.00
Receipt Number: 0          Receipt Date:          Receipted By:

## Comments

United States District Courth, Central District / Summons / Corporation service / mailed 073006

RETURN TO:     Sheriff Mike Kreke
Clinton County Sheriff
810 Franklin St.
Carlyle, IL 62231

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

DEC 0 8 2006

Aaron McCroy                        December 7, 2006

Vs.

Il. Dept. of Corr.                      Case # 02-CV-3171

To:  Philip M. Crary

## SUBPOENA

To:  Philip M. Crary

Date of Service:  Dec. 6, 2006
Service by:        Special Deputy Marcia A. Taylor

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 35.00 |

Please remit fees.  Thank you for your cooperation.

119
104191

Attorney:  Londrigan, Potter & Randle, P.C.
1227 South Seventh Street—P.O. Box 399
Springfield, IL  62705
217-544-9823

McCroy
OK to pay
12-18-06
PKJ

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

JAN 1 2 2007

Aaron McCroy                          **January 10, 2007**

VS.

**I.D.O.C.—Karen Wear**                 **Case # 02-V-3171**

## SUBPOENA

|  |  |
| --- | --- |
| Served: | **Kathleen Eveland, Litigations at W.I.C.C.** |
| Date of Service: | **Jan. 10, 2007** |
| Service by: | **Chief Deputy Tom Snowden** |

| | | |
| --- | --- | --- |
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:  Douglas J. Quivey
1227 S. Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

119

104171

OK to Pay
BG
1-15-07

[AUG 2 7 2007

**PII, PROCESS DIVISION (PII)**
1337 W. WABASH AVENUE
SPRINGFIELD, IL, 62704      Phone  (217)-483-8845    Fax  (217)-483-5491

Tax ID  20-4344695

Customer
LONDRIGAN POTTER & RANDALL
1227 S 7TH STREET
SPRINGFIELD, IL, 62704      Phone:  (217)-544-9823  Fax: (217)-544-9826

## Invoice#    17067

Date Of Invoice:   8/22/2007

Plaintiff: AARON MCCROY
Court CaseID:  02CV3171      Firm#  GENTRY
Process Server:   EDWARD S STARRICK

Case Returned Date:  8/24/07
ProcessType:   SUBPOENA

| Defendant:#1   CUSTODIAN OF RECORDS IDOC % | Type Of Service:   CORPORATE SERVICE |
| Person Served:   MARGARET PARKER, REG AGNT | Date Of Service:  8/17/2007    Time:  12:35 PM |
| Sex FEMALE  Age  52    Height 505    Build  THIN    Hair Color RED    Race WHITE | |

| Defendant:#2 | Type Of Service: |
| Person Served: | Date Of Service:    Time: |
| Sex    Age    Height    Build    Hair Color    Race | |

Location   1301   CONCORDIA COURT, SPRINGFIELD, IL,      Type Of Premise:

| Delivery Charge | $0.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $40.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $0.00 |

Payment Received Date:                    **Total:  $40.00**      Check No

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT                    LIEt

3835

00160 PII, Process Division
Voucher    Date          Invoice Description
2074       08/29/07      McCroy

Matter                3835
104171100             Amount
                      40.00

08/29/07      Total Paid                            40.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Amr_          Date _10-9-07_

Date needed _ASAP_          Amount $ _60.00_

Payee _____       Tax ID# _____

Address _Kellerman Investigations, Ltd_

File charged _McCroy_       File # _____

Special wording for draft statement: _Blaesing_

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING AC  JNT                                     3886

00119 Kellerman Investigations, Ltd.
| Voucher | Date | Invoice Description | | | | | Matter | 3886 |
|---------|------|---------------------|---|---|---|---|--------|------|
| 2133 | 10/09/07 | McCroy | | | | | 104171100 | Amount 60.00 |

10/09/07     Total Paid                                               60.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _AMK_                Date _10-9-07_

Date needed _ASAP_                Amount $ _90.00_

Payee _Hurst Investigation Service, Inc_ Tax ID# _____

Address _____

File charged _McCroy_             File # _____

Special wording for draft statement: _Rayford_

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3887

| 00119 Hurst Investigation Service, Inc. | | | | |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | 3887 |
| 2134 | 10/09/07 | McCroy | 104171100 | Amount |
| | | | | 90.00 |

10/09/07 ——— Total Paid                    90.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



## CHECK REQUEST

Requested by _____ AMK _____     Date _____ 10-9-07 _____

Date needed _____ ~~TO~~ ASAP _____     Amount $ _____ 65.00 _____

Payee _____ AV Investigations, Inc _____     Tax ID# _____

Address _____

File charged _____ McCroy _____     File # _____

Special wording for draft statement: _Elyea_ _____

_____

_____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3888

00119 AV Investigations, Inc.

| Voucher | Date | Invoice Description | | Matter | 3888 |
|---------|------|---------------------|--|--------|------|
| 2135 | 10/09/07 | McCroy | | 104171100 | Amount 65.00 |

10/09/07    Total Paid

65.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



OCT 1 5 2007

---

**PII, PROCESS DIVISION (PII)**                    Tax ID 20-4344695
1337 W. WABASH AVENUE
SPRINGFIELD, IL, 62704        Phone (217)-483-8845    Fax (217)-483-5491

---

Customer
LONDRIGAN POTTER & RANDALL
1227 S 7TH STREET
SPRINGFIELD, IL, 62704        Phone: (217)-544-9823   Fax: (217)-544-9826

## Invoice#    17776

Date Of Invoice:    10/12/2007

Plaintiff: AARON MCCROY
Court CaseID:  02CV3171        Firm#  ANDREA        Case Returned Date:  10/29/07
Process Server:   JOHN J PENNELL                    ProcessType:    SUBPOENA IN A CIVIL CASE

| Defendant:#1  TERRY POLK % JACKSONVILLE | Type Of Service:  PERSONAL SERVICE |
|---|---|
| Person Served:    TERRY POLK | Date Of Service:   10/10/2007   Time:  3:30 PM |
| Sex  MALE      Age  53      Height 508      Build  MEDIUM      Hair Color GRY      Race WHITE | |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:       Time: |
| Sex      Age      Height      Build      Hair Color      Race | |

Location    2268 E MORTON AVE, JACKSONVILLE, IL, 62650       Type Of Premise:

| | | | |
|---|---|---|---|
| Delivery Charge | $45.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $0.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $36.00 |

Payment Received Date:            **Total:  $81.00**      Check No

THE INFORMATION IS DEEMED RELIABLE BUT IS NOT GUARANTEED.

PAYMENT UPON RECIEPT.  THERE WILL BE A LATE CHARGE APPLIED AT THE RATE OF 9% PER

160
104171        AMK

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                    3895
ATTORNEYS AT LAW - OPERATING ACCOUNT

00160 PII, Process Division                      3895
Voucher      Date        Invoice Description              Matter            Amount
2142      10/17/07      McCroy                          104171100            81.00

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

Aaron McCroy                                Oct. 12, 2007

Vs.

Susan Moore                                 02-CV-3171

## SUBPOENA

|  |  |
|---|---|
| Served: | **Kathy Easley, Litigation at W.I.C.C.** |
| Date of Service: | **Oct. 11, 2007** |
| Service by: | **Chief Deputy Tom Snowden** |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

119
10 4171

# 216

OK to Bov
Pkg
10/16/07

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

Aaron McCroy                                    Oct. 12, 2007

Vs.

Cindy Thompson                                  02-CV-3171

## SUBPOENA

Served:              Kathy Easley, Litigation at W.I.C.C.
Date of Service:     Oct. 11, 2007
Service by:          Chief Deputy Tom Snowden

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
            1227 South Seventh Street
            P.O. Box 399
            Springfield, IL  62705
            217-544-9823

*OK to pay*
*10/16/07*

# SHERIFF OF BROWN COUNTY
Gerald R. Kempf
200 Court St. — Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011


**Aaron McCroy**                              **Oct. 12, 2007**


Vs.


**Delores Drennan**                           **02-CV-3171**


## SUBPOENA

|  |  |
|---|---|
| **Served:** | **Kathy Easley, Litigation at W.I.C.C.** |
| **Date of Service:** | **Oct. 11, 2007** |
| **Service by:** | **Chief Deputy Tom Snowden** |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:  Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL  62705
217-544-9823

*OK to pay*
*pay*
*10/16/07*

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

Aaron McCroy                                    Oct. 12, 2007

Vs.

Judith Wilson                                    02-CV-3171

## SUBPOENA

| | |
|---|---|
| Served: | Kathy Easley, Litigation at W.I.C.C. |
| Date of Service: | Oct. 11, 2007 |
| Service by: | Chief Deputy Tom Snowden |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| **Total** | $ | 36.00 |

Please remit fees.  Thank you for your
cooperation.

Attorney:  Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL  62705
217-544-9823

# SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois   62353
(217) 773-2011

Aaron McCroy                              Oct. 12, 2007

Vs.

Karen Wear                               02-CV-3171

### SUBPOENA

|  | |
|---|---|
| Served: | Kathy Easley, Litigation at W.I.C.C. |
| Date of Service: | Oct. 11, 2007 |
| Service by: | Chief Deputy Tom Snowden |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705
217-544-9823

OK to pay
10-16-07
pkg

## SHERIFF OF BROWN COUNTY

Gerald R. Kempf
200 Court St. – Room #1
Mt. Sterling, Illinois  62353
(217) 773-2011

OCT 1 6 2007

Aaron McCroy                              Oct. 12, 2007

Vs.

Barb Bowers                               02-CV-3171


### SUBPOENA

|                    |                                          |
|--------------------|------------------------------------------|
| **Served:**        | **Kathy Easley, Litigation at W.I.C.C.** |
| **Date of Service:** | **Oct. 11, 2007**                      |
| **Service by:**    | **Chief Deputy Tom Snowden**             |

| | | |
|---|---|---|
| Service & Return | $ | 35.00 |
| Mileage | $ | 1.00 |
| Postage for return of service and mailing copy | $ | |
| Mailing Fee | | |
| Total | $ | 36.00 |

Please remit fees.  Thank you for your cooperation.

Attorney:   Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL  62705
217-544-9823

OK to pay
10-16-07
pkg

<u>CHECK REQUEST</u>

Requested by ___AMK___          Date ___10-19-67___

Date needed ___ASAP___          Amount $ ___50.00___

Payee _Kellerman Investigations_ Tax ID# _____
                    _Ltd._

Address _____ 119

File charged _McCroy_            File # ___104171___

Special wording for draft statement: _____

_____

_____


**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT                          3907

00119 Kellerman Investigations, Ltd.
Voucher    Date      Invoice Description                          3907
2154       10/19/07  McCroy                    Matter        Amount
                                               104171100          50.00

10/19/07    Total Paid                                       50.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Kellerman Investigations. Ltd

Greg Kellerman
6611 State Rt. 162
Maryville, IL. 62062
IL. Lic: 115-001758



| Invoice | |
| --- | --- |
| Date | Invoice # |
| 10/30/2007 | 19649 |

**WE HAVE MOVED!  PLEASE NOTE OUR NEW ADDRESS.**

Bill To

LONDRIGAN, POTTER & RANDLE
1227 SOUTH 7TH ST., PO BOX 399
SPRINGFILED, IL  62705

| Web Site, Enter To Attain Status | |
| --- | --- |
| http://www.kellermaninvestigations.com/ | |
| WEB LOGIN ID | |
| WEB PASSWORD | |

MEMO:

| Terms | Project | E-mail | Kellerman Inv. F.E.I.N.: 35-2222438 |
| --- | --- | --- | --- |
| | | klaxon_greg1@yahoo.com | |

| Item | Quantity | Description | Rate | Amount |
| --- | --- | --- | --- | --- |
| Summons | 1 | PROCESS SERVE RUSHVILLE, IL<br><br>CENTRAL DISTRICT OF ILLINOIS 02-CV-3171 46087   CONNIE SHAW R.N @ CULBERTSON HOSPITAL IL - PERSONAL 10/27/2007<br><br>PAID BY CHECK #3907<br><br>SMF | 50.00 | 50.00 |

PLEASE VISIT OUR WEBSITE AND USE YOUR LOGIN AND PASSWORD TO VIEW THE STATUS OF YOUR JOB, THE ACTUAL AFFIDAVIT AND COMMUNICATE WITH US THROUGH OUR WEBSITE PARTICULAR DETAILS OF YOUR REQUEST FOR SERVICE ORDERS.

| **Total** | $50.00 |
| --- | --- |
| **Job Balance Due** | $0.00 |

| Phone # | Fax # |
| --- | --- |
| (618) 288-9996 | (618) 288-6668 |

Customer Total Balance Due         $0.00

Kellerman Investigations, Ltd

Greg Kellerman
6611 State Rt. 162
Maryville, IL. 62062
IL. Lic: 115-001758



**WE HAVE MOVED!  PLEASE NOTE OUR NEW ADDRESS.**

| Invoice | |
|---|---|
| Date | Invoice # |
| 10/19/2007 | 19650 |

**Bill To**

LONDRIGAN, POTTER & RANDLE
1227 SOUTH 7TH ST., PO BOX 399
SPRINGFILED, IL  62705

| Web Site, Enter To Attain Status | |
|---|---|
| http://www.kellermaninvestigations.com/ | |
| WEB LOGIN ID | |
| WEB PASSWORD | |

MEMO:

| Terms | Project | E-mail | Kellerman Inv. F.E.I.N.: 35-2222438 |
|---|---|---|---|
| | | klaxon_greg1@yahoo.com | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Summons | 1 | PROCESS SERVE JENNIFER A REISSUED SUBPOENA | 45.00 | 45.00 |
| | | STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS 02-CV-3171 46285  JENNIFER BLAESING IL - PERSONAL 10/25/2007 | | |
| | | SMF | | |

119
10/4/71

McCroy
OK to pay
pkg

PLEASE VISIT OUR WEBSITE AND USE YOUR LOGIN AND PASSWORD TO VIEW THE STATUS OF YOUR JOB, THE ACTUAL AFFIDAVIT AND COMMUNICATE WITH US THROUGH OUR WEBSITE PARTICULAR DETAILS OF YOUR REQUEST FOR SERVICE ORDERS.

| **Total** | $45.00 |
|---|---|
| **Job Balance Due** | $45.00 |

| Phone # | Fax # |
|---|---|
| (618) 288-9996 | (618) 288-6668 |

Customer Total Balance Due          $45.00



## Excel Investigations

19150 S. 88th Ave., Mokena, IL 60448

(708) 326-1410
Toll Free: (866) EXCEL-IL
Fax: (708) 478-5415

info@excelinvestigations.com ■ www.excelinvestigations.com ■ Lic.# 117-000898

**FEIN No.: 36-4132096**
Tuesday, October 30, 2007

**Londrigan, Potter & Randle, P.C. - Attorneys at Law**
**1227 South 7th Street Post Office Box 399**
**Springfield, IL 62705**

### Invoice # 292631
*** *Please include invoice number upon remittance* ***

**Aaron McCroy vs. Illinois Department of Corrections, et al.,**

Case No.: 02 CV 3171

## Subpoena on M.D., Stanley Sims

| | |
|---|---|
| *Person Served:* | **M.D., Stanley Sims** |
| *Address of Service:* | **16526 Luella Avenue South Holland, Illinois 60473** |
| *Date & Time of Service:* | **10/27/2007 at 3:24 PM** |

| | |
|---|---|
| *Description of M.D., Stanley Sims:* | |
| *Sex:* | **Male** |
| *Race:* | **African American** |
| *Approximate Age:* | **51** |

Service of Process    1 @    $55.00
**DUE ON RECEIPT: $55.00**

***** *A Late Charge of 1.5% per month will be added to all open balances on the 31st day after the Invoice date* *****
*** *Please include invoice number upon remittance* ***

## Thank You
## We Appreciate Your Business!