**McCroy v. IDOC, et al.**                                    02-cv-3171

## COURT REPORTER FEES

| DATE | PROVIDER | DESCRIPTION | COST |
|------|----------|-------------|------|
| 7/16/04 | Baldwin Reporting Services | Zeh Dep. 6/22/04 | $274.05 |
| 3/2/05 | Toni Judd | Transcript of Ct. Proceedings | $244.20 |
| 9/27/06 | Golembeck Reporting Svc. | Kwedar Dep.9/11/06 | $205.60 |
| 12/27/06 | Baldwin Reporting Svc. | Anderson Dep 12/13/06 | $478.60 |
| 11/22/07 | Keefe Reporting Co. | Flagg Dep 12/21/06 | $282.25 |
| 2/23/07 | Baldwin Reporting Svc. | Wilson, Law, Crary Deps 2/2/07 | $739.95 |
| 2/23/07 | Baldwin Reporting Svc. | Kellerman, Schneppel Deps. 2/9/07 | $331.95 |
| 3/8/07 | Continental Reporting Svc. | Blumthal, Farris Deps 2/14/07 | $348.20 |
| 3/8/07 | Baldwin Reporting Svc. | Moore, Wear, Shaw Deps. 2/23/07 | $889.25 |
| 3/22/07 | Baldwin Reporting Svc. | Blaesing, Mills Deps 3/9/07 | $610.95 |
| 3/22/07 | Baldwin Reporting Svc. | Hockaday, Polk Deps. 2/21/07 | $754.65 |
| 3/22/07 | Baldwin Reporting Svc. | Funk Dep 2/16/07 | $213.40 |
| 3/28/07 | Baldwin Reporting Svc. | Lochard Dep 3/6/07 | $415.75 |
| 3/28/07 | Baldwin Reporting Svc. | Brown, Hendricks, Thompson, Bowers Deps. 3/8/07 | $739.45 |
| 3/29/07 | Baldwin Reporting Svc. | Sims Dep. 3/19/07 | $289.20 |
| 4/3/07 | In Totidem Verbis | Elyea Dep 3/7/07 | $335.00 |
| 4/3/07 | Retha R. Meyerhoff | McCroy Dep 3/16/07 | $200.20 |
| 8/10/07 | Baldwin Reporting Svc. | Winters 2/26/07 | $404.50 |
| 8/10/07 | Baldwin Reporting Svc. | Fuqua (Dep Pt. 1) 8/7/07 | $221.45 |
| 8/29/07 | Baldwin Reporting Svc. | Fuqua (Dep Pt. 2) 8/24/07 | $741.20 |
| 10/25/07 | Baldwin Reporting Svc. | Zeh Evid. Dep (10/15/07) | $519.50 |
| 10/25/07 | Baldwin Reporting Svc. | Zeh Video Dep (10/15/07) | $480.00 |
| TOTAL | | | $9,719.30 |



EXHIBIT
H - 3

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Alexandra de Saint Phalle, Esq.
LONDRIGAN, POTTER & RANDLE
1227 S. Seventh St.
Springfield, IL  62703

Inv Date  07/08/2004
Invoice#    28061
Client#        107
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: June 22, 2004

Trans Original of Dr. William Zeh, plus attendance

Total Amount $     274.05

*****************************************************************
***                                                         ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                         ***
*****************************************************************
We specialize in "Focus Group" studies

S
104171

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

2943

| 00119 Toni Judd | | | | 2943 |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | Amount |
| 1063 | 03/02/05 | McCroy | 104171100 | 244.20 |

| 03/02/05 | Total Paid | | 244.20 |
|---|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Carol_                Date _3/2/05_

Date needed _3/3/05_               Amount $ _244.00_

Payee _Toni Judd_                  Tax ID# _____

Address _____

File charged _McCroy_              File # _104171_

Special wording for draft statement: _____

_____

_____

GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
217 East Monroe, Suite 101
Springfield, Illinois 62701
(217) 523-8244
SS# 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

September 26, 2006

Mr. Thomas Londrigan
Londrigan, Potter & Randle
Attorneys at Law
1227 South Seventh Street
Springfield, Illinois 62705

FOR SERVICES RENDERED:
      In Re: Aaron McCroy vs Illinois Department of
                        Corrections, et al.
            U.S. District Court No. 02-3171


September 11, 2006 Deposition of Dr. Stephen Kwedar,
covered by Donna Dodd


TRANSCRIPT: (Copy)
      136 pages                                    $ 204.00

XEROX CHARGES:   (Copying of exhibits)
      8 copies                                     $   1.60


                        TOTAL          $ 205.60


                        Thank you

                                          158
                                          _____
                                          10417|

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Douglas Quivey, Esq.
LONDRIGAN, POTTER & RANDLE
1227 S. 7th Street
Springfield, IL 62703

Inv Date  12/27/2006
Invoice#      31333
Client#          4302
Job/File# R-11

Re: McCroy   Illinois Dept. of Corrections
Assignment Date: December 13, 2006

Trans Original of Dr. David Anderson, plus attendance

Total Amount $      478.60

We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

# Keefe Reporting Company

11 North 44th Street
Belleville, Illinois 62226-5543
Phone:(618) 277-0190/ (800) 244-0190
Fax:277-9284  reporter@keefereporting.com

# Invoice

TID# 37-1264370

| Date | Invoice # |
|------|-----------|
| 1/8/2007 | 58733 |

| Bill To | Job |
|---------|-----|
| Londrigan, Potter & Randle, P.C.<br>Douglas J. Quivey, Esq.<br>1227 South Seventh Street<br>Springfield, IL 62705 | Aaron McCroy<br>vs.<br>Illinois Department of Corrections, et al |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Attendance of Reporter: | | 45.00 | 45.00 |
| MP Orig. of Julius Flagg | 75 | 2.95 | 221.25 |
| ASCII | 1 | 10.00 | 10.00 |
| Postage (UPS) | | 6.00 | 6.00 |

165
104171

| Reporter | Job Taken | Case Number |
|----------|-----------|-------------|
| KEW | 12/21/2006 | 2002-3171 |

| Total | $282.25 |
|-------|---------|
| **Balance Due** | $282.25 |

Mastercard and Visa accepted.  Please
return copy of invoice with remittance.

OK to pay
PFG

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  02/20/2007
Invoice#     31490
Client#        105
Job/File# R-11


Re: McCroy    Department of Corrections
Assignment Date: February 02, 2007

Trans Original of Judith Wilson

Original Transcript                                      299.25

Trans Original of Bryon Law

Original Transcript                                      169.20

Trans Original of Philip Crary

Original Transcript                                      110.25

Attendance,

Attendance                                               161.25
                                                      ==========
                             Total Amount $   739.95
        Interest At A Rate Of 1.50% After 30 Days $     0.00
                               Total due $    739.95
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL 62703

Inv Date  02/15/2007
Invoice#    31479
Client#        105
Job/File# R-11

Re: McCroy   Dept. of Corrections
Assignment Date: February 09, 2007

Trans Original of Kenneth Kellerman

Original Transcript                                              56.70

Trans Original of David Schneppel

Original Transcript                                             189.00

Attendance,

Attendance                                                       86.25
                                                            ==========
                                     Total Amount $          331.95
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

MAR 0 5 2007

CONTINENTAL REPORTING SERVICE, INC.                I N V O I C E
TAX ID: 91-1485168
(206) 624-3377 Fax: (206) 623-7228

Send Billing Inquires to:                Remit Payment to:
500 Union Street, Suite 926              P.O. Box 50245
Seattle, WA  98101                       Bellevue, WA  98015

                                         Invoice No. :   569609
                                         Invoice Date:   3/02/07

     Client ID: 133909
     Carissa Anna Haning, Esq.
     LONDRIGAN POTTER & RANDLE
     1227 South Seventh Street
     Springfield IL  62705 USA

                              Note: Please mail a copy of invoice
                                    with payment and include the
                                    invoice number from above on
TERMS: DUE UPON RECEIPT             the check.

---

RE: AARON MCCROY v WEXFORD HEALTH SOURCES
No: 023171

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| ROBERT BLUMTHAL, D.O. | 124060.1 | 2/14/2007 | |
| Delivery and Handling | | | 15.00 |
| Transcript, 1 cc | | | 120.40 |
| STUART FARRIS, M.D. | 124060.2 | 2/14/2007 | |
| Transcript, 1 cc | | | 212.80 |

                    TOTAL AMOUNT DUE.................$     348.20

Note:

168

104171

Payment is due upon receipt. Invoices not paid in 30 days shall accrue
interest at the rate of 1.5% per month. Continental Reporting shall be
entitled to recover all cost and expenses incurred in collecting such
amounts, including but not limited to reasonable attorneys' fees.

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  03/02/2007
Invoice#     31521
Client#        105
Job/File# R-11


Re: McCroy    Illinois Dept of Corrections
Assignment Date: February 23, 2007

Trans Original of Susan Moore

Original Transcript                                    330.00

Trans Original of Karen Wear

Original Transcript                                    168.30

Trans Original of Connie SHaw

Original Transcript                                    194.70

Attendance,

Attendance                                             196.25
                                                    ==========
                              Total Amount $           889.25
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date   03/16/2007
Invoice#      31575
Client#         105
Job/File# R-35

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: March 09, 2007

Trans Original of Jennifer Blaesing

Orig Med/Tech Transcript                              307.05

Trans Original of Rhonda Mills

Orig Med/Tech Transcript                              179.40

Attendance,

Attendance                                            124.50
                                                  ==========
                              Total Amount $          610.95
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  03/14/2007
Invoice#      31569
Client#         105
Job/File# R-11


Re: McCroy    Illinois Dept. of Corrections
Assignment Date: February 21, 2007

  Trans Original of Dennis Hockaday

  Original Transcript                                    434.70

  Trans Original of Terry Polk

  Original Transcript                                    151.20

  Attendance,

  Attendance                                             168.75
                                                    ==========
                              Total Amount $            754.65
  We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  03/12/2007
Invoice#      31552
Client#        105
Job/File# R-11

Re: McCroy   Illinois Dept. of Corrections
Assignment Date: February 16, 2007

Trans Original of Sandra Funk, plus attendance

                        Total Amount $    213.40
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  03/26/2007
Invoice#      31598
Client#         105
Job/File# R-11


Re: McCroy    Illinois Dept of Corrections
Assignment Date: March 06, 2007


Trans Original of Dr. Hughes Lochard, plus attendance

                          Total Amount $      415.75
We specialize in "Focus Group" studies

                                              5
                                        1155.20


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  03/27/2007
Invoice#     31605
Client#        105
Job/File# R-11

Re: McCroy    Illinois Dept of Corrections
Assignment Date: March 08, 2007

Trans Original of Dr. Lowell Brown

Orig Med/Tech Transcript                          233.70

Trans Original of Karolyn Hendricks

Orig Med/Tech Transcript                           90.45

Trans Original of Cindy Thompson

Orig Med/Tech Transcript                          164.15

Trans Original of Barb Bowers

Orig Med/Tech Transcript                           63.65

Attendance,

Attendance                                        187.50
                                               ==========
                              Total Amount $      739.45
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

MAR 2 8 2007

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Ms. Carissa Haning
LONDRIGAN, POTTER & RANDLE
1227 S. 7th Street
Springfield, IL  62704

Inv Date  03/27/2007
Invoice#    31603
Client#      4138
Job/File# R-243

Re: McCroy   Illinois Dept. of Corrections
Assignment Date: March 19, 2007

Trans Original of Dr. Stanley Sims, plus attendance

Total Amount $     289.20

We specialize in "Focus Group" studies

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

370€

| Voucher | Date | Invoice Description | Matter | 3706 Amount |
|---------|------|---------------------|--------|-------------|
| 00005 Baldwin Reporting Services | | | | |
| 1928 | 03/29/07 | McCroy | 104171100 | 289.20 |

|  |  |  |  |
|---|---|---|---|
| 03/29/07 | Total Paid | | 289.20 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

*In Totidem Verbis*, LLC

ID#:
35-2173034

Phone/Fax:
815/453-2260

Doris Kennay
Owner

*Certified Court Reporters*
*8991 South Prairie Road*
*Ashton, Illinois 61006*

# Invoice

| DATE |
|---|
| 3/26/07 |

| BILL TO | RE |
|---|---|
| Attorney Thomas F. Londrigan<br>LONDRIGAN, POTTER & RANDLE, PC<br>1227 S. Seventh Street<br>PO Box 399<br>Springfield, IL 62705 | McCroy v. IDOC |

| INVOICE # | DATE TAKEN |
|---|---|
| 07JE50 | 3/7/07 |

| DESCRIPTION | AMOUNT |
|---|---|
| REPORTING/TRAVEL TIME: | 105.00 |
| ORIGINAL TRANSCRIPT W/CONDENSED OF WILLARD ELYEA, MD: | 225.45 |
| POSTAGE: | 4.55 |

| | Total | 335.00 |
|---|---|---|

### THANK YOU FOR CHOOSING ITV!

*(Please make checks payable to In Totidem Verbis, LLC and return with copy.)*

# INVOICE



## *Retha R. Meyerhoff*

Social Security No. 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

### *Certified Shorthand Reporter*

P.O. Box 263
Percy, Illinois 62272

Phone (618) 965-3671



April 2, 2007

Mr. Thomas Londrigan
Londrigan, Potter & Randle, PC
P.O. Box 399
Springfield, IL  62705

       RE:  McCroy vs. Dept. of Corrections, et al.
           No. 02-3171
           US District Court-Central District

For deposition taken March 16, 2007, at Pinckneyville
Correctional Center, Pinckneyville, Illinois:

  Copy of transcript, Aaron McCroy, with index     $195.00
  Postage and Handling                $  5.20

           TOTAL AMOUNT DUE          $200.20

**THOMAS F. LONDRIGAN / TIMOTHY J ' ONDRIGAN**
    ATTORNEYS AT LAW - OPERATING ACC       r

3711

| Voucher | Date | Invoice Description | Matter | 3711 Amount |
|---|---|---|---|---|
| 00173 Retha R. Meyerhoff | | | | |
| 1933 | 04/03/07 | McCroy 104171 | 104171100 | 200.20 |

04/03/07    Total Paid                            200.20

DELUXE BUSINESS FORMS  1•800-328-0304  www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

AUG 0 6 2007

STATEMENT

Thomas F. Londrigan, Esq.                    Prepared On    08/02/2007
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street                    Statement Date 04/30/2007
Springfield, IL  62703

                                             Client Number        105

| Invoice Number | Invoice Date | Case Style | Invoice Amount | Paid To Date | Interest Due | Total Due |
|---|---|---|---|---|---|---|
| 31579 | 03/16/2007 | McCroy Illinois Dept. of Co | 404.50 | | | 404.50 |

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                    **3817**
ATTORNEYS AT LAW - OPERATING ACCOUNT

| 00005 Baldwin Reporting Services | | | | 3817 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 2056 | 08/10/07 | McCroy | | 104171100 | 404.50 |

*Kevin Winters Dep. 2/26/07*

| 08/10/07 | Total Paid | | 404.50 |
|---|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

                    TOTALS:    $404.50                    $404.50

                                                          $404.50

AUG 0 9 2007

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL 62703

Inv Date   08/09/2007
Invoice#      32172
Client#         105
Job/File# R-11

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: August 07, 2007

Trans Original of Deborah Fuqua, plus attendance

Total Amount $      221.45

We specialize in "Focus Group" studies

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3823

| 00005 Baldwin Reporting Services | | | | 3823 |
| Voucher | Date | Invoice Description | Matter | Amount |
| 2062 | 08/10/07 | McCroy | 104171100 | 221.45 |

08/10/07    Total Paid                                    221.45

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  08/27/2007
Invoice#     32252
Client#        105
Job/File# R-33

Re: McCroy   Dept. of Corrections
Assignment Date: August 24, 2007

 Trans Original of Deborah Fuqua

 Original Transcript                                      601.20

 Attendance,

 Attendance                                              140.00
                                                      ===========
                            Total Amount $       741.20
We specialize in "Focus Group" studies

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                          3836
      ATTORNEYS AT LAW - OPERATING A(     )NT

00005 Baldwin Reporting Services                        3836
Voucher     Date       Invoice Description      Matter        Amount
2075      08/29/07        McCroy              104171100        741.20

        08/29/07      Total Paid                              741.20

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street          Inv Date  10/23/2007
Springfield, IL  62703             Invoice#      32519
                                   Client#         105
                                   Job/File# VR-11 & 80

Re: McCroy   Illinois Dept. of Corrections
Assignment Date: October 15, 2007

Trans Original of Dr. William Zeh, plus attendance

                         Total Amount $      519.50
We specialize in "Focus Group" studies

5
104 171

BALDWIN REPORTING SERVICES          999.50
Federal Tax Id#: 37-1234576

BRS Original

OCT 2007

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas F. Londrigan, Esq.
LONDRIGAN, POTTER & RANDLE
1227 South Seventh Street
Springfield, IL  62703

Inv Date  10/23/2007
Invoice#       32520
Client#           105
Job/File# VR-11 & 80

Re: McCroy    Illinois Dept. of Corrections
Assignment Date: October 15, 2007

Videographer Attend, Dr. William Zeh, plus attendance

| | |
|---|---:|
| Copy on DVD Disk | 30.00 |
| Mini Digital Master Blank | 20.00 |
| Attend, Set-up & Hrly Prod | 430.00 |
| | =========== |
| Total Amount $ | 480.00 |

We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original