**McCroy v. IDOC, et al.**                                   02-cv-3171

## WITNESS FEES

| DATE | DEPONENT/WITNESS | DESCRIPTION | COST |
|---|---|---|---|
| 5/17/04 | Zeh | Deposition | $20.00 |
| 12/4/06 | Crary | Deposition | $40.00 |
| 1/8/07 | Wear | Deposition | $40.00 |
| 2/27/07 | Hendricks | Deposition | $40.00 |
| 2/27/07 | Elyea | Deposition | $40.00 |
| 2/27/07 | Blaesing | Deposition | $40.00 |
| 10/5/07 | Blaesing | Trial Witness + mileage | $189.38 |
| 10/5/07 | Sims | Trial Witness + mileage | $162.22 |
| 10/5/07 | Rayford | Trial Witness + mileage | $210.72 |
| 10/8/07 | Bowers | Trial Witness + mileage | $189.38 |
| 10/8/07 | Thompson | Trial Witness + mileage | $189.38 |
| 10/8/07 | Moore | Trial Witness + mileage | $189.38 |
| 10/8/07 | Elyea | Trial Witness + mileage | $203.93 |
| 10/8/07 | Zeh | Trial Video dep | $1,500.00 |
| 10/9/07 | Drennen | Trial Witness + mileage | $189.38 |
| 10/19/07 | Shaw | Trial Witness + mileage | $172.89 |
| | | TOTAL | $3,416.66 |



EXHIBIT H-4

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

| | | | | | 2601 |
|---|---|---|---|---|---|
| 00119 Dr. William Zeh | | | | | |
| Voucher | Date | Invoice Description | | Matter | 2601 Amount |
| 668 | 05/17/04 | McCroy | | 104171100 | 20.00 |

| 05/17/04 | Total Paid | | 20.00 |
|---|---|---|---|

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

## CHECK REQUEST

Requested by _Chuel_  Date _5-17-04_

Date needed _5-17-04_  Amount $_20.00_

Payee _Dr. William Zeh_  Tax ID# _____

Address _____

File charged _McCroy_  File # _104171_

Special wording for draft statement: _____

| 00119 Philip M. Crary | | | | |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | 3607 Amount |
| 1822 | 12/04/06 | McCroy | 104171100 | 40.00 |

12/04/06   Total Paid                                           40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_                Date _12/4/06_

Date needed _12-6/06_               Amount $ _40.00_

Payee _Philip M. Crary_             Tax ID# _____

Address _c/o Western Illinois Correctional Center RR 4, Box 196, Mount Sterling, IL 62353_

File charged _McCroy_               File # _104171_

Special wording for draft statement: _Subpoena Witness Fee for Deposition_

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

363

| 00119 Karen Wear | | | | | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | 3630 Amount |
| 1848 | 01/08/07 | McCroy | | 104171100 | 40.00 |

01/08/07   Total Paid                                                                                           40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_                Date _1-8-07_

Date needed _1-8-07_              Amount $ _40.00_

Payee _Karen Wear_                 Tax ID# _____

Address _c/o Western Ill. Correctional Center_
_R.R. 4, Box 196, Mount Sterling, IL 62353_

File charged _McCroy_              File # _104171_

Special wording for draft statement: _Subpoena Witness Fee for Deposition_

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN
ATTORNEYS AT LAW - OPERATING ACCOUNT
3:02-cv-03171-HAB-BGC   #476-13      Page 5 of 17

368

| 00119 Karolyn Hendricks | | | | 3680 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1900 | 02/27/07 | McCroy | | 104171100 | 40.00 |

02/27/07    Total Paid                                               40.00

DELUXE BUSINESS FORMS 1•800-328-0304 www.deluxeforms.com

## CHECK REQUEST

Requested by _Paula_          Date _2/26/07_

Date needed _Wed. 2/28/07_    Amount $ _40.00_

Payee _Karolyn Hendricks_     Tax ID# _____

Address _c/o ~~IL Attorney General~~ Kelly Choate, 500 S. 2nd St., Spfld, IL 62706_

File charged _McCroy_          File # _104171_

Special wording for draft statement: _Deposition Subpoena Witness Fee_

| 00119 Dr. Willard Elyea | | | | 3681 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1901 | 02/27/07 | McCroy | | 104171100 | 40.00 |

| 02/27/07 | Total Paid | | 40.00 |
|---|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# CHECK REQUEST

Requested by _Paula_  Date _2/26/07_

Date needed _Wed 2/28/07_  Amount $ _40.00_

Payee _Dr. Willard Elyea_  Tax ID# _____

Address _c/o Kelly Choate, Ill. Attorney General, 500 S. 2nd St., Spfld, IL 62706_

File charged _McCroy_  File # _104171_

Special wording for draft statement: _Deposition Subpoena Witness Fee_

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

368

| 00119 Jennifer Blaesing | | | | 3682 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1902 | 02/27/07 | McCroy | | 104171100 | 40.00 |

02/27/07    Total Paid    40.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __Paula__    Date __2/26/07__

Date needed __Wed. 2/28/07__    Amount $ __40.00__

Payee __Jennifer Blaesing__    Tax ID# _____

Address __c/o Theresa Powell, Heyl Royster Voelker & Allen, National City Center, Suite 575, 1 N. Old State Capitol Plaza, P.O. Box 1687, Springfield, IL 62705-1687__

File charged __McCroy__    File # __104171__

Special wording for draft statement: __Deposition Subpoena Witness Fee__

## McCroy - Witness/Mileage Fees

| Name | Amount | Status |
|---|---|---|
| Terry Polk | $162.22 ✓ | VOIDED |
| Rhonda Mills | $238.85 ✓ | VOIDED |
| Jennifer Blaesing | $189.38 ✓ | |
| Stanley Sims, M.D. | $162.22 ✓ | |
| Kevin Winters | $205.87 ✓ | VOIDED |
| | $138.94 ✓ | VOIDED |
| Dennis Hockaday | $110.81 ✓ | VOIDED |
| Cleveland Rayford, M.D. | $210.72 ✓ | |

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3868

00119 Jennifer Blaesing

| Voucher | Date | Invoice Description | Matter | | 3868 |
|---|---|---|---|---|---|
| 2115 | 10/05/07 | McCroy | 104171100 | | Amount 189.38 |

*Blaesing*

10/05/07    Total Paid                                                                189.38

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3869

00119 Stanley Sims, M.D.

| Voucher | Date | Invoice Description | Matter | | 3869 |
|---|---|---|---|---|---|
| 2116 | 10/05/07 | McCroy | 104171100 | | Amount 162.22 |

*Sims*

10/05/07    Total Paid                                                                162.22

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3872

00119 Dennis Hockaday

| Voucher | Date | Invoice Description | | Matter | 3872 |
|---|---|---|---|---|---|
| 2119 | 10/05/07 | McCroy | | 104171100 | Amount 110.81 |

Hockaday — VOIDED

10/05/07    Total Paid                                            110.81

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3873

00119 Cleveland Rayford, M.D.

| Voucher | Date | Invoice Description | | Matter | 3873 |
|---|---|---|---|---|---|
| 2120 | 10/05/07 | McCroy | | 104171100 | Amount 210.72 |

Rayford

10/05/07    Total Paid                                            210.72

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __AMK__          Date __10-8-07__

Date needed __ASAP__          Amount $ __189.38__

Payee __Barb Bowers__         Tax ID# _____

Address _____

File charged __McCroy__       File # __104171__

Special wording for draft statement: _____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3877

| 00119 Barb Bowers | | | | 3877 |
| Voucher | Date | Invoice Description | Matter | Amount |
| 2124 | 10/08/07 | McCroy | 104171100 | 189.38 |

10/08/07   Total Paid                                189.38

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __AMK__                Date __10-8-07__

Date needed __ASAP__             Amount $ __189.38__

Payee __Cindy Thompson__         Tax ID# _____

Address _____

File charged __McCroy__           File # __104171__

Special wording for draft statement: _____

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                    3878
ATTORNEYS AT LAW - OPERATING A    )UNT

```
00119 Cindy Thompson                                          3878
Voucher    Date        Invoice Description          Matter        Amount
2125       10/08/07    McCroy                       104171100     189.38
```

10/08/07    Total Paid                                            189.38

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



## CHECK REQUEST

Requested by __AMK__   Date __10-8-07__

Date needed __ASAP__   Amount $ __189.38__

Payee __Susan Moore__   Tax ID# _____

Address _____

File charged __McCroy__   File # __10417|__

Special wording for draft statement: _____

_____

_____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**   3879
ATTORNEYS AT LAW - OPERATING ACCOUNT

| 00119 Susan Moore | | | | 3879 |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | Amount |
| 2126 | 10/08/07 | McCroy | 104171100 | 189.38 |

10/08/07    Total Paid    189.38

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __AMK__                    Date __10-8-07__

Date needed __ASAP__                    Amount $ __203.93__

Payee __Willard Elyea MD__              Tax ID# _____

Address _____

File charged __McCroy__                 File # __104171__

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**                    3880
ATTORNEYS AT LAW - OPERATING ACCOUNT

00119 Willard Elyea, M.D.                                          3880

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 2127 | 10/08/07 | McCroy | 104171100 | 203.93 |

10/08/07    Total Paid                                             203.93

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**Paula Gentry**

**From:** Beth Knotts [Beth@HFMFM.com]
**Sent:** Monday, October 08, 2007 12:18 PM
**To:** Paula Gentry
**Subject:** RE: Deposition Answer

Paula, Dr. Zeh's fee is $300/hour. I presume the deposition will be two hours (isn't there a time limit on depositions in Illinois of two hours?) plus the two hours before the deposition for his meeting with Tom and at least one hour of prep time for reviewing the records. Can you have Tom bring a check payable to Dr. Zeh for $1500? Thanks! Beth

Beth Knotts
Hill Fulwider McDowell Funk & Matthews
One Indiana Square, Suite 2000
Indianapolis IN 46204
317-488-2000

---

**From:** Paula Gentry [mailto:Paula@lprpc.com]
**Sent:** Friday, October 05, 2007 3:52 PM
**To:** Beth Knotts
**Subject:** Deposition Answer

Hello again, Beth. I spoke to Tom Londrigan and he confirmed that we will pay Dr. Zeh "ordinary and reasonable fees" for his time. Just let Tom know what that will be.

Thank you.

Paula Gentry
Legal Assistant to Thomas F. Londrigan
LONDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh St.
P. O. Box 399
Springfield, IL 62705
(217) 544-9823 Phone
(217) 544-9826 Fax

180
104171

Barbi –
Charge to McCroy

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING  COUNT                                              3881

00180 William Gordon Zeh

| Voucher | Date | Invoice Description | Matter | 3881 Amount |
|---------|------|---------------------|--------|-------------|
| 2128 | 10/08/07 | McCroy 104171100 | 104171100 | 1,500.00 |

$40 is witness fee on Bill of Costs. Balance to be included in later submission /pk

10/08/07    Total Paid                                                          1,500.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

## CHECK REQUEST

Requested by __AMK__                Date __10-9-07__

Date needed __ASAP__                Amount $ __189.39__

Payee __Delores Drennen__           Tax ID# _____

Address _____

File charged __McCroy__             File # _____

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3889

| 00119 Delores Drennen | | | | 3889 | |
| Voucher | Date | Invoice Description | | Matter | Amount |
| 2136 | 10/09/07 | McCroy | | 104171100 | 189.39 |

10/09/07    Total Paid                                189.39

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com



## CHECK REQUEST

Requested by __AMK__                 Date __10-19-07__

Date needed __ASAP__            Amount $ __172.89__

Payee __Connie Shaw__           Tax ID# _____

Address _____

File charged __McCroy__         File # _____

Special wording for draft statement: _____

**THOMAS F. LONDRIGAN / TIMOTHY I. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING A    UNT

3906

```
00119 Connie Shaw
Voucher    Date        Invoice Description                    3906
2153       10/19/07    McCroy                   Matter        Amount
                                                104171100     172.89
```

10/19/07    Total Paid                                        172.89

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

