**E-FILED**
Thursday, 13 December, 2007  04:05:56 PM
Clerk, U.S. District Court, ILCD

**FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS
NECESSARILY OBTAINED FOR USE IN THE CASE**

Total number of copies = 33,639
Rate:    .20 per page

$$
\begin{array}{rr}
 & 33,639 \\
 & \underline{x \quad .20} \\
\end{array}
$$

|  | SubTotal | $6,727.80 |
|---|---|---|
| Payment by Heyl |  | - 70.80 |
|  | Total | $6,657.00 |

**EXHIBIT**

H-5

**Downstair Copier Log:**

| File | File # | Code # | # of Copies | Total |
|---|---|---|---|---|
| NRA | | 1 | 8 | 1.60 |
| | | 2 | 68 | 13.60 |
| | | 3 | 11 | 2.20 |
| | | 4 | 8 | 1.60 |
| | | 5 | 316 | 63.2 |
| | | 7 | 12 | 2.4 |
| | | 8 | 5 | 1.00 |
| our | | 15 | 44 | 8.80 |
| Bud | | 16 | 184 | 36.80 |
| Tom | | 30 | 89 | 17.80 |
| Judy/shari | | 22 | 22 | 4.40 |
| shari | | 24 | 2 | .40 |
| NRA | | 25 | 1 | .20 |
| | | 26 | 26 | 5.20 |
| | | 33 | 3 | .60 |
| | | 55 | 5 | 1.00 |
| Heitman | 03-113 | 107 | 1035 | 207.00 |
| McGee | 03-117 | 110 | 63 | 12.60 |

**Date Read: 4/26/04**

| File | File # | Code # | # of Copies | Total |
|---|---|---|---|---|
| Amentech | 14699 | 117 | 4 | .80 |
| Plainview | 03-110 | 122 | 148 | 29.60 |
| Fischer | 03-115 | 126 | 191 | 38.20 |
| Easter | 146026 | 129 | 1 | .20 |
| McCrey | 104171 | 206 | 33 | 6.60 |
| Donley-Alfalfa | 206086-001 | 311 | 2 | .40 |
| V.Strasser | 04539 | 315 | 44 | 8.80 |
| Donovan | 04015 | 321 | 706 | 141.20 |
| Kelth/NRA | 23055/04864 | 334 | 870 | 174.00 |
| Brown | 04530 | 338 | 6 | 1.20 |
| Reinberg | 24899 | 330 | 3 | .60 |
| Stelle | 04790 | 335 | 49 | 9.80 |
| McHany | 04786 | 337 | 735 | 147.00 |
| Fitzgerald | 04689 | 342 | 160 | 32.00 |
| P.Broughton | 04594 | 351 | 36 | 7.20 |
| Am.Central Insur | 04833 | 355 | 18 | 3.60 |

**Downstair Copier Log:**

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 001 | | | 10401 | 2070.20 |
| 002 | | | 340 | 68.00 |
| 003 | | | 46 | 9.20 |
| 004 | | | 4 | .80 |
| 005 | | | 25 | 5.00 |
| 007 | | | 58 | 11.60 |
| 015 | | Dexy | 10 | 2.00 |
| 016 | | | 28 | 5.10 |
| 020 | | Tom | 320 | 64.00 |
| 012 | | | 3 | .60 |
| 0073 | | | 9 | 1.70 |
| 106 | 103112 | Koehne | 503 | 100.60 |
| 117 | 14697 | Ammritch | 93 | 18.60 |
| 122 | 103110 | Phinney | 122 | 21.10 |
| 126 | 103115 | Fischer Bkl | 59 | 11.80 |
| | 103111 | Eastep | 22 | |
| 206 | 109171 | McCrary | 3 | .60 |
| | | | 3 | |

Date Read: 9/04

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 315 | 24538 | Sissy & Estck | 95 | 19.00 |
| 320 | 220200 | Willcox | 4 | .80 |
| 351 | 24594 | Broughton P | 14 | 2.70 |
| 367 | 24363 | Albanese Nev. | 1 | .20 |
| 370 | 23206 | Kevasotes | 142 | 28.40 |
| 379 | 24008 | RCase Eval | 114 | 22.70 |
| 385 | 24857 | Champaign | 3 | .60 |
| 406 | 23760 | Oil Filter | 3 | .60 |
| 508 | 34808 | Crabill | 637 | 127.40 |
| 601 | 134923 | Allen | 95 | 19.00 |
| 622 | 134944 | Case Do Misc | 1,086 | 217.20 |
| 628 | 134953 | Leonard | 265 | |
| 700 | 53479 | ASP Case Eval | 267 | 53.40 |
| 704 | 54794 | Tyee Powell | 191 | 34.20 |
| 705 | 54807 | Galvez | 266 | 53.20 |
| 711 | 54912 | Gibson | 7 | 1.40 |
| 712 | 54745 | Downey | 43 | |
| 715 | 54746 | Elstun | 345 | 19.00 |

G:\FORMS\OFFICE\Downstairs Copy Log.wpd

Downstair Copier Log:

| Code # | File # | File Name | # of Copies | Total |
| --- | --- | --- | --- | --- |
| 106 | 103112 | Kochan | 1 | .20 |
| 110 | 103117 | McGee | 52 | 10.40 |
| 117 | 14697 | Omnitech | 3 | .60 |
| 122 | 103110 | Plainview | 5148 | 1029.60 |
| 126 | 103115 | Fricker | 17 | 3.40 |
| 182 | 203147 | rimz misc | 14 | 2.80 |
| 2?? | 103756 | Knecker | 5 | .60 |
| 206 | 104171 | McCary | 451 | 90.20 |
| 21? | | | 7 | 1.40 |
| 215 | 103104 | Case trial | 4 | .80 |
| 304 | 20686 | Dooley | 165 | 33.00 |
| 311 | 2068001 | Donley | 9 | 1.80 |
| 315 | 24539 | Strzun | 116 | 23.20 |
| 324 | 24915 | Busch | 342 | 68.40 |
| 320 | 24708 | Barker | 43 | 8.60 |
| 335 | 24790 | Stell | 681 | 136.20 |
| 370 | 23206 | Knautila | 1887 | 317.40 |
| 389 | 24963 | Nachtwey | 128 | 25.60 |

Date Read: 11/23

| Code # | File # | File Name | # of Copies | Total |
| --- | --- | --- | --- | --- |
| 399 | 24887 | Taylor | 102 | 20.40 |
| 505 | 31757 | CR misc | 12 | 2.40 |
| 507 | 34916 | Namofu | 170 | 34.00 |
| 508 | 34808 | Waitiel | 8 | 1.60 |
| 513 | 34900 | Sehring | 7 | 1.40 |
| 524 | 23055 | NRA | 94 | 18.80 |
| 542 | 34738 | Watkins | 136 | 27.20 |
| 620 | 134942 | DQ case trial | 8 | 1.60 |
| 700 | 53479 | Chap case trial | 243 | 48.60 |
| 704 | 54794 | Crew | 135 | 27.00 |
| 705 | 54807 | Mabry | 292 | 58.40 |
| 706 | 54620 | Brunner | 74 | 14.80 |
| 708 | 54767 | Corhson | 190 | 38.00 |
| 712 | 54745 | Downing | 631 | 126.20 |
| 715 | 54746 | Elston | 82 | 16.40 |
| 718 | 54914 | Hasting | 162 | 32.40 |
| 723 | 54817 | Flack | 291 | 58.20 |
| 724 | 54821 | Burton | 499 | 99.80 |

G:\FORMS\OFFICE\Downstairs Copy Log.wpd

Date Read: 3/05

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 370 | 8330b | Kerosene? | 20 | 4.00 |
| 378 | 84958 | MSP ToMo | 15 | 3.00 |
| 384 | 3460l | Smedley | 112 | 22.40 |
| 388 | 34675 | Broughex | 61 | 12.20 |
| 389 | 34693 | Nachtbury | 8 | 1.60 |
| 395 | 237600 | BPR | 7 | 1.40 |
| 461 | 26107 | CCB | 322 | 64.40 |
| 406 | 23760 | Oil Filter | 28 | 5.60 |
| 411 | | | 2 | .40 |
| 414 | 4985 | Vern Sasser | 153 | 30.60 |
| 413 | 8505 | Gehrs | 357 | 71.40 |
| 510 | 34894 | Calcara | 158 | 31.60 |
| 533 | 330001 | Kerosene | 77 | 15.90 |
| 601 | 34988 | Allen | 2 | .40 |
| 602 | 13490 | Crayton Pl | 11 | 2.20 |
| 604 | 3498d | Brown | 1 | .20 |
| 609 | 34931 | MerriwthV | 52 | 10.40 |
| 613 | 34981 | Gilmore | 6 | 1.20 |

Downstair Copier Log:

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 113 | 10304 | AIEG | 4 | .80 |
| 186 | 103115 | Fischer Bohl | 915 | 183.00 |
| 119 | | | 18 | 3.60 |
| 181 | 10344 | Tom Misc | 8 | 1.60 |
| 20? | | | 6 | |
| 20? | 104171 | McCann | 5 | 1.00 |
| 20? | | Essex City | | |
| 304 | 26780 | TP Misc | 315 | 63.00 |
| 311 | 2008000 | Dolgin Alfalfa | 2 | .40 |
| 315 | 34539 | Sasser | 494 | 98.80 |
| 317 | 34913 | Fenwick | 6 | 1.20 |
| 323 | 34737 | Elston | 10 | 2.00 |
| 324 | 34915 | Busch | 158 | 31.60 |
| 351 | 34509 | Broughton P. | 121 | 24.20 |
| 355 | 34633 | Amer Con Central | 85 | 17.00 |
| 360 | 34603 | Brown Analytic | 1 | .20 |
| 361 | 34894 | Egan | 4 | .80 |
| 362 | 34957 | BAS | 36 | 7.20 |

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

ıD4ı7ı

**COPY CHARGES**

Total = 20.60

DATE  11/7/05

CASE  McCroy

MATERIAL COPIED  Asst'd Corr, Contract
& disclosure to send to
client

AMOUNT  97  (19.40)

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

ıD4ı7ı

**COPY CHARGES**

ATE  11/10/05

ASE  McCroy

ATERIAL COPIED  Letter

MOUNT  4  (.80)

pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

## COPY CHARGES

DATE 12/6/05

CASE McCroy

MATERIAL COPIED Pleading / Corr

AMOUNT 17    3.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

## COPY CHARGES

Total = 28.80

DATE 12/15/05

CASE McCroy

MATERIAL COPIED Corr & Disc.

AMOUNT 105    21.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

## COPY CHARGES

DATE McCroy 12/20/05

CASE McCroy

MATERIAL COPIED Ltr & disc.

AMOUNT 22    4.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

## COPY CHARGES

DATE  1 - 06

CASE  Mc Croy    104171

MATERIAL COPIED

AMOUNT  117.80

BY  ad

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1/19/06

CASE

MATERIAL COPIED McCray

969      193.80

AMOUNT

BY

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/3/06

CASE McCroy

MATERIAL COPIED Ltr & Pleadings

AMOUNT 15                3.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

Total = 59.40

DATE 1/30/06

CASE McCroy

MATERIAL COPIED Pleading & Ltr

AMOUNT 7                1.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/13/06

CASE McCroy

MATERIAL COPIED Greivances, Corr, records, pleadings

AMOUNT 160                32.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/13/06

CASE McCroy

MATERIAL COPIED Corr.

AMOUNT 15                3.00

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 2/23/06

CASE McCroy

MATERIAL COPIED Summons/Complaint & letters

AMOUNT 60    12.00

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 2/23/06

CASE McCroy

MATERIAL COPIED Copies of Pleadings & Corr.

AMOUNT 40    8.00

BY pkg



Sangamon County Circuit Clerk
Anthony P. Libri, Jr., C.G.F.M.
200 South Ninth Street, Room 405
Springfield, IL 62701

| Case Number: 2005-MR-000572 | Date: 03/10/2006 | Receipt Number: 9769594 Page 1 |
|---|---|---|

| Defendant | | OFFICE OF ATTY GENERAL |
|---|---|---|
| ROGER E. WALKER JR<br>1301 CONCORDIA COURT<br>SPRINGFIELD, IL 62794 | | JOHN J. WEATHERS<br>500 S 2ND ST<br>SPRINGFIELD, IL 62706 |

| Agency: | Ticket: |
|---|---|

| Item | Fee | Category | | Payor |
|---|---|---|---|---|
| 001<br>Total | 12.25<br>12.25 | Copies | 2001 | ROGER E. WALKER JR |

| Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|
| COPIES<br>Total | 12.25<br>12.25 | | 12.25<br>12.25 | |
| | | | Bond Used | |
| | | | Cash | |
| Check #  3379 | Check Date 03/09/2006 | | Check | 12.25 |
| | | | Total Tendered | 12.25 |
| | | | Change Due | |
| | | | Balance Due | .00 |

By: _____
Deputy Clerk:    TP 835

Batch 03-106-002 Date 03/10/2006 Time 15:38:03

# Customer Copy

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 2/24/06

CASE McCroy

MATERIAL COPIED Am- Complaint

AMOUNT 125          25.00

BY plg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES
Total = 51.60

DATE 2/24/06

CASE McCroy

MATERIAL COPIED Summons 4

AMOUNT 20          4.00

BY plg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 3/10/06

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 43          8.60

BY plg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 2/28/06

CASE McCroy

MATERIAL COPIED Discovery & Ltr.

AMOUNT 51          10.20

BY plg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

**COPY CHARGES**

DATE  3-06

CASE  McCroy  104171

MATERIAL COPIED

AMOUNT  .20

BY

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  3/8/06

CASE  McCroy

MATERIAL COPIED  Pleadings

AMOUNT  18      3.60

BY  PKg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

COPY CHARGES    8.60

DATE 3/27/06

CASE McCroy

MATERIAL COPIED Pleading & Ltr

AMOUNT 13    2.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

COPY CHARGES    Total = 16.00

DATE 3/27/06

CASE McCroy

MATERIAL COPIED Summons/Ltr

AMOUNT 7    1.40

BY pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417)

Copy
~~TELEPHONE~~

DATE: 4/25/06

CASE: McCroy

Disclosure by D

AMOUNT: 5    1.00

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417)

Copy
~~TELEPHONE~~    19.60

DATE: 4/19/06

CASE: McCroy

Recent Pleadings

AMOUNT: 32    6.40

pkg

**Downstair Copier Log:** 4/27/04

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 11.2 | 103148 | ~RA | 228 | 45.60 |
| 110 | 103117 | McGee | 153 | 30.60 |
| 126 | 103115 | Fischer-Bohl | 1 | .20 |
| 306 | 104171 | McCoy | 3 | |
| | | | 33 | 7.60 |
| 302 | 25094 | Kelso | 46 | 9.20 |
| 304 | 24686 | Tinley | 4 | .80 |
| 305 | 25080 | TRP Misc | 47 | 9.40 |
| 316 | 25103 | Ros-Dixon | 6 | 1.20 |
| 307 | 25040 | Merriweather | 133 | |
| 310 | 24869 | OBrien | 3 | |
| 312 | 25668 | Huff-May | 3 | |
| 317 | 24913 | Hamrick | 5 | |
| 324 | 24915 | Busch | 807 | 161.40 |
| 332 | 25010 | McClosskey | 1069 | 213.80 |
| 350 | 25634 | Mulder | 913 | 182.60 |
| 36 | 25685 | Nudo-State | 12 | 2.40 |
| | | | | 693.20 |

**Date Read:**

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 376 | 23204 | Kernsokes | 257 | 51.40 |
| 374 | 3092 | Willey | 16 | 3.20 |
| 378 | 24058 | MSP Forms | 2 | .40 |
| 384 | 24061 | Smedley | 52 | 10.40 |
| | 24185 | Vern Strsser | 102 | 20.40 |
| 495 | 25035 | Leone | 1833 | 366.60 |
| 513 | 34900 | Spring | 84 | 16.80 |
| 533 | 33084 | Kernsokes | 25 | 5.00 |
| 574 | 33134 | CK Case End | 24 | 4.80 |
| 1001 | 13590 | Santos | 4 | .80 |
| 1005 | 13498 | Dillon | 3 | 1.40 |
| 1008 | 13489 | Honeyer | 106 | 21.20 |
| 1009 | 13493 | Morrisweather | 431 | 86.20 |
| 1012 | 13508 | Lund | 8 | 1.60 |
| 1013 | 13582 | TMS IF-W137 | 494 | 98.80 |
| 1020 | 13496 | DD Case End | 18 | 3.60 |
| 1024 | 13446 | Gall | 8 | 1.60 |
| 1033 | 13500 | Smithers | 38 | 7.60 |
| | | | | 702.00 |

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 5/1/06

CASE: McCroy

Disclosure

AMOUNT: 52 + 13 = 65 + 8 = 73
pkg    (14.60)

---

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

Copy
~~TELEPHONE~~    Total = 28.00

DATE: 5-06

CASE: McCroy
104171

AMOUNT: 3.60

---

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 5/19/06

CASE: McCroy

Corr/Releases for
Med Recs.

AMOUNT: 7 X 2 = 14    (2.80)
pkg

---

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 5/12/06

CASE: McCroy

Pleadings/Greivances

AMOUNT: 35    (7.00)
pkg

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

Copy
~~TELEPHONE~~

DATE: 5/24/06

CASE: McCroy

For Consult Review

AMOUNT: 260        52.00
pkg

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171
Total =
57.20

Copy
~~TELEPHONE~~

DATE: 5/23/06

CASE: McCroy

2nd AC

AMOUNT: 26        5.20
pkg

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 7/7/06

CASE: McCroy

Corr & Enc.

AMOUNT: 8    1.60

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy    Total= 64.60
~~TELEPHONE~~

DATE: 7/12/06

CASE: McCroy

Greivances

AMOUNT: 236    47.20

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 6/30/06

CASE: McCroy

Disc.

AMOUNT: 19    3.80

pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 7/6/06

CASE: McCroy

Med Auth
& Corr

AMOUNT: 60    12.00

pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 7/27/06

CASE McCroy

MATERIAL COPIED Letter

AMOUNT 3 .60

BY pkg

---

**LONDRIGAN, POTTER & RANDLE, PC.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~ Total 18.40

DATE: 7/26/06

CASE: McCroy

Med Releases
& Aaron's log

73 6 Copies

AMOUNT: pkg 14.60

---

**LONDRIGAN, POTTER & RANDLE, PC.**
1227 S. Seventh Street
Springfield, Illinois

104171

Copy
~~TELEPHONE~~

DATE: 7/28/06

CASE:

McCroy — Discovery

AMOUNT: 16 3.20

pkg

THOMAS F. LONDRIGAN / TIMOTHY    LONDRIGAN
ATTORNEYS AT LAW - OPERATING AC     'JNT

352

00119 Illinois Attorney General

| Voucher | Date | Invoice Description | Matter | 3524 Amount |
|---------|------|---------------------|--------|--------|
| 1718 | 08/31/06 | McCroy | 104171100 | 100.85 |

08/31/06     Total Paid                                                     100.85

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



# Barbi Quinley

| | |
|---|---|
| **From:** | Doug Quivey |
| **Sent:** | Thursday, August 31, 2006 4:08 PM |
| **To:** | Paula Gentry |
| **Cc:** | 'KChoate@atg.state.il.us'; Barbi Quinley |
| **Subject:** | FW: Documents in McCroy |

104171

Paula,
Please obtain and send Kelly the check in the amount requested.  Make it payable to the Illinois Attorney General.  Please make sure the receipt gets sent to the Court.

Thanks

Doug Quivey
Londrigan, Potter, & Randle, P.C.
1227 S. Seventh Street
P.O. Box 399
Springfield, IL 62705
217-544-9823
217-544-9826 (fax)

---

**From:** Choate, Kelly R. [mailto:KChoate@atg.state.il.us]
**Sent:** Thursday, August 31, 2006 4:04 PM
**To:** Doug Quivey
**Subject:** Documents in McCroy

Doug,

I've been unable to get with my secretary today to figure out exactly what documents we have and don't have (She has two attorneys other than myself, and has been preparing and filing documents all day for all of us).  I do know that currently we have 839 pages of documents copied and ready to go. These include copies of all of the documents you flagged at both Pinckneyville and Western Illinois Correctional Center. The cost for copying the documents is $125.85 (15¢ a copy).  We will, of course, subtract the $25.00 we owe you for our copy of the February 1, 2005 transcript.  As soon as we receive the copying fee, we will send these documents to you.

I have sent inquiries to Pinckneyville regarding the ADA documents.  As far as the internal affairs investigation, I believe we have already sent that report to you via an earlier production request.  Should additional documents surface (and I will ask again if there are any more, including any photographs), I will send those to you.

Thanks for your patience.

Kelly

8/31/2006

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417

COPY
~~TELEPHONE~~

DATE: 9/11/06

CASE: McCroy

Timeline/Pleadings

AMOUNT: 177     35.40

Pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

COPY CHARGES     Total 327.60

DATE  9/8/06

CASE  McCroy

MATERIAL COPIED  Production

AMOUNT  1386     277.20

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

COPY CHARGES

DATE  9/18/06

CASE  McCroy

MATERIAL COPIED

Scheduling Info

AMOUNT  63     12.60

BY  pkg

---

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

10417

COPY
~~TELEPHONE~~

DATE: 9/11/06

CASE: McCroy

Notice

AMOUNT: 12     2.40

pkg



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

September 21, 2006

Thomas Londrigan
Doulgas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, Illinois  62705

RE:   *Aaron McCroy, #N-51882 vs. IDOC, et al.*
      USDC-CD Ill. No. 02-3171
      Discovery Documents

Statement for the following charges:

Photocopying

998 pages @15 cents per page . . . . . . .$149.70

Please make check payable to:

Office of the Attorney General
State of Illinois
500 South Second Street
Springfield, Illinois   62706

104171

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**

DATE   10/6/06

CASE   McCroy

MATERIAL COPIED

Corr

AMOUNT   6        1.20

BY   pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**   Total = 185.80

DATE   10/26/06

CASE   McCroy

MATERIAL COPIED   Records

AMOUNT   169 × 2 = 338    67.60

BY   pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**

DATE   10/4/06

CASE   McCroy

MATERIAL COPIED

Med Records

AMOUNT   105       21.00

BY   pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417l

**COPY CHARGES**

DATE   10/6/06

CASE   McCroy

MATERIAL COPIED   Errata sheets & Corr

AMOUNT   4        .80

BY   pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  9/28/06

CASE  McCroy

MATERIAL COPIED  Med Recs.

AMOUNT  352      70.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  10/2/06

CASE  McCroy

MATERIAL COPIED

Supp. Disclosure

AMOUNT  12 + 5      3.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  9/27/06

CASE  McCroy

MATERIAL COPIED

Dep - Kwedar

AMOUNT  94 ÷ 5      20.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  9/28/06

CASE  McCroy

MATERIAL COPIED  Corr.

AMOUNT  5      1.00

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE  11/9/06

CASE  McCroy

MATERIAL COPIED

Exhibits

AMOUNT  34          6.80

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE _12-4-06_

CASE _McCroy_

MATERIAL COPIED _Summons & Subpoena_

AMOUNT _23 45_        _9.00_

BY _pkg_

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES** _Total =_
_$257.60_

DATE _11/30/06_

CASE _McCroy_

MATERIAL COPIED

_Production_

AMOUNT _923_        _184.60_

BY _pkg_

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE _11/30/06_

CASE _McCroy_

MATERIAL COPIED _Letters_

AMOUNT _5_        _1.00_

BY _pkg_

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE _12-20-06_

CASE _McCroy_

MATERIAL COPIED _Dep Exhibits_

AMOUNT _315_        _63.00_

BY _pkg_

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  1-8-07

CASE  McCroy

MATERIAL COPIED  Pleadings/Ex.

AMOUNT  38          7.60

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**
Total = 775.80

DATE  1-8-07

CASE  McCroy

MATERIAL COPIED  Dep Notices, Corr

AMOUNT  112          22.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**CCPY CHARGES**

DATE  1-3-07

CASE  McCroy

MATERIAL COPIED  E-mails

AMOUNT  36          7.20

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  1/5/97

CASE  McCroy

MATERIAL COPIED  Corr & Pleadings

AMOUNT  38          7.60

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  12/29/06

CASE  McCroy

MATERIAL COPIED  Production

AMOUNT  82          16.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  1-2-07

CASE  McCroy

MATERIAL COPIED  Production

AMOUNT  80 67          13.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  12/28/06

CASE  McCroy

MATERIAL COPIED  Med Records

AMOUNT  357          71.40

BY  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  12/29/06

CASE  McCroy

MATERIAL COPIED  Med Records/Product

AMOUNT  2488          497.60

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1-11-07

CASE McCroy

MATERIAL COPIED Dep Transcript

AMOUNT 161          32.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1-15-07

CASE McCroy

MATERIAL COPIED

Dep Notices

AMOUNT 52          10.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1-11-07

CASE McCroy

MATERIAL COPIED Med Records

AMOUNT 448          89.60

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 1-29-07

CASE McCroy

MATERIAL COPIED Notices of Deposition
& Supp Req to Produce

AMOUNT 60    12.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**
Total 513.20

DATE 1-29-07

CASE McCroy

MATERIAL COPIED Corr, Production

AMOUNT 368    73.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/1/07

CASE McCroy

MATERIAL COPIED

Dep Prep

AMOUNT 449    89.80

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2-1-07

CASE McCroy

MATERIAL COPIED Req. to Admit
& Exhibits & Corr

AMOUNT 412    82.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2-9-07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 57    (11.40)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2-7-07

CASE McCroy

MATERIAL COPIED Dep

AMOUNT 47    (9.40)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2/9/07

CASE McCroy

MATERIAL COPIED Dep Notices

AMOUNT 18    (3.60)

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

DATE 2/8/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 235    (47.00)

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2-15-07

CASE McCroy

MATERIAL COPIED

Dep. Transcript
& Dep Exhibits

AMOUNT 62    12.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/12/07

CASE McCroy

MATERIAL COPIED Dep Notices

AMOUNT 96    19.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/16/07

CASE McCroy

MATERIAL COPIED Dep prep

AMOUNT 112    22.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2-16-07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 16    3.20

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/21/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 23          4.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/19/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 66          13.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/23/07

CASE McCroy

MATERIAL COPIED Dep Exhibits

AMOUNT 74          14.80

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 2/22/07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 471          94.20

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

48860

DATE 3-24-07

CASE McCroy

MATERIAL COPIED Discovery

AMOUNT 23 + 13 36     7.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

Total =

**COPY CHARGES**   525.40

DATE 3-07

CASE McCroy   104171

MATERIAL COPIED

AMOUNT 36.80

BY

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 3/26/07

CASE McCroy

MATERIAL COPIED Expert

AMOUNT 80 73     14.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE 3/23/07

CASE McCroy

MATERIAL COPIED RTP / Disc.

AMOUNT 264     52.80

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE 3-16-07

CASE McCroy

MATERIAL COPIED Dep Prep

AMOUNT 324          64.80

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE 3/15/07

CASE McCroy

MATERIAL COPIED RTP & Dep Prep

AMOUNT 69 + 8 = 77          15.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE 3/22/07

CASE McCroy

MATERIAL COPIED 3rd AC & Motion

AMOUNT 87          17.40

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE 3/21/07

CASE McCroy

MATERIAL COPIED Grievances / Ex. for Expert / Complaints & Motion

AMOUNT 165          33.00

BY plcg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

COPY CHARGES

DATE 3/2/07

CASE McCroy

MATERIAL COPIED Dep Notices

AMOUNT 82 88        17.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

COPY CHARGES

DATE 3/1/07

CASE McCroy

MATERIAL COPIED Dep Prep / Dep Notices
Exhibits

AMOUNT 45        9.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

COPY CHARGES

DATE 3/14/07

CASE McCroy

MATERIAL COPIED Complaint, Disc.

AMOUNT 141        28.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

COPY CHARGES

DATE 3/5/07

CASE McCroy

MATERIAL COPIED Dep Exhibits / Prep

AMOUNT 1143        228.60

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 4-2-07

CASE McCroy

MATERIAL COPIED E-Mails & dep

AMOUNT 32 + 52    10.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES
Total = 479.60

DATE 3/30/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 185    37.00

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 4/3/07

CASE McCroy

MATERIAL COPIED Ex. for Pleading

AMOUNT 43    8.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 4/2/07

CASE McCroy

MATERIAL COPIED ICOC Production

AMOUNT 422    84.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

## COPY CHARGES

DATE 4-11-07

CASE McCroy

MATERIAL COPIED Dep Summ

AMOUNT 6          1.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

## COPY CHARGES

DATE 4/4/07

CASE McCroy

MATERIAL COPIED Pleadings & Corr

AMOUNT 88          17.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

## COPY CHARGES

DATE 4/20/07

CASE McCroy

MATERIAL COPIED

Pleadings

AMOUNT 565          113.00

BY pkg / cah

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

## COPY CHARGES

DATE 4/19/07

CASE McCroy

MATERIAL COPIED SJ Motions

AMOUNT 1037          207.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

~~255 80~~

DATE 5/3/07

CASE McCroy

MATERIAL COPIED Timeline Summaries, SJ Info for Mtg w/client

AMOUNT 208    41.60

BY plg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

### COPY CHARGES

Total = 673.60

DATE 6-07

CASE McCroy    104171

MATERIAL COPIED

AMOUNT 2051    410.20

BY

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 5/14/07

CASE McCroy

MATERIAL COPIED Corr; Grievance

AMOUNT 13    2.60

BY plg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 5/4/07

CASE McCroy

MATERIAL COPIED Pleading & Exhibits

AMOUNT 1043    208.60

BY plg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 06/18/07

CASE McCroy

MATERIAL COPIED ADA training manual

AMOUNT 35     7.00

BY Colleen

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 5/9/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 15     3.00

BY PKg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 06/19/07

CASE McCroy

MATERIAL COPIED Summary Judgment

AMOUNT 3

BY Colleen     .60

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

169.80

DATE 6/27/07

CASE McCroy

MATERIAL COPIED Production

AMOUNT 849            169.80

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 8/21/07

CASE McCroy

MATERIAL COPIED Corr & enc.

AMOUNT 9          1.80

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES
Total = 188.40

DATE 8/21/07

CASE McCroy

MATERIAL COPIED SJ Motions
Drafts Response

AMOUNT 402          80.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 8/13/07

CASE McCroy

MATERIAL COPIED Draft Response

AMOUNT 66          13.20

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 8/17/07

CASE McCroy

MATERIAL COPIED Subpoena

AMOUNT 8          1.60

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  8/6/07

CASE  McCroy

MATERIAL COPIED  Dep Ex & Prep

AMOUNT  457          91.40

BY  pkg

**Downstairs Copier Log:** 9/27/07    **Date Read:**

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 306 | 104171 | McCray | 702 | 140.40 |
| 305 | 20780 | TRP Miles | 195 | 39.00 |
| 306 | 25167 | Okuoro | 7 | 1.40 |
| 308 | 25187 | Casto Estate | 450 | 90.00 |
| 532 | 25070 | McElhancy | 1126 | 225.20 |
| 340 | 25116 | Altomade | 130 | 26.00 |
| 341 | 25215 | Venanie | 3216 | 643.20 |
| 346 | 25184 | McElhaney | 181 | 36.20 |
| 349 | 25191 | Barkerglenn | 162 | 12.40 |
| 362 | 25168 | Cardwell | 6 | 1.20 |
| 364 | 24354 | PSB | 43 | 8.60 |
| 371 | 25155 | BAS-Hennessy | 69 | 13.80 |
| 381 | 25189 | McDermott | 2270 | 454.00 |
| 389 | 24887 | Tyler | 875 | 175.00 |
| 401 | 20162 | CEB | 124 | 24.80 |
| 404 | 25170 | Wilken | 2 | .40 |
| 421 | 25148 | Hoyd | 104 | 20.80 |
| 422 | 25003 | Gabi | 13 | 2.60 |

1,927.00

| Code # | File # | File Name | # of Copies | Total |
|---|---|---|---|---|
| 507 | 35193 | Hanke | 23 | 4.60 |
| 519 | 35244 | McFarland | 608 | 121.60 |
| 529 | 33747 | CAR Prs. | 8 | 1.60 |
| 532 | 35316 | Nowlen | 395 | 79.00 |
| 564 | 35316 | John | 107 | 21.40 |
| 577 | 33434 | CAR Copestrd | 14 | 2.80 |
| 603 | 13591 | Thompson | 73 | 14.40 |
| 612 | 35298 | Brand 8 | 18 | 3.60 |
| 616 | 35111 | McMahan | 207 | 41.40 |
| 618 | 35190 | Dawn Craig | 4 | .80 |
| 619 | 13509 | Dawson | 6 | 1.20 |
| 620 | 13492 | DeCoo Est | 26 | 5.20 |
| 624 | 31946 | Ball | 367 | 73.40 |
| 627 | 13516 | DiSota | 763 | 152.60 |
| 701 | 50327 | ASP Misc | 16 | 3.20 |
| 705 | 35228 | Bradley | 123 | 24.60 |
| 708 | 35684 | Wilson | 607 | 121.40 |
| 800 | 14520 | Woolhouse | 309 | 61.80 |

2,661.60

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**

ATE  9/20/07

ASE  McCroy

MATERIAL COPIED  Witness Files and Pleadings & Legal Research

MOUNT  567          113.40

Y  pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417/

**COPY CHARGES**
Total  224.40

DATE  9-24-07

CASE  McCroy

MATERIAL COPIED  Exhs. for trial

AMOUNT  555          111.00

BY  AmK

**LONDRIGAN, POTTER, & RAN.    £, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 10/1/07

CASE McCroy

MATERIAL COPIED Exhibits / Research

AMOUNT 47          (9.40)

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

Total = 409.20

104171

### COPY CHARGES          408.90

DATE 9/28/07

CASE McCroy

MATERIAL COPIED Witness Files

AMOUNT 72          (14.40)

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 10/5/07

CASE McCroy

MATERIAL COPIED Dep materials

AMOUNT 75          (15.00)

BY plcg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

### COPY CHARGES

DATE 10/2/07

CASE McCroy

MATERIAL COPIED Exhibits - Grievances

AMOUNT 53          (10.60)

BY plcg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10/12/07

CASE McCroy

MATERIAL COPIED E-mails for file
drafts, final Pre-Trial Prep

AMOUNT 263        52.60

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10-8-07

CASE McCroy

MATERIAL COPIED

Drennan & Ashcraft
Med Rcds

AMOUNT 437        87.40

BY AmK

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10/17/07

CASE McCroy

MATERIAL COPIED Corr, records,

AMOUNT 42        8.40

BY pkg

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417)

**COPY CHARGES**

DATE 10/15/07

CASE McCroy

MATERIAL COPIED Mot in Limine w/exhibits
Jury Instr.

AMOUNT 442        88.40

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE 10/23/07

CASE McCroy

MATERIAL COPIED Pleadings, expert prep

AMOUNT 271          54.20

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

10417

**COPY CHARGES**

DATE 10/22/07

CASE McCroy

MATERIAL COPIED Pleadings

AMOUNT 344          68.80

BY pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  11/2/07

CASE  McCroy

MATERIAL COPIED  Pleadings

AMOUNT  4

BY  pkg

(.80)

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

Total = (813.40)

DATE  11/6/07

CASE  McCroy

MATERIAL COPIED  Pleadings

AMOUNT  2

BY  pkg

(.40)

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  10/26/07

CASE  McCroy

MATERIAL COPIED  Trial Exhibits

AMOUNT  2+16  2153

BY  pkg

(430.60)

---

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  10/27/07

CASE  McCroy

MATERIAL COPIED  Exhibits

AMOUNT  60 + 9 = 69

BY  pkg

(13.80)

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  11/12/07

CASE  McCroy

MATERIAL COPIED  Pleadings

AMOUNT  99          19.80

BY  pkg

**LONDRIGAN, POTTER, & RANDLE, PC.**
1227 South 7th Street
Springfield, Illinois

104171

**COPY CHARGES**

DATE  10/25/07 – 10/26/07

CASE  McCroy

MATERIAL COPIED  Trial Exhibits
(2 sets)

AMOUNT  1740        348.00

BY  pkg