## FEES FOR POSTAGE AND FEDERAL EXPRESS

| | |
|---|---|
| Aaron McCroy's Postage (11/21/02 - 5/5/05) | $ 62.68 |
| Londrigan, Potter & Randle Postage | $ 287.67 |
| LPR Federal Express Charges | $ 531.95 |
| TOTAL | $ 882.30 |

EXHIBIT
H-7

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS**

Date: 11-21-20 02

Name (print): _____ ID No: N61968? Housing Unit: ___

Please pay to: _____
Address: _____
City: _____ State: _____ Zip: _____
The sum of _____ dollars and _____ cents
and charge to my account for _____

☐ APPROVED
☐ NOT APPROVED

Inmate Signature / ID No.

Assistant Warden/Superintendent/Designee / Witness

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail.

Inmate Signature
ID No: _____

### FOR TRUST FUND USE ONLY
Trust Fund Balance $ _____
Less amount of payment $ _____
Current balance after payment $ _____
Check No _____ Date 11/21/02

Business Office

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of 0 dollars 60 cents
☐ Postage Paid  /Legal

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) Date
Received by: _____ (Youth) Date

DC 828 (09/91)   IL 426-0207

---

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS**

Date: 1-27-20 03

Name (print): John McElroy  ID No: N61968?  Housing Unit: R1-B17

Please pay to: _____
Address: _____
City: _____ State: _____ Zip: _____
The sum of _____ dollars and _____ cents
and charge to my account for Grievance to Dir. Bryan

☐ APPROVED
☒ NOT APPROVED

Inmate Signature / ID No.

Assistant Warden/Superintendent/Designee / Witness

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail.

Inmate Signature
ID No: N61968?

### FOR TRUST FUND USE ONLY
Trust Fund Balance $ _____
Less amount of payment $ 37
Current balance after payment $ _____
Check No _____ Date 1/29/03

Business Office

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of 0 dollars 37 cents
☐ Postage Paid  /Legal

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) Date
Received by: _____ (Youth) Date

DC 828 (09/91)   IL 426-0207

## REQUEST FOR PAYMENT — STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

Date: Sep 1, 2003

Name (print): Alan Mosley
ID No: N51662
Housing Unit: Men-East D

Please pay to:
Address:
City: State: Zip:
The sum of _____ dollars and _____ cents
and charge to my account, for:

☐ APPROVED
☐ NOT APPROVED

Inmate Signature / ID No. / Witness / Assistant Warden/Superintendent/Designee

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of _____ dollars _____ cents
☐ Postage Paid

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail.
Inmate Signature
ID No:

### FOR TRUST FUND USE ONLY
Trust Fund Balance: $
Less amount of payment: $
Current balance after payment: $
Check No. _____ Date 9/5/03

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC 828 (09/91) — IL 426-0207

---

## REQUEST FOR PAYMENT — STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

Date: Sept 1, 2003

Name (print): Alan Mosley
ID No: N51662
Housing Unit: Men-East D

Please pay to:
Address:
City: State: Zip:
The sum of _____ dollars and _____ cents
and charge to my account, for: Response to defendants Paul Motion to strike pltf's Mtn for 3rd voluntary Cook County, and Ill. Atty. Gen.

☐ APPROVED
☐ NOT APPROVED

Inmate Signature / ID No.

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail.
Inmate Signature
ID No: N51662

### FOR TRUST FUND USE ONLY
Trust Fund Balance: $
Less amount of payment: $ 1.80
Current balance after payment: $
Check No. _____ Date 9/5/03

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of 1 dollars 80 cents
☐ Postage Paid
3 Legal @ .60

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC 828 (09/91) — IL 426-0207

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**

Date: October 19th, 2003

Name (print): Aaron isby-Israel
ID No: N51862
Housing Unit: [illegible]

Please pay to:
Address:
City: State: Zip:
The sum of _____ dollars and _____ cents
and charge to my account for: [illegible handwritten notation regarding legal mail]

☐ APPROVED
☐ NOT APPROVED

Inmate Signature / ID No.

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail

ID No: 

### FOR TRUST FUND USE ONLY
Trust Fund Balance: $
Less amount of payment: $
Current balance after payment: $
Check No.: Date:

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of: 0 dollars 81 cents
☐ Postage Paid
Big Angel

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) Date:
Received by: _____ (Youth) Date:

---

10-17-03

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**

Date: 10-16-2003

Name (print): Aaron McPhee
ID No: N51862
Housing Unit: HU-Event

Please pay to:
Address:
City: State: Zip:
The sum of _____ dollars and _____ cents
and charge to my account for: 400 grievances to Sheriff Walker and ADA coordinator, Warden's security increase policy

☐ APPROVED
☐ NOT APPROVED

Inmate Signature / ID No.

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail

ID No: N51862

### FOR TRUST FUND USE ONLY
Trust Fund Balance: $
Less amount of payment: $ .74
Current balance after payment: $
Check No.: Date: 10/30/03

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of: 0 dollars 74 cents
☐ Postage Paid
2 Legal 837

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) Date:
Received by: _____ (Youth) Date:

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**

Date: Nov. 12, 20 23

Name (print): _____  ID No: _____  Housing Unit: _____

[ ] APPROVED
[ ] NOT APPROVED

### FOR TRUST FUND USE ONLY
Trust Fund balance: $ _____
Less amount of payment: $ _____
Current balance after payment: $ _____
Check No: _____  Date: _____

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of _____ dollars _37_ cents
[ ] Postage Paid

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC 121 (06/91)                                                         IL 426-0207

---

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**

Date: _____ 20 ___

Name (print): _____  ID No: _____  Housing Unit: UBS1

Please pay to: _____
Address: _____
City: _____ State: _____ Zip: _____
The sum of _____ dollars and _____ cents
and charge to my account, for _____

[ ] APPROVED
[ ] NOT APPROVED

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage on the attached mail.

_____ Inmate Signature
ID No: _____

### FOR TRUST FUND USE ONLY
Trust Fund Balance: $ _____
Less amount of payment: $ _37_
Current balance after payment: $ _____
Check No: _____ Date: _2/3/13_

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of _0_ dollars _37_ cents
[ ] Postage Paid

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC 121 (06/91)                                                         IL 426-0207