E-FILED
Thursday, 13 December, 2007 04:09:24 PM
Clerk, U.S. District Court, ILCD

## REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Name (print): [illegible] I.D. No. N51862 Housing Unit [illegible]

Please pay to: [illegible]

Address: [illegible]

City: [illegible] State: [illegible] Zip: [illegible]

The sum of [illegible] dollars and [illegible] cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

[illegible] N51862

Inmate Signature

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 4.56

Current balance after payment $

Check No. Date 12/15/03

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 4 dollars 56 cents

☐ Postage Paid 3 Legal @ 1.52

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date



---

12/24/03 [illegible]

## REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 12-21 2003

Name (print): [illegible] I.D. No. N51862 Housing Unit [illegible]

Please pay to:

Address: Separately addressed envelopes

City: State: Zip:

The sum of dollars and cents

and charge to my account, for To: USDC CD the clerk and all Defendants to instant complaint Service Notice of motion to [illegible] Response to motion to stay and Response to motion to Dismiss

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

[illegible]

Inmate Signature

ID No. N51862

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 3.78

Current balance after payment $

Check No. Date 12/29/03

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 3 dollars 78 cents

☐ Postage Paid 3 Legal @ 83¢

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

**REQUEST FOR PAYMENT** STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS Date January 6 2004

Name (print) [illegible] I.D. No. [illegible] Housing Unit [illegible]

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for [illegible handwriting]

☐ APPROVED

☐ NOT APPROVED Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

| REQUEST FOR PAYMENT OF POSTAGE | |
|---|---|
| I hereby request and authorize payment of postage for the attached mail | |
| Inmate Signature | |
| ID No. | |

| FOR TRUST FUND USE ONLY | |
|---|---|
| Trust Fund Balance | $ |
| Less amount of payment | $ 2.86 |
| Current balance after payment | $ |
| Check No. | Date 1-7-04 |
| Business Office | |

| REQUEST FOR PAYMENT OF POSTAGE | |
|---|---|
| Postage requested in the amount of | 2 dollars 86 cents |
| ☐ Postage Paid | 4 Legal 3@60 1@1.06 |

| FOR JUVENILE DIVISION USE ONLY | | |
|---|---|---|
| Received by: | (Staff) | Date |
| Received by: | (Youth) | Date |

IL 426-0207

1-14-04

**REQUEST FOR PAYMENT** STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS Date [illegible] 2004

Name (print) [illegible] I.D. No. N51882 Housing Unit [illegible]

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for Notice of Appeal to USDC - ND IL, Eastern Division service to W. Bowman's A.A.G. at IL.

☐ APPROVED

☐ NOT APPROVED Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

| REQUEST FOR PAYMENT OF POSTAGE | |
|---|---|
| I hereby request and authorize payment of postage for the attached mail | |
| Inmate Signature | |
| ID No. N51882 | |

| FOR TRUST FUND USE ONLY | |
|---|---|
| Trust Fund Balance | $ |
| Less amount of payment | $ .97 |
| Current balance after payment | $ |
| Check No. | Date 1-15-04 |
| Business Office | |

| REQUEST FOR PAYMENT OF POSTAGE | |
|---|---|
| Postage requested in the amount of | 0 dollars 97 cents |
| ☐ Postage Paid | 2 Legal 1x37¢ 1x60¢ |

| FOR JUVENILE DIVISION USE ONLY | | |
|---|---|---|
| Received by: | (Staff) | Date |
| Received by: | (Youth) | Date |

IL 426-0207

1-15-04

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: 1-19 2004

Name (print): [illegible] ID No.: [illegible] Housing Unit: [illegible]

Please pay to: [illegible]

Address: [illegible]

City: [illegible]

The sum of [illegible] dollars and [illegible] cents

and charge to my account, for: [illegible]

☐ APPROVED

☒ NOT APPROVED

Inmate Signature — ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 2.80

Current balance after payment $

Check No. Date [illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 2 dollars 80 cents

☐ Postage Paid 3 legal x 1.00 1 legal x 1.00

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

IL 426-0207

---

2-3-04

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: Jan 30 2004

Name (print): Dolan McFoy I.D. No.: N51482 Housing Unit: [illegible]

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for: Executive chief placed Rights [illegible] off, and A.B. [illegible] copy of all pending grievance

☐ APPROVED

☒ NOT APPROVED

Inmate Signature — ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51482

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 2.72

Current balance after payment $

Check No. Date 2/5/04

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 2 dollars 72 cents

☐ Postage Paid 3 legal x 1.80

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date Jan 30 2004

Name (print) Hakeem McCoy I.D. No. N51882 Housing Unit Infirmary

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature — ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ .83

Current balance after payment $

Check No. Date 2/5/04

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars 83 cents

☐ Postage Paid 1 Legal

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/01) IL 426-0207

---

1-31-04

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date Jan 30 2004

Name (print) Hakeem McCoy I.D. No. N51882 Housing Unit Infirmary [illegible]

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

4-Envelopes

and charge to my account, for motions to compel, [illegible] terminate [illegible] to U.S.D.C.-CD and all parties through Attorney - Notice and certificate of service

☐ APPROVED

☐ NOT APPROVED

Inmate Signature — ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51882

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 3.13

Current balance after payment $

Check No. Date 2/5/04

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 3 dollars 13 cents

☐ Postage Paid 3 Legal (2 ps @ 46¢ ea)

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

2-4-04

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: February 2, 2004

Name (print): Byron McElroy  ID No. N57862  Housing Unit: Infirmary

Please pay to:

Address:

City: State: Zip:

The sum of: dollars and cents

and charge to my account for: [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature  ID No.

Assistant Warden/Superintendent/Designee  Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N57862

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 2 dollars 31 cents

☐ Postage Paid 1x23 4x37 1x60

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91)  IL 426-0207

2-18-04

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: February 18, 2004

Name (print): Byron McElroy  I.D. No. N57862  Housing Unit: Infirmary

Please pay to:

Address:

City: State: Zip:

The sum of: dollars and cents

3 sm. and 1 large envelope

and charge to my account for: to USDC-CD Clerk motion to compel service and notice of compliance with and certificate of service to all parties attorneys

☐ APPROVED

☐ NOT APPROVED

Inmate Signature  ID No.

Assistant Warden/Superintendent/Designee  Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N57862

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 2.63

Current balance after payment $

Check No. Date 2/24/04

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 2 dollars 63 cents

☐ Postage Paid 4 Legal 3@60

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date