E-FILED
Thursday, 13 December, 2007 04:10:06 PM
Clerk, U.S. District Court, ILCD

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Name (print) Aaron McCroy ID No. N51862 Housing Unit [illegible]

Please pay to

Address

City State Zip

The sum of dollars and cents

[illegible]

and charge to my account, for [illegible]

[illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Warden

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No.

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 3 dollars 18 cents

☐ Postage Paid 3 Legal [illegible]

**FOR JUVENILE DIVISION USE ONLY**

Received by (Staff) Date

Received by (Youth) Date

DC 426 (Eff. ) IL 426-0207

---

3-2-04

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date Feb. 27 2004

Name (print) Aaron McCroy ID No. N51862 Housing Unit [illegible]

Please pay to

Address

City State Zip

The sum of dollars and cents

4 envelopes

and charge to my account, for To clerk of courts-USDC CD - plaintiff's response to court order 1 - Addendum notice and certificate of service to all parties

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Warden

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51862

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 1.71

Current balance after payment $

Check No. Date 3/1/04

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 1 dollars 71 cents

☐ Postage Paid 3 Legal x 37¢ 1 Legal x 60¢

**FOR JUVENILE DIVISION USE ONLY**

Received by (Staff) Date

Received by (Youth) Date

DC 426 (Eff. ) IL 426-0207

## REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: March [illegible] 04

Name (print) [illegible] ID No. [illegible] Housing Unit [illegible]

Please pay to [illegible]

Address [illegible]

City [illegible] State [illegible] Zip [illegible]

The sum of [illegible] dollars and [illegible] cents

and charge to my account for [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature — ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ [illegible]

Less amount of payment $ [illegible]

Current balance after payment $

Check No. Date [illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 1 dollars 20 cents

☐ Postage Paid 2 Legal 37

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 5?? (Rev. ?/01) IL 426-0207

---

4-1-04

## REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: [illegible] 20[illegible]

Name (print) [illegible] McE[illegible] ID No. N51662 Housing Unit [illegible]

Please pay to [illegible]

Address [illegible]

City [illegible] State [illegible] Zip [illegible]

The sum of [illegible] dollars and [illegible] cents

and charge to my account for affirm Grievance to ARB 2204, Grievance-etc.

1 Envelope

☐ APPROVED

☐ NOT APPROVED

Inmate Signature — ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

[illegible signature]

Inmate Signature

ID No. N51662

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ .37

Current balance after payment $

Check No. Date 4/7/04

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars 37 cents

☐ Postage Paid 1 Legal

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

IL 426-0207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date [illegible] 20[illegible]

Name (print) [illegible] ID. No. [illegible] Housing Unit [illegible]

Please pay to [illegible]

Address [illegible]

City [illegible] State [illegible] Zip [illegible]

The sum of [illegible] dollars and [illegible] cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ [illegible]

Less amount of payment $ [illegible]

Current balance after payment $ [illegible]

Check No. [illegible] Date [illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 1 dollars 71 cents

☐ Postage Paid [illegible]

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 328 (09/01) IL 426-0207

---

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date [illegible] 20[illegible]

Name (print) [illegible] ID. No. [illegible] Housing Unit [illegible]

Please pay to [illegible]

Address [illegible]

City [illegible] State [illegible] Zip [illegible]

The sum of [illegible] dollars and [illegible] cents

and charge to my account, for Motion for Certificate of [illegible] Appointment of Counsel to USC of Appeals 7th Cir. and Service [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail

Inmate Signature

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ 4 19

Current balance after payment $

Check No. Date 3/29/[illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 4 dollars 19 cents

☐ Postage Paid 2 lg Legal

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

IL 426-0207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: 20

Name (print): ID No.: Housing Unit:

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No.

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ .37

Current balance after payment $

Check No. Date

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars .37 cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91) IL 426-0207

---

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: 20 04

Name (print): McCroy ID No. N51882 Housing Unit: 1 C D

Please pay to: State of Illinois

Address:

City: State: Zip:

The sum of 0 dollars and 40 cents

and charge to my account, for 8 legal copies @ .50 ea

☒ APPROVED

☐ NOT APPROVED

x Inmate Signature x N51882 ID No.

Assistant Warden Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No.

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $ .40

Current balance after payment $

Check No. Date

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of dollars cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91) IL 426-0207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date: [illegible] 20 [illegible]

Name (Print): [illegible] I.D. No. [illegible] Housing Unit: [illegible]

Please pay to: ______________________

Address: ______________________

City: ______________________

The sum of __________ dollars and __________ cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

I.D. No. ______________________

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ __________

Less amount of payment $ [illegible]

Current balance after payment $ __________

Check No. __________ Date [illegible]

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars 83 cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: ______________________ (Staff) Date

Received by: ______________________ (Youth) Date

DC 320 (08/91) IL 426-0207

---

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date [illegible] 20 [illegible]

Name (Print): [illegible] I.D. No. [illegible] Housing Unit: [illegible]

Please pay to: ______________________

Address: ______________________

City: __________ State __________ Zip __________

The sum of __________ dollars and __________ cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

I.D. No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ __________

Less amount of payment $ 1.00

Current balance after payment $ __________

Check No. __________ Date [illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars 100 cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: ______________________ (Staff) Date

Received by: ______________________ (Youth) Date

DC 320 (08/91) IL 426-0207