E-FILED
Thursday, 13 December, 2007 04:11:12 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: [illegible] 2007

Name (print): [illegible] I.D. No.: [illegible] Housing Unit: [illegible]

Please pay to: ______

Address: ______

City: ______ State: ______ Zip: ______

The sum of ______ dollars and ______ cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature — I.D. No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ______

Less amount of payment $ .37

Current balance after payment $ ______

Check No. ______ Date [illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars 37 cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: ______ (Staff) Date

Received by: ______ (Youth) Date

DC 028 (Eff. 9/81)

IL 426-0207

---

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: [illegible] 2007

Name (print): [illegible] I.D. No.: [illegible] Housing Unit: [illegible]

Please pay to: ______

Address: ______

City: ______ State: ______ Zip: ______

The sum of ______ dollars and ______ cents

and charge to my account, for Legal to Thomas [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature — I.D. No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. [illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ______

Less amount of payment $ .37

Current balance after payment $ ______

Check No. ______ Date [illegible]

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 0 dollars 37 cents

☐ Postage Paid

Legal

**FOR JUVENILE DIVISION USE ONLY**

Received by: ______ (Staff) Date

Received by: ______ (Youth) Date

DC 028 (Eff. 9/81)

IL 426-0207

REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: June 17 20 2004

Name: [illegible] McCoy ID No. N51662 Housing Unit [illegible]

Please pay to:

Address:

City: State Zip

The sum of dollars and cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

Assistant Warden Signature Date

REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail

ID No.

FOR TRUST FUND USE ONLY

Trust Fund Balance $

Less amount of payment $ .37

Current balance after payment $

Check No. Date

Business Office

REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of 0 dollars 37 cents

☐ Postage Paid

FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

DC 320 (0691) IL 426-3207

---

REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: June 21 2004

Name (print): Walter McCoy I.D. No. N51662 Housing Unit B3 A 22

Please pay to:

Address:

City: State Zip

The sum of dollars and cents

and charge to my account, for [illegible] of Chase of Illinois USCA 7th Circuit [illegible]

☐ APPROVED

☐ NOT APPROVED

Assistant Warden Signature Date

REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail

Inmate Signature

ID No. N51662

FOR TRUST FUND USE ONLY

Trust Fund Balance $ -6.13

Less amount of payment $ .37

Current balance after payment $

Check No. Date 7-2-04

Business Office

REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of 0 dollars 37 cents

☐ Postage Paid Legal

FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

DC 320 (0691) IL 426-3207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date: [illegible] 2004

Name (print): [illegible] I.D. No.: [illegible] Housing Unit: [illegible]

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for [illegible]

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No.

FOR TRUST FUND USE ONLY

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of 0 dollars 97 cents

☐ Postage Paid

FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

DC 428 (09/01) IL 426-0207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

Date: 1-20 2005

Name (print): Aaron McCroy I.D. No.: N51882 Housing Unit: North 2 1-44

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for grievances to A.R.B. concerning 6-15-04, 11-12-04 and 1-20-05. Assault I/E, 1-20-05 Drug urine test and 11-12-05. Assault and promote placement in population

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51882

FOR TRUST FUND USE ONLY

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of — dollars 60 cents

☐ Postage Paid 1.707 Legal

FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: Jan 24 2005

Name (print): Aaron McCroy I.D. No.: N51882 Housing Unit: North 2-1-44

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for the office of the state Appellate Defender, c/o Tammy Stolz Senior paralegal. Letter in answer of 1-14-05 and inquiry

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N518862

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of — dollars 37 cents

☐ Postage Paid

Legal

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/81) IL 426-0207

---

84561

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: Jan 25 2005

Name (print): Aaron McCroy I.D. No.: N51882 Housing Unit: North 2-1-44

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for prisoner correspondent office, office of clerk of U.S. District court Eastern District - Notification of change of address in Habeas proceeding.

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51882

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of — dollars 37 cents

☐ Postage Paid

Legal

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/81) IL 426-0207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: Jan. 26 2005

Name (print): Aaron McCroy I.D. No.: N51882 Housing Unit: North 2-1-44

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for To A.R.B. personal property, 9 Wear's W.I.L grievance and cannon typewriter grievance 12-10-04 and 1-25-04

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of — dollars 37 cents

☐ Postage Paid

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51882

## FOR TRUST FUND USE ONLY

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

## FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91) IL 426-0207

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: Jan. 26 2005

Name (print): Aaron McCroy I.D. No.: N51882 Housing Unit: North 2-1-44

Please pay to:

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for To: W.I.L, c/o Wear personal property officer, inquiry letter as to where cannon typewriter is

☐ APPROVED

☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent/Designee Witness

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of — dollars 37 cents

☐ Postage Paid

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. N51882

## FOR TRUST FUND USE ONLY

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. Date

Business Office

## FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91) IL 426-0207