E-FILED
Thursday, 13 December, 2007 04:12:00 PM
Clerk, U.S. District Court, ILCD

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: February 3, 2005

Name (print): Aaron McCroy    I.D. No.: N51882    Housing Unit: N2-1-44

Please pay to: ~~~~~
Address: ~~~~~
City: ~~~~~   State: ~~~~~   Zip: ~~~~~
The sum of ~~~~~ dollars and ~~~~~ cents

and charge to my account, for Attorney Thomas F. Londrigan, Letter P/I Response etc.

☐ APPROVED
☐ NOT APPROVED

_____ Inmate Signature   _____ ID No.
Assistant Warden/Superintendent/Designee   Witness

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____ Inmate Signature
ID No. N51882

### FOR TRUST FUND USE ONLY

Trust Fund Balance              $ _____
Less amount of payment          $ _____
Current balance after payment   $ _____
Check No. _____ Date _____
                                Business Office

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of _____ dollars  37 cents
☐ Postage Paid    Legal

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff)  Date _____
Received by: _____ (Youth)  Date _____

DC 828 (09/91)                                        IL 426-0207

---

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 2-56 20 05

Name (print): Aaron McCroy    I.D. No.: N51882    Housing Unit: N2-1-44

Please pay to: ~~~~~
Address: ~~~~~
City: ~~~~~   State: ~~~~~   Zip: ~~~~~
The sum of ~~~~~ dollars and ~~~~~ cents

and charge to my account, for Letters to F.B.F.; CN; Warden Jerry Bolk inquiry into Injuries and PLN inquiry into Lost issues

☐ APPROVED
☐ NOT APPROVED

_____ Inmate Signature   _____ ID No.
Assistant Warden/Superintendent/Designee   Witness

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____ Inmate Signature
ID No. N51882

### FOR TRUST FUND USE ONLY

Trust Fund Balance              $ _____
Less amount of payment          $ _____
Current balance after payment   $ _____
Check No. _____ Date _____
                                Business Office

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of 1.48 dollars _____ cents
☐ Postage Paid

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff)  Date _____
Received by: _____ (Youth)  Date _____

DC 828 (09/91)                                        IL 426-0207

**REQUEST FOR PAYMENT**  STATE OF ILLINOIS  DEPARTMENT OF CORRECTIONS   Date: Feb 14 20 05

Name (print): Aaron McElroy  I.D. No.: N51882  Housing Unit: N2-1-44

Please pay to: ~~~~

Address: ~~~~

City: ~~~~ State: ~~~~ Zip: ~~~~

The sum of ~~~~ dollars and ~~~~ cents

and charge to my account, for ARB resubmission of 6-15-04, 11-20-05 grievance concerning med. Treatment, one 1-20-05 supplements to A/about/discipling I.D.R. and medical treatm

☐ APPROVED
☐ NOT APPROVED

Inmate Signature ~~~~  ID No. ~~~~

Assistant Warden/Superintendent/Designee   Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Ha McElroy
Inmate Signature
ID No. N51882

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ____
Less amount of payment $ ____
Current balance after payment $ ____

Check No. ____ Date ____

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of ____ dollars 60 cents

☐ Postage Paid   Joe ____

**FOR JUVENILE DIVISION USE ONLY**

Received by: ____ (Staff) Date ____
Received by: ____ (Youth) Date ____

DC 828 (09/91)    IL 426-0207

---

**REQUEST FOR PAYMENT**  STATE OF ILLINOIS  DEPARTMENT OF CORRECTIONS   Date: February 22 20 05

Name (print): Aaron McElroy  I.D. No.: N51882  Housing Unit: N2-1-44

Please pay to: ~~~~

Address: ~~~~

City: ~~~~ State: ~~~~ Zip: ~~~~

The sum of ~~~~ dollars and ~~~~ cents

and charge to my account, for Legal material sent to Mrs. Beach for review and testing.

☐ APPROVED
☐ NOT APPROVED

Inmate Signature ~~~~  ID No. ~~~~

Assistant Warden/Superintendent/Designee   Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature
ID No. N51882

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ____
Less amount of payment $ ____
Current balance after payment $ ____

Check No. ____ Date ____

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 2.44 dollars ____ cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: ____ (Staff) Date ____
Received by: ____ (Youth) Date ____

DC 828 (09/91)    IL 426-0207

# REQUEST FOR PAYMENT
**STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS**

Date: March 7 2005

Name (print): Aaron McCeroy   I.D. No.: N51882   Housing Unit: N2-1-44

Please pay to: ~~
Address: ~~
City: ~~   State: ~~   Zip: ~~
The sum of ~~ dollars and ~~ cents

and charge to my account, for Alexandra de Saint Polle Londrigan, Potter and Randle P.C., letter concerning ple-injunction and Amended complaint

☐ APPROVED
☐ NOT APPROVED   ~~ Inmate Signature   ~~ ID No.

Assistant Warden/Superintendent/Designee   Witness

**REQUEST FOR PAYMENT OF POSTAGE**
I hereby request and authorize payment of postage for the attached mail.

_Haly B_ Inmate Signature
ID No. N51882

**FOR TRUST FUND USE ONLY**
Trust Fund Balance   $
Less amount of payment   $
Current balance after payment   $
Check No. _____ Date _____
Business Office

**REQUEST FOR PAYMENT OF POSTAGE**
Postage requested in the amount of ___ dollars 37 cents
☐ Postage Paid

DC 828 (09/91)

**FOR JUVENILE DIVISION USE ONLY**
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

IL 426-0207

---

# REQUEST FOR PAYMENT
**STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS**

Date: March 14 2005

Name (print): Aaron McCeroy   I.D. No.: N51882   Housing Unit: N2-1-44

Please pay to: ~~
Address: ~~
City: ~~   State: ~~   Zip: ~~
The sum of ~~ dollars and ~~ cents

and charge to my account, for Alexandra de Saint Polle Attorney, Londrigan Potter and Randle, letter of inquiry about Amended complaint and P/I

☐ APPROVED
☐ NOT APPROVED   ~~ Inmate Signature   ~~ ID No.

Assistant Warden/Superintendent/Designee   Witness

**REQUEST FOR PAYMENT OF POSTAGE**
I hereby request and authorize payment of postage for the attached mail.

_Hal B_ Inmate Signature
ID No. N51882

**FOR TRUST FUND USE ONLY**
Trust Fund Balance   $
Less amount of payment   $
Current balance after payment   $
Check No. _____ Date _____
Business Office

**REQUEST FOR PAYMENT OF POSTAGE**
Postage requested in the amount of ___ dollars 37 cents
☐ Postage Paid

DC 828 (09/91)

**FOR JUVENILE DIVISION USE ONLY**
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

IL 426-0207

**REQUEST FOR PAYMENT**  
STATE OF ILLINOIS  
DEPARTMENT OF CORRECTIONS  
91___  
Date: March 21 2005

Name (print): Aaron McCroy   I.D. No.: N51862   Housing Unit: N2-1-44

Please pay to: ___  
Address: ___  
City: ___ State: ___ Zip: ___  
The sum of ___ dollars and ___ cents  
and charge to my account, for Letter to FBF

☐ APPROVED  
☐ NOT APPROVED  

Inmate Signature ___ ID No. ___  
Assistant Warden/Superintendent/Designee ___ Witness ___

**REQUEST FOR PAYMENT OF POSTAGE**  
I hereby request and authorize payment of postage for the attached mail.  
Inmate Signature ___  
ID No. N51862

**FOR TRUST FUND USE ONLY**  
Trust Fund Balance $ ___  
Less amount of payment $ ___  
Current balance after payment $ ___  
Check No. ___ Date ___  
Business Office

**REQUEST FOR PAYMENT OF POSTAGE**  
Postage requested in the amount of ___ dollars 37 cents  
☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**  
Received by: ___ (Staff) Date ___  
Received by: ___ (Youth) Date ___

DC 828 (09/91)   IL 426-0207

---

**REQUEST FOR PAYMENT**  
STATE OF ILLINOIS  
DEPARTMENT OF CORRECTIONS 01004  
Date: March 22 2005

Name (print): Aaron McCroy   I.D. No.: N51862   Housing Unit: N2-1-44

Please pay to: ___  
Address: ___  
City: ___ State: ___ Zip: ___  
The sum of ___ dollars and ___ cents  
and charge to my account, for Letter to LYNDA School A.A.D. inquiry and Letter about 2/14/05 Appeal

☐ APPROVED  
☐ NOT APPROVED  

Inmate Signature ___ ID No. ___  
Assistant Warden/Superintendent/Designee ___ Witness ___

**REQUEST FOR PAYMENT OF POSTAGE**  
I hereby request and authorize payment of postage for the attached mail.  
Inmate Signature ___  
ID No. N51862

**FOR TRUST FUND USE ONLY**  
Trust Fund Balance $ ___  
Less amount of payment $ ___  
Current balance after payment $ ___  
Check No. ___ Date ___  
Business Office

**REQUEST FOR PAYMENT OF POSTAGE**  
Postage requested in the amount of ___ dollars 37 cents  
☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**  
Received by: ___ (Staff) Date ___  
Received by: ___ (Youth) Date ___

DC 828 (09/91)   IL 426-0207

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: April 15 20 05

Name (print): Aaron McElroy   I.D. No.: N51682   Housing Unit: N2-1-44

Please pay to: _____
Address: _____
City: _____  State: __  Zip: _____
The sum of _____ dollars and _____ cents

and charge to my account, for B-day card to Carolyn Morissoh

☐ APPROVED
☐ NOT APPROVED

_____ Inmate Signature _____ ID No. _____
_____ Assistant Warden/Superintendent/Designee _____ Witness _____

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____ Inmate Signature
ID No. N51682

### FOR TRUST FUND USE ONLY

Trust Fund Balance $ _____
Less amount of payment $ _____
Current balance after payment $ _____

Check No. _____ Date _____
Business Office

### REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of _____ dollars 37 cents
☐ Postage Paid

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ (Staff) _____ Date _____
Received by: _____ (Youth) _____ Date _____

DC 828 (09/91)   IL 426-0207

---

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS   95059

Date: April 15 20 05

Name (print): Aaron McElroy   I.D. No.: N51682   Housing Unit: N2-1-44

Please pay to: _____
Address: _____
City: _____  State: __  Zip: _____
The sum of _____ dollars and _____ cents

and charge to my account, for Notification of change of address and Notice of Filing USDC-ED and Lisa Madigan IL Attorney General = 2 Envelopes

☐ APPROVED
☐ NOT APPROVED

_____ Inmate Signature _____ ID No. _____
_____ Assistant Warden/Superintendent/Designee _____ Witness _____

### REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____ Inmate Signature
ID No. N51682

### FOR TRUST FUND USE ONLY

Trust Fund Balance $ _____
Less amount of payment $ _____
Current balance after payment $ _____

Check No. _____ Date _____
Business Office

### REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of _____ dollars 97 cents
☐ Postage Paid

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ (Staff) _____ Date _____
Received by: _____ (Youth) _____ Date _____

DC 828 (09/91)

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS**

Date: 4-19 20 05

Name (print): Aaron McElroy    I.D. No.: N51882    Housing Unit: N2-1-44

Please pay to: _____
Address: _____
City: _____ State: _____ Zip: _____
The sum of _____ dollars and _____ cents
and charge to my account, for voucher to send FOIA The mop

☐ APPROVED
☐ NOT APPROVED

Inmate Signature _____ ID No. _____
Assistant Warden/Superintendent/Designee _____ Witness _____

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail.

Inmate Signature _____
ID No. N51882

### FOR TRUST FUND USE ONLY
Trust Fund Balance $ _____
Less amount of payment $ _____
Current balance after payment $ _____
Check No. _____ Date _____
Business Office

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of _____ dollars 23 cents
☐ Postage Paid    1.902

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC-828 (09/91)    IL 426-0207

---

## REQUEST FOR PAYMENT
**STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS**

05328

Date: April 20 20 05

Name (print): Aaron McElroy    I.D. No.: N51882    Housing Unit: N2-1-44

Please pay to: _____
Address: _____
City: _____ State: _____ Zip: _____
The sum of _____ dollars and _____ cents
and charge to my account, for letter to Attorney Quiver at Londrigan, Potter and Randle, P.C. regarding Amended Complaint and P/f intak m/7

☐ APPROVED
☐ NOT APPROVED

Inmate Signature _____ ID No. _____
Assistant Warden/Superintendent/Designee _____ Witness _____

### REQUEST FOR PAYMENT OF POSTAGE
I hereby request and authorize payment of postage for the attached mail.

Inmate Signature _____
ID No. N51882

### FOR TRUST FUND USE ONLY
Trust Fund Balance $ _____
Less amount of payment $ _____
Current balance after payment $ _____
Check No. _____ Date _____
Business Office

### REQUEST FOR PAYMENT OF POSTAGE
Postage requested in the amount of _____ dollars 37 cents
☐ Postage Paid    legal

### FOR JUVENILE DIVISION USE ONLY
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC-828 (09/91)

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: May 5 2005

Name (print): Aaron McCrae    I.D. No.: N57882    Housing Unit: N2-1-44

Please pay to: _____

Address: _____

City: _____    State: _____    Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for Letters to Appellate Counsel L. Schaap, request for info re. void judgments etc. and letter to A.R.B. request for info about unanswered grievances. 2 Envelopes

☐ APPROVED
☐ NOT APPROVED

Inmate Signature _____    ID No. _____

Assistant Warden/Superintendent/Designee _____    Witness _____

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of _____ dollars 74 cents

☐ Postage Paid

DC 828 (09/91)

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____ Inmate Signature

ID No. N57882

## FOR TRUST FUND USE ONLY

Trust Fund Balance    $ _____
Less amount of payment    $ _____
Current balance after payment    $ _____

Check No. _____    Date _____

Business Office

## FOR JUVENILE DIVISION USE ONLY

Received by: _____ (Staff)    Date _____

Received by: _____ (Youth)    Date _____

IL 426-0207