E-FILED
Thursday, 13 December, 2007  04:12:26 PM
Clerk, U.S. District Court, ILCD

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 4 - 04

CASE: Mc Croy
       1 0 4 1 7 1

AMOUNT: 1.11

)NDRIGAN, POTTER & RANDLE  C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 5104

CASE: McCroy
10-11-71

AMOUNT: 5.53

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE |
| --- |

DATE: **6 - 0 4**

CASE: **Mc Croy**
**1 0 4 1 7 1**

AMOUNT: **4 . 0 7**

**L∪NDRIGAN, POTTER & RANDLE, ...**
1227 S. Seventh Street
Springfield, Illinois

---

### POSTAGE

DATE: 7 - 04

CASE: mc Croy
10417/

AMOUNT: 1 - 66

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 8 - 04

CASE: Mc Croy
1 0 4171

AMOUNT: 1.85

LC..JRIGAN, POTTER & RANDLE, P._.
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE |
| --- |
| DATE: 9 - 0 Y |
| CASE: McCroy |
| 104171 |
| |
| |
| |
| |
| |
| |
| AMOUNT: 1.48 |

L. .DRIGAN, POTTER & RANDLE, ...
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: __10 - 04__

CASE: __McCroy__
__104179__

AMOUNT: __1.85__

L. DRIGAN, POTTER & RANDLE, 1 ..
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 11-04

CASE: Mc Croy
104171

AMOUNT: 5.96

LU DRIGAN, POTTER & RANDLE, P.
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 12·04

CASE: Mc Croy
104171

AMOUNT: 1·57

L... .DRIGAN, POTTER & RANDLE, P...
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 1 - 05

CASE: McCroy
104171

AMOUNT: 1.85

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: _3 - 05_

CASE: _McCroy_
_104171_

AMOUNT: _11.65_

L..NDRIGAN, POTTER & RANDLE, ...
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 3/28/05

CASE: 55014100

McCray

ASP

AMOUNT: .37

 JNDRIGAN, POTTER & RANDLE  .C.
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 3-28-05

CASE: 104171100
 mc̄r̄oy

 Tom

AMOUNT: 4.96

**LU..DRIGAN, POTTER & RANDLE, F. .**
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE |
|---|
| DATE: 4 - 0 5 |
| CASE: Mc Cray |
| 104171 |
| AMOUNT: 2.58 |

LOUDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 5 . 0 5

CASE: Mc Croy
104171

AMOUNT: . 8 3

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 10-05

CASE: Mc Croy

AMOUNT: .60

LU..DRIGAN, POTTER & RANDLE, F. ..
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 10|05

CASE: mcCroy

104171

AMOUNT: 13.45

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 11/29/05

CASE: 104171100

McCray

AMOUNT: 11.28

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 12606

CASE: 10417110O

McCroy

AMOUNT: 1.11

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 12-22-05

CASE: 10417110O

McCroy

AMOUNT: 7.48

**LC..DRIGAN, POTTER & RANDLE, F...**
1227 S. Seventh Street
Springfield, Illinois

---

### POSTAGE

DATE: _2 - 06_

CASE: _Mc Croy_
_104171_

AMOUNT: _29.28_

LONDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 3 - 06

CASE: McCroy
10417,

AMOUNT: 5, 01

**ONDRIGAN, POTTER & RANDLE** .C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 4/28/06

CASE: 104171100

McCray

AMOUNT: 8.88

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 5-06

CASE: Mc Croy
10417l

AMOUNT: 2.52

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 5 -0 6

CASE: Mc Croy
10417 /

AMOUNT: 3.72