E-FILED
Thursday, 13 December, 2007  04:12:43 PM
Clerk, U.S. District Court, ILCD

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 6/04

CASE: McCroy
104171'00

AMOUNT: 1.98

**L NDRIGAN, POTTER & RANDLE, ̱ ̱.**
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 7/a

CASE: McCray
104171

AMOUNT: 13.77

LANDRIGAN, POTTER & RANDLE, C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 5/18/6

CASE: McCray - 104171

AMOUNT: 7.56

**NDRIGAN, POTTER & RANDLE,** C.
1227 S. Seventh Street
Springfield, Illinois

```
POSTAGE

DATE: 9/8
CASE: McCray-104171100




AMOUNT: 4.53
```

LUNDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

## POSTAGE

DATE: 10/19/06

CASE: McCaw - 104171

AMOUNT: 6.87

LONDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 11/8

CASE: McCroy 104171

AMOUNT: 1.17

ɪNDRIGAN, POTTER & RANDLE, ͡C.
1227 S. Seventh Street
Springfield, Illinois

```
┌─────────────────────────────────┐
│           POSTAGE               │
│                                 │
│  DATE: 12/18                    │
│                                 │
│  CASE: McCray  104171100        │
│  _____    │
│  _____    │
│  _____    │
│  _____    │
│  _____    │
│  _____    │
│  _____    │
│                                 │
│  AMOUNT: 5.64                   │
│                                 │
└─────────────────────────────────┘
```

3:02-cv-03171-HAB-BGC    # 476-22    Page 7 of 15

**LORRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

---

**POSTAGE**

DATE: 1-07

CASE: Mc Croy
104171

AMOUNT: 17.34

.ONDRIGAN, POTTER & RANDL. ?.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 2/07

CASE: 104171100-McCray

AMOUNT: 26.93

NDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 3|07

CASE: McCray 104171100

AMOUNT: 11.22

L( DRIGAN, POTTER & RANDLE, F
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 4.07

CASE: mc Croy
1 04174

AMOUNT: 11.86

LONDRIGAN, POTTER & RANDLE, P.
1227 S. Seventh Street
Springfield, Illinois

### POSTAGE

DATE: 5-07

CASE: McCroy -104171

AMOUNT: 1.58

L NDRIGAN, POTTER & RANDLE, _.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 6-07

CASE: Mc Croy
1041-4

AMOUNT: 1.48

3:02-cv-03171-HAB-BGC     # 476-22     Page 13 of 15

LO..DRIGAN, POTTER & RANDLE, P....
1227 S. Seventh Street
Springfield, Illinois

```
POSTAGE

DATE:  8-07

CASE:  McCroy
       104171


AMOUNT:  2.22
```

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

POSTAGE

DATE: 9-07

CASE: McCroy
10 4171

AMOUNT: .58 + 7.45