LUSDRIGAN, POTTER & RANDLE, P.C.
1227 S. Seventh Street
Springfield, Illinois

**POSTAGE**

DATE: 10-07

CASE: McCroy
        03171

AMOUNT: 29.12

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| POSTAGE | |
|---|---|
| DATE: | 11-07 |
| CASE: | McCroy |
| | 04171 |
| AMOUNT: | 5.62 |



| | | | Invoice Number: | 1-925-56865 |
|---|---|---|---|---|
| | | | Invoice Date: | Aug 06, 2004 |
| | | | Account Number: | 1874-7317-9 |
| | | | Page: | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

| Picked up: Jun 25, 2004 | Payor: Shipper | Reference: NO REFERENCE INFORMATION | McCroy |
|---|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
- Distance Based Pricing, Zone 2

| Tracking ID | 845699624529 | Sender | Recipient | |
|---|---|---|---|---|
| Service Type | FedEx Standard Overnight | THOMAS E LONDRIGAN | KAREN WYNN | |
| Package Type | FedEx Pak | LONDRIGAN & LONDRIGAN | CENTRAL DISTRICT OF ILLINOIS | |
| Zone | 2 | 1227 S 7TH ST | 201 S VINE STREET 218 U S COUR | |
| Packages | 1 | SPRINGFIELD IL 62703-2420 US | URBANA IL 61802 US | |
| Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | | Transportation Charge | | 14.50 |
| Svc Area | AA | Fuel Surcharge | | 0.87 |
| Signed by | | Delivery Area Surcharge-Commercial | | 1.00 |
| FedEx Use | 177063790/0001283/_ | | | |
| | | **Total Charge** | USD $ | 16.37 |
| | | Shipment Detail Subtotal | USD $ | 16.37 |

17

**THOMAS F. LONDRIGAN / TIMOTHY L. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

00017 Federal Express

| Voucher | Date | Invoice Description | | Matter | 2705 | 2705 |
|---|---|---|---|---|---|---|
| 791 | 08/09/04 | McCroy | | 104171100 | Amount | |
| | | | | | 16.37 | |

08/09/04    Total Paid                                                                 16.37

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

11

S W261-1 (8/00)

# FedEx

| | |
|---|---|
| Invoice Number: | 5-460-63914 |
| Invoice Date: | Apr 07, 2005 |
| Account Number: | 1874-7317-9 |
| Page: | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Mar 25, 2005    **Payor:** Shipper    **Reference:** MSCROY

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Tracking ID | 845699624595 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | DOUG QUIVEY | AARON MCCROY |
| Package Type | FedEx Envelope | LONDRIGAN & LONDRIGAN | MENARD CORPORATION CENTER |
| Zone | 2 | 1227 S 7TH ST | 711 KASKASKIA |
| Packages | 1 | SPRINGFIELD IL 62703-2420 US | MENARD IL 62259 US |
| Weight | N/A | | |
| Delivered | Mar 28, 2005  09:51 | | |
| Svc Area | PM | Transportation Charge | 13.35 |
| Signed by | M.KORANDO | Fuel Surcharge | 1.13 |
| FedEx Use | 084060970/0000001/ | Delivery Area Surcharge-Commercial | 1.25 |

**Total Charge**    USD $    15.73

**Shipment Detail Subtotal** .................................................................................................    USD $    31.46

11

ST V261-2 (12/04)



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 1-040-04621 | Jun 01, 2006 | 1874-7317-9 | 4 of 4 |

**FedEx Express Shipment Detail By Payor Type (Original)**

Dropped off: May 25, 2006  Cust. Ref.: MCCROY  Ref. #2:
Payor: Shipper  Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

USAB

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 855780329035 | THOMAS F LONDRIGAN | DR STEVE KWEDAR |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | |
| Package Type | FedEx Box | 1227 S 7TH ST | 2325 LATERN LN |
| Zone | 5 | SPRINGFIELD IL 62703-2420 US | NAPLES FL 34102 US |
| Packages | 1 | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | |
| Delivered | May 26, 2006 10:10 | Transportation Charge | 48.10 |
| Svc Area | AA | Residential Delivery | 2.10 |
| Signed By | 9999999999999 | Fuel Surcharge | 6.49 |
| FedEx Use | 014505740/0001552/02 | Total Charge   USD | $56.69 |

| | Shipper Subtotal | USD | $56.69 |
|---|---|---|---|
| | Total FedEx Express | USD | $56.69 |

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING    OUNT

3479

00017 Federal Express
Voucher  Date   Invoice Description    Matter  3479
1665   06/15/06   McCroy         104171100  Amount
                                              56.69

06/15/06   Total Paid                        56.69

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

ST V261-2 (12/04)

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 1-153-92365 | Aug 03, 2006 | 1874-7317-9 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Jun 26, 2006  
Payor: Shipper  
Cust. Ref.: MCCROY  
Ref. #3:  
Ref. #2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 5
- 1st attempt Jun 27, 2006 at 10:15 AM.

| USAB | | | |
|---|---|---|---|
| Tracking ID | 855780329540 | | |
| Service Type | FedEx Priority Overnight | | |
| Package Type | FedEx Envelope | | |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Svc Area | AA | | |
| FedEx Use | 017710424/0000219/_ | | |

Sender  
THOMAS F LONDRIGAN  
LONDRIGAN & LONDRIGAN  
1227 S 7TH ST  
SPRINGFIELD IL 62703-2420 US

Recipient  
DR STEPHEN A KWEDAR  
-  
2325 LANTERN LN  
NAPLES FL 34102 US

Transportation Charge    18.45  
Fuel Surcharge    2.95  
Residential Delivery    2.10  
**Total Charge**    USD    **$23.50**

Shipper Subtotal    USD    $23.50

Dropped off: Jul 11, 2006  
Payor: Recipient  
Cust. Ref.: 855780329540  
Ref. #3: McCroy  
Ref. #2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 5

| INET | | | |
|---|---|---|---|
| Tracking ID | 792148373078 | | |
| Service Type | FedEx Express Saver | | |
| Package Type | FedEx Envelope | | |
| Zone | 05 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 13, 2006  12:55 | | |
| Svc Area | AA | | |
| Signed By | S.DAVIS | | |
| FedEx Use | 000000000/0000832/_ | | |

Sender  
FedEx APFA Returns  
3885 MERCANTILE AVE  
NAPLES FL 34104 US

Recipient  
THOMAS LONDRIGAN  
LONDRIGAN & LONDRIGAN  
1227 S 7TH ST  
SPRINGFIELD IL 62703 US

Transportation Charge    8.45  
Fuel Surcharge    1.35  
**Total Charge**    USD    **$9.80**

Recipient Subtotal    USD    $9.80  
Total FedEx Express    USD    $33.30

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**  
ATTORNEYS AT LAW - OPERATING ACCOUNT

3510

| 00017 Federal Express | | | | |
|---|---|---|---|---|
| Voucher | Date | Invoice Description | Matter | 3510 Amount |
| 1704 | 08/08/06 | McCroy | 104171100 | 33.30 |

08/08/06    Total Paid    33.30

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN
ATTORNEYS AT LAW OPERATING ACCOUNT
3:02-cv-03171-HAB-BGC   #476-23   Page 7 of 14
357

| 00017 Federal Express | | | | | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | 3578 Amount |
| 1773 | 10/16/06 | McCroy | | 104171100 | 72.65 |

10/16/06   Total Paid                                         72.65


DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-450-44798 | Oct 05, 2006 | 1874-7317-9 | 4 of 4 |

**FedEx Express Shipment Detail By Payor Type (Original)**

Dropped off: Sep 28, 2006     Cust. Ref.: MCCROY     Ref. #2:
Payor: Shipper               Ref. #3:                              104171
- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.     17
- Package Delivered to Recipient Address - Release Authorized

USAB
| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 855780329057 | TOM LONDRIGAN | DR STEPHEN A KWEDAR | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | - | |
| Package Type | FedEx Box | 1227 S 7TH ST | 2325 LANTERN LN | |
| Zone | 05 | SPRINGFIELD IL 62703-2420 US | NAPLES FL 34102 US | |
| Packages | 1 | | | |
| Rated Weight | 11.0 lbs, 5.0 kgs | | | |
| Delivered | Sep 29, 2006  10:13 | Transportation Charge | | 60.30 |
| Svc Area | A4 | Fuel Surcharge | | 10.25 |
| Signed By | 9999999999999 | Residential Delivery | | 2.10 |
| FedEx Use | 027103377/0001552/02 | **Total Charge** | USD | **$72.65** |

Shipper Subtotal                   USD            $72.65

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-502-08572 | Nov 02, 2006 | 1874-7317-9 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Oct 04, 2006    Cust. Ref.: MCCROY    Ref. #2:
Payor: Shipper    Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

USAB

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 855780329079 | PAULA CONTRY | DR STEPHEN A KWEDER |
| Service Type | FedEx Standard Overnight | LONDRIGAN & LONDRIGAN | |
| Package Type | FedEx Pak | 1227 S 7TH ST | 2325 LANTERN LN |
| Zone | 05 | SPRINGFIELD IL 62703-2420 US | NAPLES FL 34102 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Oct 05, 2006 13:41 | Transportation Charge | |
| Svc Area | A4 | Residential Delivery | 28.10 |
| Signed By | 9999999999999 | Fuel Surcharge | 2.10 |
| FedEx Use | 027709539/0001349/02 | Total Charge | 4.64 |
| | | USD | $34.84 |

Picked up: Oct 05, 2006    Cust. Ref.: MCCROY    Ref. #2:
Payor: Shipper    Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 5
- Package sent from: 34104 zip code

USAB

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 855780329068 | TOM LONDRIGAN | TOM LONDRIGAN |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | LONDRIGAN & LONDRIGAN |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 1227 S 7TH ST |
| Zone | 05 | SPRINGFIELD IL 62703-2420 US | SPRINGFIELD IL 62703 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Oct 06, 2006 09:22 | Transportation Charge | |
| Svc Area | AA | Courier Pickup Charge | 18.45 |
| Signed By | S.DAVIS | Fuel Surcharge | 4.00 |
| FedEx Use | 027805464/0000219/_ | Total Charge | 3.04 |
| | | USD | $25.49 |

| | | |
|---|---|---|
| Shipper Subtotal | USD | $60.33 |
| Total FedEx Express | USD | $60.33 |

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3596

| 00017 Federal Express | | | | 3596 | |
|---|---|---|---|---|---|
| Voucher | Date | Invoice Description | | Matter | Amount |
| 1808 | 11/13/06 | McCroy | | 104171100 | 60.33 |

| 11/13/06 | Total Paid | | 60.33 |
|---|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-245-89069 | Sep 06, 2007 | 1874-7317-9 | 5 of 6 |

**Dropped off:** Aug 13, 2007   **Cust. Ref.:** BGA & SBC   **Ref. #2:**
**Payer:** Shipper   **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 855780329105 | PAULA GENTRY | THOMAS LONDRIGAN |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | RESIDENTIAL |
| Package Type | FedEx Pak | 1227 S 7TH ST | 2700 ORIOLE TRAIL |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | MICHIGAN CITY IN 46360 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Aug 14, 2007 09:13 | Transportation Charge | 22.60 |
| Svc Area | A2 | Residential Delivery | 2.20 |
| Signed by | 9999999999999 | Fuel Surcharge | 3.47 |
| FedEx Use | 022507721/0001508/02 | **Total Charge**   USD | **$28.27** |

**Dropped off:** Aug 14, 2007   **Cust. Ref.:** BGA   **Ref. #2:**
**Payer:** Shipper   **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 855780329116 | PAULA GENTRY | THOMAS LONDRIGAN |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 2700 ORIOLE TRL |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | MICHIGAN CITY IN 46360 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Aug 15, 2007 09:38 | Transportation Charge | 16.85 |
| Svc Area | A2 | Fuel Surcharge | 2.67 |
| Signed by | 9999999999999 | Residential Delivery | 2.20 |
| FedEx Use | 022607513/0000197/02 | **Total Charge**   USD | **$21.72** |

**Dropped off:** Aug 15, 2007   **Cust. Ref.:** MCCROY   **Ref. #2:**
**Payer:** Shipper   **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 855780329149 | PAULA GENRY | THOMAS LONDRIGAN |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | RESIDENTIAL |
| Package Type | FedEx Pak | 1227 S 7TH ST | 2700 ORIOLE TRL |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | MICHIGAN CITY IN 46360 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Aug 16, 2007 09:12 | Transportation Charge | 22.60 |
| Svc Area | A2 | Residential Delivery | 2.20 |
| Signed by | 9999999999999 | Fuel Surcharge | 3.47 |
| FedEx Use | 022704115/0001508/02 | **Total Charge**   USD | **$28.27** |

**Dropped off:** Aug 22, 2007   **Cust. Ref.:** ACTL   **Ref. #2:**
**Payer:** Shipper   **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 855780329150 | THOMAS LONDRIGAN | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | |
| Zone | 07 | SPRINGFIELD IL 62703-2420 US | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Aug 23, 2007 | Transportation Charge | 21.55 |
| Svc Area | | Fuel Surcharge | 3.02 |
| Signed by | T.FLORA | **Total Charge**   USD | **$24.57** |
| FedEx Use | 023408768/0000241/_ | | |

14922 3/3



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-245-89069 | Sep 06, 2007 | 1874-7317-9 | 4 of 6 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Aug 08, 2007  **Cust. Ref.:** MCCROY & OTHERS  **Ref. #2:**
**Payor:** Shipper  **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329528 | PAULA GENTRY | THOMAS LONDRIGAN | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | RESIDENTIAL | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 270 ORIOLE TRAIL | |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | MICHIGAN CITY IN 46360 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 09, 2007 09:21 | Transportation Charge | | 16.85 |
| Svc Area | A2 | Fuel Surcharge | | 2.67 |
| Signed by | 9999999999999 | Residential Delivery | | 2.20 |
| FedEx Use | 022008055/0000197/02 | **Total Charge** USD | | **$21.72** |

**Dropped off:** Aug 09, 2007  **Cust. Ref.:** MCCROY  **Ref. #2:**
**Payor:** Shipper  **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329506 | PAULA GENTRY | THOMAS LONDRIGAN | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | RESIDENTIAL | |
| Package Type | FedEx Pak | 1227 S 7TH ST | 2700 ORIOLE TRL | |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | MICHIGAN CITY IN 46360 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Aug 10, 2007 09:35 | Transportation Charge | | 22.60 |
| Svc Area | A2 | Residential Delivery | | 2.20 |
| Signed by | 9999999999999 | Fuel Surcharge | | 3.47 |
| FedEx Use | 022105950/0001508/02 | **Total Charge** USD | | **$28.27** |

**Dropped off:** Aug 11, 2007  **Cust. Ref.:** NO REFERENCE INFORMATION  **Ref. #2:**
**Payor:** Shipper  **Ref. #3:** McCroy

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package sent from: 46360 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329517 | TOM LONDRIGAN | PAULA GENTRY | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | LONDRIGAN & LONDRIGAN | |
| Package Type | FedEx Pak | 1227 S 7TH ST | 1227 S 7TH ST | |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | SPRINGFIELD IL 62703 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Aug 13, 2007 09:06 | | | |
| Svc Area | AA | Transportation Charge | | 22.60 |
| Signed by | S.ADAMS | Fuel Surcharge | | 3.16 |
| FedEx Use | 022300927/0001508/_ | **Total Charge** USD | | **$25.76** |

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-245-89069 | Sep 06, 2007 | 1874-7317-9 | 6 of 6 |

**Dropped off:** Aug 31, 2007  **Cust. Ref.:** MCCOY  **Ref. #2:**
**Payer:** Shipper  **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329160 | THOMAS F LONDRIGAN | AARON MCCROY N51882 | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | RECEIVING CELL 15 | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 251 NORTH ILLINOIS HWY ST | |
| Zone | 02 | SPRINGFIELD IL 62703-2420 US | INA IL 62846 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 14.50 |
| Delivered | Sep 04, 2007 09:31 | Direct Signature | | 2.50 |
| Svc Area | AA | Delivery Area Surcharge-Commercial | | 1.40 |
| Signed by | C.STARK | Fuel Surcharge | | 2.23 |
| FedEx Use | 024303894/0000186/_ | **Total Charge** | USD | $20.63 |

|  |  |  |
|---|---|---|
| **Shipper Subtotal** | USD | $199.21 |
| **Total FedEx Express** | USD | $199.21 |

T V261-3K (12/06)

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-297-79273 | Oct 04, 2007 | 1874-7317-9 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

Picked up: Sep 05, 2007  Cust. Ref.: NO REFERENCE INFORMATION  Ref.#2:
Payor: Shipper  Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 62864 zip code

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329171 | AARON MCCROY N51882 | THOMAS F LONDRIGAN | |
| Service Type | FedEx Standard Overnight | LONDRIGAN & LONDRIGAN | LONDRIGAN POTTER & RANDLE P C | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 1227 S SEVENTH ST | |
| Zone | 02 | SPRINGFIELD IL 62703-2420 US | SPRINGFIELD IL 62703 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 12.45 |
| Delivered | Sep 06, 2007 13:14 | Fuel Surcharge | | 2.39 |
| Svc Area | AA | Courier Pickup Charge | | 4.00 |
| Signed by | T.LONDRIGAN | Direct Signature | | 2.50 |
| FedEx Use | 024803808/0000200/_ | **Total Charge** | USD | $21.34 |
| | | **Shipper Subtotal** | USD | $21.34 |
| | | **Total FedEx Express** | USD | $21.34 |

---

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3894

00017 Federal Express

| Voucher | Date | Invoice Description | Matter | 3894 Amount |
|---|---|---|---|---|
| 2141 | 10/17/07 | McCroy | 104171100 | 21.34 |

10/17/07    Total Paid                                                                 21.34

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-349-13730 | Nov 01, 2007 | 1874-7317-9 | 4 of 5 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Oct 17, 2007  **Cust. Ref.:** MCCROY  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329193 | PAULA GENTRY | DR STEPHEN KWEDAR | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | C/O INTERNATIONAL HOTEL | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 9801 CARNEGIE AVE RM 1403 | |
| Zone | 04 | SPRINGFIELD IL 62703-2420 US | CLEVELAND OH 44106 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 18, 2007 09:26 | Transportation Charge | | 18.50 |
| Svc Area | A1 | Direct Signature | | 2.50 |
| Signed by | J.MYERS | Fuel Surcharge | | 2.59 |
| FedEx Use | 029004379/0000208/_ | Total Charge | USD | **$23.59** |

**Dropped off:** Oct 18, 2007  **Cust. Ref.:** MCCROY  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329208 | PAULA GENTRY | TOM LANDRIGAN | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | 2700 ORIOLE TRL | |
| Zone | 03 | SPRINGFIELD IL 62703-2420 US | MICHIGAN CITY IN 46360 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 19, 2007 09:22 | Transportation Charge | | 16.85 |
| Svc Area | A2 | Residential Delivery | | 2.20 |
| Signed by | 9999999999999 | Fuel Surcharge | | 2.67 |
| FedEx Use | 029103626/0000197/02 | Total Charge | USD | **$21.72** |

**Dropped off:** Oct 23, 2007  **Cust. Ref.:** MCCROY  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329219 | TOM LONDRIGAN | DR STEVEN KWEDAR | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | | |
| Package Type | Customer Packaging | 1227 S 7TH ST | 2325 LANTERN LANE | |
| Zone | 05 | SPRINGFIELD IL 62703-2420 US | NAPLES FL 34102 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | |
| Delivered | Oct 24, 2007 09:44 | Transportation Charge | | 37.35 |
| Svc Area | A4 | Residential Delivery | | 2.20 |
| Signed by | S.KWEDAR | Fuel Surcharge | | 5.54 |
| FedEx Use | 029605235/0001552/_ | Total Charge | USD | **$45.09** |

**Dropped off:** Oct 26, 2007  **Cust. Ref.:** MCCROY  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 855780329220 | TOM LONDRIGAN | DR STEVE KWEDAR | |
| Service Type | FedEx Priority Overnight | LONDRIGAN & LONDRIGAN | 2325 LANTERN LN | |
| Package Type | FedEx Envelope | 1227 S 7TH ST | NAPLES FL 34102 US | |
| Zone | 05 | SPRINGFIELD IL 62703-2420 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Oct 27, 2007 10:26 | Transportation Charge | | 19.50 |
| | | Fuel Surcharge | | 4.79 |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-349-13730 | Nov 01, 2007 | 1874-7317-9 | 5 of 5 |

Tracking ID: 855780329220 continued
Svc Area    A4
FedEx Use    029907775/0000219/_

| | | |
|---|---|---|
| Residential Delivery | | 2.20 |
| Saturday Delivery | | 12.50 |
| Indirect Signature | | 1.50 |
| **Total Charge** | USD | $40.49 |
| **Shipper Subtotal** | USD | $130.89 |
| **Total FedEx Express** | USD | $130.89 |

16804 3/3