E-FILED
Thursday, 13 December, 2007  04:14:15 PM
Clerk, U.S. District Court, ILCD

## TELEPHONE CHARGES

Londrigan, Potter & Randle Telephone Charges                    $  278.30

EXHIBIT

H - 8

ONDRIGAN, POTTER & RANDLE .C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 5/04

CASE: mcCray
104171

AMOUNT: 15

**L. .DRIGAN, POTTER & RANDLE, . ..**
1227 S. Seventh Street
Springfield, Illinois

---

## TELEPHONE

DATE: 6 - 0 4

CASE: Mc Croy
1 0 4 1 7 1

AMOUNT: 1 - 3 7

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 7-04

CASE: McCroy
10417

AMOUNT: .30

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

| TELEPHONE |
| --- |
| DATE: _8 - 04_ |
| CASE: _Mc Croy_ |
| _104171_ |
| |
| |
| |
| |
| |
| |
| |
| AMOUNT: _.11_ |

LⵑᑐDRIGAN, POTTER & RANDLE, ᑲᵎᑕ.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: ___10 - 0 4___

CASE: ___Mc Croy___
___104171___

AMOUNT: ___. 2 2___

LONDRIGAN, POTTER & RANDLE, P.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: _11~04_

CASE: _Mc Croy_
_(0417)_

AMOUNT: _4.08_

**LO..RIGAN, POTTER & RANDLE, P.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 12-04

CASE: Mc Croy
10417/

AMOUNT: 12.51

**L NDRIGAN, POTTER & RANDLE, . .C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 1 - 0 5

CASE: Mc Croy
104171

AMOUNT: . 6 6

**LC___DRIGAN, POTTER & RANDLE, P. .**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 3 - 0 5

CASE: Mc Croy
    104171

AMOUNT: 11.42

**LUNDRIGAN, POTTER & RANDLE, r.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 3/28/05

CASE: 55014100
McCroy
PSP

AMOUNT: 13.50

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 3/28/05

CASE: 104171100
M°Croy
Tom

AMOUNT: 1.19

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 4~05

CASE: McCroy
104171

AMOUNT: 19.28

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 5 - 05

CASE: Mc Croy
10417l

AMOUNT: 14.92

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 11/29/05

CASE: 104171100

McCray

AMOUNT: 4.80

**L..DRIGAN, POTTER & RANDLE, ....**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 3 - 06

CASE: Mc Croy
104171

AMOUNT: 23.51

ꓛNDRIGAN, POTTER & RANDLE  .C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 4 28 06

CASE: 104171100

McCray

AMOUNT: 8.31

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 5 - 06

CASE: Mc Croy
104171

AMOUNT: 5.31

**L NDRIGAN, POTTER & RANDLE,    C.**
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 7 ___

CASE: McCray ___
104171 ___

AMOUNT: 7.89 ___

NDRIGAN, POTTER & RANDLE,   C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 8\U\p

CASE: M<sup>c</sup>Cray 104171

AMOUNT: 110

**_NDRIGAN, POTTER & RANDLE, _.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 9/8

CASE: McCray - 10417100

AMOUNT: .88

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: _10 - 06_

CASE: _McCroy_
_104171_

AMOUNT: _13.14_

**LUNDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

TELEPHONE

DATE: 11/8₀

CASE: McCray 104171

AMOUNT: 195

**NDRIGAN, POTTER & RANDLE,** ⸝.
1227 S. Seventh Street
Springfield, Illinois

## TELEPHONE

DATE: 12|0

CASE: McCray 104171100

AMOUNT: .21

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

---

### TELEPHONE

DATE: 1 – 07

CASE: Mc Croy
104171

AMOUNT: . 65

**I  NDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 2\07

CASE: 104171100  McCray

AMOUNT: 17.66

I NDRIGAN, POTTER & RANDLE, C.
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 3|07

CASE: McCoy 104171100

AMOUNT: 18.82

**LO..ORIGAN, POTTER & RANDLE, P.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 5-07

CASE: McCroy-104171

AMOUNT: 18.59

**L. NDRIGAN, POTTER & RANDLE, L.C.**
1227 S. Seventh Street
Springfield, Illinois

---

**TELEPHONE**

DATE: 6 - 07

CASE: Mc Croy
104171

AMOUNT: 4.23

LU__DRIGAN, POTTER & RANDLE, P. _
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 9-07

CASE: Mc Croy
104171

AMOUNT: 4.3¢

**LONDRIGAN, POTTER & RANDLE, P.C.**
1227 S. Seventh Street
Springfield, Illinois

**TELEPHONE**

DATE: 11-07

CASE: Mc Croy
104171

AMOUNT: 67.30