## ON-LINE RESEARCH

2/09/06         Public Records Search through KNOWX                $  9.95



EXHIBIT H-10

# National City

4653 E MAIN #16-0410
COLUMBUS OH 43213-3129

## BUSINESS CARD SUMMARY

| New Balance | Minimum Due | Due Date |
|---|---|---|
| 0.00 | 0.00 | 03/17/06 |

**Account Number** 4436 0330 5300 9913

**Amount Enclosed $** _____

*Address change? Print new address on back of statement*

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3373

00051 National City

| Voucher | Date | Invoice Description | | Matter | 3373 |
|---|---|---|---|---|---|
| 1536 | 03/02/06 | | | | Amount |
| 1536 | 03/02/06 | ▓▓▓▓ | | | 82.64  740 |
| 1536 | 03/02/06 | ▓▓▓▓ | | 103115100 | 53.76 |
| 1536 | 03/02/06 | McCroy | | 103104100 | 30.00 |
| | | | | 104171100 | 9.95 |

03/02/06   Total Paid                                                176.35


DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com

Payment Due Date                03/17/06

## TRANSACTIONS

| Tran Date | Post Date | Reference Number | Description | Debits | Credits |
|---|---|---|---|---|---|
| 01/19 | 01/22 | 2444500D4AARQQWX0 | UIS BOOKSTORE #0193   SPRINGFIELD IL  740<br>MCC: 5942   MERCHANT ZIP: | 82.64 | |
| 01/23 | 01/25 | 2469216D8000H0G64 | SHELL OIL 51274160210  SPRINGFIELD IL 103115<br>MCC: 5542   MERCHANT ZIP: 62703 | 30.0▓ | |
| 01/26 | 01/29 | 2445501DB42QJ9SE3 | WAL-MART #3210     SPRINGFIELD(NIL  (53.76)<br>MCC: 5411   MERCHANT ZIP: 62702 | 23.75 | |
| 01/30 | 02/01 | 2461043DF03SB3S8H | ROAD RANGER 116  Q39  SPRINGFIELD IL 103104<br>MCC: 5542   MERCHANT ZIP: | 30.00 | |
| 02/09 | 02/12 | 2438894DTB1ZYRY2J | KNOWX 888-975-6699    888-9756699 GA 104171<br>MCC: 9399   MERCHANT ZIP: | 9.95 | McCroy |
| 02/20 | 02/20 | 000000000000COMPC | TOTAL PURCHASES       $176.35<br>TOTAL         $176.35 | 0.00 | |

## FINANCE CHARGE SUMMARY

| | Corresponding Annual Percentage Rate (APR) | Daily Periodic Rate (may vary) | X | Days in Billing Period | X | Avg. Daily Balance Subject to Finance Charge | = | Finance Charge for This Period |
|---|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | | |
| Previous Cycle Purchases | 13.50% | .03750% | x | 0 | x | $0.00 | = | $0.00 |
| Current Cycle Purchases | 13.50% | .03750% | x | 0 | x | $0.00 | = | $0.00 |
| Cash Advances | | | | | | | | |
| Cash Advances | 13.50% | .03750% | x | 0 | x | $0.00 | = | $0.00 |
| Annual Percentage Rate = 13.50% | | | | | | Total Finance Charge | | $0.00 |

## SPECIAL MESSAGE

TOTAL *FINANCE CHARGE* PAID IN 2005   $0.00

CUSTOMER SERVICE 1-800-474-2101
LOC# 16-0410, 4653 E MAIN, COLUMBUS OH 43251
*Notice: See reverse side for important information on your account and its renewal.*

5170  0001  DBD       1    7  14  060220          Page 1 of 1           5625   0300   T601   01AL5170       906





### STANDARD:
# How it Works

KnowX Standard provides access public records, instantly and easily.

**Open An Account.**
Getting started on KnowX is fast, free and easy. For full access to our standard searches, you will be asked to complete a short registration. The information you provide gives you immediate access all of our standard searches. Your personal information is kept confidential. (Read our privacy policy)

**Performing A Search.**
KnowX works like most search engines. Just enter the search criteria (e.g. name, address, state, etc.) and click the search button. (See example below.) Most of our searches are FREE. If there is a charge associated with the search you chose, a price tag screen will ALWAYS be displayed giving you the price and an option to cancel your request!

(Click here to see a price list).

## The Ultimate People Finder

**Locate Individuals.** This unsurpassed combination of residence information and real estate records significantly increases your chances of locating "hard to find" individuals.

First, click here to determine whether the area you are searching provides records to KnowX.

**Enter search criteria in one or more fields and then select a state.**
*indicates a required field

| | | **Product Information** |
|---|---|---|
| **Name:*** | John Doe | Search Tips ▶ |
| **City:** | | Database Info ▶ |
| | | Price of Search ▶ |
| **State:*** | Texas | Coverage Area ▶ |
| | | Example Record ▶ |
| **Zip:** | ▬▬▬▬ | |

The databases are searched and results are displayed in a list of general information from which you can choose the most appropriate match. The search summary will only give you very general information about the person or company (e.g. city and state). To receive the full report for the database you have searched you must purchase a detail record. (See example below.)

---

**4 Matches Found**
Searching: JOHN DOE | State: TX
Purchase the Details:

OPTION 1: Buy All Records for $19.95
OPTION 2: Buy Single Records for $7.95 (click on the record)

- Results are displayed in random order. Scroll down to view.

  1. **DOE, JOHN C** filed for bankruptcy in TX
  2. **DOE, JOHN M** filed for bankruptcy in TX
  3. **DOE, JOHN P** filed for bankruptcy in TX
  4. **DOE, JOHN PAUL** filed for bankruptcy in TX

---

### Purchasing A Record from the List of Matches.
From the list of matches, simply click on one of the matches to purchase the full details of the record. You will be presented with a price tag and the option to purchase or cancel. In some instances, you may purchase all records found for a discounted rate. Look for the "All Records" link in your list of matches.

### Printing and Downloading.
There are a couple of different ways to save the information found at KnowX.
Click here to find out how.

### That's It! If you have additional questions, or need help, we provide :
Online Help Section

Company Info | Public Records Info | Privacy Statement | Privacy at ChoicePoint | Legal

Copyright © 2006 KnowX LLC, all rights reserved.  KnowX LLC is a ChoicePoint Company. For assistance contact support.