E-FILED
Thursday, 13 December, 2007  04:15:05 PM
Clerk, U.S. District Court, ILCD

## PLAINTIFF EXPERT/CONSULTANT EXPENSES

| | | |
|---|---|---|
| 11/15/07 | Dr. Kwedar (Plaintiff's Expert) | $19,196.43 |
| 9/19/07 | Plaintiff Consultant XX | $   718.75 |
| | TOTAL | $19,915.18 |



**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3938

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 00181 Stephen A. Kwedar, M.D. | | | | 3938 |
| 2187 | 11/15/07 | McCroy 104171100 | 104171100 | 19,196.43 |

| 11/15/07 | Total Paid | | | 19,196.43 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Oct. 31, 2007

Tom,

NOV 0 5 REC'D

I have tried to bill what an Ophthalmologist - with a mature practice nets per hour and inbetween a Springfield and Chicago Lawyer.

Stephen Kwedar MD    charges including non refundable air line ticket

MC CROY

|  | prep | meeting | dep/court |
|---|---|---|---|
| 29-Aug-06 | 2.00 | | |
| 02-Sep-06 | 4.00 | | |
| 09-Sep-06 | 3.00 | | |
| 10-Sep-06 | 2.00 | | |
| 11-Sep-06 | 1.00 | 0.50 | 2.50 |
| 08-Jan-07 | 0.20 | | |
| 08-Feb-07 | 0.20 | | |
| 21-Sep-07 | 0.20 | | |
| 18-Oct-07 | 5.00 | | |
| 19-Oct-07 | 3.00 | | |
| 20-Oct-07 | 4.00 | | |
| 23-Oct-07 | 0.50 | | |
| 24-Oct-07 | 2.00 | | |
| 25-Oct-07 | 1.00 | | |
| 26-Oct-07 | 2.00 | | |
| 27-Oct-07 | 4.00 | | |
| 28-Oct-07 | 7.00 | | |
| 29-Oct-07 | 6.00 | | |
| 30-Oct-07 | 6.50 | | 0.75 |
| totals: | 53.60 | 0.50 | 3.25 |
| rate per hr | 300.00 | 300.00 | 500.00 |
| | 16080.00 | 150.00 | 1625.00 |

181
104171

TOTAL TIME    17855.00

expenses

| correspondance | 28.80 |
| air line ticket non refundable may 07 | 1270.80 |
| auto to court   94mi*44.5 | 41.83 |

TOTAL EXPENSES    1341.43

TOTAL    **************    19196.43

September 14, 2007

Londrigan, Potter & Randle, P.C.
Thomas F. Londrigan, Attorney
ATTN: Paula K. Gentry, Legal Assistant
P. O. Box 399
1227 South 7th Street
Springfield, Illinois 62705

Rate = 125.00/hr

  RE: Consulting Contract – Billing Statement
    *McCoy v. IDOC, et al.*

| | | |
|---|---|---|
| Preparation/Grievance review:<br> January/February 2007 | 1.5 hour | $187.50 |
| Meeting – Springfield – February 22, 2007<br> Mileage: 70 miles X 2 = 140 X 0.445 | 1.5 hours | $187.50<br>$ 62.50 |
| Meeting – Springfield – September 14, 2007 - 1.75 hours<br> Mileage: 70 miles X 2 = 140 X 0.445 | | $218.75<br>$ 62.50 |
| | **TOTAL:** | **$718.75** |

177

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
 ATTORNEYS AT LAW - OPERATING    )UNT

3848

00177
| Voucher | Date | Invoice Description | Matter | 3848<br>Amount |
|---|---|---|---|---|
| 2091 | 09/19/07 | McCroy 104171100 | 104171100 | 718.75 |

09/19/07 Total Paid              718.75

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com