**E-FILED**
Thursday, 13 December, 2007 04:15:44 PM
Clerk, U.S. District Court, ILCD

**TRAVEL EXPENSES**

| | |
|---|---|
| Travel to depositions and client meetings (plane fees, rental cars, cab fares) | $ 3,443.14 |
| 1/1/04-2/4/05 Mileage to depositions and meetings (307.80 miles x .375) | $ 115.43 |
| 1/1/06-1/31/07 Mileage to depositions and meetings (131.40 miles x. .445) | $ 58.47 |
| 2/1/07 - Present Mileage to and from trial (1,949.30 miles x. .485) | $ 945.41 |
| TOTAL | $ 4,562.45 |

EXHIBIT
H-12

McCroy

№ 48002 McClelland Aviation Company
1100 Aviation Lane
Springfield, IL 62707
(217) 544-9027

Customer: LANDRIGAN / POTTER

Address: 3689N

| sold by | date | cash | check | c/c type | on acct. |
|---|---|---|---|---|---|
| TS | 07/20 | | # | BP | |

| quantity | description | price | amount |
|---|---|---|---|
| 50.0 | 100LL | 3.50 | 175.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Federal Excise Tax | 0.194 | 9.70 |
| | IL EI & US Fee | 0.011 | 0.55 |
| | SAA Flowage Fee | 0.3295 | 16.48 |
| | | TAX | 13.56 |
| | | TOTAL | 215.29 |

Payment terms: net 30.
A finance charge of 1½% per month applies to unpaid balances.

07/20/06 10:34:21 AM

Air BP Sterling Sale

Merchant# 7412
Terminal ID: 10050018075

McClelland Aviation
1100 Aviation Drive
Springfield , IL 62707
(217)544-9027 V1.0.KMR.2.2

Batch 716 Invoice 102049

Card #: XXXXXXXXXXXX6008
Exp. Date: XX/XX
Tail #: 3689N
Flight #:

Avgas 100LL 50.00 Gallons

| | | |
|---|---|---|
| @ $3.49996/Gallon | $ | 175.00 |
| State Tax Avgas | $ | 0.55 |
| Sales Tax Avgas | $ | 13.56 |
| FET Avgas | $ | 9.70 |
| Flowage Avgas | $ | 16.48 |
| Fuel Total | $ | 215.29 |
| Invoice Total | $ | 215.29 |

Approved 814674

Did you receive the correct grade of fuel?
Avgas 100LL
Y / N

THANK YOU FOR VISITING
HAVE A GREAT DAY!

Customer Copy

351552

# STATEMENT

DATE: August 03, 2006

TERMS: Pg 2 of 3

TO: Londrigan, Potter, & Randle, P.C.

ADDRESS: 1227 So. Seventh Street
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No. Walnut St RD.
Springfield, Illinois 62707

| | | | | | | |
|---|---|---|---|---|---|---|
| July 12 | Bud Potter CMI X2 | | | | | |
| 3689N | 1.8 flt. 12.0 Gnd. | 40<br>20 | – | 72<br>40 | 00<br>00 | Bud<br>[illegible] ✓ |
| | | | | 112 | – | |
| July 13 | Bud Potter CMI X2 | | | | | |
| 3689N | 1.8 flt. 12.0 Gnd. | 40<br>20 | –<br>– | 72<br>40 | 00<br>00 | Bud<br>[illegible] ✓ |
| | | | | 112 | – | |
| July 14 | Bud Tc/Fk CMI | | | | | |
| 6108S | 1.6 Flt. / 6.5 Gnd | 35<br>20 | –<br>– | 56<br>130 | 00<br>00 | |
| | Handling fee CMI for WK | | | 15 | 00 | Bud |
| | | | | 201 | – | [illegible] ✓ |
| July 17 | Tom Londrigan Benton Harbor | | | | | |
| 6108S | & Mich City Ind. | | | | | |
| | 3.3 Flt. / 7.0 Gnd | 35<br>20 | –<br>– | 115.<br>140. | 50<br>00 | |
| | 24.6 gal fuel @ BEH. | | | 105. | 78 | |
| | | | | 361 | 28 | Tom ✓ |
| July 19 | Tom Londrigan Sparta, Ill. | | | | | |
| 3689N | 1.3 Flt. / 8.0 Gnd | 40<br>20 | –<br>– | 52<br>160 | 00<br>00 | |
| | 30.0 gal fuel | | | 123. | 00 | |

adams DC5812

335 — McCroy

351586

# STATEMENT

DATE: Jan 02, 2006
TERMS: Pg 1 of 2

TO: Londrigan, Potter, and Randle, P.C.
ADDRESS: 1227 So Seventh Street
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No Walnut St Rd
Springfield Illinois 62707

| Date | Description | Rate | | Amount | |
|---|---|---|---|---|---|
| Dec 04 | Bud Potter to STL | | | | |
| | 1.1 FLT / 1.0 GRD. | 40<br>20 | –<br>– | 44<br>20 | –<br>– |
| | Land fee (Ref. date ?) | | | 32 | 50 |
| Dec 07 | P/U Bud Potter @ STL | Donley | | 96 | 50 |
| | 1.0 FLT / 1.5 GRD | 40<br>20 | –<br>– | 40<br>30 | –<br>– |
| | Land fee | | | 62 | 50 |
| | | Donley | | 132 | 50 |
| Dec 09 | Bud Potter MDW | | | | |
| | 2.0 Flt / 1.0 Gd | 40<br>20 | –<br>– | 80<br>20 | 00<br>00 |
| | Land fee | | | 39 | 51 |
| Dec 07 | Tom Londrigan MDW P-O | | | 139 | 51 |
| | 2.0 Flt / 1.0 Gd | 40<br>20 | –<br>– | 80<br>20 | 00<br>00 |
| | Land fee | | | 69. | 51 |
| Dec 9 | Tom Londrigan MDW P/U | Tom | | 169 | 51 |
| | 1.8 FLT / 1.0 Gd | 40<br>20 | –<br>– | 72<br>20 | 00<br>00 |
| | Land fee | | | 39 | 51 |
| | | Tom | | 131 | 51 |
| | Continue | | | | |

Bud = 139.51
Tom = 533.02
Baron = 150 –

35158

# STATEMENT

DATE: Jan 02, 2006
TERMS: Pg 2 of

TO: Londrigan, Potter & Randle, P.C.
ADDRESS: 1227 So Seventh Street
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No. Walnut St. Rd.
Springfield, Illinois 62707

| Date | Description | Rate | | Amount |
|---|---|---|---|---|
| Dec 21, 2006 | Doug Quincey to Centralia, Ill (McCoy) | | | |
| | 1.2 FLT | 40 | – | 48 |
| | 4.0 GRD. | 20 | – | 80 |
| | | | | 128 |
| Dec 22, 06 | Tom Londrigan to Mich City, Ind | | | |
| | 2.3 Flt | 40 | – | 92 |
| | 7.0 Gd | 20 | – | 140 |
| | | Tom | | 232 |
| Dec 18 2006 | Share of Xmas cash for 6 Maintenance & line Service personnel | | | 150 |
| | TOTAL: | $ | | 1179. |

Donley = 229 –
McCroy 128 –

a adams DC5812

McCrory

McClelland Aviation Company
1100 Aviation Lane
Springfield, IL 62707
(217) 544-9027

№ 4904[illegible]

12/22/06 08:38:41 AM

Air BP Sterling Sale

Merchant# 7412
Terminal ID: 10050018075

Mc Clelland Aviation
1100 Aviation Drive
Springfield , IL 62707
(217)544-9027 V1.0.KMR.2.2

Batch 849 Invoice 102547

Card #: XXXXXXXXXXXX8008
Exp. Date: XX/XX
Tail #: 3689N
Flight #:

Avgas 100LL 50.30 Gallons

| | | |
|---|---|---|
| @ $2.87260/Gallons | $ | 144.49 |
| Misc Tax Avgas | $ | 0.55 |
| Sales Tax Avgas | $ | 11.20 |
| FET Avgas | $ | 9.76 |
| Flowage Avgas | $ | 16.57 |
| Fuel Total | $ | 182.57 |
| Invoice Total | $ | 182.57 |

Approved 725971

Did you receive the correct grade of fuel?
Avgas 100LL
Y / N

THANK YOU FOR VISITING
HAVE A GREAT DAY!

Customer Copy

Customer: LONDRIGAN / POTTER

Address: 3689N

| sold by | date | cash | check | c/c type | on acct. |
|---|---|---|---|---|---|
| TS | 12/22 | | # | BP | |

| quantity | description | price | amount |
|---|---|---|---|
| 50.3 | 100LL | 2.8726 | 144.49 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Federal Excise Tax | 0.194 | 9.76 |
| | IL EI & US Fee | 0.011 | 0.55 |
| | SAA Flowage Fee | 0.3295 | 16.57 |
| | | TAX | 11.20 |
| | | TOTAL | 182.57 |

Payment terms: net 30.
A finance charge of 1½% per month applies to unpaid balances.

**BUSINESS CARD STATEMENT**

Opening/Closing Date: 12/08/06 - 01/07/07
Payment Due Date: 02/01/07
Minimum Payment Due: $45.00

**CUSTOMER SERVICE**
In U.S. 1-800-346-5538
Español 1-888-795-0574
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-480-350-7099

## MASTERCARD ACCOUNT SUMMARY Account Number: 5472 2190 0109 1879

| | | | |
|---|---|---|---|
| Previous Balance | $2,040.79 | Total Credit Line | $19,500 |
| Payment, Credits | -$2,040.79 | Available Credit | $17,229 |
| Purchases, Cash, Debits | +$2,270.88 | Cash Access Line | $3,900 |
| New Balance | $2,270.88 | Available for Cash | $3,900 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/businesscards

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 12/06 | 05140486341710021650935 | QIK'N EZ #61 SPRINGFIELD IL | | $43.25 |
| 12/16 | 05410196350621594408567 | AYERCO 14 00337154 SPRINGFIELD IL | | 54.65 |
| 12/23 | 05444006358683393966701 | THORNTONS #0373 Q35 SPRINGFIELD IL | | 35.36 |
| 12/29 | 05140486364710021888248 | QIK'N EZ #61 SPRINGFIELD IL | | 52.87 |
| 12/07 | 05140486342710022179792 | QIK'N EZ #61 SPRINGFIELD IL 61003 — 171.90 | | 35.55 |
| 12/11 | 55432866346000827792176 | NEWSLIBRARY.COM ARTICL 800-896-5587 VT | | 2.95 |
| 12/10 | 05410196345621509859985 | JUMPIN JIMMYS 10043Q65 CHARLESTON IL 610 | | 32.12 |
| 12/14 | 05140486349710022762327 | QIK'N EZ #61 SPRINGFIELD IL | | 35.71 |
| 12/20 | 05140486355710023395805 | QIK'N EZ #61 SPRINGFIELD IL | | 35.90 |
| 12/21 | 05410196358621714612900 | AIRGO INC 10049Q65 CENTRALIA IL McCroy rent car 104171 | | 52.90 |
| 12/26 | 5542036636167035207428[illegible] | IL SECSTATE BS CORP A SPRINGFIELD IL | | [illegible] |
| [illegible] | [illegible]05140487005710019767027 | QIK'N EZ #61 SPRINGFIELD IL 20780 | | 32.62 |
| | | DOUGLAS J QUIVEY TRANSACTIONS THIS CYCLE | | |
| 12/06 | 55541866342072007044159 | HYATT HOTELS PHOENIX F PHOENIX AZ | | 96.00 |
| 12/06 | 55499676341642000005575 | USAIRWAY 40121864478916 TEMPE AZ | | 224.00 |
| 12/06 | 55499676341642000005583 | USAIRWAY 40121864478990 TEMPE AZ | | 100.00 |
| 12/08 | 85180136342050300066054 | HILTON GARDEN INN PHXM PHOENIX AZ | | 712.23 |
| 12/16 | 25536066352361551100143 | THUNDER AND BUTTO COLORADO SPRI | | 53.55 |
| 12/27 | 13613610407399268680678 | PAYMENT - THANK YOU | 1,950.84 | |
| 12/27 | 13613610407400268680682 | PAYMENT - THANK YOU | 89.95 | |
| | | INCLUDING PAYMENTS RECEIVED | | |
| 12/13 | 85481076347698911940023 | U OF I SPLFD BURSAR SPRINGFIELD IL 61215 | | 450.00 |
| 12/21 | 55308766356547466023909 | SHELL OIL 51274160020 SPRINGFIELD IL | | 42.22 |

44

| Remaining Miles [illegible] | Vehicle Value | Embezzlement State Code |
|---|---|---|
| INITIALS | INITIALS | INITIALS |

18285

AUTO RENTAL NETWORK IS INDEPENDENTLY OWNED AND OPERATED AND LICENSED TO USE THE NAME AUTO RENTAL NETWORK

| ODOMETER IN | | DATE AND TIME IN | A.M. P.M. |
|---|---|---|---|
| ODOMETER OUT | | DATE AND TIME OUT | A.M. P.M. |

| YEAR | MAKE | MODEL | LICENSE # | FLEET # |
|---|---|---|---|---|
| | | | | |

CUSTOMER

| CUSTOMER LAST | MIDDLE | FIRST |
|---|---|---|
| Wing | J | Doug |

STREET ADDRESS: 2300 Mariners Point Lane

| CITY | STATE | ZIP |
|---|---|---|
| Springfield, | IL | 62712 |

| DRIVERS LICENSE NO. | STATE | EXPIRATION DATE |
|---|---|---|
| Q100-1706-5103 | IL | 4-10-07 |

| BIRTH DATE | SOCIAL SECURITY NO. | HOME PHONE |
|---|---|---|
| 4-10-65 | | 217-544-9823 |

| LOCAL CONTACT OR ADDRESS | PHONE |
|---|---|
| | |

| NAME OF BUSINESS/EMPLOYER'S NAME | PHONE |
|---|---|
| Londrigan, Potter & Randle | 544-9223 |

EMPLOYER'S ADDRESS: P.O Box 399

| CITY | STATE | ZIP |
|---|---|---|
| Springfield | IL | 62705 |

EMERGENCY CONTACT OR PHONE

## PERSONAL ACCIDENT/EFFECTS INSURANCE

$ ______ per day. By his/her initials customer accepts or declines Personal Accident/Effects Insurance at rate listed above and as described separately. Acceptance is proof of coverage under policy issued to LESSOR as outlined in separate brochure.

Accepts: 
Declines: DJG

Fuel Gauge Position — out initials in — E F — 1/8 1/4 3/8 1/2 5/8 3/4 7/8 FULL

VEHICLE DAMAGE WAIVER
VEHICLE DAMAGE WAIVER IS NOT INSURANCE

If Customer declines to purchase any of the Vehicle Damage Waiver, Customer accepts full responsibility for all damage to the rented vehicle whether due to collision or due to other causes.

Vehicle Damage Waiver

$ ______ per day. When Customer accepts Vehicle Damage Waiver, Lessor and Customer agree that Customer's total financial responsibility shall be First $ ______.

If you have full collision coverage for $ ______, per day., we will cover your deductible and cover loss of use.

INITIAL — Accepts: — Declines: DJG

Check in time ______ for all vehicles. Customer is responsible for all fluid levels (i.e. oil, water, transmission). See separate sheet for explanation and additional terms of the agreement.

X ______ Initials — ☐ DISCOVER ☐ VISA ☒ MASTERCARD ☐ AMEX

5472 2140 1070 1766 Account Number

05/08 Expiration Date ______ Rental Agent

MILES DRIVEN — Date Due and Expiration of Contract — A.M.

| RENTAL RATES | CHARGES | |
|---|---|---|
| Rental | 49 | 95 |
| Mileage | | |
| TOTAL MILEAGES AND RENTAL CHARGES | | |
| Misc. | | |
| # Gallons gas to fill at per gallon | | |
| Personal Accident Insurance at $ per day | | |
| Vehicle Damage Waiver at $ per day | | |
| Misc. | | |
| SUBTOTAL | | |
| Sales Tax at % | 2 | 95 |
| TOTAL CHARGES | 52 | 90 |
| Deposit from Customer | | |
| BALANCE DUE (Subject to Final Audit) | 49 | 95 |

P Grace CC

SIGNATURE ______

## NO UNAUTHORIZED DRIVERS

RENTER WILL NOT UNDER ANY CIRCUMSTANCES SURRENDER THE USE OF THE RENTED VEHICLE TO ANY PERSON OTHER THAN THOSE LISTED BELOW, WITHOUT HAVING OBTAINED THE WRITTEN CONSENT OF LESSOR. (IF NONE, PRINT NONE ACROSS THIS SECTION).

NAME (PRINT) ______ ADDRESS ______

DOB ______

DRIVERS LICENSE NO. ______ TEL ______

| I HAVE FULL INSURANCE | INITIAL | YES | NO | I HAVE FULL INSURANCE | INITIAL | YES | NO |
|---|---|---|---|---|---|---|---|
| | | DJG | | | | | |

NAME OF INSURANCE COMPANY: State Farm — NAME OF INSURANCE COMPANY: ______

POLICY NUMBER 269 6882 F01-13F — POLICY NUMBER ______

Customer's Signature [signature]

LONDRIGAN POTTER & RANDLE PC
PO BOX 399
SPRINGFIELD IL 62705

| Location | | Date of Purchase | Invoice # | Qty (USG) | Description | Total Amount |
|---|---|---|---|---|---|---|
| FBO: | McClelland Aviation | 3/5/2007 | 102709 | 89.3 | Avgas 100LL | $260.43 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.98 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $20.18 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $17.32 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $29.42 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $328.33 |
| | | | | | Invoice Total | $328.33 |
| FBO: | McClelland Aviation | 3/6/2007 | 102713 | 60 | Avgas 100LL | $182.47 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.66 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $14.14 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $11.64 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $19.77 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $228.68 |
| | | | | | Invoice Total | $228.68 |
| FBO: | McClelland Aviation | 3/7/2007 | 102717 | | Oil | $52.20 |
| Location: | Springfield, IL | | | | Sales Tax Non Fuel | $4.04 |
| ICAO: | KSPI | | | | | |
| IATA: | SPI | | | | | $56.24 |
| Tail #: | 3689N | | | | | |
| Card #: | 70891740410058008 | | | | Invoice Total | $56.24 |
| FBO: | McClelland Aviation | 3/7/2007 | 102719 | 101.4 | Avgas 100LL | $308.38 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.12 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $23.90 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $19.67 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $33.41 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $386.48 |
| | | | | | Invoice Total | $386.48 |
| FBO: | McClelland Aviation | 3/20/2007 | 102753 | 80 | Avgas 100LL | $256.00 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.88 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $19.84 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $15.52 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $26.36 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $318.60 |
| | | | | | Invoice Total | $318.60 |

173.01 45.4 gal – Alex - Peru
213.47 56. gal McCroy
3,811

McCroy – Carissa to Chicago

McCroy 5.32.07

293

173.01

328.33

351594

# STATEMENT

DATE: April 07, 2007 TERMS: Pg 1

TO: Londrigan, Potter, & Randle, P.C.
ADDRESS: 1227 So. Seventh Street
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No. Walnut St. Rd.
Springfield, Illinois 62707

| Date | Description | Rate | | Amount | |
|---|---|---|---|---|---|
| | | | | Tom | |
| Mar. 03, 2007 | Ground Training 4 hr. | 20 | – | 80. | 00 |
| Mar 05, 07 | | | | | |
| | E Holland, Mich 3.0 FLT/4.5 Grd | 40. 20. | | 120. 90. | 00 00 |
| | 84.2 gal fuel | | | 330. | 91 |
| | | | | 540 | 91 Tom |
| Mar 05, 07 | | | | | |
| | 3.2 FLT / 2.0 GRD. | 40 20 | – – | 128 40 | 00 00 |
| | 52.1 gal fuel | | | 200. | 59 |
| | 2 Land Fee IND | 60 | – | 120. | 00 |
| | | | | 488 | 59 |
| Mar 06, 07 | " " " | | | | |
| | 1.2 FLT. / 2.0 GRD | 40 20 | – – | 48. 40. | 00 00 |
| | | | | 88 | – |
| Mar 07, 07 | Tom Londrigan to Dixon, IL. | | | | |
| | 1.4 FLT. / 3.0 GRD | 40 20 | – – | 56 60. | 00 00 |
| | | McCroy | | 116 | – |

adams DC5812

620.91
261.49

McCroy = 615.49
= 488.59

351594

# STATEMENT

DATE: April 07, 2007. TERMS: Pg 2

TO: Londrigan, Potter, & Randle, P.C.
ADDRESS: 1227 So. Seventh Street
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No. Walnut St. Rd
Springfield, Illinois 62707

| Date | Description | Rate | | Amount | |
|---|---|---|---|---|---|
| Mar 16, 07 | Tom Londrigan to Pinckneyville, IL. | | | | |
| | 1.3 FLT. / 10.5 GRD. | 40 20 | – – | 52 210. | 00 00 |
| | | McCroy | | 262 | |
| Mar 19, 07 | Carissa Haning to CHI/MDW | | | | |
| | 1.7 FLT. / 5.0 GRD | 40 20 | – – | 68. 100. | 00 00 |
| | Land Fee | | | 69 | 49 |
| | | McCroy | | 237 | 49 |
| Mar 29, 07 | | | | | |
| | 1.8 FLT. / 6.0 GRD. | 40 20 | – – | 72 1[illegible] | 00 00 |
| | Land fee | | | 61 | 49 |
| | | | | 261 | 49 |
| | TOTAL: | | | 2074. | 48 |

adams DC5812

88.00

**PETTY C SH RECEIPT**

Date 3-19-07 No. 104171

| ITEM DESCRIPTION OR SERVICE PURCHASED | AMOUNT | |
|---|---|---|
| CAH - cab-fare | 80 | - |
| | | |
| | | |
| | | |
| CHARGE TO ACCOUNT # 104171 McCroy TOTAL | 80 | - |

Approved by CAH Received by

45001

McCroy

**Taxi Receipt**

$ 80.00 Date Time

Received from

Cab fare from

To

Driver

Cab no.

Visit us at:
AHA: Exhibit 2009
November 12 – 14
RSNA: South Hall, Exhibit 1129
November 26 – December 1
Made for Life
TOSHIBA

THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN
ATTORNEYS AT LAW - OPERATING ACCOUNT

374

00041 Londrigan, Potter & Randle, P. C.

3747

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 1974 | 04/30/07 | McCroy | 104171100 | 80.00 |
| 1974 | 04/30/07 | | 107234100 | 22.55 |
| 1974 | 04/30/07 | | 103156100 | 18.00 |

04/30/07 Total Paid 120.55

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

ENTERPRISE LEASING COMPANY OF ST. LOUIS, 1701 N MARKET ST, SPARTA, IL 622861070 (618) 443-5882

**RENTAL AGREEMENT** 309686 **REF#** 1P4PF4

**RENTER**
LONDRIGAN, TOM

**DATE & TIME OUT**
05/04/2007 08:52 AM
**DATE & TIME IN**
05/04/2007 02:58 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2005 DODG NEON 4SXT**
VIN# 1B3ES56C25D244958
LIC# 540WZS
MILES DRIVEN 43

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Price | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 05/04 - 05/04 | 1 | DAY | $39.99 | $39.99 |
| REFUELING CHARGE | 05/04 - 05/04 | | | $0.00 | $0.00 |
| | | | **Subtotal:** | | **$39.99** |
| **Taxes & Surcharges** | | | | | |
| ILLINOIS ART SALES TAX | 05/04 - 05/04 | | | 6% | $2.40 |
| | | | **Total Charges:** | | **$42.39** |

**Total Amount Due** **$0.00**

**PAYMENT INFORMATION**

| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| $42.39 | Visa | XXXXXXXXXXXX1204 PENDING |

04-07
7D004277
093 740 8
A

86
104171

To ~~SBC~~ McCroy
Reimburse TL

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3758

00086 Thomas F. Londrigan

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 1985 | 05/11/07 | McCroy | 104171100 | 42.39 |

3758

05/11/07 Total Paid 42.39

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com

LONDRIGAN POTTER & RANDLE PC
PO BOX 399
SPRINGFIELD IL 62705

| Location | | Date of Purchase | Invoice # | Qty (USG) | Description | Total Amount |
|---|---|---|---|---|---|---|
| FBO: | McClelland Aviation | 4/2/2007 | 102773 | 75 | Avgas 100LL | $248.57 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.83 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $19.26 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $14.55 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $24.71 |
| Card #: | 70891740410058008 | | | | | $307.92 |
| | | | | | Invoice Total | $307.92 |
| FBO: | McClelland Aviation | 4/2/2007 | 102775 | 101.2 | Avgas 100LL | $335.40 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.11 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $25.99 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $19.63 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $33.35 |
| Card #: | 70891740410058008 | | | | | $415.48 |
| | | | | | Invoice Total | $415.48 |
| FBO: | McClelland Aviation | 4/6/2007 | 102786 | 121 | Avgas 100LL | $423.47 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.33 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $32.82 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $23.47 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $39.87 |
| Card #: | 70891740410058008 | | | | | $520.96 |
| | | | | | Invoice Total | $520.96 |
| FBO: | McClelland Aviation | 4/13/2007 | 102802 | 99.8 | Avgas 100LL | $358.46 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.10 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $27.78 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $19.36 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $32.88 |
| Card #: | 70891740410058008 | | | | | $439.58 |
| | | | | | Invoice Total | $439.58 |
| FBO: | McClelland Aviation | 4/15/2007 | 102809 | 66.6 | Avgas 100LL | $239.21 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.73 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $18.54 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $12.92 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $21.94 |
| Card #: | 70891740410058008 | | | | | $293.34 |
| | | | | | Invoice Total | $293.34 |
| FBO: | McClelland Aviation | 4/18/2007 | 102814 | 110.7 | Avgas 100LL | $409.85 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.22 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $31.76 |

50.2 = 206.09 McCroy
51.0 = 209.39
FU Crth

1477.83
McCroy 206.09
1179.64

738401

# STATEMENT

DATE June 05, 2007

TERMS

TO Londrigan, Potter, & Randle P.C.

ADDRESS 1227 South Seventh Street

Springfield Illinois 62705

IN ACCOUNT WITH Gerald W. Foster

4157 No. Walnut St. Rd.

Springfield Illinois 62707

| | | | | |
|---|---|---|---|---|
| May 04, 2007 | Tom Londrigan +2 | | | |
| (N2875W) | DO. Sparta, Il 1.0 FLT / 1.0 GRD | 35 – / 20 – | 35.00 / 20.00 | |
| May 04 | P.U. Sparta, Il 1.5 FLT / 2.0 GRD | 40 – / 20 – | 60.00 / 40.00 | |
| | | | 155 – | McCroy |
| May 21 | | | | |
| | 2.0 FLT / 1.0 GRD. | 40 – / 20 – | 80.00 / 20.00 | |
| | | | 100 – | |
| May 24 | | | | |
| May 25 | | | | |
| | 3.7 FLT. / 3.0 GRD | 40 – / 20 – | 148.00 / 60.00 | |
| | Land fees (2) @ MDW | | 108.98 | |
| May 31 | | | 316.98 | |
| | 1.8 FLT / 8.5 GRD | 40 – / 20 – | 72.00 / 170.00 | |
| | Land fee | | 69.49 | |
| | | | 311.49 | |
| | TOTAL: | $ | 883.47 | |

adams DC5812

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3781

00020 Gerald Foster

3781

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 2016 | 06/13/07 | McCroy | 104171100 | 155.00 |

06/13/07 Total Paid 155.00

LONDRIGAN POTTER & RANDLE PC
PO BOX 399
SPRINGFIELD IL 62705

| Location | | Date of Purchase | Invoice # | Qty (USG) | Description | Total Amount |
|---|---|---|---|---|---|---|
| FBO: | McClelland Aviation | 5/4/2007 | 102865 | 76.1 | Avgas 100LL | $285.83 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.84 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $22.15 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $14.76 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $25.07 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $348.65 |
| | | | | | Invoice Total | $348.65 |
| FBO: | McClelland Aviation | 5/10/2007 | 102882 | 56.4 | Avgas 100LL | $207.45 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.62 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $16.08 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $10.94 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $18.58 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $253.67 |
| | | | | | Invoice Total | $253.67 |

McCroy
Tom. Sp...fld

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3788

00001 Air BP

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 2023 | 06/22/07 | McCroy | 104171100 | 253.67 |

06/22/07 Total Paid 253.67

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

| | | | | | | |
|---|---|---|---|---|---|---|
| FBO: | McClelland Aviation | 5/29/2007 | 102922 | 58.9 | Avgas 100LL | $221.26 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.65 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $17.15 |



3:02-cv-03171-HAB-BGC # 476-28 Page 15 of 20

738418

**STATEMENT**

DATE: Sept 06 2007 TERMS: Pg 1 of 2

TO: Londrigan, Potter & Randle, P.C.
ADDRESS: 1227 So. Seventh Street
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No. Walnut St Rd
Springfield Ill 62707

| Date | Description | Rate | Amount | Total |
|---|---|---|---|---|
| Aug 17, 07 | 1.7 FLT / 11.0 GRD | 40 / 20 | 68.00 / 20.00 | |
| | Card for MDW | | 39.42 | 127.42 |
| Aug 21 | 1.9 FLT / 12.0 GRD | 40 / 20 | 76.00 / 240.00 | |
| | Card for | | 69.42 | |
| | Room Overnight + Meal | | 199.32 | 584.74 |
| Aug 23 | 1.7 FLT / 14.5 GRD | 40 / 20 | 68.00 / 90.00 | 158.00 |
| Aug 31 | Tom Londrigan to Mt Vernon, Ill | | | |
| | 1.7 FLT / 3.0 GRD | 40 / 20 | 68.00 / 60.00 | |
| | 35.0 gal fuel | | 117.18 | |
| | Courtesy car gas | | 10.00 | |
| | McCroy | | | 255.18 |

adams DC5812

**THOMAS F. LONDRIGAN / TIMOTHY J. LONDRIGAN**
ATTORNEYS AT LAW - OPERATING ACCOUNT

3856

00020 Gerald Foster 3856

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 2099 | 09/19/07 | McCroy | 104171100 | 255.18 |

09/19/07 Total Paid 255.18

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

LONDRIGAN POTTER & RANDLE PC
PO BOX 399
SPRINGFIELD IL 62705

| Location | | Date of Purchase | Invoice # | Qty (USG) | Description | Total Amount |
|---|---|---|---|---|---|---|
| FBO: | McClelland Aviation | 8/31/2007 | 103203 | 154 | Avgas 100LL | $515.87 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.69 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $39.98 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $29.88 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $50.74 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $638.16 |
| | | | | | Invoice Total | $638.16 |
| FBO: | McClelland Aviation | 9/3/2007 | 103211 | 113.4 | Avgas 100LL | $379.87 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.25 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $29.44 |
| IATA: | SPI | $291.74 = 70.40 — | | | Federal Excise Tax Avgas | $22.00 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $37.37 |
| Card #: | 70891740410058008 | | | | | |
| | $178.19 43.00 — McCroy (Mt Vernon) | | | | | $469.93 |
| | | | | | Invoice Total | $469.93 |
| FBO: | McClelland Aviation | 9/15/2007 | 103248 | 23.6 | Avgas 100LL | $82.95 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.26 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $6.43 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $4.58 |
| Tail #: | 2875W | | | | Flowage Fee Avgas | $7.78 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $102.00 |
| | | | | | Invoice Total | $102.00 |
| FBO: | McClelland Aviation | 9/19/2007 | 103256 | 85.5 | Avgas 100LL | $295.89 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.94 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $22.93 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $16.59 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $28.17 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $364.52 |
| | | | | | Invoice Total | $364.52 |
| FBO: | McClelland Aviation | 9/19/2007 | 103262 | 66.6 | Avgas 100LL | $230.48 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $0.73 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $17.86 |
| IATA: | SPI | | | | Federal Excise Tax Avgas | $12.92 |
| Tail #: | 3689N | | | | Flowage Fee Avgas | $21.94 |
| Card #: | 70891740410058008 | | | | | |
| | | | | | | $283.93 |
| | | | | | Invoice Total | $283.93 |
| FBO: | McClelland Aviation | 9/24/2007 | 103269 | 101.6 | Avgas 100LL | $351.61 |
| Location: | Springfield, IL | | | | Miscellaneous Tax Avgas | $1.12 |
| ICAO: | KSPI | | | | Sales Tax Avgas | $27.25 |

= 717.0 McCroy = 178.19

= 526.11 + 638.16 = 1164.27

= 571.52

738427

# STATEMENT

DATE: November 05, 2007

TERMS:

TO: Londrigan, Potter & Randle, P.C.

ADDRESS: 1227 So. Seventh St.
Springfield, Illinois 62705

IN ACCOUNT WITH: Gerald W. Foster
4157 No. Walnut St. Rd.
Springfield, Illinois 62707

| | | | | | |
|---|---|---|---|---|---|
| Oct 08, 2007 | N075W | | | | |
| | 1.5 Flt./1.0 Grd. | 35 — | | 52. | 50 |
| | | 20 — | | 20. | 00 |
| | | | | 72 | 50 |
| Oct 10, 2007 | N2825W | | | | |
| | 1.5 Flt./1.5 Grd | 35 | — | 52 | 50 |
| | | 20 | — | 30 | 00 |
| | | | | 82 | 50 |
| Oct 12, 07 | Tom Londrigan Mt Vernon, Ill. & Mich City, Ind. | | | | |
| | 3.0 Flt./3.0 Grd | 35 | — | 105 | 00 |
| | | 20 | — | 60 | 00 |
| | 56.0 gal fuel @ Mt Vernon (Foster a/c) | | | 257. | 59 |
| NOTE: | Pilot/Fuel 50% Tom L 50% McCroy | | | 422 | 59 |
| Oct 21, 07 | | | | | |
| | 2.5 Flt./1.0 Grd | 35 | — | 87. | 50 |
| | | 20 | — | 20. | 00 |
| | | | | 107 | 50 |
| | Total! | | | $ 685. | 09 |

211.29
½ Tom
½ McCroy
211.3

Tom

adams DC5812

$155 —

McCroy $211.30

$ 310.70

# Memo

To: Barbi

From: Paula

Date: November 15, 2007

Subject: McCroy Costs - Mileage

---

Attached are mileage claims for Doug and Tom. Please add these to the costs. They do not want checks issued to them for the mileage. Tom may later on, but not right now. They do need these amounts posted to the file as costs.

For Tom:

posted (11-15-07)

2/1/05 Trip to Urbana for hearing. 91.2 miles one way.
91.2 x. 2 = 182.40 miles x 40 ½¢ per mile = $73.87 ✓

4/22/04 Trip to Mt. Sterling, WICC 62.7 miles one way
62.7 x. 2 = 125.40 miles x 40 ½¢ per mile = $50.79 ✓

For Doug:

12/19/06 Trip to Rushville for deposition of defendant Anderson 65.7 miles one way
65.7 x 2 = 131.40 miles x 40 ½¢ per mile = $53.22 ✓

# Memo

**To:** Barbi

**From:** Paula

**Date:** November 16, 2007

**Subject:** McCroy Costs - Mileage

---

Attached are mileage claims for Doug and Tom which I have just gotten. Please post these to the file costs.

For Doug:

| | |
|---|---|
| 10/28/07 | Trip to Urbana for trial 94 miles one way<br>94 x. 48.5¢ per mile = $ 45.59 |
| 11/2/07 | Return trip to Springfield 94 miles one way<br>94 x. 48.5¢ per mile = $45.59 |
| 11/4/07 | Trip to Urbana for trial of defendant Anderson 94 miles one way<br>94 x 48.5¢ = $ 45.59 |
| 11/7/07 | Return trip to Springfield 94 miles one way<br>94 x. 48.5¢ per mile = $45.59 |
| 11/8/07 | Round trip to Urbana and back to Springfield (94 x 2 = 188 miles)<br>188 x 48.5¢ per mile = $91.18 |
| 11/9/07 | Round trip to Urbana and back to Springfield (94 x. 2 = 188 miles)<br>188 x 48.5¢ per mile = $91.18 |

For Tom:

| | |
|---|---|
| 2/2/07 | Round trip to Mount Sterling for depositions (132 miles round trip)<br>132 x 48.5¢ per mile = $64.02 |
| 2/21/07 | Round trip to Mount Sterling for depositions (132 miles round trip)<br>132 x 48.5¢ per mile = $64.02 |
| 3/8/07 | Round trip to Mount Sterling for depositions (132 miles round trip)<br>132 x 48.5¢ per mile = $64.02 |

| | |
|---|---|
| 10/15/07 | Round trip to Indianapolis from Long Beach, IN for Dr. Zeh's deposition<br>352.2 miles round trip<br>352.2 x 48.5¢ per mile = $170.82 |
| 10/28/07 | Travel to Urbana for trial (94 miles one way)<br>94 x 48.5¢ = $45.59 |
| 11/2/07 | Travel to Springfield (94 miles one way)<br>94 x 48.5¢ = $45.59 |
| 11/4/07 | Travel to Urbana for trial (94 miles one way)<br>94 x 48.5¢ = $45.59 |
| 11/8/07 | Travel to Long Beach (167.1 miles one way)<br>167.1 x 48.5¢ = $81.04 |