## CONTRACT FOR SERVICE

I, Aaron McCroy, hereby employ Londrigan, Potter, & Randle, P.C. to represent me in a discrimination case against the Illinois Department of Corrections, Wexford, and other Defendants.

I agree to pay, whichever sum is greater, either: (1) Attorney Fees at the rates of Two Hundred and Fifty Dollars per hour (Tom Londrigan) and Two Hundred Dollars per hour (Doug Quivey and other attorneys), plus any out-of-pocket expenses not reimbursed by the court, or, (2) one-third (1/3), plus any out-of-pocket expenses not reimbursed by the court, of the total I recover from any settlement or judgment.

I understand that the fee in this contract applies only to the preparation for administrative hearing and trial, including whatever post-trial motions may be necessary, but does not extend to an appeal should that be necessary. I understand that Londrigan, Potter, & Randle, P.C., will keep track of all time expended.

I further understand that attorney fees are allowable pursuant to statute if my case goes to trial and we win. If we win, I understand that I will receive the relief awarded by the jury and or court and my attorneys will receive attorney fees and expenses in a separate award. My award will not be reduced by the attorney fees and expenses.

I further understand that my attorney cannot make any predictions or guarantees as to the outcome of this case.

DATED this 12th day of December, 2006

_____          _____
                                                                    DOUGLAS J. QUIVEY
                                                                    of LONDRIGAN, POTTER, & RANDLE, P.C.

EXHIBIT
I