IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AARON MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-cv-3171 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER E. WALKER, JR., (in his official capacity only), DENNIS HOCKADAY, KEVIN WINTERS, SANDRA FUNK, DEBORAH FUQUA, LIEUTENANT BRYON LAW,  KENNETH KELLERMAN, JULIUS FLAGG, all in their official and individual capacities, WEXFORD HEALTH SOURCES, Inc., Dr. LOWELL BROWN, MD., Dr. HUGHES LOCHARD, MD., and RHONDA MILLS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO THE IDOC
DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF
LAW PURSUANT TO RULE 50(b), OR IN THE ALTERNATIVE
MOTION FOR A NEW TRIAL PURSUANT TO RULE 59**

Plaintiff, AARON MCCROY, by one of his attorneys, in response to the IDOC Defendants'

Motion pursuant to Fed. R. Civ. P. 50(b) and 59 states as follows:

1. The IDOC Defendants' motion should be denied because:

    a. Plaintiff presented sufficient evidence for the jury to find that Defendant's Winters, Funk, and Fuqua violated the Eighth Amendment;

    b. Plaintiff presented sufficient evidence for the jury to find that the Illinois Department of Corrections (IDOC) violated the Americans With Disabilities Act (ADA) and the Rehabilitation Act (RA);

    c. The Eleventh Amendment does not bar the ADA and RA retaliation claims;

   d. There were no evidentiary rulings and the jury was properly instructed. Alternatively, if there were evidentiary or instruction errors, none warrant a new trial;

   e. Plaintiff is entitled to injunctive relief;

   f. Defendant's Winters, Funk, and Fuqua are not entitled to qualified immunity;

   g. Defendant's Winters, Funk, and Fuqua are not entitled to judgment as a matter of law or a new trial.

 2. Accompanying this Response is a Memorandum of Law more fully setting forth why Defendants' motion should be denied.

WHEREFORE, Plaintiff prays that Defendants' Motion be denied.

      Respectfully submitted,

      AARON MCCROY, Plaintiff

      /s/ Douglas J. Quivey
      Douglas J. Quivey, #6225888
      Attorney for Plaintiff
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South 7th Street, P.O Box 399
      Springfield, Illinois 62705
      Telephone: (217) 544-9823
      Fax: (217)544-9826
      E-Mail: doug@lprpc.com

**Certificate of Service**

The hereby certify that on December 13, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to such filing to the following;

Ms. Theresa Powell
Heyl, Royster, Voelker & Allen
National City Center, Ste. 575
1 North Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705-1687

Lisa Madigan, Illinois Attorney General
Attn: Kelly Choate, A.A.G.
Julie L. Morgan. A.A.G. &
Matthew Lurkins, A.A. G.
500 South Second Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Aaron McCroy,#N51882
Receiving Cell 15
P. O. Box 900
Ina, IL 62846

/s/ Douglas J. Quivey
Douglas J. Quivey, #6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com