E-FILED
Monday, 17 December, 2007   04:45:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT IDOC'S REPLY TO
PLAINTIFF'S ITEMIZATION OF EQUITABLE ISSUES**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), by and through their attorney, Lisa Madigan, and in reply to Plaintiff's Itemization of Equitable Issues [doc 468], submits the following:

1.  Plaintiff seeks a declaration that Plaintiff's rights were violated by the Illinois Department of Corrections, as well as an order that Plaintiff is a qualified individual with a disability within the meaning of both the Americans With Disabilities Act and the Rehabilitation Act.

2.  Plaintiff also seeks an injunction requiring Plaintiff to be housed in an ADA cell while he is incarcerated within the Illinois Department of Corrections, and an injunction ordering the Department of Corrections to make all post-confinement/parole programs that are available to similarly situated non-disabled persons, also available to Plaintiff for as long as Plaintiff remains under control of the IDOC.

3. Courts cannot issue declaratory or injunctive relief for a violation of federal law in the past when there is no ongoing violation of federal law. <u>Green v. Mansour</u>, 474 U.S. 64 (1985). In this case, the only possible violations by the Department as to Plaintiff's rights were in relation to those services provided to inmates within the walls of the institution. As cited by Plaintiff in his "itemization," Plaintiff is no longer incarcerated within the Illinois Department of Corrections. He was placed on mandatory supervised release (MSR) on December 14, 2007, and is out in the community. The Prisoner Review Board is charged with setting the conditions of parole, which may include that a person undergo medical or psychiatric treatment or reside in a facility established for the instruction or residence of persons on probation or parole. 730 ILCS 5/3-3-7(a)(b)(2)(3)(West 2006). While the Department of Corrections retains "custody" of those placed on mandatory supervised release, there is no provision that the custody extends to providing continuing housing and/or medical care. Rather the Department provides supervision of those on MSR and will regularly "advise and consult with the parolee or releasee, assist him in adjusting to community life, inform him of the restoration of his rights on successful completion of sentence under Section 5-5-5." 730 ILCS 5/3-14-2(b)(d)(West 2006). Therefore, even assuming that Plaintiff's rights under either the ADA or Rehabilitation Acts were violated by the Department, there could be no ongoing violation of the sort anticipated by Plaintiff, while Plaintiff is not within the walls of the Department's institutions.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court deny Plaintiff any equitable relief in this matter.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General, State of Illinois

By:  s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AARON MCCROY, #N51882, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3171 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2007, I electronically filed Defendant Idoc's Response to Plaintiff's Itemization of Equitable Issues with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

and I hereby certify that on December 17, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us