05415-N3293
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), WEXFORD ) | |
| HEALTH SOURCES, INC., DR. LOWELL BROWN, ) | |
| M.D., DR. HUGHES LOCHARD, M.D., and ) | |
| RHONDA MILLS, ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION/RESPONSE
TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS**

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC., and LOWELL BROWN, M.D., by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Memorandum of Law in Support of their Objection/Response to Plaintiff's Motion for Attorney Fees, state:

Defendants do not dispute the Plaintiff is entitled to attorneys' fees pursuant to § 1988 with limitations provided by § 1997e.

Defendants have objected to certain of Plaintiff's requests for fees and costs arguing that some were not reasonable.

Defendants agree that the federal law allows the Court discretion to award attorneys' fees as part of the costs pursuant to § 1988. Determination of such a fee award is a two-pronged inquiry. Plaintiff must first be the prevailing party and second, the award of fees must be reasonable.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

Defendants do not contest that Plaintiff is a prevailing party. However, Defendants do not agree that all of the fees requested are reasonable. Farrar v. Hobby, 506 U.S. 103, 109-114 (1992).

Defendants pray this Court will reduce those time charges as objected to by counsel.

**Prison Litigation Reform Act**

The Prison Litigation Reform Act establishes the amounts of fees recoverable. The hourly rate is capped at 150 percent of the rate for court-appointed counsel under the Criminal Justice Act found at 18 U.S.C. § 3006a and defendant may not be liable for an award of attorneys' fees in excess of 150 percent of the judgment. § 1997e(d)(2). The Seventh Circuit has found these caps to be constitutional. See Johnson v Daley, 339 F.3d 582 (7th Cir. 2003).

In addition, part of the judgment awarded, up to 25 percent, shall be applied to satisfy the amount of attorneys' fee awarded against the defendant. Id. at 584.

As of case law referenced from 2006, Defendants find that it appears $138 per hour is the appropriate rate as of January 1, 2006.

Pursuant to the PLRA, Defendants respond that the Court would award 25 percent of Plaintiff's fees from the judgment itself. See Johnson v. Daley.

In addition, Defendants object to Plaintiff's Bill of Costs which referenced copies obtained for the convenience of counsel, which are not recoverable. See McIlveen v. Stone Container Corp., 910 F.2d 1581, 1584 (7th Cir. 1990); Farella v. Hockaday, 304 F. Supp.2d, 1076, 1083 (C.D. 2004).

In addition, Defendants argue that travel expenses and lodging should be considered attorneys' fees rather than costs. See McIlveen v. Stone Container Corp., at 1584; Montgomery v. Aetna Plywood, 231 F.3d 399 (7th Cir. 2000).

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-N3293
TMP/ej

**Witness Fees**

To the extent that Plaintiff is requesting expert witness fees, Defendants object to any fees in excess of the limited amount set out in 28 U.S.C. § 1821(b). Section 1821(b) provides that costs may be taxed in the amount of $40 per day for each day's attendance. Any amount over and above this, Defendants object to.

With respect to any and all copies referenced by Plaintiff in his exhibits, Defendants object to providing reimbursement for any and all copies without evidence that said items were necessary. Copies made for convenience are not recoverable. Gizaw v. Ill. Dept. of Public Aid, 2004 WL 1403773 at *1 (ND 2004).

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC., and LOWELL BROWN, M.D., pray that this Court will take into consideration Defendants' request for application of § 1997e(d)(2), as well as all case law referenced herein in terms of considering reasonableness of Plaintiff's request for fees and whether or not such an award should be taken from judgment awarded in favor of the Plaintiff.

As no judgment was entered against Defendants Mills and Lochard, Defendants pray that the Court will not enter an award of fees against them with respect to this matter.

        Respectfully submitted,

        WEXFORD HEALTH SOURCES, INC., and
        LOWELL BROWN, M.D., Defendants,

        HEYL, ROYSTER, VOELKER & ALLEN,
        Attorneys for Defendants,

BY:  /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-N3293
TMP/ej

P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-N3293
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed **Memorandum of Law in Support of Objection/Response to Plaintiff's Motion for Attorney Fees and Costs** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on December 19, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822