E-FILED
Friday, 28 December, 2007 03:12:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

AARON MCCROY, #N51882,   )
                         )
    Plaintiff,            )
                         )
-vs-                     )   No. 02-3171
                         )
ILLINOIS DEPARTMENT OF   )
CORRECTIONS, et al.,     )
                         )
    Defendants.          )

**IDOC DEFENDANTS' OBJECTION/RESPONSE TO
PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS**

NOW COMES the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), KEVIN WINTERS, DEBRA FUQUA, and SANDY FUNK, by and through their attorney, Lisa Madigan, and hereby submit their Objection/Response to Plaintiff's Motion for Attorney Fees and Costs [doc 476]:

1. Plaintiff filed his motion for attorney fees and costs as allowed by 42 U.S.C. §1988.

2. Because all of the defendants have a common interest in the fees and costs sought by Plaintiff, the IDOC defendants adopt the objections and reasoning cited by co-defendants' counsel in documents [482] and [483].

3. In addition, Defendants object to the following requests for costs as cited in Plaintiff's exhibit G:

    a. P. 1 - 4/20/04 charge for "review IDOC request for preliminary injunction. Defendant IDOC never requested or moved for injunctive relief in this matter.

1

b.     P. 15 - Defendants object to the 7/26/06 charges from two attorneys for reviewing correspondence to and from opposing counsel regarding expert deposition as such charges are unnecessary for more than one attorney.

c.     P. 25 - Defendants object to the 3/29/07 charges to the extent it seeks payment for two attorneys attending the same conference call with the Court.

d.     P. 26 - Defendants likewise object to both attorneys billing for attendance at the conference call with the Court on 4/4/07.

e.     P. 26 - Defendants object to Ms. Hanning's bill for researching medicine, drug testing, and retaliation, as Plaintiff dropped the allegations regarding retaliatory drug testing prior to trial.

f.     P. 30 - Defendants object to a fee on 6/13/07 for Mr. Londrigan to review a memo sent by the undersigned regarding Plaintiff's book reader. This was a request made by Plaintiff's counsel on his behalf that was not part of the allegations in this case.

g.     P. 36 - Defendants object to any fees for work on the fourth amended complaint, as this complaint was denied by the Court and was not part of the case in which Plaintiff prevailed and for which he is entitled to fees.

h.     P. 39 - Defendants object to any fees for research on 10/15/07 on whether the State can be reimbursed for costs of incarceration. This

    research was not relevant to the claims on which Plaintiff prevailed and which he is entitled to fees.

4. Defendants object to Plaintiff's motion as Plaintiff's fees after February of 2006 are unreasonable because they were generated solely as a result of Plaintiff's counsel's failure to timely serve newly named defendants.

5. Defendants object to Plaintiff seeking the entirety of the attorney fees from the defendants in addition to the award from the jury.

6. A memorandum of law is attached hereto and incorporated herein.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court will reduce any award of attorney fees and costs for the reasons argued by all of the defendants.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF
        CORRECTIONS, KEVIN WINTERS,
        DEBRA FUQUA, and SANDY FUNK,

         Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois

       By: s/ Kelly R. Choate
        Kelly R. Choate, #6269533
        Assistant Attorney General
        Attorney for Defendants
        500 South Second Street
        Springfield, Illinois  62706
        Telephone:  (217) 782-9026
        Facsimile:   (217) 524-5091
        E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AARON MCCROY, #N-51882, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed Idoc Defendants' Objection/response to Plaintiff's Motion for Attorney Fees and Costs with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas Londrigan
Londrigan, Potter & Randle, P.C.
tom@lprpc.com

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
doug@lprpc.com

Theresa Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

and I hereby certify that on December 28, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us