# Illinois
## Department of
# Corrections

Rod R. Blagojevich
Governor

Roger E. Walker, Jr.
Director

Big Muddy Correctional Center / 251 N. Illinois Highway 37 / P.O. Box 1000 / Ina, IL 62846-1000 / Telephone: (618) 437-5300 / TDD: (800) 526-0844

January 16, 2008

Central District Court Clerk
US Court House
Clerks Office Room 218
201 S. Vine Street
Urbana, IL  61801

Dear Sir / Madam:

The memo is concerning a court order for an inmate that was incarcerated at our facility. This mentioned inmate, Aaron McCroy, has been released from our facility. His release date was December 14, 2007. The last known address for this inmate is as follows:

Aaron McCroy
18 Ash Street
Park Forest, IL  60466

Our records show that the outstanding balance for court case 02 CV 3171 is $93.84.

Sincerely,

Brent Finley
Business Administrator

FILED
JAN 2 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS