IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| DR. LOWELL BROWN, M.D.,DR. HUGHES ) | |
| LOCHARD, M.D., and RHONDA MILLS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC. and LOWELL BROWN, M.D., and hereby appeal from the order of November 13, 2007, entering judgment on the verdict of the jury and the order of June 2, 2008, denying defendants' Post-Trial Motion. The Defendants, Wexford Health Sources, Inc. and Lowell Brown, M.D., pray that said orders be reversed and for the entry of judgment in their favor or, in the alternative, for a new trial on all the issues, and for such other and further relief as this Court deems proper.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC. and LOWELL BROWN, M.D, Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants

BY:/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2008, I electronically filed **the Notice of Appeal of Defendants Wexford Health Sources, Inc. and Lowell Brown, M.D.** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on the 26th day of June, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822