IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| DR. LOWELL BROWN, M.D.,DR. HUGHES | ) |
| LOCHARD, M.D., and RHONDA MILLS, | ) |
| | ) |
| Defendants. | ) |

DOCKETING STATEMENT

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC. and LOWELL BROWN, M.D., and for their Docketing Statement state as follows:

Plaintiff brought a claim under the First, Eighth, and Fourteenth Amendments of the United States Constitution as allowed under 42 U.S.C. § 1983, Title II of 42 U.S.C. § 12101 and 29 U.S.C. § 794. Jurisdiction is proper in the district court under 28 U.S.C. §§ 1331 and 1343.

The jury returned its verdict on November 9, 2007, and judgment was entered on the verdict on November 13, 2007. Defendants, Wexford Health Sources, Inc. and Lowell Brown, M.D., filed their Motion for Judgment as a Matter of Law, or in the Alternative, Motion for a New Trial on November 19, 2007. The court denied defendants' Post-Trial Motions on June 2, 2008. This is an appeal of a final judgment. The United States Court of Appeals for the Seventh Circuit has jurisdiction over defendants' appeal under 28 U.S.C. § 1291.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC. and
LOWELL BROWN, M.D, Defendants,

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants

BY:/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2008, I electronically filed **the Docketing Statement of Defendants Wexford Health Sources, Inc. and Lowell Brown, M.D.** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on the 26th day of June, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822