IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-3171 |
| ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ROGER E. WALKER, JR. (in his official capacity only), ) | |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA ) | |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON ) | |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, ) | |
| (all in their official and individual capacities), ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| DR. LOWELL BROWN, M.D.,DR. HUGHES ) | |
| LOCHARD, M.D., and RHONDA MILLS, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO STAY ENFORCEMENT OF JUDGMENT
### DURING PENDENCY OF APPEAL

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC, AND LOWELL

BROWN, M.D., by and through their counsel, HEYL, ROYSTER, VOELKER & ALLEN, and for

their  Motion to Stay Enforcement of Judgment, state as follows:

1.      Defendants have filed a Notice of Appeal seeking reversal of the Order entering

judgment against these Defendants pursuant to Rule 8 of the Federal Rules of Appellate Procedure

and Rule 62(d) of the Federal Rules of Civil Procedure.  F.R.A.P. 8(a); F.R.C.P.  62(d).

2.      Rule 62(d) of the Federal Rules of Civil Procedure allows an appellant to obtain an

automatic stay of execution of judgment pending appeal by posting a bond. In the alternative, the trial

court may, at its discretion, either waive the bond requirement or allow the judgment debtor to use

some alternative type of security. *Northern Indiana Public Service Company v. Carbon County Coal

Co.*, 799 F.2d 265, 281 (7th Cir. 1986); *Olympia Equipment v. Western Union Telegraph Co.*, 786

F.2d 794 (7th Cir.1986); *In re Combined Metals Reduction Co.*, 557 F.2d 179, 193 (9th Cir.1977).

An "inflexible requirement of a bond would be inappropriate . . . where the defendant's ability to pay

the judgment is so plain that the cost of the bond would be a waste of money." *Olympia Equipment

Leasing Co. v. Western Union Telegraph Co.*, 786 F.2d 794, 796 (7th Cir. 1986).

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3.      When determining whether to waive the posting of bond, the district court may look to several criteria: (1) the complexity of the collection process; (2) the amount of time required to obtain a judgment after it is affirmed on appeal; (3) the degree of confidence that the district court has in the availability of funds to pay the judgment; (4) whether the defendant's ability to pay the judgment is so plain that the cost of a bond would be a waste of money; and (5) whether the defendant is in such a precarious financial situation that the requirement to post a bond would place other creditors of the defendant in an insecure position. *Dillon v. City of Chicago*, 866 F.2d 902, 904-05 (7th Cir. 1988). See also, *Federal Prescription Service v. American Pharmaceutical Association*, 636 F.2d 755 (D.C.Cir.1980), where the court affirmed the trial court's decision to waive the posting of a supersedeas bond, noting that the judgment debtor had a net worth of more than 47 times the amount of the judgment.

4.       This Court entered judgment against the Defendants, jointly and severally, in the amount of $810,000 on November 13, 2007. The court also entered an additional judgment against Defendant Lowell Brown, M.D. in the amount of $50,000, in addition to specific judgments directed against the remaining Defendants.

5.      In the highly unlikely event that Wexford Health Sources, Inc. and Lowell Brown M.D. became responsible for the entire joint and several award of $810,000 plus the $50,000 judgment against Dr. Brown, that judgment, along with costs and statutory interest, would be satisfied through an insurance policy issued through Admiral Insurance Company. A copy of this insurance policy showing policy limits of $3,000,000 is attached to and incorporated in this Motion as Exhibit A.

6      The affidavit of Admiral Insurance Company's Claims Superintendent, Robert L. Johnston, is attached to and incorporated in this Motion as Exhibit B. That affidavit establishes that

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

the claims alleged in the Amended Complaint and the Judgment entered against Wexford Health

Sources, Inc., Lowell Brown, M.D. are fully covered by its insurance policy.

7.    Coverage under the Admiral Insurance Company's policy exceeds the amount of the

judgment, costs, and statutory interest as established under 28 U.S.C. § 1961.  This Court is,

therefore, justified in having a high degree of confidence in the availability of funds to pay the

judgment. Indeed, the Defendants' ability to pay the judgment is so plain that the cost of a bond

would be a waste of money. Accordingly, this Court commits no abuse of discretion in waiving the

filing of a supersedeas bond and staying enforcement of the judgment in this case during the pendency

of the appeal.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC, and LOWELL

BROWN, M.D., respectfully request that this Court grant this Motion Stay Enforcement of Judgment

During Pendency of Appeal, and waiving the requirement of posting a supersedeas bond.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC. and
LOWELL BROWN, M.D., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants

BY:/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2008, I electronically filed **Motion to Stay**

**Enforcement of Judgment During Pendency of Appeal** with the Clerk of Court using the CM/ECF

system which will send notification of such filings(s) to the following:

Douglas J. Quivey
doug@lprpc.com

Thomas F. Londrigan
tom@lprpc.com

Kelly R. Choate
kchoate@atg.state.il.us

Julie L. Morgan
jlmorgan@atg.state.il.us

Alexandra de Saint Phalle
alex@lprpc.com

and I hereby certify that on the 26th day of June, 2008, I mailed by United States Postal Service, the

document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822