IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| DR. LOWELL BROWN, M.D., DR. HUGHES | ) |
| LOCHARD, M.D., and RHONDA MILLS, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

ROBERT L. JOHNSTON, being of adult age and under no legal disability, as Claims Superintendent for Admiral Insurance Company, upon his sworn oath deposes and states as follows:

1.   I am a Claims Superintendent for Admiral Insurance Company which provides insurance coverage to the Defendants, Wexford Health Sources, Inc. and Dr. Lowell Brown. In that connection, I am personally familiar with the insurance policy which covers the events in question in the instant case and personally familiar with the amount of insurance coverage available.

2.   I hereby affirm that the policy in question, a copy of which is attached hereto, is in an amount sufficient to cover the amount of the judgment of this case, $810,000.00, plus interest.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400



EXHIBIT B

3. Should the verdict be affirmed on appeal by the United States Court of Appeals of the Seventh Circuit, the policy in question will cover the damages awarded by the jury.

FURTHER, AFFIANT SAYETH NOT.

_____
Robert L. Johnston

STATE OF NEW JERSEY )
                                            ) ss.
COUNTY OF Camden )

SUBSCRIBED AND SWORN to before me this 12th day of June, 2008.

_____
NOTARY PUBLIC

HEIDE M. CLOUSE
Notary Public, State of New Jersey
My Commission Expires
January 18, 2011

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2