***SEVENTH CIRCUIT APPEAL INFORMATION SHEET***

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                               *Docket No.:*

*Division:*

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

v.

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:*                                    *Name:*

*Firm:*                                    *Firm:*

*Address:*                                 *Address:*

*Phone:*                                   *Phone:*

---

*Judge:*                                   *Nature of Suit Code:*

*Court Reporter:*                          *Date Filed in District Court:*

                                           *Date of Judgment:*

                                           *Date of Notice of Appeal:*

*Counsel:*   ___Appointed      ___Retained      ___Pro Se

*Fee Status:*   ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Additional Attorneys for Plaintiff:

    **Alexandra de Saint Phalle**
    LONDRIGAN POTTER & RANDLE PC
    1227 S Seventh St
    P O Box 399
    Springfield, IL 62705
    217-544-9823

    **Douglas J Quivey**
    LONDRIGAN POTTER & RANDLE PC
    1227 S Seventh St
    P O Box 399
    Springfield, IL 62705
    217-544-9823

Additional Attorneys for Defendants:

    **Julie L Morgan**
    ILLINOIS ATTORNEY GENERAL
    500 S Second St
    Springfield, IL 62706
    217-557-0261

    **Theresa M Powell**
    HEYL ROYSTER VOELKER & ALLEN
    National City Bank Bldg
    Ste 575
    One N Old State Capitol Plaza
    PO Box 1687
    Springfield, IL 62705
    217-522-8822

    **April Gowdy Troemper**
    HEYL ROYSTER VOELKER & ALLEN
    National City Bank Bldg
    Ste 575
    One N Old State Capitol Plaza
    PO Box 1687
    Springfield, IL 62705
    217-522-8822