IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON McCROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 02-3171 |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS,) | |
| ROGER E. WALKER, JR (in his official ) | |
| capacity only, DENNIS HOCKADAY, ) | |
| KEVIN WINTERS, SANDRA FUNK, ) | |
| DEBORAH FUQUA, LIEUTENANT BRYON ) | |
| LAW, KENNETH KELLERMAN, and JULIUS ) | |
| FLAGG, in their official and individual cap- ) | The Honorable |
| acities, WEXFORD HEALTH SOURCES, INC; ) | Harold E. Baker, |
| DR. LOWELL BROWN, M.D., DR. HUGHES ) | Judge Presiding |
| LOCHARD, M.D., and RHONDA MILLS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that ILLINOIS DEPARTMENT OF CORRECTIONS, KEVIN WINTERS, SANDRA FUNK, and DEBORAH FUQUA, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 13, 2007, and the post-judgment order entered on June 2, 2008.

Respectfully submitted,

LISA MADIGAN, Attorney General
State of Illinois

/s/ Kelly R. Choate
KELLY R. CHOATE, #6269533
MARY E. WELSH
Assistant Attorneys General
100 West Randolph St., 12th Floor
Chicago, Illinois 60601
(312) 814-2106

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I electronically filed a Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Thomas Londrigan                       Douglas J. Quivey
    Londrigan, Potter & Randle, P.C.      Londrigan, Potter & Randle, P.C.
    tom@lprpc.com                          doug@lprpc.com

    Theresa Powell
    Heyl, Royster, Voelker & Allen
    tpowell@hrva.com

and I hereby certify that on July 2, 2008, I mailed by United States Postal Service, the document(s) to the following nonregistered participant(s):

    None

                                               Respectfully Submitted,
                                               s/ Kelly R. Choate
                                             Kelly R. Choate, #6269533
                                             Assistant Attorney General
                                             Attorney for Defendants-Appellants
                                             500 South Second Street
                                             Springfield, Illinois  62706
                                             Telephone:  (217) 782-9026
                                             Facsimile:   (217) 524-5091
                                             E-Mail:  kchoate@atg.state.il.us