## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of Illinois

*Docket No.:* 02-3171

*Division:* Springfield

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

Aaron McCroy     v.   Illinois Department of Corrections, et al.

---

**Current Counsel for Plaintiff (Petitioner):**  **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:* Thomas F. Londrigan

*Firm:* Londrigan, Potter & Randle, P.C.

*Address:* 1227 South Seventh Street
P. O. Box 399
Springfield, Illinois  62705

*Phone:* (217) 544-9823

*Name:* Kelly R. Choate

*Firm:* Illinois Attorney General

*Address:* 500 South Second Street
Springfield, Illinois  62706

*Phone:* (217) 782-9026

---

*Judge:* Harold A. Baker

*Court Reporter:* Toni Judd

*Nature of Suit Code:* 555

*Date Filed in District Court:* 7/1/02

*Date of Judgment:* 11/13/07

*Date of Notice of Appeal:* 7/2/08

*Counsel:* ___Appointed   **✗**_Retained   ___Pro Se

*Fee Status:* **✗** Paid   ___Due   ___IFP   ___IFP Pending   ___U.S.   ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:   ___Yes   **✗** No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted, ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Additional Attorneys for Plaintiff:

**Alexandra de Saint Phalle**
LONDRIGAN POTTER & RANDLE PC
1227 S Seventh St
P O Box 399
Springfield, IL 62705
217-544-9823

**Douglas J Quivey**
LONDRIGAN POTTER & RANDLE PC
1227 S Seventh St
P O Box 399
Springfield, IL 62705
217-544-9823

Additional Attorneys for Defendants:

**Julie L Morgan**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-557-0261

**Theresa M Powell**
HEYL ROYSTER VOELKER & ALLEN
National City Bank Bldg
Ste 575
One N Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705
217-522-8822

**April Gowdy Troemper**
HEYL ROYSTER VOELKER & ALLEN
National City Bank Bldg
Ste 575
One N Old State Capitol Plaza
PO Box 1687
Springfield, IL 62705
217-522-8822