# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 3, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2646
>
> Caption:
> AARON MCCROY,
> Plaintiff - Appellee
>
> v.
>
> ILLINOIS DEPARTMENT OF CORRECTIONS, KEVIN WINTERS, SANDRA FUNK and DEBORAH FUQUA,
> Defendants - Appellants
>
> District Court No: 3:02-cv-03171-HAB-BGC
> Court Reporter Toni Judd
> District Judge Harold Baker
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 07/02/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)