# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**AARON MCCROY,**
**Plaintiff,**

      vs.                       Case Number: **02-3171**

**ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.,**
**Defendants.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Aaron McCroy and against the defendants Illinois Department of Corrections, Wexford Health Sources, Inc., Lowell Brown, Kevin Winters, Sandra Funk, and Deborah Fuqua jointly and severally in the amount of $810,000.00 plus cost of the case.

    **IT IS FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against the defendant Lowell Brown in the additional amount of $50,000.00.

    **IT IS THEREFORE FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against the defendant Kevin Winters in the additional amount of $10,000.00.

    **IT IS THEREFORE FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against defendant Sandra Funk in the additional amount of $10,000.00.

    **IT IS THEREFORE FURTHER ORDERED** that judgment is also entered in favor of the plaintiff and against defendant Deborah Fuqua in the additional amount of $20,000.00.

AO 450 (Rev. 5/85) Judgment in a Civil Case

    Pursuant to a Text Order entered by the Honorable Harold A. Baker on 7/8/2008, judgment is amended to add that the jury found in favor of the following defendants and against the plaintiff: Rhonda Mills (listed as Ronda Mills in the docket caption); Byron Law (listed as Lt. Law in the docket caption), Kenneth Kellerman (listed as Kellerman in the docket caption); Julius Flagg; Hugh Lochard (listed as Lochard in the docket); and Dennis Hockaday.

ENTER this 8th day of July, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ C. Cathcart
_____
BY: DEPUTY CLERK