E-FILED
Monday, 21 July, 2008  10:28:40 AM
Clerk, U.S. District Court, ILCD

# HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
SCOTT G. SALEMI
ROBERT M. BENNETT
MATTHEW R. BOOKER
DOUGLAS R. HEISE
MICHAEL D. SCHAG
TAMARA K. HACKMANN
DREW M. SCHILLING
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
MICHAEL D. CLARK
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
HEIDI E. RUCKMAN
JENNIFER B. JOHNSON
WILLIAM J. CHARNOCK
DAVID M. WALTER
JOHN P. HEIL, JR.
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
MICHAEL F. DANIELS
THOMAS J. DLUSKI
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
JEFFREY T. BASH
ANDREW J. ROTH
ADAM J. LAGOCKI
JANA L. BRADY
GREGORY J. RASTATTER
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
CHRISTINE A. HEINSZ
MATTHEW J. MORRIS
LYNSEY A. WELCH
MATTHEW A. LURKINS
SARA A. INGRAM
STACIE K. LINDER
CHARLES S. ANDERSON
NATHANIEL E. STRICKLER
SHANA T. VINSON
DANA J. HUGHES
GARY C. PINTER
BRIAN M. SMITH
JESSE A. PLACHER
CHRISTOPHER T. POLILLO



FILED
JUL 18 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

July 16, 2008

Ms. Pam Robinson, Chief Deputy Clerk
United States District Court
Central District, Springfield Division
151 Paul Findley Federal Building
600 E. Monroe Street
Springfield, IL 62701

IN RE:   Our File:   05415-N3293
         USDC No.:   3:02-cv-3171
         *McCroy v. IDOC, et al.*

Dear Ms. Robinson:

Please include the following documents in the Record on Appeal on the above-referenced case.

   Document 123 (transcript from hearing of March 19, 2004)
   Documents 371 and 373, including the exhibits
   Document 399, including exhibits
   Document 400, including exhibits
   Document 442 (deposition - Robert Blumthal)
   Document 443 (deposition - David Anderson)
   Document 444 (deposition - William Zeh)
   Document 447 (first draft of jury instructions)
   Document 448 (second draft jury instructions)
   Document 449 (final jury instructions)
   Document 450 (plaintiff's refused jury instructions)
   Document 451 (defendants' refused jury instructions)
   Document 452 (jury question)
   Document 453 (judge's answer to jury question)
   Document 454 (jury question)
   Document 455 (judge's answer to question)
   Document 458 (final jury instructions)
   Document 461 (deposition - Dr. Zeh by DVD)



Our File No.:
Claim No.:
Insured:
Claimant:
page 2

Thank you for your consideration regarding this matter.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By:
Karen L. Kendall
kkendall@hrva.com
KLK/dac
cc:   All counsel of record

G:\93\N3293\N3293ACL 004 re roa 071608.wpd