# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Springfield Division

| | |
|---|---|
| AARON McCROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02-3171 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| ROGER E. WALKER, JR. (in his official capacity only), | ) |
| DENNIS HOCKADAY, KEVIN WINTERS, SANDRA | ) |
| FUNK, DEBRAH FUQUA, LIEUTENANT BYRON | ) |
| LAW, KENNETH KELLERMAN, JULIUS FLAGG, | ) |
| (all in their official and individual capacities), | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| DR. LOWELL BROWN, M.D., DR. HUGHES | ) |
| LOCHARD, M.D., and RHONDA MILLS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction will be submitted to the Court Reporter within 21 days from the filing of the transcript with the Clerk of Court. I understand the Statement of Requested Redactions shall be submitted directly to Kathy Sullivan, Official Court Reporter, 600 E. Monroe Street, Room 312, Springfield, IL 62701 or Kathy_Sullivan@ilcd.uscourts.gov.

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.,
and LOWELL BROWN, M.D.

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants

BY: /s/    Theresa M. Powell

Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P.O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax: (217) 523-3902
E-mail: tpowell@hrva.com

Date: August 12, 2008

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2008, I electronically filed the **Notice of Intent to Request Redaction of Defendants Wexford Health Sources, Inc. and Lowell Brown, M.D.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Douglas J. Quivey
>doug@lprpc.com
>
>Thomas F. Londrigan
>tom@prpc.com
>
>Kelly R. Choate
>kchoate@atg.state.il.us
>
>Julie L. Morgan
>jlmorgan@atg.state.il.us
>
>Alexandra de Saint Phalle
>alex@lprpc.com

and I hereby certify that on the 12th day of August, 2008, I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>None

>/s/    Theresa M. Powell
>Theresa M. Powell, #6230402
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P.O. Box 1687
>Springfield, IL 62705
>Phone: (217) 522-8822
>Fax: (217) 523-3902
>E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822